# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| STANADYNE, LLC., et al., | ) ) ) | Case No. 23- 10207 (JTD) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Jeffrey S. Margolin of Hughes Hubbard & Reed LLP to represent the debtors and debtors in possession in the above-referenced matter.

*/s/ Ashley E. Jacobs*
Ashley E. Jacobs (No. 5635)
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: ajacobs@ycst.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: February 16, 2023

*/s/ Jeffrey S. Margolin*
Jeffrey S. Margolin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza, 16th Fl.
New York, NY 10004
Telephone: (212) 837-6000
email: jeff.margolin@hugheshubbard.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

30121174.1