## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>STANADYNE, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10207 (JTD)<br><br>(Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Nir Maoz of KTBS Law LLP to represent Cerberus Business Finance, LLC in this action.

*/s/ Laura Davis Jones*
Laura Davis Jones
Pachulski Stang Ziehl & Jones
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 778-6401
Email: ljones@pszjlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 08/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: February 17, 2023

*/s/ Nir Maoz*
Nir Maoz
KTBS Law LLP
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Email: nmaoz@ktbslaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

**Dated: February 17th, 2023**
**Wilmington, Delaware**