IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **STANADYNE LLC,** *et al.*[1] <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 23-10207 (JTD) <br><br> (Joint Administration Requested) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITION AND RELATED DOCUMENTS AND (II) *AMENDED*[2] AGENDA FOR REMOTE HEARING ON FIRST DAY MOTIONS SCHEDULED FOR FEBRUARY 22, 2023 AT 9:00 A.M. (ET) BEFORE THE HONORABLE JOHN T. DORSEY OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**[3]

---

HEARING INSTRUCTIONS:

The remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.

COURTCALL WILL NOT BE USED FOR THIS HEARING.

Please use the following link to register for this hearing:

https://protect-us.mimecast.com/s/MiygClYplQhXNRW2fGj_UL?domain=debuscourts.zoomgov.com

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

---

**PLEASE TAKE NOTICE** that, on February 16, 2023, the debtors and debtors in possession in the above-captioned cases (the "Debtors") filed voluntary petitions (the "Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and related pleadings with the Clerk of the United States Bankruptcy

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

[2] *Amended Items are bolded and italicized.*

[3] All motions and other pleadings referenced herein are available free of charge by visiting the Debtors' case website at https://www.kccllc.net/stanadyne or by request to the Debtors' proposed counsel, Young Conaway Stargatt & Taylor, LLP, Attn: Brenda Walters, paralegal, 302-573-7791, or bwalters@ycst.com.

30124896.1

Court for the District of Delaware. The Debtors continue to operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PETITION AND RELATED PLEADINGS**

1.  Voluntary Petitions

    A. Stanadyne LLC (23-10207)
    B. Pure Power Technologies, Inc. (23-10208)
    C. Stanadyne PPT Holdings, Inc. (23-10209)
    D. Stanadyne PPT Group Holdings, Inc. (23-10210)

2.  Declaration of John Pinson, Chief Executive Officer of Stanadyne LLC in Support of First Day Relief [D.I. 12][4]

    **PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day motions (collectively, the "First Day Motions") is scheduled for **February 22, 2023 at 9:00 a.m. (ET)** (the "First Day Hearing") before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware.

**FIRST DAY MOTIONS GOING FORWARD**

3.  Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 1015(b) and Local Rule 1015-1 Directing Joint Administration of the Debtors' Related Chapter 11 Cases [D.I. 2]

    Status: This matter will be going forward.

4.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Regulatory Fees in the Ordinary Course of Business and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto [D.I. 3]

    Status: This matter will be going forward on an interim basis.

5.  Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Services on Account of Prepetition Invoices, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance [D.I. 4]

    Status: This matter will be going forward on an interim basis.

6.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain Their Existing Cash Management System, Bank Accounts, and Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Ordinary Course Intercompany Transactions; (II) Granting

---

[4] The physical location of the declarant is Blythewood, SC.

    Administrative Expenses Status to Ordinary Course Postpetition Intercompany Claims; and (III) Granting Related Relief [D.I. 5]

    <u>Status</u>: This matter will be going forward on an interim basis.

7. Debtors' Motion for an Order (I) Authorizing the Debtors to (A) Continue Their Workers' Compensation Programs and Their Liability, Property and Other Insurance Programs and (B) Pay Certain Obligations in Respect Thereof, and (II) Authorizing the Debtors Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [D.I. 6]

    <u>Status</u>: This matter will be going forward on an interim basis.

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of (A) Domestic Critical Vendors, (B) Shippers, Warehousemen, and Other Lienholders, and (C) Foreign Vendors; (II) Authorizing Banks to Honor and Process Related Checks and Electronic Transfers; and (III) Granting Related Relief [D.I. 7]

    <u>Status</u>: This matter will be going forward on an interim basis.

9. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay (I) Prepetition Employee Obligations, (II) Prepetition Withholding Obligations, and (III) Postpetition Employee Obligations in the Ordinary Course, and (B) Authorizing Banks to Honor Related Transfers [D.I. 8]

    <u>Status</u>: This matter will be going forward on an interim basis.

10. Debtors' Motion for Authority to (I) Maintain and Administer Prepetition Customer Programs, and (II) Pay and Honor Related Prepetition Obligations [D.I. 9]

    <u>Status</u>: This matter will be going forward on an interim basis.

11. Debtors' Motion for an Order Authorizing the Debtors to Redact Individual Stakeholders' Personally Identifiable Information [D.I. 10]

    <u>Status</u>: This matter will be going forward.

12. Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective as of the Petition Date [D.I. 11]

    <u>Status</u>: This matter will be going forward.

13. ***Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders, and (III) Granting Related Relief [D.I. 35, 2/21/23]***

    <u>Status</u>: This matter will be going forward on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

| | |
|---|---|
| Dated: February 21, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP |

/s/ *Ashley E. Jacobs*
Michael R. Nestor (No. 3526)
Andrew L. Magaziner (No. 5426)
Ashley E. Jacobs (No. 5635)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801-6108
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  mnestor@ycst.com
            amagaziner@ycst.com
            ajacobs@ycst.com

-and-

Kathryn A. Coleman
Christopher Gartman
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email:  katie.coleman@hugheshubbard.com
            chris.gartman@hugheshubbard.com

*Proposed Counsel for the Debtors*