Claims Register by Name

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/30/2023 | 34 | Air Gas USA LLC | | 2015 Vaughn Rd NW Suite 400 | | | Kennesaw | GA | 30144 | | $1,675.58 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 02/20/2023 | 1 | ArcBest, Inc. | | 3801 Old Greenwood Road | | | Fort Smith | AR | 72901 | | $330.79 | General Unsecured | | | | Pure Power Technologies, Inc. | 23-10208 |
| 03/10/2023 | 21 | Bodycote Thermal Processing, Inc. | Attn Eric Sagehorn | Bodycote USA, Inc. | 12750 Merit Drive, Suite 1400 | | Dallas | TX | 75251 | | $2,336.90 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 03/14/2023 | 16 | CenturyTel Service Group, LLC dba Centurylink | Attn Legal - BKY | Centurylink Communications, LLC. - Bankruptcy | 1025 El Dorado Blvd | | Broomfield | CO | 80021 | | $25.04 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 03/15/2023 | 17 | Complete Grinding Solutions, LLC | | 55 Commercial Way | | | Springboro | OH | 45066 | | $14,356.50 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 03/30/2023 | 33 | Conn Serv Mechanical Services, LLC | | 839 Four Rod Road | | | Berlin | CT | 06037 | | $4,643.78 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 03/30/2023 | 32 | Consultech Services Inc | Paul Ubelhor | 1950 Cirrus Ct | | | Leonard | MI | 48367 | | $4,951.00 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 03/10/2023 | 11 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | $1,655,000.00 | Priority | | | | Stanadyne PPT Group Holdings, Inc. | 23-10210 |
| 03/10/2023 | 12 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | $10,457.76 | Priority | | | | Pure Power Technologies, Inc. | 23-10208 |
| 03/10/2023 | 12 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | $1,200.00 | General Unsecured | | | | Pure Power Technologies, Inc. | 23-10208 |
| 03/10/2023 | 13 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | $1,452.24 | Priority | | | | Stanadyne LLC | 23-10207 |
| 03/13/2023 | 10 | Ellis Elite Plumbing LLC DBA Roto-Rooter | | PO Box 7580 | | | Jacksonville | NC | 28540 | | $837.80 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 03/10/2023 | 24 | Estes Express Lines | | 3901 West Broad Street | | | Richmond | VA | 23230 | | $1,152.29 | General Unsecured | | | | Pure Power Technologies, Inc. | 23-10208 |
| 03/10/2023 | 25 | Estes Express Lines | | 3901 West Broad Street | | | Richmond | VA | 23230 | | $4,294.86 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 03/13/2023 | 15 | First Citizens Bank & Trust Company | First Bank & Trust Company | PO Box 593007 | | | San Antonio | TX | 78259 | | $51,390.00 | General Unsecured | | | | Pure Power Technologies, Inc. | 23-10208 |
| 03/13/2023 | 14 | First Citizens Bank & Trust Company | | PO Box 593007 | | | San Antonio | TX | 78259 | | $26,685.14 | General Unsecured | | | | Pure Power Technologies, Inc. | 23-10208 |
| 03/29/2023 | 31 | Graybar Electric Company, Inc. | Attn Ashley Boiles | 11882 Lackland Road | | | Saint Louis | MO | 63146 | | $12,236.28 | General Unsecured | | | | Pure Power Technologies, Inc. | 23-10208 |
| 03/10/2023 | 9 | HTT, Inc. | | 1828 Oakland Ave | | | Sheboygan | WI | 53081 | | $164,819.94 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 03/16/2023 | 20 | Hydraulic & Pneumatic Sales, Inc | | PO Box 410587 | | | Charlotte | NC | 28241 | | $9,799.79 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 03/08/2023 | 5 | Illinois Department of Revenue | Bankruptcy Section | PO Box 19035 | | | Springfield | IL | 62794-9035 | | $426.06 | Priority | | | | Stanadyne PPT Group Holdings, Inc. | 23-10210 |
| 03/08/2023 | 5 | Illinois Department of Revenue | Bankruptcy Section | PO Box 19035 | | | Springfield | IL | 62794-9035 | | $254.80 | General Unsecured | | | | Stanadyne PPT Group Holdings, Inc. | 23-10210 |
| 03/09/2023 | 7 | KnowBe4, Inc | | 33 North Garden Avenue, Suite 1200 | | | Clearwater | FL | 33756 | | $18,240.60 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 03/29/2023 | 35 | KS&C Industries, LLP | | 2750 S Hanley Road | | | St Louis | MO | 63143 | | $5,090.00 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 03/03/2023 | 4 | Linde Gas & Equipment, Inc. | Attn Ryan Frisbie | BARR Credit Services | 3444 N Country Club Rd Ste 200 | | Tuscon | AZ | 85716 | | $43,937.86 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 03/22/2023 | 29 | Michigan Precision Swiss Parts Co., Inc. | | 2145 Wadhams Road | | | St. Clair | MI | 48079 | | $1,332.00 | General Unsecured | | | | Pure Power Technologies, Inc. | 23-10208 |
| 03/17/2023 | 23 | National Peening - Greenville | | 130 White Horse Ct | | | Greenville | SC | 29605 | | $1,106.20 | General Unsecured | | | | Pure Power Technologies, Inc. | 23-10208 |
| 03/23/2023 | 30 | Northern Gear, LLC | Ronald D. Janusz | W160 S6609 Commerce Dr | | | Muskego | WI | 53150 | | $31,149.00 | General Unsecured | | | | Pure Power Technologies, Inc. | 23-10208 |
| 02/28/2023 | 2 | Quill | Tom Riggleman | 7 Technology Circle | | | Columbia | SC | 29203 | | $287.79 | Admin Priority | | | | Pure Power Technologies, Inc. | 23-10208 |
| 02/28/2023 | 2 | Quill | Tom Riggleman | 7 Technology Circle | | | Columbia | SC | 29203 | | $1,347.91 | General Unsecured | | | | Pure Power Technologies, Inc. | 23-10208 |
| 03/10/2023 | 8 | Sensata Technologies, Inc. | Attn Courtney Brightman | 529 Pleasant St | | | Attleboro | MA | 02703 | | $677,882.88 | General Unsecured | | | | Pure Power Technologies, Inc. | 23-10208 |
| 03/15/2023 | 18 | Spectrum | | 1600 Dublin Road | | | Columbus | OH | 43215 | | $4,171.39 | General Unsecured | | | | Pure Power Technologies, Inc. | 23-10208 |

In re Stanadyne LLC, et al.
Case No. 23-10207 (TMH)

Page 1 of 2

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/20/2023 | 26 | Spherion Staffing, LLC | Randstad North America | 3625 Cumberland SE Boulevard, Suite 600 | | | Atlanta | GA | 30339 | | $32,640.12 | General Unsecured | | | | Pure Power Technologies, Inc. | 23-10208 |
| 03/17/2023 | 22 | Toyota Industries Commercial Finance Inc. | c/o Weltman, Weinberg, and Reis Co., L.P.A. | 965 Keynote Circle | | | Cleveland | OH | 44131 | | $139,790.22 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 03/20/2023 | 27 | Toyota Industries Commercial Finance Inc. | c/o Weltman, Weinberg, and Reis Co., L.P.A. | 965 Keynote Circle | | | Brooklyn Heights | OH | 44131 | | $115,646.42 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 02/28/2023 | 3 | Uline | | 12575 Uline Drive | | | Pleasant Prairie | WI | 53158 | | $339.18 | Admin Priority | | | | Stanadyne LLC | 23-10207 |
| 03/21/2023 | 28 | Veritiv Operating Company | | 6120 South Gilmore Road | | | Fairfield | OH | 45014 | | $3,045.00 | General Unsecured | | | | Stanadyne LLC | 23-10207 |
| 03/07/2023 | 6 | W.W. Grainger, Inc. | | 401 S. Wright Rd. | | | Janesville | WI | 53546 | | $3,774.14 | General Unsecured | | | | Pure Power Technologies, Inc. | 23-10208 |
| 03/16/2023 | 19 | XPO Logistics Freight, Inc. | Bankruptcy Dept | XPO Logistics Freight | 9151 Boulevard 26, Bldg A | | North Richland Hills | TX | 76180 | | $16,116.22 | General Unsecured | | | | Stanadyne LLC | 23-10207 |

In re Stanadyne LLC, et al.
Case No. 23-10207 (TMH)

Page 2 of 2