# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **STANADYNE LLC, *et al.*,**[1] | Case No. 23-10207 (TMH) |
| **Debtors.** | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR STANADYNE LLC (CASE NO. 23-10207)

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734).  The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **STANADYNE LLC, *et al.*,**[1] | **Case No. 23-10207(TMH)** |
| **Debtors.** | **(Jointly Administered)** |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## Introduction

Stanadyne LLC, Pure Power Technologies, Inc., Stanadyne PPT Holdings, Inc., and Stanadyne PPT Group Holdings, Inc. (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734).  The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. The representative has not personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights

contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

A listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 3) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**. On February 16, 2023 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On February 22, 2023, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 44].

   **The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on February 16, 2023, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on February 16, 2023.**

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the close of business on February 16, 2023, in the Debtors' books and records. Additionally, because the book values of certain assets, such as equipment, work in process, patents, trademarks, and copyrights, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.   **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC financing statement.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6.   **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

7.   The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis.  The Schedules may deduct or exclude part or all of any claim paid postpetition pursuant to the Bankruptcy Court's Orders.

8.   **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 10% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors).  Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

9.   **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

10. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. Purchase orders and work orders may not be listed on Schedule G. The failure to include such purchase orders and work orders does not constitute an admission that such purchase orders and work orders are not executory contracts and the Debtors reserve all rights with respect thereto.

11. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

12. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

13. **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

14. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of

law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

15. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

     a.    Underdetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

     b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

     c.    Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

16. **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

17. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

18. **Intercompany.** The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

19. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

20. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the close of business on February 16, 2023, unless otherwise noted below.

**Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of the close of business on February 16, 2023. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion (I) Authorizing the Debtors to (A) Continue Using Their Cash Management System, (B) Maintain Their Existing Bank Accounts And Business Forms (C) Honor Certain Prepetition Obligations, And (D) Continue Intercompany Transactions, And (II) Granting Related Relief* [Docket No. 5].

**Schedule A/B 11.** Accounts receivable do not include intercompany receivables. Where practicable, non-core return related credits are deducted from accounts receivable. Where practicable, Claims for core returns are listed on Schedule E/F part 2. While the Debtors have made reasonable efforts to treat accounts receivable as described in this Global Note, accounts receivable may reflect certain credit amounts owed to a particular creditor. By doing so, the Debtors do not admit the validity of any particular credit or right of setoff or recoupment and reserve all rights to dispute any such Claims.

**Schedules A/B 15**. Ownership interests in subsidiaries have been listed in Schedules A/B 15 based on the net book value. The fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Schedule A/B 72**. The Debtors file tax returns on a consolidated level at the Stanadyne PPT Group Holdings, Inc. level. The Debtors may have net operating losses, the value of which is undetermined. The failure to include a net operating loss or list the value of such net operating loss on an individual Debtor level is not an admission that such Debtor does not have a net operating loss, and the Debtors reserve all rights to assert net operating losses.

**Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or potential warranty Claims against their vendors. Additionally, certain of the Debtors may be or become party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are potentially unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not

constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease was in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including but not limited to amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider or amounts recorded in different financial systems used by the Debtor at its various operating locations. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such agreements may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some

or all of whom may assert cross-Claims and counter-Claims against other parties. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4) and employees. The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**. Statement 4 does not account for a respective Debtor's intercompany transactions that are purely accounting balancing entries as opposed to actual payments. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), and expense reimbursement.

The Debtors have included all consulting and payroll distributions and aggregate travel, entertainment, and other expense reimbursements, aggregated by date, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."

**Statement 7**. Information provided in Statement 7 may not include every administrative agency proceeding open or closed during the relevant time period, as certain agency proceedings are quickly dismissed or settled for a nominal sum. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes. The losses listed on Statement 10 are based on the estimated amounts currently owed and are not intended to be an admission of the amounts owed.

**Statement 26d.** The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors may not have disclosed all parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 30**. Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

**Statement 31**.  The Debtors file tax returns on a consolidated level at the Stanadyne PPT Group Holdings, Inc. level.  Certain tax obligations, refunds and net operating losses may therefore not be listed for an individual Debtor.  Nothing in the Statements or Schedules is an admission that a particular Debtor is liable with respect to any particular tax liability.  The failure to include a tax refund, or net operating loss, or to list the value of such net operating loss on an individual Debtor level is not an admission that such Debtor does not have a net operating loss, and the Debtors reserve all rights to assert net operating losses.

* * * * *

**Fill in this information to identify the case:**

Debtor Name: In re : Stanadyne LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10207 (TMH)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* ............................................................................

| | |
|---|---|
| $ | 0.00 |

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* ..........................................................................

| | |
|---|---|
| $ | 16,997,168.09 |

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* ............................................................................

| | |
|---|---|
| $ | 16,997,168.09 |

## Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ....................

| | |
|---|---|
| $ | 282,771,724.00 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...........................................

| | |
|---|---|
| $ | 0.00 |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...................................

| | |
|---|---|
| + $ | 33,017,961.51 |

4. **Total liabilities**

    Lines 2 + 3a + 3b ................................................................................................

| | |
|---|---|
| $ | 315,789,685.51 |

**Fill in this information to identify the case:**

Debtor Name: In re : Stanadyne LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10207 (TMH)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:** | **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

| | | |
|---|---|---|
| 2.1 | Petty Cash - North Carolina | $ 1,029.81 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Wells Fargo Bank, N.A. | Collections Account / Lockbox | 1220 | $ 0.00 |
| 3.2 | Wells Fargo Bank, N.A. | Main Operating Account | 1238 | $ 1,196,515.40 |
| 3.3 | Wells Fargo Bank, N.A. | Accounts Payable / ZBA | 2614 | $ 0.00 |
| 3.4 | Wells Fargo Bank, N.A. | Collateral / Pledge Account | 3406 | $ 306,500.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 | None | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $ 1,504,045.21 |
   |---|

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*: 23-10207

| **Part 2:** | **Deposits and prepayments** |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 | Master Lease Agreement - Encina Equipment Financial SPV | $ | 50,000.00 |
| 7.2 | US Customs Continuous Import Bond - cash collateral - Avalon Risk Management | $ | 300,000.00 |
| 7.3 | Worker's Compensation (previous carrier) - cash collateral - SENTRY INSURANCE A MUTUAL COMPANY | $ | 25,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 | See Schedule A/B 8 Attachment | $ | 1,030,838.64 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 1,405,838.64

Debtor: Stanadyne LLC
_____ Name

Case number *(if known):* 23-10207

---

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Trade AR | $ 13,716,349.98 | - $ | 35,000.00 | =..... → | $ | 13,681,349.98 |
| 11a. | 90 days old or less: | Misc. AR Other | $ 197,772.25 | - $ | 0.00 | =..... → | $ | 197,772.25 |
| 11b. | Over 90 days old: | Trade AR | $ 0.00 | - $ | 0.00 | =..... → | $ | 0.00 |
| 11b. | Over 90 days old: | Misc. AR Other - Duty Draw Back | $ 208,162.01 | - $ | 0.00 | =..... → | $ | 208,162.01 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 14,087,284.24

Debtor: Stanadyne LLC

Name

Case number *(if known)*    23-10207

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | | |
|---|---|---|---|
| 14.1 None | | $ | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: ...... % of ownership:

| | | % of ownership | | |
|---|---|---|---|---|
| 15.1 | Pure Power Technologies, Inc. | 100% | $ | Undetermined |
| 15.2 | Stanadyne Changshu Corporation | 100% | $ | Undetermined |
| 15.3 | Stanadyne India Private Ltd. | 100% | $ | Undetermined |
| 15.4 | Stanadyne, S.p.A. | 100% | $ | Undetermined |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | | |
|---|---|---|---|
| 16.1 None | | $ | |

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| $ | 0.00 |

Debtor:  Stanadyne LLC
_____
Name

Case number *(if known)*:  23-10207

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☐  No. Go to Part 6.
    ☒  Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Raw/Purchased Materials | 11/14/2022 | $  10,513,769.00 | | $  Undetermined |
| **20. Work in progress** | | | | |
| 20.1 Work in Process | 11/14/2022 | $  1,413,646.16 | | $  Undetermined |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Finished Goods | 11/14/2022 | $  1,008,672.87 | | $  Undetermined |
| **22. Other inventory or supplies** | | | | |
| 22.1 Inventory - Intercompany Intransit | None | $  805,095.53 | | $  Undetermined |
| 22.2 Inventory - Mfg Variances/Other | None | $  895,089.80 | | $  Undetermined |
| 22.3 Inventory – Other inventory or supplies (crib) | None | $  0.00 | | $  Undetermined |
| 22.4 Inventory - Supplier Intransit | None | $  1,505,150.62 | | $  Undetermined |

23. **Total of Part 5.**

    Add lines 19 through 22. Copy the total to line 84.

    $  0.00

24. **Is any of the property listed in Part 5 perishable?**
    ☒  No
    ☐  Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐  No
    ☒  Yes.   Description  Raw Materials   Book value $  1,863,896.57   Valuation method _____   Current value $  Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒  No
    ☐  Yes

| Debtor: | Stanadyne LLC | | Case number *(if known)* | 23-10207 |
|---|---|---|---|---|
| | Name | | | |

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Description_____ Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1 Office Furniture - Jacksonville, NC | $ 17,738.77 | | $ Undetermined |
| 39.2 Office Furniture - Windsor, CT | $ 8,061.53 | | $ Undetermined |
| 40. **Office fixtures** | | | |
| 40.1 Office Fixture - Detroit, MI | $ 2,610.70 | | $ Undetermined |
| 40.2 Office Fixture - Jacksonville, NC | $ 50,983.94 | | $ Undetermined |
| 40.3 Office Fixture - Windsor, CT | $ 91,925.10 | | $ Undetermined |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Office Equipment - Jacksonville, NC | $ 51,159.00 | | $ Undetermined |
| 41.2 Office Equipment - Windsor, CT | $ 50,075.44 | | $ Undetermined |
| 41.3 Computer Equipment - Leased - Jacksonville, NC | $ 124,096.77 | | $ Undetermined |
| 41.4 Computer Equipment - Leased - Jacksonville, NC | $ 33,840.69 | | $ Undetermined |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2014 Chevrolet Silverado 1500 LT<br>1GCRCREC2EZ247531 | $ 0.00 | | $ Undetermined |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 See Schedule A/B 50 Attachment | $ 12,846,648.52 | | $ Undetermined |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Schedule A/B 55 Attachment | | $            8,262,313.34 | | $        Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$                    0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 See Schedule A/B 60 Attachment | $ 0.00 | | $ Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 www.stanadyne.com | $ 0.00 | | $ Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 None | $ | | $ |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 Stanadyne Tradename/Mark - Book Balance | $ 47,500,000.00 | | $ Undetermined |
| **65. Goodwill** | | | |
| 65.1 None | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor: | Stanadyne LLC | Case number *(if known):* | 23-10207 |
|---|---|---|---|
| | Name | | |

---

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)       Total face amount       doubtful or uncollectible accounts

71.1 None    $ _____ - $ _____ =..... ➜ $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 None    Tax year _____    $ _____

73. **Interests in insurance policies or annuities**

73.1 See Schedule A/B 73 Attachment    $    Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 None    $ _____

Nature of claim _____

Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None    $ _____

Nature of claim _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

76.1 None    $ _____

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1 Construction in Process    $    Undetermined

77.2 Intercompany Receivables    $    Undetermined

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $    0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*: 23-10207

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,504,045.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,405,838.64 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 14,087,284.24 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column..............91a. | $ 16,997,168.09 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................... | | $ 16,997,168.09 |

**Fill in this information to identify the case:**

Debtor Name: In re : Stanadyne LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10207 (TMH)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1 Creditor's name**

Cerberus Business Finance, LLC (as Administrative Agent and Collateral Agent for the Lender)

Creditor's Name

**Describe debtor's property that is subject to a lien**

Substantially all of the debtor's assets                    $      282,771,724.00      $      Undetermined

**Creditor's mailing address**

Daniel Wolf

Notice Name

875 Third Avenue

Street

_____

New York        NY        10022

City        State        ZIP Code

Country

**Describe the lien**

Security Agreement/UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Creditor's email address, if known**

**Date debt was incurred**     5/2/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines

_____

| Debtor: | Stanadyne LLC | Case number *(if known)*: | 23-10207 |
|---|---|---|---|
| | Name | | |

**Part 1:**     **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|

2.2 **Creditor's name**

**Describe debtor's property that is subject to a lien**

ENCINA EQUIPMENT FINANCE, LLC

Creditor's Name

As described in UCC #20224635405          $        Undetermined    $        Undetermined

**Creditor's mailing address**

David Johnson

Notice Name

**Describe the lien**

1221 POST ROAD EAST, SUITE 201

Street

UCC 20224635405

**Is the creditor an insider or related party?**

☑ No

| WESTPORT | CT | 06880 |
|---|---|---|
| City | State | ZIP Code |

☐ Yes

Country

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**        5/26/2022

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $        282,771,724.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |

Name

Notice Name

Street

City                    State          ZIP Code

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Stanadyne LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10207 (TMH)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | | Priority amount | |
|---|---|---|---|---|---|
| 2.1 **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | Undetermined | $ | Undetemined | |

Dept. Of Treasury - Internal Revenue Service
Creditor Name

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

Creditor's Notice name

Address

**Basis for the claim:**

Federal Income Tax

| Kansas | MO | 64999-0012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

Debtor: Stanadyne LLC

Name

Case number *(if known)*    23-10207

**2.2 Priority creditor's name and mailing address**

NC Dept of Revenue

Creditor Name

Creditor's Notice name

PO Box 25000

Address

| Raleigh | NC | 27640-0521 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Undetermined    $ ___ Undetermined

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

NC Sales & Use Tax

**Is the claim subject to offset?**

☒ No

☐ Yes

**2.3 Priority creditor's name and mailing address**

NCDOR

Creditor Name

Creditor's Notice name

PO BOX 25000

Address

| RALEIGH | NC | 27640-0700 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Undetermined    $ ___ Undetermined

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

NC State Income Tax

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Stanadyne LLC
Name

Case number *(if known)*:  23-10207

**2.4 Priority creditor's name and mailing address**

State of Connecticut
Creditor Name

Creditor's Notice name

DEPT OF REVENUE SERVICE
Address

92 FARMINGTON AVE

| Hartford | CT | 06105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Undetermined  $ ___ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CT Sales & Use Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

3B SUPPLY
Creditor Name

Creditor's Notice name

11470 Euclid Avenue
Address

Suite 407

| Cleveland | OH | 44106 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                366,875.09
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

A BERGER PRECISION LTD
Creditor Name

Creditor's Notice name

28 REGAN ROAD
Address

| BRAMPTON | ON | L7A 1A7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                  51,754.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

**3.3** **Nonpriority creditor's name and mailing address**

ABACUS BACKFLOW PREVENTER TESTING, INC
Creditor Name

Creditor's Notice name

395 WEST AVON ROAD
Address

| AVON | CT | 06001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,547.40
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

ABP INTERNATIONAL
Creditor Name

Creditor's Notice name

PO BOX 15135
Address

| NEWARK | NJ | 07192 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/24/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Stanadyne LLC

Case number *(if known)*:  23-10207

**3.5  Nonpriority creditor's name and mailing address**

ADAM CHROSTOWSKI
Creditor Name

Creditor's Notice name

Address on File
Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $        1,440.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6  Nonpriority creditor's name and mailing address**

ADP LLC
Creditor Name

Creditor's Notice name

PO BOX 842875
Address

BOSTON        MA        02284

City        State        ZIP Code

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $        3,128.54
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.7 Nonpriority creditor's name and mailing address**

AEROSTAR MANUFACTURING
Creditor Name

Creditor's Notice name

28275 NORTHLINE ROAD
Address

| ROMULUS | MI | 48174 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 248,028.15
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

AIRGAS, INC
Creditor Name

Creditor's Notice name

DBA: AIRGAS USA, LLC
Address

PO BOX 734672

| DALLAS | TX | 75373-4672 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,675.58
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207
Name

**3.9** **Nonpriority creditor's name and mailing address**

ALCO MANUFACTURING CORPORATION LLC
Creditor Name

Creditor's Notice name

PO Box 74907
Address

| Cleveland | OH | 44194 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    11,417.46
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**

ALIX  YALE & RISTAS  LLP
Creditor Name

Creditor's Notice name

150 TRUMBULL STREET
Address

SIXTH FLOOR

| HARTFORD | CT | 06103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                   102,746.56
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.11** **Nonpriority creditor's name and mailing address**

ALLIED UNIVERSAL
Creditor Name

Creditor's Notice name

PO BOX 828854
Address

| PHILADELPHIA | PA | 19182-8854 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    21,730.23
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**

AMAZON CAPITAL SERVICES
Creditor Name

Creditor's Notice name

PO BOX 035184
Address

| SEATTLE | WA | 98124-5184 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,760.12
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor: Stanadyne LLC
Name

Case number *(if known)*    23-10207

**3.13 Nonpriority creditor's name and mailing address**

AMISCO SPA
Creditor Name

Creditor's Notice name

VIA PIAGGIO 70
Address

| PADERNO DUGNANO | | 20037 |
| City | State | ZIP Code |

Italy
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              232,897.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

AMPHENOL THERMOMETRICS, INC
Creditor Name

Creditor's Notice name

12140 COLLECTIONS CENTER DRIVE
Address

| CHICAGO | IL | 60693 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               33,513.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Name

Case number *(if known)*   23-10207

**3.15** **Nonpriority creditor's name and mailing address**

AON CONSULTING, INC

Creditor Name

Creditor's Notice name

29695 NETWORK PLACE

Address

CHICAGO | IL | 60673-1296
City | State | ZIP Code

Country

**Date or dates debt was incurred**

1/24/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   25,771.68

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**

ARMOLOY OF CONN. INC.

Creditor Name

Creditor's Notice name

151 ENTERPRISE DRIVE

Address

BRISTOL | CT | 06010
City | State | ZIP Code

Country

**Date or dates debt was incurred**

12/13/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,041.60

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.17 Nonpriority creditor's name and mailing address**

ASSEMBLE-RITE LTD

Creditor Name

Creditor's Notice name

2755 LAUZON PARKWAY

Address

| WINDSOR | ON | N8T 3H5 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,577.02

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.18 Nonpriority creditor's name and mailing address**

ASSOCIATED SECURITY CORP

Creditor Name

Creditor's Notice name

16 PITKIN ST

Address

| EAST HARTFORD | CT | 06108 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 255.24

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.19** **Nonpriority creditor's name and mailing address**

ASTRON, INC.
Creditor Name

Creditor's Notice name

21 LOMAR PARK DRIVE
Address

| PEPPERELL | MA | 01463 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 163,938.20
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**

AT&T
Creditor Name

Creditor's Notice name

PO BOX 5014
Address

| CAROL STREAM | IL | 60197-5014 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 378.39
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.21 Nonpriority creditor's name and mailing address**

ATLANTIC COAST TOYOTA LIFT
Creditor Name

Creditor's Notice name

PO BOX B
Address

| HIGH POINT | NC | 27260 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/6/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                503.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.22 Nonpriority creditor's name and mailing address**

ATTENTION TO DETAIL CLEANING SERVICE
Creditor Name

Creditor's Notice name

824 GUMBRANCH RD, SUITE S
Address

| JACKSONVILLE | NC | 28540 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              14,248.14
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

---

**3.23** **Nonpriority creditor's name and mailing address**

ATWORK FRANCHISE, INC.
Creditor Name

Creditor's Notice name

PO BOX 202992
Address

| DALLAS | TX | 75320-2992 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 14,071.76
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

AUTOCAM CORPORATION
Creditor Name

Creditor's Notice name

GLOBAL HEADQUARTERS
Address

4180 40TH STREET SE

| KENTWOOD | MI | 49512 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 1,239,152.59
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor: Stanadyne LLC
Name

Case number *(if known)*    23-10207

---

**3.25** **Nonpriority creditor's name and mailing address**

AUTOMATION DIRECT.COM INC
Creditor Name

Creditor's Notice name

PO BOX 402417
Address

| ATLANTA | GA | 30384-2417 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                365.94
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

AUTOMATION TOOL COMPANY
Creditor Name

Creditor's Notice name

PO BOX 2649
Address

101 MILL DRIVE

| COOKEVILLE | TN | 38502-2649 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/20/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                7,084.75
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.27 Nonpriority creditor's name and mailing address**

BACKUPIFY INC.
Creditor Name

Creditor's Notice name

PO Box 21465
Address

| New York | NY | 10087-1465 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,000.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.28 Nonpriority creditor's name and mailing address**

BALANCE,JEROME
Creditor Name

Creditor's Notice name

418 Scott Avenue
Address

0

| Jacksonville | NC | 28546 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/20/2019
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 175.70
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.29 Nonpriority creditor's name and mailing address**

BAMAL FASTENER CORPORATION
Creditor Name

Creditor's Notice name

13725 SOUTH POINT BLVD
Address

| CHARLOTTE | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,716.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.30 Nonpriority creditor's name and mailing address**

BEADEN SCREEN INC.
Creditor Name

Creditor's Notice name

305 MELVIN ST.
Address

| CROSWELL | MI | 48422 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/6/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,240.51
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor:   Stanadyne LLC
_____
Name

Case number *(if known)*   23-10207

**3.31  Nonpriority creditor's name and mailing address**

BERNARD A. NIEDZIELSKI
Creditor Name

_____
Creditor's Notice name

Address on File
Address

_____

_____

_____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

3/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            200.00
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.32  Nonpriority creditor's name and mailing address**

BERRY PLASTICS
Creditor Name

_____
Creditor's Notice name

PO BOX 660919
Address

DEPT 730002
_____

DALLAS        TX        75266-0919
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $          1,524.56
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Stanadyne LLC

Name

Case number *(if known)*  23-10207

**3.33** **Nonpriority creditor's name and mailing address**

BHAVANI INDUSTRIES

Creditor Name

Creditor's Notice name

UNIT-3, PLOT NO. 8-B

Address

ELECTRONIC CITY, PHASE - 2

BANGALORE

| KARNATAKA | | 560100 |
|---|---|---|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   21,615.46
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.34** **Nonpriority creditor's name and mailing address**

BLOOMY CONTROLS, INC

Creditor Name

Creditor's Notice name

839 MARSHALL PHELPS ROAD

Address

| WINDSOR | CT | 06095 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   2,600.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

**3.35 Nonpriority creditor's name and mailing address**

BLUE CHIP ENGINEERED PRODUCTS, INC

Creditor Name

Creditor's Notice name

1845 AIRPORT EXCHANGE BLVD, STE 160

Address

| ERLANGER | KY | 41018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/8/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,644.22

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.36 Nonpriority creditor's name and mailing address**

Blue Cross Blue Shield

Creditor Name

Creditor's Notice name

PO Box 100300

Address

| Columbia | SC | 29202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,405.47

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.37 Nonpriority creditor's name and mailing address**

BOSTON ENGINEERING CORPORATION
Creditor Name

Creditor's Notice name

300 Bear Hill Rd
Address

| WALTHAM | MA | 02451 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/22/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                953.75
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.38 Nonpriority creditor's name and mailing address**

BRADY TRANE SERVICE, INC
Creditor Name

Creditor's Notice name

PO 746249
Address

| ATLANTA | GA | 30374-6249 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/10/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                570.31
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

| | |
|---|---|

**3.39** **Nonpriority creditor's name and mailing address**

BRIJ IMAGE AND INFORMATION INC

Creditor Name

Creditor's Notice name

PO BOX 645824

Address

| PITTSBURG | PA | 15264 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/5/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                542.86

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**

BUTLER TRIEU, INC

Creditor Name

Creditor's Notice name

PO BOX 343

Address

| JACKSONVILLE | NC | 28541 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                660.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.41 Nonpriority creditor's name and mailing address**

C & A TOOL ENGINEERING, INC

Creditor Name

Creditor's Notice name

4100 N. US 33

Address

PO BOX 94

| CHURUBUSCO | IN | 46723 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,600.00
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.42 Nonpriority creditor's name and mailing address**

C.S.C. FORCE MEASUREMENT  INC.

Creditor Name

Creditor's Notice name

PO BOX 887

Address

84 RAMAH CIRCLE NORTH

| AGAWAM | MA | 01001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/21/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 330.00
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.43 Nonpriority creditor's name and mailing address**

CAROLINA FLUID COMPONENTS, LLC
Creditor Name

Creditor's Notice name

PO BOX 601687
Address

| CHARLOTTE | NC | 28260-1687 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 316.05
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.44 Nonpriority creditor's name and mailing address**

CAROLINA HANDLING  LLC
Creditor Name

Creditor's Notice name

PO BOX 890352
Address

| CHARLOTTE | NC | 28289-0352 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,619.97
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

Name

**3.45 Nonpriority creditor's name and mailing address**

CATAPULT EMPLOYERS ASSOCIATION, INC.

Creditor Name

Creditor's Notice name

P.O. BOX 531875

Address

| ATLANTA | GA | 30353 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 70.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.46 Nonpriority creditor's name and mailing address**

CDS ELECTRIC & INDUSTRIAL SERV

Creditor Name

Creditor's Notice name

CDS ELECTRIC & INDUSTRIAL SERV

Address

164 CHRISTIAN LANE

| TRENTON | NC | 28585 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,620.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.47** **Nonpriority creditor's name and mailing address**

CHRISTOPHER BRIAN SIEDLECKY

Creditor Name

Creditor's Notice name

Address on File

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

1/25/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              780.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**

CITY ELECTRIC SUPPLY COMPANY

Creditor Name

Creditor's Notice name

PO BOX 13507

Address

GREENSBORO     NC          27415

City          State          ZIP Code

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               25.92

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

---

**3.49  Nonpriority creditor's name and mailing address**

CITY OF JACKSONVILLE
Creditor Name

Creditor's Notice name

PO BOX 128
Address

| JACKSONVILLE | NC | 28540 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,436.03
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.50  Nonpriority creditor's name and mailing address**

CLEAR RIVER FUEL
Creditor Name

Creditor's Notice name

366 TOLLAND ST
Address

| EAST HARTFORD | CT | 06108 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/14/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 10,864.64
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor: Stanadyne LLC
Name

Case number *(if known)*    23-10207

**3.51  Nonpriority creditor's name and mailing address**

CLIMCO COILS COMPANY
Creditor Name


Creditor's Notice name

701 KLIMSTRA COURT
Address




| MORRISON | IL | 61270 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                182,685.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.52  Nonpriority creditor's name and mailing address**

COFACE SERVICES NORTH AMERICA, INC
Creditor Name


Creditor's Notice name

ATTN: LOCKBOX # 10118
Address

PO BOX 70280


| PHILADELPHIA | PA | 19176-0280 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/10/2023
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    340.80
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

Name

| | |
|---|---|
| 3.53 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 2,520.49 |

COMBUSTION INSTALLATIONS

Creditor Name

Creditor's Notice name

OF NEW ENGLAND, INC

Address

PO BOX 816

| | | |
|---|---|---|
| ENFIELD | CT | 06083 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | |
|---|---|
| 3.54 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 174.17 |

COMCAST

Creditor Name

Creditor's Notice name

PO BOX 70219

Address

| | | |
|---|---|---|
| PHILADELPHIA | PA | 19176-0219 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/24/2022

**Last 4 digits of account**

**number**

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.55** **Nonpriority creditor's name and mailing address**

COMPLETE GRINDING SOLUTIONS
Creditor Name

Creditor's Notice name

55 COMMERCIAL WAY
Address

| SPRINGBORO | OH | 45066-3078 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    14,356.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.56** **Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES INC
Creditor Name

Creditor's Notice name

62157 COLLECTIONS CENTER DRIVE
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/3/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                      846.59
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

**3.57 Nonpriority creditor's name and mailing address**

CONN SERV MECHANICAL SERVICES LLC
Creditor Name

Creditor's Notice name

839 FOUR ROD ROAD
Address

| KENSINGTON | CT | 06037 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,643.78
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.58 Nonpriority creditor's name and mailing address**

Connecticut Department of Environmental Protection
Creditor Name

Creditor's Notice name

90/92 Deerfield Road
Address

| Windsor | CT | 06095 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Environmental

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor: Stanadyne LLC
Name

Case number *(if known)*   23-10207

**3.59** **Nonpriority creditor's name and mailing address**

CONNECTICUT SPRING & STAMPING
Creditor Name

Creditor's Notice name

DEPT 106018
Address

PO BOX 150431

| HARTFORD | CT | 06115-0431 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $   17,474.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**

CONNECTRIA CORPORATION
Creditor Name

Creditor's Notice name

10845 OLIVE BLVD, SUITE 300
Address

| CREVE COEUR | MO | 63141 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $   43,265.90
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

Name

---

**3.61** **Nonpriority creditor's name and mailing address**

CONSULTECH SERVICES, INC

Creditor Name

Creditor's Notice name

PO BOX 80308

Address

| ROCHESTER | MI | 48308 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,452.15

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.62** **Nonpriority creditor's name and mailing address**

COURTYARD BY MARRIOTT

Creditor Name

Creditor's Notice name

111 GATEWAY CORPORATE BLVD

Address

| COLUMBIA | SC | 29203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,310.48

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.63 Nonpriority creditor's name and mailing address**

COURTYARD BY MARRIOTT JACKSONVILLE
Creditor Name

Creditor's Notice name

5046 HENDERSON DR
Address

| JACKSONVILLE | NC | 28546 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              1,487.65
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.64 Nonpriority creditor's name and mailing address**

CREATIVE CIRCLE, LLC
Creditor Name

Creditor's Notice name

PO Box 74008799
Address

| CHICAGO | IL | 60674-8799 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              8,190.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC
Name

Case number *(if known)*    23-10207

**3.65 Nonpriority creditor's name and mailing address**

CREED MONARCH INC
Creditor Name

Creditor's Notice name

ONE PUCCI PARK
Address

P.O. BOX 550

| NEW BRITAIN | CT | 06051 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                58,920.05
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.66 Nonpriority creditor's name and mailing address**

CULLIGAN WATER
Creditor Name

Creditor's Notice name

D/B/A CULLIGAN WATER
Address

2480 US HWY 70 E

| NEW BERN | NC | 28560 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                   324.78
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Name

Case number *(if known)*    23-10207

3.67 **Nonpriority creditor's name and mailing address**

CZERO, INC

Creditor Name

Creditor's Notice name

1306 BLUE SPRUCE DRIVE, STE E

Address

| FORT COLLINS | CO | 80524 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                20,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

3.68 **Nonpriority creditor's name and mailing address**

DACHSER AIR & SEA LOGISTICS, INC

Creditor Name

Creditor's Notice name

PO BOX 5806

Address

| CAROL STREAM | IL | 60197-5806 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               105,772.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.69 Nonpriority creditor's name and mailing address**

DANIEL A. COTE
Creditor Name

Creditor's Notice name

Address on File
Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

12/6/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                250.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.70 Nonpriority creditor's name and mailing address**

DATA FORMS/DATA PAK
Creditor Name

Creditor's Notice name

8301 ARROWRIDGE BLVD, SUITE J
Address

CHARLOTTE    NC        28273
City        State        ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $             19,943.64
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Stanadyne LLC

_____
Name

Case number *(if known)*    23-10207
_____

**3.71  Nonpriority creditor's name and mailing address**

DATAMAX SOFTWARE D/B/A RFGEN SOFTWARE
_____
Creditor Name

_____
Creditor's Notice name

1101 INVESTMENT BLVD, SUITE 250
_____
Address

_____

_____

| EL DORADO HILLS | CA | 95762 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

12/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            9,589.00

*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.72  Nonpriority creditor's name and mailing address**

David Weinberg
_____
Creditor Name

_____
Creditor's Notice name

19 Holly RD
_____
Address

_____

| East Hartford | CT | 06118 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            3,000.00

*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Stanadyne LLC

Case number *(if known)* 23-10207

**3.73 Nonpriority creditor's name and mailing address**

DE LAGE LANDEN FINANCIAL SERVICES, INC.
Creditor Name



Creditor's Notice name

DEX IMAGING
Address

P.O. BOX 41602



| PHILADELPHIA | PA | 19101-1602 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,893.93
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.74 Nonpriority creditor's name and mailing address**

Delvens Private Limited
Creditor Name



Creditor's Notice name

HN-261 KH NO-261 Flat# 140 U/G/F
Address

Hari Jan Basti Neb Sarai Near Vidy

South Delhi

| New Delhi | | 110017 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,399.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.75 Nonpriority creditor's name and mailing address**

DHL EXPRESS (USA), INC
Creditor Name

Creditor's Notice name

16592 COLLECTIONS CENTER DRIVE
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 729.65
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76 Nonpriority creditor's name and mailing address**

DIESEL TECHNOLOGY FORUM
Creditor Name

Creditor's Notice name

5300 Westview Dr.
Address

Suite 308

| Frederick | MD | 21703 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,488.09
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.77 Nonpriority creditor's name and mailing address**

DOVER HIGH PERF. PLASTICS
Creditor Name

Creditor's Notice name

140 WILLIAMS DRIVE
Address

| DOVER | OH | 44622 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/23/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                404.72
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.78 Nonpriority creditor's name and mailing address**

DUKE ENERGY PROGRESS
Creditor Name

Creditor's Notice name

PO BOX 1094
Address

| CHARLOTTE | NC | 28201-1094 |
|-----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              41,327.54
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC
Name

Case number *(if known)*  23-10207

**3.79** **Nonpriority creditor's name and mailing address**

ECOCLEAN, INC.
Creditor Name

Creditor's Notice name

8329 RELIABLE PARKWAY
Address

| CHICAGO | IL | 60686-0083 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/24/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          5,720.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.80** **Nonpriority creditor's name and mailing address**

EEI MOBILE LLC
Creditor Name

Creditor's Notice name

1601 W. HAMLIN ROAD
Address

| ROCHESTER HILLS | MI | 48309 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/24/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          4,647.43
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: Stanadyne LLC
Name

Case number *(if known)*    23-10207

**3.81 Nonpriority creditor's name and mailing address**

ELECTROMAGS UNIT 1
Creditor Name

Creditor's Notice name

A DIVISION OF THE BOMBAY BURMAH TRADING
Address

342-343 IIND CROSS STREET

NEHRU NAGAR, KOTTIVAKKAM

| TAMILNADU | | 600 096 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                26,569.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.82 Nonpriority creditor's name and mailing address**

ELRINGKLINGER KUNSTSTOFFTECHNIK GMBH
Creditor Name

Creditor's Notice name

ETZELSTR, 10
Address

| BIETIGHEIM-BISSINGEN | | 74321 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              207,070.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.83** **Nonpriority creditor's name and mailing address**

EMO TRANS, INC
Creditor Name

Creditor's Notice name

377 OAK STREET, SUITE 202
Address

| | | |
|---|---|---|
| GARDEN CITY | NY | 11530 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 210,924.17
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.84** **Nonpriority creditor's name and mailing address**

ENCINA EQUIPMENT FINANCE, LLC
Creditor Name

Creditor's Notice name

1221 Post Road East
Address

Suite 201

| | | |
|---|---|---|
| Westport | CT | 06880 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/2/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,281.94
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known):* 23-10207

**3.85 Nonpriority creditor's name and mailing address**

ENTERPRISE HOLDINGS INC
Creditor Name

Creditor's Notice name

PO BOX 402383
Address

| ATLANTA | GA | 30384-2383 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                 2,632.86
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.86 Nonpriority creditor's name and mailing address**

ENVIROSERVE CHEMICALS, INC.
Creditor Name

Creditor's Notice name

603 South Wilson Ave.
Address

| Dunn | NC | 28334 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                 44,465.84
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

---

**3.87 Nonpriority creditor's name and mailing address**

ESHIPPING LLC
Creditor Name

Creditor's Notice name

10812 NW HIGHWAY 45
Address

PARKVILLE          MO          64152
City          State          ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**          $          14,343.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.88 Nonpriority creditor's name and mailing address**

ESSENTRA PLASTICS
Creditor Name

Creditor's Notice name

3123 STATION ROAD
Address

ERIE          PA          16510
City          State          ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**          $          5,808.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known):* 23-10207

**3.89 Nonpriority creditor's name and mailing address**

ESTEEM MANUFACTURING CORP
Creditor Name

Creditor's Notice name

175 SOUTH SATELLITE ROAD
Address

| SOUTH WINDSOR | CT | 06074 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,920.68
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90 Nonpriority creditor's name and mailing address**

ESTES EXPRESS LINES
Creditor Name

Creditor's Notice name

3901 West Broad Street
Address

| RICHMOND | VA | 23230-3962 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,294.86
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC
Name

Case number *(if known)*    23-10207

**3.91 Nonpriority creditor's name and mailing address**

EXCEED GROUP
Creditor Name

Creditor's Notice name

655 W GRAND AVENUE
Address

SUITE 170

| ELMHURST | IL | 60126 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    828.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.92 Nonpriority creditor's name and mailing address**

EXPRESS EMPLOYMENT PROFESSIONALS
Creditor Name

Creditor's Notice name

461 WESTERN BLVD. SUITE 118
Address

| JACKSONVILLE | NC | 28546 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    35,290.42
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.93 Nonpriority creditor's name and mailing address**

EXTRUDE HONE LLC
Creditor Name

Creditor's Notice name

PO BOX 741007
Address

| PITTSBURGH | PA | 15274-1007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,731.51
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94 Nonpriority creditor's name and mailing address**

FILTOPLAST ENGINEERING PRIVATE LTD
Creditor Name

Creditor's Notice name

PLAT NO 3, PAINTHAMIZH NAGAR
Address

RAJAAS GARDEN

VANAGARAM, CHENNAI THIRUVALLUR

| TAMIL NADU | | 600095 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,965.75
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor:  Stanadyne LLC

Case number *(if known)*  23-10207

---

**3.95** **Nonpriority creditor's name and mailing address**

FLW SOUTHEAST INC
Creditor Name

Creditor's Notice name

4451 CANTON ROAD
Address

| MARIETTA | GA | 30066 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 710.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96** **Nonpriority creditor's name and mailing address**

FOREST CITY TECHNOLOGIES
Creditor Name

Creditor's Notice name

PO BOX 73907-N
Address

| Cleveland | OH | 44193-1149 |
|-----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,440.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor:  Stanadyne LLC

Case number *(if known)*:  23-10207

**3.97  Nonpriority creditor's name and mailing address**

FREEWAY
Creditor Name

Creditor's Notice name

9301 ALLEN DRIVE
Address

| Cleveland | OH | 44125-4688 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  1,116.00
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.98  Nonpriority creditor's name and mailing address**

FREUDENBERG-NOK GENERAL PARTNERSHIP
Creditor Name

Creditor's Notice name

PO BOX 73229
Address

| CHICAGO | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  7,872.80
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor: Stanadyne LLC

Name

Case number *(if known)*  23-10207

**3.99** **Nonpriority creditor's name and mailing address**

FULTON BELLOWS LLC

Creditor Name

Creditor's Notice name

2801 RED DOG LANE

Address

| KNOXVILLE | TN | 37914 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 221,199.30

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.100** **Nonpriority creditor's name and mailing address**

GEI CONSULTANTS  INC

Creditor Name

Creditor's Notice name

PO BOX 843005

Address

| BOSTON | MA | 02284-3005 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,200.45

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

**3.101 Nonpriority creditor's name and mailing address**

GITAL AMERICA INC

Creditor Name

Creditor's Notice name

DEPT 77-5213

Address

| CHICAGO | IL | 60678-5213 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,216.25

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.102 Nonpriority creditor's name and mailing address**

GRAINGER INC

Creditor Name

Creditor's Notice name

DEPT 925-603823764

Address

| PALENTINE | IL | 60038-0001 |
|-----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 493.17

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Name

Case number *(if known)*    23-10207

**3.103  Nonpriority creditor's name and mailing address**

Granite Telecommunications LLC

Creditor Name

Creditor's Notice name

100 Newport Ave EXT.

Address

| Quincy | MA | 02171 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/1/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    739.61

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.104  Nonpriority creditor's name and mailing address**

GREGORY CARD

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/17/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    480.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

**3.105 Nonpriority creditor's name and mailing address**

GREYSTONE INC.
Creditor Name

Creditor's Notice name

7992 Richmond Road
Address

| Toana | VA | 23168 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 145.08
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.106 Nonpriority creditor's name and mailing address**

GS (SHENZHEN) PROTOTYPE TECHNOLOGY CO.
Creditor Name

Creditor's Notice name

2f, A1 Bldg, Jinyuda Industrial Park,
Address

Baoan District, Shenzhen

| Shenzhen | | 518125 |
|----------|-----|-------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
1/16/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 705.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.107** **Nonpriority creditor's name and mailing address**

GT VISION, LLC

Creditor Name

Creditor's Notice name

10205 EASTERDAY CT.

Address

| HAGERSTOWN | MD | 21742 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/21/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                1,950.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.108** **Nonpriority creditor's name and mailing address**

HARRIS, BAIO & MCCULLOUGH

Creditor Name

Creditor's Notice name

520 S. FRONT ST

Address

| Philadelphia | PA | 19147 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/23/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                5,000.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.109** **Nonpriority creditor's name and mailing address**

HERCULES OEM
Creditor Name

Creditor's Notice name

HB SEALING PRODUCTS INC / RT DYGERT
Address

12121 NICOLLET AVENUE S

| MINNEAPOLIS | MN | 55337 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 115,617.88
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.110** **Nonpriority creditor's name and mailing address**

HERITAGE-CRYSTAL CLEAN, LLC
Creditor Name

Creditor's Notice name

13621 COLLECTIONS CENTER DRIVE
Address

| CHICAGO | IL | 60693-0136 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,600.07
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.111 Nonpriority creditor's name and mailing address**

HOLDEN TEMPORARIES, INC
Creditor Name

Creditor's Notice name

PO BOX 1275
Address

| TARBORO | NC | 27886 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 30,045.12
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.112 Nonpriority creditor's name and mailing address**

HOYA VISION - DEPT 2454
Creditor Name

Creditor's Notice name

PO BOX 122454
Address

| DALLAS | TX | 75312-2454 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/24/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 194.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

3.113 **Nonpriority creditor's name and mailing address**

HTT, INC
Creditor Name

Creditor's Notice name

PO BOX 126
Address

428 CLEVELAND ST

| SHEBOYGAN FALLS | WI | 53085-0126 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 167,043.53
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

3.114 **Nonpriority creditor's name and mailing address**

INTEGRATED LEAN AND QUALITY SOLUTIONS
Creditor Name

Creditor's Notice name

PO BOX 1475
Address

| CLARKSTON | MI | 48347 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/28/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 438.69
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: Stanadyne LLC

Name

Case number *(if known)*    23-10207

**3.115 Nonpriority creditor's name and mailing address**

IRON MOUNTAIN RECORDS MANAGEMENT

Creditor Name

Creditor's Notice name

PO BOX 27128

Address

| New York | NY | 10087-7128 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    4,866.80

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.116 Nonpriority creditor's name and mailing address**

ISLAND AUTOMATION, PC

Creditor Name

Creditor's Notice name

145 SETH THOMAS LANE

Address

| SWANSBORO | NC | 28594 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    1,531.25

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.117 Nonpriority creditor's name and mailing address**

J PAGANINI LLC
Creditor Name

Creditor's Notice name

174 SILVER FOX LANE
Address

| TORRINGTON | CT | 06790 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.118 Nonpriority creditor's name and mailing address**

JAMES J PAPPAS
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,380.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

---

**3.119 Nonpriority creditor's name and mailing address**

JASON MCGUINESS DBA:GRAFIKINC
Creditor Name

Creditor's Notice name

6539 RADIO DR
Address

| SAN DIEGO | CA | 92114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/21/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,333.33

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.120 Nonpriority creditor's name and mailing address**

JIANGYOU LIHANG METAL MATERIALS CO LTD
Creditor Name

Creditor's Notice name

JIANGYOU INDUSTRIAL PARK
Address

MIANYANG

JIANGYOU

| SICHUAN | | 621700 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 188,463.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

---

**3.121** | **Nonpriority creditor's name and mailing address**

JMK TOOL & DIE, INC
Creditor Name

Creditor's Notice name

PO Box 828
Address

| COATS | NC | 27521 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,933.30
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address**

JOHN BENNETT
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,096.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

---

**3.123** **Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS SECURITY SOLUTIONSLLC

Creditor Name

Creditor's Notice name

PO BOX 371967

Address

| PITTSBURGH | PA | 15250 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/7/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   404.82

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.124** **Nonpriority creditor's name and mailing address**

KARL KUFNER GMBH & CO KG

Creditor Name

Creditor's Notice name

ROSSENTALSTRASSE 87-89

Address

| ALBSTADT-TAILFINGEN | | D72461 |
|---|---|---|
| City | State | ZIP Code |

Germany

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   18,464.17

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.125 Nonpriority creditor's name and mailing address**

KENDRION (SHELBY) INC
Creditor Name

Creditor's Notice name

1100 AIRPORT ROAD
Address

| SHELBY | NC | 28150-3639 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  1,026,396.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.126 Nonpriority creditor's name and mailing address**

KERRY INDEV LOGISTICS PRIVATE LIMITED
Creditor Name

Creditor's Notice name

New No. 81, Old No. 41,Swamy Complex
Address

Thambuchetty Street

| Chennai | | 600001 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  3,667.61
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.127 Nonpriority creditor's name and mailing address**

KISTLER INSTRUMENT CORPORATION
Creditor Name

Creditor's Notice name

75 JOHN GLENN DRIVE
Address

| AMHERST | NY | 14228 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,391.07
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.128 Nonpriority creditor's name and mailing address**

KNIGHT & SON CONSTRUCTION CORP
Creditor Name

Creditor's Notice name

PO BOX 26
Address

| WEST WILLINGTON | CT | 06279 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,333.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Stanadyne LLC

Case number *(if known)*:  23-10207

**3.129  Nonpriority creditor's name and mailing address**

KNOWBE4 INC.
Creditor Name

Creditor's Notice name

PO Box 734977
Address

| Dallas | TX | 75373-4977 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/19/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          18,240.60
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.130  Nonpriority creditor's name and mailing address**

KUNSHAN KERSEN SCIENCE & TECHNOLOGY CO,
Creditor Name

Creditor's Notice name

NO 389 KUNJIA ROAD,
Address

ECONOMIC DEVELOPMENT ZONE

KUNSHAN CITY

| JIANGSU | | 215300 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          228,009.96
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*:  23-10207

---

**3.131 Nonpriority creditor's name and mailing address**

LENO LEWIS JR

Creditor Name

Creditor's Notice name

440 BANNERMANS MILL RD

Address

| RICHLANDS | NC | 28574 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,200.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.132 Nonpriority creditor's name and mailing address**

LEO PRIMECOMP PRIVATE LIMITED

Creditor Name

Creditor's Notice name

# 28, PONMAR VILLAGE

Address

THIRUPORUR PANCHAYAT UNION

CHENGALPATTU TALUK

| TAMIL NADU | | 602105 |
|---|---|---|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

12/20/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 498.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.133 Nonpriority creditor's name and mailing address**

LINDE GAS & EQUIPMENT, INC
Creditor Name

Creditor's Notice name

LINDE GAS NORTH AMERICA, BANK OF AMERICA
Address

P.O.BOX 382000

| PITTSBURG | PA | 15250-8000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    28,584.54
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.134 Nonpriority creditor's name and mailing address**

LINDSEY LIMOUSINE
Creditor Name

Creditor's Notice name

200 ADDISON ROAD
Address

| WINDSOR | CT | 06095 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/11/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    381.17
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

---

**3.135 Nonpriority creditor's name and mailing address**

LIVINGSTON & HAVEN TECHNOLOGIES
Creditor Name

Creditor's Notice name

PO BOX 890218
Address

| CHARLOTTE | NC | 28289-0218 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,138.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136 Nonpriority creditor's name and mailing address**

M/S WENDT INDIA LTD
Creditor Name

Creditor's Notice name

PLOT 69, 70
Address

SIPCOT INDUSTRIAL COMPLEX

PHASE 1

| HOSUR, TN | | 635126 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 43,056.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.137** **Nonpriority creditor's name and mailing address**

MCMASTER-CARR SUPPLY CO.
Creditor Name

Creditor's Notice name

PO BOX 7690
Address

| CHICAGO | IL | 60680-7690 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   2,452.90
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.138** **Nonpriority creditor's name and mailing address**

MED FIRST IMMEDIATE CARE & FAMILY PRAC
Creditor Name

Creditor's Notice name

PO BOX 8728
Address

| BELFAST | ME | 04915-8728 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   40.84
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

| | |
|---|---|
| Name | |

**3.139 Nonpriority creditor's name and mailing address**

MIANYANG FULIN PRECISION  CO., LTD.

Creditor Name

Creditor's Notice name

NO 268 BANGIAO STREET

Address

| | | |
|---|---|---|
| MIANYANG | | 621000 |
| City | State | ZIP Code |
| China | | |
| Country | | |

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    292,572.47

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.140 Nonpriority creditor's name and mailing address**

MICRO SURFACE ENGINEERING DBA BAL-TEC

Creditor Name

Creditor's Notice name

PO BOX 58611

Address

| | | |
|---|---|---|
| LOS ANGELES | CA | 90058 |
| City | State | ZIP Code |
| | | |
| Country | | |

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                        351.50

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.141 Nonpriority creditor's name and mailing address**

MICRON MANUFACTURING iNC.
Creditor Name

Creditor's Notice name

186 Commerce Drive
Address

| LaGrange | OH | 44050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/6/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,228.75
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.142 Nonpriority creditor's name and mailing address**

MNP CORPORATION
Creditor Name

Creditor's Notice name

44225 UTICA RD
Address

| UTICA | MI | 48317 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 53,673.79
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

Name

**3.143 Nonpriority creditor's name and mailing address**

MODERN EXTERMINATING COMPANY
Creditor Name

Creditor's Notice name

627 COLLEGE STREET
Address

| JACKSONVILLE | NC | 28540 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/25/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 170.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.144 Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL SUPPLY
Creditor Name

Creditor's Notice name

PO BOX 953635
Address

| ST LOUIS | MO | 63195-3635 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 234,681.70
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*  23-10207

**3.145** **Nonpriority creditor's name and mailing address**

MSD INC.
Creditor Name

Creditor's Notice name

6141 Meadowlark Dr.
Address

| Troy | MI | 48085 |
|------|------|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/6/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    8,324.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.146** **Nonpriority creditor's name and mailing address**

MSI-VIKING GAGE, LLC
Creditor Name

Creditor's Notice name

PO BOX 537
Address

| DUNCAN | SC | 29334 |
|--------|------|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    920.47
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.147 Nonpriority creditor's name and mailing address**

NC DEPT OF REVENUE
Creditor Name

Creditor's Notice name

PO BOX 25000
Address

| RALEIGH | NC | 27640-0521 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,237.71
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.148 Nonpriority creditor's name and mailing address**

NEFCO CORPORATION
Creditor Name

Creditor's Notice name

PO BOX 1701
Address

| BRIDGEPORT | CT | 06601-1701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,096.85
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

3.149 **Nonpriority creditor's name and mailing address**

NINGBO HUABIAO MACHINERY MFG CO, LTD
Creditor Name

Creditor's Notice name

NO 258, YANJIANG ROAD
Address

ANDONG TOWN

HANGZHOU BAY NEW ZONE

| NINGBO | | 315327 |
|--------|-------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    118,248.14
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.150 **Nonpriority creditor's name and mailing address**

OAKLAND COMMONS ACQUISITION OWNER LLC
Creditor Name

Creditor's Notice name

PO BOX 310807
Address

| DES MOINES | IA | 50331-0807 |
|------------|-------|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/23/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    276.33
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*:  23-10207

---

**3.151** **Nonpriority creditor's name and mailing address**

OCCUPATIONAL HEALTH CENTERS OF NC

Creditor Name

Creditor's Notice name

P.O. BOX 82730

Address

| HAPEVILLE | GA | 30354 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              151.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.152** **Nonpriority creditor's name and mailing address**

OERLIKON BALZERS COATING USA INC

Creditor Name

Creditor's Notice name

27228 NETWORK PLACE

Address

| CHICAGO | IL | 60673-1272 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          149,823.85

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

---

**3.153 Nonpriority creditor's name and mailing address**

OLD DOMINION FREIGHT LINE, INC
Creditor Name

Creditor's Notice name

PO BOX 198475
Address

| ATLANTA | GA | 30384-8475 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   7,699.91
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.154 Nonpriority creditor's name and mailing address**

OLIVER WYMAN ACTUARIAL CONSULTING
Creditor Name

Creditor's Notice name

BOX 5160, GPO
Address

| NEW YORK | NY | 10087-5160 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/23/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   6,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.155 Nonpriority creditor's name and mailing address**

ONEPAGER
Creditor Name

Creditor's Notice name

8210 S KEARNEY ST
Address

| CENTENNIAL | CO | 80112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/24/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    599.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.156 Nonpriority creditor's name and mailing address**

ONSLOW WATER & SEWER AUTHORITY
Creditor Name

Creditor's Notice name

PO BOX 63036
Address

| CHARLOTTE | NC | 28263-3036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    2,430.29
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC
Name

Case number (if known)    23-10207

**3.157** **Nonpriority creditor's name and mailing address**

OPEN TEXT INC
Creditor Name

Creditor's Notice name

C/O JP MORGAN LOCKBOX
Address

24685 NETWORK PLACE

| CHICAGO | IL | 60673-1246 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    2,337.43
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.158** **Nonpriority creditor's name and mailing address**

ORIGINLAB CORPORATION
Creditor Name

Creditor's Notice name

1 ROUNDHOUSE PLAZA, STE 303
Address

| NORTHHAMPTON | MA | 01060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/11/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    430.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.159 Nonpriority creditor's name and mailing address**

PARKER HANNIFIN CORPORATION

Creditor Name

Creditor's Notice name

FLUID CONTROL DIVISION

Address

95 EDGEWOOD AVE.

| NEW BRITAIN | CT | 06051 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                  18,555.42

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.160 Nonpriority creditor's name and mailing address**

PARKER POE LOCKBOX

Creditor Name

Creditor's Notice name

PO BOX 603857

Address

| CHARLOTTE | NC | 28260-3857 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/19/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                  1,201.79

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.161** **Nonpriority creditor's name and mailing address**

PCB PIEZOTRONICS INC

Creditor Name

Creditor's Notice name

15015 COLLECTIONS CENTER DR

Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                786.49
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.162** **Nonpriority creditor's name and mailing address**

Pension Benefit Guaranty Corp.

Creditor Name

Carl H. Charlotin

Creditor's Notice name

445 12th Street SW

Address

| Washington | DC | 20024-2101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Pension

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

---

**3.163** **Nonpriority creditor's name and mailing address**

PENSION BENEFIT INFORMATION

Creditor Name

Creditor's Notice name

PO Box 771512

Address

| Chicago | IL | 60677-1512 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,562.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.164** **Nonpriority creditor's name and mailing address**

PETROCHOICE LLC

Creditor Name

Creditor's Notice name

PO BOX 829604

Address

| PHILADELPHIA | PA | 19812-9604 |
|--------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,983.19
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.165** **Nonpriority creditor's name and mailing address**

PHILLIP EOFF
Creditor Name


Creditor's Notice name

2311 RIDGEMONT HILL ROAD
Address



| CARY | NC | 27513 |
|------|------|------|
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**
5/13/2019
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.166** **Nonpriority creditor's name and mailing address**

PHILLIPS CORPORATION
Creditor Name


Creditor's Notice name

8500 Triad Drive
Address



| Colfax | NC | 27235 |
|------|------|------|
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 55,717.25
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

---

**3.167** **Nonpriority creditor's name and mailing address**

PIEDMONT NATURAL GAS CO, INC
Creditor Name

Creditor's Notice name

PO BOX 1246
Address

| CHARLOTTE | NC | 28201-1246 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,511.71
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.168** **Nonpriority creditor's name and mailing address**

PRECISION RESOURCE
Creditor Name

Creditor's Notice name

LOCKBOX 5637
Address

PO BOX 8500

| PHILADELPHIA | PA | 19178-5637 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,330.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

3.169 **Nonpriority creditor's name and mailing address**

PRINCE & IZANT COMPANY
Creditor Name

Creditor's Notice name

12999 PLAZA DRIVE
Address

| CLEVELAND | OH | 44130 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/18/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,484.62
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.170 **Nonpriority creditor's name and mailing address**

PROVIDENT LIFE & ACCIDENT INS
Creditor Name

Creditor's Notice name

PO BOX 403748
Address

| ATLANTA | GA | 30384-3748 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 500.75
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number (if known): 23-10207

**3.171 Nonpriority creditor's name and mailing address**

PRUDENTIAL ALARM
Creditor Name

Creditor's Notice name

20600 Eureka Road
Address

Suite 900

| Taylor | MI | 48180 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                     43.90
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.172 Nonpriority creditor's name and mailing address**

PUNTO DIESEL
Creditor Name

Creditor's Notice name

VIA BRESCIA 277-25075
Address

NAVE

| BRESCIA | | 25075 |
|---------|-----|-------|
| City | State | ZIP Code |

Italy
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    787.90
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known):*  23-10207

**3.173 Nonpriority creditor's name and mailing address**

PURE POWER TECHNOLOGIES, INC
Creditor Name

Creditor's Notice name

1410 NORTHPOINT BLVD
Address

| BLYTHEWOOD | SC | 29016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 666,556.99 |
|---|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.174 Nonpriority creditor's name and mailing address**

QUADIENT FINANCE USA, INC
Creditor Name

Creditor's Notice name

PO BOX 6813
Address

| CAROL STREAM | IL | 60197-6813 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 474.52 |
|---|---|---|

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.175** **Nonpriority creditor's name and mailing address**

QUALITY VISION INTERNATIONAL INC
Creditor Name

Creditor's Notice name

850 HUDSON AVE
Address

| ROCHESTER | NY | 14621 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                438.87
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.176** **Nonpriority creditor's name and mailing address**

RAMBOLL US CORP
Creditor Name

Creditor's Notice name

PO BOX 829681
Address

| PHILADELPHIA | PA | 19182-9681 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                874.50
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.177 Nonpriority creditor's name and mailing address**

RAYMOND HUK
Creditor Name

Creditor's Notice name

20 FARMVIEW LN
Address

| GRANBY | CT | 06035 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/18/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                878.69
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.178 Nonpriority creditor's name and mailing address**

RICOH USA, INC
Creditor Name

Creditor's Notice name

PO Box 802815
Address

| CHICAGO | IL | 60680-2815 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                377.33
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.179** **Nonpriority creditor's name and mailing address**

ROTO-ROOTER
Creditor Name

Creditor's Notice name

PO BOX 7580
Address

| JACKSONVILLE | NC | 28540 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/9/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $          837.80
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.180** **Nonpriority creditor's name and mailing address**

RSM US LLP
Creditor Name

Creditor's Notice name

5155 PAYSPHERE CIRCLE
Address

| CHICAGO | IL | 60674-0051 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $          210,000.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.181 Nonpriority creditor's name and mailing address**

SAF-GARD SAFETY SHOE CO
Creditor Name

Creditor's Notice name

PO BOX 10379
Address

| GREENSBORO | NC | 27404-0379 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/26/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,910.47
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.182 Nonpriority creditor's name and mailing address**

SAI GLOBAL, INC
Creditor Name

Creditor's Notice name

PO BOX 74007503
Address

LOCKBOX NUMBER: 007503

| CHICAGO | IL | 60674-7503 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/23/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 474.83
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*:  23-10207

**3.183** **Nonpriority creditor's name and mailing address**

SECURED LOCK, INC
Creditor Name

Creditor's Notice name

214 HENDERSON DRIVE
Address

| JACKSONVILLE | NC | 28540 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/20/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                96.30

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.184** **Nonpriority creditor's name and mailing address**

SHANGHAI FUTURE HIGH-TECH CO, LTD
Creditor Name

Creditor's Notice name

NO 4318 YIXIAN ROAD
Address

BAOSHAN DISTRICT

| SHANGHAI | | 200940 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             60,232.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

Name

**3.185** **Nonpriority creditor's name and mailing address**

SHI INTERNATIONAL CORP

Creditor Name

Creditor's Notice name

PO BOX 952121

Address

| DALLAS | TX | 75395-2121 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,152.58

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.186** **Nonpriority creditor's name and mailing address**

SHI INTERNATIONAL CORP.

Creditor Name

Creditor's Notice name

1111 Old Eagle School Rd.

Address

| Wayne | PA | 19087-1453 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,023.39

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.187 Nonpriority creditor's name and mailing address**

SHIPMAN & GOODWIN LLP
Creditor Name

Creditor's Notice name

ONE CONSTITUTION PLAZA
Address

| HARTFORD | CT | 06103-1919 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/8/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,823.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.188 Nonpriority creditor's name and mailing address**

SKYLINE EXHIBITS AND GRAPHICS, INC
Creditor Name

Creditor's Notice name

362 INDUSTRIAL PARK RD
Address

UNIT 6

| MIDDLETOWN | CT | 06457 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/27/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 63.65
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

### 3.189 Nonpriority creditor's name and mailing address

SOUTHEASTERN FREIGHT LINES
Creditor Name

Creditor's Notice name

PO BOX 100104
Address

| COLUMBIA | SC | 29202-3104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,102.43
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

### 3.190 Nonpriority creditor's name and mailing address

SSS SPRING & WIRE LLC
Creditor Name

Creditor's Notice name

5161 WOODFIELD COURT NE
Address

| GRAND RAPIDS | MI | 49525 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 99,203.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*  23-10207

**3.191 Nonpriority creditor's name and mailing address**

STANADYNE  MIDEAST (FZE)

Creditor Name

Creditor's Notice name

Q3-026, PO BOX 513952

Address

SAIF ZONE

| SHARJAH | | |
|---|---|---|
| City | State | ZIP Code |

UAE

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           5,128,772.35

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.192 Nonpriority creditor's name and mailing address**

STANADYNE AMALGAMATIONS PRIVATE LTD

Creditor Name

Creditor's Notice name

124 DR RADHAKRISHNAN SALA

Address

| Chennai | | 600 044 |
|---|---|---|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           5,787,664.12

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.193 Nonpriority creditor's name and mailing address**

STANADYNE CHANGSHU CORPORATION
Creditor Name

Creditor's Notice name

155 HUANGSHAN RD
Address

DONGNAN ECONOMY DEVELOPMENT ZONE

CHANGSHU

| | | |
|---|---|---|
| JIANGSU PROVINCE | | 215500 |
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,326,433.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.194 Nonpriority creditor's name and mailing address**

STANADYNE, SPA
Creditor Name

Creditor's Notice name

158 VIA MATTEOTTI
Address

| | | |
|---|---|---|
| CASTENEDOLO | | 25014 |
| City | State | ZIP Code |

Italy
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 672,224.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Stanadyne LLC

Case number *(if known)*  23-10207

---

**3.195  Nonpriority creditor's name and mailing address**

STAPLES, INC

Creditor Name

Creditor's Notice name

STAPLES CONTRACT & COMMERCIAL CREDIT

Address

DBA STAPLES BUSINESS CREDIT

PO BOX 105638

| ATLANTA | GA | 30348-5638 |
|---------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $                    260.16
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.196  Nonpriority creditor's name and mailing address**

STERLING PERFORMANCE, INC

Creditor Name

Creditor's Notice name

54420 PONTIAC TRAIL

Address

| MILFORD | MI | 48381 |
|---------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $                  5,680.00
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.197 Nonpriority creditor's name and mailing address**

STEWART EFI
Creditor Name

Creditor's Notice name

PO BOX 455
Address

| BRATTLEBORO | VT | 05302-0455 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 449,196.60
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.198 Nonpriority creditor's name and mailing address**

STORMWIND LLC
Creditor Name

Creditor's Notice name

DEPT 3602
Address

PO BOX 123602

| DALLAS | TX | 75312-3602 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/19/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 270.42
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.199** **Nonpriority creditor's name and mailing address**

STRONG PRECISION MACHINERY (HONG KONG)
Creditor Name

Creditor's Notice name

12/D Block B, Marvel Industrial Bldg.
Address

Kwai Fung Crescent, Kwai Fong, N.T.

| Hong Kong | | |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,370.50
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.200** **Nonpriority creditor's name and mailing address**

STRUERS INC
Creditor Name

Creditor's Notice name

PO BOX 945540
Address

| ATLANTA | GA | 30394-5540 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 72.76
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor:  Stanadyne LLC

Case number *(if known)*  23-10207

**3.201** **Nonpriority creditor's name and mailing address**

SUMMIT HANDLING SYSTEMS, INC.
Creditor Name

Creditor's Notice name

11 DEFCO PARK ROAD
Address

| NORTH HAVEN | CT | 06473 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              2,482.12
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.202** **Nonpriority creditor's name and mailing address**

SUNTECK TRANSPORT CO, LLC
Creditor Name

Creditor's Notice name

4500 Salisbury Road
Address

Suite 305

| JACKSONVILLE | FL | 32216 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              9,100.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

Name

**3.203 Nonpriority creditor's name and mailing address**

SWAGELOK NORTH CAROLINA / EAST TENNESSEE

Creditor Name

Creditor's Notice name

ATTN: ACCOUNTS RECEIVABLE

Address

221 BELTWAY BLVD

| MATTHEWS | NC | 28104-8807 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,086.37

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.204 Nonpriority creditor's name and mailing address**

TEK INDUSTRIES, LLC

Creditor Name

Creditor's Notice name

PO BOX 38

Address

| NORTH HARTLAND | VT | 05052 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 957.20

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.205 Nonpriority creditor's name and mailing address**

TEMPER CORP
Creditor Name

Creditor's Notice name

PO BOX 1127
Address

544 PERSSE ROAD

| FONDA | NY | 12068 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/4/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,820.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.206 Nonpriority creditor's name and mailing address**

TESCO RESOURCES, INC
Creditor Name

Creditor's Notice name

PO BOX 7108
Address

| PROSPECT | CT | 06712 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,230.63
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 2,155.00
THE ABBOTT BALL COMPANY
Creditor Name

*Check all that apply.*

Creditor's Notice name

☑ Contingent
☑ Unliquidated
☑ Disputed

19 RAILROAD PLACE
Address

**Basis for the claim:**

PO BOX 330100

Trade

| WEST HARTFORD | CT | 06110 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**3.208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 21,578.28
THE GUARDIAN LIFE INSURANCE COMPANY
Creditor Name

*Check all that apply.*

Creditor's Notice name

☑ Contingent
☑ Unliquidated
☑ Disputed

PO Box 677458
Address

**Basis for the claim:**

Trade

| Dallas | TX | 75267-7458 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/28/2023

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

**3.209 Nonpriority creditor's name and mailing address**

THE MEGA FORCE STAFFING GROUP, INC.
Creditor Name

Creditor's Notice name

1001 HAY STREET
Address

| | | |
|---|---|---|
| FAYETTEVILLE | NC | 28305 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                13,279.19
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.210 Nonpriority creditor's name and mailing address**

THE METROPOLITAN DISTRICT
Creditor Name

Creditor's Notice name

THE METROPOLITAN DISTRICT
Address

PO BOX 990092

| | | |
|---|---|---|
| HARTFORD | CT | 06199-0092 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 1,703.30
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:  Stanadyne LLC

Case number *(if known)*    23-10207

---

**3.211  Nonpriority creditor's name and mailing address**

THERMAL METAL TREATING INC

Creditor Name

Creditor's Notice name

PO BOX 367

Address

| ABERDEEN | NC | 28315 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    712.80
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.212  Nonpriority creditor's name and mailing address**

TOLEDO CAROLINA INC

Creditor Name

Creditor's Notice name

P O BOX 12366

Address

| FLORENCE | SC | 29504-2366 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    5,418.10
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.213 Nonpriority creditor's name and mailing address**

TOM DONAGHER & SON'S LANDSCAPING LLC
Creditor Name

Creditor's Notice name

79 WILLARD AVENUE
Address

| NEWINGTON | CT | 06111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/25/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 255.24
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.214 Nonpriority creditor's name and mailing address**

TOYOTA INDUSTRIES COMMERCIAL FINANCE
Creditor Name

Creditor's Notice name

PO BOX 660926
Address

| DALLAS | TX | 75266-0926 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,710.07
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.215** **Nonpriority creditor's name and mailing address**

TRANSCAT, INC

Creditor Name

Creditor's Notice name

PO BOX 62827

Address

| BALTIMORE | MD | 21264-2827 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/8/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 49.30

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.216** **Nonpriority creditor's name and mailing address**

TRANS-MATIC MFG CO INCORP

Creditor Name

Creditor's Notice name

300 EAST 48TH STREET

Address

| HOLLAND | MI | 49423 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 160,223.95

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.217 Nonpriority creditor's name and mailing address**

TURNER'S MACHINING SPECIALTIES INC
Creditor Name

Creditor's Notice name

820 REPP DR
Address

| COLUMBUS | IN | 47201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,750.75
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.218 Nonpriority creditor's name and mailing address**

TVS SENSING SOLUTIONS PRIVATE LTD
Creditor Name

Creditor's Notice name

MADURAI-MELUR ROAD
Address

VELLARIPATTI

| MADURAI | | 625122 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,488.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number (if known): 23-10207

**3.219 Nonpriority creditor's name and mailing address**

UAP INC
Creditor Name

Creditor's Notice name

ATTN: ALEXANDRE PROULX
Address

7025 ONTARIO EAST

| MONTREAL | QC | H1N 2B3 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
2/2/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,744.62
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.220 Nonpriority creditor's name and mailing address**

ULINE
Creditor Name

Creditor's Notice name

PO BOX 88741
Address

| CHICAGO | IL | 60680-1741 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/2/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   339.18
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC

Name

Case number *(if known)*    23-10207

**3.221  Nonpriority creditor's name and mailing address**

UNIFIRST CORPORATION

Creditor Name

Creditor's Notice name

PO Box 650481

Address

| DALLAS | TX | 75265-0481 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,888.30

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.222  Nonpriority creditor's name and mailing address**

UNITED RENTALS (NORTH AMERICA), INC

Creditor Name

Creditor's Notice name

PO BOX 100711

Address

| ATLANTA | GA | 30384-0711 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    723.32

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

---

**3.223  Nonpriority creditor's name and mailing address**

US BANK
Creditor Name

Creditor's Notice name

PO BOX 6343
Address

| FARGO | ND | 58125-6343 |
|-------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/27/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    5,475.19
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.224  Nonpriority creditor's name and mailing address**

US CBP
Creditor Name

Creditor's Notice name

PO BOX 530071
Address

| Atlanta | GA | 30353 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 233,939.17
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.225** **Nonpriority creditor's name and mailing address**

VALUETRONICS INTERNATIONAL

Creditor Name

Creditor's Notice name

1675 CAMBRIDGE DRIVE

Address

| ELGIN | IL | 60123 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/12/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $        751.19

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.226** **Nonpriority creditor's name and mailing address**

VERITIV OPERATING COMPANY

Creditor Name

Creditor's Notice name

VERITIV-RALEIGH

Address

PO BOX 409884

| ATLANTA | GA | 30384-9884 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/5/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $       3,045.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.227 Nonpriority creditor's name and mailing address**

VERIZON WIRELESS
Creditor Name


Creditor's Notice name

PO BOX 15062
Address



| ALBANY | NY | 12212-5062 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/28/2023
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,603.54
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.228 Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT
Creditor Name


Creditor's Notice name

PO BOX 4648
Address



| CAROL STREAM | IL | 60197-4648 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 7,953.44
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.229 Nonpriority creditor's name and mailing address**

WAYTEK INC
Creditor Name

Creditor's Notice name

PO BOX 1727
Address

| MINNEAPOLIS | MN | 55440 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                65.17
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.230 Nonpriority creditor's name and mailing address**

Wells Fargo Credit Card (P-Card)
Creditor Name

Creditor's Notice name

420 MONTGOMERY
Address

| SAN FRANCISCO | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             4,508.28
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

---

**3.231 Nonpriority creditor's name and mailing address**

WESTERN GAGE CORPORATION
Creditor Name

Creditor's Notice name

3316-A Maya Linda
Address

| Camarillo | CA | 93012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/14/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,980.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.232 Nonpriority creditor's name and mailing address**

WINDSOR POLICE DEPARTMENT - ALARMS
Creditor Name

Creditor's Notice name

110 ADDISON ROAD
Address

| Windsor | CT | 06095 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 250.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

**3.233 Nonpriority creditor's name and mailing address**

WOMBLE BOND DICKINSON (US) LLP
Creditor Name

Creditor's Notice name

PO BOX 601879
Address

| CHARLOTTE | NC | 28260-1879 |
|-----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   5,525.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.234 Nonpriority creditor's name and mailing address**

XPO LOGISTICS FREIGHT, INC
Creditor Name

Creditor's Notice name

29559 NETWORK PLACE
Address

| CHICAGO | IL | 60673 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   4,723.76
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Stanadyne LLC
Name

Case number *(if known)*    23-10207

**3.235  Nonpriority creditor's name and mailing address**

YIH SHAN PRECISION CO, LTD
Creditor Name

Creditor's Notice name

NO. 25, LN 460
Address

NANSHI SEC 2, ZHONGFENG RD

PINGZHEN DISTRICT

| TAOYUAN CITY | | 32472 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           4,473.41
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐   Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| City          State          ZIP Code | | |
| Country | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 33,017,961.51 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 33,017,961.51 |

**Fill in this information to identify the case:**

Debtor Name: In re : Stanadyne LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10207 (TMH)

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | 3DCS |
| | | Name |
| | | Notice Name |
| | | 5750 NEW KING DR. |
| State the term remaining | 6/6/2032 | Address |
| List the contract number of any government contract | | |
| | | TROY / MI / 48098 |
| | | City / State / ZIP Code |
| | | Country |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | A&D TECHNOLOGY, INC |
| | | Name |
| | | Notice Name |
| | | 4622 RUNWAY BLVD. |
| State the term remaining | 2/22/2031 | Address |
| List the contract number of any government contract | | |
| | | ANN ARBOR / MI / 48108 |
| | | City / State / ZIP Code |
| | | Country |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

**2.3 State what the contract or lease is for and the nature of the debtor's interest** — CONFIDENTIALITY AGREEMENT

AA EDM CORPORATION
Name

Notice Name

7455 NEWMAN BLVD
Address

**State the term remaining** — 12/15/2030

**List the contract number of any government contract**

| | | |
|---|---|---|
| DEXTER | MI | 48130 |
| City | State | ZIP Code |

Country

**2.4 State what the contract or lease is for and the nature of the debtor's interest** — CONFIDENTIALITY AGREEMENT

ABBOTT BALL COMPANY
Name

Notice Name

19 RAILROAD PLACE
Address

**State the term remaining** — N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| WEST HARTFORD | CT | 06110 |
| City | State | ZIP Code |

Country

**2.5 State what the contract or lease is for and the nature of the debtor's interest** — CONFIDENTIALITY AGREEMENT

ABCO AUTOMATION INC.
Name

Notice Name

6202 TECHNOLOGY DR.
Address

**State the term remaining** — N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| BROWNS SUMMIT | NC | 27214 |
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

**2.6** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining**   N/A

**List the contract number of any government contract**

ABEK LLC

Name

Notice Name

492 BIRCH STREET

Address

| BRISTOL | CT | 06010 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**2.7** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining**   N/A

**List the contract number of any government contract**

ABLE ELECTROPOLISHING

Name

Notice Name

2001 S. KILBOURN AVE.

Address

| CHICAGO | IL | 60623 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**2.8** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining**   N/A

**List the contract number of any government contract**

ACCUPROMPT, INC.

Name

Notice Name

100 83RD AVENUE NE

Address

STE. 101

| FRIDLEY | MN | 55432 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

ACCURATE BRAZING
Name

_____
Notice Name

4 PROGRESS DR.
Address

**State the term remaining** 7/11/2029

_____

**List the contract number of any government contract**

_____

| MANCHESTER | CT | 06042 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

ACHATES POWER, INC
Name

_____
Notice Name

4060 SORRENTO VALLEY BLVD.
Address

**State the term remaining** N/A

SUITE A

**List the contract number of any government contract**

_____

| SAN DIEGO | CA | 92121 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

ACTECH GMBH
Name

_____
Notice Name

HALSBRUCKER STRASSE 51
Address

**State the term remaining** N/A

**List the contract number of any government contract**

_____

| FREIBERG | | 09599 |
|---|---|---|
| City | State | ZIP Code |

GERMANY
Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

---

**2.12** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

State the term remaining    N/A

List the contract number of any government contract

ACTION TOOL SERVICE INC.
Name

Notice Name

2202 MINGEE DR.
Address

| HAMPTON | VA | 23661 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.13** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

State the term remaining    N/A

List the contract number of any government contract

ADEPT MACHINE TOOLS, INC.
Name

Notice Name

138 CAYUGA DR.
Address

| MOORESVILLE | NC | 28117 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.14** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

State the term remaining    N/A

List the contract number of any government contract

ADVANCED OPTOWAVE CORPORATION
Name

Notice Name

105 COMAC ST.
Address

| RONKONKOMA | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

Name

---

**2.15** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

AEA SRL

Name

Notice Name

16 VIA FIUME

**State the term remaining** 4/24/2030

Address

**List the contract number of any government contract**

60030 ANGELI DI ROSORA AN

| City | State | ZIP Code |
|------|-------|----------|
| ITALY | | |

Country

---

**2.16** **State what the contract or lease is for and the nature of the debtor's interest**

MASTER SUPPLY AGREEMENT

AEROSTAR MANUFACTURING

Name

Notice Name

28275 NORTHLINE RD.

**State the term remaining** 2/11/2026

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| ROMULUS | MI | 48174 |

Country

---

**2.17** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

AEROSTAR MANUFACTURING

Name

Notice Name

28275 NORHTLINE RD.

**State the term remaining** 6/14/2030

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| ROMULS | MI | 48174 |

Country

---

Debtor: Stanadyne LLC
Name

Case number *(if known)*:    23-10207

| | | |
|---|---|---|
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

AEROSTAR MANUFACTURING
Name

Notice Name

28275 NORTHLINE RD.
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| ROMULUS | MI | 48174 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

AIRLINE HYDRAULICS
Name

Notice Name

3557 PROGRESS DR.
Address

**State the term remaining**    10/1/2033

**List the contract number of any government contract**

| BENSALEM | PA | 19020 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

AJ ROSE MANUFACTURING CO.
Name

Notice Name

38000 CHESTER RD.
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| AVON | OH | 44011 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Stanadyne LLC
Name

Case number (if known): 23-10207

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | AKTIEBOLAGET VOLVO PENTA "VOLVO" |
| --- | --- | --- | --- |

Name

Notice Name

GROPEGARDSGATAN

Address

**State the term remaining** N/A

**List the contract number of any government contract**

405 08 GOTEBORG

City | State | ZIP Code

SWEDEN

Country

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | ALCORTA FORGING GROUP |
| --- | --- | --- | --- |

Name

Notice Name

POL. INDUSTRIAL SAN LORENZO

Address

**State the term remaining** 10/20/2031

**List the contract number of any government contract**

ELGOIBAR (GUIPUZOA) | | 20870

City | State | ZIP Code

SPAIN

Country

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | ALLEGIANT INTERNATIONAL |
| --- | --- | --- | --- |

Name

Notice Name

450 E 96TH ST.

Address

SUITE 500

**State the term remaining** 8/16/2033

**List the contract number of any government contract**

INDIANAPOLIS | IN | 46242

City | State | ZIP Code

Country

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

---

**2.24** State what the contract or lease is for and the nature of the debtor's interest: CONFIDENTIALITY AGREEMENT

ALLIED ELECTRONICS
Name

Notice Name

State the term remaining: 9/3/2030

750 OLD MAIN ST.
Address

SUITE 302

List the contract number of any government contract

| ROCKY HILL | CT | 06067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.25** State what the contract or lease is for and the nature of the debtor's interest: CONFIDENTIALITY AGREEMENT

ALLOYS INTERNATIONAL
Name

Notice Name

State the term remaining: N/A

150 REMINGTON BLVD.
Address

List the contract number of any government contract

| RONKONKOMA | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.26** State what the contract or lease is for and the nature of the debtor's interest: CONFIDENTIALITY AGREEMENT

ALPHA PRECISION GROUP ACQUISITION HOLDINGS, LLC
Name

Notice Name

1379 BUCKTAIL RD.
Address

State the term remaining: N/A

List the contract number of any government contract

| ST MARYS | PA | 15857 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | **State the term remaining** | 9/23/2025 |
| | **List the contract number of any government contract** | |

AM GENERAL LLC
_____
Name

_____
Notice Name

105 NORTH NILES AVE
_____
Address

_____

| SOUTH BEND | IN | 46617 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

AMBAC INTERNATIONAL
_____
Name

_____
Notice Name

910 SPEARS CREEK CT
_____
Address

_____

| EGLIN | SC | 29045 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | **State the term remaining** | 5/17/2032 |
| | **List the contract number of any government contract** | |

AMERICAN FRICTION WELDING
_____
Name

_____
Notice Name

115 NORTH JANACEK RD
_____
Address

_____

| BROOKFIELD | WI | 53045 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor:  Stanadyne LLC
Name

Case number *(if known)*:  23-10207

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | AMERICAN HEAT TREATING, INC |
|------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 16 COMMERCE DR. |
| | State the term remaining | 7/14/2032 | Address |
| | List the contract number of any government contract | | |
| | | | MONROE / CT / 06468 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | AMERICAN MICRO PRODUCTS INC. |
|------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4288 ARMSTRONG BLVD. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | BATAVIA / OH / 45103 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | AMERICAN STRESS TECHNOLOGIES |
|------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 540 ALPHA DR. |
| | State the term remaining | 10/22/2029 | Address |
| | List the contract number of any government contract | | |
| | | | PITTSBURGH / PA / 15238 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor:  Stanadyne LLC
_____
Name

Case number *(if known)*:  23-10207

| | | |
|---|---|---|
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

AMISCO SpA
_____
Name

_____
Notice Name

VIA PIAGGIO 72
_____
Address

**State the term remaining**    7/5/2023

**List the contract number of any government contract**

1O-20037 PADERNO D
_____
City                    State                    ZIP Code

ITALY
_____
Country

| | | |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT |

AMISCO SPA
_____
Name

_____
Notice Name

VIA PIAGGIO 72
_____
Address

**State the term remaining**    7/5/2023

**List the contract number of any government contract**

PADERNO D                    I-20037
_____
City                    State                    ZIP Code

ITALY
_____
Country

| | | |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

ANROD SCREEN CYLINDER CO
_____
Name

_____
Notice Name

6160 GARFIELD AVE.
_____
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

CASS CITY                    MI                    48726
_____
City                    State                    ZIP Code

_____
Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | AON |
| | | | Name |

Notice Name

201 MERRITT 7, SUITE 2
Address

State the term remaining: N/A

List the contract number of any government contract

| NORWALK | CT | 06851 |
| City | State | ZIP Code |

Country

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | APPLIED TECHNICAL SERVICES, LLC |
| | | | Name |

Notice Name

1049 TRIAD COURT
Address

State the term remaining: N/A

List the contract number of any government contract

| MARIETTA | GA | 30062 |
| City | State | ZIP Code |

Country

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | aPRIORI TCHNOLOGIES, INC |
| | | | Name |

Notice Name

300 BALER AVENUE
Address

State the term remaining: 2/8/2033

List the contract number of any government contract

| CONCORD | MA | 01742 |
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | AQUARESE INDUSTRIES SA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PARC DES INDUSTRIES ARTOIS FLANDRES |
| | State the term remaining | 1/21/2030 | Address |
| | | | 1 BIS RUE DU GENERAL DE GAULLE |
| | List the contract number of any government contract | | |

| | | | 62138 BILLY -BERCLAU | | |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | FRANCE | | |
| | | | Country | | |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | ARCOR LASER SERVICES LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4 KENNY ROBERTS MEMORIAL DR |
| | State the term remaining | 7/7/2032 | Address |
| | List the contract number of any government contract | | |

| | | | SUFFIELD | CT | 06078 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | ARMOLOY SOUTHEAST, INC. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 785 ELECTRIC DRIVE |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | | SUMTER | SC | 29153 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

**Schedule G: Executory Contracts and Unexpired Leases**

| Debtor: | Stanadyne LLC | | Case number *(if known)*: | 23-10207 |
|---|---|---|---|---|
| | Name | | | |

**2.42** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

ASIMCO
Name

Notice Name

3, CHENG ZHAUNG
Address

**State the term remaining**  N/A

FENGTAI DISTRICT

**List the contract number of any government contract**

| BEIJING | | 100071 |
|---|---|---|
| City | State | ZIP Code |
| CHINA | | |
| Country | | |

**2.43** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

ASSURRED TESTING SERVICES
Name

Notice Name

388 SERVIDEA DR
Address

**State the term remaining**  1/24/2032

**List the contract number of any government contract**

| RIDGWAY | PA | 15853 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

**2.44** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

ASTON MARTIN LAGONDA LIMITED
Name

Notice Name

BANBURY RD
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| GAYDON | WARWICK | DV35 0DB |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*: 23-10207

---

**2.45** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

ATC AUTOMATION
_____
Name

_____
Notice Name

101 MILL DRIVE
_____
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| COOKVILLE | TN | 38501 |
|-----------|-----|-------|
| City | State | ZIP Code |

_____
Country

---

**2.46** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

ATS CAROLINA INC
_____
Name

_____
Notice Name

1510 CEDAR LINE DR.
_____
Address

**State the term remaining** 2/20/2030

**List the contract number of any government contract**

| ROCK HILL | SC | 29730 |
|-----------|-----|-------|
| City | State | ZIP Code |

_____
Country

---

**2.47** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

ATW AUTOMATION INC
_____
Name

_____
Notice Name

313 MOUND ST.
_____
Address

**State the term remaining** 9/5/2029

**List the contract number of any government contract**

| DAYTON | OH | 45402 |
|--------|-----|-------|
| City | State | ZIP Code |

_____
Country

---

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

---

**2.48** **State what the contract or lease is for and the nature of the debtor's interest**

SERVICE AGREEMENT

ATWORK
Name

Notice Name

825 GUM BRANCH RD.
Address

**State the term remaining** N/A

SUITE 113

**List the contract number of any government contract**

| JACKSONVILLE | SC | 28540 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.49** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

AURIZON ULTRASONICS
Name

Notice Name

900 W. KENNEDY AVE.
Address

**State the term remaining** 12/5/2032

**List the contract number of any government contract**

| KIMBERLY | WI | 54136 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.50** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

AURORA TECHNOLOGIES
Name

Notice Name

5050 N. BLACKSTOCK RD.
Address

**State the term remaining** 8/22/2032

**List the contract number of any government contract**

| SPARTANBURG | SC | 29302 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | | | |
|---|---|---|---|---|
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT 2ND AMMENDMENT | AUTOCAM CORPORATION D/B/A MOBILE SOLUTIONS GROUP | Name |
| | | | Notice Name | |
| | | | 4180 40TH STREET SE | |
| | **State the term remaining** | 12/31/2025 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | KENTWOOD | MI | 49512 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | MSA | AUTOCAM PRECISION COMPONENTS GROUP | Name |
| | | | Notice Name | |
| | | | 4180 40TH ST. SE | |
| | **State the term remaining** | 12/17/2023 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | KENTWOOD | MI | 49512 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | AUTOMATION TOOL/ATC AUTOMATION | Name |
| | | | Notice Name | |
| | | | 101 MILL DR. | |
| | **State the term remaining** | 9/3/2029 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | COOKEVILLE | TN | 38501 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| **2.54** | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

AUTOTECH INDUSTRIES INDIA PVT LTD
Name

Notice Name

SP114 AMBATTUR INDUSTRIAL ESTATE
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| CHENNAI | TAMILNADU | 600058 |
| City | State | ZIP Code |
| INDIA | | |
| Country | | |

| | | |
|---|---|---|
| **2.55** | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

AVL POWERTRAIN ENGINEERING, INC
Name

Notice Name

47519 HALYARD DRIVE
Address

**State the term remaining** 8/8/2027

**List the contract number of any government contract**

| | | |
|---|---|---|
| PLYMOUTH | MI | 48170 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| **2.56** | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

BAHMULLER TECHNOLOGIES, INC.
Name

Notice Name

10815 JOHN PRICE RD.
Address

SUITE A

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| CHARLOTTE | NC | 28273 |
| City | State | ZIP Code |
| Country | | |

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | **State the term remaining**  N/A |
| | | **List the contract number of any government contract** |

BAREFOOT CNC
Name

Notice Name

333 SANDFORD DR.
Address

| MORGANTON | NC | 28655 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | **State the term remaining**  1/14/2034 |
| | | **List the contract number of any government contract** |

BARON ANALYTICAL LABORATORIES LLC
Name

Notice Name

181 RESEARCH DR.
Address

UNIT 1

| MILFORD | CT | 06460 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | **State the term remaining**  N/A |
| | | **List the contract number of any government contract** |

BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT "BMW"
Name

Notice Name

PETUELRING 130
Address

| 80788 MUNCHEN | | |
|---|---|---|
| City | State | ZIP Code |
| GERMANY | | |
| Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

BEACON DYNAMICS INC AND EFS SA
Name

Notice Name

275 ROUTHE 10E
Address

SUITE 220-164

| | State the term remaining | 3/11/2031 |
|---|---|---|
| | List the contract number of any government contract | |

| SUCCASUNNA | NJ | 07876 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

BEACON DYNAMICS INC.
Name

Notice Name

275 ROUTE 10E, SUITE 220-164
Address

| | State the term remaining | N/A |
|---|---|---|
| | List the contract number of any government contract | |

| SUCCASUNNA | NJ | 07876 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

BENNETT MACHINE & FABRICATING, INC
Name

Notice Name

103 CHAMBER DR.
Address

| | State the term remaining | 8/25/2030 |
|---|---|---|
| | List the contract number of any government contract | |

| ANAMOSA | IA | 52205 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number (if known): 23-10207

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | BHAVANI INDUSTRIES |
|---|---|---|---|

Name

Notice Name

PLOT NO. 8B, PHASE - 2 EAST
Address

State the term remaining    N/A

ELECTRONICS CITY

List the contract number of
any government contract

HOSUR ROAD

| BANGALORE | | 560100 |
|---|---|---|
| City | State | ZIP Code |

INDIA
Country

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | BHAVANI INDUSTRIES |
|---|---|---|---|

Name

Notice Name

PLOT NO. 8B, PHASE - 2 EAST
Address

State the term remaining    N/A

ELECTRONICS CITY

List the contract number of
any government contract

HOSUR ROAD

| BANGALORE | | 560100 |
|---|---|---|
| City | State | ZIP Code |

INDIA
Country

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | BLACK DOG ENGINEERING LLC |
|---|---|---|---|

Name

Notice Name

2560 VISTA GLEN CT.

State the term remaining    7/14/2032
Address

List the contract number of
any government contract

| WOODLAND PARK | CA | 80863 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known):*  23-10207

| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | BLACK DOG ENGINEERING LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | N/A | 2560 VISTA GLEN COURT |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | WOODLAND PARK / CO / 80863 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | BMC OTOMOTIV SANAYI VE TICARET A.S. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | N/A | ORUC REIS MAH  TEKSTILKENT CAD NO. 12 |
| | | | Address |
| | **List the contract number of** | | KOZA PLAZA |
| | **any government contract** | | A BLOK K.4 |
| | | | |
| | | | ESENLER / ISTANBUL |
| | | | City / State / ZIP Code |
| | | | TURKEY |
| | | | Country |

| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | BODYCOTE THERMAL PROCESSING, INC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | N/A | 12750 MERIT DRIVE |
| | | | Address |
| | **List the contract number of** | | SUITE 1400 |
| | **any government contract** | | |
| | | | |
| | | | DALLAS / TX / 75251 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | BONTECH GMBH |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 8/4/2029 | HAUPTSTRASSE 25 |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | CH-8522 HAEUSLENEN |
| | | | City / State / ZIP Code |
| | | | SWITZERLAND |
| | | | Country |

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | BOSTON CENTERLESS |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | N/A | 11 PRESIDENTIAL WAY |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | WOBURN / MA / 01801 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | BOWEN MACHINE COMPANY |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | N/A | 2006 DALLAS CHERRYVILLE HWY |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | DALLAS / NC / 28034 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor:  Stanadyne LLC

Case number *(if known):*  23-10207

| | | |
|---|---|---|
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

BRANDON WAGNER dba HIGH PRESSURE PERFORMANCE
Name

Notice Name

6381 STONEMILLE DR.
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| INDEPENDENCE | KY | 41051 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

BRUSS USA
Name

Notice Name

4405 BALDWIN RD.
Address

**State the term remaining**    7/16/2033

SUITE B

**List the contract number of any government contract**

| | | |
|---|---|---|
| ORION | MI | 48359 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

BUSCHE CNC
Name

Notice Name

1563 E. STATE RD. 8
Address

**State the term remaining**    6/14/2030

**List the contract number of any government contract**

| | | |
|---|---|---|
| ALBION | IN | 46701 |
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | C&A TOOL ENGINEERING, INC. |
|---|---|---|---|

Name

Notice Name

4100 N. U.S. 33
Address

**State the term remaining**   8/8/2032

**List the contract number of any government contract**

| CHURUBUSCO | IN | 46723 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | C&C TECHNOLOGIES |
|---|---|---|---|

Name

Notice Name

2455 RELIANCE AVENUE
Address

**State the term remaining**   4/11/2032

**List the contract number of any government contract**

| APEX | NC | 27539 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | CADENCE-CT |
|---|---|---|---|

Name

Notice Name

4 KENNY ROBERTS MEMORIAL DRIVE
Address

**State the term remaining**   5/7/2034

**List the contract number of any government contract**

| SUFFIELD | CT | 06078 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

---

**2.78** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

CALVARY AUTOMATION SYSTEMS, INC.
Name

Notice Name

855 PUBLISHERS PKWY
Address

**State the term remaining** 7/23/2030

**List the contract number of any government contract**

| WEBSTER | NY | 14580 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.79** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

CALVARY ROBOTICS
Name

Notice Name

855 PUBLISHERS PKWY
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| WEBSTER | NY | 14580 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.80** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

CAMBAY CONSULTING, LLC
Name

Notice Name

1838 SNAKE RIVER RD.
Address

SUITE A

**State the term remaining** 4/8/2030

**List the contract number of any government contract**

| KATY | TX | 77449 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Stanadyne LLC
Name

Case number (if known): 23-10207

| | | | | |
|---|---|---|---|---|
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | CAMCRAFT | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | 5/11/2032 | 1080 MUIRFIELD DR. | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | HANOVER PARK | IL 60133 |
| | | | City | State ZIP Code |
| | | | Country | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT (BENEFIT PLAN) | CARON & BLETZER, PLLC | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | 1/6/2024 | 1 LIBRARY LANE | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | KINGSTON | NH 03848 |
| | | | City | State ZIP Code |
| | | | Country | |
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT (BENEFIT PLAN) | CARON & BLETZER, PLLC | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | 1/6/2024 | 1 LIBRARY LANE | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | KINGSTON | NH 03848 |
| | | | City | State ZIP Code |
| | | | Country | |

Debtor: Stanadyne LLC
Name

Case number (if known): 23-10207

---

**2.84** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

CARPENTER TECHNOLOGY
Name

Notice Name

1735 MARKET STREET
Address

State the term remaining    N/A

List the contract number of any government contract

| PHILADELPHIA | PA | 19103 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.85** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

CASCON, INC
Name

Notice Name

65 FOREST FALLS DR.
Address

State the term remaining    10/20/2030

List the contract number of any government contract

| YARMOUTH | ME | 04096 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.86** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

CCN AUTO PARTS CO., LTD
Name

Notice Name

KAIYUAN INDUSTRIAL PARK
Address

State the term remaining    N/A

List the contract number of any government contract

| JIASHAN | ZHEJIANG | |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

---

Debtor:   Stanadyne LLC
Name

Case number *(if known)*:   23-10207

| | | |
|---|---|---|
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

CENTURA PRECISION COMPONENTS
Name

Notice Name

PLOT NO 21
Address

**State the term remaining**   N/A

SATHYAMANAL INDUSTRIAL AREA

**List the contract number of any government contract**

| TUMKUR | KARNATAKA | 572104 |
|---|---|---|
| City | State | ZIP Code |
| INDIA | | |
| Country | | |

| | | |
|---|---|---|
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

CENTURY SPRING MFG CO, INC
Name

Notice Name

100 WOOSTER COURT
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| BRISTOL | CT | 06010 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

| | | |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

CERAM TEC GMBH
Name

Notice Name

LUITPOLDSTRASSE 15
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| IAUF | | 91207 |
|---|---|---|
| City | State | ZIP Code |
| GERMANY | | |
| Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

CHAMTEK MFG
Name

Notice Name

123 LOUISE ST.
Address

**State the term remaining** 4/6/2031

**List the contract number of any government contract**

| ROCHESTER | NY | 14606 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

CHANDLER INDUSTRIES INC.
Name

Notice Name

260 PLYMOUTH AVE. NORTH
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| MINNEAPOLIS | MN | 55411 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

CHANGSHU KEYU GREYSTONE MACHINING CO. LTD.
Name

Notice Name

NO.6 DONGZHOU ROAD
Address

CHANGSHU ECONOMIC & TECHNOLOGICAL DEVELOPMENT ZONE

**State the term remaining** N/A

**List the contract number of any government contract**

| JIANGSU | | 215537 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

CHESAPEAKE CNC MANUFACTURING CENTER, INC
Name

Notice Name

25498 MARY MORRIS RD.
Address

**State the term remaining** 1/17/2034

**List the contract number of any government contract**

| CHESTERTOWN | MD | 21620 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

CHRISTOPHER TOOL
Name

Notice Name

30500 CARTER ST.
Address

**State the term remaining** 1/8/2034

**List the contract number of any government contract**

| SOLON | OH | 44139 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

CINCINNATI TEST SYSTEMS
Name

Notice Name

10100 PORGRESS WAY
Address

**State the term remaining** 5/9/2032

**List the contract number of any government contract**

| HARRISON | OH | 45030 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*: 23-10207
_____

**2.96** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

CLEANING TECHNOLOGIES GROUP, LLC
_____
Name

_____
Notice Name

4933 PROVIDENT DR.
_____
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| CINCINNATI | OH | 45246 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.97** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

CLEARFIELD
_____
Name

_____
Notice Name

114 APPALACHIAN DR.
_____
Address

**State the term remaining** 4/27/2033

**List the contract number of any government contract**

| CLEARFIELD | PA | 16830 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.98** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

CLIMCO COLIS COMPANY
_____
Name

_____
Notice Name

701 KLIMSTRA COURT
_____
Address

**State the term remaining** 1/21/2034

**List the contract number of any government contract**

| MORRISON | IL | 61270 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

CM INTERNATIONAL INDUSTRIES CORP
Name

Notice Name

360 SHORE D.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| BURR RIDGE | IL | 60527 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT |

COMCAST
Name

Notice Name

1701 JFK BLVD.
Address

**State the term remaining** 7/21/2023

**List the contract number of any government contract**

| | | |
|---|---|---|
| PHILADELPHIA | PA | 19103 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT |

COMCAST
Name

Notice Name

1701 JFK BLVD.
Address

**State the term remaining** 9/11/2023

**List the contract number of any government contract**

| | | |
|---|---|---|
| PHILADELPHIA | PA | 19103 |
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT |
| | | |
| | **State the term remaining** | 11/16/2025 |
| | **List the contract number of any government contract** | |

COMCAST
Name

Notice Name

1701 JFK BLVD.
Address

| PHILADELPHIA | PA | 19103 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

COMPLETE GRINDING SOLUTIONS, LLC
Name

Notice Name

55 COMMERCIAL WAY
Address

| SPRINGBORO | OH | 45066 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

COMPONENT ENGINEERS INC (CEI)
Name

Notice Name

108 N. PLAINS INDUSTRIAL RD.
Address

| WALLINGFORD | CT | 06492 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number (if known): 23-10207

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | CONCUR TECHNOLOGIES INC. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 601 108TH AVENUE |
| | State the term remaining | N/A | Address |
| | | | SUITE 1000 |
| | List the contract number of any government contract | | |

| | | | BELLEVUE | WA | 98004 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | CONNECTRIA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10845 OLIVE BLVD. |
| | State the term remaining | N/A | Address |
| | | | SUITE 300 |
| | List the contract number of any government contract | | |

| | | | ST. LOUIS | MO | 63141 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | CONNECTRIA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10845 OLIVE BLVD. |
| | State the term remaining | N/A | Address |
| | | | SUITE 300 |
| | List the contract number of any government contract | | |

| | | | ST. LOUIS | MO | 63141 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | CONSULTECH SERVICES, INC |
|---|---|---|---|

Name

Notice Name

PO BOX 80308

State the term remaining    N/A

Address

List the contract number of any government contract

| ROCHESTER | MI | 48308 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | CONSULTECH SERVICES. INC |
|---|---|---|---|

Name

Notice Name

P.O. BOX 80308

State the term remaining    3/19/2034

Address

List the contract number of any government contract

| ROCHESTER | MI | 48308 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | CONVERGENT SCIENCE, INC |
|---|---|---|---|

Name

Notice Name

6400 ENTERPRISE LN

State the term remaining    3/7/2034

Address

List the contract number of any government contract

| MADISON | WI | 53719 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC

Name

Case number (if known)    23-10207

| | | |
|---|---|---|
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

COOL PROTOTYPE TECHNOLOGY (DONGGUAN) CO., LTD.
Name

Notice Name

ROOM 716, BAILIAN YUN GU BUILDING
Address

**State the term remaining**    N/A

NO 16 XIAOBIAN STREET

**List the contract number of any government contract**

CHANGAN TOWN
DONGGAUN CITY
City                                State                ZIP Code

CHINA
Country

| | | |
|---|---|---|
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

COOPER-STANDARD AUTOMOTIVE INC.
Name

Notice Name

40300 TRADITIONS DR.
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

NORTHVILLE                     MI                   48168
City                                State                ZIP Code

Country

| | | |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

COSWORTH GROUP HOLDINGS
Name

Notice Name

THE OCTAGON
Address

**State the term remaining**    N/A

44 ST JAMES MILL ROAD

**List the contract number of any government contract**

NORTHAMPTON                                        NN5 5RA
City                                State                ZIP Code

United Kingdom
Country

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | CRAIG AND AUBREY TECHNOLOGY LLC |
|---|---|---|---|

Name

Notice Name

9465 COUNSELORS ROW

State the term remaining    6/29/2033

Address

SUITE 200

List the contract number of

any government contract

| INDIANAPOLIS | IN | 46242 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | CREED MONARCH |
|---|---|---|---|

Name

Notice Name

1 PUCCI PARK

State the term remaining    6/14/2030

Address

List the contract number of

any government contract

| NEW BRITIAN | CT | 06051 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | CROTTS & SAUNDERS LLC |
|---|---|---|---|

Name

Notice Name

4000 SILAS CREEK PKWY

State the term remaining    N/A

Address

List the contract number of

any government contract

| WINSTON SALEM | NC | 27104 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 TO DIRECT SUPPLY AGREEMENT |
| | **State the term remaining** | 7/1/2019 |
| | **List the contract number of any government contract** | |

CUMMINS INC / CUMMINS FUEL SYSTEMS WUHAN) CO. LTD.
Name

Notice Name

1 KEJIYUAN EAST RAD
Address

| WUHAN | HUBEI | |
|---|---|---|
| City | State | ZIP Code |
| CHINA | | |
| Country | | |

| | | |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 4 TO DIRECT SUPPLY AGREEMENT |
| | **State the term remaining** | 12/31/2025 |
| | **List the contract number of any government contract** | |

CUMMINS INC / CUMMINS FUEL SYSTEMS WUHAN) CO. LTD.
Name

Notice Name

1 KEJIYUAN EAST RAD
Address

| WUHAN | HUBEI | |
|---|---|---|
| City | State | ZIP Code |
| CHINA | | |
| Country | | |

| | | |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECT SUPPLY AGREEMENT |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

CUMMINS INC / CUMMINS FUEL SYSTEMS WUHAN) CO. LTD.
Name

Notice Name

1 KEJIYUAN EAST RAD
Address

| WUHAN | HUBEI | |
|---|---|---|
| City | State | ZIP Code |
| CHINA | | |
| Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO DIRECT SUPPLY AGREEMENT | CUMMINS INC / CUMMINS FUEL SYSTEMS WUHAN) CO. LTD. |

CUMMINS INC / CUMMINS FUEL SYSTEMS WUHAN) CO. LTD.
Name

Notice Name

1 KEJIYUAN EAST RAD
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| WUHAN | HUBEI | |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

| | | |
|---|---|---|
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 3 TO DIRECT SUPPLY AGREEMENT | CUMMINS INC / CUMMINS FUEL SYSTEMS WUHAN) CO. LTD. |

CUMMINS INC / CUMMINS FUEL SYSTEMS WUHAN) CO. LTD.
Name

Notice Name

1 KEJIYUAN EAST RAD
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| WUHAN | HUBEI | |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

| | | |
|---|---|---|
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | CYGNUS SYSTEMS, INC |

CYGNUS SYSTEMS, INC
Name

Notice Name

274700 NORTHWESTERN HWY.
Address

**State the term remaining**   2/20/2035

SUITE 600

**List the contract number of any government contract**

| SOUTHFIELD | MI | 48075 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Stanadyne LLC
Name

Case number *(if known):* 23-10207

| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | CZERO, INC |
| | | | Name |

Notice Name

1306 BLUE SPRUCE DR.
Address

State the term remaining    9/11/2025

List the contract number of
any government contract

| FORT COLLINS | CO | 80524 |
| City | State | ZIP Code |

Country

| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | DAIDO METAL USA INC |
| | | | Name |

Notice Name

33533 WEST 12 MILE RD.
Address

SUITE 301

State the term remaining    7/20/2030

List the contract number of
any government contract

| FARMINGTON HILLS | MI | 04833 |
| City | State | ZIP Code |

Country

| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | DAIMLER PURCHASING COORDINATION CORP |
| | | | Name |

Notice Name

36455 CORPORATE DR.
Address

State the term remaining    7/5/2023

List the contract number of
any government contract

| FARMINGTON HILLS | MI | 48331 |
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

---

**2.126** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

DATA-PACKAGING
Name

Notice Name

8301 ARROWRIDGE BLVD.
Address

State the term remaining — 1/23/2034

List the contract number of any government contract

| CHAROLTTE | NC | 27273 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.127** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

DECOREC SAS
Name

Notice Name

Z.A.E. DE PIERRE LONGUE -435
Address

State the term remaining — 10/28/2031

List the contract number of any government contract

| RUE DE PIERRE LONGUE 74800 AMANCY | | |
|---|---|---|
| City | State | ZIP Code |
| FRANCE | | |
| Country | | |

---

**2.128** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

DEERE & COMPANY
Name

Notice Name

ONE JOHN DEERE PLACE
Address

State the term remaining — 5/5/2024

List the contract number of any government contract

| MOLINE | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL LTA |
| | | |
| | **State the term remaining** | 12/31/2025 |
| | **List the contract number of any government contract** | |

DEERE & COMPANY
Name

Notice Name

ONE JOHN DEERE PLACE
Address

| MOLINE | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIAL INDEX AGREEEMENT |
| | | |
| | **State the term remaining** | 4/15/2027 |
| | **List the contract number of any government contract** | |

DEERE & COMPANY
Name

Notice Name

ONE JOHN DEERE PLACE
Address

| MOLINE | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER BAILMENT AGREEMENT |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

DEERE & COMPANY
Name

Notice Name

ONE JOHN DEERE PLACE
Address

| MOLINE | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 TO LTA |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

DEERE & COMPANY
Name

Notice Name

ONE JOHN DEERE PLACE
Address

| MOLINE | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | WARRANTY AGREEMENT |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

DEERE & COMPANY
Name

Notice Name

ONE JOHN DEERE PLACE
Address

| MOLINE | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS & CONDITIONS |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

DEERE & COMPANY
Name

Notice Name

ONE JOHN DEERE PLACE
Address

| MOLINE | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

DEERE AND COMPANY
Name

Notice Name

ONE JOHN DEERE PLACE
Address

**State the term remaining**    9/24/2027

**List the contract number of any government contract**

| MOLINE | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

DELL'ORTO SpA
Name

Notice Name

VIA R. SANZIO
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| 2-20831 SEREGNO | | |
|---|---|---|
| City | State | ZIP Code |
| ITALY | | |
| Country | | |

| | | |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

DELPHI POWERTRAIN SYSTEMS, LLC
Name

Notice Name

1624 MEIJER DR.
Address

**State the term remaining**    5/21/2024

**List the contract number of any government contract**

| TROY | MI | 48084 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | DENGENSHA AMERICA CORP |
| | | | Name |

Notice Name

7647 FIRST PLACE DRIVE
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| BEDFORD | OH | 44146 |
| City | State | ZIP Code |

Country

| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | DETROIT FLEX DEFENSE |
| | | | Name |

Notice Name

2921 INDUSTRIAL ROW
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| TROY | MI | 48084 |
| City | State | ZIP Code |

Country

| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | ACKNOWLEDGEMENT OF NON-DISCLOSURE OBLIGATIONS | DEVCOM ARMY RESEARCH LABORATORY |
| | | | Name |

Notice Name

2800 POWDER MILL RD.
Address

**State the term remaining** 3/17/2026

**List the contract number of any government contract**

| ADELPHI | MI | 20783 |
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE |
| | | DEX MPS |
| | | Name |
| | | |
| | | Notice Name |
| | | 5109 LEMON STREET |
| **State the term remaining** | N/A | Address |
| | | |
| **List the contract number of** | | |
| **any government contract** | | |
| | | |

| City | State | ZIP Code |
|---|---|---|
| TAMPA | FL | 33609 |

Country

| | | |
|---|---|---|
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | DFF CORP, A MASSACHUSETTS COMPANY |
| | | Name |
| | | |
| | | Notice Name |
| | | 59 GENERAL CREIGHTON W. ABRAMS DR. |
| **State the term remaining** | N/A | Address |
| | | |
| **List the contract number of** | | |
| **any government contract** | | |
| | | |

| City | State | ZIP Code |
|---|---|---|
| AGAWAM | MA | 01001 |

Country

| | | |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | DIEMAX MARINE |
| | | Name |
| | | |
| | | Notice Name |
| | | GARDERBROEKERWEG 150 |
| **State the term remaining** | 3/20/2033 | Address |
| | | |
| **List the contract number of** | | |
| **any government contract** | | |
| | | |

| City | State | ZIP Code |
|---|---|---|
| 33774 JH KOOTWIJKERBROEK | | |
| NETHERLANDS | | |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

**2.144** **State what the contract or lease is for and the nature of the debtor's interest**

MOU

DIESEL FORWARD, INC.
Name

Notice Name

6167 PEPSI WAY
Address

**State the term remaining**      N/A

**List the contract number of any government contract**

| WINDSOR | WI | 53598 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.145** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

DIGITAL METROLOGY SOLUTIONS INC.
Name

Notice Name

2024 IROQUIOS TRAIL
Address

**State the term remaining**      N/A

**List the contract number of any government contract**

| COLUMBUS | IN | 47203 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.146** **State what the contract or lease is for and the nature of the debtor's interest**

ENERGY SUPPLIER ENROLLMENT

DIRECT ENERGY
Name

Notice Name

PO BOX 180
Address

**State the term remaining**      3/16/2027

**List the contract number of any government contract**

| TULSA | OK | 74101 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Stanadyne LLC | Case number *(if known):* | 23-10207 |
|---|---|---|---|
| | Name | | |

**2.147** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

DOERFER COMPANIES
Name

Notice Name

17 HAYWOOD RD.
Address

State the term remaining    9/2/2029

List the contract number of any government contract

| GREENVILLE | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.148** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

DOGU PRES
Name

Notice Name

NILUFER ORGANZIE INDUSTRIAL ZONE
Address

State the term remaining    2/8/2034

MANOLYN CAD N. 8

List the contract number of any government contract

| | NILUFER | 16140 |
|---|---|---|
| City | State | ZIP Code |

TURKEY
Country

**2.149** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

DONGBO INDUSTRIAL CO. LTD
Name

Notice Name

646 BIRYU-DAERO
Address

State the term remaining    N/A

NAMDONG-GU

List the contract number of any government contract

| INCHEON | | 21629 |
|---|---|---|
| City | State | ZIP Code |

KOREA
Country

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

Name

| | | |
|---|---|---|
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

**DONGGUAN HEXIANG PRECISION MACHINE LIMITED**
Name

Notice Name

NOL 28, YOUNGFENG ROAD 1
Address

**State the term remaining**   N/A

XINAN VILLAGE

**List the contract number of any government contract**

SHIJIE TOWN

| DONGUAN CITY | GUANGDONG | 523000 |
|---|---|---|
| City | State | ZIP Code |
| CHINA | | |
| Country | | |

| | | |
|---|---|---|
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

**DORCH ENGINEERING LLC**
Name

Notice Name

14892 88TH PLACE N
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| LOXAHATCHEE | FL | 33470 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT |

**DORCH ENGINEERING LLC**
Name

Notice Name

14892 88TH PL N.
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| LOXAHATCHEE | FL | 33470 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | DOTEKI AUTO SOLUTIONS LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | N/A | 5037 COLLEGE OAK DR. |
| | | | Address |
| | List the contract number of any government contract | | STE C |

| | | SACRAMENTO | CA | 95841 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | DTI (DIVERSIFIED TECHNOLOGIES INT'L) |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | N/A | 12001 GLOBE ST. |
| | | | Address |
| | List the contract number of any government contract | | |

| | | LIVONIA | MI | 48150 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | DUAP AG |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | N/A | WALDGASSE 19 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | 3360 HERZOGENBUCHSEE | | |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | SWITZERLAND | | |
| | | Country | | |

Debtor:  Stanadyne LLC
Name

Case number *(if known)*:  23-10207

| | | |
|---|---|---|
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

DUNCHA FRANCE
Name

Notice Name

**State the term remaining**  N/A

22 BOULEVARD DE l'INDUSTRIE
Address

**List the contract number of**

**any government contract**

| BLOIS | | 41000 |
|---|---|---|
| City | State | ZIP Code |
| FRANCE | | |
| Country | | |

| | | |
|---|---|---|
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

DYNACAST INTERNATIONAL
Name

Notice Name

**State the term remaining**  12/22/2029

14045 BALLANTYNE CORP PLACE
Address

SUITE 400

**List the contract number of**

**any government contract**

| CHARLOTTE | NC | 28277 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

DYNAMIC DESIGN SOLUTONS, INC
Name

Notice Name

356 CENTERE CIRCLE
Address

**State the term remaining**  N/A

**List the contract number of**

**any government contract**

| FORT MILL | SC | 29715 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*: 23-10207
_____

**2.159** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT
_____

DYNAMIC MACHINING X MANUFACTURING, LLC
_____
Name

_____
Notice Name

157 INDUSTRIAL DR.
_____
Address

**State the term remaining** N/A

**List the contract number of any government contract**

_____

_____

| KING | NC | 27021 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.160** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT
_____

EAGLE TECHNOLOGIES GROUP
_____
Name

_____
Notice Name

9850 RED ARROW HIGHWAY
_____
Address

**State the term remaining** 7/19/2031

**List the contract number of any government contract**

_____

_____

| BRIDGMAN | MI | 49106 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.161** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT
_____

EB INDUSTRIES LLC
_____
Name

_____
Notice Name

90 CAROLYN BOULEVARD
_____
Address

**State the term remaining** 11/15/2030

**List the contract number of any government contract**

_____

_____

| FARMINGDALE | NY | 11735 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | | |
|---|---|---|---|
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | ECOMOTORS, INC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 17000 FEDERAL DR. |
| | **State the term remaining** | 8/22/2029 | Address |
| | | | SUITE 200 |
| | **List the contract number of any government contract** | | |
| | | | ALLEN PARK / MI / 48101 |
| | | | City / State / ZIP Code |
| | | | Country |

State what the contract or lease is for and the nature of the debtor's interest:

| | | | |
|---|---|---|---|
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | EJ BASLER |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9511 W. AINSLIE ST. |
| | **State the term remaining** | 10/4/2031 | Address |
| | **List the contract number of any government contract** | | |
| | | | SCHILLER PARK / IL / 60176 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | ELRINGKLINGER ENGINEERED PLASTICS NORTH AMERICA |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4971 GOLDEN PARKWAY |
| | **State the term remaining** | 11/16/2031 | Address |
| | **List the contract number of any government contract** | | |
| | | | BUFORD / GA / 30518 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

EMAG LLC
_____
Name

_____
Notice Name

38800 GRAND RIVER AVE
_____
Address

**State the term remaining** 7/22/2030

**List the contract number of any government contract**

| FARMINGTON HILLS | MI | 04833 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

EMAG LLC
_____
Name

_____
Notice Name

3880 GRAND RIVER AVE.
_____
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| FARMINGTON HILLS | MI | 48335 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER LEASE AGREEMENT |

ENCINA EQUIPMENT FINANCE SPV, LLC
_____
Name

_____
Notice Name

1221 POAST ROAD EAST
_____
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| WESTPORT | CT | 06880 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor:  Stanadyne LLC
Name

Case number *(if known)*:  23-10207

| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | ENDICOTT COIL COMPANY |
|---|---|---|---|

Name

Notice Name

24 CHARLOTTE ST.
Address

**State the term remaining**    3/1/2032

**List the contract number of any government contract**

| BINGHAMTON | NY | 13905 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | EN'URGA INC. |
|---|---|---|---|

Name

Notice Name

1201 CUMBERLAND AVE.
Address

**State the term remaining**    N/A

SUITE R

**List the contract number of any government contract**

| WEST LAFAYETTE | IN | 47906 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | ERWIN JUNKER MACHINERY INC. |
|---|---|---|---|

Name

Notice Name

2541 TECHNOLOGY DR
Address

**State the term remaining**    6/29/2030

SUTIE 410

**List the contract number of any government contract**

| ELGIN | IL | 60124 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | ESTEEM MANUFACTURING CORP |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | N/A |
| | | 175 SOUTH SATELLITE RD. |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| SOUTH WINDSOR | CT | 06074 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | EXCEL ENGINEERING |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | 8/16/2033 |
| | | 1587 160TH AVE |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| DIAGONAL | IA | 50846 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | EXERGY ENGINEERING LLC |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | 5/31/2032 |
| | | 4936 KENDRICK STREET SE |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| GRAND RAPIDS | MI | 49512 |
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | EXPRESS EMPLOYMENT PROFESSIONALS |
|---|---|---|---|
| | | | Name |

Notice Name

PO BOX 345434

State the term remaining    N/A

Address

List the contract number of

any government contract

| ATLANTA | GA | 30394 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | FAIRBANKS MORSE ENGINE |
|---|---|---|---|
| | | | Name |

Notice Name

701 WHITE AVE.

State the term remaining    9/27/2025

Address

List the contract number of

any government contract

| BELOIT | WI | 53511 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | FALCO ELECTRONICS MEXICO |
|---|---|---|---|
| | | | Name |

Notice Name

CALLE 23 #311 FRACC. ITZINCAB

State the term remaining    N/A

Address

MERIDA

List the contract number of

any government contract

| YUCATAN | | 97392 |
|---|---|---|
| City | State | ZIP Code |

MEXICO

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

**2.177** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

FEV NORTH AMERICA, INC
Name

Notice Name

4554 GLENMEADE LAN
Address

State the term remaining    4/29/2031

List the contract number of any government contract

| AUBURN HILLS | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.178** State what the contract or lease is for and the nature of the debtor's interest

QUOTATION LETTER

FIDELITY SUPPLY CHAIN
Name

Notice Name

LONG MARCH INDUSTRIAL ESTATE
Address

State the term remaining    N/A

List the contract number of any government contract

| DAVENTRY NORTHAMPTONSHIRE | | NN 11 4NR |
|---|---|---|
| City | State | ZIP Code |

UK
Country

**2.179** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

FIRAD S.P.A.
Name

Notice Name

VIA BARGE 93
Address

State the term remaining    N/A

List the contract number of any government contract

| BAGNOLO P.TE | | 12031 |
|---|---|---|
| City | State | ZIP Code |

ITALY
Country

Debtor:  Stanadyne LLC

Case number (if known):  23-10207

| | | | | |
|---|---|---|---|---|
| | Name | | | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | FITWEL TOOLS AND FORGINGS PVT LTD | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | UNIT NO. 5, K.H.T COMPLEX | |
| | State the term remaining | 2/5/2031 | Address | |
| | | | ANTHARASANA HALLI | |
| | List the contract number of any government contract | | | |
| | | | | |
| | | | TUMAKURU | KARNATAKA | 572106 |
| | | | City | State | ZIP Code |
| | | | INDIA | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | FLOWSERVE PAC-SEAL CORPORATION | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 5215 N. O'CONNOR BLVD. | |
| | State the term remaining | 7/31/2029 | Address | |
| | | | SUITE 2300 | |
| | List the contract number of any government contract | | | |
| | | | | |
| | | | IRVING | TX | 75039 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | FORD OTOMOTIV SANAYI A.S. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | AKPINAR MAHALLESI | |
| | State the term remaining | N/A | Address | |
| | | | HASAN BASR CADDESI | |
| | List the contract number of any government contract | | NO: 2 SANCAKTEPE | |
| | | | | ISTANBUL | |
| | | | City | State | ZIP Code |
| | | | TURKEY | |
| | | | Country | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

FOREST CITY GEAR
Name

Notice Name

11715 MAIN ST.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| ROSCOE | IL | 61073 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

FRAEN MACHINING CORPORATION
Name

Notice Name

324 NEW BOSTON ST.
Address

**State the term remaining** 4/28/2031

**List the contract number of any government contract**

| | | |
|---|---|---|
| WOBURN | MA | 01801 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

FREUDENBERG-NOK GENERAL
Name

Notice Name

47690 EAST ANCHOR COURT
Address

**State the term remaining** 5/3/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| PLYMOUTH | MI | 48170 |
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

FUJI FILTER MFG, LTD
Name

Notice Name

2-3-4, NIHONBASHI
Address

**State the term remaining** 1/13/2030

**List the contract number of any government contract**

| CHOU-KU | TOKYO | 103-8308 |
|---|---|---|
| City | State | ZIP Code |

JAPAN
Country

| | | |
|---|---|---|
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

FUJI FILTER MFG. CO.
Name

Notice Name

2-3-4 , NIHONBASHI
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| CHOU-KU | TOKYO | 103-8308 |
|---|---|---|
| City | State | ZIP Code |

JAPAN
Country

| | | |
|---|---|---|
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

FULL RACE MOTORSPORTS
Name

Notice Name

P.O. BOX 1434
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| WALL | NJ | 07719 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*    23-10207

| | | |
|---|---|---|
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER AGREEMENT ADDENDUM |

FULTON BELLOWS
Name

Notice Name

2801 RED DOG LANE
Address

**State the term remaining** 9/18/2023

**List the contract number of any government contract**

| KNOXVILLE | TN | 37914 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM B TO MSA |

FULTON BELLOWS
Name

Notice Name

2801 RED DOG LANE
Address

**State the term remaining** 9/18/2023

**List the contract number of any government contract**

| KNOXVILLE | TN | 37914 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

GAGE MOSLEY
Name

Notice Name

OHIO STATE UNIVERSITY
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

GALBA S.R.L.
_____
Name

_____
Notice Name

VIA INDUSTRIALE TRAV. III
_____
Address

**State the term remaining** 02/29/2034

**List the contract number of any government contract**

20-25060 CELLATICA - BS
_____
City                State        ZIP Code

ITALY
_____
Country

| | | |
|---|---|---|
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

GALE BANKS ENGINEERING
_____
Name

_____
Notice Name

546 DUGGN AVE.
_____
Address

**State the term remaining** N/A

**List the contract number of any government contract**

AZUSA        CA        91702
_____
City                State        ZIP Code

_____
Country

| | | |
|---|---|---|
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

GALE BANKS ENGINEERING
_____
Name

_____
Notice Name

546 DUGGAN AVENUE
_____
Address

**State the term remaining** N/A

**List the contract number of any government contract**

AZUSA        CA        91702
_____
City                State        ZIP Code

_____
Country

Debtor:  Stanadyne LLC
Name

Case number *(if known)*    23-10207

| | | |
|---|---|---|
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

GALE BANKS ENGINEERING
Name

Notice Name

546 DUGGAN AVE
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| AZUSA | CA | 91702 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

GAMBINI MECCANICA SRL
Name

Notice Name

STRADA DEI CACCIATORI N. 38
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| PESCARO | | 61122 |
| City | State | ZIP Code |

ITALY
Country

| | | |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

GANE ENERGY AND RESOURCES PTY LTD
Name

Notice Name

LEVEL 2
Address

**State the term remaining**    N/A

649 BRIDGE RD.

**List the contract number of any government contract**

| | | |
|---|---|---|
| RICHMOND VICTORIA | | 03121 |
| City | State | ZIP Code |

AUSTRALIA
Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | GE INSPECTION TECHNOLOGIES, LP |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 50 INDUSTRIAL PARK RD. |
| | State the term remaining | 8/25/2030 | Address |
| | List the contract number of any government contract | | |

| | | | LEWISTOWN | PA | 17044 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE CONTRACT (02/07/2017) | GENERAL MOTORS LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 300 RENAISSANCE CENTER |
| | State the term remaining | 1/1/2025 | Address |
| | List the contract number of any government contract | | |

| | | | DETROIT | MI | 48243 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE CONTRACT (09/30/2015) | GENERAL MOTORS LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 300 RENAISSANCE CENTER |
| | State the term remaining | 1/1/2025 | Address |
| | List the contract number of any government contract | | |

| | | | DETROIT | MI | 48243 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | GENH2 DISCOVER HYDROGEN |
|---|---|---|---|

Name

Notice Name

5200 S. WASHINGTON AVE.
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| TITUSVILLE | FL | 32780 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | GGB BEARING TECHNOLOGY |
|---|---|---|---|

Name

Notice Name

700 MID ATLANTIC PKWY
Address

**State the term remaining**  3/9/2032

**List the contract number of any government contract**

| THOROFARE | NJ | 08086 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | GLAMATRONIC |
|---|---|---|---|

Name

Notice Name

SCHWEIB UND ANLAGENTECHNIK GMBH
Address

**State the term remaining**  1/2/2033

AM WIESENBUSCH 20

**List the contract number of any government contract**

| D-45966 GLADBECK | | |
|---|---|---|
| City | State | ZIP Code |
| GERMANY | | |
| Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | GLOBAL SYSTEMS INTEGRATION INC. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO BOX 736261 |
| | **State the term remaining** | 12/31/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | DALLAS    TX    75373-6261 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE CONTRACT (02/07/2017) | GM DE MEXICO S.DE R.L. DE C.V |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | EJERCITO NATIONAL NO. 843 |
| | **State the term remaining** | 1/1/2025 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | COLONIA GRANADA C.P. MEXICO CITY    11520 |
| | | | City    State    ZIP Code |
| | | | MEXICO |
| | | | Country |

| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE CONTRACT (09/30/2015) | GM DE MEXICO S.DE R.L. DE C.V |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | EJERCITO NATIONAL NO. 843 |
| | **State the term remaining** | 1/1/2025 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | COLONIA GRANADA C.P. MEXICO CITY    11520 |
| | | | City    State    ZIP Code |
| | | | MEXICO |
| | | | Country |

Debtor:  Stanadyne LLC

Case number *(if known)*:  23-10207

Name

**2.207**  **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

GOPROTO, INC

Name

Notice Name

3940 RUFFIN RD.

Address

**State the term remaining**

SUITE A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| SAN DIEGO | CA | 92123 |

Country

**2.208**  **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

GRACE ENGINEERING CORPORATION

Name

Notice Name

34775 POTTER ST.

**State the term remaining**  N/A

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| MEMPHIS | MI | 48041 |

Country

**2.209**  **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

GRAND TRAVERSE MACHINE

Name

Notice Name

1247 BOON ST.

**State the term remaining**  N/A

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| TRAVERSE CITY | MI | 49686 |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | GREYSTONE, INC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 7 WELLINGTON ROAD |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | LINCOLN | RI | 02865 |

City / State / ZIP Code: LINCOLN / RI / 02865

Country

| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | GRW HIGH PRECISION BEARINGS LP |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1330 BLUE HILLS AVE |
| | State the term remaining | 9/15/2032 | Address |
| | List the contract number of any government contract | | |

City / State / ZIP Code: BLOOMFIELD / CT / 06002

Country

| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | GS (SHENZHEN) PROTOTYPE TECHNOLOGY CO., LTD. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2F, A1 BLDG, JINYUDA INDUSTRIAL PARK |
| | State the term remaining | N/A | Address |
| | | | SHANJING |
| | List the contract number of any government contract | | BAOAN DISTRICT |

City / State / ZIP Code: SHENZHEN / / 518125

CHINA
Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*    23-10207

| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | HAERING PRECISION USA LP |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | ANTON HARING KG |
| | State the term remaining | N/A | Address |
| | | | ANTO-HARING STRASSE 1 |
| | List the contract number of any government contract | | |

| | | | BUBSHEIM | | 78585 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | GERMANY | | |
| | | | Country | | |

| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | HAERTER STAMPING LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 3840 MODEL COURT |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | | KENTWOOD | MI | 49512 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | HARING PRECISION CO LTD |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | NEW DEVELOPMENT ZONE OF TAICANG CITY |
| | State the term remaining | 8/8/2032 | Address |
| | | | NO. 0 EAST NANJIANG RD. |
| | List the contract number of any government contract | | |

| | | | TAICANG JIANGSU PROVENCE | | 215400 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | CHINA | | |
| | | | Country | | |

Debtor:  Stanadyne LLC

Case number *(if known)*:  23-10207

| | | | | |
|---|---|---|---|---|
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | HEF DURFERRIT | |
| | | | Name | |
| | | | Notice Name | |
| | | | AVENUE BENOIT FOURNEYRON | |
| | **State the term remaining** | 3/1/2033 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | ANDREZIEUX | 42160 |
| | | | City  State | ZIP Code |
| | | | FRANCE | |
| | | | Country | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | HERKER INDUSTRIES INC | |
| | | | Name | |
| | | | Notice Name | |
| | | | N57 W13760 CARMEN AVE | |
| | **State the term remaining** | 10/31/3033 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | MEMOMONEE FALLS  WI | 53051 |
| | | | City  State | ZIP Code |
| | | | Country | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | HIGHWAY AND HEAVY PARTS | |
| | | | Name | |
| | | | Notice Name | |
| | | | 5015 N. DICKENSON RD. | |
| | **State the term remaining** | N/A | Address | |
| | **List the contract number of any government contract** | | | |
| | | | COLEMAN  MI | 48618 |
| | | | City  State | ZIP Code |
| | | | Country | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | HINES PRECISION |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 5680 OLD HIGHWAY 54 |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | EAST PHILPOT | KY | 42366 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | PATENT LICENSE AGREEMENT | HITACHI AUTOMOTIVE SYSTEMS, LTD. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | SHIN OTEMACHI BUILDING 2-1 |
| | **State the term remaining** | 12/31/2024 | Address |
| | **List the contract number of** | | OTEMACHI 2-CHOME |
| | **any government contract** | | |

| | | CHIYODA-KU | TOKYO | 100-0004 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | JAPAN | | |
| | | Country | | |

| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | HLH PROTOTYPES CO LTD. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PLOT NO 2500 |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of** | | KRANTI 1801 XING JI BUILDING |
| | **any government contract** | | XIN SHA ROAD SHAJING, BAOAN |

| | | | SHENZHEN | 518125 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | CHINA | | |
| | | Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*:    23-10207

| | | |
|---|---|---|
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

HOLDEN TEMPORARIES
Name

Notice Name

1916 SOUTH GLENBURNIE RD.
Address

SUITE 3

| NEW BERN | NC | 28562 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

HOSSIER GASKET CORPORATION
Name

Notice Name

2400 ENTERPRISE PARK PLACE
Address

| INDIANAPOLIS | IN | 46218 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | MSA |
| | | |
| | **State the term remaining** | 8/8/2024 |
| | **List the contract number of any government contract** | |

HTT, INC
Name

Notice Name

1828 OAKLAND AVE
Address

| SHEBOYGAN FALLS | WI | 53081 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | | | |
|---|---|---|---|---|
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT | HTT, INC.<br>Name | |
| | | | Notice Name | |
| | | | 1828 OAKLAND AVE | |
| | **State the term remaining** | 8/8/2024 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | SHEBOYGAN FALLS | WI | 53081 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | HUSCO AUTOMOTIVE<br>Name | |
| | | | Notice Name | |
| | | | 2239 PEWAUKEE RD. | |
| | **State the term remaining** | N/A | Address | |
| | **List the contract number of any government contract** | | | |
| | | | WAUKESHA | WI | 53188 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | HYDRAFORCE<br>Name | |
| | | | Notice Name | |
| | | | 500 BARCLAY BLVD. | |
| | **State the term remaining** | 2/15/2030 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | LINCOLNSHIRE | IL | 60069 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | HYDROBENZ INDUSTRIES PVT. LTD. |
| | | | Name |

Notice Name

PLOT NO. D/11-B, ROAD NO. - C

Address

**State the term remaining** N/A

ALMIGHTY GATE 2

**List the contract number of any government contract**

METODA G.I.D.C, KALAWAD ROAD

| DIST - RAJKOT | GUJARAT | 360021 |
| City | State | ZIP Code |
| INDIA | | |
| Country | | |

| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | HYUNDAI AMERICA TECHNICAL CENTER INC. |
| | | | Name |

Notice Name

6800 GEDDES RD.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| SUPERIOR TOWNSHIP | MI | 48198 |
| City | State | ZIP Code |
| Country | | |

| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | HYUNDAI MOTOR EUROPE TECHNICAL CENTER GMBH |
| | | | Name |

Notice Name

HYUNDAI PLATZ

Address

**State the term remaining** N/A

RUSSELSHEIM AM MAIN

**List the contract number of any government contract**

| HESSEN | | 65428 |
| City | State | ZIP Code |
| GERMANY | | |
| Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | | |
|---|---|---|---|
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | HYUNDAI MOTOR EUROPE TECHNICAL CENTER GMBH |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | HYUNDAI PLATZ |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | RUSSELSHEIM AM MAIN |
| | | | City |
| | | | GERMANY |
| | | | Country |

| City | State | ZIP Code |
|---|---|---|
| RUSSELSHEIM AM MAIN | | 65248 |
| GERMANY | | |

| | | | |
|---|---|---|---|
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | HYUNDAI MOTOR EUROPE TECHNICAL CENTER GMBH |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | HYUNDAI PLATZ |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| RUSSELSHEIM AM MAIN | | 65248 |
| GERMANY | | |

| | | | |
|---|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | IMPERIAL AUTO INDUSTRIES LTD |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 13/6 MATHURA ROAD |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| FARIDABAD | HARYANA | 121003 |
| INDIA | | |
| Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

---

**2.234**

**State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| IMPRO INDUSTIRES USA, INC. | | |
| Name | | |
| | | |
| Notice Name | | |
| 21660 EAST COPLEY DRIVE | | |
| Address | | |
| SUITE 100 | | |
| | | |
| | | |
| DIAMOND BAR | CA | 91765 |
| City | State | ZIP Code |
| | | |
| Country | | |

---

**2.235**

**State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| INCODEMA LLC | | |
| Name | | |
| | | |
| Notice Name | | |
| 1920 SLATERVILLE RD | | |
| Address | | |
| | | |
| | | |
| ITHACA | NY | 14850 |
| City | State | ZIP Code |
| | | |
| Country | | |

---

**2.236**

**State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| INDO-MIM PRIVATE LIMITED | | |
| Name | | |
| | | |
| Notice Name | | |
| #45P, KIADB | | |
| Address | | |
| INDUSTRIAL AREA | | |
| | | |
| | | |
| BANGALORE | | 562 114 |
| City | State | ZIP Code |
| INDIA | | |
| Country | | |

Debtor: Stanadyne LLC

Name

Case number *(if known)*    23-10207

| | | |
|---|---|---|
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

INDUSTRIAL COILS LLC
Name

Notice Name

809 E. FIR AVE.
Address

**State the term remaining**    3/5/2034

**List the contract number of any government contract**

| MCALLEN | TX | 78501 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT |

INFOR (US) LLC
Name

Notice Name

641 AVENUE OF THE AMERICAS
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| NEW YORK | NY | 10011 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT |

INFOR (US) LLC
Name

Notice Name

641 AVENUE OF THE AMERICAS
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| NEW YORK | NY | 10011 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*:  23-10207
_____

| | | |
|---|---|---|
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

INTERLAKEN TECHNOLOGY
_____
Name

_____
Notice Name

8175 CENTURY BOULEVARD
_____
Address

**State the term remaining** 11/17/2029

**List the contract number of any government contract**

| CHASKA | MN | 55318 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

INTERPRO
_____
Name

_____
Notice Name

630 INDUSTRIAL PARK ROAD
_____
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| DEEP RIVER | CT | 06417 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

INTICA SYSTEMS
_____
Name

_____
Notice Name

AVENIDA MINA DE GUADALUPE
_____
Address

838 PARQUE INDUSTRIAL SANTA FE IV PUERTO INTERIOR

**State the term remaining** N/A

SILAO

**List the contract number of any government contract**

| GUANAJUATO | CP 36275 | |
|---|---|---|
| City | State | ZIP Code |

MEXICO
_____
Country

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | INTICA SYSTEMS (SISTEMAS MECATRONICS INTICA SA PI DE CV) |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | N/A |
| | | AVENIDA MINA DE GAUDALUPE NO. 838 |
| | | Address |
| | **List the contract number of any government contract** | PARQUE INDUSTRIAL SANTA FE IV PURETO INTERIOR |
| | | SILAO |
| | | GUANAJUATO CP |
| | | City |
| | | MEXICO |
| | | Country |

City: GUANAJUATO CP   State:    ZIP Code: 36275
Country: MEXICO

| | | |
|---|---|---|
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | PREMIUM FINANCE AGREEMENT |
| | | INTRUST BANK, N.A. |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | 7/1/2023 |
| | | 30 MONTGOMERY ST. |
| | | Address |
| | **List the contract number of any government contract** | SUITE 501 |

City: JERSEY CITY   State: NJ   ZIP Code: 07302
Country:

| | | |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | INVENTURIST |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | N/A |
| | | 2955 CAMPUS DRIVE |
| | | Address |
| | **List the contract number of any government contract** | |

City: SAN MATEO   State: CA   ZIP Code: 94403
Country:

Debtor: Stanadyne LLC
Name

Case number *(if known)*    23-10207

| | | |
|---|---|---|
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | ISCAR METALS, INC. |
| | | Name |
| | | |
| | | Notice Name |
| | | 300 WESTWAY PLACE |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| ARLINGTON | TX | 76018 |

Country

| | | |
|---|---|---|
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | J ROYAL US |
| | | Name |
| | | |
| | | Notice Name |
| | | 3720 STANFORD WAY |
| | **State the term remaining** | 10/28/2031 |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| CLEMMONS | NC | 27012 |

Country

| | | |
|---|---|---|
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | MSA_ADDENDUM |
| | | J ROYAL US INC. |
| | | Name |
| | | |
| | | Notice Name |
| | | 3720 STANFORD WAY |
| | **State the term remaining** | 9/1/2024 |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| CLEMMONS | NC | 27012 |

Country

Debtor:  Stanadyne LLC
Name

Case number *(if known)*    23-10207

| | | |
|---|---|---|
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

J.V. MANUFACTURING COMPANY
Name

Notice Name

1603 BURTNER RD.
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| NATRONA HEIGHTS | PA | 15065 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

JACOBS VEHICLE SYSTEMS, INC
Name

Notice Name

22 EAST DUDLEY RD.
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| BLOOMFIELD | CT | 06095 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

JACOBS VEHICLE SYSTEMS, INC
Name

Notice Name

22 EAST DUDLEY TOWN RD.
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| BLOOMFIELD | CT | 06002 |
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT |
| | | JAMES PAPPAS |
| | | Name |
| | | Notice Name |
| | | Address On File |
| **State the term remaining** | 12/31/2023 | Address |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | JAMES TOOL MACHINE & ENG |
| | | Name |
| | | Notice Name |
| | | 130 REEP DR. |
| **State the term remaining** | 10/20/2029 | Address |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| MORGANTON | NC | 28655 |

Country

| | | |
|---|---|---|
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTANT AGREEEMENT |
| | | JASON MCGUINESS DBA GRAFIKINC |
| | | Name |
| | | Notice Name |
| | | 6540 RADIO DR. |
| **State the term remaining** | 12/31/2025 | Address |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| SAN DIEGO | CA | 92115 |

Country

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 85 of 177

Debtor: Stanadyne LLC
Name

Case number *(if known)*    23-10207

---

**2.255** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining**    7/6/2030

**List the contract number of any government contract**

JD NORMAN INDUSTRIES
Name

Notice Name

815 RICE STREET
Address

| LESLIE | MI | 49251 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.256** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining**    6/16/2031

**List the contract number of any government contract**

JIANGYIN LINGE TECHNOLOGY CO, LTD
Name

Notice Name

QIAOQI INDUSTRIAL PARK
Address

YINGBIN ROAD NO. 41

| XU XIAKE TOWN | JIANGYIN | 214400 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

---

**2.257** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining**    4/13/2031

**List the contract number of any government contract**

JMK TOOL & DIE
Name

Notice Name

3482 NC 27 EAST
Address

| COATS | NC | 27521 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT |
| | | JOHNSON CONTROLS SECURTIY SOLUTIONS LLC |
| | | Name |
| | | Notice Name |
| | | ONE WATERVIEW DR. |
| | **State the term remaining** 9/6/2027 | Address |
| | **List the contract number of any government contract** | |
| | | SHELTON / CT / 06484 |
| | | City / State / ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE AGREEMENT |
| | | JOSEPH C. SANSONE CO. |
| | | Name |
| | | Notice Name |
| | | 18040 EDISON AVE. |
| | **State the term remaining** 10/1/2023 | Address |
| | **List the contract number of any government contract** | |
| | | CHESTERFIELD / MO / 63005 |
| | | City / State / ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | KADDIS MANUFACTURING CORP |
| | | Name |
| | | Notice Name |
| | | 293 PATRIOT WAY |
| | **State the term remaining** 4/28/2031 | Address |
| | | PO BOX 92985 |
| | **List the contract number of any government contract** | |
| | | ROCHESTER / NY / 14692 |
| | | City / State / ZIP Code |
| | | Country |

Debtor: Stanadyne LLC
Name

Case number (if known): 23-10207

| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO SUPPLY AGREEMENT | KARL KUEFNER GMBH & CO KG |
|---|---|---|---|

Name

Notice Name

ROSSENTALSTRABE 97-89

State the term remaining   12/31/2023

Address

List the contract number of
any government contract

72461 ALBTADT

| City | State | ZIP Code |
|---|---|---|

GERMANY

Country

| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | KARL KUFNER GMBH & CO. KG |
|---|---|---|---|

Name

Notice Name

ROSSENTALSTRASSE 87-89

State the term remaining   N/A

Address

List the contract number of
any government contract

| ALBSTADT-TRUCHTELFINGEN | | 72461 |
|---|---|---|
| City | State | ZIP Code |

GERMANY

Country

| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | KEIHIN CORPORATION |
|---|---|---|---|

Name

Notice Name

2701 ENTERPRISE DRIVE

State the term remaining   N/A

Address

List the contract number of
any government contract

| ANDERSON | IN | 46013 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*:  23-10207

**2.264** **State what the contract or lease is for and the nature of the debtor's interest**  SUPPLY AGREEMENT ADDENDUM

KENDRION
Name

Notice Name

MONCHWEILERSTRABE 1
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

78048 VILLINGEN-SCHWENNINGEN

| City | State | ZIP Code |
|------|-------|----------|
| GERMANY | | |

Country

**2.265** **State what the contract or lease is for and the nature of the debtor's interest**  ADDENDUM TO MSA

KENDRION (SHELBY) INC.
Name

Notice Name

110 AIRPORT RD.
Address

**State the term remaining**  12/31/2023

**List the contract number of any government contract**

| SHELBY | NC | 28150 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.266** **State what the contract or lease is for and the nature of the debtor's interest**  ADDENDUM TO MSA

KENDRION FAS CONTROLS, INC
Name

Notice Name

1100 AIRPORT RD.
Address

**State the term remaining**  5/21/2029

**List the contract number of any government contract**

| SHELBY | NC | 28150 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*: 23-10207
_____

| | | |
|---|---|---|
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

KENNAMETAL EXTRUDE HONE COMPANY
_____
Name

_____
Notice Name

235 INDUSTRY BLVD.
_____
Address

**State the term remaining**   4/15/2030

**List the contract number of any government contract**

| | | |
|---|---|---|
| IRWIN | PA | 15642 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | WAREHOUSE LEASE |

KERRY INDEV LOGISTICS PVT LTD.
_____
Name

_____
Notice Name

NO. 81, SWAMY COMPLEX
_____
Address

TAMBU CHETTY STREET

**State the term remaining**   11/18/2023

**List the contract number of any government contract**

| | | |
|---|---|---|
| TAMIL NADU | | 600 001 |
| City | State | ZIP Code |
| INDIA | | |
| Country | | |

| | | |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

KINEFAC CORPORATION
_____
Name

_____
Notice Name

156 GODDARD MEMORIAL DR.
_____
Address

**State the term remaining**   1/19/2032

**List the contract number of any government contract**

| | | |
|---|---|---|
| WORCESTER | MA | 01603 |
| City | State | ZIP Code |

_____
Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | KINETIC CERAMICS |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4050 SOUTH 26TH ST. |
| | State the term remaining | 5/24/2033 | Address |
| | List the contract number of any government contract | | SUITE 200 |

| | | | PHILADELPHIA | PA | 19112 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | KLEISS GEARS INC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 390 INDUSTRIAL AVE |
| | State the term remaining | 10/5/2030 | Address |
| | List the contract number of any government contract | | |

| | | | GRANTSBURG | WI | 54840 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | KLUMPP GMBH & CO. KG |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | RINKLINGER STRASSE 10 |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | | BRETTEN | | 75015 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | GERMANY | | |
| | | | Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

KNIGHT MACHINE & TOOL CO. INC.
Name

Notice Name

11 INDUSTRIAL DRIVE
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| SOUTH HADLEY | MA | 01075 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

KUKA ROBOTICS CORPORATION
Name

Notice Name

51870 SHELBY PARKWAY
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| SHELBY TWP | MI | 48315 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

KUNSHAN KERSEN SCIENCE & TECHNOLOGY CO
Name

Notice Name

389 KUNJIA ROAD
Address

**State the term remaining** 12/31/2033

ECONOMIC DEVELOPMENT ZONE

**List the contract number of any government contract**

| KUNSHAN CITY | JIANGSU | 215300 |
|---|---|---|
| City | State | ZIP Code |
| CHINA | | |

Country

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | KUSHAN MEKO PROTOTYPING CO. LTD. |
|---|---|---|---|

Name

Notice Name

1299 CHENGBEI RD.

Address

KUNSHAN NEW DISTRICT

**State the term remaining** N/A

**List the contract number of any government contract**

| KUSHAN CITY JIANGSU PROVINCE | | 21536 |
|---|---|---|
| City | State | ZIP Code |
| CHINA | | |
| Country | | |

| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | LASERFORM & MACHINE INC. |
|---|---|---|---|

Name

Notice Name

10010 FARROW ROAD

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| COLUMBIA | SC | 29203 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | LEAN COST ENGINEERING |
|---|---|---|---|

Name

Notice Name

6270 BULLARD

Address

**State the term remaining** 6/16/2030

**List the contract number of any government contract**

| FENTON | MI | 48430 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | | |
|---|---|---|---|
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | LEE TOOL COMPANY |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 40 RAVENWOOD DR. |
| | **State the term remaining** | 9/26/2031 | Address |
| | **List the contract number of any government contract** | | |
| | | | LUDLOW   MA   01056 |
| | | | City   State   ZIP Code |
| | | | Country |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | LEIPOLD |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 545 MARSHALL PHELPS RD. |
| | **State the term remaining** | 10/4/2031 | Address |
| | **List the contract number of any government contract** | | |
| | | | WINDSOR   CT   06095 |
| | | | City   State   ZIP Code |
| | | | Country |
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | LEM LABS LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 26 CLINTON DR. |
| | **State the term remaining** | N/A | Address |
| | | | UNIT 112 |
| | **List the contract number of any government contract** | | |
| | | | HOLLIS   NH   03049 |
| | | | City   State   ZIP Code |
| | | | Country |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | LEWIS SPRING AND MFG COMPANY |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7500 N NATCHEZ AVE. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | | NILES | IL | 60714 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | LIEBHERR COMPONENTS DEGGENDORF GMBH |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | KREUZACKER 8 |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | | DEGGENDORF | | D-94469 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | GERMANY | | |
| | | | Country | | |

| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | LIEBHERR COMPONENTS DEGGENDORF GMBH |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | KREUZACKER 8 |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | | DEGGENDORF | | 94469 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | GERMANY | | |
| | | | Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

---

**2.285** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

LIEBHERR USA, CO- COMPONENTS DIVISION
Name

Notice Name

1465 WOODLAND DR. E.
Address

State the term remaining    3/10/2026

List the contract number of any government contract

| SALINE | MI | 48176 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.286** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

LIEBHERR USA, CO- COMPONENTS DIVISION
Name

Notice Name

1465 WOODLAND DR. E.
Address

State the term remaining    6/7/2026

List the contract number of any government contract

| SALINE | MI | 48176 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.287** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

LIEBHERR-COMPONENTS DEGGENDORF GMBH
Name

Notice Name

KREUZACKER 8
Address

State the term remaining    N/A

List the contract number of any government contract

| DEGGENDORF | | 94469 |
|------------|-----|-------|
| City | State | ZIP Code |
| GERMANY | | |

Country

---

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | LIEBHERR-COMPONENTS DEGGENDORF GMBH |
| | | | Name |

Notice Name

KREUZACKER 8
Address

State the term remaining    N/A

List the contract number of
any government contract

| DEGGENDORF | | 94469 |
| City | State | ZIP Code |
| GERMANY | | |
| Country | | |

| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | LIEBHERR-COMPONENTS DEGGENDORF GMBH |
| | | | Name |

Notice Name

KREUZACKER 8
Address

State the term remaining    N/A

List the contract number of
any government contract

| DEGGENDORF | | 94469 |
| City | State | ZIP Code |
| GERMANY | | |
| Country | | |

| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT AND SUPPLY AGREEEMENT | LIEBHERR-COMPONENTS DEGGENDORF GMBH |
| | | | Name |

Notice Name

KREUZACKER 8
Address

State the term remaining    N/A

List the contract number of
any government contract

| DEGGENDORF | | 94469 |
| City | State | ZIP Code |
| GERMANY | | |
| Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

**2.291 State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

LIHANG METAL MATERIALS CO LTD
Name

Notice Name

JIANGYOU INDUSTRIAL PARK
Address

**State the term remaining**   1/1/2033

**List the contract number of any government contract**

| MIANYANG | SICHUAN | 621700 |
|---|---|---|
| City | State | ZIP Code |
| CHINA | | |
| Country | | |

**2.292 State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

LINCOLN ELECTRIC AUTOMATION INC.
Name

Notice Name

407 S MAIN ST.
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| FORT LORAMIE | OH | 48545 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.293 State what the contract or lease is for and the nature of the debtor's interest**

SUPPLY AGREEMENT

LINDE/PRAXAIR DISTRIBUTION
Name

Notice Name

10 RIVERVIEW DR.
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| DANBURY | CT | 06810 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known):*  23-10207

| | | | |
|---|---|---|---|
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | LINEAR SOLUTIONS INC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 500 POINTE SOUTH DR. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | RANDLEMAN          NC          37317 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | LIQUIDMETAL TECHNOLOGIES, INC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 20321 VALENCIA CIRCLE |
| | **State the term remaining** | 7/27/2032 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | LAKE FOREST          CA          92630 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | LOCCIONI USA INC. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5600 RIVERTECH SUITE C-D |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | RIVERDALE          MD          20737 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

---

**2.297** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

LUMAFIELD, INC.
Name

Notice Name

38 CAMERON AVE
Address

State the term remaining    N/A

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| CAMBRIDGE | MA | 02410 |

Country

---

**2.298** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

LUMINOUS GROUP LLC
Name

Notice Name

6725 DALY RD., #252474
Address

State the term remaining    N/A

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| WEST BLOOMFIELD | MI | 48325 |

Country

---

**2.299** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

MA MICRO AUTOMATION GMBH
Name

Notice Name

OPELSTR. 1,
Address

State the term remaining    5/29/2030

68789 ST. LEON-ROT

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| AMTSGERICHT MANNHEIM HRB | | 710076 |
| GERMANY | | |

Country

---

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | MACHINE TOOL & GEAR, INC |
|---|---|---|---|

Name

Notice Name

1021 N. SHIAWASSEE ST.
Address

**State the term remaining** 3/20/2030

**List the contract number of any government contract**

| CORUNNA | MI | 48867 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | MAGNET-SCHULTZ OF AMERICA |
|---|---|---|---|

Name

Notice Name

401 PLAZA DR.
Address

**State the term remaining** 3/26/2034

**List the contract number of any government contract**

| WESTMONT | IL | 60559 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | MAHLE POWERTRAIN LLC AND ALL AFFILIATES AND SUBSIDIARIES |
|---|---|---|---|

Name

Notice Name

14900 GALLEON CT.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| PLYMOUTH | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*: 23-10207

| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | MAINI PRECISION PRODUCTS LIMITED |
|---|---|---|---|

Name

Notice Name

#5A, BOMMASANDRA INDUSTRIAL AREA
Address

State the term remaining   N/A

OFF HOSUR ROAD

List the contract number of

any government contract

| ANEKAL TALUK | BANGALORE | 560099 |
|---|---|---|
| City | State | ZIP Code |

INDIA
Country

| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | MANUFACTURING SERVICES, INC |
|---|---|---|---|

Name

Notice Name

725 E. MAINE AVENUE
Address

State the term remaining   N/A

List the contract number of

any government contract

| BESSEMER CITY | NC | 28016 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | MARITIME APPLIED PHYSICS CORPORATION |
|---|---|---|---|

Name

Notice Name

1850 FRANKFURST AVE.
Address

State the term remaining   N/A

List the contract number of

any government contract

| BALTIMORE | MD | 21226 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

2.306 **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

MARLIN STEEL WIRE PRODUCTS
Name

Notice Name

2640 MERCHANT DR.
Address

**State the term remaining** 4/5/2031

**List the contract number of any government contract**

| BALTIMORE | MD | 21230 |
|---|---|---|
| City | State | ZIP Code |

Country

2.307 **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

MARTIN TECHNOLOGIES
Name

Notice Name

55390 LYON INDUSTRIAL DRIVE
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| NEW HUDSON | MI | 48165 |
|---|---|---|
| City | State | ZIP Code |

Country

2.308 **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

MASTER WORK HOLDING, INC
Name

Notice Name

315 BURKE DR.
Address

**State the term remaining** 10/20/2029

**List the contract number of any government contract**

| MORGANTON | NC | 28655 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Stanadyne LLC | Case number *(if known)*: | 23-10207 |
|---|---|---|---|
| | Name | | |

| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | MATERIAL SCIENCE CORPORATION |
|---|---|---|---|

Name

Notice Name

6855 COMMERCE BLVD.

| | **State the term remaining** | N/A | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | CANTON | MI | 48187 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | MATRIX TOOL, INC. |
|---|---|---|---|

Name

Notice Name

1976 FRANKLIN ROAD

| | **State the term remaining** | N/A | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | FAIRVIEW | PA | 16415 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | MAXIMATOR GMBH |
|---|---|---|---|

Name

Notice Name

LANGE STRASSE 6

| | **State the term remaining** | 7/13/2032 | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | 99734 NORDHAUSEN | | |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | GERMANY | | |
| | | | Country | | |

Debtor: Stanadyne LLC

Name

Case number *(if known)*    23-10207

| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | MCALISTER DESIGN & AUTOMATION LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 22 WOODS LAKE RD. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | GREENVILLE · SC · 29607 |
| | | | City · State · ZIP Code |
| | | | Country |

| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | MEADVILLE FORGING COMPANY |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 15309 BALDWIN ST. EXT. |
| | **State the term remaining** | 1/12/2033 | Address |
| | **List the contract number of any government contract** | | |
| | | | MEADVILLE · PA · 16335 |
| | | | City · State · ZIP Code |
| | | | Country |

| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | MEGA FORCE STAFFING GROUP, INC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO DRAWER 53449 |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | FAYETTEVILLE · NC · 28305 |
| | | | City · State · ZIP Code |
| | | | Country |

Debtor:    Stanadyne LLC
Name

Case number *(if known)*:    23-10207

| | | |
|---|---|---|
| **2.315** **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | MEGGITT ERLANGER, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 10293 BURLINGTON RD. |
| **State the term remaining** | 6/8/2031 | Address |
| | | |
| **List the contract number of** | | |
| **any government contract** | | |
| | | |

| CINCINNATI | OH | 45231 |
|---|---|---|
| City | State | ZIP Code |

| | |
|---|---|
| Country | |

| | | |
|---|---|---|
| **2.316** **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | MENNIE MACHINE COMPANY |
| | | Name |
| | | |
| | | Notice Name |
| | | 10549 MENNIE LANE |
| **State the term remaining** | N/A | Address |
| | | |
| **List the contract number of** | | |
| **any government contract** | | |
| | | |

| MARK | IL | 60031 |
|---|---|---|
| City | State | ZIP Code |

| | |
|---|---|
| Country | |

| | | |
|---|---|---|
| **2.317** **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | MERCEDES-BENZ AG |
| | | Name |
| | | |
| | | Notice Name |
| | | MERCEDESSTR. 120 |
| **State the term remaining** | 12/31/2030 | Address |
| | | |
| **List the contract number of** | | |
| **any government contract** | | |
| | | |

| | STUTTGART | 70372 |
|---|---|---|
| City | State | ZIP Code |
| | GERMANY | |
| Country | | |

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| **2.318** | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

MERCEDES-BENZ AG
Name

Notice Name

MERCEDESSTR. 120
Address

**State the term remaining** 3/9/2032

**List the contract number of any government contract**

| | STUTTGART | 70372 |
|---|---|---|
| City | State | ZIP Code |

GERMANY
Country

| | | |
|---|---|---|
| **2.319** | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

MERTEK SOLUTIONS INC.
Name

Notice Name

3913 HAWKINS AVE.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| SANFORD | NC | 27330 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.320** | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

MES INC.
Name

Notice Name

625 BEAR RUN LANE
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| LEWIS CENTER | OH | 43035 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

**State the term remaining** 10/12/2030

**List the contract number of any government contract**

METAL FLOW
Name

Notice Name

11694 JAMES ST.
Address

| HOLLAND | MI | 49424 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

**State the term remaining** 11/6/2030

**List the contract number of any government contract**

METAL SEAL PRECISION
Name

Notice Name

8687 TYLER BLVD.
Address

| MENTOR | OH | 44060 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

**State the term remaining** N/A

**List the contract number of any government contract**

METALLURGICAL AND MATERIALS JOINING CONSULTING
Name

Notice Name

4367 SHIRE CREEK COURTY
Address

| HILLIARD | OH | |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*  23-10207

| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | METALPRINT SRI |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | VIA ARTIGIANATO 9/11 |
| | **State the term remaining** | 5/16/2033 | Address |
| | **List the contract number of any government contract** | | |

| | | PONTE SAN MARCO | CALCINATO | 25011 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | ITALY | | |
| | | Country | | |

| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | METALQUEST UNLIMITED, INC. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1410 DOVE ROAD |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | HEBRON | NE | 68370 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | MSA | MIANYANG FULIN PRECISION MACHINING CO, LTD |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | FENGHUANG VILLAGE 7-8 |
| | **State the term remaining** | 11/19/2024 | Address |
| | | | WUJIA TOWN |
| | **List the contract number of any government contract** | | |
| | | | FUCHENG DISTRICT |

| | | MIANYANG | SICHAUAN | 621000 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | CHINA | | |
| | | Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | MSA |
| | | |
| | **State the term remaining** | 5/3/2026 |
| | **List the contract number of any government contract** | |

MIANYANG FULIN PRECISION MACHINING CO, LTD
Name

Notice Name

37 FENGHUANG RD.
Address

HIGH TECH INDUSTRIAL PARK

| | | |
|---|---|---|
| MIANYANG | SICHAUAN | 621000 |
| City | State | ZIP Code |
| CHINA | | |
| Country | | |

| | | |
|---|---|---|
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

MICHIGAN CUSTOM MACHINES, INC
Name

Notice Name

CUSTOME TEST AND ASSEMBLY EQUIPMENT
Address

22750 HESLIP DR.

| | | |
|---|---|---|
| NOVI | MI | 48375 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | |
| | **State the term remaining** | 8/11/2030 |
| | **List the contract number of any government contract** | |

MICRO TOOL COMPANY, INC
Name

Notice Name

284 BORDHEAD RD.
Address

| | | |
|---|---|---|
| BETHLEHEM | PA | 18017 |
| City | State | ZIP Code |
| Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | MICRODECO SA |
|---|---|---|---|

Name

Notice Name

State the term remaining: 3/2/2031

POLIGONO INDUSTRIAL URTIA, S/N
Address

List the contract number of any government contract

48260 ERMUA

| City | State | ZIP Code |
|---|---|---|
| SPAIN | | |

Country

| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | MICROLUTION, INC |
|---|---|---|---|

Name

Notice Name

State the term remaining: 7/6/2032

6635 W IRVING PARK RD
Address

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| CHICAGO | IL | 60634 |

Country

| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | MICRON USA |
|---|---|---|---|

Name

Notice Name

State the term remaining: 1/21/2030

5150 FALCON VIEW AVE
Address

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| KENTWOOD | MI | 49512 |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT SOFTWARE | MICROSOFT |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | DEPT. 551, VOLUME LICENSING |
| | **State the term remaining** | 8/24/2022 | Address |
| | | | 6880 SIERRA CENTER PARKWAY |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | RENO | NV | 89511 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | MIDWEST THERMAL-VAC INC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5727 95TH AVE. |
| | **State the term remaining** | 8/8/2029 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | KENOSHA | WI | 53144 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | MILLAT INDUSTRIES CORP. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4901 CROFTSHIRE DR. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | DAYTON | OH | 45440 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

MIMECAST NORTH AMERICA, INC
Name

Notice Name

191 SPRING STREET
Address

**State the term remaining** 6/27/2033

**List the contract number of any government contract**

| LEXINGTON | MA | 02421 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

MITCHEL & SCOTT MACHINE CO
Name

Notice Name

1841 LUDLOW AVE
Address

**State the term remaining** 1/29/2033

**List the contract number of any government contract**

| INDIANAPOLIS | IN | 46201 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

MITUTOYO AMERICA
Name

Notice Name

965 CORPORATE BLVD
Address

**State the term remaining** 3/5/2029

**List the contract number of any government contract**

| AURORA | IL | 60504 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

---

**2.339** **State what the contract or lease is for and the nature of the debtor's interest**

SUPPLY AGREEMENT

**State the term remaining**  N/A

**List the contract number of any government contract**

ML LUBRICATION USA
Name

Notice Name

5126 SOUTH ROYAL ATLANTA DRIVE
Address

| TUCKER | GA | 30084 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.340** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining**  N/A

**List the contract number of any government contract**

MNP CORPORATION
Name

Notice Name

44225 UTICA ROAD
Address

| UTICA | MI | 48317 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.341** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining**  7/26/3032

**List the contract number of any government contract**

MOLDING CONCEPTS
Name

Notice Name

6700 SIMS DR.
Address

| STERLING HEIGHTS | MI | 48313 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

**2.342** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

MORRIS GROUP INC
Name

Notice Name

**State the term remaining**   8/31/2032

910 DAY HILL ROAD
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| WINDSOR | CT | 06095 |
| City | State | ZIP Code |

Country

**2.343** **State what the contract or lease is for and the nature of the debtor's interest**

LETTER OF AGREEMENT

MOTORPAL A.S
Name

Notice Name

**State the term remaining**   N/A

HUMPOLECKA 313/5
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| 587 41 JIHLAVA | | |
| City | State | ZIP Code |
| CZECH REPUBLIC | | |
| Country | | |

**2.344** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

MOTORPAL A.S.
Name

Notice Name

**State the term remaining**   11/3/2030

HUMPOLECKA 313/5
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| 587 41 JIHLAVA | | |
| City | State | ZIP Code |
| CZECH REPUBLIC | | |
| Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT |
| | | MSC INDUSTRIAL SUPPLY CO. |
| | | Name |
| | | |
| | | Notice Name |
| | | 525 HARBOUR PLACE DR. |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | DAVIDSON  NC  28036 |
| | | City  State  ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | MULTI-CONSULT S.r.l. |
| | | Name |
| | | |
| | | Notice Name |
| | | 31, VIA ANTONIO LOCATELLI |
| | **State the term remaining** | 11/2/2030 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | 24121 BERGAMO |
| | | City  State  ZIP Code |
| | | ITALY |
| | | Country |

| | | |
|---|---|---|
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | MULTIPARTS SUPPLY USA INC. |
| | | Name |
| | | |
| | | Notice Name |
| | | 1649 PARK LAN S. |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | JUPITER  FL  33458 |
| | | City  State  ZIP Code |
| | | |
| | | Country |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | NE AUTOMATION SOLUTIONS |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 172 HIGH MEADOW DR. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | WEST SPRINGFIELD    MA    01089 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | NETSHAPE TECHNOLOGIES, INC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 3620 PAOLI PIKE |
| | State the term remaining | 6/5/2030 | Address |
| | | | SUITE 8 |
| | List the contract number of any government contract | | |
| | | | FLOYDS KNOBS    IN    47119 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | NICHOLS PORTLAND |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2400 CONGRESS ST. |
| | State the term remaining | 9/28/2031 | Address |
| | List the contract number of any government contract | | |
| | | | PORTLAND    ME    04102 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | NICHOLS PORTLAND |
|---|---|---|---|

Name

Notice Name

2400 CONGRESS ST.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| PORTLAND | ME | 04102 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | NIKON METROLOGY INC |
|---|---|---|---|

Name

Notice Name

12701 GRAND RIVER AVE.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| BRIGHTON | MI | 48116 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | NISSEI INDUSTRY CORPORATION |
|---|---|---|---|

Name

Notice Name

2-3-4 YASUUCHI
Address

**State the term remaining** 5/15/2030

YATSUO-MACHI

**List the contract number of any government contract**

| TOYAMA-CITY | TOYAMA | 939-2366 |
|---|---|---|
| City | State | ZIP Code |
| JAPAN | | |

Country

Debtor: Stanadyne LLC
Name

Case number (if known): 23-10207

**2.354** State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT

NITREX INC
Name

Notice Name

State the term remaining | N/A

1900 PLAIN AVENUE
Address

List the contract number of any government contract

| AURORA | IL | 60503 |
| City | State | ZIP Code |

Country

**2.355** State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT

NITREX, INC.
Name

Notice Name

State the term remaining | 6/14/2023

350 BLUE CHIP CT.
Address

List the contract number of any government contract

| FRANKLIN | TN | 46131 |
| City | State | ZIP Code |

Country

**2.356** State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT

NITREX, INC.
Name

Notice Name

State the term remaining | 6/14/2032

350 BLUE CHIP CT.
Address

List the contract number of any government contract

| FRANKLIN | IN | 46131 |
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

**2.357** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining** N/A

**List the contract number of any government contract**

NOBLE GAS SYSTEMS
Name

Notice Name

25909 MEADOWBROOK RD.
Address

| NOVI | MI | 48375 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**2.358** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining** 10/15/2033

**List the contract number of any government contract**

NORTH STAR IMAGING
Name

Notice Name

19875 SOUTH DIAMOND LAKE RD.
Address

| ROGERS | MN | 55374 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.359** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining** N/A

**List the contract number of any government contract**

NORTHERN MACHINING INC.
Name

Notice Name

2A NORTH MAIN ST.
Address

| NORFOLK | NY | 13667 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | NORTHSIDE MACHINE CO. (NMC INC) |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 8068 E MAIN ST. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | | DUGGER | IN | 47848 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | NTS |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1435 S. ALLEC ST. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | | ANAHEIM | CA | 92805 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | OAKLAND COMMONS ACQUISITION, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 28400 NORTHWESTERN HWY. |
| | State the term remaining | 2/28/2023 | Address |
| | | | FOURTH FLOOR |
| | List the contract number of any government contract | | |

| | | | SOUTHFIELD | MI | 48034 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

OERLIKON BALZERS COATING USA INC
Name

Notice Name

1475 E. WOODFIELD RD
Address

**State the term remaining** 9/28/2032

SUITE 201

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| SCHAUMBURG | IL | 60173 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

OMNITECH ENGINEERING PVT. LTD.
Name

Notice Name

PLOT NO 2500, KRANTI GATE MAIN ROAD
Address

**State the term remaining** N/A

GIDC LODHIKA INDUSTRIAL ESTATE

**List the contract number of**

**any government contract**

KALAWAD ROAD

| | | |
|---|---|---|
| VILL.METODA, RAJKOT | | 360021 |
| City | State | ZIP Code |
| INDIA | | |

Country

| | | |
|---|---|---|
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

OPTIMA SYSTEM DYNAMICS, LTD
Name

Notice Name

7296 WETHERINGTON DR.
Address

**State the term remaining** 4/21/2031

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| WEST CHESTER | OH | 45069 |
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | OWENS INDUSTRIES, INC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 10/29/2030 | 7815 S 6TH ST. |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | OAK CREEK / WI / 53154 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | OXFORD LASERS, INC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 10/19/2031 | 2 SHAKER RD., UNIT D201 |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | SHIRLEY / MA / 01464 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | PARAGON PRODUCTS, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | N/A | 4475 GOLDEN FOOTHILL PARKWAY |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | EL DORADO HILLS / CA / 95762 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

PARTSBADGER, LLC
Name

Notice Name

W66N205 COMMERCE CT.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| CEDARBURG | WI | 53012 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

PEP CONNECTICUT PLASTICS
Name

Notice Name

1254 OLD COLONY RD.
Address

**State the term remaining** 7/17/2029

**List the contract number of any government contract**

| | | |
|---|---|---|
| WALLINGFORD | CT | 06492 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

PERRY TECHNOLOGY
Name

Notice Name

120 INDUSTRIAL PARK RD.
Address

**State the term remaining** 11/9/2030

**List the contract number of any government contract**

| | | |
|---|---|---|
| NEW HARTFORD | CT | 06057 |
| City | State | ZIP Code |

Country

Official Form 206G

**Schedule G: Executory Contracts and Unexpired Leases**

Page 124 of 177

Debtor: Stanadyne LLC

Name

Case number *(if known)*    23-10207

| | | |
|---|---|---|
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

PETER-PAUL ELECTRONICS CO, INC

Name

Notice Name

480 JOHN DOWNEY DR.

Address

**State the term remaining** 6/4/2030

**List the contract number of any government contract**

| NEW BRITIAN | CT | 06050 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

PETERSON MFG. LLC

Name

Notice Name

155 CATTLEMEN RD.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| SARASOTA | FL | 34232 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

PHB HOLDING LLC

Name

Notice Name

12377 W 50 S

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| COLUMBUS | IN | 47201 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Stanadyne LLC | Case number *(if known):* | 23-10207 |
| | Name | | |

**2.375** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

PHILLIPS CORPORATION
Name

Notice Name

7390 COCA COLA DR.
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| HANOVER | MD | 21076 |
| City | State | ZIP Code |

Country

**2.376** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

PI INNOVO LLC
Name

Notice Name

47023 WEST FIVE MILE RD
Address

**State the term remaining**   7/6/2032

**List the contract number of any government contract**

| PLYMOUTH | MI | 48170 |
| City | State | ZIP Code |

Country

**2.377** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

PIANO PRESITEL
Name

Notice Name

DAYASAGAR INDUSTRIAL ESTATE
Address

**State the term remaining**   N/A

GODDEV RD

**List the contract number of any government contract**

MIRA BHAYANDAR

| THANE MAHARASHTRA | | 401105 |
| City | State | ZIP Code |

MUMBAI

Country

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

---

**2.378** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining** N/A

**List the contract number of any government contract**

PNC, INC.

Name

Notice Name

117 E. MASON STREET

Address

| POLO | IL | 61064 |
|------|------|------|
| City | State | ZIP Code |

Country

---

**2.379** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining** N/A

**List the contract number of any government contract**

PONTIAC COIL, INC.

Name

Notice Name

5800 MOODY DRIVE

Address

| CLARKSTON | MI | 48348 |
|------|------|------|
| City | State | ZIP Code |

Country

---

**2.380** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

**State the term remaining** N/A

**List the contract number of any government contract**

PONTIAC COIL, INC.

Name

Notice Name

5800 MOODY DR.

Address

| CLARKSON | MI | 48348 |
|------|------|------|
| City | State | ZIP Code |

Country

---

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE |
| | | **State the term remaining** N/A |
| | | **List the contract number of any government contract** |

POPKIN BROTHERS
_____
Name

_____
Notice Name

PO BOX 1414
_____
Address

| JACKSONVILLE | NC | 28541 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | **State the term remaining** 7/31/2032 |
| | | **List the contract number of any government contract** |

POPPE + POTTHOFF MASCHINENBAU GMBH
_____
Name

_____
Notice Name

AN DER HELME 26
_____
Address

| 99734 NORDHAUSEN | | |
|---|---|---|
| City | State | ZIP Code |

GERMANY
_____
Country

| | | |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | **State the term remaining** N/A |
| | | **List the contract number of any government contract** |

POSALUX SA
_____
Name

_____
Notice Name

18 F. OPPLIGER
_____
Address

| CH-2500 BIEL/BIENNE 6 | | |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND
_____
Country

Debtor: Stanadyne LLC

Name

Case number *(if known)*    23-10207

| | | |
|---|---|---|
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | POWER DRIVES, INC. |
| | | Name |
| | | Notice Name |
| | | 801 EXCHANGE ST. |
| | **State the term remaining** N/A | Address |
| | **List the contract number of any government contract** | |

| BUFFALO | NY | 14210 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | POWERHOLD, INC |
| | | Name |
| | | Notice Name |
| | | 63 OLD INDIAN TRAIL |
| | **State the term remaining** 10/31/2032 | Address |
| | **List the contract number of any government contract** | |

| MIDDLEFIELD | CT | 06455 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | PRATT (GEORGIA BOX), LLC |
| | | Name |
| | | Notice Name |
| | | 1800 SARASOTA PKWY NE |
| | **State the term remaining** 1/15/2034 | Address |
| | **List the contract number of any government contract** | |

| CONYERS | GA | 30013 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

PRECISION ENGINEERED PRODUCTS, INC
Name

Notice Name

110 FRANK MOSSBERG DR.
Address

**State the term remaining** 5/26/2030

**List the contract number of any government contract**

| ATTLEBORO | MA | 02703 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

PRECISION FORMED PLASTICS
Name

Notice Name

3245 ROYALTY ROW
Address

**State the term remaining** 4/13/2031

**List the contract number of any government contract**

| IRVING | TX | 75062 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

PRECISION JOINING TECHNOLOGIES, INC
Name

Notice Name

965 CAPSONE DR.
Address

**State the term remaining** 6/15/2032

**List the contract number of any government contract**

| MIAMISBURG | OH | 45342 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number (if known): 23-10207

| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | PRECITEC, INC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 28043 CENTER OAKS COURT |
| | State the term remaining | 4/29/2030 | Address |
| | List the contract number of any government contract | | |
| | | | WIXOM / MI / 48393 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | PREFERRED STRATEGIES |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2425 PORTER STREET |
| | State the term remaining | 3/3/2030 | Address |
| | | | SUITE 20 |
| | List the contract number of any government contract | | |
| | | | SOQUEL / CA / 95073 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | PREMIER TUNING GROUP |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 21352 NORDHOFF ST. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | LOS ANGELES / CA / 91311 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*: 23-10207
_____

| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | PRICE MOTORSPORT ENGINEERING |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 205 MAIN ST. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | HOPE          IN          47246 |
| | | | City          State          ZIP Code |
| | | | Country |

| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | PRODUCTION COMPONENTS INC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 196 NORTH PLAINS RD. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | WALLINGFORD          CT          06492 |
| | | | City          State          ZIP Code |
| | | | Country |

| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | PROGRESSIVE MACHINE & DESIGN |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 727 ROWLEY ROAD |
| | State the term remaining | 3/9/2030 | Address |
| | List the contract number of any government contract | | |
| | | | VICTOR          NY          14564 |
| | | | City          State          ZIP Code |
| | | | Country |

Debtor: Stanadyne LLC

Name

Case number *(if known)*    23-10207

| | | |
|---|---|---|
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

PROGRESSIVE SERVICE DIE COMPANY
Name

Notice Name

226 WHITE ST.
Address

JACKSONVILLE | NC | 28546
City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | |
| | **State the term remaining** | 11/17/2031 |
| | **List the contract number of any government contract** | |

PROTO LABS
Name

Notice Name

5540 PONEER CREEK DR.
Address

MAPLE PLAIN | MN | 55359
City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | |
| | **State the term remaining** | 8/9/2031 |
| | **List the contract number of any government contract** | |

QFD INSTITUTE / GLENN MAZUR
Name

Notice Name

1140 MOREHEAD COURTY
Address

ANN ARBOR | MI | 48103
City | State | ZIP Code

Country

Debtor: Stanadyne LLC
Name

Case number (if known): 23-10207

| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | QPS |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 28 LORD ROAD |
| | State the term remaining | 8/7/2032 | Address |
| | List the contract number of any government contract | | |
| | | | MARLBOROUGH   MA   01752 |
| | | | City   State   ZIP Code |
| | | | Country |

| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | RAISE 3D TECHNOLOGIES, INC. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 43 TESLA |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | IRVING   CA   92618 |
| | | | City   State   ZIP Code |
| | | | Country |

| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | RAND GROUP INC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2537 NW 74TH AVE. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | MIAMI   FL   33122 |
| | | | City   State   ZIP Code |
| | | | Country |

Debtor: Stanadyne LLC
Name

Case number *(if known):* 23-10207

| | | | |
|---|---|---|---|
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | RAPID PROTOTYPING & ENGINEERING INC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 15 CHARRON AVE |
| | **State the term remaining** | 6/9/2032 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | NASHUA |  NH | 03063 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | RAPID7 LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 120 CAUSEWAY STREET |
| | **State the term remaining** | 7/5/2023 | Address |
| | | | SUITE 400 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | BOSTON | MA | 02114 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | RAVEN BUSINESS SOLUTIONS |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 54 MARSH DRIVE |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | JACKSONVILLE | FL | 32250 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

RCM INDUSTRIES, INC
Name

Notice Name

3021 CULLERTON DR
Address

**State the term remaining** 2/8/2033

**List the contract number of any government contract**

| FRANKLIN PARK | IL | 60131 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

REICH LLC
Name

Notice Name

140 VISTA BOULEVARD
Address

**State the term remaining** 5/25/2031

**List the contract number of any government contract**

| ARDEN | NC | 28704 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

REICH LLC
Name

Notice Name

140 VISTA BLVD.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| ARDEN | NC | 28704 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Stanadyne LLC
Name

Case number *(if known)*    23-10207

| | | |
|---|---|---|
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

RESPONSIVE MACHINING
Name

Notice Name

1650 CHAFFEE DR.
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| TITUSVILLE | FL | 32780 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

RICARDO UK LIMITED
Name

Notice Name

SHOREHAM TECHNICAL CENTER
Address

**State the term remaining**  4/13/2024

SHOREHAM -BY-SEA

**List the contract number of any government contract**

| | | |
|---|---|---|
| WEST SUSSEX | | BN43 5FG |
| City | State | ZIP Code |
| UK | | |

Country

---

| | | |
|---|---|---|
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

RICARDO, INC
Name

Notice Name

40000 RICARDO DR.
Address

**State the term remaining**  2/9/2030

**List the contract number of any government contract**

| | | |
|---|---|---|
| VAN BUREN TOWNSHIP | MI | 48111 |
| City | State | ZIP Code |

Country

---

Debtor: Stanadyne LLC

Name

Case number *(if known):* 23-10207

| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT (INSURANCE) | RISK STRATEGIES COMPANY |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 160 FEDERAL ST., 4TH FLOOR |
| | State the term remaining | N/A | Address |
| | | | |
| | List the contract number of | | |
| | any government contract | | |
| | | | |
| | | | BOSTON          MA          02110 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | ROTARY ELECTRONICS PVT. LTD. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | UNIT2-SY NO. 3 KODIGEHALLI |
| | State the term remaining | N/A | Address |
| | | | VISHWANEEDAM POST |
| | List the contract number of | | |
| | any government contract | | OFF MAGADI ROAD |
| | | | |
| | | | BANGALORE          KAMATAKA          560091 |
| | | | City          State          ZIP Code |
| | | | INDIA |
| | | | Country |

| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | SAC ENGINE COMPONENTS PVT, LTD |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | NO. R-326 |
| | State the term remaining | N/A | Address |
| | | | T.S. KRISHNA NAGAR |
| | List the contract number of | | |
| | any government contract | | PADI |
| | | | |
| | | | TAMIL NADU          CHENNAI          600 050 |
| | | | City          State          ZIP Code |
| | | | INDIA |
| | | | Country |

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

SAINIK SPRING WORKS
_____
Name

_____
Notice Name

G-1, 260, 261 KHUSKHERA INDUSTRIAL AREA
_____
Address

**State the term remaining** N/A

TEHSIL-TIJARA

**List the contract number of**

DISTRICT AWAR

**any government contract**

| | | |
|---|---|---|
| RAJASTHAN | | 301707 |
| City | State | ZIP Code |
| INDIA | | |
| Country | | |

| | | |
|---|---|---|
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

SAN-EI SEIKO CO, LTD
_____
Name

_____
Notice Name

5978 COMMERCE BLVD.
_____
Address

**State the term remaining** 7/9/2030

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| MORRISTOWN | TN | 37814 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

SANMINA CORPORATION
_____
Name

_____
Notice Name

140 ABBY ROAD
_____
Address

**State the term remaining** 8/16/2033

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| MANCHESTER | NH | 03103 |
| City | State | ZIP Code |
| Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

**2.417** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

SCHAEFFLER GROUP
Name

Notice Name

308 SPRINGHILL FAR RD.
Address

State the term remaining    3/8/2032

List the contract number of
any government contract

| FT. MILL | SC | 29715 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.418** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

SCHERDEL
Name

Notice Name

SCHERDELSTRABE 2
Address

State the term remaining    N/A

List the contract number of
any government contract

| MARKTREDWITZ | | 95615 |
|---|---|---|
| City | State | ZIP Code |
| GERMANY | | |
| Country | | |

**2.419** State what the contract or lease is for and the nature of the debtor's interest

CONFIDENTIALITY AGREEMENT

SCHLAEGER M-TECH GMBH
Name

Notice Name

RITTER-VON-EITZENBERGER-STR. 10
Address

State the term remaining    N/A

List the contract number of
any government contract

| BAYREUTH | | 95448 |
|---|---|---|
| City | State | ZIP Code |
| GERMANY | | |
| Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)* 23-10207

| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | SCHMID CORPORATION |
|---|---|---|---|

Name

Notice Name

140-B VENTURE BLVD.

State the term remaining   N/A

Address

List the contract number of

any government contract

| SPARTANBURG | SC | 29306 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | SCOT INDUSTRIES |
|---|---|---|---|

Name

Notice Name

810 NEBRASKA ST.

State the term remaining   N/A

Address

List the contract number of

any government contract

| MUSCODA | WI | 53573 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | SCREW TECHNOLOGY CO., LTD. |
|---|---|---|---|

Name

Notice Name

5/F, BLDG. B, BAODAI SCI-TECH PARK

State the term remaining   N/A

Address

988 WUSONG ROAD

List the contract number of

any government contract

WUZHONE DIST.

| SUZHOU | JIANGSU | 215124 |
|---|---|---|
| City | State | ZIP Code |
| CHINA | | |

Country

Debtor: Stanadyne LLC
Name

Case number (if known): 23-10207

| | | |
|---|---|---|
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | SCREWMATICS |
| | | Name |
| | | |
| | | Notice Name |
| | | 31659 MCGREGOR ST. |
| **State the term remaining** | 6/23/2030 | Address |
| **List the contract number of any government contract** | | |
| | | PAGELAND / SC / 29728 |
| | | City / State / ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | SEIKO INSTRUMENTS INC |
| | | Name |
| | | |
| | | Notice Name |
| | | 8, NAKASE 1-CHRIOME |
| **State the term remaining** | N/A | Address |
| | | MIHAMA-KU |
| **List the contract number of any government contract** | | |
| | | CHIBA-SHI / CHIBA / 261-8507 |
| | | City / State / ZIP Code |
| | | JAPAN |
| | | Country |

| | | |
|---|---|---|
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | SENIOR OPERATIONS LLC / SENIOR FLEXONICS - GA PRECISION DIVISION |
| | | Name |
| | | |
| | | Notice Name |
| | | 5215 W AIRWAYS AVE. |
| **State the term remaining** | 11/2/2030 | Address |
| **List the contract number of any government contract** | | |
| | | FRANKLIN / WI / 53132 |
| | | City / State / ZIP Code |
| | | Country |

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | SEWARD SCREW LLC |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| | | | 16377 THIRD STREET |
| | **State the term remaining** | 10/28/2031 | Address |
| | | | PO BOX 86 |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | SEWARD | IL | 61077 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | SEYAL TECHNOLOGIES PVT LTD |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| | | | SF#330/2C3, SITE 4 |
| | **State the term remaining** | N/A | Address |
| | | | CHERAN IDUSTRIAL ESTATE |
| | **List the contract number of** | | |
| | **any government contract** | | KALAPATTI |

| | | COIMBATORE | TAMIL NADU | 641 048 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | INDIA | | |
| | | Country | | |

| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | SHANGHAI FUTURE HIGH-TECH |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| | | | 3998 PANJING ROAD |
| | **State the term remaining** | 4/27/2033 | Address |
| | | | BAOSHAN DISTRICT |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | SHANGHAI | | 201900 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | CHINA | | |
| | | Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | SHANGHAI LILY BEARING MANUFACTURING CO, LTD |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | ROOM 713 ZHONGHUAN SCIENCE & TECHNOLOGY PARK |
| | **State the term remaining** | 4/27/2033 | Address |
| | | | NO. 485 XINGMEI ROAD |
| | **List the contract number of any government contract** | | |

| MINHANG DISTRICT | SHANGHAI | 200231 |
|---|---|---|
| City | State | ZIP Code |
| CHINA | | |
| Country | | |

| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE | SHI INTERNATIONAL CORP. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | LEASE PROCESSING CENTER |
| | **State the term remaining** | Sep-24 | Address |
| | | | 1111 OLD EAGLE SCHOOL RD. |
| | **List the contract number of any government contract** | | |

| WAYNE | PA | 01980 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE | SHI INTERNATIONAL CORP. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | LEASE PROCESSING CENTER |
| | **State the term remaining** | Jun-25 | Address |
| | | | 1111 OLD EAGLE SCHOOL RD. |
| | **List the contract number of any government contract** | | |

| WAYNE | PA | 01980 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

---

**2.432** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE

Name

Notice Name

60 BROADHOLLOW RD

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| MELVILLE | NY | 11747 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.433** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

SIMERICS, INC

Name

Notice Name

303 WILLIAMS AVE

**State the term remaining** N/A

Address

SUITE 123

**List the contract number of any government contract**

| HUNTSVILLE | AL | 35801 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.434** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

SIROIS TOOL CO.

Name

Notice Name

169 WHITE OAK DRIVE

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| BERLIN | CT | 06037 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | SLIDEMATIC PRECISION COMPONENTS, INC. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1303 SAMUELSON RD. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | ROCKFORD | IL | 61109 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | SMITH METAL PRODUCTS |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 15045 PER ROAD |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | CENTER CITY | MN | 55012 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | SMT GROUP LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2768 GOLFVIEW DR. |
| | State the term remaining | 1/15/2034 | Address |
| | List the contract number of any government contract | | |

| | | NAPERVILLE | IL | 60563 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Stanadyne LLC

Name

Case number *(if known):* 23-10207

| | | |
|---|---|---|
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | SMT LLC GROUP |
| | | Name |
| | | |
| | | Notice Name |
| | | 2768 GOLFVIEW DRIVE |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| NAPERVILLE | IL | 60563 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | SOLARA AUTOMATION |
| | | Name |
| | | |
| | | Notice Name |
| | | 155 KITTY HAWK DR. |
| | **State the term remaining** | 6/11/2030 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| MORRISVILLE | NC | 27560 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | SOLENOID SYSTEMS |
| | | Name |
| | | |
| | | Notice Name |
| | | 132 HILLY OAK DR. |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| DELAFIELD | WI | 53018 |
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number (if known): 23-10207

| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | SONPLAS GMBH |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | SACHSENRING 57 |
| | State the term remaining | 9/15/2030 | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | 94315 STRAUBING |
| | | | City · State · ZIP Code |
| | | | GERMANY |
| | | | Country |

| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | SONPLAS GMBH |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | SACHSENRING 57 |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | STRAUBING · 94315 |
| | | | City · State · ZIP Code |
| | | | GERMANY |
| | | | Country |

| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | SOUTH DAKOTA SCHOOL OF MINES & TECHNOLOGY |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 501 E. SAINT JOSEHP ST. |
| | State the term remaining | 6/26/2033 | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | RAPID CITY · SD · 57701 |
| | | | City · State · ZIP Code |
| | | | Country |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

SOUTHERN SPRING & STAMPING, INC
Name

Notice Name

401 SUBSTATION ROAD
Address

**State the term remaining** 02/29/2031

**List the contract number of any government contract**

| VENICE | FL | 34285 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

SPDLasers
Name

Notice Name

2503 KESWICK DR.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| LORENA | TX | 76655 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

SPECIALLITY MUILDS AND ENGINEERING PVT. LTD.
Name

Notice Name

PLOT 82B, SECTOR - 5 MANESAR
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| 122050 GURUGRAM | HARYANA | |
|---|---|---|
| City | State | ZIP Code |
| INDIA | | |
| Country | | |

Debtor:    Stanadyne LLC
Name

Case number *(if known)*    23-10207

| | | |
|---|---|---|
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | SPINDEX INDUSTRIES LIMITED |
| | | Name |
| | | Notice Name |
| | | 8 BOON LAY WAY #10-03 |
| **State the term remaining** | N/A | Address |
| | | 8@TRADEHUB 21 |
| **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | | 609904 |
| | City | State | ZIP Code |
| | SINGAPORE | | |
| | Country | | |

| | | |
|---|---|---|
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT |
| | | SPOOL PERFORMANCE LLC |
| | | Name |
| | | Notice Name |
| | | 11903 OAKCROFT DR. |
| **State the term remaining** | N/A | Address |
| **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | HOUSTON | TX | 77070 |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT |
| | | SSS SPRING AND WIRE LLC |
| | | Name |
| | | Notice Name |
| | | 5161 WOODFIELD COURT NE |
| **State the term remaining** | 10/9/2025 | Address |
| **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | GRAND RAPIDS | MI | 49525 |
| | City | State | ZIP Code |
| | Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

STANFORDVILLE MACHINE & MFG. CO. INC.
Name

Notice Name

29 VICTORY LANE
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| POUGHKEEPSIE | NY | 12603 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

STANSTED FLUID POWER LTD
Name

Notice Name

UNIT 5, NEW HORIZON BUSINESS CENTRE
Address

**State the term remaining** 5/31/2032

**List the contract number of any government contract**

| HARLOW | ESSEX | CM19 5FN |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

STERLING PERFORMANCE INC
Name

Notice Name

54420 PONTIAC TRAIL
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| MILFORD CHARTER TWP | MI | 48381 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT |
| | | STEVEN STAFFORD |
| | | Name |
| | | Notice Name |
| | | Address On File |
| **State the term remaining** | 6/30/2023 | Address |
| **List the contract number of any government contract** | | |
| | | City / State / ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | STOBA PRAZISIONSTECHNIK GMBH & CO KG |
| | | Name |
| | | Notice Name |
| | | LANGE ACKER 8 |
| **State the term remaining** | N/A | Address |
| **List the contract number of any government contract** | | |
| | | BACKNANG  71522 |
| | | City / State / ZIP Code |
| | | GERMANY |
| | | Country |

| | | |
|---|---|---|
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | STOBA SONDERMASCHINEN GMBH |
| | | Name |
| | | Notice Name |
| | | LANGE ACKER 8 |
| **State the term remaining** | N/A | Address |
| **List the contract number of any government contract** | | |
| | | BACKNANG  71522 |
| | | City / State / ZIP Code |
| | | GERMANY |
| | | Country |

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

STRONG PRECISION MACHINERY (HONG KONG) CO. LTD.
Name

Notice Name

12/D BOLCK B
Address

**State the term remaining** N/A

MARVEL INFUSTRIAL BLDG

**List the contract number of**

KWAI FUNG CRESCENT

**any government contract**

KWAI FONG NEW TERRITORIES

| City | State | ZIP Code |
|---|---|---|
| HONG KONG | | |

Country

| | | |
|---|---|---|
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

STYNER+BIENZ FORMTECH AG
Name

Notice Name

FREIBURGSTRASSE 556
Address

**State the term remaining** 7/17/2032

**List the contract number of**

**any government contract**

3172 NIEDERWANGEN

| City | State | ZIP Code |
|---|---|---|
| SWITZERLAND | | |

Country

| | | |
|---|---|---|
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

SUMIDA AMERICA COMPONENTS, INC
Name

Notice Name

1251 N. PLUM GROVE RD.
Address

**State the term remaining** N/A

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|
| SCHAUMBURG | IL | 60173 |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

---

**2.459** | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE

SUMMIT HANDLING SYSTEMS
Name

Notice Name

11 DEFCO PARK RD.
Address

**State the term remaining** | 1/31/2027

**List the contract number of any government contract**

| NORTH HAVEN | CT | 06473 |
| City | State | ZIP Code |

Country

---

**2.460** | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE

SUMMIT HANDLING SYSTEMS
Name

Notice Name

11 DEFCO PARK RD.
Address

**State the term remaining** | 1/31/2027

**List the contract number of any government contract**

| NORTH HAVEN | CT | 06473 |
| City | State | ZIP Code |

Country

---

**2.461** | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT

SUN HYDRAULICS CORP
Name

Notice Name

1500 WEST UNIVERSITY PARKWAY
Address

**State the term remaining** | 5/12/2030

**List the contract number of any government contract**

| SARASOTA | FL | 34243 |
| City | State | ZIP Code |

Country

---

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | | | |
|---|---|---|---|---|
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | SUN MICROSTAMPING TECHNOLOGIES | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 14055 US HWY 19N | |
| | **State the term remaining** | N/A | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | CLEARWATER | FL | 33764 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | SUN STRONG PRECISION METAL INT'L | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | ROOM 7-9, 12/F PENINSULA TOWER | |
| | **State the term remaining** | 12/1/2029 | Address | |
| | | | CASTLE PEAK RD. | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | CHENG SHA WAN | KOWLOON | |
| | | | City | State | ZIP Code |
| | | | HONG KONG | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | SWILDENS B.V. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | CROWN BUSSINESS CENTER | |
| | **State the term remaining** | N/A | Address | |
| | | | LEIDSE SCHOUW 2 | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | ALPEHN AAN DEN RIJN | | 2408 AE |
| | | | City | State | ZIP Code |
| | | | NETHERLANDS | |
| | | | Country | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

SWISSTEC MICROMACHINING AG
Name

Notice Name

MUHLEBUHL 24
Address

**State the term remaining** 4/24/2030

**List the contract number of any government contract**

CH-9100 HERISAU
City | State | ZIP Code
SWITZERLAND
Country

| | | |
|---|---|---|
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

SWOBODA, INC
Name

Notice Name

4108 52ND ST. SE
Address

**State the term remaining** N/A

**List the contract number of any government contract**

KENTWOOD | MI | 40512
City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

T J SNOW COMPANY
Name

Notice Name

120 NOWLIN LANE
Address

**State the term remaining** 11/22/2032

**List the contract number of any government contract**

CHATTANOOGA | TN | 37421
City | State | ZIP Code

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*:   23-10207

| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | TAGFX LOGIC SYSTEMS, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 325 N. SAINT PAUL ST. |
| | State the term remaining | N/A | Address |
| | | | SUITE 3100 |
| | List the contract number of any government contract | | |

| | | DALLAS | TX | 75201 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | TATA TECHNOLOGIES |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 6001 CASS AVENUE |
| | State the term remaining | N/A | Address |
| | | | SUTIE 600 |
| | List the contract number of any government contract | | |

| | | DETROIT | MI | 48202 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | TAYLAN ALTAN |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 339 BAKER SYSTEMS |
| | State the term remaining | 11/16/2033 | Address |
| | | | 1971 NEIL AVE |
| | List the contract number of any government contract | | |

| | | COLUMBUS | OH | 43210 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number (if known): 23-10207

---

**2.471** State what the contract or lease is for and the nature of the debtor's interest: CONFIDENTIALITY AGREEMENT

TECHNOLOGY FOR ENERGY CORPORATION
Name

Notice Name

10737 LEXINGTON DR.
Address

State the term remaining: 12/9/2030

List the contract number of any government contract

| KNOXVILLE | TN | 37932 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.472** State what the contract or lease is for and the nature of the debtor's interest: CONFIDENTIALITY AGREEMENT

TECHNOSOFT ENGINEERING, INC
Name

Notice Name

200 S. EXECUTIVE DR.
Address

State the term remaining: 6/20/2033

SUITE 101

List the contract number of any government contract

| BROOKFIELD | WI | 53005 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.473** State what the contract or lease is for and the nature of the debtor's interest: CONFIDENTIALITY AGREEMENT

THE LEE COMPANY
Name

Notice Name

2 PETTIPAUG ROAD
Address

State the term remaining: 5/9/2033

List the contract number of any government contract

| WESTBROOK | CT | 06498 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Stanadyne LLC

Name

Case number *(if known)*:  23-10207

| | | | |
|---|---|---|---|
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | THE QUELL GROUP |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2282 LIVERNOIS RD. |
| | **State the term remaining** | 2/10/2035 | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | TROY | MI | 48083 |

City | State | ZIP Code

Country

| | | | |
|---|---|---|---|
| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | THE UNIVERSITY OF CONNECTICUT |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 438 WHITNEY ROAD EXT. |
| | **State the term remaining** | 5/25/2026 | Address |
| | | | UNIT 113 |
| | **List the contract number of any government contract** | | |

STORRS | CT | 06269

City | State | ZIP Code

Country

| | | | |
|---|---|---|---|
| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | THIELENHAUS MICROFINISH CORP. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 42925 W NINE MILE RD. |
| | **State the term remaining** | 2/17/2030 | Address |
| | **List the contract number of any government contract** | | |

NOVI | MI | 48375

City | State | ZIP Code

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

THOMAS MEYER LLC
Name

Notice Name

196 BOGG LANE
Address

**State the term remaining** 1/18/2031

**List the contract number of any government contract**

| LEBANON | CT | 06249 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

TLX TECHNOLOGIES
Name

Notice Name

N27 W23727 PAUL RD
Address

**State the term remaining** 9/30/2031

**List the contract number of any government contract**

| PEWAUKEE | WI | 53072 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

TONER MACHINING TECHNOLOGIES
Name

Notice Name

212 EAST FLEMING DR.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| MORGANTON | NC | 28655 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 160 of 177

Debtor: Stanadyne LLC
_____
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

TONER MACHINING TECHNOLOGIES
Name

_____
Notice Name

212 EAST FLEMING DR.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| MORGANTON | NC | 28655 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

TOOLCO INC.
Name

_____
Notice Name

47709 GALLEON DR.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| PLYMOUTH | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

TOTAL PACKAGING
Name

_____
Notice Name

8610 AIR PARK WEST
Address

**State the term remaining** 1/15/2034

SUITE H

**List the contract number of any government contract**

| CHARLOTTE | NC | 28214 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Stanadyne LLC

Name

Case number *(if known)*:  23-10207

| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | TOYO ADVANCED TECHNOLOGY, LTD |
|---|---|---|---|

Name

Notice Name

5-3-38, UJINA-HIGASHI

**State the term remaining**    5/21/2030

Address

MINAMI-KU

**List the contract number of any government contract**

| HIROSHIMA | | 734-8501 |
|---|---|---|
| City | State | ZIP Code |
| JAPAN | | |
| Country | | |

| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | TRANS-MATIC |
|---|---|---|---|

Name

Notice Name

300 E. 48TH ST.

**State the term remaining**    11/9/2033

Address

**List the contract number of any government contract**

| HOLLAND | MI | 49423 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | TRIANGLE PRECISION INDUSTRIES, INC |
|---|---|---|---|

Name

Notice Name

1650 DELCO PARK DR.

**State the term remaining**    10/14/2030

Address

**List the contract number of any government contract**

| KETTERING | OH | 45420 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | TRISTAR |
| | | Name |
| | | |
| | | Notice Name |
| | | 3740 E. LASALLE ST. |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| PHOENIX | AZ | 85040 |

Country

| | | |
|---|---|---|
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | TRIUMPH MANUFACTURING LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 2130 S. INDUSTRIAL PARK AVE |
| | **State the term remaining** | 7/28/2030 |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| TEMPE | AZ | 85282 |

Country

| | | |
|---|---|---|
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |
| | | TRUMPF, INC |
| | | Name |
| | | |
| | | Notice Name |
| | | 47711 CLIPPER STREET |
| | **State the term remaining** | 6/10/2030 |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| PLYMOUTH TOWNSHIP | MI | 48170 |

Country

Debtor: Stanadyne LLC

Case number *(if known)*: 23-10207

| | | | | |
|---|---|---|---|---|
| **2.489** | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | TSUNAMI TSOLUTIONS | Name |
| | | | Notice Name | |
| | | | 1123 POQUONOCK AVE | |
| | **State the term remaining** | N/A | Address | |
| | **List the contract number of any government contract** | | | |
| | | | WINDSOR / City | CT / State — 06095 / ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| **2.490** | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | TUMOSAN TRACTOR AND ENGINE IND | Name |
| | | | Notice Name | |
| | | | YESILKOY MAHALLESI | |
| | **State the term remaining** | N/A | Address | |
| | **List the contract number of any government contract** | | | |
| | | | ISTANBUL / City — 34149 / ZIP Code | State |
| | | | TURKEY / Country | |

| | | | | |
|---|---|---|---|---|
| **2.491** | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | TURNER'S MACHINING SPECIALTIES, INC | Name |
| | | | Notice Name | |
| | | | 820 REPP DRIVE | |
| | **State the term remaining** | 6/5/2032 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | COLUMBUS / City | IN / State — 47201 / ZIP Code |
| | | | Country | |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

UNITED CNC MACHINING A PARAVIS INDUSTRIES COMPANY
Name

Notice Name

1597 ATLANTIC BLVD.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| AUBURN HILLS | MI | 48326 |

Country

| | | |
|---|---|---|
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

UNITED GRINDING NORTH AMERICA
Name

Notice Name

510 EARL BLVD.
Address

**State the term remaining** 1/21/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| MIAMISBURG | OH | 45342 |

Country

| | | |
|---|---|---|
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

UNIVERSITY OF CONNECTICUT
Name

Notice Name

438 WHITNEY ROAD EXT
Address

**State the term remaining** 5/25/2031

UNIT 13

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| STORRS | CT | 06269 |

Country

Debtor: Stanadyne LLC

Name

Case number *(if known):* 23-10207

---

**2.495** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

UNIVERSITY OF CONNECTICUT - INSTITUTE OF MATERIALS SCIENCE (UCONN - IMS)

Name

Notice Name

97 NORTH EAGLEVILLE RD.

**State the term remaining** 7/11/2032

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| STORRS | CT | 06269 |

Country

---

**2.496** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

USUI INTERNATIONAL CORPORATION

Name

Notice Name

44780 HELM STREET

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| PLYMOUTH | MI | 48170 |

Country

---

**2.497** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

UTITEC, INC

Name

Notice Name

169 CALLENDER RD.

**State the term remaining** 11/6/2029

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| WATERTOWN | CT | 06795 |

Country

---

Debtor: Stanadyne LLC
Name

Case number *(if known)*    23-10207

| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | VALVOLINE LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 100 VALVOLINE WAY |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | | LEXINGTON | KY | 40509 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | VANTAGE CORPORATION |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 12651 NEWBURGH RD. |
| | State the term remaining | 2/27/2030 | Address |
| | List the contract number of any government contract | | |

| | | | LIVONIA | MI | 48150 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | VAREX IMAGING |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1678 SOUTH PIONEER RD. |
| | State the term remaining | 1/22/2028 | Address |
| | List the contract number of any government contract | | |

| | | | SALT LAKE CITY | UT | 84104 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Stanadyne LLC

Name

Case number *(if known)*: 23-10207

| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | VAUPELL RAPID SOLUTIONS |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 20 EXECUTIVE DRIVE |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | HUDSON | NH | 03051 |

| | | | City | State | ZIP Code |

| | | | Country |

| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | VELOCE ENGINEERING LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 JACKS HILL RD. |
| | **State the term remaining** | N/A | Address |
| | | | UNIT E&f |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | OXFORD | CT | 06478 |

| | | | City | State | ZIP Code |

| | | | Country |

| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | VELOCE ENGINEERING LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 JACKS HILL RD. |
| | **State the term remaining** | N/A | Address |
| | | | UNIT 1E |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | OXFORD | CT | 06478 |

| | | | City | State | ZIP Code |

| | | | Country |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | VICTORY PACKAGING |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1966 HWY 160 WEST |
| | State the term remaining | 1/23/2034 | Address |
| | List the contract number of any government contract | | |
| | | | FORT MILL / SC / 29708 |
| | | | City / State / ZIP Code |
| | | | Country |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | VICTREX USA |
| | | | Name |
| | | | Notice Name |
| | | | 300 CONSHOHOCKEN STATE RD |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | WEST CONSHOHOCKEN / PA / 19428 |
| | | | City / State / ZIP Code |
| | | | Country |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | VITESCO TECHNOLOGIES USA, LLC |
| | | | Name |
| | | | Notice Name |
| | | | 2400 EXECUTIVE HILLS BLVD. |
| | State the term remaining | 3/22/2030 | Address |
| | List the contract number of any government contract | | |
| | | | AUBURN HILLS / MI / 48326 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| | | |
|---|---|---|
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

VOSS AUTOMOTIVE INC.
Name

Notice Name

4640 HILLEGAS RD.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| FORT WAYNE | IN | 46818 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

V-STAX LLC
Name

Notice Name

303 CENTRE ST. - SUITE 102
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| FERNANDINA | FL | 32034 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

WEI ZHANG
Name

Notice Name

6521 WYNDBURNE DR.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| DUBLIN | OH | 43016 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | WELLINGTON INDUSTRIES |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 39555 S INTERSATE 94 SERVICE DR. |
| | **State the term remaining** | 8/28/2029 | Address |
| | **List the contract number of any government contract** | | |
| | | | BELLEVILLE |  MI  | 48111 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | WEPPLER FILTER GMBH |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | ZIMMERSMUEHLENWEG 61 |
| | **State the term remaining** | 7/19/2032 | Address |
| | **List the contract number of any government contract** | | |
| | | | 61440 OBERRSEL |
| | | | City | State | ZIP Code |
| | | | GERMANY |
| | | | Country |

| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | WERTH MESSTECHNIK GMBH |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | SIEMENSTRASSE 19 |
| | **State the term remaining** | 6/8/2030 | Address |
| | **List the contract number of any government contract** | | |
| | | | 35394 GIESSEN |
| | | | City | State | ZIP Code |
| | | | GERMANY |
| | | | Country |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

---

**2.513** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

WESTPORT FUEL SYSTEMS INC
Name

Notice Name

1750 WEST 75TH AVE, SUITE 101
Address

**State the term remaining** N/A

**List the contract number of any government contract**

VANCOUVER BRITISH COLUMBIA | V6P 6G2
City | State | ZIP Code

CANADA
Country

---

**2.514** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

WESTPORT FUEL SYSTEMS INC
Name

Notice Name

1750 WEST 75TH AVE
Address

**State the term remaining** N/A

SUITE 101

**List the contract number of any government contract**

VANCOUVER BRISTISH COLUMBIA | 46P 6G2
City | State | ZIP Code

CANADA
Country

---

**2.515** **State what the contract or lease is for and the nature of the debtor's interest**

CONFIDENTIALITY AGREEMENT

WESTPORT POWER INC
Name

Notice Name

1750 WEST 75TH AVE.
Address

**State the term remaining** N/A

SUITE 101

**List the contract number of any government contract**

VANCOUVER BRITISH COLUMBIA | V6P 6G2
City | State | ZIP Code

CANADA
Country

---

Debtor: Stanadyne LLC
Name

Case number *(if known)*    23-10207

| | | |
|---|---|---|
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

WILHELM BAHMULLER MASCHINENBAU GMBH
Name

Notice Name

Straße 34
Address

**State the term remaining**    4/21/2030

**List the contract number of**
**any government contract**

73655 PUEDERHAUSEN

| City | State | ZIP Code |
|---|---|---|
| GERMANY | | |

Country

| | | |
|---|---|---|
| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

WILLIAMS PERFORMANCE
Name

Notice Name

3140 CORRIHER GRANGE RD.
Address

**State the term remaining**    2/12/2030

**List the contract number of**
**any government contract**

| City | State | ZIP Code |
|---|---|---|
| MOUNT ULLA | NC | 28125 |

Country

| | | |
|---|---|---|
| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT |

WINEMAN TECHNOLOGY
Name

Notice Name

1668 CHAMPAGNE DR.
Address

**State the term remaining**    5/8/2032

**List the contract number of**
**any government contract**

| City | State | ZIP Code |
|---|---|---|
| SAGINAW | WI | 48604 |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | WINSTON EZZELL PE |
|---|---|---|---|

Name

Notice Name

**State the term remaining** N/A

Address: 110 NORTH MAIN STREET

**List the contract number of any government contract**

| CHINA GROVE | NC | 28023 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | WISCON PRODUCTS |
|---|---|---|---|

Name

Notice Name

**State the term remaining** 6/8/2030

Address: 5022 DOUGLAS AVENUE

**List the contract number of any government contract**

| RACINE | WI | 53402 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | WOLVERINE ADVANCED MATERIALS |
|---|---|---|---|

Name

Notice Name

**State the term remaining** N/A

Address: 5850 MERCURY DRIVE

SUITE 250

**List the contract number of any government contract**

| DEARBORN | MI | 48126 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | WOODWARD, INC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 E. DRAKE RD. |
| | State the term remaining | N/A | Address |
| | | | |
| | List the contract number of | | |
| | any government contract | | |
| | | | FORT COLLINS · CO · 80525 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | XIAOHONG LI |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1504 GALLERY PLACE |
| | State the term remaining | N/A | Address |
| | | | |
| | List the contract number of | | |
| | any government contract | | |
| | | | JACKSON · MI · 49201 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | XINGHUA PRECISION METAL CO., LTD |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 39 LUMING ROAD |
| | State the term remaining | N/A | Address |
| | | | AHONGHE VILLAGE |
| | List the contract number of | | |
| | any government contract | | QINGXI TOWN |
| | | | DONGGUAN CITY GUANGDONG PROVINCE · · 523641 |
| | | | City · State · ZIP Code |
| | | | CHINA |
| | | | Country |

Debtor: Stanadyne LLC
Name

Case number *(if known)*: 23-10207

| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | XOMETRY, INC. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | N/A | 7529 STANDISH PLACE |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | DERWOOD · MD · 20855 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | YANMAR CO, LTD |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | 1/22/2030 | 1-32, CHAYAMACHI |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | KITA-KU · OSAKA · 530-0013 |
| | | | City · State · ZIP Code |
| | | | JAPAN |
| | | | Country |

| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | YANMAR MANUFACTURING AMERICA CORP. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | N/A | 1-32 CHAYAMACHI |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | KITA-KU · OSAKA · 530-0013 |
| | | | City · State · ZIP Code |
| | | | JAPAN |
| | | | Country |

Debtor: Stanadyne LLC
Name

Case number *(if known)*:  23-10207

| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | YUASA INTERNATIONAL |
| | | | Name |

Notice Name

1320 LANDMEIER ROAD
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| ELK GROVE VILLAGE | IL | 60007 |
| City | State | ZIP Code |

Country

| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | ZEKI TURBO |
| | | | Name |

Notice Name

1501 NW 97TH AVE.
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| DORAL | FL | 33172 |
| City | State | ZIP Code |

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Stanadyne LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10207 (TMH)

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Pure Power Technologies, Inc. | 1410 Northpoint Blvd. | Cerberus Business Finance, LLC (as Administrative Agent and Collateral Agent for the Lender) | ☑ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Blythewood          SC          29016 | | |
| | City          State          ZIP Code | | |
| | Country | | |
| 2.2 Pure Power Technologies, Inc. | 1410 Northpoint Blvd. | ENCINA EQUIPMENT FINANCE, LLC | ☑ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Blythewood          SC          29016 | | |
| | City          State          ZIP Code | | |
| | Country | | |

Debtor: Stanadyne LLC

Name

Case number *(if known)*   23-10207

2.3  Stanadyne PPT Holdings, Inc.    405 White Street

Cerberus Business Finance, LLC (as Administrative Agent and Collateral Agent for the Lender)

☑ D

Street

☐ E/F

☐ G

Jacksonville          NC          28546

City          State          ZIP Code

Country

Fill in this information to identify the case:

Debtor Name: In re : Stanadyne LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10207 (TMH)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/17/2023
                    _____
                    MM / DD / YYYY

✖ / s / Costas P. Loukellis
_____
Signature of individual signing on behalf of debtor

Costas P. Loukellis
_____
Printed name

CFO & Vice President
_____
Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| General Prepaids / Deposits | AHA! LABS | $4,630.50 |
| General Prepaids / Deposits | ALL OUT SECURITY | $3,476.50 |
| General Prepaids / Deposits | BOSTON ENGINEERING (Ansys) | $2,259.00 |
| General Prepaids / Deposits | BRADY | $2,350.25 |
| General Prepaids / Deposits | BRIJ | $997.49 |
| General Prepaids / Deposits | CATAPULT | $300.00 |
| General Prepaids / Deposits | CHANG ZHOU | $4,753.00 |
| General Prepaids / Deposits | CHANG ZHOU | $1,280.00 |
| General Prepaids / Deposits | DATA MAX | $8,390.40 |
| General Prepaids / Deposits | DIGITAL.AI (Collabnet) inv stanad01a-r9 | $4,746.00 |
| General Prepaids / Deposits | DOCUSIGN | $158.09 |
| General Prepaids / Deposits | DUN & BRADSTREET | $5,471.25 |
| General Prepaids / Deposits | EASE | $2,833.35 |
| General Prepaids / Deposits | EDAX | $5,806.85 |
| General Prepaids / Deposits | EMO TRANS | $408.38 |
| General Prepaids / Deposits | EMO TRANS | $952.88 |
| General Prepaids / Deposits | GAMMA TECHNOLOGIES | $11,289.20 |
| General Prepaids / Deposits | GSI - Global Systems Integration | $8,034.02 |
| General Prepaids / Deposits | Inductive Automation | $5,046.62 |
| General Prepaids / Deposits | INFOR | $7,935.66 |
| General Prepaids / Deposits | JEOL | $4,033.86 |
| General Prepaids / Deposits | KNOW BE4 | $1,892.98 |
| General Prepaids / Deposits | MEMA (The Vehicle Suppliers Association) | $8,190.00 |
| General Prepaids / Deposits | METROPOLITAN SOFTWARE | $3,459.50 |
| General Prepaids / Deposits | MICROSOFT | $20,844.75 |
| General Prepaids / Deposits | Microsoft | $14,498.00 |
| General Prepaids / Deposits | Monday.com | $1,302.69 |
| General Prepaids / Deposits | National Instruments | -$26.00 |
| General Prepaids / Deposits | National Instruments 3609770 | $3,250.00 |
| General Prepaids / Deposits | Oakland Commons | $14,469.95 |
| General Prepaids / Deposits | OMNEX SYSTEMS | $2,839.50 |
| General Prepaids / Deposits | Oracle | $466.94 |
| General Prepaids / Deposits | Oracle | $98,991.26 |
| General Prepaids / Deposits | ORACLE - Paas & IaaS | $115.50 |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| General Prepaids / Deposits | ORACLE inv 100534405 | $52,597.50 |
| General Prepaids / Deposits | Oracle -JDE Enterprise One APP User Perpetual | $874.50 |
| General Prepaids / Deposits | ORALCE INV 100546797 | $7,155.00 |
| General Prepaids / Deposits | PATSNAP | $1,875.00 |
| General Prepaids / Deposits | Progress Energy | $90,510.00 |
| General Prepaids / Deposits | Rapid 7 | $6,331.50 |
| General Prepaids / Deposits | Rapid 7 | $10,853.99 |
| General Prepaids / Deposits | RAPID7- NX164800 | $8,793.00 |
| General Prepaids / Deposits | RSM Lease Accounting INV 6702811 | $3,212.50 |
| General Prepaids / Deposits | SAI GLOBAL | $6,611.69 |
| General Prepaids / Deposits | SHI (Mimecast) | $9,019.50 |
| General Prepaids / Deposits | SHI (Palo) | $3,045.00 |
| General Prepaids / Deposits | SHI International | $119.25 |
| General Prepaids / Deposits | SHI International | $3,180.61 |
| General Prepaids / Deposits | SHI International | $2,527.63 |
| General Prepaids / Deposits | SHI International | $428.59 |
| General Prepaids / Deposits | SHI International | $2,058.46 |
| General Prepaids / Deposits | SHI International | $11,900.05 |
| General Prepaids / Deposits | SHI INV B15195959 (Carbon Black) | $2,047.50 |
| General Prepaids / Deposits | SHI Veeam | $34.96 |
| General Prepaids / Deposits | SHI-Acrobat | $178.00 |
| General Prepaids / Deposits | SHI-Citrix Bundle (B16373836) | $4,372.80 |
| General Prepaids / Deposits | Siemens inv 8204916 | $18,333.27 |
| General Prepaids / Deposits | Sunland Fire | $2,628.11 |
| General Prepaids / Deposits | Sunny DragonFly Creative | -$500.00 |
| General Prepaids / Deposits | TEAM VIEWER | $3,352.33 |
| General Prepaids / Deposits | TrakStar-HR (Replacing ReviewSnap) | $352.00 |
| General Prepaids / Deposits | TrakStar-HR (Replacing ReviewSnap) INV 007694 | $8,787.00 |
| General Prepaids / Deposits | Transperfect | $1,025.00 |
| General Prepaids / Deposits | Tristar | $1,462.18 |
| General Prepaids / Deposits | Tristar | $5,708.93 |
| General Prepaids / Deposits | Tri-Star (Windchill) | $37,270.08 |
| General Prepaids / Deposits | ZHEJIANG HUASHUO | $44,181.07 |
| General Prepaids / Deposits | ZOHO Corp | $760.50 |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| General Prepaids / Deposits | ZOHO Corp | $1,099.23 |
| Prepaid Insurance | $15x$10 - Allianz - IPFS | $3,790.08 |
| Prepaid Insurance | $25x$25 - Navigators - IPFS | $5,319.03 |
| Prepaid Insurance | A/R INSURANCE (Coface North America) | $5,500.00 |
| Prepaid Insurance | A/R INSURANCE (Coface North America) | $1,788.53 |
| Prepaid Insurance | Auto - Hanover | -$480.03 |
| Prepaid Insurance | BTA - Chubb | $2,508.42 |
| Prepaid Insurance | Crime - Chubb - IPFS | $2,397.55 |
| Prepaid Insurance | Cyber Liability - Chubb - Risk Strategies | $28,800.75 |
| Prepaid Insurance | DIRECTORS & OFFICERS - Kohlberg - Marsh | $20,079.00 |
| Prepaid Insurance | DIRECTORS & OFFICERS  Runoff Coverage - Marsh | $142,046.43 |
| Prepaid Insurance | DIRECTORS & OFFICERS  Runoff- Kohlberg - Marsh | $70,656.25 |
| Prepaid Insurance | EPL - Kohlberg - Marsh | $16,709.96 |
| Prepaid Insurance | Fiduciary - Chubb - IPFS | $2,307.00 |
| Prepaid Insurance | Financed Policies - Intrust Bank N.A. - IPFS | $1,016.92 |
| Prepaid Insurance | Foreign Package - Hanover | $1,537.75 |
| Prepaid Insurance | FOREIGN TRAVEL - Medical Insurance - Intl SOS | $21,340.54 |
| Prepaid Insurance | General Liability - Hanover | $2,104.84 |
| Prepaid Insurance | K&R - Chubb - IPFS | $175.52 |
| Prepaid Insurance | Lead Umbrella - AIG - IPFS | $8,409.62 |
| Prepaid Insurance | Misc | $339.70 |
| Prepaid Insurance | Ocean Cargo - Hanover | $2,340.00 |
| Prepaid Insurance | Product Recall - Hiscox - IPFS | $24,347.36 |
| Prepaid Insurance | Property - Domestic/Foreign - Zurich - IPFS | $22,167.57 |
| Prepaid Insurance | Risk Strategies Fee  (paid quarterly 17,500) | $1,985.65 |
| Prepaid Insurance | Risk Strategies Fee  (paid quarterly 17,500) | $11,909.50 |
| Prepaid Insurance | W/C - Hanover | $24,105.60 |
| | TOTAL: | $1,030,838.64 |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Machinery - Owned | Jacksonville, NC | $12,264,691.74 | | Undetermined |
| Machinery - Owned | Windsor, CT | $216,523.73 | | Undetermined |
| Tooling | China | $179,145.79 | | Undetermined |
| Tooling | Massachusets | $421.29 | | Undetermined |
| Tooling | Michigan | $49,339.40 | | Undetermined |
| Tooling | Jacksonville, NC | $136,526.57 | | Undetermined |
| | TOTAL: | $12,846,648.52 | TOTAL: | Undetermined |

**In re: Stanadyne LLC**
**Case No. 22-10207**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Building | 20750 Civic Center Drive, Southfield MI 48076 | Lease | $3,578.23 | | Undetermined |
| Building | 405 White St., Jacksonville, NC 28546 | Own | $2,246,885.61 | | Undetermined |
| Building | 92 Deerfield Rd, Windsor, CT 06095 | Own | $1,884,301.90 | | Undetermined |
| Building and Land | 408 White St., Jacksonville, NC 28546 | Lease | $207,547.60 | | Undetermined |
| Land | 405 White St., Jacksonville, NC 28546 | Own | $420,000.00 | | Undetermined |
| Land | 92 Deerfield Rd, Windsor, CT 06095 | Own | $3,500,000.00 | | Undetermined |
| | | TOTAL: | **$8,262,313.34** | TOTAL: | **Undetermined** |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - A Fuel Injector and a Method of Operating a Fuel Injector - India | $0.00 | | Undetermined |
| Patent - Actuator and Compact EGR Valve - China | $0.00 | | Undetermined |
| Patent - Actuator and Compact EGR Valve - European Patent Convention | $0.00 | | Undetermined |
| Patent - Actuator and Compact EGR Valve - India | $0.00 | | Undetermined |
| Patent - Actuator and Compact EGR Valve - United States | $0.00 | | Undetermined |
| Patent - Anti-Cavitation Throttle for Injector Control Valve - China (People's Republic) | $0.00 | | Undetermined |
| Patent - Anti-Cavitation Throttle for Injector Control Valve - Germany | $0.00 | | Undetermined |
| Patent - Anti-Cavitation Throttle for Injector Control Valve - France | $0.00 | | Undetermined |
| Patent - Anti-Cavitation Throttle for Injector Control Valve - Italy | $0.00 | | Undetermined |
| Patent - Anti-Cavitation Throttle for Injector Control Valve - Sweden | $0.00 | | Undetermined |
| Patent - Anti-Cavitation Throttle for Injector Control Valve - United States of America | $0.00 | | Undetermined |
| Patent - Auxiliary Pressure Relief Valve in Single Piston Fuel Pump - Germany | $0.00 | | Undetermined |
| Patent - Auxiliary Pressure Relief Valve in Single Piston Fuel Pump - Spain | $0.00 | | Undetermined |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Auxiliary Pressure Relief Valve in Single Piston Fuel Pump - France | $0.00 | | Undetermined |
| Patent - Auxiliary Pressure Relief Valve in Single Piston Fuel Pump - United Kingdom | $0.00 | | Undetermined |
| Patent - Auxiliary Pressure Relief Valve in Single Piston Fuel Pump - Italy | $0.00 | | Undetermined |
| Patent - Auxiliary Pressure Relief Valve in Single Piston Fuel Pump - United States | $0.00 | | Undetermined |
| Patent - Axisymmetric Injector Hold-Down Load Ring - Patent Cooperation Treaty | $0.00 | | Undetermined |
| Patent - Axisymmetric Injector Hold-Down Load Ring - United States | $0.00 | | Undetermined |
| Patent - Common Rail Fuel Pump With Combined Discharge and Overpressure Relief Valves - China (People's Republic) | $0.00 | | Undetermined |
| Patent - Common Rail Fuel Pump With Combined Discharge and Overpressure Relief Valves - France | $0.00 | | Undetermined |
| Patent - Common Rail Fuel Pump With Combined Discharge and Overpressure Relief Valves - Germany | $0.00 | | Undetermined |
| Patent - Common Rail Fuel Pump With Combined Discharge and Overpressure Relief Valves - Italy | $0.00 | | Undetermined |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Common Rail Fuel Pump With Combined Discharge and Overpressure Relief Valves - Spain | $0.00 | | Undetermined |
| Patent - Common Rail Fuel Pump With Combined Discharge and Overpressure Relief Valves - United Kingdom | $0.00 | | Undetermined |
| Patent - Common Rail Fuel Pump With Combined Discharge and Overpressure Relief Valves - United States of America | $0.00 | | Undetermined |
| Patent - Common Rail Injector With Regulated Pressure Chamber - United States of America | $0.00 | | Undetermined |
| Patent - Compact EGR Valve - Patent Cooperation Treaty | $0.00 | | Undetermined |
| Patent - Compact EGR Valve - United States | $0.00 | | Undetermined |
| Patent - Constant Pressure Self-Regulating Common Rail Single Piston Pump - United States of America | $0.00 | | Undetermined |
| Patent - Debris Diverter Shield for Fuel Injector - United States of America | $0.00 | | Undetermined |
| Patent - Direct Magnetically Controlled Inlet Valve for Fuel Pump - Germany | $0.00 | | Undetermined |
| Patent - Direct Magnetically Controlled Inlet Valve for Fuel Pump - Spain | $0.00 | | Undetermined |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Direct Magnetically Controlled Inlet Valve for Fuel Pump - France | $0.00 | | Undetermined |
| Patent - Direct Magnetically Controlled Inlet Valve for Fuel Pump - United Kingdom | $0.00 | | Undetermined |
| Patent - Direct Magnetically Controlled Inlet Valve for Fuel Pump - Italy | $0.00 | | Undetermined |
| Patent - Direct Magnetically Controlled Inlet Valve for Fuel Pump - Japan | $0.00 | | Undetermined |
| Patent - Direct Magnetically Controlled Inlet Valve for Fuel Pump - Korea, Republic of | $0.00 | | Undetermined |
| Patent - Direct Magnetically Controlled Inlet Valve for Fuel Pump - United States of America | $0.00 | | Undetermined |
| Patent - Electronically Controlled Inlet Metered Single Piston Fuel Pump - China (People's Republic) | $0.00 | | Undetermined |
| Patent - Electronically Controlled Inlet Metered Single Piston Fuel Pump - France | $0.00 | | Undetermined |
| Patent - Electronically Controlled Inlet Metered Single Piston Fuel Pump - Germany | $0.00 | | Undetermined |
| Patent - Electronically Controlled Inlet Metered Single Piston Fuel Pump - United Kingdom | $0.00 | | Undetermined |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Electronically Controlled Inlet Metered Single Piston Fuel Pump - India | $0.00 | | Undetermined |
| Patent - Electronically Controlled Inlet Metered Single Piston Fuel Pump - United States of America | $0.00 | | Undetermined |
| Patent - Energy Accumulator for Piston-Type Fuel Pump - United States | $0.00 | | Undetermined |
| Patent - Fluid Delivery Line Geometry Optimization - Mexico | $0.00 | | Undetermined |
| Patent - Fuel Feed for Motor-Driven High Pressure Fuel Pump - Patent Cooperation Treaty | $0.00 | | Undetermined |
| Patent - Fuel Injector - Patent Cooperation Treaty | $0.00 | | Undetermined |
| Patent - Fuel Injector - United States | $0.00 | | Undetermined |
| Patent - Gaseous Fuel Injector - United States | $0.00 | | Undetermined |
| Patent - GDI Pump With Direct Injection and Port Injection - China | $0.00 | | Undetermined |
| Patent - GDI Pump With Direct Injection and Port Injection - Germany | $0.00 | | Undetermined |
| Patent - GDI Pump With Direct Injection and Port Injection - Spain | $0.00 | | Undetermined |
| Patent - GDI Pump With Direct Injection and Port Injection - France | $0.00 | | Undetermined |
| Patent - GDI Pump With Direct Injection and Port Injection - United Kingdom | $0.00 | | Undetermined |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - GDI Pump With Direct Injection and Port Injection - Italy | $0.00 | | Undetermined |
| Patent - GDI Pump With Direct Injection and Port Injection - Japan | $0.00 | | Undetermined |
| Patent - GDI Pump With Direct Injection and Port Injection - United States | $0.00 | | Undetermined |
| Patent - Guided Shoe for Radial Piston Pump - Germany | $0.00 | | Undetermined |
| Patent - Guided Shoe for Radial Piston Pump - France | $0.00 | | Undetermined |
| Patent - Guided Shoe for Radial Piston Pump - United Kingdom | $0.00 | | Undetermined |
| Patent - Guided Shoe for Radial Piston Pump - Italy | $0.00 | | Undetermined |
| Patent - Harsh Environment Sensor Enclosure and Cleaning System - United States | $0.00 | | Undetermined |
| Patent - High Pressure Fuel Pump With Mechanical Pressure Regulation - European Patent Convention | $0.00 | | Undetermined |
| Patent - High Pressure Fuel Pump With Mechanical Pressure Regulation - Japan | $0.00 | | Undetermined |
| Patent - High Pressure Fuel Pump With Mechanical Pressure Regulation - United States | $0.00 | | Undetermined |
| Patent - High Pressure Port Fuel Injection System - United States | $0.00 | | Undetermined |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - High-Pressure GDI Pump With Low-Pressure Bypass - Patent Cooperation Treaty | $0.00 | | Undetermined |
| Patent - Injector Having Swirl Structure Downstream of Valve Seat - China (People's Republic) | $0.00 | | Undetermined |
| Patent - Injector Having Swirl Structure Downstream of Valve Seat - France | $0.00 | | Undetermined |
| Patent - Injector Having Swirl Structure Downstream of Valve Seat - Germany | $0.00 | | Undetermined |
| Patent - Injector Having Swirl Structure Downstream of Valve Seat - Italy | $0.00 | | Undetermined |
| Patent - Injector Having Swirl Structure Downstream of Valve Seat - Spain | $0.00 | | Undetermined |
| Patent - Injector Having Swirl Structure Downstream of Valve Seat - United Kingdom | $0.00 | | Undetermined |
| Patent - Injector Having Swirl Structure Downstream of Valve Seat - United States of America | $0.00 | | Undetermined |
| Patent - Inlet Control Valve for High Pressure Fuel Pump - China | $0.00 | | Undetermined |
| Patent - Inlet Control Valve for High Pressure Fuel Pump - European Patent Convention | $0.00 | | Undetermined |
| Patent - Inlet Control Valve for High Pressure Fuel Pump - Japan | $0.00 | | Undetermined |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Inlet Control Valve for High Pressure Fuel Pump - United States | $0.00 | | Undetermined |
| Patent - Integrated Injection Line and Injection Nozzle - United States of America | $0.00 | | Undetermined |
| Patent - Integrated Pump and Injector for Exhaust After Treatment - France | $0.00 | | Undetermined |
| Patent - Integrated Pump and Injector for Exhaust After Treatment - Germany | $0.00 | | Undetermined |
| Patent - Integrated Pump and Injector for Exhaust After Treatment - Italy | $0.00 | | Undetermined |
| Patent - Integrated Pump and Injector for Exhaust After Treatment - United Kingdom | $0.00 | | Undetermined |
| Patent - Integrated Pump and Injector for Exhaust After Treatment - United States of America | $0.00 | | Undetermined |
| Patent - Load Ring Mounting of Pumping Plunger - China (People's Republic) | $0.00 | | Undetermined |
| Patent - Load Ring Mounting of Pumping Plunger - France | $0.00 | | Undetermined |
| Patent - Load Ring Mounting of Pumping Plunger - Germany | $0.00 | | Undetermined |
| Patent - Load Ring Mounting of Pumping Plunger - United Kingdom | $0.00 | | Undetermined |
| Patent - Load Ring Mounting of Pumping Plunger - India | $0.00 | | Undetermined |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Load Ring Mounting of Pumping Plunger Sleeve - United States of America | $0.00 | | Undetermined |
| Patent - Method of Suppressing Cavitation in a Fuel Injector - United States of America | $0.00 | | Undetermined |
| Patent - Positive Sealing Proportional Control Valve With Sealable Vent Valve - United States of America | $0.00 | | Undetermined |
| Patent - Positive Sealing Proportional Control Valve With Sealable Vent Valve - China | $0.00 | | Undetermined |
| Patent - Positive Sealing Proportional Control Valve With Sealable Vent Valve - Germany | $0.00 | | Undetermined |
| Patent - Positive Sealing Proportional Control Valve With Sealable Vent Valve - Spain | $0.00 | | Undetermined |
| Patent - Positive Sealing Proportional Control Valve With Sealable Vent Valve - France | $0.00 | | Undetermined |
| Patent - Positive Sealing Proportional Control Valve With Sealable Vent Valve - United Kingdom | $0.00 | | Undetermined |
| Patent - Positive Sealing Proportional Control Valve With Sealable Vent Valve - Italy | $0.00 | | Undetermined |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Positive Sealing Proportional Control Valve With Sealable Vent Valve - India | $0.00 | | Undetermined |
| Patent - Pressure Relief Valve for Single Plunger Fuel Pump - China (People's Republic) | $0.00 | | Undetermined |
| Patent - Pressure Relief Valve for Single Plunger Fuel Pump - Germany | $0.00 | | Undetermined |
| Patent - Pressure Relief Valve for Single Plunger Fuel Pump - Spain | $0.00 | | Undetermined |
| Patent - Pressure Relief Valve for Single Plunger Fuel Pump - France | $0.00 | | Undetermined |
| Patent - Pressure Relief Valve for Single Plunger Fuel Pump - United Kingdom | $0.00 | | Undetermined |
| Patent - Pressure Relief Valve for Single Plunger Fuel Pump - Italy | $0.00 | | Undetermined |
| Patent - Pressure Relief Valve for Single Plunger Fuel Pump - India | $0.00 | | Undetermined |
| Patent - Pressure Relief Valve for Single Plunger Fuel Pump - Japan | $0.00 | | Undetermined |
| Patent - Pressure Relief Valve for Single Plunger Fuel Pump - United States of America | $0.00 | | Undetermined |
| Patent - Proportional Inlet Control Valve - China | $0.00 | | Undetermined |
| Patent - Radial Piston Fuel Supply Pump - United States of America | $0.00 | | Undetermined |
| Patent - Radial Piston Fuel Supply Pump - United States of America | $0.00 | | Undetermined |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Radial Piston Fuel Supply Pump - United States of America | $0.00 | | Undetermined |
| Patent - Radial Piston Pump With Eccentrically Driven Rolling Actuation Ring - Germany | $0.00 | | Undetermined |
| Patent - Radial Piston Pump With Eccentrically Driven Rolling Actuation Ring - France | $0.00 | | Undetermined |
| Patent - Radial Piston Pump With Eccentrically Driven Rolling Actuation Ring - United Kingdom | $0.00 | | Undetermined |
| Patent - Radial Piston Pump With Eccentrically Driven Rolling Actuation Ring - United States of America | $0.00 | | Undetermined |
| Patent - Radial Piston Pump With Eccentrically Driven Rolling Actuation Ring - United Kingdom | $0.00 | | Undetermined |
| Patent - Radial Piston Pump With Eccentrically Driven Rolling Actuation Ring - United Kingdom | $0.00 | | Undetermined |
| Patent - Roller Drive Mechanism for GDI Pump - United States of America | $0.00 | | Undetermined |
| Patent - Single Piston Pump With Dual Return Springs - Spain | $0.00 | | Undetermined |
| Patent - Single Piston Pump With Dual Return Springs - France | $0.00 | | Undetermined |
| Patent - Single Piston Pump With Dual Return Springs - United Kingdom | $0.00 | | Undetermined |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Single Piston Pump With Dual Return Springs - Italy | $0.00 | | Undetermined |
| Patent - Single Piston Pump With Dual Return Springs - United States | $0.00 | | Undetermined |
| Patent - Single Piston Pump With Reduced Piston Side Loads - United States of America | $0.00 | | Undetermined |
| Patent - Three Element Diaphragm Damper for Fuel Pump - United States of America | $0.00 | | Undetermined |
| Patent - Three Element Diaphragm Damper for Fuel Pump - China (People's Republic) | $0.00 | | Undetermined |
| Patent - Three Element Diaphragm Damper for Fuel Pump - Spain | $0.00 | | Undetermined |
| Patent - Three Element Diaphragm Damper for Fuel Pump - France | $0.00 | | Undetermined |
| Patent - Three Element Diaphragm Damper for Fuel Pump - United Kingdom | $0.00 | | Undetermined |
| Patent - Three Element Diaphragm Damper for Fuel Pump - Italy | $0.00 | | Undetermined |
| Patent - Three Element Diaphragm Damper for Fuel Pump - United States | $0.00 | | Undetermined |
| Patent - Three Stage Proportional Control Valve - United States of America | $0.00 | | Undetermined |
| Patent - Three Stage Proportional Control Valve - European Patent Convention | $0.00 | | Undetermined |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Three Stage Proportional Control Valve - India | $0.00 | | Undetermined |
| Patent - Three Stage Proportional Control Valve - Japan | $0.00 | | Undetermined |
| Patent - Three Stage Proportional Control Valve - Republic of Korea | $0.00 | | Undetermined |
| Trademark - ECOFORCE - China (People's Republic) | $0.00 | | Undetermined |
| Trademark - ECOFORCE - India | $0.00 | | Undetermined |
| Trademark - ENABLING CLEAN PROPULSION THROUGH ENGINE INNOVATION - United States of America | $0.00 | | Undetermined |
| Trademark - Miscellaneous Design - Brazil | $0.00 | | Undetermined |
| Trademark - Miscellaneous Design - Brazil | $0.00 | | Undetermined |
| Trademark - Miscellaneous Design - European Union (Community) | $0.00 | | Undetermined |
| Trademark - Miscellaneous Design - India | $0.00 | | Undetermined |
| Trademark - Miscellaneous Design - United Kingdom | $0.00 | | Undetermined |
| Trademark - Miscellaneous Design - United States of America | $0.00 | | Undetermined |
| Trademark - PENCIL NOZZLE - European Union (Community) | $0.00 | | Undetermined |
| Trademark - PENCIL NOZZLE - United Kingdom | $0.00 | | Undetermined |
| Trademark - PENCIL NOZZLE - United Kingdom | $0.00 | | Undetermined |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - PENCIL NOZZLE - United States of America | $0.00 | | Undetermined |
| Trademark - RSN - France | $0.00 | | Undetermined |
| Trademark - RSN - Germany | $0.00 | | Undetermined |
| Trademark - RSN - India | $0.00 | | Undetermined |
| Trademark - RSN - Italy | $0.00 | | Undetermined |
| Trademark - RSN - United Kingdom | $0.00 | | Undetermined |
| Trademark - RSN - United States of America | $0.00 | | Undetermined |
| Trademark - S (Stylized) - Canada | $0.00 | | Undetermined |
| Trademark - S (Stylized) - China (People's Republic) | $0.00 | | Undetermined |
| Trademark - S (Stylized) - Germany | $0.00 | | Undetermined |
| Trademark - S (Stylized) - Italy | $0.00 | | Undetermined |
| Trademark - S (Stylized) - Norway | $0.00 | | Undetermined |
| Trademark - S (Stylized) - United Kingdom | $0.00 | | Undetermined |
| Trademark - S and Design - Mexico | $0.00 | | Undetermined |
| Trademark - STANADYNE - Australia | $0.00 | | Undetermined |
| Trademark - STANADYNE - Australia | $0.00 | | Undetermined |
| Trademark - STANADYNE - Austria | $0.00 | | Undetermined |
| Trademark - STANADYNE - Benelux | $0.00 | | Undetermined |
| Trademark - STANADYNE - Brazil | $0.00 | | Undetermined |
| Trademark - STANADYNE - Canada | $0.00 | | Undetermined |
| Trademark - STANADYNE - China (People's Republic) | $0.00 | | Undetermined |
| Trademark - STANADYNE - China (People's Republic) | $0.00 | | Undetermined |
| Trademark - STANADYNE - Finland | $0.00 | | Undetermined |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - STANADYNE - France | $0.00 | | Undetermined |
| Trademark - STANADYNE - Germany | $0.00 | | Undetermined |
| Trademark - STANADYNE - India | $0.00 | | Undetermined |
| Trademark - STANADYNE - India | $0.00 | | Undetermined |
| Trademark - STANADYNE - Italy | $0.00 | | Undetermined |
| Trademark - STANADYNE - Japan | $0.00 | | Undetermined |
| Trademark - STANADYNE - Korea, Republic of | $0.00 | | Undetermined |
| Trademark - STANADYNE - Korea, Republic of | $0.00 | | Undetermined |
| Trademark - STANADYNE - Norway | $0.00 | | Undetermined |
| Trademark - STANADYNE - Russian Federation | $0.00 | | Undetermined |
| Trademark - STANADYNE - Spain | $0.00 | | Undetermined |
| Trademark - STANADYNE - Spain | $0.00 | | Undetermined |
| Trademark - STANADYNE - Sweden | $0.00 | | Undetermined |
| Trademark - STANADYNE - Taiwan | $0.00 | | Undetermined |
| Trademark - STANADYNE - Taiwan | $0.00 | | Undetermined |
| Trademark - STANADYNE - Thailand | $0.00 | | Undetermined |
| Trademark - STANADYNE - Thailand | $0.00 | | Undetermined |
| Trademark - STANADYNE - United Kingdom | $0.00 | | Undetermined |
| Trademark - STANADYNE - United States of America | $0.00 | | Undetermined |
| Trademark - STANADYNE - United States of America | $0.00 | | Undetermined |
| Trademark - STANADYNE and Design - China (People's Republic) | $0.00 | | Undetermined |
| Trademark - STANADYNE and Design - Russian Federation | $0.00 | | Undetermined |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - STANADYNE START NOW - United States | $0.00 | | Undetermined |
| | **$0.00** | **TOTAL:** | **Undetermined** |

**In re: Stanadyne LLC**
**Case No. 23-10207**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Account number / Policy number | Current value of debtor's interest |
|---|---|---|
| Arch Insurance Company | NPL0068240-00 | Undetermined |
| Chubb – Federal Insurance Company | 6803-3614 | Undetermined |
| Chubb – Federal Insurance Company | 8121-2616 | Undetermined |
| Chubb – Federal Insurance Company | 8208-7889 | Undetermined |
| Chubb – Federal Insurance Company | 8261-8068 | Undetermined |
| Coface North America Insurance Company | 922000014329 | Undetermined |
| Commerce & Industry Insurance Co. (AIG) | BE 060738232 | Undetermined |
| Crum & Forster Specialty Insurance Company | CYB-104577 | Undetermined |
| Federal Insurance Company | 6404-72-16 | Undetermined |
| Fireman's Fund (Allianz) | USL009251222 | Undetermined |
| Hanover | IHN-H022582 | Undetermined |
| Hanover Commercial Insurance Company | LHN D967009-03 | Undetermined |
| Hanover Insurance Group | RHN D963340-03 | Undetermined |
| International SOS Assistance, Inc. | 3830601469 | Undetermined |
| IPFS Corporation | NJN-C99900 | Undetermined |
| Ironshore Specialty Insurance Company | ISPILLSCKB5B001 | Undetermined |
| Lloyd's | B0180PN2203093 | Undetermined |
| Navigators Insurance Company | USL009251222 | Undetermined |
| The Hanover American Insurance Company | WHN H642048-01 | Undetermined |
| The Hanover Insurance Group | AWN-D964483-03 | Undetermined |
| Zurich | PPR8081190-03 | Undetermined |
| | **TOTAL:** | Undetermined |