## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| **STANADYNE LLC, *et al.*,**[1] | Case No. 23-10207 (TMH) |
| **Debtors.** | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## PURE POWER TECHNOLOGIES, INC. (CASE NO. 23-10208)

---

1.  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734).  The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | **Chapter 11** |
| **STANADYNE LLC,** *et al.*,[1] | **Case No. 23-10207(TMH)** |
| **Debtors.** | **(Jointly Administered)** |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### <u>Introduction</u>

Stanadyne LLC, Pure Power Technologies, Inc., Stanadyne PPT Holdings, Inc., and Stanadyne PPT Group Holdings, Inc. (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734).  The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

2

Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. The representative has not personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights

contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

A listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 3) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**. On February 16, 2023 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On February 22, 2023, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 44].

    **The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on February 16, 2023, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on February 16, 2023.**

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the close of business on February 16, 2023, in the Debtors' books and records. Additionally, because the book values of certain assets, such as equipment, work in process, patents, trademarks, and copyrights, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC financing statement.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

7. The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis.  The Schedules may deduct or exclude part or all of any claim paid postpetition pursuant to the Bankruptcy Court's Orders.

8. **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 10% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors).  Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

9. **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

10. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. Purchase orders and work orders may not be listed on Schedule G. The failure to include such purchase orders and work orders does not constitute an admission that such purchase orders and work orders are not executory contracts and the Debtors reserve all rights with respect thereto.

11. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

12. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

13. **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

14. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of

law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

15. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a.    Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

16. **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

17. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

18. **Intercompany.** The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

19. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

20. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the close of business on February 16, 2023, unless otherwise noted below.

**Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of the close of business on February 16, 2023. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion (I) Authorizing the Debtors to (A) Continue Using Their Cash Management System, (B) Maintain Their Existing Bank Accounts And Business Forms (C) Honor Certain Prepetition Obligations, And (D) Continue Intercompany Transactions, And (II) Granting Related Relief* [Docket No. 5].

**Schedule A/B 11.** Accounts receivable do not include intercompany receivables. Where practicable, non-core return related credits are deducted from accounts receivable. Where practicable, Claims for core returns are listed on Schedule E/F part 2. While the Debtors have made reasonable efforts to treat accounts receivable as described in this Global Note, accounts receivable may reflect certain credit amounts owed to a particular creditor. By doing so, the Debtors do not admit the validity of any particular credit or right of setoff or recoupment and reserve all rights to dispute any such Claims.

**Schedules A/B 15**. Ownership interests in subsidiaries have been listed in Schedules A/B 15 based on the net book value. The fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Schedule A/B 72**. The Debtors file tax returns on a consolidated level at the Stanadyne PPT Group Holdings, Inc. level. The Debtors may have net operating losses, the value of which is undetermined. The failure to include a net operating loss or list the value of such net operating loss on an individual Debtor level is not an admission that such Debtor does not have a net operating loss, and the Debtors reserve all rights to assert net operating losses.

**Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or potential warranty Claims against their vendors. Additionally, certain of the Debtors may be or become party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are potentially unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/f part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not

constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease was in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including but not limited to amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider or amounts recorded in different financial systems used by the Debtor at its various operating locations. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such agreements may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some

or all of whom may assert cross-Claims and counter-Claims against other parties. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

### Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4) and employees. The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**. Statement 4 does not account for a respective Debtor's intercompany transactions that are purely accounting balancing entries as opposed to actual payments. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), and expense reimbursement.

The Debtors have included all consulting and payroll distributions and aggregate travel, entertainment, and other expense reimbursements, aggregated by date, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."

**Statement 7**. Information provided in Statement 7 may not include every administrative agency proceeding open or closed during the relevant time period, as certain agency proceedings are quickly dismissed or settled for a nominal sum. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes. The losses listed on Statement 10 are based on the estimated amounts currently owed and are not intended to be an admission of the amounts owed.

**Statement 26d.** The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors may not have disclosed all parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 30**. Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

**Statement 31**.  The Debtors file tax returns on a consolidated level at the Stanadyne PPT Group Holdings, Inc. level.  Certain tax obligations, refunds and net operating losses may therefore not be listed for an individual Debtor.  Nothing in the Statements or Schedules is an admission that a particular Debtor is liable with respect to any particular tax liability.  The failure to include a tax refund, or net operating loss, or to list the value of such net operating loss on an individual Debtor level is not an admission that such Debtor does not have a net operating loss, and the Debtors reserve all rights to assert net operating losses.

* * * * *

**Fill in this information to identify the case:**

Debtor Name: In re : Pure Power Technologies, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10208 (TMH)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* ....................................................................................   $ _____ 0.00

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* ....................................................................................   $ _____ 27,436,126.29

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* ....................................................................................   $ _____ 27,436,126.29

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ....................   $ _____ 282,771,724.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ....................................   $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...............   + $ _____ 37,186,470.70

4. **Total liabilities**

    Lines 2 + 3a + 3b .....................................................................................................................   $ _____ 319,958,194.70

**Fill in this information to identify the case:**

Debtor Name: In re : Pure Power Technologies, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10208 (TMH)

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

2. **Cash on hand**

   | 2.1 None | | $ |
   |---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1 Bank of America | Checking | 5956 | $ 2,463,346.50 |
   | 3.2 Bank of America | Disbursement | 2600 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   | 4.1 None | | $ |
   |---|---|---|

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $ 2,463,346.50 |
   |---|

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 Dominion Energy SC - acct # 8-2101-0830-4446 | $ | 24,726.52 |
| 7.2 Dominion Energy SC -  acct # 8-2101-0836-0602 | $ | 143,901.36 |
| 7.3 Dominion Energy SC -  acct # 9-1512-0002-3792 | $ | 14,261.50 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 See Schedule A/B 8 Attachment | $ | 303,398.17 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| $ | 486,287.55 |

Debtor: **Pure Power Technologies, Inc.**

Name

Case number *(if known)*: 23-10208

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

|  |  | Description | face amount |  | doubtful or uncollectible accounts |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Trade AR | $ | 22,485,827.67 | - $ | 0.00 | =..... ➔ | $ | 22,485,827.67 |
| 11a. | 90 days old or less: | Misc AR Other | $ | 0.00 | - $ | 0.00 | =..... ➔ | $ | 0.00 |
| 11b. | Over 90 days old: | Trade AR | $ | 3,102,596.08 | - $ | 1,101,931.51 | =..... ➔ | $ | 2,000,664.57 |
| 11b. | Over 90 days old: | Misc AR Other | $ | 1,975,428.49 | - $ | 1,975,428.49 | =..... ➔ | $ | 0.00 |

**12. Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 24,486,492.24

Debtor: Pure Power Technologies, Inc.
_____
Name

Case number *(if known)*: 23-10208

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

_____ _____ $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

_____ _____ _____ $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

_____ _____ $ _____

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☐ No. Go to Part 6.
    - ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Raw/Purchased Materials | 12/5/2022 | $ 25,027,654.26 | | $ Undetermined |
| **20. Work in progress** | | | | |
| 20.1 Work in Process | 12/5/2022 | $ 3,817,896.75 | | $ Undetermined |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Finished Goods | 12/5/2022 | $ 2,291,922.37 | | $ Undetermined |
| **22. Other inventory or supplies** | | | | |
| 22.1 Spare Parts | 12/5/2022 | $ 5,932,775.56 | | $ Undetermined |

23. **Total of Part 5.**

    Add lines 19 through 22. Copy the total to line 84.

    $ 0.00

24. **Is any of the property listed in Part 5 perishable?**
    - ☒ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☒ Yes.

| Description | Book value | Valuation method | Current value |
|---|---|---|---|
| Raw Materials | $ 3,297,588.99 | | $ Undetermined |
| Work in Progress | $ 263,832.98 | | $ Undetermined |
| Finished Goods | $ 394,795.92 | | $ Undetermined |
| Other Inventory | $ 207,276.04 | | $ Undetermined |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)* | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    | | |
    |---|---|
    | $ | 0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
    - ☐ No
    - ☐ Yes. Is any of the debtor's property stored at the cooperative?
      - ☐ No
      - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes.  Description_____ Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ☐ No
    - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

| Debtor: | Pure Power Technologies, Inc. | Case number *(if known)*: | 23-10208 |
|---|---|---|---|
| | Name | | |

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 None | $ | | $ |
| **40. Office fixtures** | | | |
| 40.1 Office Furnishings | $ 39,285.71 | | $ Undetermined |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Computer Equipment and Software | $ 230,486.95 | | $ Undetermined |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| $ | 0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.                     Case number *(if known)*    23-10208
_____
Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2003 Ford F350 1FTSX31P33EA28576 | $        0.00 | | $        Undetermined |
| 47.2 2012 Chevrolet 2500 1GC2CVC86CZ222315 | $        0.00 | | $        Undetermined |
| 47.3 2017 Ford F250 1FT7W2BT4HEE69669 | $        0.00 | | $        Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Other Machinary and Fixtures | $        10,715,518.67 | | $        Undetermined |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                 $                    0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.
_____
Name

Case number *(if known)*:  23-10208

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

   ☐  No. Go to Part 10.

   ☑  Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Schedule A/B 55 Attachment | $ | 492,890.23 | | $          Undetermined |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $          0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

   ☐  No

   ☑  Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑  No

   ☐  Yes

---

Debtor:  Pure Power Technologies, Inc.

Name

Case number *(if known)*:  23-10208

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1  See Schedule A/B 60 Attachment | $              0.00 | | $         Undetermined |
| 61. **Internet domain names and websites** | | | |
| 61.1  purepowertech.com | $              0.00 | | $         Undetermined |
| 61.2  purepowertechnologies.com | $              0.00 | | $         Undetermined |
| 62. **Licenses, franchises, and royalties** | | | |
| 62.1  None | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 63.1  None | $ | | $ |
| 64. **Other intangibles, or intellectual property** | | | |
| 64.1  Patent Tech | $         607,491.95 | | $         Undetermined |
| 64.2  Trade Name | $      12,682,133.33 | | $         Undetermined |
| 64.3  Unpatent Tech | $       5,038,444.45 | | $         Undetermined |
| 65. **Goodwill** | | | |
| 65.1  None | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$              0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known):*  23-10208

**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐  No. Go to Part 12.

☑  Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)        Total face amount        doubtful or uncollectible accounts

71.1  None                    $ _____  - $ _____  =..... ➜  $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1  None                    Tax year        $ _____

73. **Interests in insurance policies or annuities**

73.1  See Schedule A/B 73 Attachment              $        Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  None                        $ _____

   **Nature of claim**      _____

   **Amount requested**    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1  None                        $ _____

   **Nature of claim**      _____

   **Amount requested**    $ _____

76. **Trusts, equitable or future interests in property**

76.1  None                        $ _____

77. **Other property of any kind not already listed**  *Examples*: Season tickets, country club membership

77.1  Construction in Progress              $        Undetermined

77.2  Intercompany Receivables              $        Undetermined

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $        0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑  No

☐  Yes

Debtor: Pure Power Technologies, Inc.
_____
Name

Case number *(if known)*: 23-10208
_____

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ | 2,463,346.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2*. | $ | 486,287.55 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | 24,486,492.24 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................→ | | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ | 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column..............91a. | $ | 27,436,126.29 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............ | | | $ 27,436,126.29 |

**Fill in this information to identify the case:**

Debtor Name: In re : Pure Power Technologies, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10208 (TMH)

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1 Creditor's name**

Cerberus Business Finance, LLC (as Administrative Agent and Collateral Agent for the Lender)

Describe debtor's property that is subject to a lien

Substantially all of the debtor's assets          $  282,771,724.00     $   Undetermined

Creditor's Name

**Creditor's mailing address**

Daniel Wolf
Notice Name

875 Third Avenue
Street

**Describe the lien**

Security Agreement/UCC

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

| New York | NY | 10022 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Creditor's email address, if known**

**Date debt was incurred**    5/2/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Have you already specified the relative priority?

   - ☐ No. Specify each creditor, including this creditor, and its relative priority.

   - ☐ Yes. The relative priority of creditors is specified on lines

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
| | Name | | | |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.2 **Creditor's name**

ENCINA EQUIPMENT FINANCE, LLC

Creditor's Name

**Creditor's mailing address**

David Johnson
Notice Name

1221 POST ROAD EAST, SUITE 201
Street

| WESTPORT | CT | 06880 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**        5/26/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As described in UCC #20224635405

$    Undetermined    $    Undetermined

**Describe the lien**

UCC #20224635405

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$    282,771,724.00

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | |

Name

Notice Name

Street

City                    State            ZIP Code

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Pure Power Technologies, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10208 (TMH)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐  No. Go to Part 2.

☑  Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

2.1 **Priority creditor's name and mailing address**

State of South Carolina
Creditor Name

Creditor's Notice name

300A Outlet Pointe Blvd
Address

| Columbia | SC | 29210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:** $    Undetermined       $    Undetermined
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Sales & Use Tax

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known):*  23-10208

2.2 **Priority creditor's name and mailing address**

State of South Carolina

Creditor Name

Creditor's Notice name

300A Outlet Pointe Blvd

Address

| Columbia | SC | 29210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:** $ ___Undetermined___  $ ___Undetermined___

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

State Income Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

A BERGER INC.
Creditor Name

_____
Creditor's Notice name

350 CAMPGROUND ROAD
Address

_____

| SPARTANBURG | SC | 29303 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 15,295.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

ABF FREIGHT SYSTEM, INC
Creditor Name

_____
Creditor's Notice name

PO box 10048
Address

_____

| FORT SMITH | AR | 72917 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 330.79
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*:    23-10208

**3.3 Nonpriority creditor's name and mailing address**

ALD THERMAL TREATMENT, INC.
Creditor Name

Creditor's Notice name

2656 24th STREET
Address

| PORT HURON | MI | 48060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    10,229.65
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.4 Nonpriority creditor's name and mailing address**

ALLEGIANCE INDUSTRIES
Creditor Name

Creditor's Notice name

PO box 12251
Address

| COLUMBIA | SC | 29211 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    36,424.51
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*:  23-10208

**3.5 Nonpriority creditor's name and mailing address**

Alliant Power
Creditor Name

Creditor's Notice name

6139 Pepsi Way
Address

| Windsor | WI | 53598 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                438,840.00
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.6 Nonpriority creditor's name and mailing address**

ALLIED ELECTRONICS, INC
Creditor Name

Creditor's Notice name

7151 JACK NEWELL BLVD S
Address

| FORT WORTH | TX | 76118 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  1,047.55
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

**3.7 Nonpriority creditor's name and mailing address**

AMAZON WEB SERVICES

Creditor Name

Creditor's Notice name

PO box 81207

Address

| SEATTLE | WA | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,121.03
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

AMERICAN RING & TOOL CO.

Creditor Name

Creditor's Notice name

30450 BRUCE INDUSTRIAL PKWY

Address

| SOLON | OH | 44139 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    4,445.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*:  23-10208

---

3.9  **Nonpriority creditor's name and mailing address**

APPLE

Creditor Name

Creditor's Notice name

120 West Jefferson Avenue

Address

| Naperville | IL | 60540 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    4,298.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.10  **Nonpriority creditor's name and mailing address**

Area Diesel Service Inc

Creditor Name

Creditor's Notice name

1300 N University St

Address

| Carlinville | IL | 62626 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    2,625.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.11** **Nonpriority creditor's name and mailing address**

ASP GREDE ACQUISITIONCO LLC
Creditor Name

Creditor's Notice name

1 DAUCH DRIVE C/O TAX DEPT
Address

| DETROIT | MI | 48211 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 71,772.72
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**

ATF INC.
Creditor Name

Creditor's Notice name

3550 W PRATT AVE
Address

| LINCOLNWOOD | IL | 60712-3798 |
|-------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 31,900.50
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*  23-10208

**3.13 Nonpriority creditor's name and mailing address**

ATS AUTOMATION GLOBAL SERVICES
Creditor Name

Creditor's Notice name

1 1 ATS DRIVE
Address

| WIXOM | MI | 48393 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              1,944.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

AUTOCAM CORPORATION
Creditor Name

Creditor's Notice name

4060 EAST PARIS
Address

| KENTWOOD | MI | 49316 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            181,531.78
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.15 Nonpriority creditor's name and mailing address**

AUTOMATED INDUSTRIAL SYSTEM
Creditor Name

Creditor's Notice name

4238 WEST 12TH STREET
Address

| ERIR | PA | 16505 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 97.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

AUTOMATION AIDES
Creditor Name

Creditor's Notice name

301 CAMARS DRIVE
Address

| WARMINSTER | PA | 18974 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,490.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*:  23-10208

**3.17  Nonpriority creditor's name and mailing address**

Autozone Parts, Inc.
Creditor Name

Creditor's Notice name

123 S. Front St.
Address

| Memphis | TN | 38101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             15,562.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.18  Nonpriority creditor's name and mailing address**

B W CLARK INC
Creditor Name

Creditor's Notice name

PO BOX 41
Address

| COLUMBIA | SC | 29202-0041 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              1,090.08
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.19 Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:  $ 37,480.00

Bank of America

*Check all that apply.*

Creditor Name

☑ Contingent

Creditor's Notice name

☑ Unliquidated

☑ Disputed

2600 Big Beaver Rd

**Basis for the claim:**

Address

Credit Card Program

| Troy | MI | 48084 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

Various

☑ No

**Last 4 digits of account**

☐ Yes

**number**

**3.20 Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:  $ 150.00

BEARING DISTRIBUTORS INC

*Check all that apply.*

Creditor Name

☑ Contingent

Creditor's Notice name

☑ Unliquidated

☑ Disputed

930 S STADIUM RD

**Basis for the claim:**

Address

Trade

| COLUMBIA | SC | 29202 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

Various

☑ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Pure Power Technologies, Inc.

Case number (if known): 23-10208

**3.21** **Nonpriority creditor's name and mailing address**

BERTELKAMP AUTOMATION INC

Creditor Name

Creditor's Notice name

6321 BAUM DRIVE P O BOX 11643

Address

| KNOXVILLE | TN | 37919-9562 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                3,858.92

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**

BHARGAV BRASS INDUSTRIES

Creditor Name

Creditor's Notice name

3905 PLOT NO. B,G.I.D.C,PHASE-3,

Address

| JAMNAGAR | | 361004 |
|---|---|---|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              28,250.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

**3.23 Nonpriority creditor's name and mailing address**

BLUE CHIP ENGINEERED PRODUCTS
Creditor Name

Creditor's Notice name

1845 Airport Exchange Blvd
Address

| Erlanger | KY | 41018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,006.35
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.24 Nonpriority creditor's name and mailing address**

BLUE CROSS AND BLUE SHIELD OF SC
Creditor Name

Creditor's Notice name

1-20 at Alpine Road
Address

| COLUMBIA | SC | 29219 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 30,953.75
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.25 Nonpriority creditor's name and mailing address**

Bob Cook Sales
Creditor Name

Creditor's Notice name

9245 Poplar Ave, Ste. 5 #129
Address

| Germantown | TN | 38138 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                6,963.99
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.26 Nonpriority creditor's name and mailing address**

BOLLORE LOGISTICS USA INC
Creditor Name

Creditor's Notice name

150-10 132nd Ave
Address

| Jamaica | NY | 11434 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $               48,460.42
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor:    Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

**3.27** **Nonpriority creditor's name and mailing address**

Bostech

Creditor Name

Creditor's Notice name

300 West Broad Street

Address

| Hemingway | SC | 29554 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    81,850.00

*Check all that apply.*

☒  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.28** **Nonpriority creditor's name and mailing address**

BOUVERAT INDUSTRIES

Creditor Name

Creditor's Notice name

99 RUE DES CHARMILLES ZAC DES LECHERES

Address

| MARNAZ | | 76660 |
|---|---|---|
| City | State | ZIP Code |

France

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    12,505.16

*Check all that apply.*

☒  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

**3.29** **Nonpriority creditor's name and mailing address**

BSI GROUP AMERICA, INC
Creditor Name

Creditor's Notice name

12950 Worldgate Drive
Address

| Herndon | VA | 20170 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,800.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**

C & M Express Logistics, Inc.
Creditor Name

Creditor's Notice name

342 Blackbrook Road
Address

| Painsville Township | OH | 44077 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,620.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

**3.31 Nonpriority creditor's name and mailing address**

CAROLINA BUSINESS EQUIPMENT, INC.
Creditor Name

Creditor's Notice name

5123 BUSH RIVER ROAD
Address

| Columbia | SC | 29212 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 848.40
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.32 Nonpriority creditor's name and mailing address**

CAROLINA HANDLING LLC
Creditor Name

Creditor's Notice name

3101 PIPER LANE
Address

| Charlotte | NC | 28208 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,662.45
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.33 Nonpriority creditor's name and mailing address**

Carolina Industrial Staffing, Inc.
Creditor Name

Creditor's Notice name

810 Dutch Square Blvd., Suite 195
Address

| Columbia | SC | 29210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              73,648.36
*Check all that apply.*

☑  Contingent
☑  Unliquidated
☑  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑  No
☐  Yes

**3.34 Nonpriority creditor's name and mailing address**

CAROLINA MACHINE & TOOL INC
Creditor Name

Creditor's Notice name

PO box 604025
Address

| Charlotte | NC | 28260-4025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              50,225.54
*Check all that apply.*

☑  Contingent
☑  Unliquidated
☑  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑  No
☐  Yes

Debtor: Pure Power Technologies, Inc.

Case number (if known): 23-10208

**3.35** **Nonpriority creditor's name and mailing address**

Caron & Bletzer, PLLC

Creditor Name

Creditor's Notice name

1 Library Lane

Address

| Kingston | NH | 03848 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    1,830.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**

CAROTEK, INC.

Creditor Name

Creditor's Notice name

700 SAM NEWELL ROAD, BOX 1395

Address

| MATTHEWS | NC | 28106 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    17.72

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

---

**3.37 Nonpriority creditor's name and mailing address**

Caterpillar Reman Powertrain
Creditor Name

Creditor's Notice name

751 International Drive
Address

| Franklin | IN | 46131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                562,515.06
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.38 Nonpriority creditor's name and mailing address**

Caterpillar Reman Powertrain
Creditor Name

Creditor's Notice name

751 International Drive
Address

| Franklin | IN | 46131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                540.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.39 Nonpriority creditor's name and mailing address**

Central Turbos Corp

Creditor Name

Creditor's Notice name

1951 NW 97 Ave

Address

| Doral | FL | 33172 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,945.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.40 Nonpriority creditor's name and mailing address**

Charter Communications Holdings

Creditor Name

Creditor's Notice name

12405 POWERSCOURT DRIVE

Address

| St. Louis | MO | 63131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    5,063.44

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

| | |
|---|---|
| **3.41** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 2,341.99 |

Chem-Aqua, Inc
Creditor Name

Creditor's Notice name

PO box 152170
Address

| Irving | TX | 75015 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| | |
|---|---|
| **3.42** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,220.00 |

CIMTEC AUTOMATION, LLC
Creditor Name

Creditor's Notice name

PO BOX 604012
Address

| Charlotte | NC | 28260 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

### 3.43 Nonpriority creditor's name and mailing address

CINCINNATI TOOL STEEL
Creditor Name

Creditor's Notice name

5190 PO Box 4568
Address

| ROCKFORD | IL | 61110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    195.30
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.44 Nonpriority creditor's name and mailing address

CINTAS CORPORATION
Creditor Name

Creditor's Notice name

1722 AIRPORT BLVD.
Address

| CAYCE | SC | 29033 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  4,866.72
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.45** **Nonpriority creditor's name and mailing address**

CINTAS FIRST AID & SAFETY LOC #G82

Creditor Name

Creditor's Notice name

PO box 636525

Address

| CINCINNATI | OH | 45263-6525 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 546.32

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**

City Of Columbia

Creditor Name

Creditor's Notice name

PO Box 7997

Address

| COLUMBIA | SC | 29202-7997 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,052.08

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*   23-10208

**3.47** **Nonpriority creditor's name and mailing address**

CLEARTEC PACKAGING MOCAP DIVISION

Creditor Name

Creditor's Notice name

409 PARKWAY DRIVE

Address

| PARK HILLS | MO | 63101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   944.46

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**

COLUMBIA FIRE & SAFETY INC

Creditor Name

Creditor's Notice name

700 MEETING ST

Address

| WEST COLUMBIA | SC | 29169 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   15,469.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*    23-10208

**3.49** **Nonpriority creditor's name and mailing address**

COLUMBIASOFT CORPORATION

Creditor Name

Creditor's Notice name

15495 SW SEQUOIA PARKWAY

Address

| PORTLAND | OR | 97224 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                205.00

*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.50** **Nonpriority creditor's name and mailing address**

COMCAST HOLDINGS CORPORATION

Creditor Name

Creditor's Notice name

PO box 37601

Address

| PHILADELPHIA | PA | 19101-0601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              2,476.70

*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.51** **Nonpriority creditor's name and mailing address**

COMPASS GROUP

Creditor Name

Creditor's Notice name

LOCK BOX 91337

Address

| CHICAGO | IL | 60693-1337 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                   146.59
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**

CONCEPT PACKAGING GROUP

Creditor Name

Creditor's Notice name

6 NESBITT DRIVE

Address

| INMAN | SC | 29343 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                248,300.70
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)* 23-10208

---

**3.53** **Nonpriority creditor's name and mailing address**

CORINTH CORE CENTER

Creditor Name

Creditor's Notice name

PO box 1560

Address

| CORINTH | MS | 38835-1560 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 4,735,192.47

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**

CREED MONARCH, INC.

Creditor Name

Creditor's Notice name

ONE PUCCI PARK

Address

| NEW BRITAIN | CT | 06051 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 78,180.40

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

Name

---

**3.55** **Nonpriority creditor's name and mailing address**

CREST ULTRASONICS

Creditor Name

Creditor's Notice name

SCOTCH RD BOX 7266

Address

| TRENTON | NJ | 08628 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    1,155.93

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**

Curbell Plastics Inc

Creditor Name

Creditor's Notice name

7 Cobham Dr

Address

| Orchard Park | NY | 14127 |
|--------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                     692.52

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Name

Case number (if known):  23-10208

**3.57** **Nonpriority creditor's name and mailing address**

D&W Diesel, Inc

Creditor Name

Creditor's Notice name

1503 Clark Street Road

Address

| Auburn | NY | 13021-9593 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                214,191.25

Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.58** **Nonpriority creditor's name and mailing address**

DHL EXPRESS USA INC.

Creditor Name

Creditor's Notice name

16592 COLLECTIONS CENTER DRIVE

Address

| CHICAGO | IL | 60693 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                277.21

Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*:  23-10208

**3.59  Nonpriority creditor's name and mailing address**

DI SQUARED LLC

Creditor Name

Creditor's Notice name

3340 PEACHTREE ROAD, NE STE 1800

Address

| ATLANTA | GA | 30326 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                54,900.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.60  Nonpriority creditor's name and mailing address**

DIAMOND GRAPHICS

Creditor Name

Creditor's Notice name

611 LONG PONDS ROAD

Address

| LEXINGTON | SC | 29073 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 1,333.10

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.61** **Nonpriority creditor's name and mailing address**

Diesel Equipment Company
Creditor Name

Creditor's Notice name

212-220 ATWELL AVE
Address

| Greensboro | NC | 27406 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $           12,475.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.62** **Nonpriority creditor's name and mailing address**

Diesel Iniezione S.p.A.
Creditor Name

Creditor's Notice name

Via Novara, 119
Address

| Magenta | | 20013 |
|---|---|---|
| City | State | ZIP Code |

Italy
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $           21,194.39
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

Name

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 503,015.00

DIESELCORE

Creditor Name

*Check all that apply.*

Creditor's Notice name

☒ Contingent
☒ Unliquidated
☒ Disputed

21401 Park Row Drive

Address

**Basis for the claim:**

Trade

| City | State | ZIP Code |
| Katy | TX | 77449 |

Country

**Date or dates debt was incurred**

Various

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 1,656.87

DIGI KEY CORPORATION

Creditor Name

*Check all that apply.*

Creditor's Notice name

☒ Contingent
☒ Unliquidated
☒ Disputed

701 BROOKS AVE S

Address

**Basis for the claim:**

Trade

| City | State | ZIP Code |
| THIEF RIVER FALLS | MN | 56701-0677 |

Country

**Date or dates debt was incurred**

Various

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

---

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*:  23-10208

**3.65  Nonpriority creditor's name and mailing address**

DIPACO, INC
Creditor Name

Creditor's Notice name

12693 OLD VIRGINIA ROAD
Address

| RENO | NV | 89521 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    10,523.16
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.66  Nonpriority creditor's name and mailing address**

Dominion Energy South Carolina
Creditor Name

Creditor's Notice name

PO box 100255
Address

| COLUMBIA | SC | 29202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    181,684.22
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208
Name

**3.67** **Nonpriority creditor's name and mailing address**

DORMAN PRODUCTS
Creditor Name


Creditor's Notice name

3400 EAST WALNUT STREET
Address



| COLMAR | PA | 18915 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                97,909.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.68** **Nonpriority creditor's name and mailing address**

DSV SOLUTIONS
Creditor Name


Creditor's Notice name

185 MCQUEEN ST
Address



| WEST COLUMBIA | SC | 29172 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                509.12
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

3.69 **Nonpriority creditor's name and mailing address**

DUNCHA FRANCE SAS

Creditor Name

Creditor's Notice name

22 BOULEVARD DE L'INDUSTRIE

Address

| BLOIS | | 41000 |
|---|---|---|
| City | State | ZIP Code |

France

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                52,629.26

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

3.70 **Nonpriority creditor's name and mailing address**

DXP

Creditor Name

Creditor's Notice name

PO box 840511

Address

| DALLAS | TX | 75320-1791 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                3,749.45

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*:  23-10208

---

3.71 **Nonpriority creditor's name and mailing address**

ECHO ENGINEERING & PRODUCTION

Creditor Name

Creditor's Notice name

7150 WINTON DRIVE, SUITE 300

Address

| INDIANAPOLIS | IN | 46269 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  11,476.49

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.72 **Nonpriority creditor's name and mailing address**

ECLIPSE AUTOMATION SOUTHEAST, LLC

Creditor Name

Creditor's Notice name

1510 Cedar Line Drive

Address

| Rock Hill | SC | 29730 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  58.98

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.73** **Nonpriority creditor's name and mailing address**

ECOTECH INC

Creditor Name

Creditor's Notice name

PO BOX 1623

Address

| DENVER | NC | 28037-1623 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,087.54

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.74** **Nonpriority creditor's name and mailing address**

EIS SC LLC

Creditor Name

Creditor's Notice name

302 Hughes St.

Address

| Fountain Inn | SC | 29644-2206 |
|--------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,385.40

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.75 Nonpriority creditor's name and mailing address**

ELECTRIC CONTROL & SUPPLY, INC.
Creditor Name

Creditor's Notice name

300 BUCKNER ROAD
Address

| COLUMBIA | SC | 29203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            6,783.61
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.76 Nonpriority creditor's name and mailing address**

ELECTRICAL EQUIPMENT COMPANY
Creditor Name

Creditor's Notice name

PO box 746917
Address

| ATLANTA | GA | 30374-6917 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            4,361.76
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

**3.77 Nonpriority creditor's name and mailing address**

ELECTROMAGS

Creditor Name

Creditor's Notice name

342-343 2ND CROSS STREET,

Address

CHENNAI | | 600096

City | State | ZIP Code

India

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 371,413.05

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.78 Nonpriority creditor's name and mailing address**

ELLSWORTH ADHESIVES SPECIALTY

Creditor Name

Creditor's Notice name

Lock Box 88207

Address

Milwaukee | WI | 53288-0207

City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,554.72

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

### 3.79 Nonpriority creditor's name and mailing address

ENCINA EQUIPMENT FINANCE SPV, LLC
Creditor Name

Creditor's Notice name

1221 POST ROAD EAST, SUITE 201
Address

| WESTPORT | CT | 06880 |
|----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,407.27
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.80 Nonpriority creditor's name and mailing address

Enviro Tech International Inc
Creditor Name

Creditor's Notice name

1800 N 25th Ave
Address

| Melrose Park | IL | 60160 |
|--------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,554.25
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*:  23-10208

**3.81  Nonpriority creditor's name and mailing address**

EPS, INC.
Creditor Name

Creditor's Notice name

1810 GRASSLAND PARKWAY
Address

| ALPHARETTA | GA | 30004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  10,240.00
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.82  Nonpriority creditor's name and mailing address**

eShipping LLC
Creditor Name

Creditor's Notice name

10812 NW Highway 45
Address

| Parkville | MO | 64152 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  2,305.46
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Pure Power Technologies, Inc.

Name

Case number *(if known)*    23-10208

**3.83** **Nonpriority creditor's name and mailing address**

ESSENTRA PLASTICS, LLC

Creditor Name

Creditor's Notice name

3123 STATION ROAD

Address

| ERIE | PA | 16510 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                570.26

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.84** **Nonpriority creditor's name and mailing address**

ESTES EXPRESS LINE

Creditor Name

Creditor's Notice name

PO box 25612

Address

| RICHMOND | VA | 23260-5612 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              1,152.29

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.85** **Nonpriority creditor's name and mailing address**

EXACTO SPRING CORPORATION

Creditor Name

Creditor's Notice name

1201 HICKORY STREET

Address

| GRAFTON | WI | 53024 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    5,220.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.86** **Nonpriority creditor's name and mailing address**

FASTENAL COMPANY

Creditor Name

Creditor's Notice name

2001 THEURER BLVD

Address

| WINONA | MN | 55987 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    62.92

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:   Pure Power Technologies, Inc.

Case number *(if known)*:   23-10208

**3.87** **Nonpriority creditor's name and mailing address**

FGP HR Consulting, LLC

Creditor Name

Creditor's Notice name

190 Knox Abbott Dr, Suite 3B

Address

| Cayce | SC | 29033 |
|-------|------|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                16,250.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.88** **Nonpriority creditor's name and mailing address**

FILTER SALES AND SERVICES

Creditor Name

Creditor's Notice name

620 ELECTRIC DR PO BOX 1855

Address

| SUMTER | SC | 29151-1855 |
|--------|------|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 5,757.70

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.89 Nonpriority creditor's name and mailing address**

FIRAD SPA
Creditor Name

Creditor's Notice name

93 VIA BARGE
Address

| Bagnolo Piemonte | | 12031 |
|---|---|---|
| City | State | ZIP Code |

Italy
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  47,222.25
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.90 Nonpriority creditor's name and mailing address**

FIRSTS CITIZENS BANK & TRUST COMP
Creditor Name

Creditor's Notice name

21146 NETWORK PLACE
Address

| CHICAGO | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  1,646.80
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.91 Nonpriority creditor's name and mailing address**

Flight Systems Automotive Group
Creditor Name

Creditor's Notice name

505 FISHING CREEK RD
Address

| LEWISBERRY | PA | 17339 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                270,070.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.92 Nonpriority creditor's name and mailing address**

FLW SOUTHEAST TECHNICAL SERVICES
Creditor Name

Creditor's Notice name

4451 CANTON ROAD
Address

| MARIETTA | GA | 30066 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                  7,263.04
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

**3.93 Nonpriority creditor's name and mailing address**

Ford Motor Company
Creditor Name

Creditor's Notice name

1 American Rd
Address

| DEARBORN | MI | 48126-2701 |
|---|---|---|
| City | State | ZIP Code |

US
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    11,494,930.47
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Core

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94 Nonpriority creditor's name and mailing address**

FORM TOOL TECHNOLOGY, INC
Creditor Name

Creditor's Notice name

5174 COMMERCE DRIVE
Address

| YORK | PA | 17408 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    1,935.61
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.95 Nonpriority creditor's name and mailing address**

FORTUNE PERSONNEL CONSULTANTS
Creditor Name

Creditor's Notice name

7 TECHNOLOGY CIRCLE, SUITE 450
Address

| COLUMBIA | SC | 29203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    166.20

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.96 Nonpriority creditor's name and mailing address**

FREUDENBERG
Creditor Name

Creditor's Notice name

PO box 73229
Address

| CHICAGO | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    10,600.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.97 Nonpriority creditor's name and mailing address**

Gcl Diesel Injection Service Ltd.
Creditor Name

Creditor's Notice name

15842 112th Avenue NW
Address

| Edmonton | AB | T5M 2W1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    55,325.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Core

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98 Nonpriority creditor's name and mailing address**

General Motors
Creditor Name

Creditor's Notice name

3406 SOUTH DYE ROAD
Address

| FLINT | MI | 48507 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  196,287.50
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Core

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*:  23-10208

---

**3.99 Nonpriority creditor's name and mailing address**

GEORGIA VALVE & FITTING CO., INC

Creditor Name

Creditor's Notice name

6815 MEADOWRIDGE CT

Address

| ALPHARETTA | GA | 30005 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  642.70

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.100 Nonpriority creditor's name and mailing address**

GHA TECHNOLOGIES INC

Creditor Name

Creditor's Notice name

8898 E RAINTREE DRIVE

Address

| SCOTTSDALE | AZ | 85260 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  18,778.94

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

3.101 **Nonpriority creditor's name and mailing address**

GLOBAL EQUIPMENT COMPANY
Creditor Name

Creditor's Notice name

PO box 905713
Address

| CHARLOTTE | NC | 28290-5713 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,783.14
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.102 **Nonpriority creditor's name and mailing address**

GNAP LLC
Creditor Name

Creditor's Notice name

1216 Zonolite Road
Address

| Atlanta | GA | 30306 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,899.20
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.103** **Nonpriority creditor's name and mailing address**

Goldfarb & Associates, inc.
Creditor Name

Creditor's Notice name

4972 Boiling Brook Parkway
Address

| Rockville | MD | 20852 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 40,120.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.104** **Nonpriority creditor's name and mailing address**

Gomers Inc Missoula
Creditor Name

Creditor's Notice name

2400 PALMER STREET
Address

| MISSOULA | MT | 59808 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 37,750.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

| | |
|---|---|
| 3.105 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 4,904.51 |

GRAINGER INC

Creditor Name

Creditor's Notice name

550 CHRIS DR

Address

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

| COLUMBIA | SC | 29169-4669 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

| | |
|---|---|
| 3.106 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 688.00 |

GRAND NORTHERN PRODUCTS, LTD

Creditor Name

Creditor's Notice name

9000 BYRON COMMERCE DRIVE SW

Address

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

| BYRON CENTER | MI | 49315 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

Name

**3.107** **Nonpriority creditor's name and mailing address**

GRANITE TELECOMMUNICATIONS, LLC

Creditor Name

Creditor's Notice name

100 NEWPORT AVENUE EXTENSION

Address

| QUINCY | MA | 02171 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,215.61

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.108** **Nonpriority creditor's name and mailing address**

GRAYBAR

Creditor Name

Creditor's Notice name

745 SUNSET BLVD

Address

| WEST COLUMBIA | SC | 29169 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,162.70

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

**3.109 Nonpriority creditor's name and mailing address**

GREGORY PEST CONTROL, INC.
Creditor Name

Creditor's Notice name

1313 MILLER RD.
Address

| GREENVILLE | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    839.92
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.110 Nonpriority creditor's name and mailing address**

GW LISK COMPANY
Creditor Name

Creditor's Notice name

2 SOUTH STREET
Address

| CLIFTON SPRINGS | NY | 14432 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    20,030.40
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*     23-10208

---

3.111 **Nonpriority creditor's name and mailing address**

GXS, Inc
Creditor Name

Creditor's Notice name

9711 Washington Blvd Suite 700
Address

| Gaithersburg | MD | 20878 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                456.71
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.112 **Nonpriority creditor's name and mailing address**

HEINZ HANGGI GMBH, STANZTECHNIK
Creditor Name

Creditor's Notice name

UNTERER EINSCHIAG
Address

| BETTLACH | | 2544 |
|---|---|---|
| City | State | ZIP Code |

Switzerland
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               3,788.32
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.113 Nonpriority creditor's name and mailing address**

Highway And Heavy Parts Llc
Creditor Name

Creditor's Notice name

5015 N Dickenson Rd
Address

| Coleman | MI | 48618 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 39,980.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.114 Nonpriority creditor's name and mailing address**

HISCO INC.
Creditor Name

Creditor's Notice name

1650 HORIZON PARKWAY
Address

| BUFORD | GA | 30518 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 228.64
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known):* 23-10208

---

**3.115** **Nonpriority creditor's name and mailing address**

HK METALCRAFT

Creditor Name

Creditor's Notice name

35 INDUSTRIAL ROAD

Address

| LODI | NJ | 07644 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            12,248.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.116** **Nonpriority creditor's name and mailing address**

HOBGOOD ELEC & MACHINERY CO

Creditor Name

Creditor's Notice name

10330 MONTICELLO RD

Address

| WINNSBORO | SC | 29180 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            3,898.27

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.117 Nonpriority creditor's name and mailing address**

HOSE & EQUIPMENT CO., INC
Creditor Name

Creditor's Notice name

1199 SOUTH GUIGNARD DRIVE
Address

| SUMTER | SC | 29150 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 70,962.94
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.118 Nonpriority creditor's name and mailing address**

HYDRADYNE HYDRAULICS, LLC
Creditor Name

Creditor's Notice name

PO box 974799
Address

| DALLAS | TX | 75397-4799 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,321.58
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

**3.119** **Nonpriority creditor's name and mailing address**

IFM EFECTOR INC

Creditor Name

Creditor's Notice name

PO box 8538-307

Address

| PHILADELPHIA | PA | 19171-0307 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 201.62
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**

IMPRO INDUSTRIES USA INC

Creditor Name

Creditor's Notice name

21660 E COPLEY DR STE 225

Address

| DIAMOND BAR | CA | 91765 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,489.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*     23-10208

**3.121** **Nonpriority creditor's name and mailing address**

INDUSTRIAL ABSORBENT SOLUTIONS
Creditor Name

Creditor's Notice name

PO box 262
Address

| LANCASTER | SC | 29721 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               540.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.122** **Nonpriority creditor's name and mailing address**

INDUSTRIAL INJECTION SERVICE, INC
Creditor Name

Creditor's Notice name

2858 S 300 W
Address

| Salt Lake City | UT | 84115 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             19,569.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F           **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

**3.123** **Nonpriority creditor's name and mailing address**

INDUSTRIAL REPAIR SERVICE, INC.
Creditor Name

Creditor's Notice name

2650 BUSINESS DRIVE
Address

| CUMMINGS | GA | 30028 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,000.19
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124** **Nonpriority creditor's name and mailing address**

Injectorsdirect.Com
Creditor Name

Creditor's Notice name

848 VIA ESTEBAN
Address

| San Luis Obispo | CA | 93401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 211,625.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*:  23-10208

**3.125  Nonpriority creditor's name and mailing address**

Interior Plantscapes LLC

Creditor Name

Creditor's Notice name

51 Plant Drive Extension

Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    192.00

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.126  Nonpriority creditor's name and mailing address**

ITT Cannon LLC

Creditor Name

Creditor's Notice name

1133 Westchester Avenue

Address

| White Plains | NY | 10604 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                23,000.00

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*:  23-10208

---

**3.127  Nonpriority creditor's name and mailing address**

ITU ABSORBTECH, INC

Creditor Name

Creditor's Notice name

2700 SOUTH 160TH STREET

Address

| NEW BERLIN | WI | 53151 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    3,687.46

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.128  Nonpriority creditor's name and mailing address**

IZUMI INTERNATIONAL, INC.

Creditor Name

Creditor's Notice name

1 PELHAM DAVIS CIRCLE

Address

| GREENVILLE | SC | 29615 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                      341.40

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

3.129 **Nonpriority creditor's name and mailing address**

JAMES L THOMAS

Creditor Name

Creditor's Notice name

22 N TOMBEE LANE

Address

| COLUMBIA | SC | 29209 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    2,200.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

3.130 **Nonpriority creditor's name and mailing address**

Jasper Engine & Transmission

Creditor Name

Creditor's Notice name

815 WERNSING ROAD

Address

| JASPER | IN | 47547 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    463,894.81

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.131** **Nonpriority creditor's name and mailing address**

JENOPTIK AUTOMOTIVE NORTH AMERICA

Creditor Name

Creditor's Notice name

1500 1500 W HAMLIN RD

Address

| ROCHESTER HILLS | MI | 48309 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,904.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.132** **Nonpriority creditor's name and mailing address**

JIANGSU EASYLAND AUTOMOTIVE CORP

Creditor Name

Creditor's Notice name

NO. 30 Yanchang Rd Yanqioo Area

Address

| Wuxi | | 214174 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 41,121.05

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*:  23-10208

**3.133** **Nonpriority creditor's name and mailing address**

John Deere Shared Services, Inc.
Creditor Name

Creditor's Notice name

4500 E. Mustard Way
Address

| Springfield | MO | 65803 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $               1,440.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.134** **Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS INC
Creditor Name

Creditor's Notice name

14 WOODCROSS DR
Address

| COLUMBIA | SC | 29212 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $               2,208.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*:  23-10208

**3.135  Nonpriority creditor's name and mailing address**

JSE, LLC DBA TRUE GROUP

Creditor Name

Creditor's Notice name

810 Dutch Square Blvd. Suite 235

Address

| COLUMBIA | SC | 29210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    49,167.28

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.136  Nonpriority creditor's name and mailing address**

JTEKT North American Corporation

Creditor Name

Creditor's Notice name

4895 Dressler Road NW, Suite B

Address

| Canton | OH | 44718 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                     6,552.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*   23-10208

**3.137 Nonpriority creditor's name and mailing address**

KADIA INC.
Creditor Name

Creditor's Notice name

8020 Kensington Court
Address

| Brighton | MI | 48116 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 32,966.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.138 Nonpriority creditor's name and mailing address**

Kendiesel, Inc
Creditor Name

Creditor's Notice name

6 Kilmer Ct
Address

| Edison | NJ | 08817 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 184.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.139 Nonpriority creditor's name and mailing address**

KERN LIEBERS QUERETARO

Creditor Name

Creditor's Notice name

11080

Address

| EL MARQUES | | 76250 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 39,734.82

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.140 Nonpriority creditor's name and mailing address**

KEYENCE CORPORATION OF AMERICA

Creditor Name

Creditor's Notice name

SUITE 175 3735 GLEN LAKE DRIVE

Address

| CHARLOTTE | NC | 28208 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 974.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

### 3.141 Nonpriority creditor's name and mailing address

Kingstar Diesel Technology (Jiangsu
Creditor Name

Creditor's Notice name

Address

Zhanjiang
Guangdong
Province
City                State        ZIP Code

China
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                33,177.24
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

### 3.142 Nonpriority creditor's name and mailing address

Kunshan Meko Prototyping Co., Ltd.
Creditor Name

Creditor's Notice name

No. 1299 Chengbei Road
Address

Kunshan City                215316
City                State        ZIP Code

China
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                6,419.00
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

**3.143** **Nonpriority creditor's name and mailing address**

KYZEN CORPORATIOIN

Creditor Name

Creditor's Notice name

430 HARDING INDUSTRIAL DRIVE

Address

| NASHVILLE | TN | 37211 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,640.10

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.144** **Nonpriority creditor's name and mailing address**

L&J Diesel Service Inc.

Creditor Name

Creditor's Notice name

2345 Harper St

Address

| Jacksonville | FL | 32204 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 119,525.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

**3.145** **Nonpriority creditor's name and mailing address**

LASERFORM & MACHINE, INV

Creditor Name

Creditor's Notice name

10010 FARROW ROAD

Address

| COLUMBIA | SC | 29203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                1,242.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.146** **Nonpriority creditor's name and mailing address**

LEAF Capital Funding LLC

Creditor Name

Creditor's Notice name

2330 Interstate 30

Address

| Mesquite | TX | 75150 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $              25,042.78

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.147** **Nonpriority creditor's name and mailing address**

Lindie

Creditor Name

Creditor's Notice name

4090 STEVE REYNOLDS BLVD

Address

| Norcross | GA | 30093 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,026.42

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.148** **Nonpriority creditor's name and mailing address**

LIVINGSTON & HAVEN

Creditor Name

Creditor's Notice name

PO box 890218

Address

| CHARLOTTE | NC | 28289-0218 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,279.19

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.149** **Nonpriority creditor's name and mailing address**

LOFTIS STEEL & ALUMINUM INC.
Creditor Name

Creditor's Notice name

PO Box 101026
Address

| | | |
|---|---|---|
| Nashville | TN | 37224 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   783.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.150** **Nonpriority creditor's name and mailing address**

Lynx Partners LLC
Creditor Name

Creditor's Notice name

44056 Mound Rd, Suite 106
Address

| | | |
|---|---|---|
| Sterling Heights | MI | 48314 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   2,142.86
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

**3.151 Nonpriority creditor's name and mailing address**

MAC GASES AND EQUIPMENT, INC

Creditor Name

Creditor's Notice name

101 Bombay Dr

Address

| Columbia | SC | 29209 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 280.80

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.152 Nonpriority creditor's name and mailing address**

MACHINE DIAGNOSTICS INC

Creditor Name

Creditor's Notice name

PO BOX 1003, 118 INDUSTRIAL BLVD

Address

| AMERICUS | GA | 31709 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 2,558.69

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Pure Power Technologies, Inc.                                      Case number *(if known)*    23-10208
Name

**3.153** **Nonpriority creditor's name and mailing address**

MAHR FEDERAL, INC.
Creditor Name

Creditor's Notice name

1139 Eddy Street
Address

| Providence | RI | 02905 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              1,470.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.154** **Nonpriority creditor's name and mailing address**

MARITEC-METPRO CORPORATION
Creditor Name

Creditor's Notice name

215 Commerce Road
Address

| GREENVILLE | SC | 29611 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               630.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

| | |
|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** |

MAZAK CORPORATION
Creditor Name

Creditor's Notice name

1075 NORTH BROOK PARKWAY
Address

| SUWANEE | GA | 30024-2931 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          12,284.05
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

| | |
|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** |

MCMASTER-CARR SUPPLY CO
Creditor Name

Creditor's Notice name

600 COUNTY LINE RD
Address

| ELMHURST | IL | 60126-2081 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           7,069.17
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

**3.157** **Nonpriority creditor's name and mailing address**

MCWATERS
Creditor Name

Creditor's Notice name

1104 SHOP RD.
Address

| COLUMBIA | SC | 29202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                     1,954.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address**

MEGGITT (ERLANGER), LLC
Creditor Name

Creditor's Notice name

1400 JAMIKE AVE
Address

| ERLANGER | KY | 41018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                     33,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

3.159 **Nonpriority creditor's name and mailing address**

MERLIN DIESEL
Creditor Name

Creditor's Notice name

189-191 BRADKIRK PLACE
Address

| PRESTON | | PR5 8AS |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,605.11
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.160 **Nonpriority creditor's name and mailing address**

MICHIGAN PRECISION SWISS
Creditor Name

Creditor's Notice name

2145 WADHAMS RD.
Address

| ST CLAIR | MI | 48079 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,332.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

3.161 **Nonpriority creditor's name and mailing address**

MICRO-EPSILON AMERICA, LP
Creditor Name

Creditor's Notice name

8120 BROWNLEIGH DRIVE
Address

| RALEIGH | NC | 27617 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,677.50
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.162 **Nonpriority creditor's name and mailing address**

MICRON MANUFACTURING INC
Creditor Name

Creditor's Notice name

186 COMMERCE DRIVE
Address

| LAGRANGE | OH | 44050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 42,528.48
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.163** **Nonpriority creditor's name and mailing address**

MID STATE ROOFING
Creditor Name

Creditor's Notice name

205 OAK DR
Address

| LEXINGTON | SC | 29073 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                2,224.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.164** **Nonpriority creditor's name and mailing address**

Midwest Fuel Injection Service
Creditor Name

Creditor's Notice name

1 Seidel Ct.
Address

| Bolingbrook | IL | 60490 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               26,875.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*:  23-10208

**3.165  Nonpriority creditor's name and mailing address**

MID-WEST SPRING & STAMPING
Creditor Name

Creditor's Notice name

1935 E. LAKETON AVE
Address

| MUSKEGON | MI | 49442 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                826.40
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.166  Nonpriority creditor's name and mailing address**

MINITAB, INC.
Creditor Name

Creditor's Notice name

1829 PINE HALL ROAD
Address

| STATE COLLEGE | PA | 16801-3210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              9,600.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 144.46 |

MISUMI USA INC

Creditor Name

Creditor's Notice name

26797 Network Place

Address

| CHICAGO | IL | 60673-1267 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    144.46

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 67,432.59 |

ML LUBRICATION USA INC

Creditor Name

Creditor's Notice name

400 OSER AVENUE SUITE 1650

Address

| HAUPPAUGE | NY | 11788 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    67,432.59

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.169** **Nonpriority creditor's name and mailing address**

Mondial Automotive, Inc
Creditor Name

Creditor's Notice name

114-14 14TH RD
Address

| COLLEGE POINT | NY | 11356 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,375.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.170** **Nonpriority creditor's name and mailing address**

MOREDIRECT, INC.
Creditor Name

Creditor's Notice name

1001 W Yamato Rd, Suite 200
Address

| Boca Raton | FL | 33431-4403 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 458.60
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

**3.171 Nonpriority creditor's name and mailing address**

Morrisette Paper Company Inc

Creditor Name

Creditor's Notice name

12100 Vance Davis Drive

Address

| Charlotte | NC | 28269 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                18,130.54

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.172 Nonpriority creditor's name and mailing address**

MORSCO Supply, LLC

Creditor Name

Creditor's Notice name

PO Box 744702

Address

| Atlanta | GA | 30374 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                3,913.39

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.173 Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES INC

Creditor Name

Creditor's Notice name

PO BOX 404130

Address

| ATLANTA | GA | 30384-4130 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,840.19

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.174 Nonpriority creditor's name and mailing address**

MOUSER ELECTRONICS, INC.

Creditor Name

Creditor's Notice name

1000 N. MAIN ST.

Address

| MANSFIELD | TX | 76063 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,266.35

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.175 Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL SUPPLY CO.
Creditor Name

Creditor's Notice name

75 Maxess Road
Address

| Melville | NY | 11747 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                6,984.89
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.176 Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL SUPPLY COMPANY
Creditor Name

Creditor's Notice name

75 Maxess Rd
Address

| Melville | NY | 11747-3151 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                8,334.44
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)* 23-10208

**3.177** **Nonpriority creditor's name and mailing address**

MSI VIKING GAGE LLC

Creditor Name

Creditor's Notice name

PO box 537

Address

| DUNCAN | SC | 29334 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27,628.49

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.178** **Nonpriority creditor's name and mailing address**

Msp Diesel Solutions

Creditor Name

Creditor's Notice name

3250 Millbranch Road

Address

| Memphis | TN | 38116 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,650.00

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

3.179 **Nonpriority creditor's name and mailing address**

MUTHA ENGINEERING PVT. LTD.
Creditor Name

Creditor's Notice name

H-21, M.I.D.C. AREA
Address

| SATARA | | 415004 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                4,725.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.180 **Nonpriority creditor's name and mailing address**

NATIONAL PEENING, INC
Creditor Name

Creditor's Notice name

PO Box 674560
Address

| DETROIT | MI | 48267-4560 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                595.95
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.181** **Nonpriority creditor's name and mailing address**

NAVISTAR PARTS GROUP

Creditor Name

Creditor's Notice name

P O Box 9326

Address

| Springfield | MO | 65801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        2,500.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.182** **Nonpriority creditor's name and mailing address**

NAVISTAR, INC

Creditor Name

Creditor's Notice name

1111 Northshore Drive, Suite N-800

Address

| Knoxville | TN | 37919 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $       830,141.13

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Royalties

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

**3.183** **Nonpriority creditor's name and mailing address**

NELSON MULLINS RILEY

Creditor Name

Creditor's Notice name

1320 MAIN STREET, 17TH FLOOR

Address

| COLUMBIA | SC | 29201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    2,808.50

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.184** **Nonpriority creditor's name and mailing address**

NEORIS USA INC.

Creditor Name

Creditor's Notice name

703 WATERFORD WAY, STE 700

Address

| MIAMI | FL | 33126 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    9,405.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

**3.185 Nonpriority creditor's name and mailing address**

NMC, Inc.
Creditor Name

Creditor's Notice name

8095E Monroe St.
Address

| Dugger | IN | 47848 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    2,642.70
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.186 Nonpriority creditor's name and mailing address**

NORDSON CORPORATION
Creditor Name

Creditor's Notice name

40 CATAMORE BOULEVARD
Address

| EAST PROVIDENCE | RI | 02914 |
|-----------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,193.88
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.187 Nonpriority creditor's name and mailing address**

NORTHERN GEAR & MACHINING, LLC
Creditor Name

Creditor's Notice name

W1602 S6609 COMMERCE DRIVE
Address

| MUSKEGO | WI | 53150 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,267.49
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.188 Nonpriority creditor's name and mailing address**

NRwell Ltd
Creditor Name

Creditor's Notice name

Point South, Park Plaza Suite 12
Address

| Heath Hayes | | WS12 2DB |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 38,106.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**3.189 Nonpriority creditor's name and mailing address**

Nw Fuel Injection Service

Creditor Name

Creditor's Notice name

#101, 18940 - 94th Ave

Address

| Surrey | BC | V4N 4X5 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    600.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.190 Nonpriority creditor's name and mailing address**

ODU-USA,INC.

Creditor Name

Creditor's Notice name

300 CAMARILLO RANCH RD, SUITE A

Address

| CAMARILLO | CA | 93012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                  1,999.50

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*    23-10208

**3.191 Nonpriority creditor's name and mailing address**

OERLIKON BALZERS COATING USA LLC

Creditor Name

Creditor's Notice name

27228 Network Place

Address

| Chicago | IL | 60673-1272 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                70,647.85

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.192 Nonpriority creditor's name and mailing address**

Ohio Machinery Co. (lfs)

Creditor Name

Creditor's Notice name

3993 E. Royalton Road

Address

| Broadview Heights | OH | 44147 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                5,825.00

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.193 Nonpriority creditor's name and mailing address**

Old Dominion Freight Line Inc.
Creditor Name

Creditor's Notice name

PO box 198475
Address

| Atlanta | GA | 30384-8475 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,972.43
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.194 Nonpriority creditor's name and mailing address**

On Time Supplies
Creditor Name

Creditor's Notice name

5126 Corners Drive
Address

| Dunwoody | GA | 30338 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 356.66
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.195** **Nonpriority creditor's name and mailing address**

OPSEC SECURITY INC

Creditor Name

Creditor's Notice name

1857 COLONIAL VILLAGE LANE

Address

| LANCASTER | PA | 17601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23.70

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.196** **Nonpriority creditor's name and mailing address**

ORBIS MENASHA CORP

Creditor Name

Creditor's Notice name

1055 CORPORATE CENTER DR BOX 389

Address

| OCONOMOWOC | WI | 53066 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,253.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.197 Nonpriority creditor's name and mailing address**

PALMETTO OPTICAL SUPPLY INC
Creditor Name

Creditor's Notice name

P.O. BOX 5721
Address

| COLUMBIA | SC | 29250 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              845.52
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.198 Nonpriority creditor's name and mailing address**

PARKER HANNIFIN CORPORATION
Creditor Name

Creditor's Notice name

3885 GATEWAY BLVD.
Address

| COLUMBUS | OH | 43228 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            3,762.90
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

3.199 **Nonpriority creditor's name and mailing address**

PARKER SEAL CO RING DIVISION
Creditor Name

Creditor's Notice name

2360 PALUMBO DR
Address

| LEXINGTON | KY | 40512 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 426.10
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

3.200 **Nonpriority creditor's name and mailing address**

PARKER SEAL COMPANY
Creditor Name

Creditor's Notice name

7917 COLLECTION CENTER DRIVE
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 96,987.59
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

**3.201** **Nonpriority creditor's name and mailing address**

PC CONNECTION SALES CORP
Creditor Name

Creditor's Notice name

730 MILFORD RD
Address

| MERRIMACK | NH | 03054-6928 |
|-----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   39,474.12
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.202** **Nonpriority creditor's name and mailing address**

PENSKE TRUCK LEASING
Creditor Name

Creditor's Notice name

107 SAXE GOTHA DRIVE
Address

| WEST COLUMBIA | SC | 29172 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,548.14
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.203** **Nonpriority creditor's name and mailing address**

PRECISION GRINDING, INC.

Creditor Name

Creditor's Notice name

2101 WENONAH-OXMOOR RD.

Address

| BIRMINGHAM | AL | 35211 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,408.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.204** **Nonpriority creditor's name and mailing address**

PRECISION RESOURCE

Creditor Name

Creditor's Notice name

PO box 418824

Address

| BOSTON | MA | 02241 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 151,388.09

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

**3.205** **Nonpriority creditor's name and mailing address**

PROWESS CONSULTING, LLC

Creditor Name

Creditor's Notice name

5701 6TH AVE S.

Address

| SEATTLE | WA | 98108 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              2,396.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.206** **Nonpriority creditor's name and mailing address**

Quill Corporation

Creditor Name

Creditor's Notice name

100 Schelter Road

Address

| Lincolnshire | IL | 60069 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              1,322.22

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.207 Nonpriority creditor's name and mailing address**

RADWELL INTERNATIONAL, INC

Creditor Name

Creditor's Notice name

1 Millenium Drive

Address

| Willingboro | NJ | 08046 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 407.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.208 Nonpriority creditor's name and mailing address**

Randstad North America, Inc.

Creditor Name

Creditor's Notice name

One Overton Park

Address

| Atlanta | GA | 30339 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 33,077.46

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.209 Nonpriority creditor's name and mailing address**

RICOH USA, INC
Creditor Name

Creditor's Notice name

70 VALLEY STREAM PARKWAY
Address

| Atlanta | GA | 30353-2530 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,585.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.210 Nonpriority creditor's name and mailing address**

River City Diesel Llc
Creditor Name

Creditor's Notice name

1360 SPRING BAY RD
Address

| EAST PEORIA | IL | 61611 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 134,550.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.                                    Case number (if known)    23-10208

**3.211** **Nonpriority creditor's name and mailing address**

RNS INTERNATIONAL
Creditor Name

Creditor's Notice name

5001 SIRUS LN
Address

| Charlotte | NC | 28219 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    26.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.212** **Nonpriority creditor's name and mailing address**

ROCK VALLEY OIL & CHEMICAL CO INC
Creditor Name

Creditor's Notice name

1911 WINDSOR RD
Address

| ROCKFORD | IL | 61111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    5,243.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

---

**3.213**  **Nonpriority creditor's name and mailing address**

RSC INSURANCE BROKERAGE, INC.
Creditor Name

Creditor's Notice name

160 FEDERAL STREET, FLOOR 4
Address

| BOSTON | MA | 02110 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    17,663.55
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.214**  **Nonpriority creditor's name and mailing address**

SAFETY KLEEN
Creditor Name

Creditor's Notice name

PO box 382066
Address

| PITTSBURGH | PA | 15250-8066 |
|------------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    10,579.15
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number (if known): 23-10208

---

**3.215 Nonpriority creditor's name and mailing address**

SAINT-GOBAIN PERFORMANCE PLASTICS
Creditor Name

Creditor's Notice name

38 AM NORDKANAL
Address

| WILLICH | | 47877 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,413.50
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216 Nonpriority creditor's name and mailing address**

SCHAEFFLER GROUP USA INC
Creditor Name

Creditor's Notice name

308 Springhill Farm Rd
Address

| Fort Mill | SC | 29715 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,700.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.217 Nonpriority creditor's name and mailing address**

SCHEUERMANN & HEILIG GmbH
Creditor Name

Creditor's Notice name

BUCHENER STR. 29
Address

BUCHEN-HAINSTADT
City

State

ZIP Code

Germany
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                2,206.35
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.218 Nonpriority creditor's name and mailing address**

SCHNORR CORPORATION
Creditor Name

Creditor's Notice name

4355 VARSITY DRIVE, SUITE A
Address

ANN ARBOR
City

MI
State

48108
ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               15,840.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.219 Nonpriority creditor's name and mailing address**

SCHUMAG AG
Creditor Name

Creditor's Notice name

Nerscheider Weg 170
Address

| AACHEN | | 52076 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,749.02
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.220 Nonpriority creditor's name and mailing address**

SEAL METHODS INC.
Creditor Name

Creditor's Notice name

11915 SHOEMAKER AVE.
Address

| SANTA FE SPRINGS | CA | 90670 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,646.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.221 Nonpriority creditor's name and mailing address**

SEALING SPECIALITIES, INC.
Creditor Name

Creditor's Notice name

3443 BETHLEHEM PIKE Ste 3
Address

| Souderton | PA | 18964 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 434.09
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.222 Nonpriority creditor's name and mailing address**

SECKLER AG
Creditor Name

Creditor's Notice name

3 MOOSSTRASSE
Address

| Pieterlen | | 2542 |
|---|---|---|
| City | State | ZIP Code |

Switzerland
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,299.88
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

**3.223 Nonpriority creditor's name and mailing address**

SENSATA TECHNOLOGIES INC.
Creditor Name

Creditor's Notice name

529 Pleasant Street
Address

| Attleboro | MA | 02703 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                677,882.88
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.224 Nonpriority creditor's name and mailing address**

SIMRIT
Creditor Name

Creditor's Notice name

7714 GEIST ESTATES CT.
Address

| INDIANAPOLIS | IN | 46236 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 16,860.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

**3.225** | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 2,750.00
--- | --- | --- | --- | --- | ---

SIROIS TOOL COMPANY INC.

Creditor Name

*Check all that apply.*

☒ Contingent

Creditor's Notice name

☒ Unliquidated

☒ Disputed

169 WHITE OAK DRIVE

Address

**Basis for the claim:**

Trade

| Berlin | CT | 06037 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

**3.226** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: $ 12,898.00

SMITH DRAY LINE & STORAGE CO. INC

Creditor Name

*Check all that apply.*

☒ Contingent

Creditor's Notice name

☒ Unliquidated

☒ Disputed

PO box 2226

Address

**Basis for the claim:**

Trade

| GREENVILLE | SC | 29602 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.227** **Nonpriority creditor's name and mailing address**

SMT MOLDING LLC.

Creditor Name

Creditor's Notice name

2768 GOLFVIEW DRIVE

Address

| NAPERVILLE | IL | 60563 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,748.60

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.228** **Nonpriority creditor's name and mailing address**

SNAP-ON INCORPORATED

Creditor Name

Creditor's Notice name

21755 Network Place

Address

| Chicago | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 276.59

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)* 23-10208

**3.229** **Nonpriority creditor's name and mailing address**

SOLAR ATMOSPHERES SOUTHEAST, INC.

Creditor Name

Creditor's Notice name

108 PROGRESSIVE CT

Address

| GREENVILLE | SC | 29611 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 850.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.230** **Nonpriority creditor's name and mailing address**

Southeast Power Systems Inc.

Creditor Name

Creditor's Notice name

4220 N. Orange Blossom Trail

Address

| Orlando | FL | 32804 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 38,401.35

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

Name

**3.231** **Nonpriority creditor's name and mailing address**

SOUTHERN ELEVATOR CO

Creditor Name

Creditor's Notice name

104 CORPORATE BLVD

Address

| WEST COLUMBIA | SC | 29169 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 432.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.232** **Nonpriority creditor's name and mailing address**

SOUTHERN LUBRICANTS

Creditor Name

Creditor's Notice name

1703 Atlas Rd

Address

| COLUMBIA | SC | 29250 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,357.80

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

**3.233 Nonpriority creditor's name and mailing address**

SOUTHTECH MACHINE, INC.
Creditor Name

Creditor's Notice name

2515 TAHOE DRIVE
Address

| SUMTER | SC | 29150 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,420.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.234 Nonpriority creditor's name and mailing address**

SPACE METAL FABRICATORS INC
Creditor Name

Creditor's Notice name

8523 Wilson Blvd
Address

| COLUMBIA | SC | 29203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,814.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*  23-10208

**3.235** **Nonpriority creditor's name and mailing address**

SPECIALTY STEEL TREATING INC.
Creditor Name

Creditor's Notice name

34501 COMMERCE RD
Address

| FRASER | MI | 48026 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              665.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.236** **Nonpriority creditor's name and mailing address**

Spectrum
Creditor Name

Creditor's Notice name

PO Box 70872
Address

| Charlotte | NC | 28272 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              326.70
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.237** **Nonpriority creditor's name and mailing address**

Springfield Remanufacturing Corp
Creditor Name

Creditor's Notice name

650 N. Broadview Place
Address

| Springfield | MO | 65802 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 324,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.238** **Nonpriority creditor's name and mailing address**

SRC Logistics Inc
Creditor Name

Creditor's Notice name

2065 E Pythian Street
Address

| Springfield | MO | 65801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,635.29
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*  23-10208

**3.239 Nonpriority creditor's name and mailing address**

STANADYNE CHANGSHU CORPORATION
Creditor Name

Creditor's Notice name

69# JINMEN ROAD
Address

| CHANGSHU CITY JIANGSU PROVINCE | | 215500 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 368,113.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.240 Nonpriority creditor's name and mailing address**

Stanadyne LLC
Creditor Name

Creditor's Notice name

92 Deerfield Rd
Address

| Windsor | CT | 06095 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,972,217.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.241 Nonpriority creditor's name and mailing address**

STANADYNE SPA
Creditor Name

Creditor's Notice name

158 Via Giacomo Matteotti
Address

| Castenedolo | | 25014 |
|---|---|---|
| City | State | ZIP Code |

Italy
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   286,751.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.242 Nonpriority creditor's name and mailing address**

STANDARD MOTOR PRODUCTS
Creditor Name

Creditor's Notice name

ul. Zajecza 4
Address

| Warsaw | | 00-351 |
|---|---|---|
| City | State | ZIP Code |

Poland
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   42,840.00
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

**3.243 Nonpriority creditor's name and mailing address**

Standard Motor Products, Inc.
Creditor Name

Creditor's Notice name

93307 Nework Place
Address

| Chicago | IL | 60673-1933 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 632,390.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Core

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.244 Nonpriority creditor's name and mailing address**

STRATASYS DIRECT INC
Creditor Name

Creditor's Notice name

28309 AVENUE CROCKER
Address

| VALENCIA | CA | 91355 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,151.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.245 Nonpriority creditor's name and mailing address**

Sumter Packaging Corporation
Creditor Name

Creditor's Notice name

2341 Corporate Way
Address

| Sumter | SC | 29154 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,748.43
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.246 Nonpriority creditor's name and mailing address**

SUPFINA MACHINE COMPANY, INC
Creditor Name

Creditor's Notice name

181 CIRCUIT DRIVE
Address

| NORTH KINGSTOWN | RI | 02852 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,973.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*   23-10208

**3.247** **Nonpriority creditor's name and mailing address**

SWD, INC

Creditor Name

Creditor's Notice name

910 S. STILES DRIVE

Address

| ADDISON | IL | 60101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                 1,363.63

*Check all that apply.*

☒  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.248** **Nonpriority creditor's name and mailing address**

SYST-A-MATIC TOOL & DESIGN INC

Creditor Name

Creditor's Notice name

11320 BACO RD

Address

| MEADVILLE | PA | 16335 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                 3,256.40

*Check all that apply.*

☒  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Pure Power Technologies, Inc.                                    Case number *(if known)*:  23-10208

**3.249  Nonpriority creditor's name and mailing address**

Tamerx Diesel Products
Creditor Name



Creditor's Notice name

3830 Hemingway Hwy
Address



| Hemingway | SC | 29554 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    400.00
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.250  Nonpriority creditor's name and mailing address**

TAYLOR CORPORATION
Creditor Name



Creditor's Notice name

600 ALBANY STREET
Address



| DAYTON | OH | 45417 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 4,359.76
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.251** **Nonpriority creditor's name and mailing address**

TForce

Creditor Name

Creditor's Notice name

1000 Semmes Ave

Address

| Richmond | VA | 23218-1216 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 846.90

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.252** **Nonpriority creditor's name and mailing address**

THE DECC COMPANY, INC.

Creditor Name

Creditor's Notice name

1266 WALLEN AVE. SW

Address

| GRAND RAPIDS | MI | 49507 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,505.52

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

---

**3.253 Nonpriority creditor's name and mailing address**

TN Georgia, Inc
Creditor Name

Creditor's Notice name

PO box 101840
Address

| ATLANTA | GA | 30392-1840 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 705.60
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254 Nonpriority creditor's name and mailing address**

TRELLEBORG SEALING SOLUTIONS
Creditor Name

Creditor's Notice name

5264-B INTERNATIONAL BLVD., STE 300
Address

| NORTH CHARLESTON | SC | 29418 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,089.43
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.255 Nonpriority creditor's name and mailing address**

Turbo Diesel & Electric Systems

Creditor Name

Creditor's Notice name

2437 SILVER STAR RD

Address

| ORLANDO | FL | 32804 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,125.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.256 Nonpriority creditor's name and mailing address**

Turner

Creditor Name

Creditor's Notice name

820 Repp Drive

Address

| Columbus | OH | 47201 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,180.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

3.257 **Nonpriority creditor's name and mailing address**

TVS Sensing Solutions Private Ltd
Creditor Name

Creditor's Notice name

Madurai-Melur Road
Address

| Madurai | | 625122 |
|---------|-------|--------|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 162,263.40
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

3.258 **Nonpriority creditor's name and mailing address**

TYCO FIRE & SECURITY (US) MGMNT INC
Creditor Name

Creditor's Notice name

6600 CONGRESS AVENUE
Address

| BOCA RATON | FL | 33487 |
|-----------|-------|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,358.52
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*  23-10208

**3.259 Nonpriority creditor's name and mailing address**

Univar Solutions USA Inc.
Creditor Name

Creditor's Notice name

3075 Highlands Pkways Ste 200
Address

| Downers Grove | IL | 60515 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    1,147.23
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.260 Nonpriority creditor's name and mailing address**

UPS Ground Freight, Inc.
Creditor Name

Creditor's Notice name

28013 Network Place
Address

| Chicago | IL | 60673-1280 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    1,144.04
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.261** **Nonpriority creditor's name and mailing address**

UPS SUPPLY CHAIN SOLUTIONS, INC.

Creditor Name

Creditor's Notice name

1930 BISHOP LANE, SUITE 300

Address

| LOUISVILLE | KY | 40218 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 49,389.67

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.262** **Nonpriority creditor's name and mailing address**

Vitesco Technologies GmbH

Creditor Name

Creditor's Notice name

12 Siemensstraße

Address

| Regensburg | | 93055 |
|---|---|---|
| City | State | ZIP Code |

Germany

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 325,026.15

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

**3.263** **Nonpriority creditor's name and mailing address**

WageWorks, Inc

Creditor Name

Creditor's Notice name

15 W Scenic Pointe Drive, Suite 100

Address

| Draper | UT | 84020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    46.19

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.264** **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT

Creditor Name

Creditor's Notice name

PO box 105453

Address

| ATLANTA | GA | 30348-5453 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    1,605.46

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.265 Nonpriority creditor's name and mailing address**

WESCO DISTRIBUTION, INC
Creditor Name

Creditor's Notice name

700 225 WEST STATION SQUARE DRIVE
Address

| PITTSBURGH | PA | 15219-1122 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 651.90
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.266 Nonpriority creditor's name and mailing address**

WHOLESALE INDUSTRIAL
Creditor Name

Creditor's Notice name

PO box 71688
Address

| NORTH CHARLESTON | SC | 29415 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,429.22
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

**3.267  Nonpriority creditor's name and mailing address**

WILUBE CHEMICAL, INC
Creditor Name

Creditor's Notice name

15481 ADMIRALTY CIRCLE #1
Address

| NORTH FORT MEYER | FL | 33917 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $            18,762.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.268  Nonpriority creditor's name and mailing address**

Wuzetem
Creditor Name

Creditor's Notice name

W. Piastouska 67
Address

| Jauczyce | | 05-850 |
|---|---|---|
| City | State | ZIP Code |

Poland
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $            64,531.13
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Pure Power Technologies, Inc.

Case number *(if known)*    23-10208

**3.269 Nonpriority creditor's name and mailing address**

XI Parts Llc
Creditor Name

Creditor's Notice name

15701 NORTHWEST FREEWAY
Address

| HOUSTON | TX | 77040 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    2,375.00
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.270 Nonpriority creditor's name and mailing address**

XPOLogistics
Creditor Name

Creditor's Notice name

PO box 5160
Address

| Portland | OR | 97208-5160 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    12,880.52
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

**3.271** **Nonpriority creditor's name and mailing address**

Xtreme Diesel Performance, Llc.

Creditor Name

Creditor's Notice name

1758 STATE ROUTE 34 N.

Address

| WALL TOWNSHIP | NJ | 07727 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 109,700.00

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.272** **Nonpriority creditor's name and mailing address**

Zimmey'S Diesel, Llc

Creditor Name

Creditor's Notice name

2555 E. Cumberland Street

Address

| LEBANON | PA | 17042 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,400.00

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Core

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*    23-10208

3.273 **Nonpriority creditor's name and mailing address**

ZOHO COPORATION

Creditor Name

Creditor's Notice name

4900 HOPYARD ROAD

Address

| PLEASANTON | CA | 94588-7100 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    6,976.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**Part 3:**     **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.
If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐   Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City          State          ZIP Code | | |
| Country | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** $ | 37,186,470.70 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 37,186,470.70 |

**Fill in this information to identify the case:**

Debtor Name: In re : Pure Power Technologies, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10208 (TMH)

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | 2AM Group LLC<br>Name |
| | | Notice Name |
| | | 201 Commerce Court<br>Address |
| **State the term remaining** | N/A | |
| **List the contract number of any government contract** | | |
| | | Duncan     SC     29334<br>City     State     ZIP Code |
| | | Country |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | 3 Dimensional Services<br>Name |
| | | Notice Name |
| | | 2547 Product Dr.<br>Address |
| **State the term remaining** | N/A | |
| **List the contract number of any government contract** | | |
| | | Rodchester Hills     MI     48309<br>City     State     ZIP Code |
| | | Country |

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
| | Name | | | |

**2.3** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

360 Yeild Center LLC
Name

Notice Name

**State the term remaining** N/A

300 W. Queenwood Rd.
Address

**List the contract number of any government contract**

| Morton | IL | 61550 |
| City | State | ZIP Code |

Country

**2.4** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

3D Industries Inc.
Name

Notice Name

**State the term remaining** N/A

500 Frontier Way
Address

**List the contract number of any government contract**

| Bensenville | IL | 60106 |
| City | State | ZIP Code |

Country

**2.5** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

3D Solutions
Name

Notice Name

**State the term remaining** N/A

1904 MacArthur Rd.
Address

**List the contract number of any government contract**

| Waukesha | WI | 53188 |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| **2.6** **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | 3D Sytems Corp. |
| | | Name |
| | | |
| | | Notice Name |
| | | 333 Three D systems Circle |
| **State the term remaining** | N/A | Address |
| | | |
| **List the contract number of** | | |
| **any government contract** | | |

| | | | |
|---|---|---|---|
| | Rock Hill | SC | 29730 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

| | | |
|---|---|---|
| **2.7** **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | A&E Cleaning and Grinding |
| | | Name |
| | | |
| | | Notice Name |
| | | 1000 Pelton Dr. |
| **State the term remaining** | N/A | Address |
| | | |
| **List the contract number of** | | |
| **any government contract** | | |

| | | | |
|---|---|---|---|
| | Oak Creek | WI | 53154 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

| | | |
|---|---|---|
| **2.8** **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | A&M LAbel |
| | | Name |
| | | |
| | | Notice Name |
| | | 28505 Automation Blvd |
| **State the term remaining** | N/A | Address |
| | | |
| **List the contract number of** | | |
| **any government contract** | | |

| | | | |
|---|---|---|---|
| | Wixom | MI | 48393 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.9** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

A.B. Heller Inc
Name

Notice Name

**State the term remaining** N/A

1235 Holden Ave.
Address

**List the contract number of any government contract**

| Milford | MI | 48381 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.10** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

ABC Metals
Name

Notice Name

**State the term remaining** N/A

3330 Beyer Blvd.
Address

Suite F

**List the contract number of any government contract**

| San Diego | CA | 92173 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.11** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Abrasive Products
Name

Notice Name

**State the term remaining** N/A

3131 North Franklin Rd.
Address

Suite D

**List the contract number of any government contract**

| Indianapolis | IN | 46226 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.12** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

ACCU-Cut Diamond Tool Co.
Name

Notice Name

State the term remaining    N/A

4238-40 North Sayre
Address

List the contract number of any government contract

| | | |
|---|---|---|
| Norridge | IL | 60706 |
| City | State | ZIP Code |

Country

**2.13** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Accutech Machine
Name

Notice Name

State the term remaining    N/A

1110 Northpoint Blvd.
Address

List the contract number of any government contract

| | | |
|---|---|---|
| Blythewood | SC | 29016 |
| City | State | ZIP Code |

Country

**2.14** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

ACE Manufacturing Industries
Name

Notice Name

2325 Pamperin Rd.
Address

State the term remaining    N/A

List the contract number of any government contract

| | | |
|---|---|---|
| Green Bay | WI | 54313 |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.15 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

ACH
Name

Notice Name

4201 Windeild Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Warrenville | IL | 60555 |
| City | State | ZIP Code |

Country

**2.16 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

ACH Foam Technologies
Name

Notice Name

90 Trowbridge Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Fond du Lac | WI | 54935 |
| City | State | ZIP Code |

Country

**2.17 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Achates Power
Name

Notice Name

4060 Sorrento Valley Blvd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| San Diego | CA | 92121 |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Acme Monaco |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 75 Winchell Rd. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | | New Britain | CT | 06052 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | ACS Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 330 University Ave. |
| | **State the term remaining** | N/A | Address |
| | | | Suite 200 |
| | **List the contract number of any government contract** | | |

| | | | Madison | WI | 53705 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | ACTech North America Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4343 Concourse Dr. |
| | **State the term remaining** | N/A | Address |
| | | | Suite 350 |
| | **List the contract number of any government contract** | | |

| | | | Ann Arbor | MI | 48108 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*   23-10208

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Actuant (China) Industries Co. |
| | | | Name |

Notice Name

No. 6 East Nanjing Rd.
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

Taicang, Jiangsu | | 215400
City | State | ZIP Code

China
Country

| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Acuren Inspection Inc. |
| | | | Name |

Notice Name

4250 N. 126th Street
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

Brookfeild | WI | 53005
City | State | ZIP Code

Country

| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Adams Thermal Systems |
| | | | Name |

Notice Name

47920 282nd. Street
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

Canton | SD | 57013
City | State | ZIP Code

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Adapt Laser Systems LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1218 Guinotte Ave. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Kansas City | MO | 64120 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Adhesive Systems Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 9411 Corair Rd. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Frankfort | IL | 60423 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | ADP Distributors Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 330 Via El Centro Rd. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Oceanside | CA | 92058 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*:  23-10208

| | | |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Advanced Automation
Name

Notice Name

17 Haywood Rd.
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Advance Stores Company
Name

Notice Name

5008 Airport Road
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Roanoke | VA | 24012 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Advanced Automation
Name

Notice Name

17 Haywood Rd.
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Advanced Circuits |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 21101 E. 32nd. Parkway |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | Aurora | CO | 80011 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Advanced Heat Treat Corp. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2825 Midport Blvd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | Waterloo | IA | 50703 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Advanced Pattern Works |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 305 Railroad Ave. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | Collinsville | IL | 62234 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.33** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Advantage Power Coating Inc.

Name

Notice Name

2090 East Second Street

Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| Defiance | OH | 43512 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.34** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Advantage Thermal Services

Name

Notice Name

5966 Concrete Dr.

Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| Kendallville | IN | 46755 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.35** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Advel Tech

Name

Notice Name

556 Freiburgstrasse

Address

CH-3172

**State the term remaining**   N/A

**List the contract number of any government contract**

| Niederwangen | | |
|---|---|---|
| City | State | ZIP Code |

Switzerland

Country

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*:  23-10208

---

**2.36** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Aerodyn Engineering Inc.

Name

Notice Name

1919 S. Girls School Rd.

Address

State the term remaining    N/A

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Indianapolis | IN | 46241 |

Country

---

**2.37** State what the contract or lease is for and the nature of the debtor's interest

Supplier

Aerolytic Engineering Co. LLC

Name

Notice Name

2311 N. 45th Street

Address

State the term remaining    1/9/2023

Suite 200

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Seattle | WA | 98103 |

Country

---

**2.38** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Aerolytic Engineering Co. LLC

Name

Notice Name

2311 N. 45th St.

Address

State the term remaining    N/A

Suite 200

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Seattle | WA | 98103 |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.39** State what the contract or lease is for and the nature of the debtor's interest — Confidentiality Agreement

Aeschlimann AG Decolletages
Name

Notice Name

Bahnhofstrasse 213
Address

State the term remaining — N/A

List the contract number of any government contract

4574 Lusslingen
City | State | ZIP Code

Switzerland
Country

**2.40** State what the contract or lease is for and the nature of the debtor's interest — Confidentiality Agreement

Agilent Technologies Inc.
Name

Notice Name

5301 Stevens Creek Blvd.
Address

State the term remaining — N/A

List the contract number of any government contract

Santa Clara | CA | 95051
City | State | ZIP Code

Country

**2.41** State what the contract or lease is for and the nature of the debtor's interest — Confidentiality Agreement

Ahaus Tool & Engineering Inc.
Name

Notice Name

200 Industrial Parkway
Address

P.O Box 280

State the term remaining — N/A

List the contract number of any government contract

Richmond | IN | 47375
City | State | ZIP Code

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Alchi Forge USA Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 596 Triport Rd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| Georgetown | KY | 40324 |
| City | State | ZIP Code |

Country

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Air Power Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 107 Woodruff Industrial Lane |
| | State the term remaining | 2/7/2024 | Address |
| | List the contract number of any government contract | | |

| Greenville | SC | 29607 |
| City | State | ZIP Code |

Country

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Airgas Specialty Products |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2530 Sever Rd. |
| | State the term remaining | N/A | Address |
| | | | Suite 300 |
| | List the contract number of any government contract | | |

| Lawrenceville | GA | 30043 |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Alabama Laser Group |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 152 Metal Samples Rd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | Munford | AL | 36268 |

City / State / ZIP Code

Country

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Laser components | Alabama Specialty Products |
|---|---|---|---|

Name

Notice Name

152 Metal Samples rd.

Address

State the term remaining  Undetermined

List the contract number of any government contract

Munford    AL    36268

City / State / ZIP Code

Country

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Alcorta USA Inc. |
|---|---|---|---|

Name

Notice Name

560 Kirts Blvd.

Address

State the term remaining  N/A

Suite 114

List the contract number of any government contract

Troy    MI    48084

City / State / ZIP Code

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | ALD Thermal Treatment |
| | | | Name |

Notice Name

1101 Carolina Pines

| **State the term remaining** | N/A | Address |

**List the contract number of any government contract**

| Blythewood | SC | 29016 |
| City | State | ZIP Code |

Country

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Alfe Heat Treat Inc. |
| | | | Name |

Notice Name

10630 W. Perimeter Rd.

| **State the term remaining** | N/A | Address |

Suite 100

**List the contract number of any government contract**

| Fort Wayne | IN | 46809 |
| City | State | ZIP Code |

Country

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Alicona Corporation |
| | | | Name |

Notice Name

1261 Humbracht Circle

| **State the term remaining** | N/A | Address |

Suite G

**List the contract number of any government contract**

| Bartlett | IL | 60103 |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.51** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Allen Precision Industries Inc.

Name

Notice Name

420 Industrial Park Ave.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Ashboro | NC | 27205 |

Country

---

**2.52** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Alliance Foam Technologies LLC

Name

Notice Name

6833 Audrian Rd.

**State the term remaining** N/A

Address

9137

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Centralia | MO | 65240 |

Country

---

**2.53** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Alliance Industries

Name

Notice Name

N2467 Vaughan Rd.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Waupaca | WI | 54981 |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*    23-10208

| | | |
|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Almco Steel Products Corporation |
| | | Name |
| | | |
| | | Notice Name |
| | | 0059 N. Oak St. |
| **State the term remaining** | N/A | Address |
| **List the contract number of any government contract** | | |
| | | Bluffton |
| | | City |
| | | IN |
| | | State |
| | | 46714 |
| | | ZIP Code |
| | | Country |

State what the contract or lease is for and the nature of the debtor's interest — Confidentiality Agreement — Almco Steel Products Corporation
Name

Notice Name

0059 N. Oak St.
Address

State the term remaining — N/A

List the contract number of any government contract

Bluffton — IN — 46714
City — State — ZIP Code

Country

---

2.55 **State what the contract or lease is for and the nature of the debtor's interest** — Confidentiality Agreement — Alpha Dies and Patterns India
Name

Notice Name

T-143/2 MIDC Area
Address

**State the term remaining** — N/A

**List the contract number of any government contract**

Bhosari — Prune — 411026
City — State — ZIP Code

India
Country

---

2.56 **State what the contract or lease is for and the nature of the debtor's interest** — Confidentiality Agreement — Alpha Manufacturing Company
Name

Notice Name

100 Old Barnwell Rd.
Address

**State the term remaining** — N/A

**List the contract number of any government contract**

West Columbia — SC — 29171
City — State — ZIP Code

Country

Debtor:    Pure Power Technologies, Inc.
Name

Case number *(if known)*:    23-10208

| | | |
|---|---|---|
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Alpha Omega Swiss Inc.
Name

Notice Name

23305 La Palma Ave.
Address

| Yorba Linda | CA | 92887 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Proposal Amendment #1 |
| | | |
| | **State the term remaining** | Apr-24 |
| | **List the contract number of any government contract** | |

Alten Technology USA
Name

Notice Name

3221 W. Big Beaver Road
Address

Suite 116

| Troy | MI | 48084 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Alternative Fuel Technology LLC
Name

Notice Name

12237 Woodbine Rd.
Address

| Redford Rd. | MI | 48239 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | AM General LLC |
| | | Name |
| | | |
| | | Notice Name |
| | **State the term remaining** | N/A |
| | | 105 North Niles Avenue |
| | | Address |
| | **List the contract number of any government contract** | |

| South Bend | IN | 46617 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | AMBAC International |
| | | Name |
| | | |
| | | Notice Name |
| | **State the term remaining** | N/A |
| | | 910 Spears Creek Ct. |
| | | Address |
| | **List the contract number of any government contract** | |

| Elgin | SC | 29045 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | AMbac International Corp. |
| | | Name |
| | | |
| | | Notice Name |
| | **State the term remaining** | N/A |
| | | 910 Spears Creek Ct. |
| | | Address |
| | **List the contract number of any government contract** | |

| Elgin | SC | 29045 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.63** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

American Axle and Manufacturing Inc.
Name

Notice Name

State the term remaining   N/A

1 Dauch Dr.
Address

List the contract number of any government contract

Detroit | MI | 48211
City | State | ZIP Code

Country

**2.64** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

American Computer Development Inc.
Name

Notice Name

State the term remaining   N/A

5350 Partners Court
Address

List the contract number of any government contract

Federick | MD | 21703
City | State | ZIP Code

Country

**2.65** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

American Hofmann Corporation
Name

Notice Name

3700 Cohen Place
Address

State the term remaining   N/A

List the contract number of any government contract

Lynchburg | VA | 24501
City | State | ZIP Code

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | American Industrial Corporation |
|------|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1400 American Way |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Greenwood | IN | 46143 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | American Laubscher Corp. |
|------|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 Finn Ct. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Farmingdale | NY | 11735 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | American Metal Technologies LLC |
|------|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8213 Durand Ave. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Sturtevant | WI | 53177 |
| | | | City | State | ZIP Code |
| | | | Country |

| Debtor: | Pure Power Technologies, Inc. | Case number *(if known)*: | 23-10208 |
| | Name | | |

| | | | |
|---|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | American Micro Products Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4288 Armstrong Blvd. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Batavia ⎸ OH ⎸ 45103 |
| | | | City ⎸ State ⎸ ZIP Code |
| | | | Country |

**2.69**

State what the contract or lease is for and the nature of the debtor's interest — Confidentiality Agreement

American Micro Products Inc.
Name

Notice Name

4288 Armstrong Blvd.
Address

State the term remaining — N/A

List the contract number of any government contract

Batavia    OH    45103
City    State    ZIP Code

Country

---

**2.70**

State what the contract or lease is for and the nature of the debtor's interest — Confidentiality Agreement

American Roller Bearing Inc.
Name

Notice Name

400 2nd. Ave.
Address

PO Box 68

State the term remaining — N/A

List the contract number of any government contract

Hickory    NC    28601
City    State    ZIP Code

Country

---

**2.71**

State what the contract or lease is for and the nature of the debtor's interest — Confidentiality Agreement

American Trim LLC
Name

Notice Name

1005 W. Grand Ave.
Address

State the term remaining — N/A

List the contract number of any government contract

Lima    OH    45801
City    State    ZIP Code

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Amitron Corporation |
|---|---|---|---|
| | | | Name |

Notice Name

2001 Landmark Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Elk Groove Village | IL | 60007 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Ampheol Industrial Operations |
|---|---|---|---|
| | | | Name |

Notice Name

40-60 Delaware Ave.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Sidney | NY | 13838 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | AMS AG |
|---|---|---|---|
| | | | Name |

Notice Name

30 Tobelbader Strasse
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Unterpremstaetten | | 08141 |
|---|---|---|
| City | State | ZIP Code |

Austria
Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

---

**2.75** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Amtech Precision Products
Name

Notice Name

1875 Holmes Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Elgin | IL | 60123 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.76** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Amtek India
Name

Notice Name

3 LSL Pamposh Enclave GK-1
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| New Delhi | | 110048 |
|---|---|---|
| City | State | ZIP Code |

India
Country

---

**2.77** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Anchor- Harvey Components LLC
Name

Notice Name

600 West Lamm Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Freeport | IL | 61032 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.
_____
Name

Case number *(if known)*: 23-10208

**2.78** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Ansys Inc.
_____
Name

_____
Notice Name

2600 Ansys Dr.
_____
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Canonsburg | PA | 15317 |

_____
Country

**2.79** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

AP Westshore Inc.
_____
Name

_____
Notice Name

4000 State Hwy. 91
_____
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Oshkosh | WI | 54901 |

_____
Country

**2.80** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Aperam Alloys Imphy
_____
Name

_____
Notice Name

1a5 rue Luigi Cherubini
_____
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Saint-Denis | | 63200 |
| France | | |

_____
Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.81** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Applied Process Inc.
Name

Notice Name

12202 Newburgh Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Livonia | MI | 48150 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.82** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Applied Process Inc.
Name

Notice Name

12202 Newburgh Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Livonia | MI | 48150 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.83** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Applied Technical Services Inc.
Name

Notice Name

1049 Triad Court
Address

**State the term remaining** 9/12/2023

**List the contract number of any government contract**

| Marietta | GA | 30062 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Apriso Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 301 East Ocean Blvd. |
| | **State the term remaining** | N/A | Address |
| | | | Suite 1200 |
| | **List the contract number of any government contract** | | |

| | | | Long Beach | CA | 90802 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Arbomex S.A. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Norte 7 - No 102 Ciudad Industrial |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | | Celaya Guanajuato | | 38010 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Mexico | | |
| | | | Country | | |

| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Ari-USA & Warren Screws |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 13201 Stephens Dr. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | | Warren | MI | 48089 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.87** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Ari-USA Inc. & Indo-Min
Name

Notice Name

23210 Greater Mack
Address

State the term remaining    N/A

List the contract number of any government contract

| St. Clair Shores | MI | 48080 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.88** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Armstrong Mold Corp.
Name

Notice Name

6910 Manlius Center Rd.
Address

State the term remaining    N/A

List the contract number of any government contract

| East Syracuse | NY | 13057 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.89** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Arnie Nielsen Consulting LLC
Name

Notice Name

47580 Arbor Trail
Address

State the term remaining    N/A

List the contract number of any government contract

| Northville | MI | 48168 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*:   23-10208

---

**2.90** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Arnold Magnetic Technologies
| | | Name
| | |
| | | Notice Name
| | | 770 Linden Ave.
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | | |
| | | Rodchester | NY | 14625
| | | City | State | ZIP Code
| | | Country

**2.91** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Arrow Electronics Inc.
| | | Name
| | |
| | | Notice Name
| | | 50 Marcus Dr.
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | | |
| | | Melville | NY | 11747
| | | City | State | ZIP Code
| | | Country

**2.92** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | ASF Logistics
| | | Name
| | |
| | | Notice Name
| | | 671 Bellbrooke Ave.
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | | |
| | | Xenia | OH | 45385
| | | City | State | ZIP Code
| | | Country

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.93** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Ashley Ward Inc.

Name

Notice Name

State the term remaining    N/A

7490 Easy Street

Address

List the contract number of any government contract

| Mason | OH | 45040 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.94** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Ashok Leyland Limited

Name

Notice Name

State the term remaining    N/A

No.1 Sardar Patel Rd.

Address

List the contract number of any government contract

| Guindy Chennai | | 600 032 |
|---|---|---|
| City | State | ZIP Code |

India

Country

---

**2.95** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Assembly & Test Worldwide Inc.

Name

Notice Name

State the term remaining    N/A

313 Mound Street

Address

List the contract number of any government contract

| Dayron | OH | 45402 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.96 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

ATF, Inc.
Name

Notice Name

**State the term remaining** N/A

3550 West Pratt Avenue
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Lincolnwood | IL | 60712 |

Country

**2.97 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

ATFInc.
Name

Notice Name

**State the term remaining** N/A

3550 West Pratt Ave.
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Lincolnwood | IL | 60712 |

Country

**2.98 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Atlantic Tooling Inc.
Name

Notice Name

**State the term remaining** N/A

PO Box 5778
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Florence | SC | 29502 |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | ATM service | ATMatWork |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | 9/27/2022 | 67 S. Higley Road |
| | | | Address |
| | | | STE 103-276 |
| | **List the contract number of any government contract** | | |

| | | | Gilbert | AZ | 85296 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Atmel Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | N/A | 2325 Orchard Parkway |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | San Jose | CA | 95131 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | ATS Carolina Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | N/A | 1510 Cedar Line Dr. |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Rock Hill | SC | 29730 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.102 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Aurora Casting Service
Name

Notice Name

1099 County Road b
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Niagara | WI | 54151 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.103 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Austin Group LLC
Name

Notice Name

110 N. 5th Street
Address

Suite 201

**State the term remaining** N/A

**List the contract number of any government contract**

| Quincy | IL | 62301 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.104 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Austriamicrosystems AG
Name

Notice Name

Tobelbaderstrasse 30
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Unterpremstaetten | | 08141 |
|---|---|---|
| City | State | ZIP Code |

Austria
Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.105** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Auto Parts Direct

Name

Notice Name

4346 48th ST.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Holland | MI | 49423 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.106** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

AutoCam Inc.

Name

Notice Name

4436 Broadmoor SE

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Kentwood | MI | 49512 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.107** **State what the contract or lease is for and the nature of the debtor's interest**

MOU

Autocam Precision Components Group of NN, Inc.

Name

Notice Name

6210 Ardrey Kell Road

Address

**State the term remaining** 12/31/2031

Suite 600

**List the contract number of any government contract**

| Charlotte | NC | 28277 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Automation Aides |
|---|---|---|---|

Name

Notice Name

State the term remaining | N/A

301 Camars Dr.
Address

List the contract number of
any government contract

| Warminster | PA | 18974 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Automation Tool Company |
|---|---|---|---|

Name

Notice Name

State the term remaining | N/A

101 Mill Dr.
Address

List the contract number of
any government contract

| Cookeville | TN | 38502 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Automotive Infotronics  Private Limited |
|---|---|---|---|

Name

Notice Name

1st Floor Khivraj Complex No. 2
Address

State the term remaining | N/A

No. 478-482 Annasalai

List the contract number of
any government contract

Nandanam, Chennai

| Tamil Nadu | | 600 035 |
|---|---|---|
| City | State | ZIP Code |

India
Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Autonetics LLC
Name

Notice Name

1712-2 Farrington Point Road
Address

| Chapel hill | NC | 27517 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Autoplice Inc.
Name

Notice Name

10121 Barnes Canyon Rd.
Address

| San Diego | CA | |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

AutoZone Parts, Inc.
Name

Notice Name

123 S. Front Street
Address

| Memphis | TN | 38103 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.114** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

AVL Test Systems Inc.
Name

Notice Name

47519 Halyard Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Plymouth | MI | 48170 |
| City | State | ZIP Code |

Country

**2.115** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Avnet Electronics Marketing
Name

Notice Name

2211 S. 47th Street
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Phoenix | AZ | 85034 |
| City | State | ZIP Code |

Country

**2.116** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

AVX Corporation
Name

Notice Name

1 AVX BLVD.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Fountain Inn | SC | 29644 |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*    23-10208

| | | |
|---|---|---|
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |

B&H Pattern Inc.
Name

Notice Name

3240 W. Highview Dr.
Address

| | | |
|---|---|---|
| **State the term remaining** | N/A | |
| **List the contract number of any government contract** | | |

| Appleton | WI | 54914 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Bachhuber Manufacturing Corp.
Name

Notice Name

450 Steel Lane
Address

| | | |
|---|---|---|
| **State the term remaining** | N/A | |
| **List the contract number of any government contract** | | |

| Mayville | WI | 53050 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Bahmueller Technologies Inc.
Name

Notice Name

2321-A Distribution St.
Address

| | | |
|---|---|---|
| **State the term remaining** | 4/30/2024 | |
| **List the contract number of any government contract** | | |

| Charlotte | NC | 28203 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | | | |
|---|---|---|---|---|
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Baier & Michels Gmbh | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | Carl Schneider- Strbe 1 | |
| | **State the term remaining** | N/A | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Ober- Ramstadt-Rohrbach | 64372 |
| | | | City          State | ZIP Code |
| | | | Germany | |
| | | | Country | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Balance Technology Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 7035 Jomar Dr. | |
| | **State the term remaining** | N/A | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Whitmore Lake          MI | 48189 |
| | | | City          State | ZIP Code |
| | | | Country | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Balluff  Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 8125 Holton Dr. | |
| | **State the term remaining** | N/A | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Florence          KY | 41042 |
| | | | City          State | ZIP Code |
| | | | Country | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | BalTec Corporation |
|---|---|---|---|

|  |  |  | Name |
|---|---|---|---|
|  |  |  | Notice Name |
|  | **State the term remaining** | N/A | 130 Technology Dr. |
|  |  |  | Address |
|  | **List the contract number of any government contract** |  |  |
|  |  |  | Canonsburg    PA    15317 |
|  |  |  | City    State    ZIP Code |
|  |  |  | Country |

| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Bank Of America |
|---|---|---|---|

|  |  |  | Name |
|---|---|---|---|
|  |  |  | Notice Name |
|  | **State the term remaining** | N/A | 2600 W. Big Beaver Rd. |
|  |  |  | Address |
|  | **List the contract number of any government contract** |  |  |
|  |  |  | Troy    MI    48084 |
|  |  |  | City    State    ZIP Code |
|  |  |  | Country |

| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Banner Services Corp. |
|---|---|---|---|

|  |  |  | Name |
|---|---|---|---|
|  |  |  | Notice Name |
|  | **State the term remaining** | N/A | 494 E. Lies Rd. |
|  |  |  | Address |
|  | **List the contract number of any government contract** |  |  |
|  |  |  | Carol Stream    IL    60188 |
|  |  |  | City    State    ZIP Code |
|  |  |  | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Barlie Precision Grinding |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 12320 Plaza Drive |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | Parma | OH | 44130 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Barnes Honing |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 501 West Algonquin Rd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | Mount Prospect | IL | 60056 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Barron Industries Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 215 Plexus Dr. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | Oxford | MI | 48371 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Bas Castings LTD |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Pinxton |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Nottinghamshire |

| City | State | ZIP Code |
|---|---|---|
| Nottinghamshire | | |
| England | | |
| Country | | |

| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | BBB Industries |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 29627 Renaissance Blvd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| City | State | ZIP Code |
|---|---|---|
| Daphne | Al | 36526 |
| Country | | |

| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Beacon Dynamics Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 90-100 Highway 206 |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| City | State | ZIP Code |
|---|---|---|
| Stanhope | NJ | 07874 |
| Country | | |

| Debtor: | Pure Power Technologies, Inc. | Case number *(if known)*: | 23-10208 |
|---|---|---|---|
| | Name | | |

| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | BECS Pacific LTD |
|---|---|---|---|
| | | | Name |

Notice Name

2825 Pellissier Place

Address

**State the term remaining** — N/A

**List the contract number of any government contract**

| Whittier | CA | 90601 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Behr GmbH & Co. KG |
|---|---|---|---|
| | | | Name |

Notice Name

Mauserstrabe 3

Address

**State the term remaining** — N/A

**List the contract number of any government contract**

| Stuttgart | | 70469 |
|---|---|---|
| City | State | ZIP Code |

Germany

Country

| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Bellwright Manufacturing |
|---|---|---|---|
| | | | Name |

Notice Name

10186 Bellwright Rd.

Address

**State the term remaining** — N/A

**List the contract number of any government contract**

| Summerville | SC | 29483 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known):* | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

**2.135** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Benteler Automotive Corp.
Name

Notice Name

2650 N. Opdyke Rd.
Address

Building B

**State the term remaining**  N/A

**List the contract number of any government contract**

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.136** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Bermo Inc.
Name

Notice Name

4501 Ball Road
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Northeast Circle Pines | MN | 55014 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.137** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Berrueta Diesel Parts
Name

Notice Name

Nicholas Bravo
Address

No. 766

**State the term remaining**  N/A

**List the contract number of any government contract**

Col. San Carlos

| Guadalajara | Jalisco | 44460 |
|---|---|---|
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.138** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Betty Machine Co.
Name

Notice Name

**State the term remaining** N/A

324 Freehill Rd.
Address

**List the contract number of any government contract**

| Hendersonville | TN | 37075 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.139** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Beyond Automation Robotics LLC
Name

Notice Name

**State the term remaining** N/A

2138 Baldwin Street
Address

**List the contract number of any government contract**

| Fort Collins | CO | 80528 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.140** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Bhargav Brass Industries
Name

Notice Name

Plot No: 3905/B, "W" Road GIDC - phase 3
Address

**State the term remaining** N/A

Dared

**List the contract number of any government contract**

Jamnagar

| Gujarrat | | 361004 |
|---|---|---|
| City | State | ZIP Code |
| India | | |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.141** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Bisco Industries

Name

Notice Name

1500 North Lakeview Ave.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Anaheim | CA | 92807 |
| City | State | ZIP Code |

Country

**2.142** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Bluewater Thermal Solutions

Name

Notice Name

310 S. Wolf Rd.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Northlake | Il | 60164 |
| City | State | ZIP Code |

Country

**2.143** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Bohmer Maschinebau Gmbh

Name

Notice Name

Industriestr. 15

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Steinebach | | 57250 |
| City | State | ZIP Code |
| Germany | | |

Country

Debtor:  Pure Power Technologies, Inc.
Name

Case number *(if known)*:    23-10208

---

**2.144** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

BombShelter Diesel Supply - Diesel Core
Name

Notice Name

**State the term remaining**    N/A

5829 W. Sam Houston Pkwy
Address

N Suite 610

**List the contract number of any government contract**

| Houston | TX | 77041 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.145** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Borg Warner Turbo Syatem LLC
Name

Notice Name

**State the term remaining**    N/A

3800 Automation Ave.
Address

**List the contract number of any government contract**

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.146** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

BorgWarner Turbo Systems,  LLC
Name

Notice Name

**State the term remaining**    11/12/2023

3800 Automation Ave.
Address

**List the contract number of any government contract**

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Borla Performance Industries |
| | | Name |
| | | |
| | | Notice Name |
| | | 701 Arcturus |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of** | |
| | **any government contract** | |
| | | |
| | | Oxnard    CA    93033 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Bose Corporation |
| | | Name |
| | | |
| | | Notice Name |
| | | The Mountain |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of** | |
| | **any government contract** | |
| | | |
| | | Framington    MA    01701 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Bostech Auto |
| | | Name |
| | | |
| | | Notice Name |
| | | 300 W. Broad St. |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of** | |
| | **any government contract** | |
| | | |
| | | Hemingway    SC    29554 |
| | | City    State    ZIP Code |
| | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.150** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Bostech Coroporation

Name

Notice Name

300 W. Broad Street

Address

State the term remaining    N/A

List the contract number of any government contract

| Hemingway | SC | 29554 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.151** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Bostech Corporation

Name

Notice Name

300 W. Broad St.

Address

State the term remaining    N/A

List the contract number of any government contract

| Hemingway | SC | 29554 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.152** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Botek USA

Name

Notice Name

200 N. Garden

Address

State the term remaining    N/A

List the contract number of any government contract

| Roselle | IL | 60172 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Pure Power Technologies, Inc.

Name

Case number *(if known)*   23-10208

**2.153** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Bowling Green Technical College

Name

Notice Name

1127 Morgantown Rd.

**State the term remaining**   N/A

Address

**List the contract number of any government contract**

| Bowling Green | KY | 42101 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.154** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Braas Company

Name

Notice Name

1302 Richard Street

**State the term remaining**   N/A

Address

**List the contract number of any government contract**

| Salisbury | NC | 28144 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.155** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Bracalente Manufacturing Company

Name

Notice Name

20 West Creamery Rd.

**State the term remaining**   N/A

Address

**List the contract number of any government contract**

| Trumbauersville | PA | 18970 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.156** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Braddock Metallurgial
| | | Name
| | |
| | | Notice Name
| | | 14600 Duval Place West
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | | |
| | | Jacksonville | FL | 32218
| | | City | State | ZIP Code
| | | Country

**2.157** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Brembo North America
| | | Name
| | |
| | | Notice Name
| | | 47765 Halyard Dr.
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | | |
| | | Plymouth | MI | 48170
| | | City | State | ZIP Code
| | | Country

**2.158** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Bremer Manufacturing Co.
| | | Name
| | |
| | | Notice Name
| | | W2002 County Hwy. Q
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | | |
| | | Elkart Lake | WI | 53020
| | | City | State | ZIP Code
| | | Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.159** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Bremer Manufacturing Company Inc.
Name

Notice Name

W2002 County Hwy Q

**State the term remaining** | N/A
Address

**List the contract number of any government contract**

Elkart Lake | WI | 53020
City | State | ZIP Code

Country

---

**2.160** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Brighton NC Machine Shop Corp.
Name

Notice Name

7300 Whitemore Lake Rd.

**State the term remaining** | N/A
Address

**List the contract number of any government contract**

Brighton | MI | 48116
City | State | ZIP Code

Country

---

**2.161** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Brose North America Inc
Name

Notice Name

3933 Automation Ave.

**State the term remaining** | 9/10/2023
Address

**List the contract number of any government contract**

Auburn Hills | MI | 48326
City | State | ZIP Code

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*    23-10208

---

**2.162** **State what the contract or lease is for and the nature of the debtor's interest**    Confidentiality Agreement

Brose North America Inc.
Name

Notice Name

3933 Automation Ave.
Address

**State the term remaining**    9/10/2023

**List the contract number of any government contract**

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.163** **State what the contract or lease is for and the nature of the debtor's interest**    Confidentiality Agreement

BUB Automotive LTD
Name

Notice Name

Room 2503 Tower A Jian Wai SOHO, 39 East 3rd. Ring Road
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| Beijing | | 10022 |
|---|---|---|
| City | State | ZIP Code |

China
Country

---

**2.164** **State what the contract or lease is for and the nature of the debtor's interest**    Confidentiality Agreement

Buehler Motor Inc.
Name

Notice Name

850 Aviation Parkway
Address

Suite 300

**State the term remaining**    N/A

**List the contract number of any government contract**

| Morrisville | NC | 27560 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Official Form 206G

**Schedule G: Executory Contracts and Unexpired Leases**

Page 55 of 329

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.165** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Busche CNC

Name

Notice Name

PO Box 77

Address

**State the term remaining** N/A

1563 E State Rd. 8

**List the contract number of any government contract**

| Albion | IN | 46701 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.166** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Busche Enterprise Division

Name

Notice Name

PO Box 9595

Address

**State the term remaining** N/A

1563 E State Rd. 8

**List the contract number of any government contract**

| Albion | IN | 46701 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.167** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Byars Machine Company Inc.

Name

Notice Name

167 Byars Rd.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Laurens | SC | 29360 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | C&S Machine |
| | | Name |
| | | |
| | | Notice Name |
| | | 2929 Saratore Drive |
| | **State the term remaining** 9/23/2024 | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| | | Niles |
| | | City |

| | | |
|---|---|---|
| | MI | 49120 |
| | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | Volume contract agreement |
| | | Cambira Hotels |
| | | Name |
| | | |
| | | Notice Name |
| | | 1000 Lady Street |
| | **State the term remaining** 12/31/2023 | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| | | Columbia |
| | | City |

| | | |
|---|---|---|
| | SC | 29201 |
| | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Carlson Tool & Manufacturing Corp. |
| | | Name |
| | | |
| | | Notice Name |
| | | W57N14386 Doerr Way |
| | **State the term remaining** N/A | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| | | Cedarburg |
| | | City |

| | | |
|---|---|---|
| | WI | 53012 |
| | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | forklifts | | Carolina Handling | | |
|---|---|---|---|---|---|---|
| | | | | Name | | |
| | | | | Notice Name | | |
| | | | | 1103 Piedmont Hwy | | |
| | **State the term remaining** | 7/15/2024 | | Address | | |
| | **List the contract number of any government contract** | | | | | |
| | | | | Piedmont | SC | 29673-7717 |
| | | | | City | State | ZIP Code |
| | | | | Country | | |

| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | forklifts, batteries | | Carolina Handling | | |
|---|---|---|---|---|---|---|
| | | | | Name | | |
| | | | | Notice Name | | |
| | | | | 4835 Sirona Dr, Ste 100 | | |
| | **State the term remaining** | 7/31/2024 | | Address | | |
| | **List the contract number of any government contract** | | | | | |
| | | | | Charlotte | NC | 28273 |
| | | | | City | State | ZIP Code |
| | | | | Country | | |

| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | | Carolina Industrial Foundry | | |
|---|---|---|---|---|---|---|
| | | | | Name | | |
| | | | | Notice Name | | |
| | | | | 5053 S. York Highway | | |
| | **State the term remaining** | N/A | | Address | | |
| | **List the contract number of any government contract** | | | | | |
| | | | | Gastonia | NC | 28052 |
| | | | | City | State | ZIP Code |
| | | | | Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.174 State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Carolina Industrial Staffing, Inc.
Name

Notice Name

810 Dutch Square Blvd.
Address

**State the term remaining** N/A

Suite 195

**List the contract number of any government contract**

| Columbia | SC | 29210 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.175 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Carolina Industrial Trucks
Name

Notice Name

1619 Bluff Road
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Columbia | SC | 29201 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.176 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Carolina Laser Cutting
Name

Notice Name

4400 South Holden Road
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Greensboro | NC | 27406 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.177** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

State the term remaining: N/A

List the contract number of any government contract

| | | |
|---|---|---|
| Carolina Machine and Tool Inc. | | |
| Name | | |
| Notice Name | | |
| 300 Industrial Drive | | |
| Address | | |
| | | |
| Greenville | SC | 29607 |
| City | State | ZIP Code |
| Country | | |

**2.178** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

State the term remaining: N/A

List the contract number of any government contract

| | | |
|---|---|---|
| Carolina Metrology LLC | | |
| Name | | |
| Notice Name | | |
| 197 Ridgeview Center Dr. | | |
| Address | | |
| Suite E | | |
| | | |
| Duncan | SC | 29334 |
| City | State | ZIP Code |
| Country | | |

**2.179** State what the contract or lease is for and the nature of the debtor's interest: Engagement Letter- services

State the term remaining: 12/31/2023

List the contract number of any government contract

| | | |
|---|---|---|
| Caron and Bletzer, PLLC | | |
| Name | | |
| Notice Name | | |
| 1 Library Lane | | |
| Address | | |
| | | |
| Kingston | NH | 03848 |
| City | State | ZIP Code |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Carpenter Technology Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | N/A | 101 West Bern Street |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Reading | PA | 19601 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Cascade Sierra Solutions |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | N/A | 10360 North Vancouver Way |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Portland | OR | 97217 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Cascon Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | N/A | 65 Forest Fall Drive |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Yarmouth | ME | 04096 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.183** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Cast Components International, Inc
Name

Notice Name

114 Ashland Point
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Hendersonville | TN | 37075 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.184** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Casting Solutions Inc.
Name

Notice Name

325 N. Center Street
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Lake Geneva | WI | 53147 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.185** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Castronics
Name

Notice Name

630-7 Sungkok-Dong
Address

**State the term remaining** N/A

**List the contract number of any government contract**

Danwon-Ku Ansan City

| Kyungki-Do | | |
|---|---|---|
| City | State | ZIP Code |

Korea
Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.186** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Caterpillar Inc.
Name

Notice Name

100 N.E. Adams Street
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

| Peoria | IL | 61629 |
| City | State | ZIP Code |

Country

**2.187** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | CCS International Circuits LLC
Name

Notice Name

523 Puala Drive South
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

| Dunedin | FL | 34698 |
| City | State | ZIP Code |

Country

**2.188** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | CCT Precision Machining
Name

Notice Name

804-B Port America
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

| Grapevine | TX | 76051 |
| City | State | ZIP Code |

Country

Debtor:   Pure Power Technologies, Inc.                                                 Case number *(if known)*:   23-10208

Name

| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Centracore LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 315 Whiting Street |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | St. Clair          MI          48079 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Central Motive Power Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6301 North Broadway |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Denver          CO          80216 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Central Pattern Corp. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 101 N. Oakridger Drive |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | North Praire          WI          53153 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.192**

| State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Centric Alloys Corporation |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 250 Wood Street |
| State the term remaining | N/A | Address |
| List the contract number of any government contract | | |
| | | |

| Doylestown | PA | 18901 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.193**

| State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Century Fasteners Corp. |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 115 West Park Blvd. |
| State the term remaining | N/A | Address |
| List the contract number of any government contract | | |
| | | |

| Columbia | SC | 29210 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.194**

| State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Ceradyne Inc. |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 3169 Red Hill Ave. |
| State the term remaining | N/A | Address |
| List the contract number of any government contract | | |
| | | |

| Costa Mesa | CA | 92626 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.195** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Ceratizit USA Inc.

Name

Notice Name

11355 Stephens Rd.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Warren | MI | 48089 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.196** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

CGS Machine and Tool Inc.

Name

Notice Name

2750 Griffin Drive

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Bowling Green | KY | 42101 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.197** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Changzhou Tenglong Auto Parts Co.

Name

Notice Name

No. 1 Tenglong Rd. Yanzhen West Rd.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Changzhou Jiangsu Province | | |
|---|---|---|
| City | State | ZIP Code |

China

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.198** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Chemstation
Name

Notice Name

110 Sunbelt Blvd.
Address

State the term remaining    N/A

List the contract number of any government contract

| Columbia | SC | 29203 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.199** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

China FAW Corp. LTD
Name

Notice Name

1063 Chuangye St.
Address

State the term remaining    N/A

List the contract number of any government contract

| Changchun City JIn Province | | |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

**2.200** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

China National Aero- TechI/E Hangzhou Company
Name

Notice Name

257 Tiyuchang Road
Address

State the term remaining    N/A

List the contract number of any government contract

| Hangzhou, Zhejiang | | |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | China National Heavy Duty Truck Group |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 10/1/2032 | No. 6 Cuining Rd. |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | New Northern Zone Chongqing |
| | | | City / State / ZIP Code |
| | | | China |
| | | | Country |

| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Chiron America Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | N/A | 10950 Withers Cove park Dr. |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Charlotte / NC / 28278 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Christopher Tool |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | N/A | 30500 Carter Street |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Solon / OH / 44139 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.204** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

CIM Syatems Inc.
Name

Notice Name

15500 Herriman Blvd.
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Noblesville | IN | 46060 |
| City | State | ZIP Code |

Country

---

**2.205** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Cincinnati Sub Zero Products Inc.
Name

Notice Name

12011 Mosteller Rd.
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Cincinnati | OH | 45241 |
| City | State | ZIP Code |

Country

---

**2.206** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Cincinnati Test Systems
Name

Notice Name

10100 Progress Way
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Harrison | OH | 45030 |
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.

Name

Case number (if known): 23-10208

**2.207** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Cincinnati Tool Steel Company

Name

Notice Name

201 Stanley

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Elk Grove Village | Il | 60007 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.208** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Cintas

Name

Notice Name

1722 Airport Blvd.

**State the term remaining** 2/2/2026

Address

**List the contract number of any government contract**

| Cayce | SC | 29033 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.209** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Ciona Technologies LLC

Name

Notice Name

3001 E. Division St.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Springfeild | MO | 65802 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Circuit Board Medics |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 15-C Pelham Ridge Dr. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Greenville SC 29615 |
| | | | City State ZIP Code |
| | | | Country |

| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Circuitronics LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 201 N. Gables Blvd. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Wheaton IL 60187 |
| | | | City State ZIP Code |
| | | | Country |

| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Cixi Hua Bia Machinery Co. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | No. 258 Yanjiang Rd. Andong Town |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Zhejiang Province |
| | | | City State ZIP Code |
| | | | China |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.213** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

Clansman Dynamics LTD
Name

Notice Name

State the term remaining: N/A

Stephens Building Nasmyth Ave.
Address

Enterprise Tech. Park

List the contract number of any government contract

East Kilbride G75
City | State | ZIP Code

India
Country

**2.214** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

Clarion Sintered Metals Inc.
Name

Notice Name

State the term remaining: N/A

3472 Montmorenci Rd.
Address

List the contract number of any government contract

Ridgeway | PA | 15853
City | State | ZIP Code

Country

**2.215** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

Clark Equipment Company
Name

Notice Name

State the term remaining: 4/17/2024

250 East beaton Dr.
Address

List the contract number of any government contract

West Fargo | ND | 58078
City | State | ZIP Code

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer supply agreement |

Clark Equipment Company
Name

Notice Name

250 East Beaton Dr.
Address

**State the term remaining** 6/5/2025

**List the contract number of any government contract**

| West Fargo | ND | 58078 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Cleveland Deburring machine
Name

Notice Name

3370 West 140th Street
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Cleveland | OH | 44111 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Clifford-Jacobs Forging
Name

Notice Name

2410 N. 5th Street
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Champaign | IL | 61822 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number (if known): 23-10208

**2.219** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Climco Coils Company

Name

Notice Name

701 Klimstra Court

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Morrison | IL | 61270 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.220** **State what the contract or lease is for and the nature of the debtor's interest**

vending/comodity management

CMT

Name

Notice Name

PO Box 604025

Address

**State the term remaining** 3/2/2023

**List the contract number of any government contract**

| Charlotte | NC | 28260-4025 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.221** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

CMT Industrial Solutions

Name

Notice Name

300 Industial Dr.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| | | |
|---|---|---|
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Cold Jet LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 455 Wards Coner Rd. |
| | **State the term remaining** N/A | Address |
| | | |
| | **List the contract number of any government contract** | |
| | | |
| | | Loveland    OH    45140 |
| | | City    State    ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Coleman Tool and Manufacturing |
| | | Name |
| | | |
| | | Notice Name |
| | | 1625 Leider Dr. |
| | **State the term remaining** N/A | Address |
| | | |
| | **List the contract number of any government contract** | |
| | | |
| | | Union Grove    WI    53182 |
| | | City    State    ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Columbia Gear |
| | | Name |
| | | |
| | | Notice Name |
| | | 530 County Rd. 50 |
| | **State the term remaining** N/A | Address |
| | | |
| | **List the contract number of any government contract** | |
| | | |
| | | Avon    MN    56310 |
| | | City    State    ZIP Code |
| | | |
| | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Columbia Tool and Die |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 301 Old Barnwell Rd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| West Columbia | Sc | 29170 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Complete Coach Wworks |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1863 Service Court |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| Riverside | CA | 92507 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Complete Grinding Solutions |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 219 S. Pioneer Blvd. |
| | State the term remaining | N/A | Address |
| | | | Suite A |
| | List the contract number of any government contract | | |

| Springboro | OH | 45066 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| | | | | |
|---|---|---|---|---|
| **2.228** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Concept Packaging Group | |
| | | | Name | |
| | | | Notice Name | |
| | | | 6 Nesbitt Dr. | |
| | **State the term remaining** | N/A | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Inman | SC | 29349 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| **2.229** | **State what the contract or lease is for and the nature of the debtor's interest** | VXRail - IT hardware | Connection Financial Services | |
| | | | Name | |
| | | | Notice Name | |
| | | | 2330 Interstate 30 | |
| | **State the term remaining** | 12/26/2023 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Mesquite | TX | 75150 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| **2.230** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Consolidated Metco Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | | | 5701 SE Columbia Way | |
| | **State the term remaining** | N/A | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Vancouver | WA | 98661 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Control Properties LLC |
| --- | --- | --- | --- |

Name

Notice Name

34 Royal Waters Dr.
Address

State the term remaining: N/A

List the contract number of any government contract

| San Antonio | TX | 78248 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Coors Tek Inc. |
| --- | --- | --- | --- |

Name

Notice Name

16000 North Table Mountain
Address

State the term remaining: N/A

List the contract number of any government contract

| Golden | CO | |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Covert Manufacturing |
| --- | --- | --- | --- |

Name

Notice Name

328 S.East Street
Address

State the term remaining: N/A

List the contract number of any government contract

| Galion | OH | 44833 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.234** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Cox Mfg. Co. Inc.
Name

Notice Name

5500 N. Loop 1604E
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| San Antonio | TX | 78247 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.235** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

CPI Premier Cutting Tool Dist.
Name

Notice Name

1172 East Pine log Rd.
Address

**State the term remaining** 10/4/2023

**List the contract number of any government contract**

| Aiken | SC | 29803 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.236** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Cragg Machine Tool Inc
Name

Notice Name

116 Mcleod Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Columbia | SC | 29203 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.237** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

Creative Design Concepts Inc.
Name

Notice Name

116 Morlake dr.
Address

State the term remaining: N/A

Suite 104

List the contract number of any government contract

| Mooresville | NC | 28117 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.238** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

Creed Monarch Inc.
Name

Notice Name

1 Pucci Park
Address

State the term remaining: N/A

List the contract number of any government contract

| New Britain | CT | 06050 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.239** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

Crest Ultrasonics Corp.
Name

Notice Name

10 Grumman Ave.
Address

State the term remaining: N/A

List the contract number of any government contract

| Trenton | NJ | 08628 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.240 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Crotts and Saunders Engineering Inc.
Name

Notice Name

4000 Silas Creek Parkway
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Winston-Salem | NC | 27104 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.241 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Cummins Inc.
Name

Notice Name

500 Jackson St.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Columbus | IN | 47201 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.242 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Cupples J&J Company Inc.
Name

Notice Name

1063 Whitehall
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Jackson | TN | 38302 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Pure Power Technologies, Inc. | | Case number (if known): | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

**2.243** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Curtiss-Wright Controls Inc.
Name

Notice Name

15800 John J. Delaney Dr.
Address

**State the term remaining**   N/A

Suite 200

**List the contract number of any government contract**

| Charlotte | NC | 28277 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.244** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Curtis-Wright Controls Integrated Sensing Inc.
Name

Notice Name

655 North Baldwin Park Blvd.
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| City of Industry | CA | 91746 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.245** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Custom Component Sales Inc.
Name

Notice Name

104 Strathmore Dr.
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| Greer | SC | 29650 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)* | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

**2.246** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Czech Asset Management LP
Name

Notice Name

1700 East Putnam Ave.
Address

**State the term remaining**     N/A

Suite 207

**List the contract number of any government contract**

| Old Greenwich | CT | 06870 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.247** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

D&H Industries
Name

Notice Name

510 S. Worthington Street
Address

**State the term remaining**     N/A

**List the contract number of any government contract**

| Oconomowoc | WI | 53066 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.248** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

D&W Diesel Inc.
Name

Notice Name

1503 Clark Street Rd.
Address

**State the term remaining**     N/A

**List the contract number of any government contract**

| Auburn | NY | 13021 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Pure Power Technologies, Inc.

Name

Case number *(if known):*  23-10208

| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Daimler AG |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | D 70546 Stuttgart |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Stuttgart |
| | | | City / State / ZIP Code |
| | | | Germany |
| | | | Country |

| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Dangelmayer Associates LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 14 Butternut Lane |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Gloucester / MA / 01930 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Dearborn Industrial Electronics Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 591 Executive Dr. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Troy / MI / 48083 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Dearborn Tool and Manufacturing Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7749 South Grant Street |
| **State the term remaining** | | N/A | Address |
| **List the contract number of any government contract** | | | |
| | | | |
| | | | Burr Ridge / IL / 60527 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Decore SA |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 435 rue Pierre Longue |
| **State the term remaining** | | N/A | Address |
| **List the contract number of any government contract** | | | |
| | | | |
| | | | Amancy / / 74800 |
| | | | City / State / ZIP Code |
| | | | France |
| | | | Country |

| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Deere & Company |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 John Deere Place |
| **State the term remaining** | | N/A | Address |
| **List the contract number of any government contract** | | | |
| | | | |
| | | | Moline / IL / 61265 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Delong Equipment Company |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1216 Zonolite Rd. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Atlanta / GA / 30306 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Delphi Automotive System LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5725 Delphi Dr. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Troy / MI / 48098 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Delphi China Technical Center |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 118 De Lin Rd. Wai Gao Qiao |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Shanghi / / 200131 |
| | | | City / State / ZIP Code |
| | | | China |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

---

**2.258** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Delphi Diesel Systems Service Mexico
Name

Notice Name

Prolongacion Paseo de la Reforma 1236

**State the term remaining** N/A
Address

**List the contract number of any government contract**

| Mexico City | | 53848 |
| --- | --- | --- |
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

---

**2.259** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Delphi Powertrain Systems LLC
Name

Notice Name

1624 Meijer Dr.

**State the term remaining** N/A
Address

**List the contract number of any government contract**

| Troy | MI | 48084 |
| --- | --- | --- |
| City | State | ZIP Code |
| | | |
| Country | | |

---

**2.260** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Denco Manufacturing
Name

Notice Name

2300 S. 179th Street

**State the term remaining** N/A
Address

**List the contract number of any government contract**

| New Berlin | WI | 53146 |
| --- | --- | --- |
| City | State | ZIP Code |
| | | |
| Country | | |

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| | | | | |
|---|---|---|---|---|
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Denso Products and Services Americas, Inc | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 3900 Via Oro Ave. | |
| | **State the term remaining** | 2/1/2027 | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Long Beach | CA | 90810 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Depaul University | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 150 West Warrenvile Rd. | |
| | **State the term remaining** | N/A | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Naperville | IL | 60563 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Desemco | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 4368 Shallowford Industrial Parkway | |
| | **State the term remaining** | N/A | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Marietta | GA | 30066 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known):* 23-10208

**2.264** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Detroit Diameters Inc.
Name

Notice Name

45380 West Park Drive
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Novi | MI | 48393 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**2.265** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Devon Precision Industries Inc.
Name

Notice Name

251 Munson Rd.
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Wolcott | CT | 06716 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**2.266** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Dexter Magnetic Technologies
Name

Notice Name

1050 Morse Ave.
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Elk Grove Village | IL | 60007 |
|-------------------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.267** | **State what the contract or lease is for and the nature of the debtor's interest** | SOW - SAP consulting | DI Squared |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 3340 Peachtree Rd |
| **State the term remaining** | 9/30/2023 | | Address |
| | | | Suite 1800 |
| **List the contract number of any government contract** | | | |
| | | | Atlanta \| GA \| 30326 |
| | | | City \| State \| ZIP Code |
| | | | Country |

**2.268** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | DI Squared LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 33 40 Peachtree Rd. |
| **State the term remaining** | N/A | | Address |
| | | | Suite 1800 |
| **List the contract number of any government contract** | | | |
| | | | Atlanta \| GA |
| | | | City \| State \| ZIP Code |
| | | | Country |

**2.269** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Diamond Precision Products |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 100 Veterns Dr. |
| **State the term remaining** | N/A | | Address |
| **List the contract number of any government contract** | | | |
| | | | Johnson Creek \| WI \| 53038 |
| | | | City \| State \| ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.270** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Diarkis LLC
Name

Notice Name

142 Cara Court
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| Locust | NC | 28097 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.271** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Diarkis LLC
Name

Notice Name

142 Cara Court
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| Locust | NC | 28097 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.272** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Dieform Engineering,  LLC
Name

Notice Name

700 E 139th St.
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| Los Angeles | CA | 90059 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.273** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Diesel Emission Control LTD
Name

Notice Name

36 Lily Close St. Paul Court
Address

| London | | W149YA |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

---

**2.274** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Diesel Equipment Company
Name

Notice Name

212-220 Atwell Ave.
Address

| Greenboro | NC | 27406 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

**2.275** State what the contract or lease is for and the nature of the debtor's interest

Distributor Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Diesel Forward
Name

Notice Name

6167 Pepsi Way
Address

| Windsor | WI | 53598 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.276** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Diesel Forward Inc.

Name

Notice Name

6167 Pepsi Way

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Windsor | WI | 53598 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.277** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Diesel Injection Service (DIS Alliant)

Name

Notice Name

6167 Pepsi Way

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Windsor | WI | 53598 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.278** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Diesel Injection Service Company Inc.

Name

Notice Name

4710 Allmond Ave.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Louisville | KY | 40209 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.
_____
Name

Case number (if known): 23-10208

**2.279** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Diesel International - USA
_____
Name

_____
Notice Name

6346 Orchard Lake Rd.
_____
Address

**State the term remaining**  N/A

Suite 103

**List the contract number of any government contract**

| West Bloomfeild | MI | 48322 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.280** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Diesel Performance Parts Inc.
_____
Name

_____
Notice Name

411 Allied Dr.
_____
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Nashville | TN | 37211 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.281** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Dipaco Inc
_____
Name

_____
Notice Name

12693 Old Virginia Rd.
_____
Address

**State the term remaining**  2/7/2025

**List the contract number of any government contract**

| Reno | NV | 89521 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.282** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Dipaco Inc.
Name

Notice Name

PO Box 11990
Address

**State the term remaining** N/A

**List the contract number of any government contract**

Reno | NV | 89510
City | State | ZIP Code

Country

**2.283** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Dirksen Screw Products Co.
Name

Notice Name

14490  23 Mile rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

Shelby Twp. | MI | 48315
City | State | ZIP Code

Country

**2.284** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

DISA Industries Inc.
Name

Notice Name

80 Kendall Point Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

Oswego | IL | 60543
City | State | ZIP Code

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.285** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

DisCom International
Name

Notice Name

16809 S. Central Ave.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Carson | CA | 90746 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.286** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Ditron Pecision Ltd
Name

Notice Name

2 Haofe Street
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Ashkelon | | 78780 |
|---|---|---|
| City | State | ZIP Code |

Israel
Country

---

**2.287** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Diverse Automation Inc.
Name

Notice Name

260 morley Court
Address

Suite A

**State the term remaining** N/A

**List the contract number of any government contract**

| Duncan | SC | 29334 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.288** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Diversified Pattern and Engineering
Name

Notice Name

100 Progress Way
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Avilla | IN | 46710 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.289** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

DIVSYS International LLC
Name

Notice Name

8110 Zionsville Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Indianapolis | IN | 46268 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.290** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Donaldson Company Inc.
Name

Notice Name

1400 West 94th Street
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Minneapolis | MN | 55431 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Doncasters Southern Tool LLC |
|---|---|---|---|

Name

Notice Name

508 Hamic Drive West

| | **State the term remaining** | N/A | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| West Oxford | AL | 36203 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Dongfeng Chaoyang Diesel Company |
|---|---|---|---|

Name

Notice Name

51 Huanghe Rd.

| | **State the term remaining** | N/A | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| Chaoyang City | | |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Dongfeng Motor Company Limited |
|---|---|---|---|

Name

Notice Name

No.10 Dongfeng Rd. Wuhan

| | **State the term remaining** | N/A | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| Hubei | | |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.294** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Doug Harper
Name

Notice Name

1352 Chestnut Street
Address

Bowling Green | KY | 42101
City | State | ZIP Code

Country

**2.295** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Dr. Maximilian Kronberger KG
Name

Notice Name

Seifentruhe  7
Address

Steyr | | 76167
City | State | ZIP Code

Austria
Country

**2.296** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Drivven Inc.
Name

Notice Name

12001 Network Blvd. Building E
Address

Suite 110

San Antonio | TX | 78249
City | State | ZIP Code

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.297** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

DRT Manufacturing Company

Name

Notice Name

618 Greenmount Boulevard

Address

State the term remaining: N/A

List the contract number of any government contract

| Dayton | OH | 45419 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.298** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

DSS Pro Diesel Partners LLC

Name

Notice Name

318 Fesslers Lane

Address

State the term remaining: 10/21/2023

List the contract number of any government contract

| Nashville | TN | 37210 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**2.299** State what the contract or lease is for and the nature of the debtor's interest: warehousing & logistics services

DSV

Name

Notice Name

809 Bookman Rd

Address

State the term remaining: Undetermined

List the contract number of any government contract

| Elgin | SC | 29045 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| | | |
|---|---|---|
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

DT Consulting
Name

Notice Name

5735 Andover Dr.
Address

| Troy | MI | 48098 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Durr Ecoclean Inc.
Name

Notice Name

2469 Executive Hills Blvd.
Address

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

DXP Precision Industries Inc.
Name

Notice Name

4611 South 96th Street
Address

| Omaha | NE | 68127 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.303** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Dynamic Solutions LLC
Name

Notice Name

5 Corporate Pkwy
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Goose Creek | SC | 29445 |

Country

---

**2.304** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Dynamics Metal Inc.
Name

Notice Name

33670 Lipke
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Clinton Twp. | MI | 48035 |

Country

---

**2.305** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Eastern Electronics
Name

Notice Name

4928-B Windy Hill Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Raleigh | NC | 27609 |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |

Eclipse Automation Southeast

Name

Notice Name

**State the term remaining** N/A

2920 Whitehall Park Drive

Address

**List the contract number of**

**any government contract**

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Edgewater Automation SC

Name

Notice Name

**State the term remaining** N/A

1750 Martin Road

Address

**List the contract number of**

**any government contract**

| Spartanburg | SC | 29301 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Egineered Parts Inc.

Name

Notice Name

**State the term remaining** N/A

1810 Grassland parkway

Address

**List the contract number of**

**any government contract**

| Alpharetta | GA | 30004 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Eichenauer Heizelemente Gmbh & Co.

Name

Notice Name

1 Industriestr

Address

**State the term remaining** — N/A

**List the contract number of any government contract**

| Hatzenbuhl | | 76770 |
|---|---|---|
| City | State | ZIP Code |
| Germany | | |
| Country | | |

| | | |
|---|---|---|
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Electro Diesel De Toluca

Name

Notice Name

1605 Zona Industrial Toluca

Address

**State the term remaining** — N/A

**List the contract number of any government contract**

| Toluca Estado De | | 50071 |
|---|---|---|
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

| | | |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Electro Reps, Inc.

Name

Notice Name

12314 Hancock St.

Address

Suite 29

**State the term remaining** — N/A

**List the contract number of any government contract**

| Carmel | IN | 46032 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.312** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Electrocaraft Inc.

Name

Notice Name

1 Progress Dr.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Dover | NH | 03820 |

Country

**2.313** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Electronic Concepts and Engineering Inc.

Name

Notice Name

1306 Kittle Rd.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Holland | OH | 43528 |

Country

**2.314** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Electronics Manufacturing Sciences Inc.

Name

Notice Name

4285 45th Street S.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| St. Petersburg | FL | 33711 |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Electronics Remanufacturing Co. LLC

Name

Notice Name

2001 Dallavo Dr.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Walled lake | MI | 48390 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Electro-Reps Inc.

Name

Notice Name

12314 Hancock Street

**State the term remaining** N/A

Address

Suite 29

**List the contract number of any government contract**

| Carmel | IN | 46032 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Electrox

Name

Notice Name

15 New England Business Park

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Burlington | MA | 01803 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Elite Electronic Engineering Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1516 Centre Circle |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Downers Grove              IL              60515 |
| | | | City                       State           ZIP Code |
| | | | |
| | | | Country |

| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Elite Tool and Design Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1725 Peeples Street |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Columbia                   SC              29203 |
| | | | City                       State           ZIP Code |
| | | | |
| | | | Country |

| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Ellison Technologies |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4345 Morris Park Dr. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Charlotte                  NC              28227 |
| | | | City                       State           ZIP Code |
| | | | |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.321** **State what the contract or lease is for and the nature of the debtor's interest**   Confidentiality Agreement

Emitec
Name

Notice Name

3943 W. Hamlin Rd.
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| Rodchester Hills | MI | 48309 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.322** **State what the contract or lease is for and the nature of the debtor's interest**   Confidentiality Agreement

E-MRI
Name

Notice Name

6453 Hollowtree Court
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| Saline | MI | 48176 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.323** **State what the contract or lease is for and the nature of the debtor's interest**   lease agreement

Encina Equipment Finance
Name

Notice Name

1221 Post Road East
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

| Westport | CT | 06880 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.324** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Engine Syatems Innovation Inc.
Name

Notice Name

State the term remaining    N/A

3551 Deluna Dr.
Address

List the contract number of any government contract

Rancho Palos Verdes
City

CA
State

90275
ZIP Code

Country

**2.325** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Enginetics LLC
Name

Notice Name

State the term remaining    N/A

1691 Michigan Ave.
Address

List the contract number of any government contract

Suite 300

Miami Beach
City

FL
State

33139
ZIP Code

Country

**2.326** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Engis Corporation
Name

Notice Name

105 West Hintz Rd.
Address

State the term remaining    N/A

List the contract number of any government contract

Wheeling
City

IL
State

60090
ZIP Code

Country

Debtor:  Pure Power Technologies, Inc.                                           Case number *(if known)*:    23-10208
_____
Name

| | | |
|---|---|---|
| **2.327** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |

Enser Corporation
_____
Name

_____
Notice Name

1902 Taylor's Lane
_____
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Cinnaminson | NJ | 08077 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| **2.328** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Entrust Tool and Design Company Inc.
_____
Name

_____
Notice Name

N58W14630 Shawn Circle
_____
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Menomonee Falls | WI | 53051 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| **2.329** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Environtronics Inc.
_____
Name

_____
Notice Name

3881 N. Greenbrooke SE
_____
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Grand Rapids | MI | 49512 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.330** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Envirosmart Inc.
Name

| | | Notice Name

| | | 1629 Meeting St.
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

| | | Charleston | SC | 29405
| | | City | State | ZIP Code

| | | Country

**2.331** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Epcos Inc.
Name

| | | Notice Name

| | | 485-B US Hwy. 1 South
Address

**State the term remaining** | N/A

| | | Suite 200

**List the contract number of any government contract**

| | | Iselin | NJ | 08830
| | | City | State | ZIP Code

| | | Country

**2.332** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Epcos OHG
Name

| | | Notice Name

| | | 43 Siemensstrasse
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

| | | Deutschlandsberg | | 08530
| | | City | State | ZIP Code

| | | Austria
Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known):* 23-10208

| | | |
|---|---|---|
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Epes Freight Management
Name

Notice Name

538 N. Regional Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greensboro | NC | 27409 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Epsco Inc.
Name

Notice Name

1100 Owendale
Address

Suite G

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Troy | MI | 48083 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

EQC Southeast
Name

Notice Name

2300 Bethelview Rd.
Address

Suite 110-244

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Cumming | GA | 30040 |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.336** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Equipos Diesel Remaned
Name

Notice Name

PI Morea Sur 59
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Beriain | | 31191 |
|---|---|---|
| City | State | ZIP Code |
| Spain | | |
| Country | | |

**2.337** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Ergo Corporation
Name

Notice Name

212-B Riverside Court
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Greer | SC | 29650 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

**2.338** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Erin Kitchell
Name

Notice Name

945 Bull St.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Columbia | SC | 29201 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Erlson Precision Components |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4 Prioswood Place |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | East Pimbo Lac |
| | | | City — State — ZIP Code |
| | | | United Kingdom |
| | | | Country |

| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Eurotechnique Industries |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1075 Route 112 |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Port Jefferson — NY — 11776 |
| | | | City — State — ZIP Code |
| | | | Country |

| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Evans Cooling Systems |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 255 Gay St. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Sharon — CT — 06069 |
| | | | City — State — ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.342** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Evans General Contractors
| | | Name
| | |
| | | Notice Name
| | | 705 Hembree Place
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | |

| | | Roswell | GA | 30076
| | | City | State | ZIP Code
| | | Country

**2.343** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Evans General Contractors
| | | Name
| | |
| | | Notice Name
| | | 705 Hembree Place
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | |

| | | Roswell | GA | 30076
| | | City | State | ZIP Code
| | | Country

**2.344** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Evertte Charles Technologies, Inc.
| | | Name
| | |
| | | Notice Name
| | | 700 E. Harrison Ave.
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | |

| | | Pomona | CA | 91767
| | | City | State | ZIP Code
| | | Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*:    23-10208

---

**2.345** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Excel Manufacturing Inc.
Name
| | | |
| | | Notice Name |
| | | 1705 East 4th St. |
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | | |
| | | Seymour | IN | 47274 |
| | | City | State | ZIP Code |
| | | Country |

---

**2.346** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Exergy Engineering LLC
Name
| | | |
| | | Notice Name |
| | | 4936 Kendrick St. SE |
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | | |
| | | Grand Rapids | MI | 49512 |
| | | City | State | ZIP Code |
| | | Country |

---

**2.347** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Experior Labratories
Name
| | | |
| | | Notice Name |
| | | 1635 Ives Avenue |
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | | |
| | | Oxnard | CA | 93033 |
| | | City | State | ZIP Code |
| | | Country |

---

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.348** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Extrude Hone
Name

Notice Name

235 Industry Blvd.
Address

State the term remaining    N/A

List the contract number of any government contract

| Irwin | PA | 15642 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.349** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

F.I.R.A.D S.P.A.
Name

Notice Name

Via Barge 93
Address

State the term remaining    N/A

List the contract number of any government contract

| Bagnolo Piemote | | |
|---|---|---|
| City | State | ZIP Code |
| Italy | | |
| Country | | |

**2.350** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

F.I.R.A.D S.p.A.
Name

Notice Name

Via Barge 93
Address

State the term remaining    N/A

List the contract number of any government contract

| Bagnolo P.te | | 12031 |
|---|---|---|
| City | State | ZIP Code |
| Italy | | |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.351** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

F.R. Male Associates
Name

Notice Name

**State the term remaining** N/A

1506 Venetian Way
Address

**List the contract number of any government contract**

| Waxhaw | NC | 28173 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.352** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Fabrication Technologies, Inc.
Name

Notice Name

**State the term remaining** N/A

1925 Enterprise Court
Address

**List the contract number of any government contract**

| Libertyville | IL | 60048 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.353** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Fabri-Form
Name

Notice Name

**State the term remaining** N/A

200 S. Friendship Dr.
Address

**List the contract number of any government contract**

| New Concord | OH | 43762 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.354**

| **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Fairbanks Morse Engine |
| | | Name |
| | | Notice Name |
| | | 701 White Ave. |
| **State the term remaining** | N/A | Address |
| **List the contract number of any government contract** | | |

| | | Beloit | WI | 53511 |
| | | City | State | ZIP Code |
| | | Country | | |

**2.355**

| **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Fairfield Aluminum Casting Company |
| | | Name |
| | | Notice Name |
| | | 603 North 8th St. |
| **State the term remaining** | N/A | Address |
| **List the contract number of any government contract** | | |

| | | Fairfield | IA | 52556 |
| | | City | State | ZIP Code |
| | | Country | | |

**2.356**

| **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Fair-Rite Products Corp. |
| | | Name |
| | | Notice Name |
| | | One Commercial Row |
| **State the term remaining** | N/A | Address |
| **List the contract number of any government contract** | | |

| | | Walkill | NY | 12589 |
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.357** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

FAIST Precision Technology (Suzhou) Co. Ltd.

Name

Notice Name

No. 123 Lu Shan Rd.

Address

**State the term remaining** N/A

Suzhou New District

**List the contract number of any government contract**

| Jiangsu Province | | 215129 |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

**2.358** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Faro Technologies, Inc.

Name

Notice Name

250 Technology Park

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Lake Mary | FL | 32746 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.359** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

FAS Controls, Inc.

Name

Notice Name

1100 Airport Rd.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Shelby | NC | 28150 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Fastenal Company |
|---|---|---|---|

Name

Notice Name

2001 Theurer Blvd.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Winona | MN | 55987 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Faurecia |
|---|---|---|---|

Name

Notice Name

2800 High Meadow Circle

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Faurecia Systemes d'Echappement |
|---|---|---|---|

Name

Notice Name

23/27 Avenue des Champs Pierreux

**State the term remaining** 10/11/2028

Address

**List the contract number of any government contract**

| 9200 Nanterre | | |
|---|---|---|
| City | State | ZIP Code |
| France | | |
| Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number (if known): 23-10208

| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | FAW Jiefang Automotive Co. Ltd. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 99 East Yongie Road |
| | State the term remaining | N/A | Address |
| | | | Wuxi City |
| | List the contract number of any government contract | | |
| | | | |
| | | | Jiangsu Province |
| | | | City / State / ZIP Code |
| | | | China |
| | | | Country |

| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | FCMP Ind. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PAE des Jourdies |
| | State the term remaining | N/A | Address |
| | | | Rue des Laquets |
| | List the contract number of any government contract | | |
| | | | |
| | | | St-Pierre-en-Faucigny      F-74800 |
| | | | City / State / ZIP Code |
| | | | France |
| | | | Country |

| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | FDC Group Holdings |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 50450 Wing Dr. |
| | State the term remaining | N/A | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Shelby Township    MI    48315 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known):* 23-10208

**2.366** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Federal-Mogul Corporation

Name

Notice Name

44064 Plymouth Oaks Blvd.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.367** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Feeder Innovations Corporation

Name

Notice Name

9781 McColl Hwy.

Address

PO Box 533

**State the term remaining** N/A

**List the contract number of any government contract**

| Laurinburg | NC | 28353 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.368** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Felsomat GmbH & Co. KG

Name

Notice Name

Gutenbergstr. 13

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Konlgsbach-Stein | | 75203 |
|---|---|---|
| City | State | ZIP Code |

Germany

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Festo Corporation |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 395 Moreland Road |
| | State the term remaining | N/A | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Hauppauge · NY · 11788 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | FEV Motorentechnik GmbH |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | NeuenhofstraBe 181 |
| | State the term remaining | N/A | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Aachen · · 52078 |
| | | | City · State · ZIP Code |
| | | | Germany |
| | | | Country |

| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | FEV, Inc. |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4554 Glenmeade Lane |
| | State the term remaining | N/A | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Aubrun Hills · MI · 48326 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.372** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

FGP

Name

Notice Name

190 Knox Abbott Dr.

Address

**State the term remaining** 12/9/2023

Suite 3-A

**List the contract number of any government contract**

| Cayce | SC | 29033 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.373** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

First Gear Engineering & Technology

Name

Notice Name

7606 Freedom Way

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Fort Wayne | IN | 46818 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.374** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Fisher Scientific Company LLC

Name

Notice Name

300 Industry Dr.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Pittsburgh | PA | 15275 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known):* 23-10208

| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Fitts and Goodwin |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 515 |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Columbia | SC | 29202 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | FL Sales Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 29500 Aurora Rd. |
| | **State the term remaining** | N/A | Address |
| | | | Suite 1 |
| | **List the contract number of any government contract** | | |
| | | | Solon | OH | 44139 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Fleischmann & Associates, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 112 E. Hillcrest Dr. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Greenville | SC | 29609 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.378** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Flexfab Inc.
Name

Notice Name

1699 West M-43 Highway
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Hastings | MI | 49058 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.379** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Flextronics Industrial, Ltd.
Name

Notice Name

Level 3 Alexander House
Address

**State the term remaining** N/A

35 Cybercity

**List the contract number of any government contract**

| Ebene | | |
|---|---|---|
| City | State | ZIP Code |
| Mauritius | | |
| Country | | |

**2.380** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Flight Systems Automotive Group LLC
Name

Notice Name

505 Fishing Creek Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Lewisberry | PA | 17339 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.381** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Flowserve

Name

Notice Name

5215 N. O'Connor Blvd.

Address

**State the term remaining** N/A

Suite 2300

**List the contract number of any government contract**

| Irving | TX | 75039 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.382** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

FN Manufacturing LLC

Name

Notice Name

797 Old Clemson Rd.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Columbia | SC | 29229 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**2.383** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Foley Pattern Co.

Name

Notice Name

500 W 11th Street

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Auburn | IN | 46706 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.384** | **State what the contract or lease is for and the nature of the debtor's interest** | Sourcing Agreement | Ford

Name

Notice Name

One American Road

Address

**State the term remaining** | N/A

**List the contract number of any government contract**

| Dearborn | MI | 48126 |
| City | State | ZIP Code |

Country

**2.385** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Ford Motor Company

Name

Notice Name

1 American Rd.

Address

**State the term remaining** | N/A

**List the contract number of any government contract**

| Dearborn | MI | 48126 |
| City | State | ZIP Code |

Country

**2.386** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Foundry Equipment Company

Name

Notice Name

930 South Market St

Address

**State the term remaining** | N/A

**List the contract number of any government contract**

| Solon | IA | 52333 |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known):* 23-10208

---

**2.387 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Foundry Solutions and Design LLC
Name

Notice Name

Colony Park
Address

**State the term remaining** N/A

316 Maxwell Rd. Suite 500

**List the contract number of any government contract**

| Alpharetta | GA | 30009 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.388 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Franklin Bronze and Alloy Company Inc.
Name

Notice Name

655 Grant Street
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Franklin | PA | 16323 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.389 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Franklin Fibre - Lamitex Corporation
Name

Notice Name

903 E. 13th St.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Wilmington | DE | 19802 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | | | |
|---|---|---|---|---|
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Freescale Semiconductor Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 6501 William Cannon Dr. | |
| | **State the term remaining** | N/A | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | West Austin | TX | 78735 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Freudenberg-NOK General Partnership | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 47690 East Anchor Court | |
| | **State the term remaining** | N/A | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Plymouth | MI | 48170 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Fueling Motor USA | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1601 Park Ridge Point | |
| | **State the term remaining** | N/A | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Park Ridge | IL | 60068 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

**2.393** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Future Technologies Inc.
Name

Notice Name

2490 Midland Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Bay City | MI | 48706 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.394** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

G&J Steel and Tubing Inc.
Name

Notice Name

406 Roycefield Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Hillsborough | NJ | 08844 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.395** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

G&J Steel Tubing, Inc.
Name

Notice Name

406 Roycefield Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Hillsborough Township | NJ | 00884 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Pure Power Technologies, Inc. | Case number *(if known)*: | 23-10208 |
| | Name | | |

**2.396** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

G&W Patterns Inc.
Name

_____
Notice Name

S66 W19444 Tans Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Muskego | WI | 53150 |
| City | State | ZIP Code |

Country

**2.397** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

G.W. Lisk Company, Inc.
Name

_____
Notice Name

2 South St.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Clifton Springs | NY | 14432 |
| City | State | ZIP Code |

Country

**2.398** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Gateway Laser Services
Name

_____
Notice Name

2345 Millpark Dr.
Address

Suite A

**State the term remaining** N/A

**List the contract number of any government contract**

| Maryland Heights | MO | 63043 |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
_____
Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

GB Remanufacturing Inc.
_____
Name

_____
Notice Name

2040 E. Cherry Industrial Circle
_____
Address

_____

| | | |
|---|---|---|
| Long Beach | CA | 90805 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

GCL Diesel Injection Services
_____
Name

_____
Notice Name

15842 112th Ave.
_____
Address

_____

| | | |
|---|---|---|
| Edmonton, Alberta | | T5M 2W1 |
| City | State | ZIP Code |
| Canada | | |

_____
Country

| | | |
|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

GE Infrastructure Sensing Inc.
_____
Name

_____
Notice Name

1100 Technology Park Dr.
_____
Address

_____

| | | |
|---|---|---|
| Billerica | MA | 01821 |
| City | State | ZIP Code |

_____
Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | General Automation Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3300 Oakton Street |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Skokie / IL / 60070 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | General Electric Company |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2901 E. Lake Rd. Ste 12 |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Erie / PA / 16531 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | General Electric Intelligent Platforms |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2500 Austin Dr. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Charlottesville / VA / 22911 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.405** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

General Engine Products LLC
Name

Notice Name

1220 Hubbard Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Livonia | MI | 48151 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.406** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Gits Manufacturing Company
Name

Notice Name

1739 Commerce Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Creston | IA | 50801 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.407** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

GL Innotech GmbH
Name

Notice Name

LindenmaierstraBe 24
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Laupheim | | 88471 |
|---|---|---|
| City | State | ZIP Code |
| Deutschland | | |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| | | |
|---|---|---|
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Glaser-Miller Company
Name

Notice Name

P.O. Box 1058
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Exton | PA | 19341 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Glaser-Miller Company Inc.
Name

Notice Name

PO Box 1058
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Exton | PA | 19341 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Global Finishing Solutions LLC
Name

Notice Name

12731 Norway Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Osseo | WI | 54758 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
_____
Name

Case number *(if known)*: 23-10208
_____

| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Global Gear and Manufacturing LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2500 Curtiss St. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Downers Grove — IL — 60515 |
| | | | City — State — ZIP Code |
| | | | Country |

| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Global Precision Group |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | S84 W19120 Enterpise Dr. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Muskego — WI — 53150 |
| | | | City — State — ZIP Code |
| | | | Country |

| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | GlobalEyes International |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 21193 N. Taylor Lane |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Barrington — IL — 60010 |
| | | | City — State — ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.414** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

State the term remaining: N/A

List the contract number of any government contract

GMB Corporation
Name

Notice Name

100 Herrod Blvd.
Address

| City | State | ZIP Code |
|------|-------|----------|
| Dayton | NJ | 08810 |

Country

**2.415** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

State the term remaining: N/A

List the contract number of any government contract

GMW Associates
Name

Notice Name

955 Industrial Rd.
Address

| City | State | ZIP Code |
|------|-------|----------|
| San Carlos | CA | 94070 |

Country

**2.416** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

State the term remaining: N/A

List the contract number of any government contract

Grainger & Worrall, Ltd.
Name

Notice Name

Bdlg. 7, Stanmore Industrial Estate
Address

| City | State | ZIP Code |
|------|-------|----------|
| Bridgnorth, Shropshire | | WV15 5HP |

United Kingdom
Country

Debtor: Pure Power Technologies, Inc.

Name

Case number (if known): 23-10208

**2.417** State what the contract or lease is for and the nature of the debtor's interest: phone service

State the term remaining: 7/31/2025

List the contract number of any government contract

Granite EPIK

Name

Notice Name

100 Newport Ave Extension

Address

| Quincy | MA | 02171 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.418** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

State the term remaining: N/A

List the contract number of any government contract

Grede

Name

Notice Name

20750 Civic Center Dr.

Address

Suite 100

| Southfield | MI | 48076 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.419** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

State the term remaining: N/A

List the contract number of any government contract

Gregory Electric Company Inc..

Name

Notice Name

2124 College St.

Address

| Columbia | SC | 29205 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

**2.420** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement

**Greystone Corporation**
Name

Notice Name

7 Wellington Rd.
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

| Lincoln | RI | 02865 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.421** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement

**Grind All, Inc,**
Name

Notice Name

1133 Industrial Park N.
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

| Brunswick | OH | 44212 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.422** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement

**Groov-Pin Corporation**
Name

Notice Name

331 Farnum Pike
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

| Smithfield | RI | 02917 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    Pure Power Technologies, Inc.

Name

Case number *(if known)*    23-10208

| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Guangxi Yuchai Machinery Company Limited |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 88 Tianqiao West Rd. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Yulin                                     537005 |
| | | | City                    State          ZIP Code |
| | | | China |
| | | | Country |

| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Guenter W. Knoll - Consultant |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 106 Brandywine Ln |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Anderson              SC            29625 |
| | | | City                    State          ZIP Code |
| | | | |
| | | | Country |

| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Guggeheim Corporated Funding, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 330 Madison Ave. 10th Floor |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | New York              NY            10017 |
| | | | City                    State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known):* 23-10208

| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Guyson Corporation of USA |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 13 Grande Blvd. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Saratoga Springs / NY / 12866 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | GVW Group LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 600 Central Ave |
| | **State the term remaining** | N/A | Address |
| | | | Suite 214 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Highland Park / IL / 60035 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | H& S Swansons Tool Company |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9000 68th Street North |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Pinellas Park / FL / 33782 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

---

**2.429** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | H.G. Makelim Company
| | | Name
| | |
| | | Notice Name
| | | 219 Shaw Rd.
**State the term remaining** | N/A | Address
| | |
**List the contract number of any government contract** | |
| | | San Francisco | CA | 94080
| | | City | State | ZIP Code
| | |
| | | Country

**2.430** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Harford Technologies
| | | Name
| | |
| | | Notice Name
| | | 1022 Elm Street
**State the term remaining** | N/A | Address
| | |
**List the contract number of any government contract** | |
| | | Rocky Hill | CT | 06067
| | | City | State | ZIP Code
| | |
| | | Country

**2.431** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Harmany Castings, LLC
| | | Name
| | |
| | | Notice Name
| | | 251 Perry Highway
**State the term remaining** | N/A | Address
| | |
**List the contract number of any government contract** | |
| | | Harmony | PA | 16037
| | | City | State | ZIP Code
| | |
| | | Country

---

Debtor: Pure Power Technologies, Inc.
_____
Name

Case number *(if known)*: 23-10208
_____

**2.432** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Harmony Castings, LLC
| | | Name
| | |
| | | Notice Name
| | | 251 Perry Highway
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | | |
| | | Harmony | PA | 16037
| | | City | State | ZIP Code
| | | Country

**2.433** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Hartford Technologies Inc.
| | | Name
| | |
| | | Notice Name
| | | 1022 Elm St.
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | | |
| | | Rocky Hill | CT | 06067
| | | City | State | ZIP Code
| | | Country

**2.434** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Hartridge Ltd.
| | | Name
| | |
| | | Notice Name
| | | The Hartridge Bldg. Network 421
**State the term remaining** | N/A | | Address
| | | Radclive Rd
**List the contract number of any government contract** | | |
| | | Buckingham | | MK18 4FD
| | | City | State | ZIP Code
| | | United Kingdom
| | | Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.435** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Heilbronn University of Applied Science
Name

Notice Name

**State the term remaining** N/A

Max-Planck-Str.39
Address

**List the contract number of any government contract**

| Heilbronn | | 74081 |
|---|---|---|
| City | State | ZIP Code |
| Germany | | |
| Country | | |

---

**2.436** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Helical
Name

Notice Name

**State the term remaining** N/A

Dock Road
Address

Lytham-St.-Annes

**List the contract number of any government contract**

| Lancashire | | FY8 5AQ |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

---

**2.437** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Hengst of North America Inc.
Name

Notice Name

**State the term remaining** N/A

29 Hengst Dr.
Address

**List the contract number of any government contract**

| Camden | SC | 29020 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.438**

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement |

Henkly Corporation
Name

Notice Name

| State the term remaining | N/A |
|---|---|

One Henkel Way
Address

List the contract number of any government contract

| Rocky Hill | CT | 06067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.439**

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement |

Hercules OEM Group
Name

Notice Name

| State the term remaining | N/A |
|---|---|

2441 Salem Park Drive
Address

List the contract number of any government contract

| Winston-Salem | NC | 27127 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.440**

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement |

Herker Industries
Name

Notice Name

| State the term remaining | N/A |
|---|---|

N57 W13760 Carmen Ave.
Address

List the contract number of any government contract

| Menomonee Falls | WI | 53051 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
| | Name | | | |

| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Hermann Erkert GmbH |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | IndustriestraBe 64 |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Sulzbach/Murr |     | 71560 |
| | | | City | State | ZIP Code |
| | | | Germany |
| | | | Country |

| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Herm-Arche Integrated Technology (Changzhou) Co., Ltd. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Room 1002, 560 ZhongRong Heng Rui Int'l Plaza |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | Zhangyang Rd. |
| | | | |
| | | | Pudong, Shanghai |     | 200120 |
| | | | City | State | ZIP Code |
| | | | China |
| | | | Country |

| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Hewett Glass Company Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8728 Monticello Rd. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Columbia | SC | 29203 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Hexagon Metrology |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1558 Todd Farm Dr. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Elgin | IL | 60123 |
| | | Country | | |

| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | HHP |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 5015 N. Dickerson Rd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Coleman | MI | 48616 |
| | | Country | | |

| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Hinz Coompany, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 9930 S, Franklin Dr. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Franklin | WI | 53132 |
| | | Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Hirschvogel Holding GmbH
Name

Notice Name

Dr. Manfred Hirschvogel-Strasse 6
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Denklingen | | 86920 |
|---|---|---|
| City | State | ZIP Code |
| Germany | | |
| Country | | |

| | | |
|---|---|---|
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

HIS Company, Inc.
Name

Notice Name

6650 Concord Park Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Houston | TX | 60031 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Hitchiner Manufacturing Company Inc.
Name

Notice Name

4201 Winfield Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Warrenville | IL | 60555 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | HJS Emission Technology GmbH & Co. KG |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Dieselweg 12 |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Menden / 58706 |
| | | | City / State / ZIP Code |
| | | | Germany |
| | | | Country |

| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Hoffman and Hoffman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1501 Lafayette Avenue |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Cayce / SC / 29033 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Hofman Design Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 14 Renata |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Newport Coast / CA / 92657 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.453** State what the contract or lease is for and the nature of the debtor's interest

Service Agreement

State the term remaining  6/24/2023

List the contract number of any government contract

Holden Richardson
Name

Notice Name

20 W. Kinzie St.
Address

Chicago                IL              60654
City                   State           ZIP Code

Country

**2.454** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

State the term remaining  N/A

List the contract number of any government contract

Honda of America Mfg. Inc.
Name

Notice Name

24000 Honda Parkway
Address

Marysville             OH              73040
City                   State           ZIP Code

Country

**2.455** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

State the term remaining  N/A

List the contract number of any government contract

Honeywell International Inc.
Name

Notice Name

12001 Highway 55
Address

Plymouth               MN              55441
City                   State           ZIP Code

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known):* 23-10208

| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Hoosier Pattern Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 906 N. 10th St. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Decatur | IN | 46733 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Hoover Precision Products Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1390 Industrial Park Dr. |
| | **State the term remaining** | N/A | Address |
| | | | Sault Ste. |
| | **List the contract number of any government contract** | | |
| | | | Marie | MI | 49783 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Hossier Tool & Die Co., Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2860 N. National Rd. |
| | **State the term remaining** | N/A | Address |
| | | | Suite B |
| | **List the contract number of any government contract** | | |
| | | | Columbus | IN | 47201 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | | |
|---|---|---|---|
| **2.459** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | HSI Metal Stamping |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1508 First St. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Buffalo                    MN                    55313 |
| | | | City                        State                 ZIP Code |
| | | | |
| | | | Country |
| **2.460** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Hubbard-Hall Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 563 South Leonard St. |
| | **State the term remaining** | N/A | Address |
| | | | PO Box 790 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Waterbury                  CT                    06720 |
| | | | City                        State                 ZIP Code |
| | | | |
| | | | Country |
| **2.461** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Huber Automotive AG |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Indusrie- und Businesspark 213 |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Muhlhausen                                       D-73347 |
| | | | City                        State                 ZIP Code |
| | | | Germany |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.462** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Hunter Automated Machinery Company
Name

Notice Name

2222 Hammond Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Schumberg | IL | 60196 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.463** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Hunter Automated Machinery Corporation
Name

Notice Name

2222 Hammond Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Schaumberg | IL | 60196 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.464** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

HydraForce Inc.
Name

Notice Name

500 Barclay Blvd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Lincolnshire | IL | 60069 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.465** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Hydromat
Name

Notice Name

11600 Adle Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| St. Louis | MO | 63043 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.466** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

HyPro Inc.
Name

Notice Name

600 S. Jefferson St.
Address

PO Box 370

**State the term remaining** N/A

**List the contract number of any government contract**

| Waterford | WI | 53185 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.467** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Hyundai-Kia Motors
Name

Notice Name

Hyundai Platz
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Russelsheim | | 65428 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

IAV Automotive Engineering Inc.
Name

Notice Name

15620 Technology Dr.

**State the term remaining**    N/A

Address

**List the contract number of any government contract**

| Northville | MI | 48168 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Icon Southern LLC
Name

Notice Name

398 E. 5th North st.

**State the term remaining**    N/A

Address

Suite F

**List the contract number of any government contract**

| Summerville | SC | 29486 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

iCONN Systems LLC
Name

Notice Name

1110 N. Garfield St.

**State the term remaining**    N/A

Address

**List the contract number of any government contract**

| Lombard | IL | 60148 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.471 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Igarashi Motor Sales USA LLC
Name

Notice Name

710 Columbia Court
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| St. Charles | IL | 60174 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.472 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

IHI Ionbond Inc.
Name

Notice Name

1823 E. Whitcomb Ave.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Madison Heights | MI | 48071 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.473 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Imperial Auto Industries
Name

Notice Name

Block C, Dlf Industrial Area
Address

Block A

**State the term remaining** N/A

**List the contract number of any government contract**

Sector 32

| Faridabad, Haryana | | 121003 |
|---|---|---|
| City | State | ZIP Code |
| India | | |
| Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.474** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Impro Industries

Name

Notice Name

**State the term remaining** N/A

21660 E. Copley Dr.

Address

**List the contract number of any government contract**

Suite 100

| Diamond Bar | CA | 91765 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.475** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

IMS Buhrke-Olson

Name

Notice Name

**State the term remaining** N/A

511 West Algonquin Rd.

Address

**List the contract number of any government contract**

| Arlington Heights | IL | 60005 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.476** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

IMT York LLC

Name

Notice Name

1688 Fairhope Road

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| York | SC | 29745 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

**2.477** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Index Corporation
Name

Notice Name

14700 North Pointe Blvd.

**State the term remaining** | N/A | Address

**List the contract number of any government contract**

| | Nobleville | IN | 46060 |
| | City | State | ZIP Code |

Country

---

**2.478** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Indo Schottle Auto Parts Pvt. Ltd.
Name

Notice Name

Gat NO. 1073/6 Mutha Urawade Rd.

**State the term remaining** | N/A | Address

At Post Pirangut

**List the contract number of any government contract**

Taluka Mulshi

| | Dist. Pune, Maharashtra | | 412111 |
| | City | State | ZIP Code |

India
Country

---

**2.479** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Indo-US MIM Tech Private Ltd.
Name

Notice Name

214 Carnegie Center

**State the term remaining** | N/A | Address

Suite 104

**List the contract number of any government contract**

| | Princeton | NJ | 08540 |
| | City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known):  23-10208

| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Industrial & Manufacturing Solutions LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9650 Strickland Road |
| | State the term remaining | N/A | Address |
| | | | Suite 103-151 |
| | List the contract number of any government contract | | |

|  | Raleigh | NC | 27615 |
|---|---|---|---|
|  | City | State | ZIP Code |
|  | Country | | |

| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Industrial Air Quality Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 95 Cypress Dr. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

|  | Youngsville | NC | 27596 |
|---|---|---|---|
|  | City | State | ZIP Code |
|  | Country | | |

| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Industrial Injection Service, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2858 South 300 West |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

|  | Salt Lake City | UT | 84115 |
|---|---|---|---|
|  | City | State | ZIP Code |
|  | Country | | |

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Industrial Packaging Supplies |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 10 Jack Casey Ct. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Fountain Inn | SC | 29644 |
| | | Country | | |

| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Infineon Technologies North America Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 640 N. McCarthy Blvd. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Milpitas | CA | 95035 |
| | | Country | | |

| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Injectorsdirect.com |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 848 Via Esteban |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | San Luis Obispo | CA | 93401 |
| | | Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.486** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

Innocast GmbH
Name

Notice Name

Haus Gravener StraBe 191
Address

State the term remaining: N/A

List the contract number of any government contract

Langenfeld | | 40764
City | State | ZIP Code
Germany
Country

**2.487** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

Innovation Plus LLC
Name

Notice Name

3630 Horizon Dr.
Address

State the term remaining: N/A

List the contract number of any government contract

King of Prussia | PA | 19406
City | State | ZIP Code

Country

**2.488** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

Innovative Casting Technologies, Inc.
Name

Notice Name

450 Blue Chip Court
Address

State the term remaining: N/A

List the contract number of any government contract

Franklin | IN | 46131
City | State | ZIP Code

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| | | | |
|---|---|---|---|
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Instream Environmental LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 221 Beverly Rd. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Greenville · SC · 29609 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Intelligent Actuator, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2690 West 27th Street |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Torrance · CA · 90505 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Interstate McBee LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4901 Lakeside Ave. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Cleveland · OH · 44114 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
_____
Name

Case number *(if known)*:  23-10208
_____

| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Interstate McBee, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | N/A | 4901 Lakeside Ave |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Cleveland | OH | 44114 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | InterTest Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | N/A | 303 Route 94 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Columbia | NJ | 07832 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | finance agreement | Intrust Bank, N.A. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 7/1/2023 | 30 Montgomery St. |
| | | | Address |
| | | | Suite 501 |
| | List the contract number of any government contract | | |

| | | | Jersey City | NJ | 07302 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Ionic Technologies Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 207 Fairforest Way |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | Greenville | SC | 29607 |
| | Country | | |

| 2.496 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | IPG Photonics Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 50 Old Webster Rd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | City | State | ZIP Code |
|---|---|---|---|
| Oxford | MA | 01540 |
| Country | | |

| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | ITAZ GmbH |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Weitbrechtweg 1 |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | City | State | ZIP Code |
|---|---|---|---|
| Konigsfeld | | 78126 |
| Germany | | |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

2.498 **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Ithaca Materials Research and Testing Inc.
Name

Notice Name

131 Woodsedge Dr.
Address

| Lansing | NY | 14882 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

2.499 **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Jackson Precision Industries Inc.
Name

Notice Name

1900 Cooper St.
Address

| Jackson | MI | 49202 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

2.500 **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Jacob Grey Precision Maching
Name

Notice Name

125A Queen Parkway
Address

| West Columbia | SC | 29169 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | | | | |
|---|---|---|---|---|---|
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Jacobs Vehicle Systems Inc. | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 22 East Dudley Town Rd. | | |
| | **State the term remaining** | N/A | Address | | |
| | | | | | |
| | **List the contract number of any government contract** | | | | |
| | | | | | |
| | | | Bloomfield | CT | 06002 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Jagemann Stamping Company | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 5757 West Custer St. | | |
| | **State the term remaining** | N/A | Address | | |
| | | | | | |
| | **List the contract number of any government contract** | | | | |
| | | | | | |
| | | | Manitowoc | WI | 54221 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | Distributor Agreement | Jasper Holdings | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 815 Wernsing Rd. | | |
| | **State the term remaining** | N/A | Address | | |
| | | | PO Box 650 | | |
| | **List the contract number of any government contract** | | | | |
| | | | | | |
| | | | Jasper | IN | 47547 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

JBE, Inc.
Name

Notice Name

512 Hartland Dr.
Address

| Hartsville | SC | 29551 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Jenoptik Automotive NA LLC
Name

Notice Name

1505 W. Hamlin Road
Address

| Rochester Hills | MI | 48309 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Jesse Grant Metrology Center
Name

Notice Name

1160 Walker Rd.
Address

| Windsor | ON | N8Y2N7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.507** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | JHL International Trading Co., Ltd.
Name

| | | Notice Name

| | | 158-1 Shengdu Road
Address

**State the term remaining** | N/A

**List the contract number of any government contract** |

Yexie Industrial Estate

Songjiand District, Shanghai
City | State | ZIP Code

China
Country

**2.508** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Jiangsu Easyland Automotive Corporation
Name

| | | Notice Name

| | | 2910-2913 South Building
Address

**State the term remaining** | N/A

**List the contract number of any government contract** |

1839 Qixin Rd.

Shanghai
City | State | ZIP Code

China
Country

**2.509** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Jiangyin Sinbon Electronics Co, Ltd.
Name

| | | Notice Name

| | | 288 Middle Cheng Jiang Rd.
Address

**State the term remaining** | N/A

**List the contract number of any government contract** |

Jiangyin, Jiangsu | | 214434
City | State | ZIP Code

China
Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.510**

**State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

John L. Evans
Name

Notice Name

1561 Dunbar Court
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Auburn | AL | 36830 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.511**

**State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

John Prosock Machine, Inc.
Name

Notice Name

2250 Trumbauersville Rd.
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Quakertown | PA | 18951 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.512**

**State what the contract or lease is for and the nature of the debtor's interest**

CTC rooftop service agreement

Johnson Controls
Name

Notice Name

14 Woodcross Drive
Address

**State the term remaining**  4/30/2023

**List the contract number of any government contract**

| Columbia | SC | 29212-2331 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | | |
|---|---|---|---|
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | chiller service agreement - BLY | Johnson Controls |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 14 Woodcross Drive |
| | **State the term remaining** | 5/31/2023 | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Columbia | SC | 29212-2331 |

Country

| | | | |
|---|---|---|---|
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | CTC trane service agreement | Johnson Controls |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 14 Woodcross Drive |
| | **State the term remaining** | 2/29/2024 | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Columbia | SC | 29212-2331 |

Country

| | | | |
|---|---|---|---|
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | chiller service agreement | Johnson Controls |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 14 Woodcross Drive |
| | **State the term remaining** | 9/30/2024 | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Columbia | SC | 29212-2331 |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Johnson Electric
Name

Notice Name

47660 Halyard
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Kadia Inc.
Name

Notice Name

286 Dino Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Ann Arbor | MI | 48103 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Kangyue Technology Co. Ltd.
Name

Notice Name

No. 1 Luoqian Str.
Address

Shouguang Development Area

**State the term remaining** N/A

**List the contract number of any government contract**

| Shouguang Shandong | | 262711 |
|---|---|---|
| City | State | ZIP Code |
| China | | |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known):* 23-10208

**2.519** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Kase Ltd.
Name

Notice Name

**State the term remaining** N/A

111 Saddle Tree Courty
Address

**List the contract number of any government contract**

| Greer | SC | 29650 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.520** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Kavlico Corporation
Name

Notice Name

**State the term remaining** N/A

26800 Meadowbank Rd.
Address

Suite 111

**List the contract number of any government contract**

| Novi | MI | 48377 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.521** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Keltech Inc.
Name

Notice Name

7508 Hitech Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Roanoke | VA | 24019 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Kemet Electronics Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | N/A | 2835 Kernet Way |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | Simpsonville | SC | 29681 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Kendrion Binder Magnete GmbH |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | N/A | MonchweilerstaBe 1 |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | Villingen-Schwenningen | | 78048 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Germany | | |
| | | Country | | |

| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Kenlin Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | N/A | 1020 Thousand Oaks Blvd. |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | Mauldin | SC | 29607 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*:   23-10208

---

**2.525**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Kennametal Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 1600 Technology Way |
| **State the term remaining** | N/A | Address |
| | | PO Box 231 |
| **List the contract number of any government contract** | | |
| | | |
| | | Latrobe | PA | 15650 |

| | | |
|---|---|---|
| | | Latrobe | PA | 15650 |
| | | City | State | ZIP Code |
| | | |
| | | Country |

**2.526**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Kern-Liebers United Spring Technology |
| | | Name |
| | | |
| | | Notice Name |
| | | 24600 North Industrial Dr |
| **State the term remaining** | N/A | Address |
| | | |
| **List the contract number of any government contract** | | |
| | | |
| | | Farmington | MI | 48335 |
| | | City | State | ZIP Code |
| | | |
| | | Country |

**2.527**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Key Electronics Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 2533 Centennial Blvd. |
| **State the term remaining** | N/A | Address |
| | | |
| **List the contract number of any government contract** | | |
| | | |
| | | Jacksonville | IN | 47130 |
| | | City | State | ZIP Code |
| | | |
| | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Keyence Corporation of America |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | N/A | 669 River Dr. |
| | | | Address |
| | **List the contract number of** | | Suite 403 |
| | **any government contract** | | |
| | | | |
| | | | Elmwood Park    NJ    07407 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Kinze Manufacturing, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | I-80 at Exit 216 |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Williamsburg    IA    52361 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | K-Line Industries, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 315 Garden Ave. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Holland    MI    49424 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Klubert and Schmidt GmbH |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Am Langen Berg 30 |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Pottenstein · 91278 |
| | | | City · State · ZIP Code |
| | | | Germany |
| | | | Country |

| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | KMS Industries, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6800 Lake Abrams Dr. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Middleburg Heights · OH · 44130 |
| | | | City · State · ZIP Code |
| | | | Country |

| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Knoebel And Assoiciates, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | W134N5272 Campbell Dr. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Menomonee Falls · WI · 53051 |
| | | | City · State · ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Koerber LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 114 Hunter Industrial Park Rd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | | Laurens | SC | 29630 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Korber Scheifring GmbH |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Nagelsweg 33-35 |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | | Hamburg | | D-20097 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Germany | | |
| | | | Country | | |

| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Koyo Machinery USA, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 14878 Galleon Court |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | | Plymouth | MI | 48170 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.537** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Kramski North America
Name

Notice Name

8222 118th Avenue N
Address

State the term remaining: N/A

Suite 650

List the contract number of any government contract

| Largo | FL | 33773 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.538** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Kratzer Automation AG
Name

Notice Name

Gutenbergstr
Address

State the term remaining: N/A

List the contract number of any government contract

Unterschleissheim

| Munich | | 85716 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

**2.539** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

KS Gleitlager GmbH
Name

Notice Name

Am Bahnhof 14
Address

State the term remaining: N/A

List the contract number of any government contract

| St. Leon-Rot | | 68789 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| | | | |
|---|---|---|---|
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | KSM Electronics |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5607 Hiatus Rd. |
| | State the term remaining | N/A | Address |
| | | | Suite 600 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Tamarac / FL / 33321 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | KTR Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 122 Anchor Rd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Michigan City / IN / 46360 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Kurz-Kasch, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 511 Byers Rd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Miamisburg / OH / 45342 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number (if known): 23-10208

| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | KVT-Koenig LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 73 Defco Park Rd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | | North Haven | CT | 06473 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Kyocera International, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 8611 Balboa Ave. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | | San Diego | CA | 92123 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.545 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | L&J Diesel Service, Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2345 Harper Street |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | | Jacksonville | FL | 32204 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.546** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | L&J Diesel Service, Inc.
Name

Notice Name

2345 Harper St.
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

Jacksonville | FL | 32204
City | State | ZIP Code

Country

---

**2.547** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Lafayette Testing Services
Name

Notice Name

3710 N. Richards St.
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

Milwaukee | WI | 53212
City | State | ZIP Code

Country

---

**2.548** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Lafrenz Pattern Company
Name

Notice Name

333 9th St.
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

Moline | IL | 61265
City | State | ZIP Code

Country

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

Name

---

**2.549** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Laptech Industries
--- | --- | --- | ---
| | | Name
| | | Notice Name
| | | 5440 Highway 55 East
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | | |
| | | Lake Wylie | SC | 29710
| | | City | State | ZIP Code
| | | Country

**2.550** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Laser Form & Machine Inc.
--- | --- | --- | ---
| | | Name
| | | Notice Name
| | | 10010 Farrow Rd.
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | | |
| | | Columbia | SC | 29203
| | | City | State | ZIP Code
| | | Country

**2.551** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Lauda-Brinkmann, LP
--- | --- | --- | ---
| | | Name
| | | Notice Name
| | | 1819 Underwood Blvd.
**State the term remaining** | N/A | | Address
**List the contract number of any government contract** | | |
| | | Delran | NJ | 08075
| | | City | State | ZIP Code
| | | Country

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*  23-10208

**2.552** **State what the contract or lease is for and the nature of the debtor's interest**    copiers

**State the term remaining**    3/31/2026

**List the contract number of any government contract**

| Leaf Capital Funding | | |
| --- | --- | --- |
| Name | | |
| | | |
| Notice Name | | |
| 2005 Market Street | | |
| Address | | |
| 14th Floor | | |
| | | |
| Philadelphia | PA | 19103 |
| City | State | ZIP Code |
| | | |
| Country | | |

**2.553** **State what the contract or lease is for and the nature of the debtor's interest**    Confidentiality Agreement

**State the term remaining**    9/10/2024

**List the contract number of any government contract**

| Leica Microsystems, Inc | | |
| --- | --- | --- |
| Name | | |
| | | |
| Notice Name | | |
| 1700 Leider Lane | | |
| Address | | |
| | | |
| | | |
| Buffalo Grove | IL | 60089 |
| City | State | ZIP Code |
| | | |
| Country | | |

**2.554** **State what the contract or lease is for and the nature of the debtor's interest**    computers

**State the term remaining**    5/22/2025

**List the contract number of any government contract**

| Lenovo Financial Services | | |
| --- | --- | --- |
| Name | | |
| | | |
| Notice Name | | |
| 10201 Centurion Parkway N. # 100 | | |
| Address | | |
| | | |
| | | |
| Jacksonville | FL | 32256 |
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor:    Pure Power Technologies, Inc.
Name

Case number *(if known)*    23-10208

**2.555**  **State what the contract or lease is for and the nature of the debtor's interest**    computers

Lenovo Financial Services
Name

Notice Name

**State the term remaining**    7/11/2025

10201 Centurion Parkway N. # 100
Address

**List the contract number of any government contract**

| Jacksonville | FL | 32256 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.556**  **State what the contract or lease is for and the nature of the debtor's interest**    Confidentiality Agreement

Leoni Wiring Systems, Inc.
Name

Notice Name

**State the term remaining**    N/A

2861 North Flowing Wells Rd. #121
Address

**List the contract number of any government contract**

| Tucson | AZ | 85705 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.557**  **State what the contract or lease is for and the nature of the debtor's interest**    Confidentiality Agreement

Liebherr Machines Bulle S.A.
Name

Notice Name

**State the term remaining**    N/A

Rue de l'Industrie 45
Address

**List the contract number of any government contract**

| Bulle | | 01630 |
|---|---|---|
| City | State | ZIP Code |

Switzerland
Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Liehberr-Purchasing Services GmbH |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | LiebherrstraBe 12 |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | | Kirchdorf/Iller | | 88457 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Germany | | |
| | | | Country | | |

| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Lighthouse Worldwide Solutions |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 47300 Kato Raod |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | | Freemont | CA | 94587 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Litron, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 207 Bowles Rd. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | | Agawam | MA | 01001 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Pure Power Technologies, Inc.
_____
Name

Case number *(if known)*: 23-10208
_____

**2.561** State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement

Loccioni
_____
Name

_____
Notice Name

Via Flume 16
_____
Address

Angeli Di Rosora

State the term remaining | N/A

List the contract number of any government contract

Ancona
_____
City | State | ZIP Code

Italy
_____
Country

**2.562** State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement

Locust Plastics, Inc.
_____
Name

_____
Notice Name

630 Industrial Ave.
_____
Address

State the term remaining | N/A

List the contract number of any government contract

Salisbury | NC | 28144
_____
City | State | ZIP Code

_____
Country

**2.563** State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement

Logikos Inc.
_____
Name

_____
Notice Name

2914 Independence Dr.
_____
Address

State the term remaining | N/A

List the contract number of any government contract

Fort Wayne | IN | 46808
_____
City | State | ZIP Code

_____
Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.564** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Longzhong Holding Group Co. Ltd.
Name

Notice Name

State the term remaining    N/A

Lingjiao Village
Address

List the contract number of any government contract

Yuhuan Subdistrict

Yuhuan District

Zhejiang Province

City                State              ZIP Code

China
Country

**2.565** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Lost Foam Group International
Name

Notice Name

State the term remaining    N/A

553 Ridgeway Dr.
Address

List the contract number of any government contract

Alexander City          AL                35010
City                State              ZIP Code

Country

**2.566** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Lovejoy, Inc.
Name

Notice Name

State the term remaining    N/A

2655 Wisconsin Ave.
Address

List the contract number of any government contract

Downers Grove          IL                60515
City                State              ZIP Code

Country

Debtor:  Pure Power Technologies, Inc.
Name

Case number *(if known)*:  23-10208

---

**2.567** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | LTC Associates, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 912 Lady Street |
| | **State the term remaining** | N/A | Address |
| | | | Suite 300 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Columbia | SC | 29201 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

**2.568** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Luoyang Tractor Research Institute Co. Ltd. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | No.39 Xiyuan Rd. |
| | **State the term remaining** | N/A | Address |
| | | | Luoyang City |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Henn Province | | |
| | | | City | State | ZIP Code |
| | | | China |
| | | | Country |

**2.569** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | M2M Machining Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | S82 W18762 Gemini Dr. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Muskego | WI | 53150 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*:  23-10208

**2.570** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Machine Tech, Inc.
Name

Notice Name

8100 Arrowridge Blvd.
Address

**State the term remaining**  N/A

Suite I

**List the contract number of any government contract**

| Charlotte | NC | 28273 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**2.571** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Machine Tool Systems LLC dbs Morris South Inc.
Name

Notice Name

124278 Sam Neely Rd
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Charlotte | SC | 28278 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**2.572** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Machinetech Inc.
Name

Notice Name

7 Crowders Ridge
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Clover | SC | 29710 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Machining All Axis Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 3716 Mount Vernon Way |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Plano |
| | | City |
| | | Country |

State: TX  ZIP Code: 75025

| | | |
|---|---|---|
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Magnet Physics, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 9001 Technology Dr. |
| | **State the term remaining** | N/A |
| | | Address |
| | | Suite C-2 |
| | **List the contract number of any government contract** | |
| | | Fishers |
| | | City |
| | | Country |

State: IN  ZIP Code: 46038

| | | |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Magtrol, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 70 Gardenville Pkwy |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Buffalo |
| | | City |
| | | Country |

State: NY  ZIP Code: 14224

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known):* | 23-10208 |
| | Name | | | |

**2.576** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Mahabel Metals Private Ltd.
Name

Notice Name

State the term remaining    N/A

Plot No. 23, Miraj Block
Address

List the contract number of any government contract

MIDC Miraj

| Maharashata | | 416410 |
| City | State | ZIP Code |
| India | | |
| Country | | |

**2.577** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Mahle Clevite, Inc.
Name

Notice Name

State the term remaining    N/A

1240 Elsenhower Place
Address

List the contract number of any government contract

| Ann Arbor | MI | 48108 |
| City | State | ZIP Code |
| Country | | |

**2.578** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Mahr Federal Inc.
Name

Notice Name

State the term remaining    N/A

1144 Eddy St.
Address

List the contract number of any government contract

| Providence | RI | 02905 |
| City | State | ZIP Code |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.579** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

MAN Truck and Bus AG
Name

Notice Name

Dachauer Strasse 667
Address

State the term remaining: N/A

List the contract number of any government contract

Munich | | 80995
City | State | ZIP Code

Germany
Country

**2.580** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Manitowoc Tool and Machining LLC
Name

Notice Name

4211 Clipper Dr.
Address

State the term remaining: N/A

List the contract number of any government contract

Manitowoc | WI | 54220
City | State | ZIP Code

Country

**2.581** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Mantri Metallics Pvt. Ltd.
Name

Notice Name

F 10/1, MIDC
Address

State the term remaining: N/A

Shiroll

List the contract number of any government contract

Kohhapur

State-Maharashtra | | 416122
City | State | ZIP Code

India
Country

Debtor: Pure Power Technologies, Inc.
_____
Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| **2.582** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Marathon Heater Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 808 Hackberry Lane |
| | **State the term remaining** N/A | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Del Rio | TX | 78840 |

Country

| | | |
|---|---|---|
| **2.583** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | MaRoDi Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 2135 Harborway Dr, |
| | **State the term remaining** N/A | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Willmington | NC | 28405 |

Country

| | | |
|---|---|---|
| **2.584** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | MaRoDi, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 2135 Harborway Dr. |
| | **State the term remaining** N/A | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Wilimington | NC | 28405 |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Martel Tool Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | N/A | 5831 Pelham Rd. |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Allen Park · MI · 48101 |
| | | | City · State · ZIP Code |
| | | | Country |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Mashburn Construction Company |
| | | | Name |
| | | | Notice Name |
| | State the term remaining | N/A | 1820 Sumter St. |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Columbia · SC · 29201 |
| | | | City · State · ZIP Code |
| | | | Country |
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Master Gage & Tool Co. |
| | | | Name |
| | | | Notice Name |
| | State the term remaining | N/A | 112 Maplewood St. |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Danville · VA · 24540 |
| | | | City · State · ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.588** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Master Precision Global LLC
Name

Notice Name

1212 Fairplains St.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Greenville | MI | 48838 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.589** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Matrix Design, Inc.
Name

Notice Name

1525 Holmes Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Elgin | IL | 60123 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.590** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Maus S.P.A.
Name

Notice Name

Via Caltana 28
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Campodarsego (Padova) | | 35011 |
|---|---|---|
| City | State | ZIP Code |
| Italy | | |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| | | |
|---|---|---|
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Maximator Test LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 1350 Tri State Parkway |
| | **State the term remaining** | N/A |
| | | Address |
| | | Suite 130 |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Gurnee | IL | 60031 |

Country

| | | |
|---|---|---|
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Maxwell Engineering |
| | | Name |
| | | |
| | | Notice Name |
| | | 616 E. Wallace |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Fort Wayne | IN | 46803 |

Country

| | | |
|---|---|---|
| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Mazak Corporation |
| | | Name |
| | | |
| | | Notice Name |
| | | 8025 Production Dr. |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Florence | KY | 41042 |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.594** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

M-B Industries Inc.
Name

Notice Name

9205 Rosman Hwy.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Rosman | NC | 28772 |
| City | State | ZIP Code |

Country

---

**2.595** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Mcalister Design Inc.
Name

Notice Name

22 Woods Lake Road
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greenville | SC | 29607 |
| City | State | ZIP Code |

Country

---

**2.596** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Meadville Plating Company Inc.
Name

Notice Name

10775 Franklin Pike
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Meadville | PA | 16335 |
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Pure Power Technologies, Inc.
_____
Name

Case number *(if known)*: 23-10208

| | | | | |
|---|---|---|---|---|
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Measurement Technology and Test Ltd. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | Litremeter Bldg., Hart Hill Barn | |
| | **State the term remaining** | N/A | Address | |
| | | | Granborough Rd. | |
| | **List the contract number of any government contract** | | North Marston, | |
| | | | Buckinghamshire | MK18 3RZ |
| | | | City | State | ZIP Code |
| | | | United Kingdom | |
| | | | Country | |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Mechanical Devices Company | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 2005 GE Road | |
| | **State the term remaining** | N/A | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Bloomington | IL | 61704 |
| | | | City | State | ZIP Code |
| | | | Country | |
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Meggitt (Erlanger) LLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1400 Jamike Ave. | |
| | **State the term remaining** | N/A | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Erlanger | KY | 41018 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known):* 23-10208

| | | |
|---|---|---|
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Mekra Tool & Mold LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 779 Cook Rd. |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Ridgeway · SC · 29130 |
| | | City · State · ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Melett North America, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 4400 S. Mendenhall |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | Suite 12 |
| | | |
| | | Memphis · TN · 38141 |
| | | City · State · ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Melexis Microelectronic Systems |
| | | Name |
| | | |
| | | Notice Name |
| | | Rozendaalstraat 12 |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Ieper · · B-8900 |
| | | City · State · ZIP Code |
| | | Belgium |
| | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Mennie Machine Company

Name

Notice Name

Route 71 and Mennie Dr.

Address

| Mark | IL | 61340 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Mentor Graphics Corporation

Name

Notice Name

8005 SW Boeckman Rd.

Address

| Wilsonville | OR | 97070 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Meritor WABCO Vehicle Control Systems

Name

Notice Name

2135 W. Maple Rd.

Address

| Troy | MI | 48084 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known):* 23-10208

**2.606** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Metal Cutting Corporation

Name

Notice Name

89 Commerce Road

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Cedar Grove | NJ | 07009 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.607** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Metal Pars and Equipment

Name

Notice Name

425 Huehl Rd.

**State the term remaining** N/A

Address

Suite 10

**List the contract number of any government contract**

| Northbrook | IL | 60062 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.608** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Metal Parts and Equipment

Name

Notice Name

425 Huehl Road Suite 10

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Northbrook | IL | 60062 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

Name

**2.609** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Metal Seal Precision LLC

Name

Notice Name

7333 Corporate Blvd.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Mentor | OH | 44060 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.610** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Metco Inc.

Name

Notice Name

303 Highway 29 North ByPass

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Anderson | SC | 29621 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.611** **State what the contract or lease is for and the nature of the debtor's interest**

license agreement

Metropolitan Software, Inc.

Name

Notice Name

244 Fifth Ave.

**State the term remaining** N/A

Address

Suite 2229

**List the contract number of any government contract**

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Mettler- Toledo LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | N/A | 1900 Polaris Parkway |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Columbus       OH       43240 |
| | | | City       State       ZIP Code |
| | | | |
| | | | Country |

| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | MGA Research Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | N/A | 446 Executive Dr. |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Troy       MI       48083 |
| | | | City       State       ZIP Code |
| | | | |
| | | | Country |

| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Michigan Custom Machines, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | N/A | 22750 Heslip Drive |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Novi       MI       48375 |
| | | | City       State       ZIP Code |
| | | | |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.615** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Micro Erosion
Name

Notice Name

32 Rue Denis Papan BP
Address

State the term remaining    N/A

List the contract number of any government contract

| Pontarlier | | 25300 |
|---|---|---|
| City | State | ZIP Code |
| France | | |
| Country | | |

**2.616** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Micro Motion, Inc.
Name

Notice Name

7070 Winchester Circle
Address

State the term remaining    N/A

List the contract number of any government contract

| Boulder | CO | 80301 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

**2.617** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Micro Precision Components, Inc.
Name

Notice Name

13 Main St.
Address

State the term remaining    N/A

List the contract number of any government contract

| Bloomfield | NY | 14469 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Microchip Technology Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2355 West Chandler Blvd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | Chandler / AZ / 85224 |
| | | | City / State / ZIP Code |
| | | | Country |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Microcut Ltd. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Rolliweg 21 / PO Box 448 |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | Lengnau / / CH-2543 |
| | | | City / State / ZIP Code |
| | | | Switzerland |
| | | | Country |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Micro-Epsilon America |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8120 Brownleigh Rd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | Raleigh / NC / 27617 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.621** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

MicroGroup
Name

Notice Name

7 Industrial Park Rd.
Address

State the term remaining   N/A

List the contract number of any government contract

| Medway | MA | 02053 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.622** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Micro-Measurements
Name

Notice Name

951 Wendell Blvd.
Address

State the term remaining   N/A

List the contract number of any government contract

| Wendell | NC | 27591 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.623** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Micron Manufacturing
Name

Notice Name

1722 Kloet Street NW
Address

State the term remaining   N/A

List the contract number of any government contract

| Grand Rapids | MI | 49504 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.624** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Midfield Pattern Corp.
Name

Notice Name

1000 North Main St.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Walcott | IA | 52773 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.625** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Midlands Technical College
Name

Notice Name

PO Box 2408
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Columbia | SC | 29202 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.626** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Mid-South Power Distributors, Inc.
Name

Notice Name

3280 Millbranch Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Memphis | TN | 38116 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Mid-State Machine Company |
| | | Name |
| | | |
| | | Notice Name |
| | | 2960 Corriher Grange Rd. |
| **State the term remaining** | N/A | Address |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| | Mt. Ulla | NC | 28125 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

| | | |
|---|---|---|
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Midwest Fuel Injection Company |
| | | Name |
| | | |
| | | Notice Name |
| | | 1 Seidel Ct |
| **State the term remaining** | N/A | Address |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| | Boilingbrook | IL | 60490 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

| | | |
|---|---|---|
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Midwest Fuel Injection Service Corporation |
| | | Name |
| | | |
| | | Notice Name |
| | | 1100 Hosler Dr. |
| **State the term remaining** | N/A | Address |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| | Boilingbrook | IL | 60490 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known):* | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

**2.630** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Midwest Thermal-Vac Inc.
Name

Notice Name

5727 95th Ave.
Address

Business Park of Kenosha

**State the term remaining** N/A

**List the contract number of any government contract**

| Kenosha | WI | 53144 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.631** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Millennium Forge
Name

Notice Name

990 West Ormsby Ave.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Louisville | KY | 40210 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.632** **State what the contract or lease is for and the nature of the debtor's interest**

license agreement

Minitab LLC
Name

Notice Name

Quality Plaza
Address

**State the term remaining** 12/7/2023

1829 Pine Hall Rd.

**List the contract number of any government contract**

| State College | PA | 16801 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.633** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Minnesota Rubber and Plastics
Name

Notice Name

1100 Xenium Lane N.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Minneapolis | MN | 55441 |
| City | State | ZIP Code |

Country

**2.634** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Mirae Metal Technical Co.
Name

Notice Name

1400 E. American Lane Sutie
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Schaumberg | IL | 60173 |
| City | State | ZIP Code |

Country

**2.635** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Missouri Forge Inc.
Name

Notice Name

500 Loyal Hood Industrial Park
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Doniphan | MO | 63935 |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Mithcet LTD |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 17 Burwell Hill |
| | State the term remaining | N/A | Address |
| | | | |
| | List the contract number of any government contract | | Brackley, |
| | | | |
| | | | Northamptonshire |

Northamptonshire — City | State | NN137AS — ZIP Code

England
Country

| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | MKM Machine Inc. |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 Technology Way |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

Jeffersonville — City | IN — State | 47130 — ZIP Code

Country

| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | supply agreement | ML Lubrication |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5126 South Royal Atlanta Drive |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

Tucker — City | GA — State | 30084 — ZIP Code

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.639** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

MMT
Name

Notice Name

1400 E American Lane
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Schaumburg | IL | 60173 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.640** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Mod Tech Industries, Inc.
Name

Notice Name

1523 Industrial Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Shawano | WI | 54166 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.641** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Moehwald GmbH
Name

Notice Name

MichelinstraBe 21
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Homburg | | 66424 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.642**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | Mole Products |
| | Name |
| | Notice Name |
| | 135 Gladwyne Ridge Dr. |
| | Address |
| **State the term remaining** | N/A |
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Milton | GA | 30004 |
| City | State | ZIP Code |
| Country | | |

**2.643**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | Molex Incorporated |
| | Name |
| | Notice Name |
| | 2222 Willington Court |
| | Address |
| **State the term remaining** | N/A |
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Lisle | IL | 60532 |
| City | State | ZIP Code |
| Country | | |

**2.644**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | Monark Automotive GmbH |
| | Name |
| | Notice Name |
| | Schnackenburgallee 17 |
| | Address |
| **State the term remaining** | N/A |
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Hamburg | | 22525 |
| City | State | ZIP Code |
| Germany | | |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*  23-10208

| | | |
|---|---|---|
| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Monroe Engineering |
| | | | Name |
| | | | Notice Name |
| | | | 1030 Doris Rd. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Motor Partes Chao SA de CV |
| | | | Name |
| | | | Notice Name |
| | | | Rio Juarez NO. 1733 |
| | **State the term remaining** | N/A | Address |
| | | | Colonia Jardines del Rosario |
| | **List the contract number of any government contract** | | |

| Guadalajara, Jalisco | | CP 44890 |
|---|---|---|
| City | State | ZIP Code |
| Mexico | | |
| Country | | |

| | | |
|---|---|---|
| 2.647 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Motoren Tek LLC |
| | | | Name |
| | | | Notice Name |
| | | | 1400 E. American Lane |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| Schamburg | IL | 60173 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

2.648 **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Moving Magnet Technologies S.A.
Name

Notice Name

**State the term remaining** N/A

1 Rue Christiaan Huygens
Address

**List the contract number of any government contract**

| Besancon | | 25000 |
|---|---|---|
| City | State | ZIP Code |
| France | | |
| Country | | |

2.649 **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

MPS Plastics
Name

Notice Name

**State the term remaining** N/A

351 North Main St.
Address

**List the contract number of any government contract**

| Marlborough | CT | 06447 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

2.650 **State what the contract or lease is for and the nature of the debtor's interest**

SOW

MSC
Name

Notice Name

**State the term remaining** Undetermined

75 Maxess Road
Address

**List the contract number of any government contract**

| Melville | NY | 11747-3151 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.651** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | MSC Industrial

Name

Notice Name

75 Maxess Rd.

Address

| | **State the term remaining** | N/A | |

| | **List the contract number of any government contract** | | |

| | | | Melville | NY | 11747 |
| | | | City | State | ZIP Code |

Country

**2.652** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | MSI Viking Gage LLC

Name

Notice Name

321 Tucapau Rd.

Address

| | **State the term remaining** | N/A | |

| | **List the contract number of any government contract** | | |

| | | | Duncan | SC | 29334 |
| | | | City | State | ZIP Code |

Country

**2.653** | **State what the contract or lease is for and the nature of the debtor's interest** | Blythewood & Columbia buildings | MTP

Name

Notice Name

Cushman and Wakefield

Address

| | **State the term remaining** | 4/1/2036 | |

15S Main Street

| | **List the contract number of any government contract** | | |

Suite 502

| | | | Greenville | SC | 29601 |
| | | | City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known):* 23-10208

**2.654** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

MTU America

Name

Notice Name

660 Bettis Academy Rd.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Graniteville | SC | 29829 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.655** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Mueller Water Products, Inc.

Name

Notice Name

633 Chestnut St.

**State the term remaining** N/A

Address

Suite 1200

**List the contract number of any government contract**

| Chattanooga | TN | 37450 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.656** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Multitech Industries Inc.

Name

Notice Name

250 Kehoe Blvd.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Carol Stream | IL | 60188 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.657 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Murata Machinery USA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2120 Queen City Dr. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Charlotte |  NC  |  28208 |
| | | | City  |  State  |  ZIP Code |
| | | | |
| | | | Country |

| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Murray Grinding Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5441 Sylvia |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Dearborn Heights | MI | 48125 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.659 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Myers Spring Company Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 720 Water Street |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Logansport | IN | 46947 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 220 of 329

| Debtor: | Pure Power Technologies, Inc. | Case number *(if known)*: | 23-10208 |
|---|---|---|---|
| | Name | | |

**2.660** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Myers Spring Company, Inc.
Name

Notice Name

720 Water Street
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Logansport | IN | 46947 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.661** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Nagel Precision, Inc.
Name

Notice Name

288 Dino Dr.
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Ann Arbor | MI | 48111 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.662** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Nasmyth Precision Products
Name

Notice Name

6453 Highway SC 34-121
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Newberry | SC | 29108 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.663** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Nasmyth Precision Products, Inc.

Name

Notice Name

6453 Highway SC 34-121

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Newberry | SC | 29108 |

Country

---

**2.664** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

National Peening, Inc.

Name

Notice Name

130 White Horse Court

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Greenville | SC | 29605 |

Country

---

**2.665** **State what the contract or lease is for and the nature of the debtor's interest**

supply agreement

Navistar

Name

Notice Name

2701 Navistar Dr.

Address

**State the term remaining** 1/29/2026

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Lisle | IL | 60532 |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*:    23-10208

| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Navistar |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2701 Navistar Dr. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | Lisle | IL | 30532 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Neenah Enterprises, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2121 Brooks Ave. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | Neenah | WI | 54956 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Nel PreTech Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8420 183rd Place |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | Tinley Park | IL | 60487 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.669** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

Nelson Precision Drilling Company, Inc.
Name

Notice Name

103 Commerce St.
Address

State the term remaining: N/A

PO Box 276

List the contract number of any government contract

Glastonbury | CT | 06033
City | State | ZIP Code

Country

**2.670** State what the contract or lease is for and the nature of the debtor's interest: SOW - SAP consulting services

Neoris USA
Name

Notice Name

703 Waterford Way
Address

State the term remaining: 4/8/2023

Suite 700

List the contract number of any government contract

Miami | FL | 33126
City | State | ZIP Code

Country

**2.671** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

Neosho Trompler iNc.
Name

Notice Name

580 S. Industrial Dr.
Address

State the term remaining: N/A

List the contract number of any government contract

Hartland | WI | 53029
City | State | ZIP Code

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | New England Small Tube Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Litchfield Technology Park |
| | **State the term remaining** | N/A | Address |
| | | | 480 Charles Bancroft Hwy. |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Litchfield    NH    03052 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Newby Foundries Group |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Smith Ave Wednesbury |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | West Midlands    WS10 OPB |
| | | | City    State    ZIP Code |
| | | | United Kingdom |
| | | | Country |

| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Nextek Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 201 Next Technology Dr. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Madison    AL    35758 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.675** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

State the term remaining: N/A

List the contract number of any government contract

Nichols Portland Division
Name

Notice Name

2400 Congress Street
Address

| Portland | ME | 04102 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.676** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

State the term remaining: N/A

List the contract number of any government contract

Ningbo Heli Mould Technology Shareholding Company, LTD.
Name

Notice Name

No. 358 XiGu Rd.
Address

Industrial Park

Siangshan County

| Zhejiang Provice | | |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

**2.677** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

State the term remaining: N/A

List the contract number of any government contract

Nissan North America, Inc.
Name

Notice Name

One Nissan Way
Address

| Franklin | TN | 37067 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.678**

**State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Noregon Systems

Name

Notice Name

7009 Albert Pick Rd.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Greensboro | NC | 27419 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.679**

**State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Norgren GT Development Corporation

Name

Notice Name

425 "C" Street NW

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Auburn | WA | 98001 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.680**

**State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Norma Michigan, Inc.

Name

Notice Name

2430 East Walton Blvd.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.

Case number *(if known)*: 23-10208

Name

**2.681** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

North Star Imaging, Inc.
Name

Notice Name

19875 South Diamond Lake Rd.
Address

**State the term remaining** N/A

Suite 10

**List the contract number of any government contract**

| Rogers | MN | 55374 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.682** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Northeast Coating Technologies
Name

Notice Name

105 York St.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Kennebunk | ME | 04043 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**2.683** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Northern Gear and Machining
Name

Notice Name

W160 S6609 Commerce Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Muskego | WI | 53150 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*:  23-10208

| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Northfield Manufacturing, Inc. |
|---|---|---|---|

Name

Notice Name

38549 Webb Dr.
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Westland | MI | 48185 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Northfield Precision Instrument Corp. |
|---|---|---|---|

Name

Notice Name

4400 Austin Blvd
Address

**State the term remaining**  N/A

Box 550

**List the contract number of any government contract**

| Island Park | NY | 11558 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Nostrum Energy, LLC |
|---|---|---|---|

Name

Notice Name

1370 Hamilton St.
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Somerset | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Pure Power Technologies, Inc. | Case number *(if known)*: | 23-10208 |
|---|---|---|---|
| | Name | | |

| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | NTN Bearing Corporation |
|---|---|---|---|

Name

Notice Name

| **State the term remaining** | N/A | 1600 East Bishop Court |
|---|---|---|

Address

| **List the contract number of any government contract** | | |
|---|---|---|

| | Mount Prospect | IL | 60056 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | NW Fuel Injection Service Ltd. |
|---|---|---|---|

Name

Notice Name

| **State the term remaining** | N/A | #101, 18940 N - 94th Ave |
|---|---|---|

Address

| **List the contract number of any government contract** | | |
|---|---|---|

| | Surrey, BC | | V4N  4X5 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Canada | | |

Country

| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Oerlikon Balzers Coating USA Inc. |
|---|---|---|---|

Name

Notice Name

| **State the term remaining** | N/A | 2511 Technology Dr. |
|---|---|---|

Address

| **List the contract number of any government contract** | | |
|---|---|---|

| | Elgin | IL | 60124 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number (if known): 23-10208

| 2.690 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | O'Neal Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10 Falcon Crest Dr. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Greenville | SC | 29607 |

Country

| 2.691 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Ophoenix Capital Management Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Suite 502, North Tower |
| | State the term remaining | N/A | Address |
| | | | Beijing Kerry Center |
| | List the contract number of any government contract | | |
| | | | Chaoyang District |

| | City | State | ZIP Code |
|---|---|---|---|
| | Beijing | | 100020 |

China

Country

| 2.692 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Optimal Solutions |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 937 Paul Vista Dr. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Loveland | OH | 45140 |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.693**  **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Orion Electronics International, Inc.
Name

Notice Name

3863 Rochester Rd.
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Troy | MI | 48083 |
|------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.694**  **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Oshkosh Corporation
Name

Notice Name

2307 Oregon St.
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Oshkosh | WI | 54902 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.695**  **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Owens Industries Inc.
Name

Notice Name

7815 S 6th St.
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| Oak Creek | WI | 53154 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

---

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.696 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | P&R Fasteners |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 325 Pierce St. |
| **State the term remaining** | N/A | | Address |
| | | | |
| **List the contract number of any government contract** | | | |
| | | | |
| | | | Somerset    NJ    08873 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.697 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Pacbrake Company |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 19594 96th Ave. |
| **State the term remaining** | N/A | | Address |
| | | | |
| **List the contract number of any government contract** | | | |
| | | | |
| | | | Surrey, BC    V4N-4C3 |
| | | | City    State    ZIP Code |
| | | | Canada |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.698 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Pacific Swiss & Manufacturing Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 15423 SE Piazza Ave |
| **State the term remaining** | N/A | | Address |
| | | | |
| **List the contract number of any government contract** | | | |
| | | | |
| | | | Clackamas    OR    97015 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

---

**2.699** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

Pall Corporation
Name

Notice Name

State the term remaining: N/A

25 Harbor Park Dr.
Address

List the contract number of any government contract

| Port Washington | NY | 11050 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.700** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

Palmer Manufacturing & Supply, Inc.
Name

Notice Name

State the term remaining: N/A

18 Bechtle Ave.
Address

List the contract number of any government contract

| Springfield | OH | 45501 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.701** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

Pan International
Name

Notice Name

State the term remaining: N/A

30 Lillnonah Dr
Address

List the contract number of any government contract

| Brookfield | CT | 06804 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.702** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Paragon Metals, Inc.
Name

Notice Name

14120 Ballantyne Corporate Place
Address

**State the term remaining** N/A

Suite 460

**List the contract number of any government contract**

| Charlotte | NC | 28277 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.703** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Paragon Metals, Inc.
Name

Notice Name

14120 Ballantyne Corporate Place
Address

**State the term remaining** N/A

Suite 460

**List the contract number of any government contract**

| Charlotte | NC | 28277 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.704** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Parker Hannifin Corporation
Name

Notice Name

6035 Parkland Blvd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Cleveland | OH | 44124 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)* 23-10208

| | | |
|---|---|---|
| 2.705 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Parkway Products
Name

Notice Name

51 Cavalier Blvd.
Address

**State the term remaining** N/A

Suite 200

**List the contract number of any government contract**

| Florence | KY | 41042 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.706 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Paschal Associates, LLC
Name

Notice Name

131-C Dublin Square Rd
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Ashboro | NC | 27203 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.707 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

PCB Piezotronics, Inc.
Name

Notice Name

3425 Walden Ave.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Depew | NY | 14043 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*    23-10208

---

**2.708** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Pennsy Corporation
Name

Notice Name

515 South Franklin St.
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| West Chester | PA | 19382 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.709** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Penny & Giles Controls Limited
Name

Notice Name

15 Airfield Rd.
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| Christchurch | Dorset | BH233TG |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

---

**2.710** **State what the contract or lease is for and the nature of the debtor's interest**

dry freight aluminum van

Penske
Name

Notice Name

107 Saxe Gotha Drive
Address

**State the term remaining**    12/31/2024

**List the contract number of any government contract**

| West Columbia | SC | 29172 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| **2.711** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Perfect Circle Automation & Software
Name

Notice Name

1856 Fruitwood Ave.
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| Charleston | SC | 29414 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.712** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Perfect Patterns Inc.
Name

Notice Name

2221 E. Pensar Dr.
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| Appleton | WI | 54913 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.713** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Performance Friction Corp.
Name

Notice Name

83 Carbon Metallic Hwy.
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| Clover | SC | 29016 |
|---|---|---|
| City | State | ZIP Code |

Country

| | |
|---|---|
| Debtor: | Pure Power Technologies, Inc. |
| | Name |

Case number *(if known)*: 23-10208

**2.714**

**State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

PES, Inc.
Name

Notice Name

961 Chestnut Street SE
Address

| Gainsville | GA | 30501 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.715**

**State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

PHB, Inc.
Name

Notice Name

7900 W. Ridge Rd.
Address

| Fairview | PA | 16412 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.716**

**State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

PHHB, LP
Name

Notice Name

1900 St. James Place
Address

Suite 125

| Houston | TX | 77056 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
| | Name | | | |

---

**2.717** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Phoenix International Corporation |
| | | Name |

| | | | Notice Name |
| | | | 1441 44th St. NW |
| **State the term remaining** | N/A | | Address |

| **List the contract number of any government contract** | | | |

| | | Fargo | ND | 58102 |
| | | City | State | ZIP Code |

| | | Country |

---

**2.718** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Pioneer Metal Finishing |
| | | Name |

| | | | Notice Name |
| | | | 164 W. 28th Street |
| **State the term remaining** | N/A | | Address |

| **List the contract number of any government contract** | | | |

| | | Oshkosh | WI | 54902 |
| | | City | State | ZIP Code |

| | | Country |

---

**2.719** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Pioneer Products |
| | | Name |

| | | | Notice Name |
| | | | 1917 S. Memorial Dr. |
| **State the term remaining** | N/A | | Address |

| **List the contract number of any government contract** | | | |

| | | Racine | WI | 53403 |
| | | City | State | ZIP Code |

| | | Country |

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known):* 23-10208

| | | |
|---|---|---|
| **2.720** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Pioneer Service Inc.
Name

Notice Name

542 Factory Rd.
Address

| Addison | IL | 60101 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.721** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Poltron Diesel
Name

Notice Name

5119 Pegasus Court
Address

Suite H

| Fredrick | MD | 21704 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.722** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Pontiac Coil
Name

Notice Name

5800 Moody Dr.
Address

| Clarkston | MI | 48348 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.723** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Poppe + Potthoff GmbH
--- | --- | --- | ---
| | | Name
| | | 
| | | Notice Name
| **State the term remaining** | N/A | DammstraBe 17
| | | Address
| **List the contract number of any government contract** | | 
| | | Werther | | 33824
| | | City | State | ZIP Code
| | | Germany
| | | Country

**2.724** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Positrol, Inc.
--- | --- | --- | ---
| | | Name
| | | 
| | | Notice Name
| **State the term remaining** | N/A | 3890 Virginia Ave.
| | | Address
| **List the contract number of any government contract** | | 
| | | Cincinnati | OH | 45227
| | | City | State | ZIP Code
| | | Country

**2.725** | **State what the contract or lease is for and the nature of the debtor's interest** | supply agreement | Praxair
--- | --- | --- | ---
| | | Name
| | | 
| | | Notice Name
| **State the term remaining** | 10/31/2024 | 10 Riverview Drive
| | | Address
| **List the contract number of any government contract** | | 
| | | Danbury | CT | 06810
| | | City | State | ZIP Code
| | | Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.726** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Precision Components Associates Inc.

Name

Notice Name

2240 Rocky Cove Lane

Address

| Denton | NC | 27239 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.727** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Precision Components Associates, Inc.

Name

Notice Name

2240 Rocky Cover Lane

Address

| Denton | NC | 27239 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.728** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Precision Granite

Name

Notice Name

17 Jerrell Lane

Address

| Gordonsville | TN | 38563 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.729** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Precision Grinding Industries
Name

Notice Name

**State the term remaining** N/A

105 Leader Dr.
Address

**List the contract number of any government contract**

| Piedmont | SC | 29673 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.730** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Precision Machine Works
Name

Notice Name

**State the term remaining** N/A

1158 East Pine Log Rd.
Address

**List the contract number of any government contract**

| Aiken | SC | 29802 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.731** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Precision Metalsmiths, Inc.
Name

Notice Name

**State the term remaining** N/A

1081 East 200th Street
Address

**List the contract number of any government contract**

| Cleveland | OH | 44117 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

2.732 **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Precision Metalsmiths, Inc.
Name

Notice Name

**State the term remaining** N/A

1081 East 200th St.
Address

**List the contract number of any government contract**

| Cleveland | OH | 44117 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.733 **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Precision Pattern Co.
Name

Notice Name

**State the term remaining** N/A

1901 S. 71st Street
Address

**List the contract number of any government contract**

| Milwaukee | WI | 53219 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.734 **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Precision Resource
Name

Notice Name

**State the term remaining** N/A

25 Forest Parkway
Address

**List the contract number of any government contract**

| Shelton | CT | 06484 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.735** State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement

Precision Resource
Name

Notice Name

State the term remaining | N/A

25 Forest Parkway
Address

List the contract number of any government contract

| | |
|---|---|
| Shelton | CT | 06484 |
| City | State | ZIP Code |

Country

**2.736** State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement

Precision Supply, Inc.
Name

Notice Name

State the term remaining | N/A

2845 Interstate Pkwy
Address

List the contract number of any government contract

| | |
|---|---|
| Brunswick | OH | 44212 |
| City | State | ZIP Code |

Country

**2.737** State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement

Principal Manufacturing
Name

Notice Name

State the term remaining | N/A

2800 South 19th Ave.
Address

List the contract number of any government contract

| | |
|---|---|
| Broadview | IL | 60155 |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| **2.738** **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Proceco LTD. |
| | | Name |
| | | |
| | | Notice Name |
| **State the term remaining** | N/A | 7300 Tellier St. |
| | | Address |
| **List the contract number of any government contract** | | |
| | | |
| | | Montreal, Quebec |
| | | City / State / ZIP Code: HIN3T7 |
| | | Canada |
| | | Country |

| | | |
|---|---|---|
| **2.739** **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Process Equipment Company |
| | | Name |
| | | |
| | | Notice Name |
| **State the term remaining** | N/A | 6555 South Route 202 |
| | | Address |
| **List the contract number of any government contract** | | |
| | | |
| | | Tipp City / OH / 45371 |
| | | City / State / ZIP Code |
| | | Country |

| | | |
|---|---|---|
| **2.740** **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Productive Resources |
| | | Name |
| | | |
| | | Notice Name |
| **State the term remaining** | N/A | 2601 Fortune Circle East Dr. |
| | | Address |
| | | Suite 200A |
| **List the contract number of any government contract** | | |
| | | |
| | | Indianapolis / IN / 46241 |
| | | City / State / ZIP Code |
| | | Country |

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Profile Grinding, Inc |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4593 Spring Rd. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Cleveland    OH    44131 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Progressive Machine & Design LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 727 Rowley Rd |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Victor    NY    14564 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.743 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Proto-1 Manufacturing, LL |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10 Tower Rd |
| | **State the term remaining** | N/A | Address |
| | | | PO Box 399 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Winneconne    WI    54986 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*：23-10208

**2.744** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

ProtoCAM

Name

Notice Name

3848 Cherryville Rd.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Northampton | PA | 18067 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.745** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

PTI Engineered Plastics, Inc.

Name

Notice Name

50900 Corporate Dr.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Macomb | MI | 48044 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.746** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

PTR-Precision Technologies, Inc.

Name

Notice Name

120 Post Rd.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Enfield | CT | 06082 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.747 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Q-Mark Manufacturing Inc.
Name

Notice Name

30051 Comercio Rancho
Address

| Santa Margarita | CA | 92688 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.748 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Quadrant Magnetics
Name

Notice Name

800 East Main St.
Address

| Louisville | KY | 40206 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Quality Thermistor, Inc.
Name

Notice Name

2108 Century Way
Address

| Boise | ID | 83709 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | R.H. Sheppard Company, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 101 Philadelphia St. |
| | **State the term remaining** | N/A | Address |
| | | | PO Box 877 |
| | **List the contract number of any government contract** | | |
| | | | Hanover    PA    17331 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |
| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Radax Industries, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 700 Basket Rd. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | Webster    NY    14580 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |
| 2.752 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Raven Business Solutions |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 54 Marsh Dr. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | Jacksonville    FL    32250 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| 2.753 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement | RB Distribution, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 3400 Walnut St. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| Colmar | PA | 18915 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.754 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Red Rock Developments |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1901 Main St. |
| | State the term remaining | N/A | Address |
| | | | Suite 1150 |
| | List the contract number of any government contract | | |

| Columbia | SC | 29201 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.755 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Red Rock Devloments |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1901 Main Street |
| | State the term remaining | N/A | Address |
| | | | Suite 1150 |
| | List the contract number of any government contract | | |

| Columbia | SC | 29201 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.756**

**State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Redat North America
Name

Notice Name

120 Bonnie Loch Ct.
Address

| Orlando | FL | 32806 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.757**

**State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Regent Die & Tool Company Inc.
Name

Notice Name

730 W. Armour Ave.
Address

| Milwaukee | WI | 53221 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.758**

**State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

REI Automation
Name

Notice Name

1240 Veterans Rd.
Address

| Columbia | SC | 29209 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

---

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

**2.759**

**State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Remaned North America, LLC
Name

Notice Name

**State the term remaining** — N/A

Southfield Town Center
Address

**List the contract number of any government contract**

Suite 725 7th flr.

| Detroit | MI | 48075 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.760**

**State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Remaned North America, LLC
Name

Notice Name

**State the term remaining** — N/A

1000 Town Center
Address

**List the contract number of any government contract**

Suite 725

| Southfield | MI | 48075 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.761**

**State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Remote Tools Inc.
Name

Notice Name

395 St. Thomas Church Rd.
Address

**State the term remaining** — N/A

**List the contract number of any government contract**

| Chapin | SC | 29036 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.762** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Rem-Tronics, Inc.
Name

Notice Name

659 Brigham Road

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Dunkirk | NY | 14048 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.763** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Renaissance Manufacturing Group, LLC
Name

Notice Name

1401 Perkins Ave.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Waukesa | WI | 53186 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.764** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Ricardo Inc.
Name

Notice Name

40000 Ricardo Dr.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Van Buren Township | MI | 48111 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.765 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Ricardo UK Limited |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | N/A |
| | | Shoreham-by-Sea |
| | | Address |
| | **List the contract number of any government contract** | |
| | | West Susssex |
| | | City |
| | | United Kingdom |
| | | Country |

West Susssex — BN435FG (City / State / ZIP Code: City, State, ZIP Code)

United Kingdom (Country)

---

| | | |
|---|---|---|
| 2.766 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Richter Precision, Inc. |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | N/A |
| | | 1021 Commercial Ave. |
| | | Address |
| | **List the contract number of any government contract** | |

East Petersburg — PA — 17520
City / State / ZIP Code

Country

---

| | | |
|---|---|---|
| 2.767 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Rimrock Corporation |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | N/A |
| | | 1700 Jetway Blvd. |
| | | Address |
| | **List the contract number of any government contract** | |

Columbus — OH — 43219
City / State / ZIP Code

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.768 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Riviva Inc. |
| | | Name |
| | | Notice Name |
| | | 5130 Main Street NE |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Minneaplis | MN | 55421 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | RNS International Inc. |
| | | Name |
| | | Notice Name |
| | | 5001 Sirus Lane |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Charlotte | NC | 28208 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Robert Bosch LLC |
| | | Name |
| | | Notice Name |
| | | 38000 Hills Tech Dr. |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Farmington Hills | MI | 48331 |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known):*  23-10208

**2.771** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | Robert Half
Name

| | | Notice Name |
| | | 1441 Main Street, Suite 750 |
| **State the term remaining** | N/A | Address |
| **List the contract number of any government contract** | | |

Columbia | SC | 29210
City | State | ZIP Code

Country

**2.772** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Roberts Sinto Corporation
Name

| | | Notice Name |
| | | 3001 West Main St. |
| **State the term remaining** | N/A | Address |
| **List the contract number of any government contract** | | PO Box 40760 |

Lansing | MI | 48901
City | State | ZIP Code

Country

**2.773** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Robinson Industries
Name

| | | Notice Name |
| | | 3051 W. Curtis Rd. |
| **State the term remaining** | N/A | Address |
| **List the contract number of any government contract** | | |

Colemann | MI | 48618
City | State | ZIP Code

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number (if known): 23-10208

| 2.774 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Rock Tool and Machine |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 45145 Five Mile Rd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Plymouth |   MI   |   48170 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.775 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Roder Prazision GmbH |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Hanauer LandstraBe 155 |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Frankfor a Main |   |   D-60314 |
| | | | City | State | ZIP Code |
| | | | Germany |
| | | | Country |

| 2.776 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Ross Aluminum |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 815 North Oak Ave. |
| | State the term remaining | N/A | Address |
| | | | PO Box 609 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Sidney |   OH   |   45365 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
_____
Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.777 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | 5/8/2027 |
| | **List the contract number of any government contract** | |

Roush CleanTech, LLC
Name

Notice Name

12170 Globe St
Address

| Livonia | MI | 48150 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.778 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Roush Industries
Name

Notice Name

12445 Levan
Address

| Livonia | MI | 48150 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.779 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Royal Oak Industries
Name

Notice Name

2340 Dove Street
Address

| Port Huron | MI | 48060 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.780**  **State what the contract or lease is for and the nature of the debtor's interest**    Confidentiality Agreement

Ruddell & Associates Inc.
Name

Notice Name

201 Lakeshore Dr.
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| Easley | SC | 29642 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.781**  **State what the contract or lease is for and the nature of the debtor's interest**    Confidentiality Agreement

Rush Gears Inc.
Name

Notice Name

550 Virginia Dr.
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| Ft. Washington | PA | 19034 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.782**  **State what the contract or lease is for and the nature of the debtor's interest**    Confidentiality Agreement

RWR Engineering
Name

Notice Name

129 Catawba Trail
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| Lexington | SC | 29072 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.783 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | S&S Diesel Motorsport, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1471 W Tipton Street |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Seymour \| IN \| 47274 |
| | | | City \| State \| ZIP Code |
| | | | |
| | | | Country |

| 2.784 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | S. Sterling Company |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 102 International Dr. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Peachtree City \| GA \| 30269 |
| | | | City \| State \| ZIP Code |
| | | | |
| | | | Country |

| 2.785 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | SACS Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5200 Park Rd |
| | **State the term remaining** | N/A | Address |
| | | | Suite 103 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Charlotte \| NC \| 28209 |
| | | | City \| State \| ZIP Code |
| | | | |
| | | | Country |

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known):* | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

| 2.786 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Salem Tools Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1602 Midland Rd. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| | Salem | VA | 24153 |
|---|---|---|---|
| | City | State | ZIP Code |
| | | | |
| | Country | | |

| 2.787 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | San Francisco Circuits |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1660 S. Amphlett Blvd. |
| | **State the term remaining** | N/A | Address |
| | | | Suite 200 |
| | **List the contract number of any government contract** | | |
| | | | |

| | San Mateo | CA | 94402 |
|---|---|---|---|
| | City | State | ZIP Code |
| | | | |
| | Country | | |

| 2.788 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Sany Heavy Industry Co. LTD |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Sany Industrial Park |
| | **State the term remaining** | N/A | Address |
| | | | Xingsha Enterprise Zone |
| | **List the contract number of any government contract** | | |
| | | | |

| | Changsha | Hunan | |
|---|---|---|---|
| | City | State | ZIP Code |
| | China | | |
| | Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.789** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

SAP America
Name

Notice Name

3999 Wst Chester Pike
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Newtown Square | PA | 19073 |
| City | State | ZIP Code |

Country

**2.790** **State what the contract or lease is for and the nature of the debtor's interest**

termination addendum

SAP America, Inc.
Name

Notice Name

3999 West Chester Pike
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Newton Square | PA | 19073 |
| City | State | ZIP Code |

Country

**2.791** **State what the contract or lease is for and the nature of the debtor's interest**

termination addendum

SAP America, Inc.
Name

Notice Name

3999 West Chester Pike
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Newton Square | PA | 19073 |
| City | State | ZIP Code |

Country

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

| 2.792 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Sauer-Danfoss Company |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2800 E. 13th St. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | Ames | IA | 50014 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.793 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Savelli & MetalTech Sysems |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 3217 |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | Pawley Island | SC | 29585 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.794 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | SBB Services Inc. dba MM4 |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 55 W. Monroe |
| | **State the term remaining** | N/A | Address |
| | | | 2nd floor |
| | **List the contract number of any government contract** | | |

| | | Chicago | IL | 60603 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| 2.795 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Scania CV AB |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Nykopingsvgen 33-41 |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Sodertalje, Stockholm — 15157 |
| | | | City — State — ZIP Code |
| | | | Sweden |
| | | | Country |

| 2.796 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Schenck Trebel Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 535 Acorn Street |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Deer Park — NY — 11729 |
| | | | City — State — ZIP Code |
| | | | Country |

| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Schmidt Technology Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 280 Executive Dr. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Cranberry Twp. — PA — 16066 |
| | | | City — State — ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.798**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Seckler AG
Name

Notice Name

Moosstrasse 3
Address

**State the term remaining** N/A

Postfach 307

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Pieterlen, Schweiz | | CH-2542 |
| Switzerland | | |

Country

---

**2.799**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Seilkop Industries Inc.
Name

Notice Name

425 North Bend Road
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Cincinnati | OH | 45216 |

Country

---

**2.800**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Semiconductor Components Industries LLC
Name

Notice Name

5005 East McDowell Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Phoenix | AZ | 85008 |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| 2.801 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Senergie GmbH |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Gerwingstrasse 8 |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | Engen    78234 |
| | | | City    State    ZIP Code |
| | | | Germany |
| | | | Country |

| 2.802 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Senior Flexonics Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 300 E. Devon Ave. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | Bartlett    IL    60103 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.803 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Servicio Lucas Diesel SA |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Paamericana Norte 5325 |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | Conchali, Santiago |
| | | | City    State    ZIP Code |
| | | | Chili |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)* 23-10208

---

**2.804** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

SFC Koening LLC

Name

Notice Name

73 Defco Park Rd.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| North Haven | CT | 06473 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.805** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Shanghai Just-In-Time Intl Trading Co. LTD.

Name

Notice Name

Room 502, Fucheng Int'l Bldg

Address

No. 910 , Quyang Rd.

**State the term remaining** N/A

**List the contract number of any government contract**

Hongkou District

| Shanghai | | |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

---

**2.806** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Shanghai Yongnal Trading Co. LTD.

Name

Notice Name

Room 401, Building 20

Address

Lane 458 North Nujiang Rd.

**State the term remaining** N/A

**List the contract number of any government contract**

| Shanghai | | |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.807** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Shells Inc.
Name

Notice Name

502 Old Rd. 30 East
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Bourbon | IN | 46504 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.808** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Sherrill Industries, Inc.
Name

Notice Name

110 Durkee Lane
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Dallas | NC | 28034 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.809** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

SignalX Technologies LLC
Name

Notice Name

15800 Centennial Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Northfield | MI | 48168 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.810** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Signicast LLC
Name

| | | Notice Name

| **State the term remaining** | N/A | 1800 Innovation Way
Address

| **List the contract number of any government contract** | |

| | | Hartford | WI | 53027
| | | City | State | ZIP Code

| | | Country

**2.811** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Simon Forensic, LLC
Name

| | | Notice Name

| **State the term remaining** | N/A | 17703 15th Ave NE
Address

| **List the contract number of any government contract** | |

| | | Shoreline | WA | 98155
| | | City | State | ZIP Code

| | | Country

**2.812** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Simon-Kutcher & Partners LLC
Name

| | | Notice Name

| **State the term remaining** | N/A | 201 Washington St.
Address

| | | One Boston Place

| **List the contract number of any government contract** | | Suite 3301

| | | Boston | MA | 02108
| | | City | State | ZIP Code

| | | Country

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

**2.813** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Sims Machining  LLC
Name

Notice Name

3512 Sardis Highway
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Timmonsville | SC | 29161 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.814** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

SinterCast Limited
Name

Notice Name

30 Anyards Road
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Cobham, Surrey | | KT11 2LA |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

**2.815** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Skyway Precision Inc.
Name

Notice Name

41225 Plymouth Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known):* 23-10208

**2.816** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Slidematic Precision Components Inc.
Name

Notice Name

1303 Samuelson Road
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Rockford | IL | 61109 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.817** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Slone Gear International
Name

Notice Name

305 South Market St.
Address

**State the term remaining** N/A

PO Box 496

**List the contract number of any government contract**

| Troy | OH | 45373 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.818** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Smalley Steel Ring Company
Name

Notice Name

555 Oakwood Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Lake Zurich | IL | 60047 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.819 | **State what the contract or lease is for and the nature of the debtor's interest** | warehousing & logistics services |
| | | Smith-Dray Line |
| | | Name |
| | | |
| | | Notice Name |
| | | 1140 Northpoint Blvd |
| | **State the term remaining** | 6/30/2023 |
| | | Address |
| | **List the contract number of any government contract** | |

| Blythewood | SC | 29016 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Smoky Mountain Machining |
| | | Name |
| | | |
| | | Notice Name |
| | | 80 McIntosh Rd. |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| Ashville | NC | 28806 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.821 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | SMT LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 2768 Golfview Dr. |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| Naperville | IL | 60563 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

---

**2.822** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Solar Atmospheres, Inc.
Name

Notice Name

108 Progressive Ct.
Address

State the term remaining — N/A

List the contract number of any government contract

| Greenville | SC | 29611 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.823** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Sonceboz Automotive SA
Name

Notice Name

Rue Rosselet Challandes 5
Address

State the term remaining — N/A

List the contract number of any government contract

| Soncebox | | 02605 |
|---|---|---|
| City | State | ZIP Code |

Switzerland
Country

---

**2.824** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Sonplas GmbH
Name

Notice Name

Sachsenring 57
Address

State the term remaining — N/A

List the contract number of any government contract

| Straubing | | D-94315 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

---

Debtor:   Pure Power Technologies, Inc.                                              Case number *(if known)*:   23-10208
_____                                    _____
Name

| 2.825 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | South Carolina Manufacturing Extension Partnership |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1301 Gervais Street |
| | **State the term remaining** | N/A | Address |
| | | | Suite 910 |
| | **List the contract number of any government contract** | | |
| | | | Columbia          SC          29201 |
| | | | City          State          ZIP Code |
| | | | Country |

| 2.826 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | South Carolina Research Foundation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 901 Sumter St. 5th Floor |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Columbia          SC          29208 |
| | | | City          State          ZIP Code |
| | | | Country |

| 2.827 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | South Carolina Vocational Rehabilitation Department |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Lexington Area Office |
| | **State the term remaining** | N/A | Address |
| | | | 1330 Boston Ave |
| | **List the contract number of any government contract** | | |
| | | | West Columbia          SC          29170 |
| | | | City          State          ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| 2.828 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Southcom Group, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 106 Havenstraat Street |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Kernersville    NC    27284 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.829 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Southeast Power Systems of Orlando, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4220 N. Orange Blossom Trail |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Orlando    FL    32804 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.830 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Southland Container Corporation dba Concept Packaging Group |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 60 Fairview Church Rd. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Spartanburg    SC    29303 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.831** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Southtech Machine Inc.

Name

Notice Name

2515 Tahoe Dr.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Sumter | SC | 29150 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.832** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Space Metal Fabricators Inc.

Name

Notice Name

8523 Wilson Blvd.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Columbia | SC | 29203 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.833** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Special Cutting Tools

Name

Notice Name

1305 Wohlert Street

Address

PO Box 246

**State the term remaining** N/A

**List the contract number of any government contract**

| Angola | IN | 46703 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

**2.834** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Speciality Washer Co. of South Carolina
Name

Notice Name

7433 Main Highway

**State the term remaining** N/A — Address

**List the contract number of any government contract**

| Bamberg | SC | 29003 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.835** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Specialized & Insert Molding Technology LLC
Name

Notice Name

2768 Golfview Dr.

**State the term remaining** N/A — Address

**List the contract number of any government contract**

| Naperville | IL | 60563 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.836** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Specialty Heat Treating, Inc.
Name

Notice Name

3700 Eastern Ave. SE

**State the term remaining** N/A — Address

**List the contract number of any government contract**

| Grand Rapids | MI | 49508 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known):* 23-10208

| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Speed Turbo Columbia SAS |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Calle 76 48-67 |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Itagui |

City / State / ZIP Code: Itagui — 55411

Columbia

Country

| 2.838 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | Spherion Staffing and Recruiting |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Greater Columbia |
| | **State the term remaining** | N/A | Address |
| | | | 4727D Sunset Blvd. |
| | **List the contract number of any government contract** | | |

City / State / ZIP Code: Lexington — KY — 29072

Country

| 2.839 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Spirax-Sarco, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1150 Northpoint Blvd. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

City / State / ZIP Code: Blythewood — SC — 29016

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.840** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Spirol International Corporation

Name

Notice Name

30 Rock Ave

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Danielson | CT | 06239 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.841** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Springfield Remanufacturing Corp

Name

Notice Name

650 N. Broadview Pl.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Springfield | MO | 65802 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.842** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Springfix Linkages, Inc.

Name

Notice Name

44980 Vic Wertz Drive

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Clinton Township | MI | 48036 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G

**Schedule G: Executory Contracts and Unexpired Leases**

Page 281 of 329

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

**2.843** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | SPX Corporation
Name

Notice Name

28635 Mound Road

**State the term remaining** | N/A | | Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Warren | MI | 48092 |
| City | State | ZIP Code |

Country

**2.844** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Stahlcon GmbH
Name

Notice Name

Kringstrasse 13

**State the term remaining** | N/A | | Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Steinenbronn | | 71144 |
| City | State | ZIP Code |
| Germany | | |

Country

**2.845** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Stanadard Motor Products
Name

Notice Name

37-18 Northern Blvd.

**State the term remaining** | N/A | | Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Long Island City | NY | 11101 |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
_____
Name

Case number *(if known)*:    23-10208

**2.846** **State what the contract or lease is for and the nature of the debtor's interest**    supply agreement

Stanadard Motor Products, Inc.
_____
Name

_____
Notice Name

38-18 Northern Blvd.
_____
Address

**State the term remaining**    N/A

_____

**List the contract number of any government contract**

_____

| Long Island City | NY | 11101 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.847** **State what the contract or lease is for and the nature of the debtor's interest**    Confidentiality Agreement

Staubli Corporation
_____
Name

_____
Notice Name

201 Parkway West
_____
Address

**State the term remaining**    N/A

_____

**List the contract number of any government contract**

_____

| Duncan | SC | 29334 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.848** **State what the contract or lease is for and the nature of the debtor's interest**    Confidentiality Agreement

Stecker Machine Company
_____
Name

_____
Notice Name

5107 County Road C
_____
Address

**State the term remaining**    N/A

_____

**List the contract number of any government contract**

_____

| Manitowoc | WI | 54220 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.849 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Stephen Gould Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 35 South Jefferson Rd. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Whippany        NJ        07981 |
| | | | City        State        ZIP Code |
| | | | Country |

| 2.850 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Stewart EFI |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 45 Old Waterbury Rd. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Thomaston        CT        06787 |
| | | | City        State        ZIP Code |
| | | | Country |

| 2.851 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Stoneridge Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9400 East Market St. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Warren        OH        44484 |
| | | | City        State        ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.852** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Stork Herron Testing Laboratories
Name

Notice Name

5405 East Schaaf Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Cleveland | OH | 44131 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.853** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Strategic Improvement Services dba eMRI
Name

Notice Name

6453 Hollowtree Court
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Saline | MI | 48176 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.854** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Stuckey Brothers Parts Co., Inc. dba Bostech Fuel
Name

Notice Name

300 W Broad St.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Hemingway | SC | 29554 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.855** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

State the term remaining    N/A

List the contract number of any government contract

Styner & Bienz Formtech AG

Name

Notice Name

Freiburgstrasse 556

Address

| Niederwangen | | CH-3172 |
|---|---|---|
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

**2.856** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

State the term remaining    N/A

List the contract number of any government contract

SUD Industrie Service

Name

Notice Name

77 Roue u Perimetre

Address

| Annecy | | 74000 |
|---|---|---|
| City | State | ZIP Code |
| France | | |
| Country | | |

**2.857** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

State the term remaining    N/A

List the contract number of any government contract

SunMan Engineering, Inc.

Name

Notice Name

2635 North First St.

Address

Suite 205

| San Jose | CA | 65134 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.858** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Sunnen Products Company

Name

Notice Name

7910 Manchester Ave.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| St. Louis | MO | 63143 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.859** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Sunny Dragonfly Creative

Name

Notice Name

278 Columbia Club Dr.

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Columbia | SC | 29016 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.860** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Sunrise Mills, Inc.

Name

Notice Name

600 Sylvan Avenue

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| Englewood Cliffs | NJ | 07632 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.861** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Superior Industrial Coating

Name

Notice Name

2010 Indiana St.

Address

| Racine | WI | 53405 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.862** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

**State the term remaining** 12/15/2027

**List the contract number of any government contract**

SuperTurbo Technologies

Name

Notice Name

3755 Precision Drive

Address

Suite 170

| Loveland | CO | 80538 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.863** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Supply Chain Services International LLC

Name

Notice Name

8515 N. University St.

Address

| Peoria | IL | 61615 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.864 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Supreme Cores Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | N/A | 5737W. Mill Rd. |
| | | | Address |
| | **List the contract number of any government contract** | | |

| Milwaukee | WI | 53218 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.865 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Supreme Machines Products Co., Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | N/A | 18686 172nd Avenue |
| | | | Address |
| | **List the contract number of any government contract** | | |

| Spring Lake | MI | 49456 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.866 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Surface Preparation Texas |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | N/A | 5973 South Loop East |
| | | | Address |
| | **List the contract number of any government contract** | | |

| Houston | TX | 77033 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.867** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Sutterlin Machine & Tool Co. Inc.
Name

Notice Name

9445 Pineneedle Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Mentor | OH | 44060 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.868** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Swiss Technologies, Inc.
Name

Notice Name

2502 Quality Lane
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Knoxville | TN | 37931 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**2.869** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Swissomation, Inc.
Name

Notice Name

112 Marschall creek Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Frederickburg | TX | 78624 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

**2.870** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Symphony Sales, LLC |
Name

| | | Notice Name |

**State the term remaining** | N/A | 57 Kristine Lane |
Address

**List the contract number of any government contract** | |

| | Haverhill | MA | 01832 |
City | State | ZIP Code

| | Country |

**2.871** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Synergy Catalyst |
Name

| | | Notice Name |

**State the term remaining** | N/A | 1122 Wet Bethel Rd. #400 |
Address

**List the contract number of any government contract** | |

| | Coppell | TX | 75019 |
City | State | ZIP Code

| | Country |

**2.872** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | TABS Technologies LLC |
Name

| | | Notice Name |

**State the term remaining** | N/A | 2340 S. 950 East |
Address

**List the contract number of any government contract** | |

| | Zionsville | IN | 46077 |
City | State | ZIP Code

| | Country |

Debtor: Pure Power Technologies, Inc.
_____
Name

Case number (if known): 23-10208
_____

| 2.873 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | TAFE Motors and Tractors Limited |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 35 Nungambakkam High Road |
| | State the term remaining | N/A | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |

| | | | Chennai | 600034 |
|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | India | | |
| | | | Country | | |

| 2.874 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Talent Logic Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2313 Timber Shadows Drive |
| | State the term remaining | 2/1/2024 | Address |
| | | | Suite 200 |
| | List the contract number of any government contract | | |
| | | | |

| | | | Kingwood | TX | 77339 |
|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.875 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Taylor Diesel |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 724-D Airways Blvd. |
| | State the term remaining | N/A | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |

| | | | Jackson | TN | 38301 |
|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*    23-10208

| | | |
|---|---|---|
| 2.876 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Team Industries, Inc.
Name

Notice Name

1145 TownPark Avenue
Address

Suite 2201

**State the term remaining**    N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Lake Mary | FL | 32746 |

Country

| | | |
|---|---|---|
| 2.877 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Teamtechnik GmbH
Name

Notice Name

PlanckstraBe 40
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Freiberg am Neckar | | 71691 |

Germany
Country

| | | |
|---|---|---|
| 2.878 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Technical Acoustics Company, Inc.
Name

Notice Name

2508 Three Bars Dr.
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Grayson | GA | 30017 |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*    23-10208

**2.879** **State what the contract or lease is for and the nature of the debtor's interest**    Confidentiality Agreement

Technology Marketing Corporation

Name

Notice Name

1526 E. Greyhound Pass

**State the term remaining**    N/A

Address

**List the contract number of any government contract**

| Carmel | IN | 46032 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.880** **State what the contract or lease is for and the nature of the debtor's interest**    Confidentiality Agreement

Technomatik GmbH & Co. KG

Name

Notice Name

Steingauer StraBe 24

**State the term remaining**    N/A

Address

**List the contract number of any government contract**

| Dietramszell-Lochen | | 83623 |
|---|---|---|
| City | State | ZIP Code |

Germany

Country

**2.881** **State what the contract or lease is for and the nature of the debtor's interest**    Confidentiality Agreement

Technosports, Inc.

Name

Notice Name

34005 Autry Street

**State the term remaining**    N/A

Address

**List the contract number of any government contract**

| Livonia | MI | 48150 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known):* 23-10208

| 2.882 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Technotronix, Inc. |
|---|---|---|---|

Name

Notice Name

1464 N. Hundley Street

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| Anaheim | CA | 92806 |
| City | State | ZIP Code |

Country

| 2.883 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Teconnex LTD |
|---|---|---|---|

Name

Notice Name

Bronte Workd

Address

**State the term remaining** N/A

Chesham Street

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| Keighley West Yorkshire | | BD21 4LG |
| City | State | ZIP Code |

United Kingdom

Country

| 2.884 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | TecRep Engineering |
|---|---|---|---|

Name

Notice Name

125 Pit Road

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| Mooresville | NC | 28115 |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.885 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Tempton Service Plus GmbH

Name

Notice Name

**State the term remaining** N/A

Zufuhrstrabe 12

Address

**List the contract number of any government contract**

| Nuremberg | | 90443 |
|---|---|---|
| City | State | ZIP Code |
| Germany | | |
| Country | | |

---

**2.886 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Tenneco Automotive Operating Company, Inc.

Name

Notice Name

**State the term remaining** N/A

500 Conestoga Blvd.

Address

**List the contract number of any government contract**

| Cambridge | ON | N1R7P6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.887 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Texas Instruments Incorporated

Name

Notice Name

**State the term remaining** N/A

12500 TI Blvd.

Address

**List the contract number of any government contract**

| Dallas | TX | 75243 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.888** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

The Asaba Group, Inc.
Name

Notice Name

**State the term remaining** N/A

220 North Main Street
Address

Suite 102

**List the contract number of any government contract**

| Natick | MA | 01760 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.889** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

The Connecticut Spring & Stamping Corporation
Name

Notice Name

**State the term remaining** N/A

48 Spring Lane
Address

**List the contract number of any government contract**

| Farmington | CT | 06034 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.890** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

The Hines Group Inc.
Name

Notice Name

5680 Old Highway 54 East
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Philpot | KY | 42366 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.891 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | The Lee Company |
| | | Name |
| | | |
| | | Notice Name |
| | | 2 Pettipaug Road |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Westbrook | CT | 06498 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.892 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | The Maumee Pattern Company |
| | | Name |
| | | |
| | | Notice Name |
| | | 1019 Hazelwood Ave. |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Toledo | OH | 43605 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.893 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | The Midson Group |
| | | Name |
| | | |
| | | Notice Name |
| | | 1353 South Gayord St. |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Denver | CO | 80210 |
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known):*  23-10208

| | | |
|---|---|---|
| **2.894** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | The Morey Corporation |
| | | Name |
| | | |
| | | Notice Name |
| | | 100 Morey Drive |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Woodbridge | IL | 60517 |
| | | City | State | ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| **2.895** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | The Private Bank |
| | | Name |
| | | |
| | | Notice Name |
| | | 34901 Woodward Ave. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | Suite 200 |
| | | |
| | | Birmingham | MI | 48009 |
| | | City | State | ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| **2.896** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | The Timken Company |
| | | Name |
| | | |
| | | Notice Name |
| | | 1835 Dueber Avenue SW |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Canton | OH | 44706 |
| | | City | State | ZIP Code |
| | | |
| | | Country |

Debtor: Pure Power Technologies, Inc.

Name

Case number (if known): 23-10208

**2.897** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

The Vickers Agency

Name

Notice Name

4531 Prime Parkway

Address

State the term remaining    N/A

List the contract number of any government contract

| McHenry | IL | 60050 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**2.898** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

The Walton Company

Name

Notice Name

5 New Orleans Rd.

Address

Suite #102

State the term remaining    N/A

List the contract number of any government contract

| Hilton Head | SC | 29928 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**2.899** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Therm Tech of Waukesha, Inc.

Name

Notice Name

301 Travis Lane

Address

State the term remaining    N/A

List the contract number of any government contract

| Waukesha | WI | 53189 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| 2.900 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Thielenhaus Technologies GmbH |
| --- | --- | --- | --- |

Name

Notice Name

Schwesterstrabe 50

| | State the term remaining | N/A | Address |
| --- | --- | --- | --- |

| | List the contract number of any government contract | | |
| --- | --- | --- | --- |

| | | | Wuppertal | | 42285 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Germany | | |
| | | | Country | | |

| 2.901 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Thomas Magnete USA, LLC |
| --- | --- | --- | --- |

Name

Notice Name

3225 Gateway Rd.

| | State the term remaining | N/A | Address |
| --- | --- | --- | --- |

Suite 350

| | List the contract number of any government contract | | |
| --- | --- | --- | --- |

| | | | Brookfield | WI | 53045 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.902 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Thomas Mechanical |
| --- | --- | --- | --- |

Name

Notice Name

2715 Gray Fox Rd.

| | State the term remaining | N/A | Address |
| --- | --- | --- | --- |

| | List the contract number of any government contract | | |
| --- | --- | --- | --- |

| | | | Monroe | NC | 28110 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.903** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Tico Titanium, Inc.
Name

Notice Name

30150 South Wixom Rd.
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

Wixom | MI | 48393
City | State | ZIP Code

Country

---

**2.904** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Tooling and Equipment International Corp.
Name

Notice Name

12550 Tech Center Dr.
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

Livonia | MI | 48150
City | State | ZIP Code

Country

---

**2.905** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Torco, Inc.
Name

Notice Name

1330 Old 41 Highway
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

Marietta | GA | 30060
City | State | ZIP Code

Country

---

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Total Lubricants USA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5 North Stiles Street |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Linden / NJ / 07036 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Trace Laboratories, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5 North Park Dr. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Hunt Valley / MD / 21030 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Transonic Combustion Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 461 Calle San Pablo |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Camerillo / CA / 93012 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

| 2.909 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Trelleborg Sealing Solutions US, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 176 |
| | **State the term remaining** | N/A | Address |
| | | | 2531 Bremer Rd. |
| | **List the contract number of any government contract** | | |

| | | | Fort Wayne | IN | 46801 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.910 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Trilogic, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2 Highwood Dr. |
| | **State the term remaining** | N/A | Address |
| | | | Suite 202 |
| | **List the contract number of any government contract** | | |

| | | | Tewksbury | MA | 01876 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.911 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Trimaster Manufacturing, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 95 Curtis Dr. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | | Guelph | ON | N1K 1E1 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| 2.912 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Trinity Forge, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | N/A | 947 Trinity Dr. |
| | | | Address |
| | **List the contract number of any government contract** | | |

| Mansfield | TX | 76063 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.913 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Triumph Manufacturing, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | N/A | 2130 S. Industrial Park Ave. |
| | | | Address |
| | **List the contract number of any government contract** | | Suite 100 |

| Tempe | AZ | 85282 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.914 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Trompetter Guss Chemnitz GmbH |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | N/A | Schonherrstrabe 8 |
| | | | Address |
| | **List the contract number of any government contract** | | |

| Chemnitz | | D-09113 |
|---|---|---|
| City | State | ZIP Code |
| Germany | | |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.915** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Trumpf Laser Technology Center
Name

Notice Name

47711 Clipper St.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Plymouth Township | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.916** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

TRW Automotive U.S. LLC
Name

Notice Name

12001 Tech Center Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Livonia | MI | 48150 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.917** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Turbo Technics, LTD.
Name

Notice Name

2 Sketty Close Brackmills
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Northampton | | NN4 7PL |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

---

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| | | |
|---|---|---|
| 2.918 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Turbocam International
Name

Notice Name

607 Calef Highway
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Barrington | NH | 03825 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.919 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Twin Brook Capital Partners
Name

Notice Name

300 South Wacker Dr.
Address

**State the term remaining** N/A

Suite 3500

**List the contract number of any government contract**

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.920 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Twin City EDM
Name

Notice Name

7940 Ranchers Road N.E.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Fridley | MN | 55432 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| 2.921 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Tyco Electronics Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2901 Fulling Mill Road |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Middletown | PA | 17057 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.922 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | UHY Consulting GA |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 980 Hammond Dr. #100 |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Atlanta | GA | 30328 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.923 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | UL DQS Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1130 West Lake Cook Rd. |
| | **State the term remaining** | N/A | Address |
| | | | Suite 340 |
| | **List the contract number of any government contract** | | |
| | | | Buffalo Grove | IL | 60089 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.924** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Umicore Autocat USA Inc.
Name

Notice Name

2437 Commercial Dr.
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

Auburn Hills | MI | 48326
City | State | ZIP Code

Country

**2.925** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | United Contamination Control
Name

Notice Name

241 Zimmerman Lane
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

Langhorne | PA | 19047
City | State | ZIP Code

Country

**2.926** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | United Contamination Control
Name

Notice Name

241 Zimmerman Lane
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

Langhorne | PA | 19047
City | State | ZIP Code

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.927** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | United Grinding |
| | | | Name |
| | | | Notice Name |
| | | | 510 Earl Blvd. |
| **State the term remaining** | N/A | | Address |
| **List the contract number of any government contract** | | | |

| | | City | State | ZIP Code |
| Miamisburg | OH | 45342 |

Country

---

**2.928** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Univance Corporation |
| | | | Name |
| | | | Notice Name |
| | | | 2418 Washizu |
| **State the term remaining** | N/A | | Address |
| **List the contract number of any government contract** | | | |

| Kosai City Shizuka Prefeture | | 431-0494 |
| City | State | ZIP Code |
| Japan | | |

Country

---

**2.929** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | University of South Carolina |
| | | | Name |
| | | | Notice Name |
| | | | 1600 Hampton St. |
| **State the term remaining** | N/A | | Address |
| | | | Suite 414 |
| **List the contract number of any government contract** | | | |

| Columbia | SC | 29208 |
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.930** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

USUI International Corpoation

Name

Notice Name

44780 Helm Street

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.931** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

UTC Power Corporation

Name

Notice Name

195 Governor's Highway

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| South Windsor | CT | 06074 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.932** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

V&L Tool, Inc.

Name

Notice Name

2021 MacArthur Rd.

Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Waukesha | WI | 53188 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| | | | |
|---|---|---|---|
| 2.933 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Vacuumschmelz GmbH & Co. KG |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Gruner Weg 37 |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Hanau                              D-63450 |
| | | | City          State          ZIP Code |
| | | | Germany |
| | | | Country |
| 2.934 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Vander Kaay & Associates |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 15878 Wayland Dr. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Charlotte          NC          28277 |
| | | | City          State          ZIP Code |
| | | | Country |
| 2.935 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Vander Kaay & Associates |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 15878 Wayland Dr. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Charlotte          NC          28277 |
| | | | City          State          ZIP Code |
| | | | Country |

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)*: | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

**2.936** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Vander Kaay and Associates
Name

Notice Name

15878 Wayland Dr.
Address

State the term remaining    N/A

List the contract number of any government contract

| Charlotte | NC | 28277 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.937** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Vantage Specialties, Inc.
Name

Notice Name

3938 Porette Dr.
Address

State the term remaining    N/A

List the contract number of any government contract

| Gurnee | IL | 60031 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.938** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Vashaw Scientific Inc.
Name

Notice Name

11660 Alpharetta Hwy.
Address

State the term remaining    N/A

Suite 155

List the contract number of any government contract

| Roswell | GA | 30076 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

**2.939** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Verify, Inc.
Name

Notice Name

101 Merritt Blvd.
Address

**State the term remaining** N/A

Suite 207
Address

**List the contract number of any government contract**

| Trumbull | CT | 06611 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.940** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Vermeer Corporation
Name

Notice Name

1210 Vermeer Rd. East
Address

**State the term remaining** N/A

PO Box 200
Address

**List the contract number of any government contract**

| Pella | IA | 50219 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.941** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Versevo, Inc.
Name

Notice Name

1055 Cottonwood Ave.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Hartland | WI | 53029 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Pure Power Technologies, Inc. | | Case number *(if known)* | 23-10208 |
|---|---|---|---|---|
| | Name | | | |

**2.942** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Vertical Development, Inc.
Name

Notice Name

1730 Park Street
Address

Unit 116

**State the term remaining** N/A

**List the contract number of any government contract**

| Naperville | IL | 60563 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.943** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Vforge, Inc.
Name

Notice Name

5567 West 6th Ave.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Lakewood | CO | 80214 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.944** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Vision Industries
Name

Notice Name

202 Industrial Park Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Winnsboro | SC | 29180 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.945** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Visteon Corporation
Name

Notice Name

One Visteon Center Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Van Buren Township | MI | 48111 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.946** **State what the contract or lease is for and the nature of the debtor's interest**

B2B User Agreement

Volkswagen
Name

Notice Name

2 Berliner Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Wolfsburg | | 38440 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

---

**2.947** **State what the contract or lease is for and the nature of the debtor's interest**

Air handling components

Volvo Powertrain AB
Name

Notice Name

Gunnar Engellaus väg 8
Address

**State the term remaining** Indefinite

**List the contract number of any government contract**

| Göteborg | | |
|---|---|---|
| City | State | ZIP Code |

Sweden
Country

---

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*:  23-10208

**2.948** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

State the term remaining    N/A

List the contract number of any government contract

Volvo Powertrain AB
Name

Notice Name

Herkulesgatan
Address

| Gothenburg | | 405 08 |
|---|---|---|
| City | State | ZIP Code |
| Sweden | | |
| Country | | |

**2.949** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

State the term remaining    N/A

List the contract number of any government contract

Volvo Powertrain North America
Name

Notice Name

13403 Volvo Way
Address

| Hagerstown | MD | 21742 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

**2.950** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

State the term remaining    N/A

List the contract number of any government contract

Voss Pattern Company
Name

Notice Name

1051 S. Rolff Street
Address

| Davenport | IA | 52908 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known):*  23-10208

| | | | |
|---|---|---|---|
| 2.951 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | VTL Group |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | St. Thomas Rd. |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | State | |
|---|---|---|
| Huddersfield West Yorkshire | | HD1 3LG |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.952 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Vulcan Engineering Co. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 307 |
| | **State the term remaining** | N/A | Address |
| | | | One Vulcan Dr. |
| | **List the contract number of** | | |
| | **any government contract** | | Helena Industrial Park |

| | State | |
|---|---|---|
| Helena | AL | 35080 |
| City | State | ZIP Code |
| Country | | |

| | | | |
|---|---|---|---|
| 2.953 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Wahler Automotive Systems, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 13623 Otterson Courty |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | State | |
|---|---|---|
| Livonia | MI | 48150 |
| City | State | ZIP Code |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| **2.954** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Walker Forge
Name

Notice Name

222 E. Eric St.
Address

**State the term remaining** N/A

Sutie 300

**List the contract number of any government contract**

| Milwaukee | WI | 53202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.955** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Waltz Brothers, Inc.
Name

Notice Name

10 W. Waltz Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Wheeling | IL | 60090 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.956** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |

Wanxiang America Corporation
Name

Notice Name

88 Airport Rd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Elgin | IL | 60123 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.957** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

State the term remaining: N/A

List the contract number of any government contract

Wartsila Finland Oy
Name

Notice Name

Tarhaahantie 2
Address

| Vaasa | | 65380 |
|-------|-------|-------|
| City | State | ZIP Code |
| Finland | | |
| Country | | |

**2.958** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

State the term remaining: N/A

List the contract number of any government contract

Waupaca Foundry, Inc.
Name

Notice Name

1955 Brunner Dr.
Address

PO Box 249

| Waupaca | WI | 54981 |
|---------|-------|-------|
| City | State | ZIP Code |
| Country | | |

**2.959** State what the contract or lease is for and the nature of the debtor's interest: Confidentiality Agreement

State the term remaining: N/A

List the contract number of any government contract

Weber Automotive Corp.
Name

Notice Name

1750 Summit Dr.
Address

| Auburn Hills | MI | 48326 |
|--------------|-------|-------|
| City | State | ZIP Code |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| 2.960 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Weichai Power Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 26 Minsheng Rd. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | Weifang | Shandong | |
| --- | --- | --- | --- | --- |
| | | City | State | ZIP Code |
| | | China | | |
| | | Country | | |

| 2.961 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Weiss Umwelttechnik GmbH |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Greizer Strabe 41 |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | Reiskirchen Lindentruth | | 49 35447 |
| --- | --- | --- | --- | --- |
| | | City | State | ZIP Code |
| | | Germany | | |
| | | Country | | |

| 2.962 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | Werth Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8 Custom Dr. |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | Old Saybrook | CT | 06475 |
| --- | --- | --- | --- | --- |
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| **2.963** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Wescast Industries, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 150 Savannah Oaks Dr. |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| Branford | ON | N3V 1E7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| **2.964** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | West Side Precision |
| | | Name |
| | | |
| | | Notice Name |
| | | 280 Lincoln Blvd. |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| Middlesex | NJ | 08846 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| **2.965** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | West Virginia University |
| | | Name |
| | | |
| | | Notice Name |
| | | 886 Chestnut Ridge Rd. |
| | **State the term remaining** | N/A |
| | | Address |
| | | PO Box 6224 |
| | **List the contract number of any government contract** | |

| Morgantown | WV | 26505 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

**2.966 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Western Kentucky University
Name

Notice Name

1906 College Heights Blvd.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Warrenville | IL | 42101 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.967 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Western Technologies
Name

Notice Name

6346 Orchard Lake Rd.
Address

Suite 103

**State the term remaining** N/A

**List the contract number of any government contract**

| West Bloomfield | MI | 48322 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.968 State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Westinghouse Electric Company LLC
Name

Notice Name

1000 Westinghouse Dr.
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| Cranberry Township | PA | 16066 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| **2.969** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Wheelabrator Group (Canada)
Name

Notice Name

1219 Corporate Dr.
Address

| Burlington | ON | L7L-5V5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

| | | |
|---|---|---|
| **2.970** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Winsert, Inc.
Name

Notice Name

2645 Industrial Parkway
Address

| South Marinette | WI | 29016 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.971** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Winsor Beach Technologies
Name

Notice Name

7321 Klier Dr. East
Address

| Fairview | PA | 16415 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Pure Power Technologies, Inc.
Name

Case number *(if known)*: 23-10208

---

**2.972** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Wisconsin Metal Parts, Inc.
Name

Notice Name

**State the term remaining** N/A

N4W22450 Bluemound Rd.
Address

**List the contract number of any government contract**

| Waukesha | WI | 53186 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.973** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

Worldwide Technologies
Name

Notice Name

**State the term remaining** N/A

4201 Windfield Rd.
Address

**List the contract number of any government contract**

| Warrenville | IL | 60555 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.974** **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

WS Machine & Tool
Name

Notice Name

**State the term remaining** N/A

2525 S. 162nd St.
Address

**List the contract number of any government contract**

| New Berlin | WI | 53151 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

| | | |
|---|---|---|
| 2.975 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Xcel Manufacturing, LLC
Name

Notice Name

W226 N781 Eastmound Dr.
Address

Suite A

| Waukesha | WI | 53186 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.976 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Xceldyne Technologies, LLC
Name

Notice Name

37 High Tech Blvd.
Address

| Thomasville | NC | 27360 |
|---|---|---|
| City | State | ZIP Code |

North Carolina
Country

| | | |
|---|---|---|
| 2.977 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Xiangshan Tongjia Pattern Manufacturing Co. LTD.
Name

Notice Name

1 Donggu Rd.
Address

Dancheng Town

Xiangshan

| Shejiang | | 315700 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| 2.978 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Xilag Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1472 Heather Ridge Rd. |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Newtown | PA | 18940 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.979 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | XL Parts LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 15701 Northwest Fwy |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Houston | TX | 77040 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.980 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | X-Ray Industries |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1961 Thunderbird |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Troy | MI | 48084 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Pure Power Technologies, Inc.
Name

Case number (if known): 23-10208

| | | |
|---|---|---|
| 2.981 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Yibin Tianruida Auto Parts, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | JInshan Road |
| | **State the term remaining** | N/A |
| | | Address |
| | | Chengbei |
| | **List the contract number of any government contract** | |
| | | Yibin |
| | | |

| | | | |
|---|---|---|---|
| | Sichuan | | 644600 |
| | City | State | ZIP Code |
| | China | | |
| | Country | | |

| | | |
|---|---|---|
| 2.982 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Yoosung Enterprise Co. Ltd. |
| | | Name |
| | | |
| | | Notice Name |
| | | 279*-47, Unyoungo-ri |
| | **State the term remaining** | N/A |
| | | Address |
| | | Dunpo-myeon |
| | **List the contract number of any government contract** | |
| | | Asan-si |
| | | |

| | | | |
|---|---|---|---|
| | Chungnam | | |
| | City | State | ZIP Code |
| | South Korea | | |
| | Country | | |

| | | |
|---|---|---|
| 2.983 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Z&L Machining, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 3140 Central Ave. |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | waukegan | IL | 60085 |
| | City | State | ZIP Code |
| | Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*: 23-10208

---

**2.984** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Zhejiang Yinlum Machinery Company LTD

Name

Notice Name

State the term remaining    N/A

Hi-Tech Industrial Zone

Address

Tiantai County

List the contract number of any government contract

| Zhejiang | | 317200 |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

---

**2.985** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Zoller Inc.

Name

Notice Name

3753 Plaza Dr.

State the term remaining    N/A

Address

List the contract number of any government contract

| Ann Arbor | MI | 48108 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

**2.986** State what the contract or lease is for and the nature of the debtor's interest

Confidentiality Agreement

Zverse, Inc

Name

Notice Name

1601 Shop Rd.

State the term remaining    N/A

Address

Suite K

List the contract number of any government contract

| Columbia | SC | 29201 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

**Fill in this information to identify the case:**

Debtor Name: In re : Pure Power Technologies, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10208 (TMH)

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Stanadyne LLC | 405 White Street<br>Street | Cerberus Business Finance, LLC (as Administrative Agent and Collateral Agent for the Lender) | ☑ D<br><br>☐ E/F<br><br>☐ G |
| | Jacksonville   NC    28546<br>City    State    ZIP Code | | |
| | Country | | |
| 2.2  Stanadyne LLC | 405 White Street<br>Street | ENCINA EQUIPMENT FINANCE, LLC | ☑ D<br><br>☐ E/F<br><br>☐ G |
| | Jacksonville   NC    28546<br>City    State    ZIP Code | | |
| | Country | | |

Debtor: Pure Power Technologies, Inc.

Name

Case number *(if known)*:   23-10208

2.3  Stanadyne PPT Holdings, Inc.    405 White Street

Street

Jacksonville          NC          28546

City                 State        ZIP Code

Country

Cerberus Business Finance, LLC (as Administrative Agent and Collateral Agent for the Lender)

☑ D

☐ E/F

☐ G

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor Name: In re : Pure Power Technologies, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the: District of Delaware</td></tr>
<tr><td>Case number (if known): 23-10208 (TMH)</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/17/2023
　　　　　　　　MM / DD / YYYY

✖ / s / Costas P. Loukellis
Signature of individual signing on behalf of debtor

Costas P. Loukellis
Printed name

CFO & Vice President
Position or relationship to debtor

**In re: Pure Power Technologies, Inc.**
**Case No. 23-10208**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Cyber Liability insurance | Marsch USA | $28,800.75 |
| KnowBe4 (IT) | Stanadyne LLC | $6,959.41 |
| Mastercam Maintenance for the Tool Room | Barefoot CNC | $5,785.00 |
| Microsoft Licenses | Stanadyne LLC | $27,322.61 |
| PC Connection software licenses | PC Connection Sales | $22,826.08 |
| Prepaid Rent | MTP | $106,071.00 |
| Rapid 7 (IT) | Stanadyne LLC | $8,172.72 |
| Rapid 7 part 2 (IT) | Stanadyne LLC | $16,345.19 |
| SAP software support | SAP | $54,479.42 |
| TeamViewer (IT) | Stanadyne LLC | $7,024.24 |
| Tristar (Windchill) for Engineering | Stanadyne LLC | $14,153.75 |
| VMWare Carbon Black Cloud (IT) | Stanadyne LLC | $5,458.00 |
| | TOTAL: | **$303,398.17** |

**In re: Pure Power Technologies, Inc.**
**Case No. 23-10208**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 20000 Building Sign-Pure Power Techn | Blythewood | Leasehold improvement | $0.00 | | Undetermined |
| 20001 Building | Blythewood/Columbia | Leasehold improvement | $0.00 | | Undetermined |
| 20002 Test Rooms for D14/D15/D16/D17 | Columbia | Leasehold improvement | $14,251.09 | | Undetermined |
| 20004 Leasehold Improvements on Building | Blythewood | Leasehold improvement | $381,625.71 | | Undetermined |
| 20005 Test Rooms for D10/D11/D12/D13 | Columbia | Leasehold improvement | $20,127.28 | | Undetermined |
| 20006 Upgrade Test Rooms for D14/D15/D16/D17 | Columbia | Leasehold improvement | $4,814.33 | | Undetermined |
| 20007 Test Room for F4 | Columbia | Leasehold improvement | $13,242.95 | | Undetermined |
| 20008 Cooling Tower Enclosure | Columbia | Leasehold improvement | $9,913.22 | | Undetermined |
| 20009 Roof Over Oil Storage | Blythewood | Leasehold improvement | $29,598.05 | | Undetermined |
| 20010 Security Fence for Electronics Lab | Columbia | Leasehold improvement | $2,933.13 | | Undetermined |
| 20011 Test Room for F5 | Columbia | Leasehold improvement | $16,384.47 | | Undetermined |
| Blythewood Plant Lease | Blythewood | Leasehold | $0.00 | | Undetermined |
| CTC Lease | Columbia | Leasehold | $0.00 | | Undetermined |
| Penske Truck | Blythewood/Columbia | Leasehold | $0.00 | | Undetermined |
| Server Lease | Blythewood/Columbia | Leasehold | $0.00 | | Undetermined |
| | | TOTAL: | $492,890.23 | TOTAL: | Undetermined |

**In re: Pure Power Technologies, Inc.**
**Case No. 23-10208**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Air Valve and Method of Use (China) | $0.00 | | Undetermined |
| Air Valve and Method of Use (US) | $0.00 | | Undetermined |
| PURE POWER - Argentina | $0.00 | | Undetermined |
| PURE POWER - Colombia | $0.00 | | Undetermined |
| PURE POWER - Mexico | $0.00 | | Undetermined |
| PURE POWER - US | $0.00 | | Undetermined |
| PURE POWER TECHNOLOGIES Chinese pronounced like Pu Rui Dong Li Ker Gee - China | $0.00 | | Undetermined |
| PURE POWER TECHNOLOGIES Chinese pronounced like Pu Rui Dong Li Ker Gee - China | $0.00 | | Undetermined |
| PURE POWER TECHNOLOGIES Chinese pronounced like Pu Rui Dong Li Ker Gee - China | $0.00 | | Undetermined |
| purePOWER Black and White Logo - EU | $0.00 | | Undetermined |
| purePOWER Black and White Logo - EU | $0.00 | | Undetermined |
| purePOWER Black and White Logo - United States | $0.00 | | Undetermined |
| purePOWER Color Logo - EU | $0.00 | | Undetermined |
| purePOWER Color Logo (Words) - Argentina | $0.00 | | Undetermined |
| purePOWER Color Logo (Words) - Colombia | $0.00 | | Undetermined |
| purePOWER Color Logo (Words) - EU | $0.00 | | Undetermined |
| purePOWER Color Logo (Words) - Mexico | $0.00 | | Undetermined |
| purePOWER Color Logo (Words) - US | $0.00 | | Undetermined |
| **TOTAL:** | **$0.00** | **TOTAL:** | **Undetermined** |

**In re: Pure Power Technologies, Inc.**
**Case No. 23-10208**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Account number / Policy number | Current value of debtor's interest |
|---|---|---|
| Arch Insurance Company | NPL0068240-00 | Undetermined |
| Chubb – Federal Insurance Company | 8208-7889 | Undetermined |
| Chubb – Federal Insurance Company | 6803-3614 | Undetermined |
| Chubb – Federal Insurance Company | 8121-2616 | Undetermined |
| Chubb – Federal Insurance Company | 8261-8068 | Undetermined |
| Commerce & Industry Insurance Co. (AIG) | BE 060738232 | Undetermined |
| Crum & Forster Specialty Insurance Company | CYB-104577 | Undetermined |
| Federal Insurance Company | 6404-72-16 | Undetermined |
| Fireman's Fund (Allianz) | USL009251222 | Undetermined |
| Hanover | IHN-H022582 | Undetermined |
| Hanover Commercial Insurance Company | LHN D967009-03 | Undetermined |
| Hanover Insurance Group | RHN D963340-03 | Undetermined |
| International SOS Assistance, Inc. | 3830601469 | Undetermined |
| IPFS Corporation | NJN-C99900 | Undetermined |
| Ironshore Specialty Insurance Company | ISPILLSCKB5B001 | Undetermined |
| Navigators Insurance Company | USL009251222 | Undetermined |
| The Hanover American Insurance Company | WHN H642048-01 | Undetermined |
| The Hanover Insurance Group | AWN-D964483-03 | Undetermined |
| Zurich | PPR8081190-03 | Undetermined |
| | **TOTAL:** | **Undetermined** |