**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| **STANADYNE LLC, *et al.*,**[1] | Case No. 23-10207 (TMH) |
| Debtors. | (Jointly Administered) |
| | Cure Obj. Deadline: June 12, 2023 at 5:00 p.m. (ET) |
| | Re: Docket Nos. 245 & 276 |

**NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED, ASSIGNED, AND SOLD EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

> **YOU ARE RECEIVING THIS NOTICE BECAUSE YOU OR ONE OF YOUR AFFILIATES IS A COUNTERPARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH ONE OR MORE OF THE DEBTORS AS SET FORTH ON <u>EXHIBIT A</u> ATTACHED HERETO.**

**PLEASE TAKE NOTICE** that, on April 27, 2023, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Debtors' Motion for Entry of: (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement, and (IV) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 245] (the "<u>Sale Motion</u>").

**PLEASE TAKE FURTHER NOTICE** that, on May 16, 2023, the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") entered the *Order (I) Approving Bidding Procedures, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment and Sale of Contracts and Leases, and (V) Granting Related Relief* [Docket No. 276] (the "<u>Bidding Procedures Order</u>")[2] authorizing the Debtors to solicit bids for the purchase of the Debtors' Assets and, if one or more Qualified Bids other than the Stalking Horse Purchase Agreement is received within the

---

[1.] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

[2] Capitalized terms used in this notice but not otherwise herein defined have the meanings given to such terms in the Bidding Procedures Order or Bidding Procedures, as applicable. To the extent of any inconsistencies between this notice and the Bidding Procedures Order, the Bidding Procedures Order shall govern in all respects.

requirements and timeframe specified by the Bidding Procedures, conduct an auction (the "<u>Auction</u>") to select the Successful Bidder.  If held, the Auction will be governed by the Bidding Procedures approved pursuant to the Bidding Procedures Order (and attached to the Bidding Procedures Order as <u>Exhibit 1</u> thereto).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures and the terms of the Stalking Horse Purchase Agreement with S-PPT Acquisition Company LLC (the "<u>Stalking Horse Bidder</u>"), or any other Successful Bid, upon approval of the Sale, the Debtors *may* assume, assign, and sell to the Stalking Horse Bidder or other Successful Bidder the contract, lease or agreement listed on **<u>Exhibit A</u>** to which you are a counterparty.  The Debtors have conducted a review of their books and records and have determined that the cure amount for unpaid monetary obligations under the Potential Assigned Contracts is as set forth on **<u>Exhibit A</u>** attached hereto (the "<u>Cure Costs</u>").

PLEASE TAKE FURTHER NOTICE that if you disagree with the proposed Cure Cost identified with respect to a Potential Assigned Contract listed on **<u>Exhibit A</u>**, object to a proposed assignment of any Potential Assigned Contract to the Successful Bidder, or object to the ability of the Stalking Horse Bidder to provide adequate assurance of future performance with respect to any Potential Assigned Contract, your objection must be: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the nature of the objection and the legal and factual bases therefore and, if the objection pertains to the proposed Cure Cost(s), state the correct cure cost(s) alleged to be owed to the objecting contract counterparty, together with any applicable and appropriate documentation in support thereof; and (d) be filed with the Court and served so as to be *actually received* **on or before June 12, 2023 at 5:00 p.m. (prevailing Eastern Time)** (the "<u>Cure Objection Deadline</u>") by the following parties (the "<u>Objection Notice Parties</u>"):

| **Counsel to the Debtors** | **The United States Trustee** |
|---|---|
| Hughes Hubbard & Reed LLP<br>One Battery Park Plaza, 16th Floor<br>New York, NY 10004<br>Attn: Kathryn A. Coleman and Christopher Gartman,<br>katie.coleman@hugheshubbard.com,<br>chris.gartman@hugheshubbard.com<br><br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Rodney Square<br>Wilmington, DE 19801-6108<br>Attn: Michael R. Nestor and Andrew L. Magaziner<br>mnestor@ycst.com, amagaziner@ycst.com | Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Attn: Jane M. Leamy<br>jane.m.leamy@usdoj.gov |
| **Counsel to the Committee** | **Counsel to the Prepetition Agent and Stalking Horse Bidder** |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Adam C. Rogoff and Rose Hill Bagley<br>arogoff@kramerlevin.com, rbagley@kramerlevin.com<br><br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Attn: Jeffrey R. Waxman and Eric J. Monzo | KTBS Law LLP<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Attn: Michael L. Tuchin and David A. Fidler<br>mtuchin@ktbslaw.com, dfidler@ktbslaw.com<br><br>Pachulski Stang Ziehl & Jones LLP<br>919 Market St., 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801-8705 (Courier 19801) |

| jwaxman@morrisjames.com, emonzo@morrisjames.com | Attn: Laura Davis Jones and Timothy Cairns ljones@pszjlaw.com, tcairns@pszjlaw.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Sale at a hearing scheduled to commence on or before **July 10, 2023 at 10:00 a.m. (prevailing Eastern Time)** (the "Sale Hearing") before the Honorable Thomas M. Horan, United Sates Bankruptcy Judge for the Bankruptcy Court for the District of Delaware, at 824 North Market Street, Wilmington, Delaware 19801.  If no Qualified Bids (other than the Stalking Horse Purchase Agreement) are received by the Bid Deadline, the Debtors will not hold the Auction and the Debtors may schedule the Sale Hearing to be held before July 10, 2023.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Bidding Procedures Order with respect to any objections to proposed cure amounts or the assumption, assignment and sale of Assigned Contracts, objections to any other relief requested in the Sale Motion *must*: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the Court and served so as to be *actually received* **on or before June 21, 2023 at 5:00 p.m. (prevailing Eastern Time)** by the Objection Notice Parties and any other party that has filed a notice of appearance in these chapter 11 cases.

Parties objecting to the proposed adequate assurance of future performance by a Successful Bidder other than the Stalking Horse Bidder must file such objection and serve it on the foregoing parties at or before the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that if no objection to (a) the Cure Cost(s), (b) the proposed assignment, assumption, and sale of any Potential Assigned Contract, or (c) adequate assurance of the Successful Bidder's ability to perform is filed by the applicable deadline, then (i) you will be deemed to have stipulated that the Cure Cost(s) listed on **Exhibit A** hereto is/are correct, (ii) you will be forever barred, estopped, and enjoined from asserting any additional cure amount under the Potential Assigned Contract, and (iii) you will be forever barred, estopped, and enjoined from objecting to such proposed assignment to the Successful Bidder on the grounds that the Successful Bidder has not provided adequate assurance of future performance as of the closing date of the Sale.

**PLEASE TAKE FURTHER NOTICE** that any objection to the proposed assumption, assignment and sale of a Potential Assigned Contract or related Cure Cost that otherwise complies with these procedures yet remains unresolved as of the commencement of the Sale Hearing shall, in the Debtors' discretion (subject to the consent of the Successful Bidder), be heard at the Sale Hearing or at a later date as may be fixed by the Court.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding anything herein, the mere listing of any Potential Assigned Contract on **Exhibit A** shall not (i) require or guarantee that such Potential Assigned Contract will be assumed, assigned, and sold; and (ii) constitute or be deemed a determination or admission by the Debtors that such Potential Assigned Contract is an executory contract or unexpired lease within the meaning of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the Cure Cost(s) listed on **Exhibit A** hereto, the Debtors are continuing to reconcile their books and records as to the Potential Assigned Contracts and all rights of the Debtors and the Successful Bidder with respect to the

30380981.3

Potential Assigned Contracts are reserved.

**PLEASE TAKE FURTHER NOTICE** that, the Cure Costs listed on **Exhibit A** hereto do not include any obligations under any customer "core" refund program as such obligations do not constitute Cure Costs and will be addressed separately in connection with the Sale and Stalking Horse Purchase Agreement.

**PLEASE TAKE FURTHER NOTICE** that nothing herein (i) alters in any way the prepetition nature of any Potential Assigned Contract or the validity, priority, or amount of any claims of a counterparty to any Potential Assigned Contract against the Debtors or the Successful Bidder that may arise under such Potential Assigned Contract, (ii) creates a postpetition contract or agreement, or (iii) elevates to administrative expense priority any claims of any counterparty to any Potential Assigned Contract against the Debtors that may arise under such Potential Assigned Contract.

Dated:  May 23, 2023
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Michael R. Nestor (DE Bar No. 3526)
Andrew L. Magaziner (DE Bar No. 5426)
Ashley E. Jacobs (DE Bar No. 5635)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801-6108
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
       amagaziner@ycst.com
       ajacobs@ycst.com

-and-

Kathryn A. Coleman
Christopher Gartman
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile:  (212) 422-4726
Email:  katie.coleman@hugheshubbard.com
       chris.gartman@hugheshubbard.com

*Counsel for the Debtors*

30380981.3

**Exhibit A**

**Exhibit A**

**Debtor Entities**

*Contract Cure Estimate*
*($USD)*

| | Counterparty | Cure Amount | | Debtor Entity | Description | Execution Date |
|---|---|---|---|---|---|---|
| 1. | AEROSTAR MANUFACTURING | $ | - | Stanadyne LLC | Master Supply Agreement dated February 11, 2021 between Stanadyne LLC and AE Group LLC DBA AEROSTAR MANUFACTURING | February 11, 2021 |
| 2. | Alliant Power | $ | - | Pure Power Technologies, Inc. | | |
| 3. | Alten Technology USA | $ | - | Pure Power Technologies, Inc. | Amendment #1 to Engineering Services Proposal dated October 18, 2022 between Alten Technology USA and Pure Power Technologies, Inc. | October 18, 2022 |
| 4. | AMISCO SpA | $ | - | Stanadyne LLC | Master Supply Agreement dated July 5, 2019 between Stanadyne LLC and Amisco SpA | July 5, 2019 |
| 5. | AON | $ | - | Stanadyne LLC | Scope of Actuarial Services Provided for Calendar Year 2023 dated January 6, 2023 between Aon Consulting, Inc. and Stanadyne Corporation | January 6, 2023 |
| 6. | Arch Insurance Company | $ | - | Stanadyne LLC | Cyber (Primary) insurance policy | August 1, 2022 |
| 7. | Area Diesel Service Inc | $ | - | Pure Power Technologies, Inc. | | |
| 8. | AT&T | $ | 378.39 | Stanadyne LLC | Master Agreement dated August 26, 2013 between Stanadyne Corporation and AT&T Corp; AT&T Audio Teleconference Services Pricing Schedule dated August 26, 2013 between Stanadyne Corporation and AT&T Corp. | August 26, 2013 |
| 9. | ATMatWork | $ | - | Pure Power Technologies, Inc. | Placement Processing Service and Maintenance Agreement dated September 27, 2017 between ATMatWork, LLC and Pure Power Technologies, Inc. | September 27, 2017 |
| 10. | ATWORK | $ | - | Stanadyne LLC | Order and Acknowledgement dated November 3, 2022 between Plateau Staffing d/b/a AtWork and Stanadyne | November 3, 2022 |
| 11. | AUTOCAM CORPORATION D/B/A MOBILE SOLUTIONS GROUP | $ | - | Stanadyne LLC | Master Supply Agreement dated February 22, 2018 between Stanadyne and Autocam Precision Components Group, as amended by that certain Second Amendment to Master Supply Agreement dated as of September 15, 2022 between Autocam Corporation and NN, Inc. and Stanadyne LLC | February 22, 2018 |
| 12. | AUTOCAM PRECISION COMPONENTS GROUP | $ | - | Stanadyne LLC | Master Supply Agreement dated January 18, 2017 between Stanadyne LLC and Autocam Precision Components Group | January 18, 2017 |
| 13. | Autozone Parts, Inc. | $ | - | Pure Power Technologies, Inc. | US Vendor Agreement No. 00029 between AutoZone Parts, Inc. and Pure Power Technologies | December 18, 2019 |
| 14. | BACKUPIFY INC. | $ | 3,000.00 | Stanadyne LLC | Product License & Services | |
| 15. | Barefoot CNC | $ | - | Pure Power Technologies, Inc. | Mastercam Software Subscription | |
| 16. | Blue Cross and Blue Shield of South Carolina | $ | - | Stanadyne LLC | Employee Plan | |
| 17. | Bostech | $ | - | Pure Power Technologies, Inc. | | |
| 18. | BRIJ IMAGE AND INFORMATION INC | $ | 542.86 | Stanadyne LLC | JD Edwards Flex Support Statement of Work for Stanadyne LLC dated February 16, 2020 between Brij and Stanadyne LLC | February 16, 2020 |
| 19. | Cambria Hotels | $ | - | Pure Power Technologies, Inc. | Volume Contract Agreement dated January 1st, 2023 between Pure Power Technologies, Inc. and Cambria Hotels | January 1, 2023 |
| 20. | Carolina Industrial Staffing, Inc. | $ | 73,648.36 | Pure Power Technologies, Inc. | Service Agreement between Carolina Industrial Staffing, Inc. and Pure Power Technologies, Inc | April 6, 2018 |
| 21. | CAROLINA MACHINE & TOOL INC | $ | 50,225.54 | Pure Power Technologies, Inc. | | |
| 22. | Caron & Bletzer, PLLC | $ | 1,830.00 | Pure Power Technologies, Inc. | Engagement Letter (401k Plan) dated January 6, 2023 between Caron & Bletzer, PLLC and Pure Power Technologies, Inc. | January 6, 2023 |

**Debtor Entities**

*Contract Cure Estimate*
*($USD)*

| # | Counterparty | Cure Amount | Debtor Entity | Description | Execution Date |
|---|---|---|---|---|---|
| 23. | CARON & BLETZER, PLLC | $ - | Stanadyne LLC | Engagement Letter (Savings Plus Plan) dated January 6, 2023 between Caron & Bletzer, PLLC and Stanadyne LLC | January 6, 2023 |
| 24. | CARON & BLETZER, PLLC | $ - | Stanadyne LLC | Engagement Letter (Pension Plan) dated January 6, 2023 between Caron & Bletzer, PLLC and Stanadyne LLC | January 6, 2023 |
| 25. | Caterpillar Reman Powertrain | $ - | Pure Power Technologies, Inc. | | |
| 26. | CData | $ - | Pure Power Technologies, Inc. | Cdata Arc Software Maintenance | |
| 27. | Central Turbos Corp | $ - | Pure Power Technologies, Inc. | | |
| 28. | Chubb – Federal Insurance Company | $ - | Stanadyne LLC | Crime insurance policy | July 1, 2022 |
| 29. | Chubb – Federal Insurance Company | $ - | Stanadyne LLC | Fiduciary Liability insurance policy | July 1, 2022 |
| 30. | Chubb – Federal Insurance Company | $ - | Stanadyne LLC | Special crime insurance liability | July 1, 2022 |
| 31. | Chubb – Federal Insurance Company | $ - | Stanadyne LLC | Directors & Officers Liability and Employment Practices Liability insurance policy | July 1, 2022 |
| 32. | CINTAS CORPORATION | $ 4,866.72 | Pure Power Technologies, Inc. | Standard Rental Service Agreement between Pure Power Technologies, Inc. and Cintas | February 3, 2022 |
| 33. | Citrix | $ - | Pure Power Technologies, Inc. | Software Maintenance | |
| 34. | Claris | $ - | Pure Power Technologies, Inc. | FileMaker Pro Software Maintenance | |
| 35. | Clark Equipment Company | $ - | Pure Power Technologies, Inc. | Supply Agreement Dated June 5, 2020 between Clark Equipment Company and Pure Power Technologies, Inc. | June 5, 2020 |
| 36. | Cleverbridge | $ - | Pure Power Technologies, Inc. | Lansweeper Software Subscription | |
| 37. | CMT | $ - | Pure Power Technologies, Inc. | Vending/Commodity Management Agreement dated March 2, 2020 between CMT Industrial Solutions, LLC and Stanadyne, LLC/ PurePower Technologies | March 2, 2020 |
| 38. | Columbia Soft | $ - | Pure Power Technologies, Inc. | Document Locator Software Maintenance | |
| 39. | COMCAST | $ 174.17 | Stanadyne LLC | Sales Order Form CT-18271127 dated July 21, 2020 between Comcast Enterprise Services and Stanadyne LLC | July 21, 2020 |
| 40. | COMCAST | $ - | Stanadyne LLC | Sales Order Form CT-18271127 dated November 16, 2022 between Comcast Enterprise Services and Stanadyne LLC | November 16, 2022 |
| 41. | COMCAST | $ - | Stanadyne LLC | Sales Order Form dated September 14, 2020 between Stanadyne LLC and Comcast Enterprise Services | September 14, 2020 |
| 42. | Commerce & Industry Insurance Co. (AIG) | $ - | Stanadyne LLC | Lead Umbrella insurance policy | July 1, 2022 |
| 43. | CONCUR TECHNOLOGIES INC | $ 846.59 | Stanadyne LLC | Order Form no. 11029067 between Stanadyne Corporation and Concur Technologies, Inc. | December 21, 2021 |
| 44. | Connection Financial Services | $ - | Pure Power Technologies, Inc. | Master Lease Agreement dated January 26, 2021 between Connection Financial Services and Pure Power Technologies, Inc | January 26, 2021 |
| 45. | CONNECTRIA | $ - | Stanadyne LLC | Statement of Work dated December 1, 2022 between Connectria, LLC and Stanadyne LLC | December 1, 2022 |
| 46. | CONNECTRIA CORPORATION | $ 43,265.90 | Stanadyne LLC | Extension Amendment to Statement of Work #1 between Connectria LLC and Stanadyne, LLC | September 18, 2017 |
| 47. | CONSULTECH SERVICES, INC | $ 5,452.15 | Stanadyne LLC | Contract Consultant Agreement between Consultech Services, Inc. and Stanadyne LLC | March 14, 2019 |
| 48. | CORINTH CORE CENTER | $ - | Pure Power Technologies, Inc. | | |
| 49. | Crum & Forster Specialty Insurance Company | $ - | Stanadyne LLC | Cyber (Excess) insurance policy | July 31, 2022 |

**Debtor Entities**

*Contract Cure Estimate*
*($USD)*

| # | Counterparty | Cure Amount | Debtor Entity | Description | Execution Date |
|---|---|---|---|---|---|
| 50. | CUMMINS FUEL SYSTEM (WUHAN) CO., LTD. & CUMMINS INC. | $ - | Stanadyne LLC | Sub-assembly and Tier 2 Supplier Agreement dated May 30, 2012 between Cummins Inc., Cummins Fuel Systems Wuhan Co. Ltd., Stanadyne Corporation and Stanadyne Changsu Corporation | December 21, 2021 |
| 51. | CUMMINS FUEL SYSTEM (WUHAN) CO., LTD. & CUMMINS INC. | $ - | Stanadyne LLC | Direct Supply Agreement dated April 19, 2012 between Cummins Inc./Cummins Fuel Systems (Wuhan) Co. Ltd. Inc. and Stanadyne Corporation N/K/A Stanadyne LLC/ Stanadyne Changshu Corporation. | April 19, 2012 |
| 52. | CUMMINS INC / CUMMINS FUEL SYSTEMS WUHAN) CO. LTD. | $ - | Stanadyne LLC | Amendment 1 to Direct Supply Agreement dated July 1, 2014 between Cummins Inc., Cummins Fuel System Wuhan Co. Ltd., Stanadyne Corporation and Stanadyne Changsu Corporation | July 1, 2014 |
| 53. | CUMMINS INC / CUMMINS FUEL SYSTEMS WUHAN) CO. LTD. | $ - | Stanadyne LLC | Amendment 2 to Direct Supply Agreement dated October 24, 2016 between Cummins Inc./Cummins Fuel Systems (Wuhan) Co. Ltd. Inc. and Stanadyne Corporation N/K/A Stanadyne LLC/Stanadyne Changshu Corporation | October 24, 2016 |
| 54. | CUMMINS INC / CUMMINS FUEL SYSTEMS WUHAN) CO. LTD. | $ - | Stanadyne LLC | Amendment 3 to Direct Supply Agreement dated October 1, 2018 between Cummins Inc./Cummins Fuel Systems (Wuhan) Co. Ltd. Inc. and Stanadyne Corporation N/K/A Stanadyne LLC/Stanadyne Changshu Corporation | October 1, 2018 |
| 55. | CUMMINS INC / CUMMINS FUEL SYSTEMS WUHAN) CO. LTD. | $ - | Stanadyne LLC | Amendment 4 to Direct Supply Agreement dated January 1, 2020 between Cummins Inc./Cummins Fuel Systems (Wuhan) Co. Ltd. Inc. and Stanadyne Corporation N/K/A Stanadyne LLC/Stanadyne Changshu Corporation | January 1, 2020 |
| 56. | CUMMINS INC / CUMMINS FUEL SYSTEMS WUHAN) CO. LTD. | $ - | Stanadyne LLC | Compensation Agreement dated December 21, 2021 between Cummins Inc./Cummins Fuel System (Wuhan) Co., Ltd. and Stanadyne LLC/Stanadyne Changsu Corporation | December 21, 2021 |
| 57. | D&W Diesel, Inc. | $ - | Pure Power Technologies, Inc. | | |
| 58. | DATAMAX SOFTWARE D/B/A RFGEN SOFTWARE | $ 9,589.00 | Stanadyne LLC | Software license | |
| 59. | DE LAGE LANDEN FINANCIAL SERVICES, INC. | $ 4,893.93 | Stanadyne LLC | Lease Agreements between SH International Corp and Stanadyne LLC | March 1, 2021; July 26, 2021; June 2, 2022 |
| 60. | DEERE & COMPANY | $ - | Stanadyne LLC | Material Index Agreement dated April 15, 2022 between Stanadyne Corp. and Deere & Company | April 15, 2022 |
| 61. | DEERE & COMPANY | $ - | Stanadyne LLC | Terms and Conditions dated October 31, 2011 between Stanadyne and Deere & Company | October 31, 2011 |
| 62. | DEERE & COMPANY | $ - | Stanadyne LLC | Master Bailment Agreement dated May 21, 2012 between Stanadyne Corporation and Deere & Company | May 21, 2012 |
| 63. | DEERE & COMPANY | $ - | Stanadyne LLC | Global Long Term Agreement dated January 1, 2020 between Stanadyne Corporation and Deere & Company | January 1, 2020 |
| 64. | DEERE & COMPANY | $ - | Stanadyne LLC | Global Long Term Agreement dated January 1, 2022 between Stanadyne Corporation and Deere & Company, as amended by that certain Amendment | January 1, 2022 |
| 65. | DEERE & COMPANY | $ - | Stanadyne LLC | Warranty Agreement dated January 1, 2021 between Stanadyne LLC and Deere & Company | January 1, 2021 |
| 66. | DEX MPS | $ - | Stanadyne LLC | Agreement dated April 29, 2021 between Dex MPX and Stanadyne Corporation | April 29, 2021 |
| 67. | DI Squared | $ 54,900.00 | Pure Power Technologies, Inc. | Statement of Work dated July 30, 2021 pursuant to the Master Services Agreement dated November 26, 2018 between PurePower Technologies and DI Squared LLC | July 30, 2021 |
| 68. | Diesel Equipment Company | $ - | Pure Power Technologies, Inc. | | |

**Debtor Entities**

*Contract Cure Estimate*
*($USD)*

| # | Counterparty | Cure Amount | Debtor Entity | Description | Execution Date |
|---|---|---|---|---|---|
| 69. | Diesel Forward | $ - | Pure Power Technologies, Inc. | Distributor Agreement dated June 1, 2022 between Diesel Forward, Inc. and Pure Power Technologies, Inc. | June 1, 2022 |
| 70. | DIESEL FORWARD, INC. | $ - | Stanadyne LLC | Memorandum of Understanding dated December 22, 2021 between Stanadyne LLC and Diesel Forward, Inc. | December 22, 2021 |
| 71. | DIRECT ENERGY | $ - | Stanadyne LLC | Overview of Account dated March 17, 2023 between Direct Energy Business and Stanadyne Corporation | March 17, 2023 |
| 72. | DORCH ENGINEERING LLC | $ - | Stanadyne LLC | Distributor Agreement dated January 3, 2023 between Stanadyne LLC and Dorch Engineering LLC | January 3, 2023 |
| 73. | DORMAN PRODUCTS | $ 97,909.20 | Pure Power Technologies, Inc. | Schedule Release Agreement No. 701101150 between Pure Power Technologies, Inc. and Dorman Products | September 28, 2020 |
| 74. | DSV SOLUTIONS | $ 509.12 | Pure Power Technologies, Inc. | Warehousing and Logistics Services Agreement between Pure Power and DSV Solutions LLC | June 15, 2021 |
| 75. | Encina Equipment Finance | $ - | Pure Power Technologies, Inc. | Master Lease Agreement between Encina Equipment Finance SPV, LLC, Stanadyne LLC and Pure Power Technologies, Inc., as amended; Equipment Schedule No. 002 dated August 29, 2022 between Enica Equipment Finance SPV, LLC and Stanadyne LLC and Pure Power Technologies, Inc. to Master Lease Agreement dated as of May 26, 2022 | May 26, 2022 |
| 76. | ENCINA EQUIPMENT FINANCE, LLC | $ 9,281.94 | Stanadyne LLC | Master Lease Agreement between Encina Equipment Finance SPV, LLC, Stanadyne LLC and Pure Power Technologies, Inc., as amended;<br><br>Equipment Schedule No. 002 dated August 29, 2022 between Enica Equipment Finance SPV, LLC and Stanadyne LLC and Pure Power Technologies, Inc. to Master Lease Agreement dated as of May 26, 2022 | May 26, 2022 |
| 77. | Etas | $ - | Pure Power Technologies, Inc. | Etas INCA Software Maintenance | |
| 78. | EXPRESS EMPLOYMENT PROFESSIONALS | $ 35,290.42 | Stanadyne LLC | Staffing Agreement between Express Employment Professionals and Stanadyne | November 23, 2022 |
| 79. | Federal Insurance Company | $ - | Stanadyne LLC | Business Travel Accident insurance policy | July 1, 2022 |
| 80. | FGP HR Consulting, LLC | $ 16,250.00 | Pure Power Technologies, Inc. | Contingency Search Agreement between FGP Professional Search and Pure Power Technologies, Inc. (Note slight difference in name) | December 9, 2022 |
| 81. | FIDELITY SUPPLY CHAIN | $ - | Stanadyne LLC | Quotation dated November 1, 2013 between Fidelity Supply Chain Solutions and Stanadyne Corporation | November 1, 2013 |
| 82. | Fireman's Fund (Allianz) | $ - | Stanadyne LLC | Excess Liability insurance policy | July 1, 2022 |
| 83. | First Citizens Bank & Trust Comp | $ 1,646.80 | Pure Power Technologies, Inc. | Not provided | |
| 84. | Flight Systems Automotive Group | $ - | Pure Power Technologies, Inc. | | |
| 85. | Ford Motor Company | $ - | Pure Power Technologies, Inc. | Sourcing Agreement between Ford Customer Service Division and Pure Power Technologies, Inc. | April 26, 2022 |
| 86. | FULTON BELLOWS LLC | $ 221,199.30 | Stanadyne LLC | Master Supply Agreement between Stanadyne LLC and Fulton Bellows, LLC, as amended | March 16, 2018 |
| 87. | Gcl Diesel Injection Service Ltd. | $ - | Pure Power Technologies, Inc. | | |
| 88. | General Motors | $ - | Pure Power Technologies, Inc. | | |

**Debtor Entities**

*Contract Cure Estimate*
*($USD)*

| # | Counterparty | Cure Amount | Debtor Entity | Description | Execution Date |
|---|---|---|---|---|---|
| 89. | GENERAL MOTORS LLC | $ - | Stanadyne LLC | Purchase Contract dated June 1, 2018 between Stanadyne LLC and General Motors LLC | June 1, 2018 |
| 90. | GENERAL MOTORS LLC | $ - | Stanadyne LLC | Purchase Contract dated February 7, 2017 between Stanadyne LLC and General Motors LLC | February 7, 2017 |
| 91. | General Motors of Canada Company | $ - | Stanadyne LLC | Purchase Contract dated April 8, 2022 between Stanadyne LLC and General Motors of Canada Company | April 8, 2022 |
| 92. | GHA Technologies | $ - | Pure Power Technologies, Inc. | Software Subscription: SUSA Linux, VMWare, Veeam | |
| 93. | GHA Technologies | $ - | Pure Power Technologies, Inc. | Palo Alto Networks Software Subscription | |
| 94. | GHA Technologies | $ - | Pure Power Technologies, Inc. | AutoDesk AutoCAD Software Subscription | |
| 95. | GLOBAL SYSTEMS INTEGRATION INC. | $ - | Stanadyne LLC | Statement of Work dated February 1, 2021 between Global Systems Integration, Inc. and Stanadyne LLC | February 1, 2021 |
| 96. | GM de Mexico S. de R.L. de C.V. | $ - | Stanadyne LLC | Purchase Contract dated February 7, 2017 between Stanadyne LLC and GM de Mexico S. de R.L. de C.V. | February 7, 2017 |
| 97. | GM DE MEXICO S.DE R.L. DE C.V | $ - | Stanadyne LLC | Purchase Contract dated June 1, 2018 between Stanadyne LLC and GM de Mexico S. de R.L. de C.V | June 1, 2018 |
| 98. | Gomers Inc Missoula | $ - | Pure Power Technologies, Inc. | | |
| 99. | GRANITE TELECOMMUNICATIONS, LLC | $ 2,215.61 | Pure Power Technologies, Inc. | Path to Partnership, Commercial Account Form and Letter of Agency – Analog Replacement Services between Pure Power Technologies, Inc. and Granite Telecommunications, LLC | August 18, 2022 |
| 100. | Hanover | $ - | Stanadyne LLC | Cargo insurance policy | July 1, 2022 |
| 101. | Hanover Commercial Insurance Company | $ - | Stanadyne LLC | General Liability insurance policy | July 1, 2022 |
| 102. | Hanover Insurance Group | $ - | Stanadyne LLC | Foreign Package insurance policy | July 1, 2022 |
| 103. | HERCULES OEM | $ 115,617.88 | Stanadyne LLC | | |
| 104. | Highway And Heavy Parts Llc | $ - | Pure Power Technologies, Inc. | | |
| 105. | HITACHI ASTEMO, LTD. | $ 52,548.70 | Stanadyne LLC | Patent License Agreement dated January 5, 2018 between Hitachi Automotive Systems, Ltd. and Stanadyne LLC | January 5, 2018 |
| 106. | Holden Richardson | $ - | Pure Power Technologies, Inc. | Confirmation Letter dated June 24, 2022 between Stanadyne LLC and Holden Richardson | June 24, 2022 |
| 107. | HOLDEN TEMPORARIES, INC | $ 30,045.12 | Stanadyne LLC | Staffing Agreement between Holden Temporaries, Inc. and Stanadyne and Confirmation Letter dated June 24, 2022 between Stanadyne LLC and Holden Richardson | June 11, 2019 |
| 108. | HTT, INC | $ 167,043.53 | Stanadyne LLC | Master Supply Agreement between Stanadyne LLC and HTT, Inc. | August 8, 2018 |
| 109. | INFOR (US) LLC | $ - | Stanadyne LLC | Order Form dated May 30, 2013 between Infor (US), Inc. and Stanadyne Corporation | May 30, 2013 |
| 110. | INFOR (US) LLC | $ - | Stanadyne LLC | Order Form dated October 11, 2021 between Infor (US), Inc. and Stanadyne Corporation | October 11, 2021 |
| 111. | Injectorsdirect.Com | $ - | Pure Power Technologies, Inc. | | |
| 112. | INTRUST BANK, N.A. | $ - | Stanadyne LLC | Premium Finance Agreement dated July 1, 2022 between Stanadyne LLC and Intrust Bank, N.A. and Pure Power Technologies | July 1, 2022 |
| 113. | Ironshore Specialty Insurance Company | $ - | Stanadyne LLC | Pollution liability insurance policy | July 1, 2022 |
| 114. | J ROYAL US INC. | $ - | Stanadyne LLC | Master Supply Agreement dated July 26, 2016 between Stanadyne LLC and J Royal US Inc. | July 26, 2016 |
| 115. | JAMES J PAPPAS | $ 3,380.00 | Stanadyne LLC | Consulting Agreement between Stanadyne LLC and James J. Pappas | December 21, 2022 |

**Debtor Entities**

*Contract Cure Estimate*
*($USD)*

| # | Counterparty | Cure Amount | Debtor Entity | Description | Execution Date |
|---|---|---|---|---|---|
| 116. | JASON MCGUINESS DBA:GRAFIKINC | $ 3,333.33 | Stanadyne LLC | Consulting Agreement between Stanadyne LLC and Jason McGuiness | January 1, 2023 |
| 117. | Jasper Engine & Transmission | $ - | Pure Power Technologies, Inc. | Distributor Agreement between Pure Power Technologies, Inc and Jasper Holdings | June 20, 2022 |
| 118. | JOHNSON CONTROLS INC | $ 4,417.00 | Pure Power Technologies, Inc. | Several Planned Service Proposals between Pure Power Technologies and Johnson Controls | (i) January 8, 2021; (ii) March 17, 2020; (iii) June 18, 2021; (iv) December 14, 2021; (v) September 20, 2022 |
| 119. | JOHNSON CONTROLS SECURITY SOLUTIONS LLC | $ 404.82 | Stanadyne LLC | Commercial Sales Agreement between Johnson Controls Security Solutions LLC and Stanadyne | September 20, 2022 |
| 120. | JOSEPH C. SANSONE CO. | $ - | Stanadyne LLC | Real Estate Agreement dated July 30, 2018 between Joseph C. Sansone Co. and Stanadyne LLC | July 30, 2018 |
| 121. | KARL KUEFNER GMBH & CO KG | $ - | Stanadyne LLC | Master Supply Agreement between Stanadyne, LLC and Karl Kuefner GmbH & Co. KG | January 27, 2016 |
| 122. | KENDRION | $ - | Stanadyne LLC | Master Supply Agreement dated August 26, 2011 between Stanadyne Corporation and Kendrion Binder Magnete GmbH, as amended | August 26, 2011 |
| 123. | KENDRION (SHELBY) INC. | $ - | Stanadyne LLC | Amendment to Addendum to Master Supply Agreement dated February 24, 2017 between Stanadyne Corporation, Inc. and Kendrion Shelby, Inc<br><br>Kendrion Pricing MSA 202 V12 dated August 10, 2020 between Stanadyne LLC and Kendrion Shelby-Inc.. | February 24, 2017 |
| 124. | KERRY INDEV LOGISTICS PVT LTD. | $ - | Stanadyne LLC | Services Agreement dated November 19, 2020 between Stanadyne LLC and Kerry Indev Logistics Private Limited | November 19, 2020 |
| 125. | KNOWBE4 INC. | $ 18,240.60 | Stanadyne LLC | Training software | |
| 126. | KUNSHAN KERSEN SCIENCE & TECHNOLOGY CO. LTD. | $ - | Stanadyne LLC | Master Supply Agreement dated March 22, 2018 between Stanadyne LLC and Kunshan Kersen Science & Technology co., Ltd. and 49.Purchase Order dated October 23, 2020 between Stanadyne LLC and Kunshan Kersen Science & Technology Co. Ltd. | Respectively, March 22, 2018 and October 23, 2020 |
| 127. | L&J Diesel Service Inc. | $ - | Pure Power Technologies, Inc. | | |
| 128. | Leaf Capital Funding | $ - | Pure Power Technologies, Inc. | Rental Agreement dated March 16, 2021 between Pure Power Technologies, Inc. and Leaf Capital Funding, LLC;  Rental Agreement dated May 17, 2021 between Pure Power Technologies, Inc. and Leaf Capital Funding, LLC | March 16, 2021 |
| 129. | Lenovo Financial Services | $ - | Pure Power Technologies, Inc. | Master Lease Agreement dated June 22, 2022 between Lenovo Financial Services and Pure Power Technologies | June 22, 2022 |
| 130. | LIEBHERR COMPONENTS DEGGENDORF GMBH | $ - | Stanadyne LLC | Development and Supply Agreement dated November 1, 2018 among Stanadyne LLC, Stanadyne Changshu Corporation, and Liebherr Components Deggendorf GmbH; | November 1, 2018 |
| 131. | LINDE GAS & EQUIPMENT, INC | $ 28,584.54 | Stanadyne LLC | Product Supply Agreement dated July 17, 2019 between Praxair Distribution, Inc. and Stanadyne LLC, and Bulk Supply Rider SK1R11719 dated November 7, 2019 between Praxair Distribution, Inc. and Pure Power Technologies Inc. | Respectively, July 17, 2019 and November 7, 2019 |
| 132. | Lloyd's | $ - | Stanadyne LLC | Automotive product recall insurance policy | June 30, 2022 |
| 133. | Metropolitan Software, Inc. | $ - | Pure Power Technologies, Inc. | Software License and Maintenance Agreement dated October 3, 2022 between Metropolitan Software, Inc. and PurePower | October 3, 2022 |

**Debtor Entities**

*Contract Cure Estimate*
*($USD)*

| | Counterparty | Cure Amount | | Debtor Entity | Description | Execution Date |
|---|---|---|---|---|---|---|
| 134. | MIANYANG FULIN PRECISION MACHINING CO, LTD | $ | - | Stanadyne LLC | Master Supply Agreement dated November 19, 2015 between Stanadyne LLC and Mianyang FULIN Precision Machining Co., Ltd. | November 19, 2015 |
| 135. | MIANYANG FULIN PRECISION MACHINING CO, LTD | $ | - | Stanadyne LLC | Master Supply Agreement dated May 3, 2017 between Stanadyne LLC and Mianyang Fulin Precision Machining Co., Ltd. | May 3, 2017 |
| 136. | MIANYANG FULIN PRECISION MACHINING CO, LTD | $ | - | Stanadyne LLC | Master Supply Agreement dated March 12, 2018 between Stanadyne LLC and Mianyang FULIN Precision Machining Co., Ltd. | March 12, 2018 |
| 137. | MICROSOFT | $ | - | Stanadyne LLC | Volume Licensing dated August 24, 2022 between Stanadyne LLC and Microsoft Corporation | August 18, 2022 |
| 138. | Microsoft Licensing | $ | - | Pure Power Technologies, Inc. | Software Maintenance | |
| 139. | Midwest Fuel Injection Service | $ | - | Pure Power Technologies, Inc. | | |
| 140. | MINITAB, LLC. | $ | 9,600.00 | Pure Power Technologies, Inc. | Quotation 1048539 between Minitab LLC and Pure Power Technologies, LLC | December 7, 2022 |
| 141. | ML LUBRICATION USA INC | $ | 67,432.59 | Pure Power Technologies, Inc. | Supply Agreement between Pure Power Technologies, Inc. and ML Lubrication USA, Inc. | May 2, 2019 |
| 142. | MNP CORPORATION | $ | 53,673.79 | Stanadyne LLC | | |
| 143. | Mondial Automotive, Inc | $ | - | Pure Power Technologies, Inc. | | |
| 144. | MOTORPAL A.S | $ | - | Stanadyne LLC | Letter of Agreement dated April 14, 2016 between Stanadyne LLC and Motorpal a.s. | April 14, 2016 |
| 145. | MSC INDUSTRIAL SUPPLY CO, INC | $ | 234,681.70 | Stanadyne LLC | Letter of Understanding between Stanadyne LLC and Sid Tool Co., Inc. d/b/a MSC Industrial Supply Co.; | May 18, 2022 |
| 146. | MSC INDUSTRIAL SUPPLY CO. | $ | 6,984.89 | Pure Power Technologies, Inc. | Statement of Work dated June 9, 2022 between Sid Tool Co. Inc. d/b/a/ MSC Industrial Supply Co. and Pure Power Technologies | June 9, 2022 |
| 147. | MSC INDUSTRIAL SUPPLY COMPANY | $ | 8,334.44 | Stanadyne LLC | Letter of Understanding between Stanadyne LLC and Sid Tool Co., Inc. d/b/a MSC Industrial Supply Co. | May 18, 2022 |
| 148. | Msp Diesel Solutions | $ | - | Pure Power Technologies, Inc. | | |
| 149. | MTP | $ | - | Pure Power Technologies, Inc. | Lease Agreement dated April 1, 2019 between PPT Real Estate Enterprises, L.P. and Pure Power Technologies, Inc., acquired by MTP – 1410 Northpoint Blvd, LLC as of February 2, 2022 with addresses at 1410 Northpoint Boulevard, Blythewood, SC and 121 Research Drive, Columbia, SC | April 1, 2019 |
| 150. | National Instruments | $ | - | Pure Power Technologies, Inc. | Software Subscription | |
| 151. | Nationwide Power | $ | - | Pure Power Technologies, Inc. | Eaton UPS Hardware Maintenance | |
| 152. | Navigators Insurance Company | $ | - | Stanadyne LLC | Excess Liability insurance policy | July 1, 2022 |
| 153. | NAVISTAR, INC | $ | 830,141.13 | Pure Power Technologies, Inc. | Supply Agreement between Navistar, Inc. and Pure Power Technologies, Inc., as amended | January 29, 2016 |
| 154. | NEORIS USA INC. | $ | 9,405.00 | Pure Power Technologies, Inc. | Statement of Work No. 001-2018, Pure Power Technologies AMS for QIS and other custom applications, to the Master Consulting Services Agreement between Neoris USA, Inc. and Pure Power Technologies | March 13, 2018 |
| 155. | NetBrain | $ | - | Pure Power Technologies, Inc. | Software Maintenance | |
| 156. | Ningbo Huashuo Molding & Machine | $ | - | Stanadyne LLC | Master Supply Agreement dated October 28, 2015 between Stanadyne LLC and Ningbo Huashuo Molding & Machine | October 28, 2015 |
| 157. | Northsmart | $ | - | Pure Power Technologies, Inc. | Cisco Server & Switch Hardware Maintenance | |

**Debtor Entities**

*Contract Cure Estimate*
*($USD)*

| # | Counterparty | Cure Amount | Debtor Entity | Description | Execution Date |
|---|---|---|---|---|---|
| 158. | Nw Fuel Injection Service | $ - | Pure Power Technologies, Inc. | | |
| 159. | OAKLAND COMMONS ACQUISITION OWNER LLC | $ 276.33 | Stanadyne LLC | Lease between Oakland Commons Acquisition, LLC and Stanadyne LLC | December 24, 2019 |
| 160. | Ohio Machinery Co. (Ifs) | $ - | Pure Power Technologies, Inc. | | |
| 161. | OPEN TEXT INC | $ 2,337.43 | Stanadyne LLC | EDI software | |
| 162. | Open Text Inc. | $ - | Pure Power Technologies, Inc. | EDI software | |
| 163. | ORACLE AMERICA, INC. | $ 360.00 | Stanadyne LLC | Oracle License and Services Agreement between Oracle USA, Inc. and Stanadyne Corporation | August 31, 2006 |
| 164. | PC CONNECTION SALES CORP | $ 39,474.12 | Pure Power Technologies, Inc. | | |
| 165. | PC Connections Sales Corp | $ - | Pure Power Technologies, Inc. | Cisco SMARTnet Hardware & Software Maintenance, Dell VxRail Hardware, Microsoft Licensing | |
| 166. | PENSKE TRUCK LEASING | $ 1,548.14 | Pure Power Technologies, Inc. | Vehicle Lease Service Agreement dated January 10, 2020 between Penske and Stanadyne LLC | |
| 167. | POPKIN BROTHERS | $ - | Stanadyne LLC | Lease Agreement dated March 6, 2002 between Popkin Brothers Enterprises, Inc. and Stanadyne Corporation, with address at 408 White Street, Jacksonville, NC | March 6, 2022 |
| 168. | Praxair | $ - | Pure Power Technologies, Inc. | Bulk Supply Rider SK1R11719 dated November 7, 2019 between Praxair Distribution, Inc. and PurePower Technologies Inc. Product Supply Agreement dated July 17, 2019 between Praxair Distribution, Inc. and Stanadyne LLC | July 17, 2019; 11/7/2019 |
| 169. | Prowess Consulting | $ - | Pure Power Technologies, Inc. | SmartDeploy Software Maintenance | |
| 170. | Randstad North America, Inc. | $ 33,077.46 | Pure Power Technologies, Inc. | | |
| 171. | RAPID7 LLC | $ - | Stanadyne LLC | Master Services Agreement dated July 6, 2021 between Stanadyne LLC and Rapid7 LLC | July 6, 2021 |
| 172. | Raymond Carolina Handling | $ - | Pure Power Technologies, Inc. | Renewed Equipment Quote between Pure Power Technology and Raymond Carolina Handling, LLC | August 15, 2022 |
| 173. | Raymond CAROLINA HANDLING LLC | $ 7,662.45 | Pure Power Technologies, Inc. | (i) Renewed Equipment Quote between Pure Power Technology and Raymond Carolina Handling, LLC; and (ii) MHE by the Month Re-Usage Agreement between Pure Power Technologies Inc. and Raymond Carolina Handling, LLC | Respectively, (i) August 15, 2022; and (ii) August 22, 2022 |
| 174. | RB Distribution, Inc. | $ - | Pure Power Technologies, Inc. | Contract Manufacturing Agreement dated October 2, 2018 between RB Distribution, Inc. and Pure Power Technologies, Inc.; | October 2, 2018 |
| 175. | Ricoh | $ - | Pure Power Technologies, Inc. | DocuWare Software Maintenance | |
| 176. | RISK STRATEGIES COMPANY | $ - | Stanadyne LLC | Client Services Agreement dated July 1, 2020 between Risk Strategies Company and Stanadyne LLC | July 1, 2020 |
| 177. | River City Diesel Llc | $ - | Pure Power Technologies, Inc. | | |
| 178. | Robert Half | $ - | Pure Power Technologies, Inc. | General Conditions of Assignment dated March 16, 2022 between Pure Power Technologies, Inc. and Robert Half | March 16, 2022 |
| 179. | RSM US LLP | $ - | Stanadyne PPT Group Holdings, Inc | Engagement Letter dated September 23, 2022 between Stanadyne PPT Group Holdings, Inc and RSM US LLP | September 23, 2022 |
| 180. | SAP America, Inc. | $ - | Pure Power Technologies, Inc. | Termination Addendum dated October 11, 2022 to the Appendix 1 effective December 18, 2009 to Software License Agreement dated December 18, 2009 between SAP America, Inc. and Pure Power Technologies Inc. | October 11, 2022 |
| 181. | SearchAmerica | $ - | Pure Power Technologies, Inc. | Search Agreement dated March 16, 2021 between Pure Power Technologies, Inc. and SearchAmerica, Inc. | March 16, 2021 |

**Debtor Entities**

*Contract Cure Estimate*
*($USD)*

| | Counterparty | Cure Amount | Debtor Entity | Description | Execution Date |
|---|---|---|---|---|---|
| 182. | Sensata Technologies Inc. | $ - | Pure Power Technologies, Inc. | Schedule Release Agreement No. 701101037 dated July 18, 2019 between Pure Power Technologies, Inc. and Sensata Technologies Inc.; <br><br>Schedule Release Agreement No. 701101038 dated July 18, 2019 between Pure Power Technologies, Inc. and Sensata Technologies Inc <br><br>Schedule Release Agreement No. 701101329 dated January 1, 2023 between Pure Power Technologies, Inc. and Sensata Technologies Inc | July 18, 2019; January 1, 2023 |
| 183. | SHANGHAI FUTURE HIGH-TECH CO. LTD. | $ - | Stanadyne LLC | Master Supply Agreement dated May 11, 2018 between Stanadyne LLC and Shanghai Future High-tech Co. Ltd. | May 11, 2018 |
| 184. | SHI INTERNATIONAL CORP | $ 18,152.58 | Stanadyne LLC | Lease Agreement between SHI International Corp and Stanadyne LLC <br><br>Lease Agreement between Stanadyne LLC and SHI International Corp <br><br>Lease Agreement between SHI International Corp and Stanadyne LLC | June 2, 2022 |
| 185. | SHI INTERNATIONAL CORP. | $ 8,023.39 | Stanadyne LLC | Lease Agreement between SHI International Corp and Stanadyne LLC <br><br>Lease Agreement between Stanadyne LLC and SHI International Corp <br><br>Lease Agreement between SHI International Corp and Stanadyne LLC | March 1, 2021; July 26, 2021; June 2, 2022 |
| 186. | SMITH DRAY LINE & STORAGE CO. INC | $ 12,898.00 | Pure Power Technologies, Inc. | Service Agreement between Smith Dray Line and Storage Company Inc. and Pure Power Technologies Inc. | July 1, 2022 |
| 187. | SolarWinds | $ - | Pure Power Technologies, Inc. | Software Maintenance | |
| 188. | South Carolina Vocational Rehabilitation Department | $ - | Pure Power Technologies, Inc. | On-the-Job and Other Customized Training Agreement dated May 31, 2022 between South Carolina Vocational Rehabilitation Department and Pure Power | May 31, 2022 |
| 189. | SOUTHEAST INDUSTRIAL EQUIPMENT, INC. | $ - | Pure Power Technologies, Inc. | Equipment Schedule to Master Lease Agreement dated May 23, 2017 between Southeast Industrial Equipment, Inc. and Pure Power Technologies, Inc. <br><br>Notice of Assignment and Maintenance Collection Agreement for Equipment Scheduled (not dated) between Southeast Industrial Equipment, Inc., Toyota Industries Commercial Finance Inc., and Pure Power Technologies, Inc. | May 23, 2017 |

**Debtor Entities**

*Contract Cure Estimate*
*($USD)*

| | Counterparty | Cure Amount | | Debtor Entity | Description | Execution Date |
|---|---|---|---|---|---|---|
| 190. | SOUTHEAST INDUSTRIAL EQUIPMENT, INC. & TOYOTA INDUST | $ | - | Pure Power Technologies, Inc. | Equipment Schedule to Master Lease Agreement dated May 23, 2017 between Southeast Industrial Equipment, Inc. and Pure Power Technologies, Inc.<br><br>Notice of Assignment and Maintenance Collection Agreement for Equipment Scheduled (not dated) between Southeast Industrial Equipment, Inc., Toyota Industries Commercial Finance Inc., and Pure Power Technologies, Inc. | May 23, 2017 |
| 191. | Southeast Power Systems Inc. | $ | - | Pure Power Technologies, Inc. | | |
| 192. | Spherion Staffing and Recruiting | $ | - | Pure Power Technologies, Inc. | Service Terms dated May 20, 2021 between Pure Power Technologies, Inc and Spherion Staffing and Recruiting | May 20, 2021 |
| 193. | SPOOL PERFORMANCE LLC | $ | - | Stanadyne LLC | Distributor Agreement dated January 3, 2023 between Stanadyne LLC and Spool Performance LLC | January 3, 2023 |
| 194. | Springfield Remanufacturing Corp | $ | - | Pure Power Technologies, Inc. | | |
| 195. | SSS SPRING & WIRE LLC | $ | 99,203.50 | Stanadyne LLC | Master Supply Agreement between Stanadyne Corporation and SSS Spring & Wire LLC | March 3, 2013 |
| 196. | Standard Motor Products, Inc. | $ | 632,390.00 | Pure Power Technologies, Inc. | Supply Agreement between Standard Motor Products, Inc. and Pure Power Technologies, Inc. | August 9, 2016 |
| 197. | STEVEN STAFFORD | $ | - | Stanadyne LLC | Consulting Agreement dated March 29, 2023 between Stanadyne LLC and Steven Stafford | March 29, 2023 |
| 198. | STEWART EFI, LLC | $ | - | Stanadyne LLC | Supply Agreement dated February 1, 2013 between Stanadyne Corporation and Stewart EFI, LLC, including Addendum (A) to Master Supply Agreement dated August 6, 2018 | February 1, 2013 |
| 199. | SUMMIT HANDLING SYSTEMS | $ | - | Stanadyne LLC | Master Lease Agreement between Summit Handling Systems, Inc. and Stanadyne Corporation<br><br>Equipment Lease Agreement 15254012 between Stanadyne Corporation and Summit Handling Systems, Inc.<br><br>Equipment Lease Agreement 25254011 between Stanadyne Corporation and Summit Handling Systems, Inc. | July 14, 2014; February 1, 2023 |
| 200. | SUMMIT HANDLING SYSTEMS INC. | $ | 2,482.12 | Stanadyne LLC | Master Lease Agreement between Summit Handling Systems, Inc. and Stanadyne Corporation<br><br>Equipment Lease Agreement 15254012 between Stanadyne Corporation and Summit Handling Systems, Inc.<br><br>Equipment Lease Agreement 25254011 between Stanadyne Corporation and Summit Handling Systems, Inc. | July 14, 2014; February 1, 2023 |
| 201. | Talent Logic Inc. | $ | - | Pure Power Technologies, Inc. | Direct Hire Fee Agreement dated February 1st, 2023 between Pure Power Technologies, Inc. and Talent Logic, Inc. | February 1, 2023 |
| 202. | Tamerx Diesel Products | $ | - | Pure Power Technologies, Inc. | | |
| 203. | The Hanover American Insurance Company | $ | - | Stanadyne LLC | Workers' Compensation insurance policy | July 1, 2022 |
| 204. | The Hanover Insurance Group | $ | - | Stanadyne LLC | Automotive insurance policy | July 1, 2022 |
| 205. | THE MEGA FORCE STAFFING GROUP, INC. | $ | 13,279.19 | Stanadyne LLC | Agreement to Provide Contract Staffing Services between Mega Force Staffing Services and Stanadyne | August 17, 2022 |

**Debtor Entities**

*Contract Cure Estimate*
*($USD)*

| | Counterparty | Cure Amount | | Debtor Entity | Description | Execution Date |
|---|---|---|---|---|---|---|
| 206. | TOYOTA INDUSTRIES COMMERCIAL FINANCE | $ | 2,710.07 | Stanadyne LLC | Notice of Assignment and Maintenance Collection Agreement for Equipment Scheduled between Southeast Industrial Equipment, Inc., Toyota Industries Commercial Finance Inc., and Pure Power Technologies, Inc. | |
| 207. | Trimech | $ | - | Pure Power Technologies, Inc. | SolidWorks Software Maintenance | |
| 208. | Tristar, Inc. | $ | - | Pure Power Technologies, Inc. | PTC Creo/Windchill Software Subscription | |
| 209. | Turbo Diesel & Electric Systems | $ | - | Pure Power Technologies, Inc. | | |
| 210. | UHY Consulting GA | $ | - | Pure Power Technologies, Inc. | Engagement Letter dated June 1st, 2022 between UHY Consulting GA, Inc. and Pure Power Technologies | June 1, 2022 |
| 211. | Vitesco Technologies GmbH | $ | - | Pure Power Technologies, Inc. | Schedule Release dated October 26, 2021 between Pure Power Technologies, Inc. and Vitesco Technologies GmbH<br><br>Bill of Sale and Agreement dated October 17, 2022 between Vitesco Technologies USA, LLC and Stanadyne LLC | 10/26/2021; 10/17/22 |
| 212. | Volkswagen | $ | - | Pure Power Technologies, Inc. | B2B User Agreement governing the Use of the Volkswagen Group B2B Supplier Platform dated March 15, 2013 between Volkswagen Aktiengesellschaft and Pure Power Technology | March 15, 2013 |
| 213. | Volvo Powertrain AB | $ | - | Pure Power Technologies, Inc. | | |
| 214. | Xl Parts Llc | $ | - | Pure Power Technologies, Inc. | Purchase Agreement between Pure Power Technologies and XL Parts LLC | September 15, 2020 |
| 215. | Xtreme Diesel Performance, Llc. | $ | - | Pure Power Technologies, Inc. | | |
| 216. | ZHEJIANG HUASHUO TECHNOLOGY | $ | - | Stanadyne LLC | Master Supply Agreement dated March 12, 2018 between | March 12, 2018 |
| 217. | Zimmey'S Diesel, Llc | $ | - | Pure Power Technologies, Inc. | | |
| 218. | Zoho Corporation | $ | - | Pure Power Technologies, Inc. | Software Maintenance and Subscription: Mange Engine Plus, ManageEngine AD Plus, ManageEngine Central | |
| 219. | Zurich American Insurance Company of Illinois | | | Stanadyne LLC | Property insurance policy | July 1, 2022 |
| | | $ | - | | Premium Finance Agreement dated July 1st, 2022 between Zurich American Insurance Company of Illinois and Stanadyne LLC | |
| | **TOTAL** | **$** | **3,155,659.84** | | | |