IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STANADYNE LLC *et al.*,[1] | Case No. 23-10207 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No: 297** |

**MICROSOFT'S RESPONSE TO NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED, ASSIGNED, AND SOLD EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Microsoft Corporation, by and through its undersigned counsel, respectfully submits the following response ("Response") to Debtors' *Notice to Contract Parties to Potentially Assumed, Assigned, and Sold Executory Contracts and Unexpired Leases* (D.I. 297) (the "Notice").

1. Microsoft Corporation ("Microsoft") and Stanadyne LLC (a/k/a Stanadyne Corporation) ("Stanadyne") are parties to Business and Services Agreement U4514052, Master Agreement E8439453, and Enrollments 72865334 and 88620630 (collectively, the "Licenses"). The Licenses are cumulative and together comprise the contractual vehicle through which Stanadyne obtained subscriptions for Microsoft's products and services. The Licenses are executory contracts for the non-exclusive license of intellectual property and the payment of royalties as described by 11 U.S.C. § 365(n), and payments due under the Licenses constitute royalties. *In re Prize Frize*, 32 F.3d 426 (9th Cir. 1994).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

2. Stanadyne proposes to assume and assign two Microsoft contracts, for which the Notice lists a proposed cure amount of **$0**. (D.I. 297, page 12 of 16).

3. As of the date of this Response, the cure amount listed in the Notice is correct. However, Microsoft anticipates issuing an additional annual invoice under the Licenses totaling **$5,621.88** on or around August 1, 2023, for the final year of the Licenses as detailed on **Exhibit A**.

4. Accordingly, if Stanadyne intends to assume and assign the Licenses on or after August 1, 2023, the cure amount will be at least **$5,621.88** pursuant to Section 365(b)(1) of the Bankruptcy Code.

5. Microsoft reserves the right to withdraw this Response or revise the stated cure amount pending further investigation. Depending on the timing of the actual assumption and cure, the amount owed may increase for unpaid post-petition use of Microsoft's products and services under the Licenses.

WHEREFORE, Microsoft states the cure amount for the Licenses on or after August 1, 2023 is no less than **$5,621.88**.

Dated: June 7, 2023

FOX ROTHSCHILD LLP

*/s/ Stephanie J. Slater*
Stephanie Slater (DE Bar No. 6922)
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: sslater@foxrothschild.com

-and-

David P. Papiez, WA State Bar No. 54186
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154-1192
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
Email: dpapiez@foxrothschild.com

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 7, 2023, a true and correct copy of the foregoing MICROSOFT'S RESPONSE TO NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED, ASSIGNED, AND SOLD EXECUTORY CONTRACTS AND UNEXPIRED LEASES was served via the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware to all parties registered to receive such notice.

Also, the parties below were served via email:

**Counsel to the Debtors**
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 16th Floor
New York, NY 10004
Attn: Kathryn A. Coleman and Christopher Gartman,
katie.coleman@hugheshubbard.com
chris.gartman@hugheshubbard.com

Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Rodney Square
Wilmington, DE 19801-6108
Attn: Michael R. Nestor and Andrew L. Magaziner
mnestor@ycst.com
amagaziner@ycst.com

**The United States Trustee**
Office of the United States Trustee
for the District of Delaware
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Attn: Jane M. Leamy
jane.m.leamy@usdoj.gov

**Counsel to the Committee**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Adam C. Rogoff and Rose Hill Bagley
arogoff@kramerlevin.com
rbagley@kramerlevin.com

Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Attn: Jeffrey R. Waxman and Eric J. Monzo
jwaxman@morrisjames.com
emonzo@morrisjames.com

**Counsel to the Prepetition Agent and Stalking Horse Bidder**
KTBS Law LLP
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Attn: Michael L. Tuchin and David A. Fidler
mtuchin@ktbslaw.com
dfidler@ktbslaw.com

Pachulski Stang Ziehl & Jones LLP
919 Market St., 17th Floor
P.O. Box 8705
Wilmington, DE 19801-8705 (Courier 19801)
Attn: Laura Davis Jones and Timothy Cairns
ljones@pszjlaw.com
tcairns@pszjlaw.com

                        */s/ Stephanie J. Slater*
                        Stephanie J. Slater (DE Bar No. 6922)

**Exhibit A**
Future Billing Summary

| Agreement Number | Primary Customer Name | Primary Public Customer Number | Ordered Under Purchase Order Number | Scheduled Bill Date | Item Name | Quantity | Price | Extended Amount | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 88620630 | Stanadyne LLC | 8E5EE70C | 22028566 | 8/1/2023 | Teams AC with Dial Out US/CA Sub Add-on | 1.00 | $ - | $ - | 8/1/2023 | 7/31/2024 |
| 88620630 | Stanadyne LLC | 8E5EE70C | 22028566 | 8/1/2023 | Teams Phone Standard Sub Per User | 1.00 | $ 81.48 | $ 81.48 | 8/1/2023 | 7/31/2024 |
| 88620630 | Stanadyne LLC | 8E5EE70C | 22028566 | 8/1/2023 | M365 F3 FUSL Sub Per User | 1.00 | $ 93.12 | $ 93.12 | 8/1/2023 | 7/31/2024 |
| 88620630 | Stanadyne LLC | 8E5EE70C | 22028566 | 8/1/2023 | Power BI Pro Sub Per User | 1.00 | $ 101.88 | $ 101.88 | 8/1/2023 | 7/31/2024 |
| 88620630 | Stanadyne LLC | 8E5EE70C | 22028566 | 8/1/2023 | OneDrive business P2 Sub Per User | 1.00 | $ 102.00 | $ 102.00 | 8/1/2023 | 7/31/2024 |
| 88620630 | Stanadyne LLC | 8E5EE70C | 22028566 | 8/1/2023 | Teams Phone with Calling US/PR Sub Per User | 1.00 | $ 180.00 | $ 180.00 | 8/1/2023 | 7/31/2024 |
| 88620630 | Stanadyne LLC | 8E5EE70C | 22028566 | 8/1/2023 | Teams International Calling Plan Sub Per User | 1.00 | $ 288.00 | $ 288.00 | 8/1/2023 | 7/31/2024 |
| 88620630 | Stanadyne LLC | 8E5EE70C | 22028566 | 8/1/2023 | Visual Studio Ent MSDN ALng SA | 2.00 | $ 1,393.20 | $ 2,786.40 | 8/1/2023 | 7/31/2024 |
| 88620630 | Stanadyne LLC | 8E5EE70C | 22028566 | 8/1/2023 | Project P3 Sub Per User | 4.00 | $ 306.00 | $ 1,224.00 | 8/1/2023 | 7/31/2024 |
| 88620630 | Stanadyne LLC | 8E5EE70C | 22028566 | 8/1/2023 | Visio P2 Sub Per User | 5.00 | $ 153.00 | $ 765.00 | 8/1/2023 | 7/31/2024 |
| | | | | | | | | $ 5,621.88 | | |