**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| **STANADYNE LLC, *et al.*,**[1] | Case No. 23-10207 (TMH) |
| **Debtors.** | (Jointly Administered) |
| | Hearing Date: July 10, 2023 at 10:00 a.m. (ET) |
| | Objection Deadline: July 5, 2023 at 4:00 p.m. (ET) |

**NOTICE OF FIRST INTERIM FEE APPLICATIONS OF**
**THE DEBTORS' PROFESSIONALS FOR THE PERIOD FROM**
**FEBRUARY 16, 2023 THROUGH AND INCLUDING APRIL 30, 2023**

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 136] (the "Interim Compensation Order"), the professionals retained by the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby apply for interim allowance of compensation and reimbursement of expenses (each, a "Fee Request," and collectively, the "Fee Requests") for all monthly applications filed during the previous quarterly period covering the period from February 16, 2023 through and including April 30, 2023. Summaries of the fees and expenses subject to each Fee Request are annexed in the attachments hereto and set forth in the monthly fee applications previously filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order of the Court upon the expiration of a twenty (20) day objection period.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to any Fee Request is to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before **July 5, 2023 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Fee Requests will be held before The Honorable Thomas M. Horan in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801, on **July 10, 2023 at 10:00 a.m. (ET)**.

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS FEE REQUEST, THE COURT MAY ENTER AN ORDER APPROVING THE FEE REQUESTS WITHOUT FURTHER NOTICE OR A HEARING.

| | |
|---|---|
| Dated: June 14, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ashley E. Jacobs*<br>Michael R. Nestor (DE Bar No. 3526)<br>Andrew L. Magaziner (DE Bar No. 5426)<br>Ashley E. Jacobs (DE Bar No. 5635)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801-6108<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>amagaziner@ycst.com<br>ajacobs@ycst.com<br><br>-and-<br><br>Kathryn A. Coleman<br>Christopher Gartman<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>Email: katie.coleman@hugheshubbard.com<br>chris.gartman@hugheshubbard.com<br><br>*Counsel for the Debtors* |

30444133.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **STANADYNE LLC,** *et al.,*[1] | Case No. 23-10207 (TMH) |
| **Debtors.** | (Jointly Administered) |
| | Hearing Date: July 10, 2023 at 10:00 a.m. (ET) |
| | Objection Deadline: July 5, 2023 at 4:00 p.m. (ET) |

### FIRST INTERIM FEE APPLICATION OF
### HUGHES HUBBARD & REED LLP

| | |
|---|---|
| Name of Applicant: | Hughes Hubbard Reed LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | March 28, 2023 (Effective as of February 16, 2023) |
| Period for which compensation and reimbursement is sought: | February 16, 2023 through April 30, 2023 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/16/23 – 3/31/23 [D.I. 251; 5/1/23] | $1,099,950.00 | $372.09 | D.I. 298; 5/23/23 | $879,960.00 | $372.09 | $219,990.00 |
| 4/1/23 – 4/30/23 [D.I. 330; 6/2/23] | $530,203.50 | $124.62 | Obj. Deadline 6/22/23 | $424,162.80 | $124.62 | $106,040.70 |
| **TOTAL** | **$1,630,153.50** | **$496.71** | | **$1,304,122.80** | **$496.71** | **$326,030.70** |

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **STANADYNE LLC, *et al.*,**[1] <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 23-10207 (TMH) <br><br> (Jointly Administered) <br><br> Hearing Date: July 10, 2023 at 10:00 a.m. (ET) <br> Objection Deadline: July 5, 2023 at 4:00 p.m. (ET) |

### FIRST INTERIM FEE APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | March 28, 2023 <br> (Effective as of February 16, 2023) |
| Period for which compensation and reimbursement is sought: | February 16, 2023 through April 30, 2023 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/16/23 – 3/31/23 [D.I. 241; 4/26/23] | $280,464.00 | $558.40 | D.I. 284; 5/19/23 | $224,371.20 | $558.40 | $56,092.80 |
| 4/1/23 – 4/30/23 [D.I. 286; 5/19/23] | $181,983.00 | $286.74 | D.I. 364 6/13/23 | $145,586.40 | $286.74 | $36,396.60 |
| **TOTAL** | **$462,447.00** | **$845.14** | | **$369,957.60** | **$845.14** | **$92,489.40** |

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

30444133.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **STANADYNE LLC, *et al.*,**[1] <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 23-10207 (TMH) <br><br> (Jointly Administered) <br><br> Hearing Date: July 10, 2023 at 10:00 a.m. (ET) <br> Objection Deadline: July 5, 2023 at 4:00 p.m. (ET) |

**FIRST INTERIM FEE APPLICATION OF**
**ALVAREZ & MARSAL NORTH AMERICA, LLC**

| | |
|---|---|
| Name of Applicant: | Epiq Corporate Restructuring, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | March 31, 2023 <br> (Effective as of March 10, 2023) |
| Period for which compensation and reimbursement is sought: | March 10, 2023 through April 30, 2023 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/10/23 – 3/31/23 [D.I.197; 4/17/23] | $883,196.50 | $3.96 | D.I. 267; 5/9/23 | $706,557.20 | $3.96 | $176,639.30 |
| 4/1/23 – 4/30/23 [D.I. 308; 5/25/23] | $957,203.10 | $285.30 | Obj. Deadline 6/22/23 | $765,762.48 | $285.30 | $191,440.62 |
| **TOTAL** | **$1,840,399.60** | **$289.26** | | **$1,472,319.68** | **$289.26** | **$368,079.92** |

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

30444133.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**STANADYNE LLC, *et al.*,**[1]<br><br>**Debtors.** | Chapter 11<br><br>Case No. 23-10207 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 10, 2023 at 10:00 a.m. (ET)**<br>**Objection Deadline: July 5, 2023 at 4:00 p.m. (ET)** |

**FIRST INTERIM FEE APPLICATION OF**
**<u>ANGLE ADVISORS LLC</u>**

| | |
|---|---|
| Name of Applicant: | Angle Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 18, 2023<br>(Effective as of March 8, 2023) |
| Period for which compensation and reimbursement is sought: | March 8, 2023 through April 30, 2023 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/8/23 – 3/31/23 [D.I. 275; 5/15/23] | $92,903.23 | $4,315.66 | D.I. 336; 6/6/23 | $74,322.58 | $4,315.66 | $18,580.65 |
| 4/1/23 – 4/30/23 [D.I. 311; 5/26/23] | $120,000.00 | $7,924.13 | Obj. Deadline 6/15/23 | $96,000.00 | $7,924.13 | $24,000.00 |
| **TOTAL** | **$212,903.23** | **$12,239.79** | | **$170,322.58** | **$12,239.79** | **$42,580.65** |

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

30444133.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **STANADYNE LLC, *et al.*,**[1] <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 23-10207 (TMH) <br><br> (Jointly Administered) <br><br> Hearing Date: July 10, 2023 at 10:00 a.m. (ET) <br> Objection Deadline: July 5, 2023 at 4:00 p.m. (ET) |

**FIRST INTERIM FEE APPLICATION OF**
**KURTZMAN CARSON CONSULTANTS LLC**

| | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | March 29, 2023 <br>(Effective as of February 16, 2023) |
| Period for which compensation and reimbursement is sought: | February 16, 2023 through April 30, 2023 |

| Monthly Fee Period, Docket No. & Date Filed | Total Fees Requested | Total Expenses Requested | CNO Docket No. & Date Filed | Amount of Fees Paid or To Be Paid (80%) | Amount of Expenses Paid or To Be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 2/16/23 – 3/31/23 [D.I. 243; 4/27/23] | $6,433.50 | $0.00 | D.I. 285 5/19/23 | $5,146.80 | $0.00 | $1,286.70 |
| 4/1/23 – 4/30/23 [D.I. 307; 5/25/23] | $20,404.00 | $0.00 | Obj. Deadline 6/14/23 | $16,323.20 | $0.00 | $4,080.80 |
| **TOTAL** | **$26,837.50** | **$0.00** | | **$21,470.00** | **$0.00** | **$5,367.50** |

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

30444133.1