IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **STANADYNE LLC, *et al.*,**[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-10207 (TMH) <br><br> (Jointly Administered) <br><br> Docket Ref No. 365 |

**SUPPLEMENT TO FIRST INTERIM FEE APPLICATION OF
HUGHES HUBBARD & REED LLP**

Hughes Hubbard & Reed LLP ("Hughes Hubbard" or the "Firm"), counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby supplements the *First Interim Fee Application of Hughes Hubbard & Reed LLP* [Docket No. 365] (the "First Interim Application") for the period from February 16, 2023 through April 30, 2023 (the "Application Period") by attaching, as **Exhibits A** through **E** hereto, certain schedules requested by the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"). In addition, Hughes Hubbard respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

    a.    During the Application Period, Hughes Hubbard did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms, except that Hughes Hubbard's rates reflect a ten percent (10%) discount from normal hourly rates of compensation for work of this character. In the Application Period, this results in a reduction of $178,098.50. In addition, the First Interim Application also reflects a voluntary write-off of $126,491.25 in fees.

---

[1]. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

30456427.1

    b.    The fees sought by Hughes Hubbard in the First Interim Application are 12% lower than the fees budgeted in the budget provided by Hughes Hubbard to the Debtors for the Application Period.

    c.    The professionals included in the First Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy cases.

    d.    The First Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

    e.    The time period covered by the First Interim Application includes approximately 5.80 hours with a value of $6,525.00 spent by Hughes Hubbard to ensure that the time entries subject to the First Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Hughes Hubbard's preparation of each monthly fee application.

Dated: June 14, 2023
       New York, NY

*/s/ Kathryn A. Coleman*
Kathryn A. Coleman
Christopher Gartman
Jeffrey S. Margolin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:   (212) 837-6000
Facsimile:    (212) 422-4726
Email:        katie.coleman@hugheshubbard.com
                chris.gartman@hugheshubbard.com
                jeff.margolin@hugheshubbard.com

*Counsel for the Debtors*

# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

Hughes Hubbard's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by similarly skilled bankruptcy attorneys.

The blended rates charged by attorneys in the Firm's Corporate Reorganization Department for the services performed in the period of January 1, 2023 through April 30, 2023— on other matters are set forth below.

Also included below is January 1, 2023 through April 30, 2023 blended hourly rate information for attorneys in all departments of the Firm, excluding the Corporate Reorganization Department.

The First Interim Application had a higher blended aggregate rate compared to other matters as Hughes Hubbard partners and counsel were required to spend significant time addressing customer, vendor, and other counterparty issues and formulating a business plan, which resulted in the *Order (I) Approving Bidding Procedures, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment and Sale of Contracts and Leases, and (V) Granting Related Relief* [Docket No. 276] entered by the Court on May 16, 2023.

In addition, Hughes Hubbard associates had a higher blended hourly rate compared to associates billing to other matters as the Chapter 11 Cases have involved an appropriate blend of junior to senior associates, to most efficiently staff the various tasks needed to progress the Debtors' sale and marketing process. The First Interim Application did not include any paraprofessional billings.

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | Billed Corporate Reorganization Department[1] | Billed Firm-wide[2] | Billed This First Interim Application |
| Partner | $1,235 | $1,102 | $1,225 |
| Counsel | $1,180 | $819 | $1,123 |
| Associate | $795 | $669 | $832 |
| **Aggregated:** | $1,105 | $823 | $1,141 |

---

1. This column reflects the blended rates for the period of January 1, 2023 through April 30, 2023 charged by the Firm for all services performed by Corporate Reorganization Department attorneys on matters other than the Firm's engagement by the Debtors.

2. This column excludes blended hourly rates for the period of January 1, 2023 through April 30, 2023 for attorneys in the Firm's Corporate Reorganization Department.

30456427.1

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THE FIRST INTERIM APPLICATION

| Timekeeper Name | Position | Department | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|
| Kathryn A. Coleman | Partner | Corporate Reorganization | 1983 | 1983 | $1,462.50 | 396.00 | $579,150.00 |
| Christopher Gartman | Partner | Corporate Reorganization | 2008 | 2007 | $1,057.50 | 567.30 | $599,919.75 |
| Charles Wachsstock | Partner | Employee Benefits | 1999 | 1997 | $1,395.00 | 4.60 | $6,417.00 |
| **Partner Total** | | | | | | **967.90** | **$1,185,486.75** |
| Jeffrey S. Margolin | Counsel | Corporate Reorganization | 2003 | 2002 | $1,125.00 | 204.30 | $229,837.50 |
| Carol E. Remy | Counsel | Real Estate | 1995 | 1994 | $1,035.00 | 5.30 | $5,485.50 |
| **Counsel Total** | | | | | | **209.60** | **$235,323.00** |
| Drew Bader | Associate | Corporate | 2022 | 2021 | $675.00 | 29.70 | $20,047.50 |
| Elizabeth Beitler | Associate | Corporate Reorganization | 2017 | 2016 | $945.00 | 36.20 | $34,209.00 |
| Andrea Castro-Mendivil | Associate | Corporate | 2022 | 2020 | $742.50 | 54.70 | $40,614.75 |
| Justin Cohen | Associate | Tax | 2015 | 2014 | $967.50 | 6.70 | $6,482.25 |
| August Dinwiddie | Associate | Corporate Reorganization | 2021 | 2020 | $675.00 | 26.80 | $18,090.00 |
| Devon Pope | Associate | Corporate | 2016 | 2015 | $922.50 | 97.80 | $90,220.50 |
| **Associate Total** | | | | | | **251.90** | **$209,664.00** |
| **Total Hours** | | | | | | **1,429.40** | |
| **Total Requested*** | | | | | | | **$1,630,153.50** |

\* Hughes Hubbard's time entries in the First Interim Application total fees of $1,630,473.75. Hughes Hubbard seeks allowance and payments of fees totaling $1,630,153.50.

30456427.1

**EXHIBIT C**

**BUDGET AND STAFFING PLAN**

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Budgeted Period** | **Average Rate** |
| Partner | 3 | $1,185.34 |
| Counsel | 1 | $1,125.00 |
| Associate (6 or more years since first admission) | 1 | $945.00 |
| Associate (less than 4 years since first admission) | 2 | $675.00 |
| Paralegal | 1 | $328.50 |

***BUDGETED FEES BY PROJECT CATEGORY***

| **Project Category** | **Budgeted Hours** | **Budgeted Fees**[1] |
|---|---|---|
| Asset Analysis, Recovery and Valuation (Sale Process) | 330.00 | $305,745.00 |
| Assumption and Rejection of Leases and Contracts | 10.00 | $9,265.00 |
| Budgeting (Case) | 17.00 | $15,750.50 |
| Business Operations (Including First-Days) | 390.00 | $361,335.00 |
| Case Administration | 120.00 | $111,180.00 |
| Claims Administration | 30.00 | $27,795.00 |
| Corporate Governance and Board Matters | 45.00 | $41,692.50 |
| Employee Benefits and Pensions | 16.00 | $14,824.00 |
| Employment and Fee Applications | 230.00 | $213,095.00 |
| Financing and Cash Collateral | 295.00 | $273,317.50 |
| Meetings and Communications with Creditors | 372.00 | $344,658.00 |
| Plan and Disclosure Statement (Including Effectuation) | 10.00 | $9,265.00 |
| Real Estate | 10.00 | $9,265.00 |
| Regulatory | 6.00 | $5,559.00 |
| Relief from Stay and Adequate Protection | 9.00 | $8,338.50 |
| Reporting (including US Trustee Monthly & Schedules) | 90.00 | $83,385.00 |
| Tax | 12.00 | $11,118.00 |
| **Total** | 1,992.00 | **$1,845,588.00** |

---

1. The Budgeted Fees is based on an Average Hourly Rate of $926.50, which is the blended rate of all timekeepers in the Staffing Plan.

30456427.1

# EXHIBIT D

## SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENTS*

| Project Name | Hours | Fee Amount |
|---|---:|---:|
| Asset Analysis, Recovery and Valuation | 337.50 | $341,817.75 |
| Assumption and Rejection of Leases and Contracts | 6.10 | $6,977.25 |
| Budgeting (Case) | 8.70 | $9,956.25 |
| Business Operations (Including First-Days) | 397.70 | $458,647.05 |
| Case Administration | 15.40 | $15,885.00 |
| Claims Administration and Objections | 4.20 | $4,410.00 |
| Corporate Governance and Board Matters | 25.60 | $37,440.00 |
| Employee Benefits and Pensions | 30.10 | $33,707.25 |
| Employment and Fee Applications | 165.80 | $190,791.00 |
| Financing and Cash Collateral | 256.80 | $317,283.75 |
| Meetings and Communications with Creditors | 127.00 | $155,292.75 |
| Plan and Disclosure Statement (Including Effectuation) | 2.40 | $3,510.00 |
| Real Estate | 6.60 | $7,182.00 |
| Reporting (including US Trustee Monthly & Schedules) | 43.20 | $45,141.75 |
| Tax | 2.30 | $2,432.25 |
| **TOTAL HOURS** | **1,429.40** | |
| **TOTAL REQUESTED** | | **$1,630,153.50** |

*Hughes Hubbard's time entries in the First Interim Application total fees of $1,630,473.75. Hughes Hubbard seeks allowance and payments of fees totaling $1,630,153.50.

| Disbursement Summary |||
|---|---|---:|
| **Expense Category** | **Service Provider, if Applicable** | **Amount** |
| Communications | Zoom | $69.72 |
| Research Services | Lexis | $188.81 |
| Research Services | Pacer | $236.00 |
| Research Services | Westlaw | $2.18 |
| | **TOTAL** | **$496.71** |

30456427.1

**EXHIBIT E**

| SUMMARY OF FIRST INTERIM APPLICATION ||
|---|---|
| Name of Applicant | Hughes Hubbard & Reed LLP |
| Name of Client | Debtors and Debtors in Possession |
| Time period covered by First Interim Application | February 16, 2023 through April 30, 2023 |
| Total compensation sought during the Application Period | $1,630,153.50 |
| Total expenses sought during the Application Period | $496.71 |
| Petition Date | February 16, 2023 |
| Retention Date | February 16, 2023 |
| Date of order approving employment | March 28, 2023 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in the First Interim Application for all attorneys | $1,140.67 |
| Compensation sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $1,304,122.80 |
| Expenses sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $496.71 |
| Number of professionals included in the First Interim Application | 11 |
| If applicable, number of professionals in the First Interim Application not included in staffing plan approved by client | 3 (specialists for employment, real estate and tax related to the sale and marketing process) |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amount Budgeted: $1,845,588.00<br>Amount Sought: $1,630,153.50<br>Amount Below Budget: $215,434.50 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 3 (specialists for employment, real estate, and tax related to the sale and marketing process) |
| Are any rates higher than those approved or disclosed at retention? | No |