# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STANADYNE LLC *et al.*,[1] | Case No. 23-10207 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No: 297, 341** |

## MICROSOFT'S AMENDED RESPONSE TO NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED, ASSIGNED, AND SOLD EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Microsoft Corporation, by and through its undersigned counsel, hereby amends its *Response to Notice to Contract Parties to Potentially Assumed, Assigned, and Sold Executory Contracts and Unexpired Leases* (D.I. 341). This Amended Response is filed following further review of Stanadyne's account and the future payments due thereunder.

1.    Microsoft Corporation ("Microsoft") and Stanadyne LLC (a/k/a Stanadyne Corporation) ("Stanadyne") are parties to Business and Services Agreement U4514052, Master Agreement E8439453, and Enrollments 72865334 and 88620630 (collectively, the "Licenses"). The Licenses are cumulative and together comprise the contractual vehicle through which Stanadyne obtained subscriptions for Microsoft's products and services. The Licenses are executory contracts for the non-exclusive license of intellectual property and the payment of royalties as described by 11 U.S.C. § 365(n), and payments due under the Licenses constitute royalties. *In re Prize Frize*, 32 F.3d 426 (9th Cir. 1994).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

2. Enrollment 72865334 started on August 19, 2022, and will reach the end of its three-year term on August 31, 2025. Enrollment 88620630 started on August 1, 2022, and will reach the end of its three-year term on July 31, 2025. Both Enrollments are payable in periodic installments.

3. In its *Notice to Contract Parties to Potentially Assumed, Assigned, and Sold Executory Contracts and Unexpired Leases* ("Notice"), Stanadyne proposes to assume and assign two Microsoft contracts and lists a proposed cure amount of **$0**. (D.I. 297, page 12 of 16).

4. As of the date of this Amended Response, the cure amount listed in the Notice is correct. However, Microsoft anticipates issuing an additional annual invoice under the Licenses totaling **$220,495.68** on or around August 1, 2023, as detailed on **Exhibit A**.

5. Accordingly, if Stanadyne intends to assume and assign the Licenses on or after August 1, 2023, the cure amount will be at least **$220,495.68** pursuant to Section 365(b)(1) of the Bankruptcy Code.

6. Microsoft further states that it anticipates issuing a final annual invoice under the Licenses—also totaling **$220,495.68**—on or around August 1, 2024, as detailed on **Exhibit B**.

7. Microsoft reserves the right to withdraw this Amended Response or revise the stated cure amount pending further investigation. Depending on the timing of the actual assumption and cure, the amount owed may increase for unpaid post-petition use of Microsoft's products and services under the Licenses.

[*Remainder of page intentionally left blank*]

WHEREFORE, Microsoft states the cure amount for the Licenses on or after August 1, 2023 is no less than **$220,495.68**.

| | |
|---|---|
| Dated: June 29, 2023 | FOX ROTHSCHILD LLP |
| | */s/ Stephanie J. Slater* |
| | Stephanie Slater (DE Bar No. 6922) |
| | 919 North Market Street, Suite 300 |
| | Wilmington, DE 19899 |
| | Telephone: (302) 654-7444 |
| | Facsimile: (302) 656-8920 |
| | Email: sslater@foxrothschild.com |
| | -and- |
| | David P. Papiez, WA State Bar No. 54186 |
| | 1001 Fourth Avenue, Suite 4400 |
| | Seattle, WA 98154-1192 |
| | Telephone: (206) 624-3600 |
| | Facsimile: (206) 389-1708 |
| | Email: dpapiez@foxrothschild.com |
| | *Attorneys for Microsoft Corporation* |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 29, 2023, a true and correct copy of the foregoing MICROSOFT'S AMENDED RESPONSE TO NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED, ASSIGNED, AND SOLD EXECUTORY CONTRACTS AND UNEXPIRED LEASES was served via the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware to all parties registered to receive such notice.

Also, the parties below were served via email:

**Counsel to the Debtors**
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 16th Floor
New York, NY 10004
Attn: Kathryn A. Coleman and Christopher Gartman,
katie.coleman@hugheshubbard.com
chris.gartman@hugheshubbard.com

Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Rodney Square
Wilmington, DE 19801-6108
Attn: Michael R. Nestor and Andrew L. Magaziner
mnestor@ycst.com
amagaziner@ycst.com

**The United States Trustee**
Office of the United States Trustee
for the District of Delaware
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Attn: Jane M. Leamy
jane.m.leamy@usdoj.gov

**Counsel to the Committee**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Adam C. Rogoff and Rose Hill Bagley
arogoff@kramerlevin.com
rbagley@kramerlevin.com

Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Attn: Jeffrey R. Waxman and Eric J. Monzo
jwaxman@morrisjames.com
emonzo@morrisjames.com

**Counsel to the Prepetition Agent and Stalking Horse Bidder**
KTBS Law LLP
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Attn: Michael L. Tuchin and David A. Fidler
mtuchin@ktbslaw.com
dfidler@ktbslaw.com

Pachulski Stang Ziehl & Jones LLP
919 Market St., 17th Floor
P.O. Box 8705
Wilmington, DE 19801-8705 (Courier 19801)
Attn: Laura Davis Jones and Timothy Cairns
ljones@pszjlaw.com
tcairns@pszjlaw.com

                */s/ Stephanie J. Slater*
                Stephanie J. Slater (DE Bar No. 6922)