# EXHIBIT A

**Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6699

Writer's E-Mail
mnestor@ycst.com

| | | |
|---|---|---|
| Stanadyne PPT Group Holdings, Inc. | Invoice Date: | July 11, 2023 |
| 405 White Street | Invoice Number: | 50043879 |
| Jacksonville, NC 28546 | Matter Number: | 102843.1001 |

Re:  Restructuring Representation

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 70,896.00 |
| Disbursements | $ | 575.97 |
| Total Due This Invoice | $ | 71,471.97 |

Stanadyne PPT Group Holdings, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 11, 2023 |
| Invoice Number: | | 50043879 |
| Matter Number: | | 102843.1001 |

**Time Detail**

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/26/23 | BWALT | Emails with A. Jacobs, update and circulate critical dates | B001 | 0.40 | 146.00 |
| 06/01/23 | AJACO | Brief review of recently filed pleadings | B001 | 0.10 | 81.00 |
| 06/01/23 | AJACO | Review and revise CNO re: removal motion | B001 | 0.10 | 81.00 |
| 06/01/23 | AJACO | Review upcoming tasks and deadlines | B001 | 0.20 | 162.00 |
| 06/01/23 | BWALT | Email from A. Jacobs (.1); finalize and file CNO for removal motion and upload order (.1) | B001 | 0.20 | 73.00 |
| 06/01/23 | BWALT | Email from A. Jacobs re: CNO for the removal motion | B001 | 0.10 | 36.50 |
| 06/01/23 | BWALT | Update and circulate docket | B001 | 0.30 | 109.50 |
| 06/02/23 | BWALT | Coordinate service of order extending removal deadline | B001 | 0.10 | 36.50 |
| 06/02/23 | BWALT | Update docket | B001 | 0.30 | 109.50 |
| 06/05/23 | AJACO | Review upcoming tasks and deadlines | B001 | 0.10 | 81.00 |
| 06/06/23 | BWALT | Review and evaluate incoming pleadings and correspondence | B001 | 0.10 | 36.50 |
| 06/06/23 | BWALT | Circulate docket | B001 | 0.10 | 36.50 |
| 06/06/23 | BWALT | Update docket, and critical dates | B001 | 0.50 | 182.50 |
| 06/06/23 | MNEST | Review/revise memo re: critical dates, deadlines and tasks | B001 | 0.30 | 372.00 |
| 06/07/23 | AJACO | Call from J. Margolin re: case status | B001 | 0.10 | 81.00 |
| 06/07/23 | BWALT | Update docket | B001 | 0.30 | 109.50 |
| 06/08/23 | BWALT | Update and circulate docket | B001 | 0.20 | 73.00 |
| 06/09/23 | BWALT | Coordinate service of order extending 365(d) deadline | B001 | 0.10 | 36.50 |
| 06/09/23 | BWALT | Update and circulate docket | B001 | 0.30 | 109.50 |

Stanadyne PPT Group Holdings, Inc.

| | Invoice Date: | July 11, 2023 |
|---|---|---|
| | Invoice Number: | 50043879 |
| | Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/09/23 | MNEST | Review docket/pleadings and memorandum re: critical dates, deadlines and tasks | B001 | 0.60 | 744.00 |
| 06/13/23 | AJACO | Review upcoming tasks and deadlines | B001 | 0.10 | 81.00 |
| 06/13/23 | AJACO | Review and revise critical dates | B001 | 0.50 | 405.00 |
| 06/13/23 | AMAGA | Review revised critical dates memorandum | B001 | 0.20 | 174.00 |
| 06/13/23 | AMAGA | Review revised critical dates memorandum | B001 | 0.20 | 174.00 |
| 06/13/23 | BWALT | Update critical dates, and email to A. Jacobs | B001 | 0.40 | 146.00 |
| 06/13/23 | MNEST | Review/revise memorandum re: critical dates, deadlines and tasks for distribution to Debtor advisors | B001 | 0.40 | 496.00 |
| 06/14/23 | AMAGA | Review UCC update | B001 | 0.10 | 87.00 |
| 06/15/23 | BWALT | Update and circulate docket | B001 | 0.30 | 109.50 |
| 06/16/23 | AMAGA | Emails with B. Walters re: CNO | B001 | 0.10 | 87.00 |
| 06/16/23 | BWALT | Update critical dates | B001 | 0.40 | 146.00 |
| 06/16/23 | BWALT | Emails with A. Magaziner (.1); prepare and file certificate of no objection for redaction motion, and upload order (.3) | B001 | 0.40 | 146.00 |
| 06/20/23 | AJACO | Review and revise critical dates | B001 | 0.20 | 162.00 |
| 06/20/23 | AMAGA | Review monthly reporting re: first day relief | B001 | 0.30 | 261.00 |
| 06/21/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 06/22/23 | AMARK | Review and analyze docket entries re: ongoing chapter 11 work streams | B001 | 0.50 | 252.50 |
| 06/22/23 | BWALT | Update docket and critical dates | B001 | 1.00 | 365.00 |
| 06/22/23 | BWALT | Review and evaluate incoming pleadings and correspondence | B001 | 0.30 | 109.50 |
| 06/26/23 | AJACO | Review upcoming tasks and deadlines | B001 | 0.10 | 81.00 |
| 06/27/23 | AJACO | Review critical dates | B001 | 0.20 | 162.00 |

Stanadyne PPT Group Holdings, Inc.

| | | Invoice Date: | July 11, 2023 |
| | | Invoice Number: | 50043879 |
| | | Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|----------|-----------|-------------|------|-------|--------|
| 06/29/23 | AJACO | Review critical dates | B001 | 0.10 | 81.00 |
| 06/29/23 | AJACO | Review and revise critical dates | B001 | 0.50 | 405.00 |
| 06/29/23 | AMAGA | Review critical dates memorandum | B001 | 0.10 | 87.00 |
| 06/29/23 | BWALT | Update docket | B001 | 0.20 | 73.00 |
| 06/29/23 | BWALT | Update and circulate critical dates | B001 | 0.90 | 328.50 |
| 06/29/23 | JMART | Draft fee index; prepare binder re: same | B001 | 2.50 | 887.50 |
| 06/30/23 | AJACO | Brief review of recently filed pleadings | B001 | 0.10 | 81.00 |
| 06/30/23 | AMARK | Review docket entries and court filings | B001 | 0.10 | 50.50 |
| 06/30/23 | BWALT | Further update critical dates | B001 | 0.20 | 73.00 |
| 06/30/23 | BWALT | Update critical dates, update docket | B001 | 0.20 | 73.00 |
| 05/16/23 | BWALT | Prepare and coordinate delivery of binder to the Court | B002 | 0.90 | 328.50 |
| 05/16/23 | BWALT | Finalize for filing and coordinate service of agenda for 5/18/23 hearing, and email to the Court | B002 | 1.30 | 474.50 |
| 06/02/23 | AJACO | Emails with Chambers re: 6/13 hearing | B002 | 0.10 | 81.00 |
| 06/06/23 | BWALT | Email from D. Gadson re: zoom information for 6/13/23 hearing | B002 | 0.10 | 36.50 |
| 06/06/23 | BWALT | Draft agenda for 6/13/23 hearing | B002 | 0.40 | 146.00 |
| 06/08/23 | AJACO | Emails with B. Walters re: agenda for 6/13 hearing; Review and revise agenda for 6/13 hearing | B002 | 0.30 | 243.00 |
| 06/08/23 | AMAGA | Review hearing agenda; emails with A. Jacobs re: same | B002 | 0.20 | 174.00 |
| 06/08/23 | BWALT | Update agenda for 6/13/23 hearing | B002 | 0.20 | 73.00 |
| 06/08/23 | BWALT | Confer with A. Jacobs re: 6/13/23 hearing, and 7/10/23 hearing (.1); emails with the Court re: cancellation of 6/13 23 hearing and scheduling fees for 7/10/23 hearing (.1) | B002 | 0.20 | 73.00 |
| 06/09/23 | AJACO | Review and revise agenda for 6/13 hearing | B002 | 0.20 | 162.00 |

Stanadyne PPT Group Holdings, Inc.

| | |
|---|---|
| Invoice Date: | July 11, 2023 |
| Invoice Number: | 50043879 |
| Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/09/23 | AMAGA | Review revised agenda and correspondence with A. Jacobs and B. Walters re: hearing status | B002 | 0.20 | 174.00 |
| 06/09/23 | BWALT | Update agenda (.1) email to YCST team re: agenda (.1); email to the Court re: cancellation of hearing (.1) | B002 | 0.30 | 109.50 |
| 06/09/23 | BWALT | Further emails with A. Jacobs, and the Court (.1); finalize and file agenda canceling hearing (.2) | B002 | 0.30 | 109.50 |
| 06/16/23 | BWALT | Further update agenda for 7/10/23 hearing | B002 | 0.40 | 146.00 |
| 06/20/23 | AJACO | Coordinate additional omnibus hearing date | B002 | 0.20 | 162.00 |
| 06/20/23 | AMAGA | Emails with A. Jacobs re: hearing availability | B002 | 0.10 | 87.00 |
| 06/20/23 | DLASK | Prepare certification of counsel for hearing dates | B002 | 0.20 | 73.00 |
| 06/30/23 | BWALT | Further update agenda for 7/10/23 hearing | B002 | 0.40 | 146.00 |
| 06/30/23 | BWALT | Further update agenda for 7/10/23 hearing | B002 | 0.20 | 73.00 |
| 06/12/23 | AMAGA | Correspondence with J. Margolin and J. Waxman re: intercompany payments and research re: same | B003 | 0.40 | 348.00 |
| 06/13/23 | AMAGA | Call with J. Waxman re: intercompany payments (.2); correspondence with J. Waxman and co-counsel re: same (.2) | B003 | 0.40 | 348.00 |
| 05/16/23 | BWALT | Email from A. Magaziner re: amended schedules (.1); research re: notices for amended schedules (.2); and review procedures re: filing same (.1) | B004 | 0.40 | 146.00 |
| 05/26/23 | BWALT | Finalize and file amended schedules | B004 | 0.50 | 182.50 |
| 06/14/23 | AJACO | Emails with E. Bell re: MORs | B004 | 0.10 | 81.00 |
| 06/21/23 | AJACO | Review and revise MORs | B004 | 1.00 | 810.00 |
| 06/21/23 | DLASK | Finalize for filing monthly operating reports | B004 | 1.00 | 365.00 |
| 05/24/23 | BWALT | Emails with A. Magaziner (.l); finalize, file, and upload orders re: Ford and GM agreements (.8) | B005 | 0.90 | 328.50 |
| 06/07/23 | BWALT | Email from A. Jacobs (.1); finalize, file and upload order for CNO for 365(d) extension motion (.2) | B005 | 0.30 | 109.50 |

Stanadyne PPT Group Holdings, Inc.

| | | Invoice Date: | July 11, 2023 |
| | | Invoice Number: | 50043879 |
| | | Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/09/23 | AJACO | Emails with J. Margolin re: cure objections | B005 | 0.10 | 81.00 |
| 06/15/23 | AJACO | Emails with D. Fiddler re: cure issues | B005 | 0.10 | 81.00 |
| 06/15/23 | MNEST | Review emails/cure objections and teleconference with KTBS and HH re: same | B005 | 1.10 | 1,364.00 |
| 06/26/23 | AJACO | Emails with J. Margolin and A. Mark re: supplemental cure notice (.1); review cure notice precedent (.9); review and revise supplemental cure notice (1.2) | B005 | 2.20 | 1,782.00 |
| 06/26/23 | BWALT | Finalize for filing and coordinate service of supplemental cure notice | B005 | 3.00 | 1,095.00 |
| 06/27/23 | AJACO | Emails with J. Margolin re: cure issues | B005 | 0.10 | 81.00 |
| 05/03/23 | AMAGA | Correspondence with K. Coleman, C. Gartman and M. Nestor re: proposed APA | B006 | 0.20 | 174.00 |
| 05/15/23 | BWALT | File declaration in support of bidding procedures motion | B006 | 0.30 | 109.50 |
| 05/15/23 | BWALT | Finalize and file certification of counsel for bid procedures order, upload order, and emails with A. Jacobs re: same | B006 | 0.40 | 146.00 |
| 06/02/23 | MNEST | Reviewing issues/correspondence from parties re: bid procedure/sale process | B006 | 0.60 | 744.00 |
| 06/06/23 | MNEST | Review documents/correspondence/timeline re: sale process and issues | B006 | 0.50 | 620.00 |
| 06/08/23 | AJACO | Emails with J. Margolin and A. Magaziner re: Italy LOI | B006 | 0.10 | 81.00 |
| 06/09/23 | AMAGA | Reviewing contract assumption responses | B006 | 0.30 | 261.00 |
| 06/12/23 | AJACO | Emails with J. Margolin and A. Magaziner re: Italian transaction | B006 | 0.10 | 81.00 |
| 06/12/23 | MNEST | Reviewing myriad issues re: sale, cures, schedules, process (.8); confer with counsel for Cerberus and Debtor re: same (.3) | B006 | 1.10 | 1,364.00 |
| 06/13/23 | AJACO | Emails with J. Margolin and A. Magaziner re: Italian transaction | B006 | 0.10 | 81.00 |
| 06/13/23 | AMAGA | Emails with C. Gartman and A. Jacobs re: sale order | B006 | 0.10 | 87.00 |
| 06/13/23 | MNEST | Review open issues/correspondence re: sale process (.3); correspond with KTBS and HH re: same (.2) | B006 | 0.50 | 620.00 |

Stanadyne PPT Group Holdings, Inc.

| | | Invoice Date: | July 11, 2023 |
|---|---|---|---|
| | | Invoice Number: | 50043879 |
| | | Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/14/23 | AJACO | Emails with C. Cox and A. Mark re: notice of sale order; review notice of proposed sale order | B006 | 0.20 | 162.00 |
| 06/14/23 | AMAGA | Review cure objection; confer with opposing counsel and co-counsel re: same | B006 | 0.30 | 261.00 |
| 06/14/23 | AMAGA | Begin reviewing proposed sale order | B006 | 0.30 | 261.00 |
| 06/14/23 | AMARK | Draft notice of filing proposed sale order | B006 | 0.80 | 404.00 |
| 06/14/23 | AMARK | Email correspondence with A. Jacobs re: proposed sale order | B006 | 0.20 | 101.00 |
| 06/14/23 | AMARK | Review and analyze court docket and pleadings re: sale and auction process | B006 | 0.70 | 353.50 |
| 06/14/23 | MNEST | Review/revise sale order received from Cerberus | B006 | 0.70 | 868.00 |
| 06/15/23 | AJACO | Review and revise notice of sale order | B006 | 0.40 | 324.00 |
| 06/15/23 | AMAGA | Research re: EPA language for order and correspondence with Cerberus' counsel and M. Nestor | B006 | 0.40 | 348.00 |
| 06/15/23 | AMAGA | Further review draft sale order and comment on same (.4); Correspondence with C. Gartman re: same (.1) | B006 | 0.50 | 435.00 |
| 06/15/23 | MNEST | Review comments/revisions re: sale order and proposed language form DOJ | B006 | 0.30 | 372.00 |
| 06/16/23 | AJACO | Emails with D. Fidller re: sale order | B006 | 0.10 | 81.00 |
| 06/16/23 | AJACO | Emails with M. Nestor re: cure response | B006 | 0.10 | 81.00 |
| 06/16/23 | AMAGA | Emails with J. Waxman re: sale order | B006 | 0.10 | 87.00 |
| 06/16/23 | AMAGA | Correspondence with Cerberus' counsel and C. Gartman re: sale order language and brief research re: same | B006 | 0.30 | 261.00 |
| 06/20/23 | AJACO | Emails with C. Gartman re: sale order | B006 | 0.10 | 81.00 |
| 06/20/23 | AMAGA | Review correspondence between EPA and Cerberus; brief research re: same | B006 | 0.30 | 261.00 |
| 06/21/23 | AJACO | Review and revise notice of proposed sale order | B006 | 0.20 | 162.00 |
| 06/21/23 | AMAGA | Preparing for call on wind down and reviewing proposed budget; research re: same | B006 | 0.80 | 696.00 |

Stanadyne PPT Group Holdings, Inc.

| | | Invoice Date: | July 11, 2023 |
|---|---|---|---|
| | | Invoice Number: | 50043879 |
| | | Matter Number: | 102843.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/21/23 | AMAGA | Review revised proposed sale order and confer with A. Jacobs and C. Gartman re: same | B006 | 0.20 | 174.00 |
| 06/21/23 | AMARK | Review and analyze court docket and filings re: sale process and bid deadline | B006 | 0.70 | 353.50 |
| 06/21/23 | AMARK | Email correspondence with YCST and co-counsel re: proposed sale order | B006 | 0.30 | 151.50 |
| 06/21/23 | AMARK | Review and compile proposed sale order in preparation for filing | B006 | 1.60 | 808.00 |
| 06/21/23 | DLASK | Finalize for filing and coordinate service of notice of proposed sale order | B006 | 0.70 | 255.50 |
| 06/22/23 | AJACO | Emails with KCC re: service of sale order | B006 | 0.10 | 81.00 |
| 06/22/23 | AJACO | Review notice of successful bidder | B006 | 0.10 | 81.00 |
| 06/22/23 | AMAGA | Review and comment on notice of successful bidder; correspondence with buyer's counsel and co-counsel re: same | B006 | 0.20 | 174.00 |
| 06/22/23 | AMARK | Email correspondence with co-counsel re: notice of successful bidder | B006 | 0.10 | 50.50 |
| 06/22/23 | AMARK | Email correspondence with YCST and claims agent re: service of proposed sale order | B006 | 0.10 | 50.50 |
| 06/22/23 | BWALT | Finalize for filing and coordinate service of notice of successful bidder | B006 | 0.30 | 109.50 |
| 06/23/23 | AMAGA | Reviewing correspondence re: cure dispute; emails with C. Gartman re: same | B006 | 0.20 | 174.00 |
| 06/26/23 | AMAGA | Confer with C. Gartman re: tentative settlement | B006 | 0.10 | 87.00 |
| 06/26/23 | AMAGA | Review Correspondence re: cure dispute and confer with co-counsel and counterparty re: same | B006 | 0.30 | 261.00 |
| 06/26/23 | AMARK | Email correspondence with YCST and co-counsel re: supplemental cure notice | B006 | 0.20 | 101.00 |
| 06/26/23 | AMARK | Draft supplemental cure notice | B006 | 1.40 | 707.00 |
| 06/26/23 | AMARK | Email correspondence with A. Jacobs re: supplemental cure notice | B006 | 0.10 | 50.50 |
| 06/27/23 | AJACO | Review sale objection | B006 | 0.10 | 81.00 |
| 06/28/23 | AJACO | Emails with J. Margolin re: SMP stipulation (.1); review SMP stipulation (.2); draft COC re: stipulation (1.0) | B006 | 1.30 | 1,053.00 |
| 06/29/23 | MNEST | Review Committee/Cerberus settlement term sheet | B006 | 0.50 | 620.00 |

Stanadyne PPT Group Holdings, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 11, 2023 |
| Invoice Number: | | 50043879 |
| Matter Number: | | 102843.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/30/23 | AJACO | Review settlement term sheet | B006 | 0.20 | 162.00 |
| 06/30/23 | AMAGA | Review and comment on proposed settlement term sheet and correspondence with M. Nestor and A. Jacobs re: same | B006 | 0.30 | 261.00 |
| 06/30/23 | MNEST | Continue review of term sheet and review revised sale order | B006 | 0.80 | 992.00 |
| 06/01/23 | AJACO | Incorporate J. Margolin comments to supplemental bar date notice; coordinate same for filing | B007 | 0.40 | 324.00 |
| 06/01/23 | BWALT | Emails with A. Jacobs, and claims agent to coordinate service of notice of amended schedules supplement bar date, bar date order, and customized POC form upon additional creditors | B007 | 0.40 | 146.00 |
| 06/12/23 | AJACO | Emails from S. Ewing re: motion re: payment of administrative claims | B007 | 0.10 | 81.00 |
| 06/14/23 | AJACO | Review precedent re: claim resolution stipulation | B007 | 0.70 | 567.00 |
| 06/20/23 | AJACO | Emails with J. Margolin re: Phillips stipulation (.1); draft COC re: Phillips stipulation (.8); emails with UST re: Phillips stipulation (.1) | B007 | 1.00 | 810.00 |
| 06/21/23 | AJACO | Emails with J. Margolin re: Phillips stipulation; finalize same for filing | B007 | 0.40 | 324.00 |
| 06/21/23 | DLASK | Finalize for filing certification of counsel regarding Phillips claims | B007 | 0.40 | 146.00 |
| 06/23/23 | AJACO | Emails with B. Walters re: Phillips order | B007 | 0.10 | 81.00 |
| 06/23/23 | AMAGA | Emails with chambers and B. Walters re: certification of counsel and stipulation | B007 | 0.10 | 87.00 |
| 06/23/23 | BWALT | Emails with A. Magaziner and A. Jacobs (.1); upload order re: stipulation with Phillips Corporation, and email to the Court (.4) | B007 | 0.50 | 182.50 |
| 06/01/23 | MNEST | 2x weekly call with Company and advisors re: pending issues | B008 | 0.40 | 496.00 |
| 06/05/23 | MNEST | 2x weekly call with Company and advisors | B008 | 0.30 | 372.00 |
| 06/07/23 | AJACO | Attend call with Debtors' and Committee's professionals re: case status | B008 | 0.80 | 648.00 |
| 06/07/23 | AMAGA | Participate in professionals' case update call | B008 | 0.70 | 609.00 |
| 06/07/23 | MNEST | Prepare for and conduct teleconference with Committee re: pending issues | B008 | 1.10 | 1,364.00 |

Stanadyne PPT Group Holdings, Inc.

| | | | Invoice Date: | | July 11, 2023 |
| | | | Invoice Number: | | 50043879 |
| | | | Matter Number: | | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/08/23 | MNEST | Prepare for and conduct teleconference with Committee re: pending issues | B008 | 1.10 | 1,364.00 |
| 06/12/23 | MNEST | 2x weekly call with Company re: pending issues | B008 | 0.40 | 496.00 |
| 06/14/23 | AJACO | Call with Debtors' and committee's professionals re: case status | B008 | 0.70 | 567.00 |
| 06/14/23 | AMAGA | Prepare for (.1) and participate in (.6) professionals' update call | B008 | 0.70 | 609.00 |
| 06/15/23 | MNEST | 2x weekly call with Company and advisors re: pending issues, sale process | B008 | 0.60 | 744.00 |
| 06/21/23 | AMAGA | Participate in advisors' call re: wind down (.7); and call with M. Nestor re: same (.1) | B008 | 0.80 | 696.00 |
| 06/21/23 | AMAGA | Participate in advisors' update call (.4); correspondence with M. Nestor re: same (.1) | B008 | 0.50 | 435.00 |
| 06/21/23 | MNEST | Weekly teleconference with Committee re: sale and pending issues | B008 | 0.60 | 744.00 |
| 06/28/23 | AJACO | Attend call with Debtors' and Committee's professionals re: case status | B008 | 1.10 | 891.00 |
| 06/28/23 | MNEST | Prepare for and participate on call with Committee/Debtor advisors | B008 | 1.00 | 1,240.00 |
| 06/01/23 | BWALT | Email from A. Jacobs re: Toyota stay lift motion | B009 | 0.10 | 36.50 |
| 06/30/23 | BWALT | Emails with A. Jacobs (.1); file stipulation with respect to Standard Motor Products and upload order (.4) | B009 | 0.50 | 182.50 |
| 06/30/23 | BWALT | Email from J. Margolin re: response to Toyota stay relief motion (.1); email from J. Margolin re: extension date (.1) | B009 | 0.20 | 73.00 |
| 06/02/23 | AMAGA | Emails with M. Nestor re: draft Plan | B012 | 0.10 | 87.00 |
| 06/02/23 | MNEST | Reviewing precedent/construct re: viable chapter 11 plan (.4); confer with committee counsel re: same (.1) | B012 | 0.50 | 620.00 |
| 06/13/23 | AJACO | Review precedent re: exclusivity extension | B012 | 0.60 | 486.00 |
| 06/13/23 | AMAGA | Emails with J. Margolin and A. Jacobs re: exclusivity extension | B012 | 0.10 | 87.00 |
| 06/13/23 | AMAGA | Begin reviewing draft exclusivity extension motion | B012 | 0.20 | 174.00 |
| 06/14/23 | AJACO | Review and revise exclusivity extension motion | B012 | 1.60 | 1,296.00 |

Stanadyne PPT Group Holdings, Inc.

| | | Invoice Date: | | | July 11, 2023 |
|---|---|---|---|---|---|
| | | Invoice Number: | | | 50043879 |
| | | Matter Number: | | | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/14/23 | AMAGA | Briefly review A. Jacobs comments to exclusivity extension motion and confer with M. Nestor, A. Jacobs and co-counsel re: same | B012 | 0.30 | 261.00 |
| 06/14/23 | MNEST | Review/revise motion to extend exclusive periods | B012 | 0.40 | 496.00 |
| 06/15/23 | AJACO | Emails with J. Margolin re: exclusivity extension | B012 | 0.10 | 81.00 |
| 06/16/23 | AJACO | Emails with J. Margolin re: exclusivity extension motion (.1); review and revise exclusivity extension motion (.5) | B012 | 0.60 | 486.00 |
| 06/16/23 | BWALT | Draft notice of motion to extend exclusivity deadlines )(.1); finalize for filing and coordinate service of exclusivity motion (.3) | B012 | 0.40 | 146.00 |
| 06/21/23 | AJACO | Review wind down budget (.6); call with C. Gartman, A&M, and A. Magaziner re: wind down budget (.7) | B012 | 1.30 | 1,053.00 |
| 06/06/23 | BWALT | Telephone call from creditor | B013 | 0.10 | 36.50 |
| 06/26/23 | AMAGA | Correspondence with C. Gartman and UCC counsel re: pension plan | B015 | 0.20 | 174.00 |
| 05/15/23 | BWALT | Finalize for filing and coordinate service of Angle Advisors fee application | B017 | 0.30 | 109.50 |
| 05/26/23 | BWALT | Email from A. Jacobs (.1); draft notice for Angle April fee application (.1) | B017 | 0.20 | 73.00 |
| 05/26/23 | BWALT | Finalize for filing and coordinate service of Angle fee application April | B017 | 0.30 | 109.50 |
| 06/01/23 | AJACO | Emails with J. Margolin re: OCP issues | B017 | 0.10 | 81.00 |
| 06/01/23 | AJACO | Emails with J. Margolin re: Teneo order | B017 | 0.10 | 81.00 |
| 06/01/23 | AMAGA | Confer with co-counsel and YCST team re: OCP issue | B017 | 0.20 | 174.00 |
| 06/02/23 | AJACO | Emails with J. Margolin re: Hughes Hubbard fee application; review and revise notice of Hughes Hubbard fee application | B017 | 0.20 | 162.00 |
| 06/02/23 | BWALT | Emails with A. Jacobs re: HH second monthly fee statement (.1); draft notice (.2); finalize for filing and coordinate service of HH second monthly fee application (.3) | B017 | 0.60 | 219.00 |
| 06/05/23 | AJACO | Emails with B. Walters re: Angle Advisor's fee application | B017 | 0.10 | 81.00 |

Stanadyne PPT Group Holdings, Inc.

| | | |
|---|---|---|
| Invoice Date: | July 11, 2023 |
| Invoice Number: | 50043879 |
| Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/05/23 | AJACO | Emails with M. Nestor and A. Magaziner re: JLL retention | B017 | 0.10 | 81.00 |
| 06/05/23 | AMAGA | Confer multiple times with A. Jacobs and M. Nestor re: retention question | B017 | 0.20 | 174.00 |
| 06/05/23 | AMAGA | Emails with J. Margolin re: OCPs | B017 | 0.10 | 87.00 |
| 06/05/23 | BWALT | Email from A. Jacobs re: CNO for Angle Advisors fee application | B017 | 0.10 | 36.50 |
| 06/05/23 | MNEST | Review issues re: retention of JLL and Italien/Russian advisors | B017 | 0.60 | 744.00 |
| 06/06/23 | AJACO | Review and revise CNO re: Angle Fee Application | B017 | 0.20 | 162.00 |
| 06/06/23 | AJACO | Call with J. Margolin re: interim fee applications | B017 | 0.10 | 81.00 |
| 06/06/23 | BWALT | Draft CNO for Angle Advisors fee application, and email to A. Jacobs | B017 | 0.30 | 109.50 |
| 06/06/23 | BWALT | Finalize and file CNO for Angle Advisor fee application | B017 | 0.10 | 36.50 |
| 06/07/23 | AJACO | Emails with J. Margolin re: interim fee application | B017 | 0.10 | 81.00 |
| 06/07/23 | AJACO | Meeting with J. Speakman re: payment of professionals | B017 | 0.10 | 81.00 |
| 06/07/23 | AMAGA | Correspondence with Debtors' professionals re: interim fee order | B017 | 0.20 | 174.00 |
| 06/07/23 | BWALT | Draft first interim fee application | B017 | 1.50 | 547.50 |
| 06/08/23 | AJACO | Emails with J. Waxman re: interim fee hearing (.1); review and revise interim fee application (.1) | B017 | 0.20 | 162.00 |
| 06/08/23 | AMAGA | Research re: retention issue and correspondence with J. Margolin and M. Nestor re: same | B017 | 0.40 | 348.00 |
| 06/08/23 | AMAGA | Review interim fee order; confer with A. Faris re: contingency planning and status | B017 | 0.20 | 174.00 |
| 06/08/23 | BWALT | Draft first interim fee application of debtors' professionals, and circulate draft same to professionals | B017 | 2.00 | 730.00 |
| 06/08/23 | CCOX | Review and revise interim fee application (.8); emails with A. Jacobs and B. Walters re: same (.2) | B017 | 1.00 | 475.00 |
| 06/09/23 | AJACO | Emails with B. Walters re: interim fee applications | B017 | 0.10 | 81.00 |
| 06/09/23 | AMARK | Review interim fee application amendment | B017 | 0.20 | 101.00 |

Stanadyne PPT Group Holdings, Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Invoice Date: | | | | July 11, 2023 |
| | | Invoice Number: | | | | 50043879 |
| | | Matter Number: | | | | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/09/23 | AMARK | Review and analyze court docket and pleadings | B017 | 0.10 | 50.50 |
| 06/12/23 | AMARK | Review and revise YCST interim fee application | B017 | 0.60 | 303.00 |
| 06/12/23 | AMARK | Email correspondence with B. Walters re: interim fee application | B017 | 0.10 | 50.50 |
| 06/13/23 | AJACO | Review and revise CNO re: second monthly fee application; review and revise YCST fee application supplement | B017 | 0.30 | 243.00 |
| 06/13/23 | AJACO | Review and revise Hughes Hubbard interim fee application supplement | B017 | 0.20 | 162.00 |
| 06/13/23 | AMAGA | Begin reviewing draft JLL application | B017 | 0.30 | 261.00 |
| 06/13/23 | AMAGA | Review first interim fee request; confer with Debtors' advisors re: same | B017 | 0.20 | 174.00 |
| 06/13/23 | AMARK | Email correspondence with co-counsel re: chapter 11 critical dates and deadlines | B017 | 0.10 | 50.50 |
| 06/13/23 | BWALT | Email to A. Jacobs re: interim fee application | B017 | 0.10 | 36.50 |
| 06/13/23 | BWALT | Draft CNO for YCST April fee application, and email to A. Jacobs re: same | B017 | 0.30 | 109.50 |
| 06/13/23 | BWALT | File CNO for YCST April fee application, and update interim fee request | B017 | 0.30 | 109.50 |
| 06/14/23 | AJACO | Emails with B. Walters re: interim fee application (.1); review and revise interim fee application (.2) | B017 | 0.30 | 243.00 |
| 06/14/23 | AJACO | Review and revise JLL retention application | B017 | 0.40 | 324.00 |
| 06/14/23 | AMAGA | Review and comment on draft JLL retention application and confer with A. Jacobs and J. Margolin re: same | B017 | 1.40 | 1,218.00 |
| 06/14/23 | AMARK | Email correspondence with YCST re: Debtors' professionals interim fee application | B017 | 0.10 | 50.50 |
| 06/14/23 | BWALT | Review YCST supplement, and email to accounting re: LEDES | B017 | 0.30 | 109.50 |
| 06/15/23 | AJACO | Review and revise CNO re: A&M fee application | B017 | 0.10 | 81.00 |
| 06/15/23 | AJACO | Emails with J. Margolin re: JLL retention application | B017 | 0.20 | 162.00 |
| 06/15/23 | AMAGA | Emails with A. Jacobs and J. Margolin re: status of JLL retention application | B017 | 0.10 | 87.00 |

Stanadyne PPT Group Holdings, Inc.

| | |
|---|---|
| Invoice Date: | July 11, 2023 |
| Invoice Number: | 50043879 |
| Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/15/23 | BWALT | Email from A. Jacobs (.1); finalize and file CNO for A&M April fee application (.1) | B017 | 0.20 | 73.00 |
| 06/15/23 | BWALT | Prepare CNO for A&M April fee application and email to A. Jacobs | B017 | 0.30 | 109.50 |
| 06/16/23 | AJACO | Review and revise CNO re: Angle fee application (.1); review and revise notice of A&M fee application (.1); review and revise notice re: Angle fee application (.1); emails with J. Margolin re: fee applications (.1) | B017 | 0.40 | 324.00 |
| 06/16/23 | BWALT | Draft agenda for 7/10/23 hearing | B017 | 0.80 | 292.00 |
| 06/16/23 | BWALT | Emails from J. Margolin re: CNO for Angle second monthly fee application, and filing A&M third monthly fee application (.1); prepare CNO and email to A. Jacobs (.2); prepare notice for A&M fee application and email to A. Jacobs (.2); finalize and file CNO for Angle monthly fee application (.1) | B017 | 0.60 | 219.00 |
| 06/16/23 | BWALT | Finalize for filing and coordinate service of A&M monthly fee application | B017 | 0.30 | 109.50 |
| 06/16/23 | BWALT | Email from J. Margolin re: Angle May fee application (.1); prepare notice (.1); Finalize for filing and coordinate service of Angel fee application (.3) | B017 | 0.50 | 182.50 |
| 06/19/23 | AJACO | Emails with J. Margolin re: payment of professionals | B017 | 0.20 | 162.00 |
| 06/19/23 | AMAGA | Begin reviewing revised retention application and confer multiple times with J. Margolin and A. Jacobs re: timing for filing same (.3); call with J. Margolin re: same (.1) | B017 | 0.40 | 348.00 |
| 06/20/23 | AJACO | Finalize JLL retention application for filing | B017 | 0.60 | 486.00 |
| 06/20/23 | AMAGA | Further correspondence with J. Margolin and A. Jacobs re: JLL retention papers | B017 | 0.10 | 87.00 |
| 06/20/23 | DLASK | Prepare notice of Jones Lang retention application | B017 | 0.20 | 73.00 |
| 06/20/23 | DLASK | Finalize for filing and coordinate service of Jones Lang retention application | B017 | 0.50 | 182.50 |
| 06/22/23 | AJACO | Emails with J. Margolin re: Hughes Hubbard fee application | B017 | 0.10 | 81.00 |
| 06/23/23 | AJACO | Review and revise CNO re: Hughes Hubbard fee application | B017 | 0.20 | 162.00 |

Stanadyne PPT Group Holdings, Inc.

| | | | | | Invoice Date: | July 11, 2023 |
| | | | | | Invoice Number: | 50043879 |
| | | | | | Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/27/23 | AJACO | Review and revise CNO re: KCC fee application | B017 | 0.10 | 81.00 |
| 06/27/23 | BWALT | Draft CNO for KCC April fee application | B017 | 0.30 | 109.50 |
| 06/27/23 | BWALT | File CNO for KCC April fee application | B017 | 0.20 | 73.00 |
| 06/29/23 | AJACO | Emails with B. Walters re: fee order (.1); review and revise fee order (.6) | B017 | 0.70 | 567.00 |
| 06/29/23 | AMAGA | Review Cert of Counsel re: first interim fee request | B017 | 0.20 | 174.00 |
| 06/29/23 | BWALT | Draft COC and fee order (1.0); emails with A. Jacobs (.1); circulate to professionals (.1); emails from A&M and HH re approval (.1); email from KCC re: approval (.1) | B017 | 1.30 | 474.50 |
| 06/29/23 | BWALT | Confer with J. Martinez re: index and fee binder, and review same (.4); email to J. Martinez re: updates for Committee's fee applications (.1) | B017 | 0.50 | 182.50 |
| 06/30/23 | AJACO | Review and revise re: KCC fee application | B017 | 0.30 | 243.00 |
| 06/30/23 | BWALT | Email from J. Margolin re: KCC fee application | B017 | 0.10 | 36.50 |
| 06/30/23 | BWALT | Finalize for filing and coordinate service of KCC fee application | B017 | 0.30 | 109.50 |
| 06/09/23 | BWALT | Prepare supplement for YCST interim fee application | B018 | 2.90 | 1,058.50 |
| 06/13/23 | BWALT | Review and complete supplement to YCST interim fee application, and email to A. Jacobs | B018 | 0.40 | 146.00 |
| 06/16/23 | MNEST | Review/confirm professional fee accruals/payments from professional fee escrow | B018 | 0.30 | 372.00 |
| | | | **Total** | **104.60** | **$70,896.00** |

Stanadyne PPT Group Holdings, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 11, 2023 |
| Invoice Number: | | 50043879 |
| Matter Number: | | 102843.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AMARK | Andrew A. Mark | Associate | 8.00 | 505.00 | 4,040.00 |
| AMAGA | Andrew Magaziner | Partner | 14.90 | 870.00 | 12,963.00 |
| AJACO | Ashley E. Jacobs | Partner | 25.00 | 810.00 | 20,250.00 |
| BWALT | Brenda Walters | Paralegal | 35.40 | 365.00 | 12,921.00 |
| CCOX | Carol E. Cox | Associate | 1.00 | 475.00 | 475.00 |
| DLASK | Debbie Laskin | Paralegal | 3.10 | 365.00 | 1,131.50 |
| JMART | Jorge L. Martinez | Paralegal | 2.50 | 355.00 | 887.50 |
| MNEST | Michael R. Nestor | Partner | 14.70 | 1,240.00 | 18,228.00 |
| **Total** | | | **104.60** | | **$70,896.00** |

**Task Summary**

| Task Code:B001 | Case Administration | | | | |
|---|---|---|---|---|---|
| **Name** | **Timekeeper Title** | | **Hours** | **Rate** | **Amount** |
| Andrew Magaziner | Partner | | 1.00 | 870.00 | 870.00 |
| Ashley E. Jacobs | Partner | | 2.40 | 810.00 | 1,944.00 |
| Michael R. Nestor | Partner | | 1.30 | 1,240.00 | 1,612.00 |
| Andrew A. Mark | Associate | | 0.60 | 505.00 | 303.00 |
| Brenda Walters | Paralegal | | 7.30 | 365.00 | 2,664.50 |
| Debbie Laskin | Paralegal | | 0.10 | 365.00 | 36.50 |
| Jorge L. Martinez | Paralegal | | 2.50 | 355.00 | 887.50 |
| **Total** | | | **15.20** | | **8,317.50** |

| Task Code:B002 | Court Hearings | | | | |
|---|---|---|---|---|---|
| **Name** | **Timekeeper Title** | | **Hours** | **Rate** | **Amount** |
| Andrew Magaziner | Partner | | 0.50 | 870.00 | 435.00 |
| Ashley E. Jacobs | Partner | | 0.80 | 810.00 | 648.00 |
| Brenda Walters | Paralegal | | 4.70 | 365.00 | 1,715.50 |
| Debbie Laskin | Paralegal | | 0.20 | 365.00 | 73.00 |
| **Total** | | | **6.20** | | **2,871.50** |

| Task Code:B003 | Cash Collateral/DIP Financing | | | | |
|---|---|---|---|---|---|
| **Name** | **Timekeeper Title** | | **Hours** | **Rate** | **Amount** |
| Andrew Magaziner | Partner | | 0.80 | 870.00 | 696.00 |
| **Total** | | | **0.80** | | **696.00** |

Stanadyne PPT Group Holdings, Inc.

| | |
|---|---|
| Invoice Date: | July 11, 2023 |
| Invoice Number: | 50043879 |
| Matter Number: | 102843.1001 |

**Task Code:B004**    **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ashley E. Jacobs | Partner | 1.10 | 810.00 | 891.00 |
| Brenda Walters | Paralegal | 0.90 | 365.00 | 328.50 |
| Debbie Laskin | Paralegal | 1.00 | 365.00 | 365.00 |
| **Total** | | **3.00** | | **1,584.50** |

**Task Code:B005**    **Lease/Executory Contract Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ashley E. Jacobs | Partner | 2.50 | 810.00 | 2,025.00 |
| Michael R. Nestor | Partner | 1.10 | 1,240.00 | 1,364.00 |
| Brenda Walters | Paralegal | 4.20 | 365.00 | 1,533.00 |
| **Total** | | **7.80** | | **4,922.00** |

**Task Code:B006**    **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 4.90 | 870.00 | 4,263.00 |
| Ashley E. Jacobs | Partner | 3.20 | 810.00 | 2,592.00 |
| Michael R. Nestor | Partner | 5.00 | 1,240.00 | 6,200.00 |
| Andrew A. Mark | Associate | 6.20 | 505.00 | 3,131.00 |
| Brenda Walters | Paralegal | 1.00 | 365.00 | 365.00 |
| Debbie Laskin | Paralegal | 0.70 | 365.00 | 255.50 |
| **Total** | | **21.00** | | **16,806.50** |

**Task Code:B007**    **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 0.10 | 870.00 | 87.00 |
| Ashley E. Jacobs | Partner | 2.70 | 810.00 | 2,187.00 |
| Brenda Walters | Paralegal | 0.90 | 365.00 | 328.50 |
| Debbie Laskin | Paralegal | 0.40 | 365.00 | 146.00 |
| **Total** | | **4.10** | | **2,748.50** |

**Task Code:B008**    **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 2.70 | 870.00 | 2,349.00 |
| Ashley E. Jacobs | Partner | 2.60 | 810.00 | 2,106.00 |
| Michael R. Nestor | Partner | 5.50 | 1,240.00 | 6,820.00 |
| **Total** | | **10.80** | | **11,275.00** |

Stanadyne PPT Group Holdings, Inc.

| | |
|---|---|
| Invoice Date: | July 11, 2023 |
| Invoice Number: | 50043879 |
| Matter Number: | 102843.1001 |

### **Task Code:B009**      **Stay Relief Matters**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Brenda Walters | Paralegal | 0.80 | 365.00 | 292.00 |
| **Total** | | **0.80** | | **292.00** |

### **Task Code:B012**      **Plan and Disclosure Statement**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 0.70 | 870.00 | 609.00 |
| Ashley E. Jacobs | Partner | 4.20 | 810.00 | 3,402.00 |
| Michael R. Nestor | Partner | 0.90 | 1,240.00 | 1,116.00 |
| Brenda Walters | Paralegal | 0.40 | 365.00 | 146.00 |
| **Total** | | **6.20** | | **5,273.00** |

### **Task Code:B013**      **Creditor Inquiries**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Brenda Walters | Paralegal | 0.10 | 365.00 | 36.50 |
| **Total** | | **0.10** | | **36.50** |

### **Task Code:B015**      **Employee Matters**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 0.20 | 870.00 | 174.00 |
| **Total** | | **0.20** | | **174.00** |

### **Task Code:B017**      **Retention of Professionals/Fee Issues**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 4.00 | 870.00 | 3,480.00 |
| Ashley E. Jacobs | Partner | 5.50 | 810.00 | 4,455.00 |
| Michael R. Nestor | Partner | 0.60 | 1,240.00 | 744.00 |
| Andrew A. Mark | Associate | 1.20 | 505.00 | 606.00 |
| Carol E. Cox | Associate | 1.00 | 475.00 | 475.00 |
| Brenda Walters | Paralegal | 11.80 | 365.00 | 4,307.00 |
| Debbie Laskin | Paralegal | 0.70 | 365.00 | 255.50 |
| **Total** | | **24.80** | | **14,322.50** |

### **Task Code:B018**      **Fee Application Preparation**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Michael R. Nestor | Partner | 0.30 | 1,240.00 | 372.00 |
| Brenda Walters | Paralegal | 3.30 | 365.00 | 1,204.50 |
| **Total** | | **3.60** | | **1,576.50** |

# **EXHIBIT B**

## **Expenses**

30583926.1

Stanadyne PPT Group Holdings, Inc.

| | |
|---|---|
| Invoice Date: | July 11, 2023 |
| Invoice Number: | 50043879 |
| Matter Number: | 102843.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/05/23 | Docket Retrieval / Search | 27.00 | 2.70 |
| 05/05/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/15/23 | Docket Retrieval / Search | 19.00 | 1.90 |
| 05/16/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/16/23 | Docket Retrieval / Search | 20.00 | 2.00 |
| 05/16/23 | Docket Retrieval / Search | 20.00 | 2.00 |
| 05/19/23 | Docket Retrieval / Search | 13.00 | 1.30 |
| 05/19/23 | Docket Retrieval / Search | 17.00 | 1.70 |
| 05/19/23 | Docket Retrieval / Search | 21.00 | 2.10 |
| 06/01/23 | Docket Retrieval / Search | 10.00 | 1.00 |
| 06/01/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/01/23 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 06/01/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/01/23 | Docket Retrieval / Search | 22.00 | 2.20 |
| 06/01/23 | Docket Retrieval / Search | 22.00 | 2.20 |
| 06/01/23 | American Express - Bankruptcy - Filing Fee AJACO 5.1.23 $188 Filing Fee BWALT | 1.00 | 188.00 |
| 06/01/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/01/23 | Docket Retrieval / Search | 24.00 | 2.40 |
| 06/01/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/01/23 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 06/01/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/01/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/01/23 | Docket Retrieval / Search | 22.00 | 2.20 |
| 06/02/23 | Reliable Wilmington - Deposition/Transcript Expedited transcript of 5/18/23 Stanadyne hearing | 1.00 | 33.95 |
| 06/05/23 | American Express - Bankruptcy - Filing Fee AMAGA 5.26.23 $64 Amended Schedules BWALT | 1.00 | 64.00 |
| 06/06/23 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 06/07/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/07/23 | Docket Retrieval / Search | 22.00 | 2.20 |
| 06/07/23 | Docket Retrieval / Search | 22.00 | 2.20 |
| 06/07/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/07/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/07/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/07/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/07/23 | Docket Retrieval / Search | 30.00 | 3.00 |

Stanadyne PPT Group Holdings, Inc.

| | | Invoice Date: | July 11, 2023 |
| | | Invoice Number: | 50043879 |
| | | Matter Number: | 102843.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 06/07/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/08/23 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 06/09/23 | Docket Retrieval / Search | 23.00 | 2.30 |
| 06/09/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/12/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/12/23 | Docket Retrieval / Search | 13.00 | 1.30 |
| 06/12/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/12/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/12/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/12/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/12/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/12/23 | Docket Retrieval / Search | 12.00 | 1.20 |
| 06/12/23 | Docket Retrieval / Search | 23.00 | 2.30 |
| 06/12/23 | Docket Retrieval / Search | 13.00 | 1.30 |
| 06/13/23 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 06/13/23 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 06/13/23 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 06/13/23 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 06/14/23 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 06/14/23 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 06/14/23 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 06/14/23 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 06/14/23 | Photocopy Charges Duplication | 37.00 | 3.70 |
| 06/14/23 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 06/14/23 | Photocopy Charges Duplication | 48.00 | 4.80 |
| 06/15/23 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 06/15/23 | Photocopy Charges Duplication | 47.00 | 4.70 |
| 06/15/23 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 06/16/23 | Photocopy Charges Duplication | 74.00 | 7.40 |
| 06/16/23 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 06/20/23 | Photocopy Charges Duplication | 58.00 | 5.80 |
| 06/20/23 | Parcels, Inc. - Blowback emailed attachment x2 Stapled File with Bankruptcy Court Return 1 stamped copy to PC Scan and email to client 1028690 | 1.00 | 72.02 |
| 06/20/23 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 06/20/23 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 06/20/23 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 06/21/23 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 06/21/23 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 06/21/23 | Photocopy Charges Duplication | 10.00 | 1.00 |

Stanadyne PPT Group Holdings, Inc.

| | | Invoice Date: | July 11, 2023 |
| | | Invoice Number: | 50043879 |
| | | Matter Number: | 102843.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 06/21/23 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 06/21/23 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 06/21/23 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 06/21/23 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 06/21/23 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 06/21/23 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 06/28/23 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 06/29/23 | Photocopy Charges Duplication | 68.00 | 6.80 |
| 06/29/23 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 06/29/23 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 06/29/23 | Photocopy Charges Duplication | 39.00 | 3.90 |
| 06/29/23 | Photocopy Charges Duplication | 41.00 | 4.10 |
| 06/29/23 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 06/29/23 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 06/29/23 | Photocopy Charges Duplication | 22.00 | 2.20 |
| 06/29/23 | Photocopy Charges Duplication | 42.00 | 4.20 |
| 06/29/23 | Photocopy Charges Duplication | 57.00 | 5.70 |
| 06/29/23 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 06/29/23 | Photocopy Charges Duplication | 60.00 | 6.00 |
| 06/29/23 | Photocopy Charges Duplication | 38.00 | 3.80 |
| 06/29/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/29/23 | Photocopy Charges Duplication | 46.00 | 4.60 |
| 06/29/23 | Photocopy Charges Duplication | 106.00 | 10.60 |
| 06/29/23 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 06/29/23 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 06/29/23 | Photocopy Charges Duplication | 115.00 | 11.50 |
| 06/29/23 | Photocopy Charges Duplication | 53.00 | 5.30 |
| 06/29/23 | Photocopy Charges Duplication | 122.00 | 12.20 |
| 06/29/23 | Photocopy Charges Duplication | 23.00 | 2.30 |
| 06/29/23 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 06/29/23 | Docket Retrieval / Search | 20.00 | 2.00 |
| 06/29/23 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 06/29/23 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 06/29/23 | Photocopy Charges Duplication | 23.00 | 2.30 |
| 06/29/23 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 06/29/23 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 06/29/23 | Docket Retrieval / Search | 20.00 | 2.00 |

**Total**                     **$575.97**

Stanadyne PPT Group Holdings, Inc.

| | |
|---|---|
| Invoice Date: | July 11, 2023 |
| Invoice Number: | 50043879 |
| Matter Number: | 102843.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| AP Outside Duplication Svcs | 72.02 |
| Deposition/Transcript | 33.95 |
| Docket Retrieval / Search | 59.70 |
| Filing Fee | 252.00 |
| Reproduction Charges | 158.30 |
| **Total** | **$575.97** |