# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **STANADYNE LLC, *et al.*,**[1] | Case No. 23-10207 (TMH) |
| **Debtors.** | (Jointly Administered) |
| | Docket Ref No. \_\_\_\_ |

**ORDER AUTHORIZING THE DEBTORS TO**
**ABANDON THE WINDSOR PROPERTY**

Upon consideration of the motion (the "Motion")[2] of the Debtors for entry of an order, pursuant to sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, authorizing the Debtors to abandon the Windsor Property; and upon consideration of all pleadings related thereto and all prior proceedings before this Court; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates, and their creditors; and the Court finding that the Debtors' abandonment of the Windsor Property

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

2. Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

186794.2

2

does not pose an imminent threat to public health or safety; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The abandonment of the Windsor Property by Debtor Stanadyne LLC is approved pursuant to sections 105(a) and 554(a) of the Bankruptcy Code.

3. The Windsor Property shall be deemed abandoned effective as of the entry of this Order, and the Debtors shall not be liable for any obligations arising out of or related to the Windsor Property after such time.

4. This Court shall retain exclusive jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of this Order.