# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| STANADYNE LLC, *et al.*,[1] | Case No. 23-10207 (TMH) |
| Debtors. | (Jointly Administered)<br>**Re: Docket Nos. 520 and 521** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 18th day of August, 2023, I caused a copy of the following document to be served on the individuals on the attached service list(s) in the manner indicated:

**RESPONSE OF STANADYNE OPERATING COMPANY LLC TO OBJECTION OF THE TOWN OF WINDSOR TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO ABANDON OR, ALTERNATIVELY, SELL THE WINDSOR PROPERTY AND (II) FOR RELATED RELIEF**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

DOCS_DE:244319.1 13564/001

Stanadyne - Supp Service List
Case No. 23-10207 (TMH)
Document No. 244330
03 – Electronic Mail

*ELECTRONIC MAIL*
Connecticut Department Of Energy And Environmental Protection
William Tong, Attorney General
Scott N. Koschwitz, Asst Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
**Email: scott.koschwitz@ct.gov**

*ELECTRONIC MAIL*
(*Attorneys for the Town of Windsor*)
David P. Primack, Esq.
Mcelroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Ave., Suite 1014
Wilmington, DE 19801
**Email: dprimack@mdmc-law.com**

*ELECTRONIC MAIL*
(*Attorneys for the Town of Windsor*)
Kristin B. Mayhew, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, Connecticut 06601-7006
**Email: kmayhew@pullcom.com**