# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **STANADYNE LLC, *et al.*,**[1] | Case No. 23-10207 (TMH) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 547 |

**NOTICE OF CORRECTED PROFESSIONAL SUMMARY CHART TO FIFTH MONTHLY FEE STATEMENT OF HUGHES HUBBARD & REED LLP AS COUNSEL FOR THE DEBTORS FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023**

**PLEASE TAKE NOTICE THAT** on, August 31, 2023, the *Fifth Monthly Fee Statement of Hughes Hubbard & Reed LLP as Counsel for the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 Through and Including July 31, 2023* (the "July 2023 Fee Statement") [Docket No. 547] was filed with the Court in the above-referenced proceeding.

**PLEASE TAKE FURTHER NOTICE THAT** the July 2023 Fee Statement contained a scrivener's error in the chart titled "Summary of Billing by Professional July 1, 2023 Through and Including July 31, 2023" (the "Professional Summary Chart").

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit A** is a corrected Professional Summary Chart. There is no further change to the fees, expenses, or other amounts requested or otherwise provided in the July 2023 Fee Statement.

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

30745344.1

Dated:  September 6, 2023          YOUNG CONAWAY STARGATT &
        Wilmington, Delaware        TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Michael R. Nestor (DE Bar No. 3526)
Andrew L. Magaziner (DE Bar No. 5426)
Ashley E. Jacobs (DE Bar No. 5635)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801-6108
Telephone:  (302) 571-6600
Facsimile:   (302) 571-1253
Email:  mnestor@ycst.com
            amagaziner@ycst.com
            ajacobs@ycst.com

   -and-

Kathryn A. Coleman
Christopher Gartman
Jeffrey S. Margolin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile:  (212) 422-4726
Email:  katie.coleman@hugheshubbard.com
            chris.gartman@hugheshubbard.com
            jeff.margolin@hugheshubbard.com

*Counsel for the Debtors*

# EXHIBIT A

**Corrected Professional Summary Chart**

### SUMMARY OF BILLING BY PROFESSIONAL
### JULY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023*

| Timekeeper Name | Position | Department | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|
| Kathryn A. Coleman | Partner | Corporate Reorganization | 1983 | 1983 | $1,462.50 | 26.20 | $38,317.50 |
| Christopher Gartman | Partner | Corporate Reorganization | 2008 | 2007 | $1,057.50 | 149.70 | $158,307.75 |
| Charles Wachsstock | Partner | Employee Benefits | 1999 | 1997 | $1,395.00 | 5.10 | $7,114.50 |
| **Partner Total** | | | | | | **181.00** | **$203,739.75** |
| Jeffrey S. Margolin | Counsel | Corporate Reorganization | 2003 | 2002 | $1,125.00 | 81.40 | $91,575.00 |
| Carol E. Remy | Counsel | Real Estate | 1995 | 1994 | $1,035.00 | 5.80 | $6,003.00 |
| **Counsel Total** | | | | | | **87.20** | **$97,578.00** |
| Elizabeth A. Beitler | Associate | Corporate Reorganization | 2017 | 2016 | $945.00 | 13.60 | $12,852.00 |
| Andrea Castro-Mendivil | Associate | Corporate | 2022 | 2020 | $742.50 | 51.00 | $37,867.50 |
| Devon Pope | Associate | Corporate | 2016 | 2015 | $922.50 | 112.30 | $103,596.75 |
| **Associate Total** | | | | | | **176.90** | **$154,316.25** |
| **Total Hours** | | | | | | **445.10** | |
| **Total Requested** | | | | | | | **$455,634.00** |

.

**Blended Hourly Rate:     $1,023.67**

*The Monthly Fee Statement reflects a ten percent (10%) reduction from Hughes Hubbard's standard rates. This results in a reduction of $50,626.00. The Monthly Fee Statement also reflects a voluntary write-off of $19,138.95 in fees. Overall, reductions to the Debtors total $69,764.95 from Hughes Hubbard's customary fees charged to other clients.