IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> **STANADYNE LLC**, *et al.*,[1] <br><br><br> **Debtors.** | Chapter 11 <br><br> Case No. 23-10207 (TMH) <br><br> (Jointly Administered) <br><br> Ref. Docket Nos. 485 & 534 |

### ORDER GRANTING SECOND INTERIM AND FINAL FEE APPLICATION OF ANGLE ADVISORS LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER FOR THE DEBTORS FOR THE PERIOD FROM MARCH 8, 2023 THROUGH AND INCLUDING JULY 31, 2023

Upon consideration of the *Monthly, Second Interim and Final Fee Application of Angle Advisors LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Debtors for the Period from March 8, 2023 through and including July 31, 2023* (the "Application")[2] for interim and final allowance of compensation, including holdbacks, and reimbursement of expenses for the periods set forth in the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; (b) notice of the Application was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application; and upon the full record of the proceedings of these

---

[1]. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

[2]. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

30684366.1

cases; and after due deliberation and sufficient cause having been shown therefor, it is hereby:

ORDERED, that the Application is granted to the extent set forth herein; and it is further

ORDERED, that Angle Advisors is granted interim allowance of compensation in the amount of $1,480,000[1] and reimbursement of expenses in the amount of $6,251.33; and it is further

ORDERED, that Angle Advisors is granted final allowance of compensation in the amount of $1,692,903.23[2] and reimbursement of expenses in the amount of $18,491.12; and it is further

ORDERED, that the Debtors are authorized and directed, as provided herein, to remit, or cause to be remitted, payments as provided herein, less any and all amounts previously paid on account of such fees and expenses; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: September 6th, 2023
Wilmington, Delaware

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] This amount reflects a reduction to the Minimum Fee (as defined in the Retention Order) in the amount of $130,000.

[2] This amount reflects a reduction to the Minimum Fee (as defined in the Retention Order) in the amount of $130,000.

30684366.1