# EXHIBIT A

# STANADYNE LEGAL STRUCTURE

