# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>STANADYNE LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10207 (TMH)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2023, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Motion of the Plan Proponent for an Order (I) Approving on an Interim Basis the Adequacy of Disclosures in the Jointly Proposed Combined Disclosure Statement and Plan of Liquidation (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, and Approving the Form of Ballot and Solicitation Package, and (IV) Approving the Notice Provisions* [Docket No. 561] and the *Combined Disclosure Statement and Plan of Liquidation Dated September 8, 2023* [Docket No. 562] upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail or first class mail on the parties listed on the attached service list.

                                                                                          */s/ Jeffrey R. Waxman*
                                                                                     Jeffrey R. Waxman (DE Bar No. 4159)

---

[1]. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

16298828/1

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor / Committee of Unsecured Creditors | 3B Supply | Attn Jonathan Leissler and Tom Sedor | 11470 Euclid Avenue, Suite 407 | | | Cleveland | OH | 44106 | | 216-309-1388; 440-8677-8996 | | tom.sedor@3bsupply.com; Jonathan.Leissler@3BSupply.com |
| Attorneys for NN, Inc., d/b/a Autocam | Bass, Berry & Sims PLC | Paul G. Jennings | 150 Third Avenue South, Suite 2800 | | | Nashville | TN | 37201 | | 615-742-6200 | 615-742-6293 | pjennings@bassberry.com |
| Attorneys for Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | 425 Market Street, Suite 2900 | | | San Francisco | CA | 94105-3493 | | 415-227-0900 | | schristianson@buchalter.com |
| Attorneys for Astron, Inc. | Connolly Gallagher LLP | Karen C. Bifferato | 1201 N. Market Street, 20th Floor | | | Wilmington | DE | 19801 | | 302-757-7300 | | kbifferato@connollygallagher.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | | 302-577-8400 | 302-577-6630 | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | | 302-739-3073 | 302-739-5831 | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | | 302-672-6700 | 302-739-5635 | statetreasurer@state.de.us |
| Counsel for the Debtors | Hughes Hubbard & Reed LLP | Kathryn A. Coleman, Christopher Gartman | One Battery Park Plaza | | | New York | NY | 10004-1482 | | 212-837-6000 | 212-422-4726 | katie.coleman@hugheshubbard.com; chris.gartman@hugheshubbard.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | | 800-913-9358 | 855-852-4141 | SBSE.Insolvency.Balt@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | | 855-235-6787 | |
| Counsel to Navistar, Inc. | Joyce, LLC | Michael J. Joyce | 1225 King Street, Suite 800 | | | Wilmington | DE | 19801 | | 302-388-1944 | | mjoyce@mjlawoffices.com |
| Claims and Noticing Agent | KCC | Andres Estrada | 222 N Pacific Coast Highway | Suite 300 | | El Segundo | CA | 90245 | | | | StanadyneInfo@kccllc.com |
| Counsel to Kendrion (Shelby) Inc. | Klehr Harrison Harvey Branzburg LLP | Michael W. Yurkewicz | 919 N. Market Street, Suite 1000 | | | Wilmington | DE | 19801-3062 | | 302-426-1189 | | myurkewicz@klehr.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer, Adam C. Rogoff, Rose Hill Bagley | 1177 Avenue of the Americas | | | New York | NY | 10036 | | 212-715-9100 | | tmayer@kramerlevin.com; arogoff@kramerlevin.com; rbagley@kramerlevin.com |
| Counsel to the Prepetition Secured Lenders (Cerberus Business Finance, LLC) | KTBS Law LLP | Attn Michael L. Tuchin, Robert J. Smith, David A. Fidler, Nir Maoz | 1801 Century Park East, 26th Floor | | | Los Angeles | CA | 90067-2328 | | 310-407-4000 | 310-407-9090 | mtuchin@ktbslaw.com; rsmith@ktbslaw.com; dfidler@ktbslaw.com; nmaoz@ktbslaw.com |
| Counsel to Kendrion (Shelby) Inc. | Maddin Hauser Roth & Heller P.C. | Julie B. Teicher | 28400 Northwestern Highway | Suite 200-Essex Centre | | Southfield | MI | 48034 | | 248-354-4030 | | jteicher@maddinhauser.com |
| Counsel for Caterpillar Reman Powertrain Indiana, LLC | McGlinchey Stafford PLLC | Rudy J. Cerone | 601 Poydras Street, Suite 1200 | | | New Orleans | LA | 70130 | | 504-596-2786 | 504-910-9362 | RCerone@mcglinchey.com |
| Attorneys for Waste Management | Monzack Mersky and Browder, P.A | Rachel B. Mersky | 1201 N. Orange Street, Suite 400 | | | Wilmington | DE | 19801 | | 302-656-8162 | 302-656-2769 | rmersky@monlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Jeffrey R. Waxman, Eric J. Monzo | 500 Delaware Avenue, Suite 1500 | | | Wilmington | DE | 19801 | | 302-888-6800 | 302-571-1750 | jwaxman@morrisjames.com; emonzo@morrisjames.com |
| Committee of Unsecured Creditors | Navistar, Inc. | Attn Karin Reichensperger | 2701 Navistar Drive, Building 7 | | | Lisle | IL | 60532 | | 331-332-5216 | | karin.reichensperger@navistar.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | | 302-573-6491 | 302-573-6497 | jane.m.leamy@usdoj.gov |
| Attorney for State of Ohio | Ohio Attorney General | Robert L. Doty, AAG | One Government Center, Suite 1240 | Collections Enforcement, Toledo Regional Office | | Toledo | OH | 43604-2261 | | 419-245-2550 | 877-626-9294 | robert.doty@ohioattorneygeneral.gov |
| Counsel to Cerberus Business Finance, LLC | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Timothy P. Cairns | 919 N. Market Street, 17th Floor | P.O. Box 8705 | | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 | ljones@pszjlaw.com; tcairns@pszjlaw.com |
| Top 20 Unsecured Creditor / Committee of Unsecured Creditors | Pension Benefit Guaranty Corp. | Attn Michael Strollo and Carl H. Charlotin | 445 12th Street SW | | | Washington | DC | 20024-2101 | | 202-286-6320; 202-229-4907; 202-229-6611 | | charlotin.carl@pbgc.gov; strollo.michael@pbgc.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Courtney L. Morgan, Soo Min Kim, and Andrea Wong | 445 12th Street, SW | Office of the General Counsel | | Washington | DC | 20024 | | 202-229-3738; 202-229-3702 | | morgan.courtney@pbgc.gov; efile@pbgc.gov; kim.soomin@pbgc.gov; wong.andrea@pbgc.gov |
| Attorneys for Encina Equipment Finance SPV, LLC and Phillips Corporation | Reed Smith LLP | Mark W. Eckard | 1201 North Market Street, Suite 1500 | | | Wilmington | DE | 19801 | | 302-778-7500 | 302-778-7575 | meckard@reedsmith.com |
| Counsel for Caterpillar Reman Powertrain Indiana, LLC | Robinson & Cole LLP | Ryan M. Messina, Jamie L. Edmonson | 1201 N. Market Street, Suite 1406 | | | Wilmington | DE | 19801 | | 302-516-1717 | 302-516-1699 | RMessina@rc.com; JEdmonson@rc.com |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 | | 215-597-3100 | 215-597-3194 | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | | 202-942-8088 | 202-772-9317; 202-772-9318 | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Regional Director | 100 Pearl St. | Suite 20-100 | | New York | NY | 10004-2616 | | 212-336-1100 | 212-336-1320 | bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV |
| Counsel to Navistar, Inc. | Shutts & Bowen LLP | Ryan C. Reinert | 4301 West Boy Scout Blvd., Ste. 300 | | | Tampa | FL | 33607 | | 813-227-8173 | | rreinert@shutts.com |
| Debtors and Debtors in Possession | Stanadyne LLC | Attn Costas Loukellis | 405 White Street | | | Jacksonville | NC | 28546 | | | | cloukellis@stanadyne.com |
| Committee of Unsecured Creditors | Standard Motor Products | Attn Erin Pawlish | 37-18 Northern Blvd | | | Long Island City | NY | 11101 | | 718-316-4188 | | erin.pawlish@smpcorp.com |

In re Stanadyne LLC, et al.
Case No. 23-10207 (TMH)

Page 1 of 2

**Core/2002 Service List**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov |
| Agent for Toyota Industries Commercial Finance Inc. | Weltman, Weinberg & Reis Co. LPA | Scott D. Fink | 965 Keynote Circle | | | Brooklyn Heights | OH | 44131 | | 877-338-9484 | | sfink@weltman.com |
| Local Counsel for the Debtors | Young Conaway Stargatt & Taylor, LLP | Michael R. Nestor, Andrew L. Magaziner | 1000 North King Street | Rodney Square | | Wilmington | DE | 19801-6108 | | 302-571-6600 | 302-571-1253 | mnestor@ycst.com; amagaziner@ycst.com |

In re Stanadyne LLC, et al.
Case No. 23-10207 (TMH)

Page 2 of 2