IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **STANADYNE LLC,** *et al.*[1] | Case No. 23-10207 (TMH) |
| **Debtors.** | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 517**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Fifth Monthly Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2023 to and Including July 31, 2023* [Docket No. 517] (the "Application") filed on August 17, 2023.

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served by September 6, 2023 at 4:00 p.m. (ET).

Pursuant to the *Order Pursuant to Sections 105(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 136], the Debtors are now authorized to pay 80% ($61,279.20) of requested fees ($76,599.00) and 100% of requested expenses ($314.97) on an interim basis without further order of the Court.

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

30388689.2

| | |
|---|---|
| Dated:  September 11, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP |

*/s/ Andrew A. Mark*
Michael R. Nestor (No. 3526)
Andrew L. Magaziner (No. 5426
Ashley E. Jacobs (No. 5635)
Andrew A. Mark (No. 6861)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801-6108
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
          amagaziner@ycst.com
          ajacobs@ycst.com
          amark@ycst.com

-and-

Kathryn A. Coleman
Christopher Gartman
Jeffrey S. Margolin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile:  (212) 422-4726
Email:  katie.coleman@hugheshubbard.com
          chris.gartman@hugheshubbard.com
          jeff.margolin@hugheshubbard.com

*Counsel for the Debtors*

30388689.2

2