# EXHIBIT A

## Fees

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6699

Writer's E-Mail
mnestor@ycst.com

| | | |
|---|---|---|
| Stanadyne PPT Group Holdings, Inc. | Invoice Date: | September 18, 2023 |
| 405 White Street | Invoice Number: | 50045649 |
| Jacksonville, NC 28546 | Matter Number: | 102843.1001 |

Re:  Restructuring Representation

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 125,329.50 |
| Disbursements | $ | 808.21 |
| Total Due This Invoice | $ | 126,137.71 |

Stanadyne PPT Group Holdings, Inc.

| | |
|---|---|
| Invoice Date: | September 18, 2023 |
| Invoice Number: | 50045649 |
| Matter Number: | 102843.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/23 | BWALT | Update and circulate docket | B001 | 0.20 | 73.00 |
| 08/02/23 | BWALT | Review docket, and update critical dates | B001 | 0.50 | 182.50 |
| 08/03/23 | AJACO | Review and revise critical dates | B001 | 0.50 | 405.00 |
| 08/07/23 | AJACO | Review upcoming tasks and deadlines; emails with M. Nestor re: upcoming tasks and deadlines | B001 | 0.20 | 162.00 |
| 08/07/23 | BWALT | Further update critical dates | B001 | 0.10 | 36.50 |
| 08/07/23 | BWALT | Draft notice for second motion to extend removal deadline | B001 | 0.30 | 109.50 |
| 08/07/23 | MNEST | Review memo re: critical dates, deadlines and tasks (.3); prep and send agenda to B. Dietz/et al re: tasks going forward and confirmation of plan (.4) | B001 | 0.70 | 868.00 |
| 08/08/23 | BWALT | Finalize for filing and coordinate service of second motion to extend removal deadline | B001 | 0.40 | 146.00 |
| 08/08/23 | BWALT | Update and circulate docket, email from M. Nestor re: docket and critical dates | B001 | 0.20 | 73.00 |
| 08/08/23 | CCOX | Emails with A. Jacobs re: termination of lease | B001 | 0.20 | 95.00 |
| 08/08/23 | MNEST | Working through open tasks from call with Dietz/Committee/Cerberus on 8/7/23 | B001 | 0.50 | 620.00 |
| 08/09/23 | BWALT | Further update and circulate docket | B001 | 0.30 | 109.50 |
| 08/09/23 | CCOX | Draft termination letter to lessee (.5); emails with A. Jacobs re: same (.1) | B001 | 0.60 | 285.00 |
| 08/10/23 | CCOX | Review letter re: termination (.5); emails with A. Jacobs re: same (.2) | B001 | 0.70 | 332.50 |
| 08/11/23 | BWALT | Draft CNO for second removal extension, and email to A. Jacobs | B001 | 0.30 | 109.50 |
| 08/14/23 | AJACO | Emails with C. Gartman re: case status | B001 | 0.10 | 81.00 |
| 08/14/23 | AJACO | Emails with M. Davidson re: committee reporting | B001 | 0.10 | 81.00 |
| 08/14/23 | AJACO | Review upcoming tasks and deadlines | B001 | 0.10 | 81.00 |
| 08/16/23 | AMARK | Email correspondence with C. Walls re: certificates of no objection | B001 | 0.10 | 50.50 |

Stanadyne PPT Group Holdings, Inc.

| | | Invoice Date: | September 18, 2023 |
| | | Invoice Number: | 50045649 |
| | | Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/18/23 | BWALT | Further update docket | B001 | 0.30 | 109.50 |
| 08/21/23 | BWALT | Update and circulate docket | B001 | 0.30 | 109.50 |
| 08/23/23 | AJACO | Review upcoming tasks and deadlines | B001 | 0.30 | 243.00 |
| 08/23/23 | BWALT | Update critical dates calendar | B001 | 0.80 | 292.00 |
| 08/24/23 | AJACO | Review and revise critical dates | B001 | 0.50 | 405.00 |
| 08/24/23 | BWALT | Email from A. Jacobs (.1); update and circulate critical dates (.2) | B001 | 0.30 | 109.50 |
| 08/25/23 | BWALT | Update docket | B001 | 0.10 | 36.50 |
| 08/29/23 | BWALT | Review and evaluate incoming pleadings and correspondence (.1); update critical dates (.3) | B001 | 0.40 | 146.00 |
| 08/07/23 | BWALT | Draft agenda for 8/22/23 hearing | B002 | 0.90 | 328.50 |
| 08/11/23 | AMAGA | Emails with A. Mark and J. Waxman re: hearing date | B002 | 0.20 | 174.00 |
| 08/11/23 | BWALT | Draft COC for omnibus hearing date | B002 | 0.20 | 73.00 |
| 08/11/23 | BWALT | Update agenda for 8/22/23 hearing (.4); email to the Court re: Zoom link and courtroom (.1); email draft agenda to A. Jacobs, A. Magaziner, and C. Cox (.1) | B002 | 0.60 | 219.00 |
| 08/14/23 | AJACO | Emails with D. Fidler re: hearing; review status of matters for 8/22 hearing | B002 | 0.30 | 243.00 |
| 08/14/23 | AMAGA | Correspondence with A. Jacobs and D. Fidler re: hearing status | B002 | 0.20 | 174.00 |
| 08/14/23 | AMAGA | Briefly review hearing agenda | B002 | 0.10 | 87.00 |
| 08/14/23 | BWALT | Update agenda | B002 | 0.20 | 73.00 |
| 08/16/23 | AJACO | Review and revise agenda re: 8/22 hearing | B002 | 0.30 | 243.00 |
| 08/18/23 | AJACO | Review and revise agenda for 8/22 hearing | B002 | 0.40 | 324.00 |
| 08/18/23 | AMAGA | Emails with D. Fidler and A. Jacobs re: abandonment | B002 | 0.20 | 174.00 |
| 08/18/23 | BWALT | Further update amended agenda | B002 | 0.20 | 73.00 |

Stanadyne PPT Group Holdings, Inc.

| | | |
|---|---|---|
| Invoice Date: | September 18, 2023 |
| Invoice Number: | 50045649 |
| Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/18/23 | BWALT | Finalize and file agenda for 8/22/23 hearing, email to the Court, coordinate preparation and delivery of hearing binder to the Court | B002 | 0.40 | 146.00 |
| 08/18/23 | BWALT | Update agenda and email to A. Jacobs | B002 | 0.30 | 109.50 |
| 08/18/23 | BWALT | Prepare amended agenda | B002 | 0.30 | 109.50 |
| 08/21/23 | AJACO | Review and revise amended agenda | B002 | 0.20 | 162.00 |
| 08/21/23 | AMAGA | Emails with D. Fidler, A. Jacobs and M. Nestor re: hearing on abandonment | B002 | 0.20 | 174.00 |
| 08/21/23 | BWALT | Emails with A. Jacobs (.3); update amended agenda (.2); further update agenda adjourning hearing to 8/31/23 (.2); Finalize for filing and coordinate service of amended agenda adjourning hearing (.3) | B002 | 1.00 | 365.00 |
| 08/21/23 | BWALT | Emails from the Court (.1); coordinate delivery of agenda item to the Court (.2) | B002 | 0.30 | 109.50 |
| 08/28/23 | AJACO | Review/revise agenda re: 8/31 hearing | B002 | 0.10 | 81.00 |
| 08/28/23 | AJACO | Emails with B. Walters re: hearing agenda | B002 | 0.10 | 81.00 |
| 08/28/23 | AMAGA | Correspondence with B. Walters and A. Jacobs re: status of hearing | B002 | 0.20 | 174.00 |
| 08/28/23 | BWALT | Draft agenda for 8/31/23 hearing | B002 | 0.30 | 109.50 |
| 08/28/23 | BWALT | Draft agenda for 9/11/23 hearing | B002 | 0.30 | 109.50 |
| 08/29/23 | AJACO | Emails with D. Gadson re: adjournment of hearing (.1); review/revise agenda re: 8/31 hearing (.2) | B002 | 0.30 | 243.00 |
| 08/29/23 | AJACO | Emails with J. Leamy re: status of 8/31 hearing | B002 | 0.20 | 162.00 |
| 08/29/23 | BWALT | Draft agenda for 9/26 hearing | B002 | 0.30 | 109.50 |
| 08/29/23 | BWALT | Multiple emails with A. Jacobs (.2); revise agenda (.1); further revise and file agenda adjourning 8/31/23 hearing to 9/26/23 (.6) | B002 | 0.90 | 328.50 |
| 08/06/23 | AMAGA | Review wind down budget (.1); emails with UCC counsel and M. Nestor re: same (.3) | B003 | 0.30 | 261.00 |
| 08/07/23 | AMAGA | Reviewing wind down budget (.2); call with B. Dietz and M. Nestor re: same (.7) | B003 | 0.90 | 783.00 |

Stanadyne PPT Group Holdings, Inc.

| | Invoice Date: | September 18, 2023 |
| | Invoice Number: | 50045649 |
| | Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/09/23 | AMAGA | Calls with B. Dietz re: budget and professional fees and correspondence with J. Speakman re: same | B003 | 0.40 | 348.00 |
| 08/23/23 | AJACO | Emails with M. Nestor re: wind down budget | B003 | 0.10 | 81.00 |
| 08/18/23 | AJACO | Emails with E. Bell re: MOR | B004 | 0.10 | 81.00 |
| 08/21/23 | AJACO | Emails with C. Cox re: MORs (.1); review and revise MORs (.3) | B004 | 0.40 | 324.00 |
| 08/21/23 | CCOX | Review monthly operating reports (.4); emails with A. Jacobs re: same (.1) | B004 | 0.50 | 237.50 |
| 08/07/23 | AJACO | Review and analyze issues re: RV lease | B005 | 0.70 | 567.00 |
| 08/08/23 | AJACO | Emails with C. Cox re: RV Lease termination letter | B005 | 0.10 | 81.00 |
| 08/09/23 | AMARK | Draft omnibus contract rejection motion | B005 | 1.10 | 555.50 |
| 08/10/23 | AJACO | Review and revise letter re: RV Lease termination | B005 | 2.00 | 1,620.00 |
| 08/10/23 | AMAGA | Review and comment on rejection motion and emails with D. Fidler, A. Mark and A. Jacobs re: same | B005 | 0.80 | 696.00 |
| 08/10/23 | AMARK | Review and revise omnibus contract rejection motion | B005 | 1.10 | 555.50 |
| 08/10/23 | BWALT | Email from A. Jacobs, coordinate overnight mailing of termination letter | B005 | 0.10 | 36.50 |
| 08/11/23 | AJACO | Emails with L. Xerra and A. Magaziner re: rejection motion | B005 | 0.10 | 81.00 |
| 08/11/23 | AMAGA | Confer with A. Mark and client re: rejection | B005 | 0.20 | 174.00 |
| 08/11/23 | AMARK | Email correspondence with Chambers re: hearing dates | B005 | 0.10 | 50.50 |
| 08/11/23 | AMARK | Review and prepare rejection motion for filing | B005 | 0.80 | 404.00 |
| 08/11/23 | BWALT | Finalize for filing and coordinate service of first omnibus lease rejection motion | B005 | 0.50 | 182.50 |
| 08/11/23 | BWALT | Draft notice for rejection motion | B005 | 0.30 | 109.50 |
| 08/21/23 | AJACO | Emails with A. Magaziner re: rejection of MSC contracts | B005 | 0.10 | 81.00 |
| 08/21/23 | AMAGA | Correspondence with contract counterparty re: proposed rejection and related claims | B005 | 0.30 | 261.00 |
| 08/21/23 | AMAGA | Calls with buyer's counsel re: rejection | B005 | 0.30 | 261.00 |

Stanadyne PPT Group Holdings, Inc.

| | | |
|---|---|---|
| Invoice Date: | | September 18, 2023 |
| Invoice Number: | | 50045649 |
| Matter Number: | | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/21/23 | BWALT | Finalize for filing and coordinate service of declaration in support of Windsor rejection | B005 | 0.20 | 73.00 |
| 08/24/23 | AJACO | Call from N. Maoz re: designation rights | B005 | 0.10 | 81.00 |
| 08/24/23 | AJACO | Emails from N. Maoz re: designation of contracts | B005 | 0.10 | 81.00 |
| 08/28/23 | AJACO | Email from M. Wilkins re: assumption of contracts | B005 | 0.10 | 81.00 |
| 08/28/23 | AMAGA | Confer with opposing counsel and B. Walters re: status of rejection motion | B005 | 0.20 | 174.00 |
| 08/28/23 | AMARK | Review and prepare certificate of no objection for filing re: first omnibus rejection motion | B005 | 0.30 | 151.50 |
| 08/28/23 | BWALT | Prepare CNO for first omnibus rejection motion and emails re: same | B005 | 0.40 | 146.00 |
| 08/28/23 | BWALT | Finalize and file CNO for rejection motion, and upload order | B005 | 0.40 | 146.00 |
| 08/28/23 | CCOX | Draft extension motion re: exclusivity deadline (1.1); review and revise same (.3); emails with A. Jacobs re: same (.1) | B005 | 1.50 | 712.50 |
| 08/31/23 | AJACO | Emails with Hughes Hubbard team re: 365(d)(4) extension | B005 | 0.20 | 162.00 |
| 08/31/23 | AMAGA | Emails with A. Jacobs re: d4 extension | B005 | 0.10 | 87.00 |
| 07/25/23 | AMAGA | Review funds flow post-sale and participate in call re: same | B006 | 0.50 | 435.00 |
| 08/01/23 | AJACO | Emails from C. Gartman re: Windsor property | B006 | 0.10 | 81.00 |
| 08/01/23 | AJACO | Review and revise notice of closing | B006 | 0.30 | 243.00 |
| 08/01/23 | AJACO | Review committee comments to abandonment motion | B006 | 0.20 | 162.00 |
| 08/01/23 | AMAGA | Briefly review NDA revisions; Correspondence with M. Nestor and C. Gartman re: wind down | B006 | 0.30 | 261.00 |
| 08/01/23 | AMAGA | Review sale closing notice | B006 | 0.20 | 174.00 |
| 08/01/23 | AMAGA | Calls and correspondence with M. Nestor and A. Jacobs re: wind down and post-sale transition work | B006 | 0.50 | 435.00 |
| 08/01/23 | AMAGA | Emails with A. Jacobs and Cerberus' counsel re: abandonment | B006 | 0.10 | 87.00 |
| 08/01/23 | BWALT | Finalize for filing and coordinate service of notice of sale closing | B006 | 0.20 | 73.00 |

Stanadyne PPT Group Holdings, Inc.

| | | Invoice Date: | September 18, 2023 |
| | | Invoice Number: | 50045649 |
| | | Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|------|----------|-------------|------|-------|--------|
| 08/02/23 | AJACO | Review and revise abandonment motion (1.3) and coordinate same for filing (.2) | B006 | 1.50 | 1,215.00 |
| 08/02/23 | AJACO | Emails with M. Nestor re: retention of Dietz | B006 | 0.10 | 81.00 |
| 08/02/23 | AMAGA | Review revised abandonment motion (.3); emails with M. Nestor and B. Dietz and J. Waxman re: same (.1) | B006 | 0.40 | 348.00 |
| 08/02/23 | BWALT | Finalize for filing and coordinate service of motion to abandon Windsor property | B006 | 0.50 | 182.50 |
| 08/02/23 | MNEST | Review/revise/finalize motion to abandon Windsor property (.5); confer with Committee, Cerberus and B. Dietz re: same (.2) | B006 | 0.70 | 868.00 |
| 08/03/23 | AJACO | Emails with C. Gartman re: CT Department of Administrative Services notice | B006 | 0.10 | 81.00 |
| 08/03/23 | AMAGA | Emails with client team re: Windsor property | B006 | 0.10 | 87.00 |
| 08/03/23 | AMAGA | Reviewing supplemental asset designation; emails with Cerberus' counsel re: same | B006 | 0.30 | 261.00 |
| 08/03/23 | BWALT | Email from A. Magaziner and to claims agent re: supplemental service of abandonment motion | B006 | 0.20 | 73.00 |
| 08/04/23 | AJACO | Call with R. Smith re: Wells Fargo account (.2); emails with Wells Fargo and R. Smith re: same (.1) | B006 | 0.30 | 243.00 |
| 08/04/23 | AJACO | Emails with C. Gartman re: Windsor property | B006 | 0.10 | 81.00 |
| 08/04/23 | MNEST | Numerous teleconferences /correspondence re: Windsor, director fees, related issues | B006 | 0.50 | 620.00 |
| 08/07/23 | AJACO | Review sale order (1.5); call with M. Nestor, J. Waxman and B. Dietz re: case status (.7) | B006 | 2.20 | 1,782.00 |
| 08/07/23 | AJACO | Review abandonment motion (.6); call S. Koschwitz re: same (.1); emails with CT department of Environmental Protection (.1) | B006 | 0.80 | 648.00 |
| 08/07/23 | AMAGA | Confer with A. Jacobs and other advisors re: abandonment motion | B006 | 0.20 | 174.00 |
| 08/07/23 | BWALT | Emails from A. Jacobs and A. Magaziner re: extension of time for CT AG to respond to motion to abandon | B006 | 0.10 | 36.50 |
| 08/08/23 | AJACO | Emails with B. Dietz re: Windsor invoices | B006 | 0.10 | 81.00 |

Stanadyne PPT Group Holdings, Inc.

Invoice Date: September 18, 2023
Invoice Number: 50045649
Matter Number: 102843.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/09/23 | AJACO | Review sale order and APA | B006 | 2.00 | 1,620.00 |
| 08/09/23 | AJACO | Emails with J. Panzykowski re: Windsor property | B006 | 0.10 | 81.00 |
| 08/10/23 | AJACO | Review APA re: name change (.2); emails with C. Gartman re: same (.1) | B006 | 0.30 | 243.00 |
| 08/10/23 | AJACO | Review APA | B006 | 1.10 | 891.00 |
| 08/14/23 | AJACO | Emails with B. Dietz re: Windsor sale | B006 | 0.10 | 81.00 |
| 08/14/23 | AMAGA | Correspondence with B. Dietz, A. Jacobs, J. Waxman and broker re: Windsor property | B006 | 0.60 | 522.00 |
| 08/15/23 | AJACO | Emails with J. Waxman and JLL re: Windsor sale | B006 | 0.10 | 81.00 |
| 08/15/23 | AJACO | Call with K. Mayhew re: abandonment motion | B006 | 0.10 | 81.00 |
| 08/15/23 | AMAGA | Confer with A. Jacobs re: abandonment motion status | B006 | 0.10 | 87.00 |
| 08/16/23 | AJACO | Emails with M. Nestor, B. Dietz re: Windsor sale | B006 | 0.20 | 162.00 |
| 08/16/23 | AMAGA | Correspondence with broker, A. Jacobs and B. Dietz re: Windsor property | B006 | 0.20 | 174.00 |
| 08/17/23 | AJACO | Review objections to abandonment motion and analyze same | B006 | 2.90 | 2,349.00 |
| 08/17/23 | AJACO | Emails with M. Nestor re: payment of board fees | B006 | 0.10 | 81.00 |
| 08/17/23 | AJACO | Emails with R. Otten re: Windsor property | B006 | 0.20 | 162.00 |
| 08/17/23 | AJACO | Emails with B. Dietz and M. Nestor re: Windsor sale | B006 | 0.10 | 81.00 |
| 08/17/23 | AJACO | Emails with M. Nestor re: abandonment motion | B006 | 0.10 | 81.00 |
| 08/17/23 | AMAGA | Further Correspondence with broker, A. Jacobs and UCC counsel re: status of Windsor property and abandonment motion | B006 | 0.40 | 348.00 |
| 08/18/23 | AJACO | Review IRG LOI (.7); call with M. Nestor, B. Dietz, J. Waxman and JLL re: Windsor sale (.5); review and revise IRG LOI (3.0) | B006 | 4.20 | 3,402.00 |
| 08/18/23 | AJACO | Emails with B. Dietz and C. Loukellis re: wind down management agreement | B006 | 0.40 | 324.00 |

Stanadyne PPT Group Holdings, Inc.

| | | Invoice Date: | September 18, 2023 |
| | | Invoice Number: | 50045649 |
| | | Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/18/23 | AJACO | Review and analyze abandonment issues (.9); draft declaration in support of abandonment motion (1.7) | B006 | 2.60 | 2,106.00 |
| 08/18/23 | AMAGA | Extensive correspondence with UCC counsel, M. Nestor, A. Jacobs and broker re: status of Windsor property | B006 | 0.40 | 348.00 |
| 08/18/23 | AMARK | Legal research re: abandonment issues | B006 | 0.60 | 303.00 |
| 08/18/23 | AMARK | Review and analyze sale documents re: potentially assigned contracts issues | B006 | 2.80 | 1,414.00 |
| 08/19/23 | AJACO | Review and revise IRG LOI | B006 | 0.20 | 162.00 |
| 08/20/23 | AJACO | Emails with B. Dietz re: IRG LOI | B006 | 0.20 | 162.00 |
| 08/20/23 | AJACO | Prepare for abandonment hearing | B006 | 2.40 | 1,944.00 |
| 08/20/23 | AMAGA | Correspondence with A. Jacobs, M. Nestor, broker and UCC counsel re: Windsor property; review marked up LOI | B006 | 0.40 | 348.00 |
| 08/20/23 | AMARK | Legal research re: abandonment issues | B006 | 2.20 | 1,111.00 |
| 08/21/23 | AJACO | Multiple emails with B. Dietz re: Windsor sale | B006 | 0.30 | 243.00 |
| 08/21/23 | AJACO | Emails with A. Mark re: abandonment research (.2); prepare for abandonment hearing (3.4); call with A. Levy re: remediation efforts (.5); call with B. Dietz re: abandonment (.1); call with B. Dietz, J. Waxman, A. Magaziner re: abandonment (.5) | B006 | 4.70 | 3,807.00 |
| 08/21/23 | AJACO | Emails with B. Dietz re: China transfer taxes | B006 | 0.20 | 162.00 |
| 08/21/23 | AJACO | Review and revise Dietz declaration | B006 | 0.10 | 81.00 |
| 08/21/23 | AMAGA | Participate in call re: abandonment and real property status | B006 | 0.50 | 435.00 |
| 08/21/23 | AMAGA | Correspondence with UCC counsel, M. Nestor, A. Jacobs and broker re: status of abandonment motion | B006 | 0.70 | 609.00 |
| 08/21/23 | AMARK | Draft memo re: abandonment issues | B006 | 1.70 | 858.50 |
| 08/22/23 | AJACO | Emails with M. Nestor re: Windsor (1.); review and revise Winstanley LOI (2.8) | B006 | 2.90 | 2,349.00 |
| 08/22/23 | AMAGA | Confer with A. Jacobs, M. Nestor and buyer's counsel re: abandonment | B006 | 0.20 | 174.00 |

Stanadyne PPT Group Holdings, Inc.

| | Invoice Date: | September 18, 2023 |
|---|---|---|
| | Invoice Number: | 50045649 |
| | Matter Number: | 102843.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/22/23 | AMARK | Draft reply in support of abandonment motion | B006 | 1.10 | 555.50 |
| 08/23/23 | AJACO | Draft Otten declaration in support of abandonment motion | B006 | 1.10 | 891.00 |
| 08/23/23 | AJACO | Multiple emails with B. Dietz, J. Waxman, and JLL re: sale of Windsor property | B006 | 0.50 | 405.00 |
| 08/23/23 | AMARK | Draft reply in support of abandonment motion | B006 | 2.40 | 1,212.00 |
| 08/23/23 | AMARK | Review and analyze objections to abandonment motion | B006 | 1.80 | 909.00 |
| 08/24/23 | AJACO | Emails with B. Dietz and R. Otten re: remediation | B006 | 0.10 | 81.00 |
| 08/24/23 | AJACO | Draft Otten declaration (.8); review and revise reply in support of abandonment motion (.4) | B006 | 1.20 | 972.00 |
| 08/24/23 | AJACO | Emails with B. Dietz and J. Panczykowski re: Windsor LOI (.2); review and revise Winstanley LOI (1.9); draft summary of LOIs (.9) | B006 | 3.00 | 2,430.00 |
| 08/24/23 | AMARK | Draft reply in support of abandonment motion | B006 | 2.40 | 1,212.00 |
| 08/25/23 | AJACO | Call from J. Brown re: IRG purchase agreement | B006 | 0.10 | 81.00 |
| 08/25/23 | AJACO | Emails with A. Mark and C. Cox re: sale order (.1); review sale order precedent (.4) | B006 | 0.50 | 405.00 |
| 08/25/23 | AJACO | Emails with B. Dietz re: Windsor property (.2); review and revise purchase agreement (3.4) | B006 | 3.60 | 2,916.00 |
| 08/25/23 | AJACO | Review and revise reply in support of abandonment motion | B006 | 3.10 | 2,511.00 |
| 08/25/23 | AMAGA | Confer with A. Jacobs re: status of Windsor | B006 | 0.10 | 87.00 |
| 08/25/23 | AMARK | Draft sale order re: Windsor Property | B006 | 0.60 | 303.00 |
| 08/26/23 | AJACO | Review and revise purchase agreement (1.4); multiple emails with B. Dietz and J. Waxman re: purchase agreement (.5) | B006 | 1.90 | 1,539.00 |
| 08/27/23 | AJACO | Review and revise purchase agreement | B006 | 1.20 | 972.00 |
| 08/27/23 | AMARK | Draft proposed sale order re: Windsor Property private sale | B006 | 1.20 | 606.00 |
| 08/28/23 | AJACO | Multiple emails with B. Dietz re: Windsor property (.1); call with J. Brown re: Windsor (.1); review/revise PSA (.7) | B006 | 0.90 | 729.00 |

Stanadyne PPT Group Holdings, Inc.

| | | |
|---|---|---|
| Invoice Date: | September 18, 2023 |
| Invoice Number: | 50045649 |
| Matter Number: | 102843.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/28/23 | AJACO | Call B. Dietz re: Windsor sale | B006 | 0.20 | 162.00 |
| 08/28/23 | AJACO | Emails with M. Nestor re: Ford reconciliation | B006 | 0.10 | 81.00 |
| 08/28/23 | AMARK | Draft proposed sale order re: private sale of Windsor Property | B006 | 0.70 | 353.50 |
| 08/29/23 | AJACO | Emails with K. Mayhew and S. Koschwitz re: abandonment motion (.2); emails with B. Dietz and J. Waxman re: Windsor sale (.2); review/analyze issues re: Windsor sale (.3); review/revise abandonment order (.1) | B006 | 0.80 | 648.00 |
| 08/29/23 | AMAGA | Emails with A. Jacobs re: sale agreement | B006 | 0.10 | 87.00 |
| 08/29/23 | AMARK | Email correspondence with A. Jacobs re: private sale motion supplement | B006 | 0.10 | 50.50 |
| 08/29/23 | AMARK | Draft private sale motion supplement | B006 | 0.80 | 404.00 |
| 08/30/23 | AJACO | Call with J. Brown re: sale issues | B006 | 0.10 | 81.00 |
| 08/30/23 | AJACO | Call J. Brown re: Windsor sale | B006 | 0.10 | 81.00 |
| 08/30/23 | AMARK | Draft supplement to private sale motion re: Windsor Property | B006 | 1.70 | 858.50 |
| 08/31/23 | AJACO | Review/revise sale order (2.4); call with B. Dietz re: Windsor (.2); review/revise Supplement to abandonment/sale motion (2.7) | B006 | 5.30 | 4,293.00 |
| 08/31/23 | AMARK | Draft supplement to private sale motion re: Windsor Property | B006 | 2.00 | 1,010.00 |
| 08/06/23 | MNEST | Review director fee requests/winddown budget (.2) and correspond with former directors re: requests for same (.3) | B007 | 0.50 | 620.00 |
| 08/17/23 | AMAGA | Reviewing backup information re: disputed claim and contract status and emails with L. Xerras re: same | B007 | 0.40 | 348.00 |
| 08/18/23 | AMAGA | Correspondence with vendor counsel and buyer's counsel re: claim and rejection status; confer with A. Mark re: same | B007 | 0.30 | 261.00 |
| 08/02/23 | AMAGA | Correspondence with UCC counsel, B. Dietz and D. Fidler re: next steps and case update | B008 | 0.20 | 174.00 |
| 08/09/23 | AJACO | Call with B. Dietz re: case status | B008 | 0.50 | 405.00 |
| 08/10/23 | AJACO | Call with B. Dietz re: case status | B008 | 0.20 | 162.00 |

Stanadyne PPT Group Holdings, Inc.

| | | Invoice Date: | September 18, 2023 |
| | | Invoice Number: | 50045649 |
| | | Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/14/23 | AJACO | Emails with J. Margolin re: Toyota stay lift motion | B009 | 0.10 | 81.00 |
| 08/04/23 | AJACO | Emails with C. Cox re: removal motion; review and revise removal motion | B011 | 1.70 | 1,377.00 |
| 08/04/23 | CCOX | Draft removal extension motion (1.0); emails with A. Jacobs re: same (.2) | B011 | 1.20 | 570.00 |
| 08/07/23 | AJACO | Review and revise removal extension motion | B011 | 0.70 | 567.00 |
| 08/07/23 | AMAGA | Confer with A. Jacobs and B. Dietz re: removal | B011 | 0.20 | 174.00 |
| 08/08/23 | AJACO | Finalize removal motion for filing | B011 | 0.10 | 81.00 |
| 08/11/23 | AJACO | Emails with B. Walters re: removal extension motion; review CNO re: same | B011 | 0.20 | 162.00 |
| 08/16/23 | AJACO | Review and revise CNO re: removal extension motion | B011 | 0.10 | 81.00 |
| 08/10/23 | AMAGA | Emails with M. Nestor re: Plan | B012 | 0.10 | 87.00 |
| 08/11/23 | AMAGA | Reviewing revised plan and correspondence with M. Nestor re: same | B012 | 0.50 | 435.00 |
| 08/11/23 | AMARK | Email correspondence with YCST re: plan confirmation issues | B012 | 0.20 | 101.00 |
| 08/11/23 | BWALT | Draft CNO for second exclusivity motion, and email to A. Jacobs | B012 | 0.30 | 109.50 |
| 08/14/23 | AJACO | Review and revise plan | B012 | 6.70 | 5,427.00 |
| 08/14/23 | AJACO | Review and revise CNO re: exclusivity extension | B012 | 0.10 | 81.00 |
| 08/14/23 | AMAGA | Correspondence with A. Jacobs, M. Nestor and J. Waxman re: plan comments and releases; follow-up with M. Nestor re: same | B012 | 0.40 | 348.00 |
| 08/15/23 | AJACO | Emails with A. Magaziner re: plan; review comments to plan | B012 | 0.40 | 324.00 |
| 08/15/23 | AJACO | Emails with M. Nestor and C. Gartman re: plan | B012 | 0.10 | 81.00 |
| 08/15/23 | AMAGA | Emails with C. Gartman and M. Nestor re: plan | B012 | 0.10 | 87.00 |
| 08/15/23 | AMAGA | Reviewing revised plan (.3); confer with A. Jacobs and J. Waxman re: same (.1) | B012 | 0.40 | 348.00 |
| 08/15/23 | AMARK | Legal research re: plan confirmation issues | B012 | 0.30 | 151.50 |
| 08/16/23 | AMARK | Legal research re: plan confirmation issues | B012 | 1.70 | 858.50 |

Stanadyne PPT Group Holdings, Inc.

| | Invoice Date: | September 18, 2023 |
| | Invoice Number: | 50045649 |
| | Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/21/23 | AJACO | Emails with A. Magaziner re: plan; review KTBS comments to plan | B012 | 0.20 | 162.00 |
| 08/21/23 | AMAGA | Emails with A. Jacobs and M. Nestor re: plan | B012 | 0.10 | 87.00 |
| 08/24/23 | AJACO | Emails with A. Magaziner B. Dietz re: exclusivity extension motion | B012 | 0.20 | 162.00 |
| 08/24/23 | AMAGA | Correspondence with A. Jacobs and M. Nestor re: Plan exclusivity | B012 | 0.20 | 174.00 |
| 08/25/23 | AJACO | Emails with A. Magaziner and B. Dietz re: exclusivity extension | B012 | 0.10 | 81.00 |
| 08/29/23 | AJACO | Review/revise exclusivity extension motion | B012 | 1.50 | 1,215.00 |
| 08/29/23 | AMAGA | Emails with M. Nestor and A. Jacobs re: plan | B012 | 0.10 | 87.00 |
| 08/30/23 | AJACO | Emails with M. Nestor re: exclusivity extension (.1); review/revise exclusivity extension motion (.7) | B012 | 0.80 | 648.00 |
| 08/21/23 | AJACO | Call from creditor re: case status | B013 | 0.10 | 81.00 |
| 08/01/23 | AMAGA | Calls and correspondence with M. Nestor and co-counsel re: governance | B014 | 0.30 | 261.00 |
| 08/02/23 | MNEST | Teleconference with J. Waxman (2x) and UST re: governance and Dietz appointment | B014 | 0.30 | 372.00 |
| 08/09/23 | AJACO | Emails with N. Maoz re: appointment of Dietz | B014 | 0.20 | 162.00 |
| 08/16/23 | AMAGA | Review correspondence with A. Jacobs and M. Nestor re: retiree benefit issues and brief research re: same | B015 | 0.50 | 435.00 |
| 08/21/23 | AJACO | Review and analyze issues re: retiree plan | B015 | 0.50 | 405.00 |
| 08/23/23 | AJACO | Emails with B. Dietz and J. Waxman re: retiree issues (.1); review and analyze issues re: retiree benefits (1.2); call with J. Waxman and B. Dietz re: retiree benefits (.5) | B015 | 1.80 | 1,458.00 |
| 08/24/23 | AJACO | Emails with B. Dietz re: retiree benefits | B015 | 0.10 | 81.00 |
| 08/24/23 | AJACO | Emails with J. Waxman re: retiree issues (.1); review and analyze issues re: retiree benefits (.3) | B015 | 0.40 | 324.00 |
| 08/01/23 | AJACO | Emails with J. Margolin re: Angle fee application; review and revise Angle final fee application | B017 | 0.70 | 567.00 |

Stanadyne PPT Group Holdings, Inc.

| | Invoice Date: | September 18, 2023 |
|---|---|---|
| | Invoice Number: | 50045649 |
| | Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/01/23 | BWALT | Prepare notice and finalize for filing and coordinate service of Angle final fee application | B017 | 0.40 | 146.00 |
| 08/02/23 | AJACO | Emails from J. Margolin re: payment of professionals | B017 | 0.10 | 81.00 |
| 08/02/23 | AJACO | Emails with M. Nestor re: Angle final fee application | B017 | 0.20 | 162.00 |
| 08/02/23 | AMAGA | Review correspondence re: angle fee; confer with M. Nestor re: same; Correspondence with Cerberus' counsel and Angle re: same | B017 | 0.30 | 261.00 |
| 08/02/23 | AMAGA | Review correspondence re: OCP payments | B017 | 0.20 | 174.00 |
| 08/03/23 | AJACO | Review and revise Angle fee order | B017 | 0.60 | 486.00 |
| 08/03/23 | AJACO | Emails from J. Margolin re: payment of OCPs | B017 | 0.10 | 81.00 |
| 08/03/23 | AJACO | Emails with M. Nestor and B. Walters re: Angle fee order | B017 | 0.10 | 81.00 |
| 08/03/23 | AJACO | Review and revise CNO re: YCST fee application | B017 | 0.10 | 81.00 |
| 08/03/23 | BWALT | Email from A. Magaziner re: Goodwin final fee application | B017 | 0.10 | 36.50 |
| 08/03/23 | BWALT | File CNO for YCST May fee application | B017 | 0.20 | 73.00 |
| 08/03/23 | BWALT | Draft CNO for YCST May fee application and email to A. Jacobs | B017 | 0.20 | 73.00 |
| 08/03/23 | BWALT | Email to M. Nestor and A. Jacobs re: COC for Angle final fee application | B017 | 0.10 | 36.50 |
| 08/03/23 | BWALT | Further emails with M. Nestor re: Angle final fees (.1); prepare revised final fee order and email to M. Nestor and A. Jacobs (.6); email from A. Jacobs re: revised order (.1) | B017 | 0.80 | 292.00 |
| 08/03/23 | BWALT | Email from A. Jacobs re: CNO for YCST May fee application for filing | B017 | 0.10 | 36.50 |
| 08/04/23 | AJACO | Emails with D. Brooks re: fee application; review and revise Shipman final fee application | B017 | 0.50 | 405.00 |
| 08/04/23 | AMARK | Review and revise fee application re: Shipman OCP | B017 | 1.10 | 555.50 |
| 08/04/23 | AMARK | Compile and prepare fee application of Shipman OCP for filing | B017 | 0.80 | 404.00 |
| 08/04/23 | AMARK | Email correspondence with YCST and ordinary course professional re: fee application | B017 | 0.30 | 151.50 |

Stanadyne PPT Group Holdings, Inc.

| | Invoice Date: | September 18, 2023 |
|---|---|---|
| | Invoice Number: | 50045649 |
| | Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/04/23 | BWALT | Review Shipman final fee application (.3); draft notice (.3); finalize for filing and coordinate service of (.6) | B017 | 1.20 | 438.00 |
| 08/07/23 | AJACO | Review and analyze issues re: payment of professionals | B017 | 0.20 | 162.00 |
| 08/07/23 | AJACO | Emails with M. McCoy re: Angle final fee order | B017 | 0.10 | 81.00 |
| 08/07/23 | AMAGA | Emails with OCPs and A. Jacobs re: payments | B017 | 0.20 | 174.00 |
| 08/07/23 | AMARK | Review and analyze order approving compensation procedures for ordinary course professionals | B017 | 0.30 | 151.50 |
| 08/07/23 | AMARK | Draft email correspondence with ordinary course professional re: OCP invoices and application | B017 | 0.30 | 151.50 |
| 08/07/23 | AMARK | Call with ordinary course professional re: invoices | B017 | 0.20 | 101.00 |
| 08/07/23 | AMARK | Email correspondence with A. Magaziner and A. Jacobs re: OCP matters | B017 | 0.10 | 50.50 |
| 08/08/23 | AMAGA | Confer with D. Fidler, Angle, Teneo and M. Nestor re: status of fees | B017 | 0.20 | 174.00 |
| 08/08/23 | AMARK | Review and analyze sale order re: ordinary course professional issues | B017 | 0.60 | 303.00 |
| 08/08/23 | AMARK | Draft email correspondence with ordinary course professional re: invoices | B017 | 0.30 | 151.50 |
| 08/09/23 | AJACO | Emails with B. Dietz and A. Magaziner re: professional fee escrow (.2); review professional fee escrow summary (.5) | B017 | 0.70 | 567.00 |
| 08/09/23 | AMARK | Review and analyze retention application and order re: retainer issues | B017 | 0.60 | 303.00 |
| 08/10/23 | AJACO | Review status of YCST fee application | B017 | 0.10 | 81.00 |
| 08/10/23 | AJACO | Review and revise CNO re: YCST fee application | B017 | 0.10 | 81.00 |
| 08/10/23 | AJACO | Review professional fee issues | B017 | 0.80 | 648.00 |
| 08/10/23 | BWALT | Prepare and file CNO for YCST June fee application | B017 | 0.30 | 109.50 |
| 08/11/23 | AJACO | Emails with M. McCoy re: Angle fees | B017 | 0.10 | 81.00 |
| 08/15/23 | AJACO | Emails with C. Cathcart re: Angle & A&M CNOs | B017 | 0.10 | 81.00 |
| 08/15/23 | AJACO | Emails with J. Speakman re: payment of professionals | B017 | 0.10 | 81.00 |

Stanadyne PPT Group Holdings, Inc.

| | | | | Invoice Date: | | September 18, 2023 |
| | | | | Invoice Number: | | 50045649 |
| | | | | Matter Number: | | 102843.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/16/23 | AMARK | Review certificates of no objection re: advisor fee applications | B017 | 0.20 | 101.00 |
| 08/16/23 | CWALL | Prepare and file CNO re: A&M fourth monthly fee application | B017 | 0.20 | 71.00 |
| 08/16/23 | CWALL | Prepare and file CNO re: Angle Advisors fourth monthly fee application | B017 | 0.20 | 71.00 |
| 08/17/23 | AJACO | Review and analyze professional fee issues | B017 | 0.20 | 162.00 |
| 08/17/23 | AJACO | Emails with N. Maoz re: OCP payment | B017 | 0.10 | 81.00 |
| 08/18/23 | AJACO | Emails with M. McCoy re: fee application | B017 | 0.10 | 81.00 |
| 08/21/23 | AJACO | Review professional fee escrow budget; emails with N. Maoz re: UHY payments | B017 | 0.50 | 405.00 |
| 08/21/23 | AJACO | Review and revise Hughes Hubbard CNO | B017 | 0.10 | 81.00 |
| 08/21/23 | BWALT | Email with J. Margolin re: CNO for fee application (.1); review and file CNO (.1) | B017 | 0.20 | 73.00 |
| 08/22/23 | AJACO | Emails with M. Davidson and D. Fidler re: UHY invoices | B017 | 0.10 | 81.00 |
| 08/22/23 | AJACO | Review Angle fee issues | B017 | 0.10 | 81.00 |
| 08/22/23 | BWALT | Emails with from J. Margolin re: CNO for HHR July fee statement, and finalize and file CNO | B017 | 0.30 | 109.50 |
| 08/22/23 | CCOX | Draft COC re: Angle retention application | B017 | 0.60 | 285.00 |
| 08/23/23 | AJACO | Emails with M. McCoy re: Angle fee order (.1); review and revise COC re: angle fee order (.1); review and revise A&M fee application (.1) | B017 | 0.30 | 243.00 |
| 08/23/23 | BWALT | Confer with C. Cox (.1); Finalize for filing and coordinate service of A&M July fee application (.3) | B017 | 0.40 | 146.00 |
| 08/23/23 | CCOX | Review fee application (.6); compile same for filing (.1); compile COC re: same (.3); draft notice re: same (.1); confer with B. Walters re: same (.1); emails with A. Jacobs and B. Walters re: same (.2) | B017 | 1.40 | 665.00 |
| 08/28/23 | AJACO | Coordinate payment of OCPs | B017 | 0.20 | 162.00 |
| 08/28/23 | AJACO | Emails with JLL re: payment of broker fee | B017 | 0.10 | 81.00 |
| 08/28/23 | AJACO | Call from B. Dietz re: PSA | B017 | 0.10 | 81.00 |

Stanadyne PPT Group Holdings, Inc.

| | Invoice Date: | September 18, 2023 |
|---|---|---|
| | Invoice Number: | 50045649 |
| | Matter Number: | 102843.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/28/23 | AMARK | Review and prepare certificate of no objection for filing re: Shipman fee application | B017 | 0.20 | 101.00 |
| 08/28/23 | BWALT | Further emails from A. Magaziner and A. Mark re: CNO (.1); finalize and file CNO, and upload order (.3) on Shipman & Goodwin final fee application | B017 | 0.40 | 146.00 |
| 08/28/23 | BWALT | Prepare CNO for Shipman & Goodwin first and final fee application, and emails re: same | B017 | 0.40 | 146.00 |
| 08/29/23 | AJACO | Emails with M. McCoy re: Angle fee order | B017 | 0.10 | 81.00 |
| 08/30/23 | AJACO | Emails with D. Fidler re: Angle fee order | B017 | 0.10 | 81.00 |
| 08/31/23 | AJACO | Review/revise Hughes Hubbard's fee application | B017 | 0.20 | 162.00 |
| 08/31/23 | BWALT | Draft notice, and finalize for filing and coordinate service of HHR July fee application | B017 | 0.50 | 182.50 |
| 08/14/23 | CWALL | Review YCST fifth monthly fee application and send to M. Nestor for attorney review and approval | B018 | 0.40 | 142.00 |
| 08/14/23 | JMART | Prepare YCST 5th fee application | B018 | 1.00 | 355.00 |
| 08/17/23 | CWALL | Revise, file, and serve YCST fifth monthly fee application | B018 | 0.30 | 106.50 |
| 08/21/23 | JMART | Draft certificate of no objection for HHR 4th fee application | B018 | 0.20 | 71.00 |
| 08/07/23 | AJACO | Emails with B. Dietz re: bank accounts | B708 | 0.30 | 243.00 |
| 08/10/23 | AJACO | Emails with C. Gartman and D. Gibson re: retiree plans | B708 | 0.50 | 405.00 |
| 08/10/23 | AJACO | Emails with B. Dietz re: bank accounts | B708 | 0.10 | 81.00 |
| 08/11/23 | AJACO | Emails with N. Quinn re: retiree benefits (.1); call re: retiree benefits (.6); review and analyze issues re: retiree benefits (2.1) | B708 | 2.80 | 2,268.00 |
| 08/11/23 | AJACO | Review and analyze issues re: SC PPT qualification and LOC assignment | B708 | 0.70 | 567.00 |
| 08/14/23 | AJACO | Emails with KTBS re: LOC assignment documentation; review same | B708 | 0.20 | 162.00 |
| 08/15/23 | AJACO | Emails from B. Dietz re: bank account | B708 | 0.10 | 81.00 |
| 08/15/23 | AJACO | Call with RV tenant re: lease | B708 | 0.20 | 162.00 |

Stanadyne PPT Group Holdings, Inc.

| | | |
|---|---|---|
| Invoice Date: | | September 18, 2023 |
| Invoice Number: | | 50045649 |
| Matter Number: | | 102843.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/15/23 | AJACO | Review and analyze retiree benefit issues | B708 | 0.10 | 81.00 |
| 08/16/23 | AJACO | Review and analyze retiree benefits issues | B708 | 3.50 | 2,835.00 |
| 08/16/23 | AJACO | Emails with Wells Fargo re: Bank Accounts | B708 | 0.10 | 81.00 |
| 08/16/23 | AJACO | Emails with M. Nestor and C. Gartman re: Ford issues | B708 | 0.10 | 81.00 |
| 08/17/23 | AJACO | Emails with M. Nestor and C. Gartman re: retiree issues (.2); review and analyze retiree issues (.3) | B708 | 0.50 | 405.00 |
| 08/17/23 | AJACO | Emails with B. Dietz re: bank accounts | B708 | 0.70 | 567.00 |
| 08/17/23 | AJACO | Call with C. Gartman re: retiree benefits | B708 | 0.30 | 243.00 |
| 08/23/23 | AJACO | Emails with B. Dietz re: bank accounts | B708 | 0.10 | 81.00 |
| 08/23/23 | AJACO | Review invoices for Windsor property | B708 | 0.40 | 324.00 |
| 08/25/23 | AJACO | Emails with B. Dietz re: bank accounts | B708 | 0.10 | 81.00 |
| 08/30/23 | AJACO | Emails with B. Dietz re: tax preparation | B708 | 0.10 | 81.00 |
| 08/30/23 | AJACO | Emails from N. Maoz re: go forward core liabilities | B708 | 0.10 | 81.00 |
| 08/31/23 | AJACO | Emails with B. Dietz re: tax preparation (.2); review APA re: same (.9) | B708 | 1.10 | 891.00 |
| | | | **Total** | **179.00** | **$125,329.50** |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AMARK | Andrew A. Mark | Associate | 32.80 | 505.00 | 16,564.00 |
| AMAGA | Andrew Magaziner | Partner | 15.60 | 870.00 | 13,572.00 |
| AJACO | Ashley E. Jacobs | Partner | 98.90 | 810.00 | 80,109.00 |
| BWALT | Brenda Walters | Paralegal | 19.50 | 365.00 | 7,117.50 |
| CCOX | Carol E. Cox | Associate | 6.70 | 475.00 | 3,182.50 |
| CWALL | Casey Walls | Paralegal | 1.10 | 355.00 | 390.50 |
| JMART | Jorge L. Martinez | Paralegal | 1.20 | 355.00 | 426.00 |
| MNEST | Michael R. Nestor | Partner | 3.20 | 1,240.00 | 3,968.00 |
| **Total** | | | **179.00** | | **$125,329.50** |

Stanadyne PPT Group Holdings, Inc.

| | | | | |
|---|---|---|---|---|
| | | Invoice Date: | | September 18, 2023 |
| | | Invoice Number: | | 50045649 |
| | | Matter Number: | | 102843.1001 |

**Task Summary**

**Task Code:B001**                    **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ashley E. Jacobs | Partner | 1.80 | 810.00 | 1,458.00 |
| Michael R. Nestor | Partner | 1.20 | 1,240.00 | 1,488.00 |
| Andrew A. Mark | Associate | 0.10 | 505.00 | 50.50 |
| Carol E. Cox | Associate | 1.50 | 475.00 | 712.50 |
| Brenda Walters | Paralegal | 4.50 | 365.00 | 1,642.50 |
| **Total** | | **9.10** | | **5,351.50** |

**Task Code:B002**                    **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 1.10 | 870.00 | 957.00 |
| Ashley E. Jacobs | Partner | 1.90 | 810.00 | 1,539.00 |
| Brenda Walters | Paralegal | 6.20 | 365.00 | 2,263.00 |
| **Total** | | **9.20** | | **4,759.00** |

**Task Code:B003**                    **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 1.60 | 870.00 | 1,392.00 |
| Ashley E. Jacobs | Partner | 0.10 | 810.00 | 81.00 |
| **Total** | | **1.70** | | **1,473.00** |

**Task Code:B004**                    **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ashley E. Jacobs | Partner | 0.50 | 810.00 | 405.00 |
| Carol E. Cox | Associate | 0.50 | 475.00 | 237.50 |
| **Total** | | **1.00** | | **642.50** |

**Task Code:B005**                    **Lease/Executory Contract Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 1.90 | 870.00 | 1,653.00 |
| Ashley E. Jacobs | Partner | 3.50 | 810.00 | 2,835.00 |
| Andrew A. Mark | Associate | 3.40 | 505.00 | 1,717.00 |
| Carol E. Cox | Associate | 1.50 | 475.00 | 712.50 |
| Brenda Walters | Paralegal | 1.90 | 365.00 | 693.50 |
| **Total** | | **12.20** | | **7,611.00** |

Stanadyne PPT Group Holdings, Inc.

| | | |
|---|---|---|
| Invoice Date: | | September 18, 2023 |
| Invoice Number: | | 50045649 |
| Matter Number: | | 102843.1001 |

---

### Task Code:B006      Use, Sale or Lease of Property (363 issues)

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 6.30 | 870.00 | 5,481.00 |
| Ashley E. Jacobs | Partner | 55.20 | 810.00 | 44,712.00 |
| Michael R. Nestor | Partner | 1.20 | 1,240.00 | 1,488.00 |
| Andrew A. Mark | Associate | 22.10 | 505.00 | 11,160.50 |
| Brenda Walters | Paralegal | 1.00 | 365.00 | 365.00 |
| **Total** | | **85.80** | | **63,206.50** |

### Task Code:B007      Claims Analysis, Objections and Resolutions

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 0.70 | 870.00 | 609.00 |
| Michael R. Nestor | Partner | 0.50 | 1,240.00 | 620.00 |
| **Total** | | **1.20** | | **1,229.00** |

### Task Code:B008      Meetings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 0.20 | 870.00 | 174.00 |
| Ashley E. Jacobs | Partner | 0.70 | 810.00 | 567.00 |
| **Total** | | **0.90** | | **741.00** |

### Task Code:B009      Stay Relief Matters

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ashley E. Jacobs | Partner | 0.10 | 810.00 | 81.00 |
| **Total** | | **0.10** | | **81.00** |

### Task Code:B011      Other Adversary Proceedings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 0.20 | 870.00 | 174.00 |
| Ashley E. Jacobs | Partner | 2.80 | 810.00 | 2,268.00 |
| Carol E. Cox | Associate | 1.20 | 475.00 | 570.00 |
| **Total** | | **4.20** | | **3,012.00** |

### Task Code:B012      Plan and Disclosure Statement

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 1.90 | 870.00 | 1,653.00 |
| Ashley E. Jacobs | Partner | 10.10 | 810.00 | 8,181.00 |
| Andrew A. Mark | Associate | 2.20 | 505.00 | 1,111.00 |
| Brenda Walters | Paralegal | 0.30 | 365.00 | 109.50 |
| **Total** | | **14.50** | | **11,054.50** |

Stanadyne PPT Group Holdings, Inc.

| | | |
|---|---|---|
| Invoice Date: | | September 18, 2023 |
| Invoice Number: | | 50045649 |
| Matter Number: | | 102843.1001 |

---

**Task Code:B013**          **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ashley E. Jacobs | Partner | 0.10 | 810.00 | 81.00 |
| **Total** | | **0.10** | | **81.00** |

**Task Code:B014**          **General Corporate Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 0.30 | 870.00 | 261.00 |
| Ashley E. Jacobs | Partner | 0.20 | 810.00 | 162.00 |
| Michael R. Nestor | Partner | 0.30 | 1,240.00 | 372.00 |
| **Total** | | **0.80** | | **795.00** |

**Task Code:B015**          **Employee Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 0.50 | 870.00 | 435.00 |
| Ashley E. Jacobs | Partner | 2.80 | 810.00 | 2,268.00 |
| **Total** | | **3.30** | | **2,703.00** |

**Task Code:B017**          **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Magaziner | Partner | 0.90 | 870.00 | 783.00 |
| Ashley E. Jacobs | Partner | 7.00 | 810.00 | 5,670.00 |
| Andrew A. Mark | Associate | 5.00 | 505.00 | 2,525.00 |
| Carol E. Cox | Associate | 2.00 | 475.00 | 950.00 |
| Brenda Walters | Paralegal | 5.60 | 365.00 | 2,044.00 |
| Casey Walls | Paralegal | 0.40 | 355.00 | 142.00 |
| **Total** | | **20.90** | | **12,114.00** |

**Task Code:B018**          **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Casey Walls | Paralegal | 0.70 | 355.00 | 248.50 |
| Jorge L. Martinez | Paralegal | 1.20 | 355.00 | 426.00 |
| **Total** | | **1.90** | | **674.50** |

**Task Code:B708**          **Business Operations**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ashley E. Jacobs | Partner | 12.10 | 810.00 | 9,801.00 |
| **Total** | | **12.10** | | **9,801.00** |

# **EXHIBIT B**

## **Expenses**

Stanadyne PPT Group Holdings, Inc.

| | | |
|---|---|---|
| Invoice Date: | | September 18, 2023 |
| Invoice Number: | | 50045649 |
| Matter Number: | | 102843.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 07/05/23 | Docket Retrieval / Search | 19.00 | 1.90 |
| 07/05/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/07/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/07/23 | Docket Retrieval / Search | 21.00 | 2.10 |
| 07/24/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/24/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/24/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/25/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/26/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/26/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/28/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/28/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/28/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/01/23 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 08/01/23 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 08/01/23 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 08/01/23 | Photocopy Charges Duplication | 37.00 | 3.70 |
| 08/01/23 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 08/01/23 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 08/01/23 | Photocopy Charges Duplication | 31.00 | 3.10 |
| 08/02/23 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 08/02/23 | American Express - Bankruptcy - Filing Fee AMAGA 7.20.23 $11 Certification BWALT | 1.00 | 11.00 |
| 08/02/23 | American Express - Bankruptcy - Filing Fee AMAGA 7.20.23 $290.50 Manual & 2 Certifications BWALT | 1.00 | 290.50 |
| 08/02/23 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 08/03/23 | Photocopy Charges Duplication | 40.00 | 4.00 |
| 08/04/23 | Photocopy Charges Duplication | 31.00 | 3.10 |
| 08/08/23 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 08/09/23 | Photocopy Charges Duplication | 179.00 | 17.90 |
| 08/10/23 | Federal Express Corporation - ATTN: CHAD SHEPARD MACTAN CT INC D/B/A PETE'S RV 417 JOHN FITCH BOULEVARD SOUTH WINDSOR, CT 6074 | 1.00 | 18.36 |
| 08/10/23 | Computerized Legal Research Westlaw Search by: COX,CAROL E | 8.00 | 19.46 |
| 08/10/23 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 08/16/23 | Computerized Legal Research Westlaw Search by: MARK,ANDREW | 14.00 | 34.06 |

Stanadyne PPT Group Holdings, Inc.

| | | |
|---|---|---|
| Invoice Date: | September 18, 2023 | |
| Invoice Number: | | 50045649 |
| Matter Number: | | 102843.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 08/16/23 | Computerized Legal Research Westlaw Search by: JACOBS,ASHLEY | 5.00 | 12.16 |
| 08/17/23 | Photocopy Charges Duplication | 32.00 | 3.20 |
| 08/17/23 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 08/17/23 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 08/17/23 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 08/17/23 | Computerized Legal Research Westlaw Search by: JACOBS,ASHLEY | 14.00 | 34.06 |
| 08/17/23 | Photocopy Charges Duplication | 32.00 | 3.20 |
| 08/17/23 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 08/20/23 | Computerized Legal Research Westlaw Search by: MARK,ANDREW | 2.00 | 4.86 |
| 08/21/23 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 08/21/23 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 08/21/23 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 08/21/23 | Parcels, Inc. - YCST Judge Horan's Courtroom 1037637 | 1.00 | 30.00 |
| 08/21/23 | Computerized Legal Research Westlaw Search by: MARK,ANDREW | 7.00 | 17.03 |
| 08/21/23 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 08/21/23 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 08/21/23 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 08/21/23 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 08/22/23 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 08/22/23 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 08/22/23 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 08/22/23 | Reliable Wilmington - Deposition/Transcript 3-Day Transcript for STANADYNE | 1.00 | 196.20 |
| 08/22/23 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 08/22/23 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 08/22/23 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 08/23/23 | Computerized Legal Research Westlaw Search by: MARK,ANDREW | 6.00 | 14.60 |
| 08/23/23 | Photocopy Charges Duplication | 32.00 | 3.20 |
| 08/23/23 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 08/24/23 | Computerized Legal Research Westlaw Search by: MARK,ANDREW | 16.00 | 38.92 |
| 08/24/23 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 08/29/23 | Photocopy Charges Duplication | 21.00 | 2.10 |
| 08/31/23 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 08/31/23 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 08/31/23 | Photocopy Charges Duplication | 14.00 | 1.40 |

Stanadyne PPT Group Holdings, Inc.

Invoice Date: September 18, 2023
Invoice Number: 50045649
Matter Number: 102843.1001

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 08/31/23 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 08/31/23 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 08/31/23 | Photocopy Charges Duplication | 13.00 | 1.30 |
| | **Total** | | **$808.21** |

**Cost Summary**

| Description | Amount |
|-------------|--------|
| Computerized Legal Research -WESTLAW | 175.15 |
| Delivery / Courier | 30.00 |
| Deposition/Transcript | 196.20 |
| Docket Retrieval / Search | 9.10 |
| Federal Express | 18.36 |
| Filing Fee | 301.50 |
| Reproduction Charges | 77.90 |
| **Total** | **$808.21** |