**Exhibit A**

**Time Entries**

# Hughes Hubbard & Reed

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Stanadyne PPT Group Holdings, Inc.
92 Deerfield Road
Windsor, CT 06095
Attention: Costas Loukellis

Invoice No. 2154596

September 12, 2023

FEDERAL TAX ID 13-5605391

Re: Asset Analysis, Recovery and Valuation
Our File No.: 033682-00005

For professional services rendered for the period through August 31, 2023 for the above referenced matter:

|   |   |   |
|---|---|---|
| Total Fees | $ | 867.50 |
| Less 10% Discount | $ | (86.75) |
| Fees After Discount | $ | 780.75 |
| **INVOICE TOTAL** | $ | **780.75** |

## TIME DETAIL

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/23 | Margolin, J | Finalized notice of closing and coordinated with team and KTBS in relation to same (0.40); addressed additional sale closing residual matters (0.20). | 0.60 | 675.00 |
| 08/16/23 | Gartman, C | Call with A. Jacobs (YCST) re: retiree benefits. | 0.10 | 105.75 |
| | | **Total** | **0.70** | **$ 780.75** |
| | | **INVOICE TOTAL** | | **$ 780.75** |

# Hughes Hubbard & Reed

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax:  +1 (212) 422-4726
hugheshubbard.com

Stanadyne PPT Group Holdings, Inc.
92 Deerfield Road
Windsor, CT 06095
Attention: Costas Loukellis

Invoice No. 2154597                                                September 12, 2023

FEDERAL TAX ID 13-5605391

---

**Re:  Assumption and Rejection of Leases and Contracts**
**Our File No.:  033682-00006**

For professional services rendered for the period through August 31, 2023 for the above referenced matter:

|   |   |   |
|---|---|---|
| Total Fees | $ | 235.00 |
| Less 10% Discount | $ | (23.50) |
| Fees After Discount | $ | 211.50 |
| **INVOICE TOTAL** | $ | **211.50** |

**TIME DETAIL**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/23 | Gartman, C | E-mails with N. Maoz (KTBS) et al. re: cure issues. | 0.20 | 211.50 |
| | | **Total** | **0.20** | **$ 211.50** |
| | | **INVOICE TOTAL** | | **$ 211.50** |

**Hughes Hubbard & Reed**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax:  +1 (212) 422-4726
hugheshubbard.com

Stanadyne PPT Group Holdings, Inc.
92 Deerfield Road
Windsor, CT 06095
Attention: Costas Loukellis

Invoice No. 2154598                                September 12, 2023

FEDERAL TAX ID 13-5605391

**Re:  Business Operations (Corporate)**
**Our File No.:  033682-00009**

For professional services rendered for the period through August 31, 2023 for the above referenced matter:

|  |  |  |
|---|---|---|
| Total Fees | $ | 235.00 |
| Less 10% Discount | $ | (23.50) |
| Fees After Discount | $ | 211.50 |
| **INVOICE TOTAL** | $ | **211.50** |

## TIME DETAIL

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/07/23 | Gartman, C | E-mails with client, Wells Fargo and YCST teams re: bank account issues. | 0.20 | 211.50 |
| | | **Total** | **0.20** $ | **211.50** |
| | | **INVOICE TOTAL** | $ | **211.50** |

# Hughes Hubbard & Reed

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Stanadyne PPT Group Holdings, Inc.
92 Deerfield Road
Windsor, CT 06095
Attention: Costas Loukellis

Invoice No. 2154599

September 12, 2023

FEDERAL TAX ID 13-5605391

Re:  Employee Benefits and Pensions
Our File No.:  033682-00013

For professional services rendered for the period through August 31, 2023 for the above referenced matter:

|  |  |  |
|---|---|---|
| Total Fees | $ | 1,057.50 |
| Less 10% Discount | $ | (105.75) |
| Fees After Discount | $ | 951.75 |
| **INVOICE TOTAL** | **$** | **951.75** |

**TIME DETAIL**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/23 | Gartman, C | Call with C. Wachsstock re: retiree benefit issues. | 0.20 | 211.50 |
| 08/02/23 | Gartman, C | E-mails with C. Wachsstock re: retiree benefits. | 0.10 | 105.75 |
| 08/10/23 | Gartman, C | E-mails with A. Jacobs re: retiree benefits issues. | 0.20 | 211.50 |
| 08/11/23 | Gartman, C | E-mails with YCST et al. re: retiree benefits. | 0.10 | 105.75 |
| 08/17/23 | Gartman, C | Call with A. Jacobs re: retiree benefits (.2); e-mails with YCST team re: same (.1). | 0.30 | 317.25 |
| | | **Total** | **0.90** | **$ 951.75** |
| | | **INVOICE TOTAL** | | **$ 951.75** |

# Hughes Hubbard & Reed

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax:  +1 (212) 422-4726
hugheshubbard.com

Stanadyne PPT Group Holdings, Inc.
92 Deerfield Road
Windsor, CT 06095
Attention: Costas Loukellis

Invoice No. 2154600

September 12, 2023

FEDERAL TAX ID 13-5605391

**Re:  Employment and Fee Applications**
**Our File No.:  033682-00014**

For professional services rendered for the period through August 31, 2023 for the above referenced matter:

|  |  |  |
|---|---|---|
| Total Fees | $ | 2,375.00 |
| Less 10% Discount | $ | (237.50) |
| Fees After Discount | $ | 2,137.50 |
| **INVOICE TOTAL** | $ | **2,137.50** |

**TIME DETAIL**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/23 | Margolin, J | Addressed residual ordinary course professional matters (0.20). | 0.20 | 225.00 |
| 08/02/23 | Margolin, J | Addressed residual ordinary course professional matters and follow-up with team on same (0.30). | 0.30 | 337.50 |
| 08/03/23 | Margolin, J | Reviewed certain professional fee matters and coordinated with team on resolution of same (0.20). | 0.20 | 225.00 |
| 08/19/23 | Margolin, J | Correspondence to Young Conaway in connection with professional fee matters (0.20). | 0.20 | 225.00 |
| 08/29/23 | Margolin, J | Prepared additional portions of HHR July 2023 fee statement and finalized same (0.80). | 0.80 | 900.00 |
| 08/31/23 | Margolin, J | Finalized HHR July 2023 monthly fee statement (0.20). | 0.20 | 225.00 |
| | | **Total** | **1.90** | **$ 2,137.50** |
| | | **INVOICE TOTAL** | | **$ 2,137.50** |

# Hughes Hubbard & Reed

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Stanadyne PPT Group Holdings, Inc.
92 Deerfield Road
Windsor, CT 06095
Attention: Costas Loukellis

Invoice No. 2154601                                                                 September 12, 2023

FEDERAL TAX ID 13-5605391

**Re: Meetings and Communications with Creditors**
**Our File No.: 033682-00017**

For professional services rendered for the period through August 31, 2023 for the above referenced matter:

|  |  |  |
|---|---|---|
| Total Fees | $ | 470.00 |
| Less 10% Discount | $ | (47.00) |
| Fees After Discount | $ | 423.00 |
| **INVOICE TOTAL** | $ | **423.00** |

**TIME DETAIL**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/23 | Gartman, C | Respond to creditor inquiries re: sale closing. | 0.30 | 317.25 |
| 08/02/23 | Gartman, C | Respond to creditor inquiries re: sale closing. | 0.10 | 105.75 |
| | | **Total** | **0.40** $ | **423.00** |
| | | **INVOICE TOTAL** | $ | **423.00** |

# Hughes Hubbard & Reed

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax:  +1 (212) 422-4726
hugheshubbard.com

Stanadyne PPT Group Holdings, Inc.
92 Deerfield Road
Windsor, CT 06095
Attention: Costas Loukellis

Invoice No. 2154602

September 12, 2023

FEDERAL TAX ID 13-5605391

**Re:  Real Estate**
**Our File No.:  033682-00020**

For professional services rendered for the period through August 31, 2023 for the above referenced matter:

|  |  |  |
|---|---|---|
| Total Fees | $ | 9,037.50 |
| Less 10% Discount | $ | (903.75) |
| Fees After Discount | $ | 8,133.75 |
| **INVOICE TOTAL** | **$** | **8,133.75** |

**TIME DETAIL**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/23 | Gartman, C | E-mails with YCST et al. re: abandonment motion, open issues (.8); call with E. Beitler re: abandonment motion (.2); call with D. Fidler (KTBS) re: same (.1); e-mails with D. Fidler re: same (.1); review committee revisions to same (.4); e-mails with J. Waxman et al. re: same (.2); e-mails with B. Dietz et al. re: same, NDA (.2); e-mails with JLL re: NDA (.1); call with K. Coleman re: Windsor issues (.2). | 2.30 | 2,432.25 |
| 08/01/23 | Beitler, E | Reviewing research re: effect of abandonment of real property in Connecticut (2.90). | 2.90 | 2,740.50 |
| 08/02/23 | Gartman, C | E-mails with YCST team, B. Dietz re: abandonment motion (.2); e-mails with JLL et al. re: Windsor sale issues (.1). | 0.30 | 317.25 |
| 08/03/23 | Gartman, C | E-mails with YCST, B. Dietz et al. re: Windsor notice, open issues. | 0.20 | 211.50 |
| 08/04/23 | Gartman, C | E-mails with B. Dietz, JLL et al. re: Windsor sale issues. | 0.60 | 634.50 |
| 08/07/23 | Gartman, C | E-mails with YCST team et al. re: Windsor issues (.3); call with client re: same (.1). | 0.40 | 423.00 |
| 08/16/23 | Gartman, C | E-mails with YCST, JLL et al. re: Windsor sale issues. | 0.10 | 105.75 |
| 08/17/23 | Gartman, C | Review objections to abandonment motion. | 0.40 | 423.00 |
| 08/18/23 | Gartman, C | Communications with A. Jacobs (YCST) et al. are: Windsor abandonment issues. | 0.60 | 634.50 |
| 08/31/23 | Gartman, C | E-mails with A. Jacobs (YCST) re: Windsor, lease issues. | 0.20 | 211.50 |
| | | **Total** | **8.00** | **$ 8,133.75** |
| | | **INVOICE TOTAL** | | **$ 8,133.75** |