**Exhibit B**

**Disbursements**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RUN DATE & TIME: | 09/12/2023 11:36 | | | WORKED THROUGH:<br>BILLING PARTNER: | 01/01/01 thru 08/31/23<br>06831 C Samuelson | | PAGE 5 |
| **CLIENT:**<br>**MATTER:** | **033682 Stanadyne PPT Group Holdings, Inc.**<br>**00025 Disbursements** | | | MATTER TYPE:<br>DATE MATTER OPENED: | BILLABLE MATTER<br>02/14/23 | | |
| CURRENCY: | USD | | | | | | |

### DETAILED COSTS – AS OF 08/31/23

| INDEX | COST CATEGORY | TRANS DATE | VENDOR NAME TRANSACTION DETAIL | / COST INCURRED BY | COST AMOUNT | VAT AMOUNT | BATCH DATE | BATCH ID |
|---|---|---|---|---|---|---|---|---|
| | Research Service | | | | | | | |
| 10349975 | | 07/01/23 | | Helfrick, T | 3.00 | 0.00 | 07/01/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349976 | | 07/02/23 | | Helfrick, T | 3.00 | 0.00 | 07/02/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349977 | | 07/04/23 | | Helfrick, T | 3.00 | 0.00 | 07/04/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349978 | | 07/05/23 | | Helfrick, T | 3.00 | 0.00 | 07/05/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349979 | | 07/06/23 | | Helfrick, T | 3.00 | 0.00 | 07/06/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349980 | | 07/07/23 | | Helfrick, T | 3.00 | 0.00 | 07/07/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |

| | | | | WORKED THROUGH: | 01/01/01 thru 08/31/23 | PAGE 6 |
|---|---|---|---|---|---|---|
| RUN DATE & TIME: | 09/12/2023 11:36 | | | BILLING PARTNER: | 06831 C Samuelson | |
| | | | | | | |
| CLIENT: | 033682 Stanadyne PPT Group Holdings, Inc. | | | MATTER TYPE: | BILLABLE MATTER | |
| MATTER: | 00025 Disbursements | | | DATE MATTER OPENED: | 02/14/23 | |
| CURRENCY: | USD | | | | | |

| INDEX | COST CATEGORY | TRANS DATE | VENDOR NAME TRANSACTION DETAIL | / COST INCURRED BY | COST AMOUNT | VAT AMOUNT | BATCH DATE | BATCH ID |
|---|---|---|---|---|---|---|---|---|
| 10349981 | | 07/08/23 | | Helfrick, T | 3.00 | 0.00 | 07/08/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349982 | | 07/09/23 | | Helfrick, T | 3.00 | 0.00 | 07/09/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349983 | | 07/09/23 | | Helfrick, T | 3.00 | 0.00 | 07/09/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349984 | | 07/10/23 | | Helfrick, T | 3.00 | 0.00 | 07/10/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349985 | | 07/11/23 | | Helfrick, T | 3.00 | 0.00 | 07/11/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349986 | | 07/12/23 | | Helfrick, T | 3.00 | 0.00 | 07/12/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349987 | | 07/13/23 | | Beitler, E | 3.00 | 0.00 | 07/13/23 | |
| | | | Research Service Pacer - (DEBK) 08-11382-CSS FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED | | | | | |

| | | | | WORKED THROUGH: | 01/01/01 thru 08/31/23 | PAGE 7 |
|---|---|---|---|---|---|---|
| RUN DATE & TIME: | 09/12/2023 11:36 | | | BILLING PARTNER: | 06831 C Samuelson | |
| | | | | | | |
| **CLIENT:** | **033682 Stanadyne PPT Group Holdings, Inc.** | | | MATTER TYPE: | BILLABLE MATTER | |
| **MATTER:** | **00025 Disbursements** | | | DATE MATTER OPENED: | 02/14/23 | |
| CURRENCY: | USD | | | | | |

| INDEX | COST CATEGORY | TRANS DATE | VENDOR NAME TRANSACTION DETAIL | / COST INCURRED BY | COST AMOUNT | VAT AMOUNT | BATCH DATE | BATCH ID |
|---|---|---|---|---|---|---|---|---|
| | | | HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349988 | | 07/13/23 | | Beitler, E | 0.20 | 0.00 | 07/13/23 | |
| | | | Research Service Pacer - (DEBK) 08-11382-CSS D OCUMENT 613-0 | | | | | |
| 10349989 | | 07/13/23 | | Helfrick, T | 3.00 | 0.00 | 07/13/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349990 | | 07/14/23 | | Helfrick, T | 3.00 | 0.00 | 07/14/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349991 | | 07/15/23 | | Helfrick, T | 3.00 | 0.00 | 07/15/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349992 | | 07/16/23 | | Helfrick, T | 3.00 | 0.00 | 07/16/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349993 | | 07/17/23 | | Helfrick, T | 3.00 | 0.00 | 07/17/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349994 | | 07/18/23 | | Helfrick, T | 3.00 | 0.00 | 07/18/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED | | | | | |

| | | | | WORKED THROUGH: | 01/01/01 thru 08/31/23 | PAGE 8 |
|---|---|---|---|---|---|---|
| RUN DATE & TIME: | 09/12/2023 11:36 | | | BILLING PARTNER: | 06831 C Samuelson | |
| | | | | | | |
| CLIENT: | 033682 Stanadyne PPT Group Holdings, Inc. | | | MATTER TYPE: | BILLABLE MATTER | |
| MATTER: | 00025 Disbursements | | | DATE MATTER OPENED: | 02/14/23 | |
| | | | | | | |
| CURRENCY: | USD | | | | | |

| INDEX | COST CATEGORY | TRANS DATE | VENDOR NAME TRANSACTION DETAIL | / COST INCURRED BY | COST AMOUNT | VAT AMOUNT | BATCH DATE | BATCH ID |
|---|---|---|---|---|---|---|---|---|
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349995 | | 07/19/23 | | Helfrick, T | 3.00 | 0.00 | 07/19/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349996 | | 07/20/23 | | Helfrick, T | 3.00 | 0.00 | 07/20/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349997 | | 07/21/23 | | Helfrick, T | 3.00 | 0.00 | 07/21/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349998 | | 07/22/23 | | Helfrick, T | 3.00 | 0.00 | 07/22/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10349999 | | 07/23/23 | | Helfrick, T | 3.00 | 0.00 | 07/23/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10350000 | | 07/24/23 | | Helfrick, T | 3.00 | 0.00 | 07/24/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10350001 | | 07/25/23 | | Helfrick, T | 3.00 | 0.00 | 07/25/23 | |

| | | | | WORKED THROUGH: | 01/01/01 thru 08/31/23 | | PAGE 9 |
|---|---|---|---|---|---|---|---|
| RUN DATE & TIME: | 09/12/2023 11:36 | | | BILLING PARTNER: | 06831 C Samuelson | | |
| | | | | | | | |
| CLIENT: | 033682 Stanadyne PPT Group Holdings, Inc. | | | MATTER TYPE: | BILLABLE MATTER | | |
| MATTER: | 00025 Disbursements | | | DATE MATTER OPENED: | 02/14/23 | | |
| | | | | | | | |
| CURRENCY: | USD | | | | | | |

| INDEX | COST CATEGORY | TRANS DATE | VENDOR NAME TRANSACTION DETAIL | / COST INCURRED BY | COST AMOUNT | VAT AMOUNT | BATCH DATE | BATCH ID |
|---|---|---|---|---|---|---|---|---|
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10350002 | | 07/26/23 | | Helfrick, T | 3.00 | 0.00 | 07/26/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10350003 | | 07/27/23 | | Helfrick, T | 3.00 | 0.00 | 07/27/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10350004 | | 07/28/23 | | Helfrick, T | 3.00 | 0.00 | 07/28/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10350005 | | 07/29/23 | | Helfrick, T | 3.00 | 0.00 | 07/29/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10350006 | | 07/30/23 | | Helfrick, T | 3.00 | 0.00 | 07/30/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS FOR DO CUMENTS: INCLUDED | | | | | |
| 10350007 | | 07/31/23 | | Helfrick, T | 3.00 | 0.00 | 07/31/23 | |
| | | | Research Service Pacer - (DEBK) 23-10207-TMH FIL OR ENT: FILED DOC FROM: 0 DOC TO: 99999999 TERM: INCLUDED HE ADERS: INCLUDED FORMAT: HTML PAGE COUNTS | | | | | |

| | | | | | WORKED THROUGH: | 01/01/01 thru 08/31/23 | | PAGE 10 |
|---|---|---|---|---|---|---|---|---|
| RUN DATE & TIME: | 09/12/2023 11:36 | | | | BILLING PARTNER: | 06831 C Samuelson | | |
| | | | | | | | | |
| **CLIENT:** | **033682 Stanadyne PPT Group Holdings, Inc.** | | | | MATTER TYPE: | BILLABLE MATTER | | |
| **MATTER:** | **00025 Disbursements** | | | | DATE MATTER OPENED: | 02/14/23 | | |
| | | | | | | | | |
| CURRENCY: | USD | | | | | | | |

| INDEX | COST CATEGORY | TRANS DATE | VENDOR NAME TRANSACTION DETAIL | / COST INCURRED BY | COST AMOUNT | VAT AMOUNT | BATCH DATE | BATCH ID |
|---|---|---|---|---|---|---|---|---|
| | | | FOR DO CUMENTS: INCLUDED | | | | | |
| | | | | **TOTAL 0065** | **96.20** | **0.00** | | |
| | Professional Services - Paid | | | | | | | |
| 10346378 | | 08/16/23 | Continental Corporate Services, Inc. | Castro-Mendivil, A | 838.00 | 0.00 | 08/16/23 | 668838 |
| | | | Professional Services - Paid Professional Svcs Costs - Vendor: Continental Corporate Services, Inc. - Filed name change amendment with Delaware for STANADYNE PPT HOLDINGS, INC. and STANADYNE PPT GROUP HOLDINGS, INC. Inv# 080923773PA Date: 08/10/2023 | | | | | |
| | | | | **TOTAL 0149** | **838.00** | **0.00** | | |
| | | | | **TOTAL MATTER** | **934.20** | **0.00** | | |