IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **STANADYNE LLC, *et al.***[1] | Case No. 23-10207 (TMH) |
| **Debtors.** | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 547

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Fifth Monthly Fee Statement of Hughes Hubbard & Reed LLP as Counsel for the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 Through and Including July 31, 2023* [Docket No. 547] (the "Application") filed on August 31, 2023.

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served by September 20, 2023 at 4:00 p.m. (ET).

Pursuant to the *Order Pursuant to Sections 105(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 136], the Debtors are now authorized to pay 80% ($364,507.20) of requested fees ($455,634.00) and 100% of requested expenses ($309.36) on an interim basis without further order of the Court.

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

30800099.1

<table>
<tr><td>Dated: September 21, 2023<br>Wilmington, Delaware</td><td>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br><br><u>/s/ Ashley E. Jacobs</u><br>Michael R. Nestor (No. 3526)<br>Andrew L. Magaziner (No. 5426<br>Ashley E. Jacobs (No. 5635)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801-6108<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>       amagaziner@ycst.com<br>       ajacobs@ycst.com<br><br>-and-<br><br>Kathryn A. Coleman<br>Christopher Gartman<br>Jeffrey S. Margolin<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>Email: katie.coleman@hugheshubbard.com<br>       chris.gartman@hugheshubbard.com<br>       jeff.margolin@hugheshubbard.com<br><br>*Counsel for the Debtors*</td></tr>
</table>