IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **STANADYNE LLC, *et al.***[1] | Case No. 23-10207 (TMH) |
| **Debtors.** | (Jointly Administered) |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 26, 2023 AT 1:00 P.M. (ET)

> This hearing will be held in Courtroom 7. Any parties attending via Zoom are required to register in advance. Please use the link below to register for the hearing. Please register no later than 4:00 p.m. (ET) on September 25, 2023.
>
> Registration link:
> https://debuscourts.zoomgov.com/meeting/register/vJIsde2qrTgoGWpu6Z-a4flBP123Xi49FwY
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. You must use your full name when registering and logging into Zoom or you will not be granted access to the hearing.

### **MATTERS GOING FORWARD**

1. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon or, Alternatively Sell the Windsor Property and (II) for Related Relief [D.I. 486, 8/2/23]

    Related Documents:

    A. Response of Stanadyne Operating Company LLC to Objection of the Town of Windsor to the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon or, Alternatively Sell the Windsor Property and (II) for Related Relief [D.I. 520, 8/18/23]

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

[2] **Amended Items are bolded.**

30808968.1

B.  Declaration of Bradley I. Dietz in Support of the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon or, Alternatively Sell the Windsor Property and (II) for Related Relief [D.I. 523, 8/21/23]

C.  Supplement to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon or, Alternatively Sell the Windsor Property and (II) for Related Relief [D.I. 550, 9/5/23]

D.  Notice of Filing of Revised Proposed Sale Order [D.I. 586, 9/22/23]

E.  Debtors' Reply in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon or, Alternatively Sell the Windsor Property and (II) for Related Relief [D.I. 587, 9/22/23]

F.  Debtors' Motion for an Order, Pursuant to Local Rule 9006-1(d), Granting the Debtors Leave and Permission to file the Debtors' Reply in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon or, Alternatively Sell the Windsor Property and (II) for Related Relief [D.I. 588, 9/22/23]

G.  Order, Pursuant to Local Rule 9006-1(d), Granting the Debtors Leave and Permission to file the Debtors' Reply in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon or, Alternatively Sell the Windsor Property and (II) for Related Relief [D.I. 589, 9/22/23]

Response Deadline:    September 19, 2023 at 4:00 p.m. [ET] (Extended to September 21, 2023 at 5:00 p.m. [ET] for the United States Department of Justice, Environment and Natural Resources Division, and the Connecticut Department of Justice)

Responses Received:

H.  Informal response of the United States Department of Justice Environment and Natural Resources Division

I.  Objection of the Connecticut Department of Energy and Environmental Protection to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon or, Alternatively Sell the Windsor Property and (II) for Related Relief [D.I. 513, 8/17/23]

J.  Objection of the Town of Windsor to the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon or, Alternatively Sell the Windsor Property and (II) for Related Relief [D.I. 516, 8/17/23]

K.  Objection of Metromedia Company to the Supplement to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon or, Alternatively Sell the Windsor Property and (II) for Related Relief [D.I. 576, 9/19/23]

  L. Metromedia Company's Witness and Exhibit List for September 26, 2023 1:00 p.m. Hearing [D.I. 590, 9/22/23]

**Additional Documents:**

  **M.** **Notice of Filing of Proposed Sale Order [D.I. 565, 9/11/23]**

  **N.** **Notice of Filing of Amendment to Purchase and Sale Agreement [D.I. 598, 9/25/23]**

  **O.** **Declaration of James Panczykowski in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon or, Alternatively Sell the Windsor Property and (II) for Related Relief [D.I. 599, 9/25/23]**

  **P.** **Supplemental Declaration of Bradley I. Dietz in Support of the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon or, Alternatively Sell the Windsor Property and (II) for Related Relief [D.I. 600, 9/25/23]**

  Q. **Notice of Filing of Further Revised Proposed Sale Order [D.I. 602, 9/25/23]**

Status: The response listed as item H is resolved. The responses listed as items I and J are moot as they relate to the abandonment of the Windsor Property. This matter is going forward with respect to the response listed as item K.

2. Motion of the Official Committee of Unsecured Creditors for an Order (I) Approving on an Interim Basis the Adequacy of Disclosures in the Combined Disclosure Statement and Plan of Liquidation, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, and Approving the Form of Ballot and Solicitation Package, and (IV) Approving the Notice Provisions [D.I. 561, 9/8/23]

  Related Documents:

  A. Combined Disclosure Statement and Plan of Liquidation Dated September 8, 2023 [D.I. 562, 9/8/23]

  Response Deadline: September 22, 2023 at 4:00 p.m. [ET]

  Responses Received:

  B. Informal response from the Office of the United States Trustee

  Status: This matter is going forward.

Dated: September 25, 2023
Wilmington, Delaware

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Michael R. Nestor (No. 3526)
Andrew L. Magaziner (No. 5426
Ashley E. Jacobs (No. 5635)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801-6108
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
      amagaziner@ycst.com
      ajacobs@ycst.com

-and-

Kathryn A. Coleman
Christopher Gartman
Jeffrey S. Margolin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: katie.coleman@hugheshubbard.com
      chris.gartman@hugheshubbard.com
      jeff.margolin@hugheshubbard.com

*Counsel for the Debtors*