**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>STANADYNE LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10207 (TMH)<br>(Jointly Administered)<br><br>**Re: Docket Nos. 562, 604** |

**NOTICE OF FILING OF BLACKLINE OF COMBINED DISCLOSURE STATEMENT
AND PLAN OF LIQUIDATION DATED SEPTEMBER 25, 2023**

PLEASE TAKE NOTICE that on September 8, 2023, the Official Committee of Unsecured Creditors (the "Committee") for the above-captioned debtors and debtors in possession filed the *Combined Disclosure Statement and Plan of Liquidation Dated September 8, 2023* [Docket No. 562] (the "September 8 Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that on September 25, 2023, the Committee filed the *Combined Disclosure Statement and Plan of Liquidation Dated September 25, 2023* [Docket No. 604] (the "September 25 Plan") with the Court.

PLEASE TAKE FURTHER NOTICE that for the convenience of the Court and all parties in interest, a blackline comparing the September 8 Plan to the September 25 Plan is attached hereto as **Exhibit 1**.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

16324761/1

|  |  |
|---|---|
| Dated: September 25, 2023 | **MORRIS JAMES LLP** |

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: emonzo@morrisjames.com

and

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Thomas Moers Mayer (admitted *pro hac vice*)
Adam C. Rogoff (admitted *pro hac vice*)
Rose Hill Bagley (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, NY  10036
Telephone: (212) 715-9100
E-mail: tmayer@kramerlevin.com
E-mail: arogoff@kramerlevin.com
E-mail: rbagley@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*

16324761/1