**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*<br><br>**STANADYNE LLC, *et al.*,**[1]<br><br>**Debtors.** | Chapter 11<br><br>Case No. 23-10207 (TMH)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Mariela Valdez Macias, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 21, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Sixth Monthly Fee Statement of Hughes Hubbard & Reed LLP as Counsel for the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 Through and Including August 31, 2023** [Docket No. 580]

Furthermore, on September 21, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Monthly Operating Report for Stanadyne LLC for the Period Ending August 31, 2023** [Docket No. 582]

- **Monthly Operating Report for Pure Power Technologies, Inc. for the Period Ending August 31, 2023** [Docket No. 583]

- **Monthly Operating Report for Stanadyne PPT Holdings, Inc. for the Period Ending August 31, 2023** [Docket No. 584]

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

- **Monthly Operating Report for Stanadyne PPT Group Holdings, Inc. for the Period Ending August 31, 2023** [Docket No. 585]

Dated: September 25, 2023

*/s/ Mariela Valdez Macias*
Mariela Valdez Macias
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Fee Application Notice Parties**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for the Debtors | Hughes Hubbard & Reed LLP | Kathryn A. Coleman<br>Christopher Gartman | katie.coleman@hugheshubbard.com<br>chris.gartman@hugheshubbard.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer<br>Adam C. Rogoff<br>Rose Hill Bagley | tmayer@kramerlevin.com<br>arogoff@kramerlevin.com<br>rbagley@kramerlevin.com |
| Counsel to the Prepetition Secured Lenders (Cerberus Business Finance, LLC) | KTBS Law LLP | Michael L. Tuchin<br>Robert J. Smith<br>David A. Fidler<br>Nir Maoz | mtuchin@ktbslaw.com<br>rsmith@ktbslaw.com<br>dfidler@ktbslaw.com<br>nmaoz@ktbslaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Jeffrey R. Waxman<br>Eric J. Monzo | jwaxman@morrisjames.com<br>emonzo@morrisjames.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | jane.m.leamy@usdoj.gov |
| Counsel to Cerberus Business Finance, LLC | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones<br>Timothy P. Cairns | ljones@pszjlaw.com<br>tcairns@pszjlaw.com |
| Debtors and Debtors in Possession | Stanadyne LLC | Costas Loukellis | cloukellis@stanadyne.com |
| Local Counsel for the Debtors | Young Conaway Stargatt & Taylor, LLP | Michael R. Nestor<br>Andrew L. Magaziner | mnestor@ycst.com<br>amagaziner@ycst.com |

In re Stanadyne LLC, et al.
Case No. 23-10207 (TMH)

Page 1 of 1

# Exhibit B

**Exhibit B**
**United States Trustee**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |

In re Stanadyne LLC, et al.
Case No. 23-10207 (TMH)

Page 1 of 1

# Exhibit C

**Exhibit C**
**United States Trustee**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | jane.m.leamy@usdoj.gov |