**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* | Chapter 11 |
| **STANADYNE LLC, *et al.*,**[1] | Case No. 23-10207 (TMH) |
| **Debtors.** | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Mariela Valdez Macias, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 25, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Amendment to Purchase and Sale Agreement** [Docket No. 598]

- **Declaration of James Panczykowski in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon or, Alternatively Sell the Windsor Property and (II) for Related Relief** [Docket No. 599]

- **Supplemental Declaration of Bradley I. Dietz in Support of the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Abandon or, Alternatively Sell the Windsor Property and (II) for Related Relief** [Docket No. 600]

- **Notice of Filing of Further Revised Proposed Sale Order** [Docket No. 602]

Furthermore, on September 25, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit C**:

- **Notice of Amended Agenda of Matters Scheduled for Hearing on September 26, 2023 at 1:00 p.m. (ET)** [Docket No. 603]

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734).  The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

-- 2 --

- **Notice of Second Amended Agenda of Matters Scheduled for Hearing on September 26, 2023 at 1:00 p.m. (ET)** [Docket No. 607]

Dated: September 25, 2023

/s/ *Mariela Valdez Macias*
Mariela Valdez Macias
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 20 Unsecured Creditor / Committee of Unsecured Creditors | 3B Supply | Tom Sedor Jonathan Leissler | tom.sedor@3bsupply.com Jonathan.Leissler@3BSupply.com |
| Attorneys for NN, Inc., d/b/a Autocam | Bass, Berry & Sims PLC | Paul G. Jennings | pjennings@bassberry.com |
| Attorneys for Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Attorneys for Astron, Inc. | Connolly Gallagher LLP | Karen C. Bifferato | kbifferato@connollygallagher.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| IRS | Internal Revenue Service | Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Navistar, Inc. | Joyce, LLC | Michael J. Joyce | mjoyce@mjlawoffices.com |
| Counsel to Kendrion (Shelby) Inc. | Klehr Harrison Harvey Branzburg LLP | Michael W. Yurkewicz | myurkewicz@klehr.com |
| Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer Adam C. Rogoff Rose Hill Bagley | tmayer@kramerlevin.com arogoff@kramerlevin.com rbagley@kramerlevin.com |
| Counsel to the Prepetition Secured Lenders (Cerberus Business Finance, LLC) | KTBS Law LLP | Michael L. Tuchin Robert J. Smith David A. Fidler Nir Maoz | mtuchin@ktbslaw.com rsmith@ktbslaw.com dfidler@ktbslaw.com nmaoz@ktbslaw.com |
| Counsel to Kendrion (Shelby) Inc. | Maddin Hauser Roth & Heller P.C. | Julie B. Teicher | jteicher@maddinhauser.com |
| Attorneys for the Town of Windsor | McElroy, Deutsch, Mulvaney & Carpenter, LLP | David P. Primack Gaston P. Loomis | dprimack@mdmc-law.com gloomis@mdmc-law.com |
| Counsel for Caterpillar Reman Powertrain Indiana, LLC | McGlinchey Stafford PLLC | Rudy J. Cerone | RCerone@mcglinchey.com |
| Attorneys for Waste Management | Monzack Mersky and Browder, P.A | Rachel B. Mersky | rmersky@monlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Jeffrey R. Waxman Eric J. Monzo | jwaxman@morrisjames.com emonzo@morrisjames.com |
| Committee of Unsecured Creditors | Navistar, Inc. | Karin Reichensperger | karin.reichensperger@navistar.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | jane.m.leamy@usdoj.gov |
| Attorney for State of Ohio | Ohio Attorney General | Robert L. Doty, AAG | robert.doty@ohioattorneygeneral.gov |
| Counsel to Cerberus Business Finance, LLC | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones Timothy P. Cairns | ljones@pszjlaw.com tcairns@pszjlaw.com |
| Top 20 Unsecured Creditor / Committee of Unsecured Creditors | Pension Benefit Guaranty Corp. | Carl H. Charlotin Michael Strollo | charlotin.carl@pbgc.gov strollo.michael@pbgc.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Courtney L. Morgan Soo Min Kim and Andrea Wong | morgan.courtney@pbgc.gov efile@pbgc.gov kim.soomin@pbgc.gov wong.andrea@pbgc.gov |
| Attorneys for the Town of Windsor | Pullman & Comley, LLC | Kristin B. Mayhew | kmayhew@pullcom.com |
| Attorneys for Encina Equipment Finance SPV, LLC and Phillips Corporation | Reed Smith LLP | Mark W. Eckard | meckard@reedsmith.com |
| Counsel for Caterpillar Reman Powertrain Indiana, LLC | Robinson & Cole LLP | Ryan M. Messina Jamie L. Edmonson | RMessina@rc.com JEdmonson@rc.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | philadelphia@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | Regional Director | bankruptcynoticeschr@sec.gov NYROBankruptcy@SEC.GOV |
| Counsel to Navistar, Inc. | Shutts & Bowen LLP | Ryan C. Reinert | rreinert@shutts.com |
| Committee of Unsecured Creditors | Standard Motor Products | Erin Pawlish | erin.pawlish@smpcorp.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Agent for Toyota Industries Commercial Finance Inc. | Weltman, Weinberg & Reis Co. LPA | Scott D. Fink | sfink@weltman.com |

# Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor / Committee of Unsecured Creditors | 3B Supply | Attn Jonathan Leissler and Tom Sedor | 11470 Euclid Avenue, Suite 407 | | | Cleveland | OH | 44106 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Counsel for Caterpillar Reman Powertrain Indiana, LLC | McGlinchey Stafford PLLC | Rudy J. Cerone | 601 Poydras Street, Suite 1200 | | | New Orleans | LA | 70130 |
| Committee of Unsecured Creditors | Navistar, Inc. | Attn Karin Reichensperger | 2701 Navistar Drive, Building 7 | | | Lisle | IL | 60532 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Attorney for State of Ohio | Ohio Attorney General | Robert L. Doty, AAG | One Government Center, Suite 1240 | Collections Enforcement, Toledo Regional Office | | Toledo | OH | 43604-2261 |
| Top 20 Unsecured Creditor / Committee of Unsecured Creditors | Pension Benefit Guaranty Corp. | Attn Michael Strollo and Carl H. Charlotin | 445 12th Street SW | | | Washington | DC | 20024-2101 |
| Attorneys for the Town of Windsor | Pullman & Comley, LLC | Kristin B. Mayhew | 850 Main Street | P.O. Box 7006 | | Bridgeport | CT | 06601-7006 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 |
| SEC Regional Office | Securities & Exchange Commission NY Office | Regional Director | 100 Pearl St. | Suite 20-100 | | New York | NY | 10004-2616 |
| Counsel to Navistar, Inc. | Shutts & Bowen LLP | Ryan C. Reinert | 4301 West Boy Scout Blvd., Ste. 300 | | | Tampa | FL | 33607 |
| Committee of Unsecured Creditors | Standard Motor Products | Attn Erin Pawlish | 37-18 Northern Blvd | | | Long Island City | NY | 11101 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| Agent for Toyota Industries Commercial Finance Inc. | Weltman, Weinberg & Reis Co. LPA | Scott D. Fink | 965 Keynote Circle | | | Brooklyn Heights | OH | 44131 |

# Exhibit C

**Exhibit C**
**Objecting & Responding Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Connecticut Department of Energy and Environmental Protection | Connecticut Department of Energy and Environmental Protection | William Tong, Scott N. Koschwitz | scott.koschwitz@ct.gov |
| Counsel to Metromedia Company | Dilworth Paxson LLP | Martin J. Weis | mweis@dilworthlaw.com |

In re Stanadyne LLC, et al.
Case No. 23-10207 (TMH)

Page 1 of 1