**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| STANADYNE LLC, *et al.*,[1] | Case No. 23-10207 (TMH) |
| Debtors. | (Jointly Administered) |
|  | **Re: Docket No. 604** |

**NOTICE OF FILING OF PLAN SUPPLEMENT FOR COMBINED DISCLOSURE
STATEMENT AND PLAN OF LIQUIDATION DATED SEPTEMBER 25, 2023**

**PLEASE TAKE NOTICE** that on September 25, 2023, Official Committee of Unsecured Creditors (the "Committee") for the above-captioned debtors and debtors in possession filed the *Combined Disclosure Statement and Plan of Liquidation Dated September 25, 2023* [Docket No. 604] (the "Combined Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on September 26, 2023, the Court entered the *Order (I) Approving on an Interim Basis the Adequacy of Disclosures in the Combined Disclosure Statement and Plan of Liquidation, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, and Approving the Form of Ballot and Solicitation Package, and (IV) Approving the Notice Provisions* [Docket No. 614] approving the Disclosures in the Combined Plan on an interim basis and establishing procedures for solicitation and tabulation of votes to accept or reject the Combined Plan.

**PLEASE TAKE FURTHER NOTICE** that the Combined Plan contemplates the submission of certain documents (or forms thereof), schedules, and exhibits to the Combined Plan in advance of the hearing on confirmation of the Combined Plan (the "Confirmation Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Committee hereby files the following Plan Supplement documents:

● Exhibit A – Liquidating Trust Agreement

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

16370392/1

**PLEASE TAKE FURTHER NOTICE** that the forms of the documents contained in the Plan Supplement are integral to, and are considered part of, the Combined Plan. If the Combined Plan is confirmed, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the order confirming the Combined Plan.

**PLEASE TAKE FURTHER NOTICE** that the Committee reserves the right, subject to the terms and conditions set forth in the Combined Plan, to alter, amend, modify, or supplement any document in the Plan Supplement; provided, if any document in the Plan Supplement is altered, amended, the Committee will provide notice of such filing.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement and Combined Plan may be viewed for free at the website of the Committee's balloting agent, Stretto https://www.kccllc.net/stanadyne or for a fee on the Bankruptcy Court's website at http://www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing will be held on **November 21, 2023 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Thomas M. Horan in the United States Bankruptcy Court for the District of Delaware. Please be advised that the Confirmation Hearing may be continued from time to time by the Bankruptcy Court without further notice.

Dated: October 20, 2023

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: emonzo@morrisjames.com

-and-

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Adam C. Rogoff (admitted *pro hac vice*)
Rose Hill Bagley (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
E-mail: arogoff@kramerlevin.com
E-mail: rbagley@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*