## **EXHIBIT A**

Amended Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| STANADYNE LLC, *et al.*,[1] | Case No. 23-10207 (TMH) (Jointly Administered) |
| Debtors. | **Re: Docket Nos. 614 & ___** |

**ORDER EXTENDING DEADLINE TO FILE CONFIRMATION BRIEF AND**
**SUPPORTING EVIDENCE AND RESPOND TO OBJECTIONS TO THE PLAN**

Upon consideration of the *Certification of Counsel Regarding Order Granting Motion of the Official Committee of Unsecured Creditors for an Order (I) Approving on an Interim Basis the Adequacy of Disclosures in the Combined Disclosure Statement and Plan of Liquidation, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, and Approving the Form of Ballot and Solicitation Package, and (IV) Approving the Notice Provisions* (the "Certification"); and this Court having reviewed the Certification; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDER THAT:**

1.      The Court's Order (I) Approving on an Interim Basis the Adequacy of Disclosures in the Combined Disclosure Statement and Plan of Liquidation, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, and Approving the Form of Ballot and Solicitation Package, and (IV) Approving the Notice Provisions

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734).  The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

[Docket No. 614] dated September 26, 2023 is hereby amended to provide that, no later than **November 14, 2023,** any party in interest may file a brief in support of confirmation of the Plan, submit any evidence in support of confirmation of the Plan, or respond to any objections or responses filed in opposition to the Plan.

2.      This Court shall retain jurisdiction over any and all matters arising from the interpretation, implementation, or enforcement of this Order.