**Exhibit A**
**Ballot Tabulation Summary**

| Class Name | Class Description | Not Tabulated | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ in Class | Total $ Voted | $ Accepted | $ Rejected | $ Abstained | % $ Accepted | % $ Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Cerberus Deficiency Claim | 0 | 1 | 1 | 0 | 100.00 | 0.00 | $87,252,851.11 | $87,252,851.11 | $87,252,851.11 | $0.00 | $0.00 | 100.00 | 0.00 |
| 4 | General Unsecured Claims | 1 | 39 | 37 | 2 | 94.87 | 5.13 | $84,556,830.48 | $31,752,309.10 | $31,725,765.75 | $26,543.35 | $1.00 | 99.92 | 0.08 |
| 5 | Convenience Claims | 4 | 61 | 53 | 8 | 86.89 | 13.11 | $1,746,956.65 | $279,750.43 | $244,392.82 | $35,357.61 | $32,838.00 | 87.36 | 12.64 |

Stanadyne LLC, et al.
Case No 23-10207

Page 1 of 1

**Exhibit A-1**
**Class 3 Ballot Detail Report**
**Cerberus Deficiency Claim**

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Cerberus Business Finance, LLC | 10/21/2023 | 66 | $87,252,851.11 | Accept |

Stanadyne LLC, et al.
Case No 23-10207

Page 1 of 1

**Exhibit A-2**
**Class 4 Ballot Detail Report**
**General Unsecured Claims**

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Air Gas USA LLC | 10/24/2023 | 87 | $1,675.58 | Accept |
| ALBANO, JOANNE | 10/24/2023 | 78 | $598,104.00 | Accept |
| ALBANO, JOANNE | 10/24/2023 | 79 | $93,600.00 | Accept |
| Alice M. Brady | 10/24/2023 | 75 | $388,677.60 | Accept |
| Alice M. Brady | 10/24/2023 | 76 | $676,878.00 | Accept |
| Alix Yale and Ristas, LLP | 10/20/2023 | 61 | $80,095.56 | Accept |
| BEADEN SCREEN INC. | 10/09/2023 | 15 | $7,240.51 | Accept |
| Brovedani Spa | 10/11/2023 | 23 | $189,117.33 | Accept |
| Buonomo, Donald | 10/17/2023 | 42 | $169,247.00 | Accept |
| Buonomo, Donald | 10/17/2023 | 43 | $22,868.00 | Accept |
| CLARK, WARREN | 10/20/2023 | 60 | $656,155.00 | Accept |
| CUMMINGS, PATRICK | 10/26/2023 | 47 | $200,147.40 | Accept |
| ENTIGAR, ROBERT | 10/24/2023 | 81 | $77,023.00 | Accept |
| FREEWAY CORPORATION | 10/13/2023 | 31 | $1,116.00 | Accept |
| Goldfarb and Associates, Inc. | 10/05/2023 | 8 | $38,520.00 | Accept |
| Haggerty, Rosemary | 10/26/2023 | 107 | $225,316.08 | Accept |
| HENDERSON, MAXINE | 10/22/2023 | 69 | $112,392.00 | Accept |
| HENDERSON, PAUL | 10/22/2023 | 68 | $355,580.00 | Accept |
| Jean S. McCarthy | 10/25/2023 | 95 | $467,210.47 | Accept |
| Jean S. McCarthy | 10/25/2023 | 96 | $105,893.06 | Accept |
| Joseph J. Paganini | 10/16/2023 | 38 | $795,010.00 | Accept |
| KELLEY, EDWARD | 10/18/2023 | 54 | $320,408.88 | Accept |
| LANGIN, STEPHEN S | 10/18/2023 | 48 | $957,410.00 | Accept |
| Leon Janik | 10/21/2023 | 65 | $1,765,334.00 | Accept |
| Lohbauer, John | 10/18/2023 | 53 | $1.00 | Accept |
| LUCIUK, MARILEE | 10/26/2023 | 104 | $320,661.00 | Accept |
| Mark Cavanagh | 10/24/2023 | 80 | $227,050.41 | Accept |
| Michael H Boyer | 10/20/2023 | 62 | $511,000.00 | Accept |
| Michael H Boyer | 10/26/2023 | 103 | $398,000.00 | Accept |
| Northern Gear, LLC | 10/09/2023 | 13 | $31,149.00 | Accept |
| Old Dominion Freight Line, Inc. | 10/25/2023 | 93 | $26,542.35 | Reject |
| Pension Benefit Guaranty Corporation | 10/19/2023 | 58 | $15,538,178.33 | Accept |
| PHAM, NHAN | 10/12/2023 | 28 | $23,040.00 | Accept |
| RAECEK, TONI | 10/24/2023 | 77 | $135,477.00 | Accept |
| RICCI, PHILIP | 10/20/2023 | 64 | $565,983.68 | Accept |

Stanadyne LLC, et al.
Case No 23-10207

Page 1 of 2

**Exhibit A-2**
**Class 4 Ballot Detail Report**
**General Unsecured Claims**

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Richard P Cosgrove | 10/26/2023 | 109 | $255,000.00 | Accept |
| SANTIAGO, VICTOR | 10/24/2023 | 44 | $1.00 | Reject |
| SOLAR ATMOSPHERES SOUTHEAST, INC. | 10/26/2023 | 101 | $886.78 | Accept |
| TAVARES, NELSON R | 10/20/2023 | 63 | $84,000.00 | Accept |
| TODARO, GLEN | 10/26/2023 | 100 | $86,256.08 | Accept |
| TROTTER, ROBERT S | 10/26/2023 | 106 | $585,363.00 | Accept |
| WILLETT, JACK A | 10/24/2023 | 88 | $1.00 | Accept |
| William Dan Gurley | 10/17/2023 | 45 | $724,024.00 | Accept |
| William Dan Gurley | 10/17/2023 | 46 | $1,577,280.00 | Accept |
| William W Kelly | 10/25/2023 | 97 | $1,297,120.00 | Accept |
| William W Kelly | 10/25/2023 | 98 | $1,060,275.00 | Accept |

Stanadyne LLC, et al.
Case No 23-10207

Page 2 of 2

Exhibit A-3
## Class 5 Ballot Detail Report
### Convenience Claims

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| ABACUS BACKFLOW PREVENTER TESTING, LLC | 10/26/2023 | 105 | $3,046.94 | Accept |
| ALD Thermal Treatment Inc. | 10/26/2023 | 110 | $18,393.18 | Accept |
| AMERICAN RING & TOOL CO. | 10/13/2023 | 30 | $4,590.00 | Reject |
| Argo Partners | 10/10/2023 | 19 | $19,955.50 | Accept |
| ATTENTION TO DETAIL CLEANING SERVICE | 10/24/2023 | 82 | $14,248.14 | Accept |
| BALL, JOAN | 10/24/2023 | 91 | $1.00 | Accept |
| Bob Cook Sales | 10/10/2023 | 21 | $6,963.99 | Reject |
| BUCK, SR, LAMON | 10/24/2023 | 83 | $1.00 | Accept |
| CAINE, RONALD | 10/18/2023 | 50 | $1.00 | Accept |
| COLUMBIASOFT CORPORATION | 10/24/2023 | 71 | $205.00 | Accept |
| Connecticut State Treasurer Unclaimed Property Division | 10/26/2023 | 112 | $1.00 | Accept |
| Consultech Services Inc | 10/13/2023 | 33 | $4,951.00 | Accept |
| COURTYARD BY MARRIOTT JACKSONVILLE | 10/02/2023 | 1 | $1,987.99 | Accept |
| CZERO, INC | 10/18/2023 | 55 | $20,000.00 | Accept |
| DUPONT, THERESA | 10/14/2023 | 35 | $1.00 | Accept |
| DWYER, RONALD | 10/09/2023 | 17 | $1.00 | Accept |
| ELECTRIC CONTROL AND SUPPLY, INC. | 10/05/2023 | 4 | $6,756.61 | Accept |
| Ellis Elite Plumbing LLC DBA Roto-Rooter | 10/13/2023 | 32 | $837.80 | Reject |
| Exacto Spring Corporation | 10/09/2023 | 16 | $8,285.07 | Accept |
| Gardner, Ursula | 10/08/2023 | 12 | $1.00 | Accept |
| GREYSTONE INC. | 10/24/2023 | 90 | $145.08 | Accept |
| GUNDLACH, RONALD | 10/18/2023 | 52 | $1.00 | Accept |
| HISCO INC. | 10/16/2023 | 40 | $228.64 | Accept |
| HI-TEC PLATING, INC | 10/12/2023 | 26 | $336.00 | Accept |
| HK METALCRAFT | 10/24/2023 | 85 | $12,248.00 | Accept |
| HOLMES, DEAN | 10/13/2023 | 29 | $1.00 | Accept |
| J PAGANINI LLC | 10/16/2023 | 39 | $1,000.00 | Accept |
| KENNEDY, GARY | 10/24/2023 | 92 | $1.00 | Reject |
| Kimball, Donald | 10/19/2023 | 57 | $20,000.00 | Accept |
| LAUDATE, GENEVIEVE | 10/24/2023 | 84 | $1.00 | Accept |
| LUNDGREN, PATRICIA | 10/18/2023 | 49 | $1.00 | Accept |
| MACHINE DIAGNOSTICS INC | 10/22/2023 | 67 | $2,558.69 | Reject |
| Massa, Robert | 10/19/2023 | 56 | $1.00 | Accept |
| Michigan Precision Swiss Parts Co., Inc. | 10/10/2023 | 11 | $1,332.00 | Accept |
| MICKENS, LILLIE | 10/10/2023 | 20 | $1.00 | Accept |
| Morrisette Paper Company Inc | 10/26/2023 | 111 | $9,722.65 | Accept |
| Nelson Mullins Riley and Scarborough LLP | 10/09/2023 | 14 | $8,580.00 | Accept |

Stanadyne LLC, et al.
Case No 23-10207

Page 1 of 2

**Exhibit A-3**
**Class 5 Ballot Detail Report**
**Convenience Claims**

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| NW Fuel Injection Service | 10/05/2023 | 7 | $600.00 | Accept |
| Old Dominion Freight Line, Inc. | 10/25/2023 | 94 | $7,699.91 | Reject |
| PCB PIEZOTRONICS INC | 10/04/2023 | 3 | $622.49 | Accept |
| Rosemary Haggerty | 10/26/2023 | 108 | $225.00 | Accept |
| SAINT-GOBAIN PERFORMANCE PLASTICS PAMPUS GMBH | 10/16/2023 | 36 | $1,250.00 | Accept |
| SCHAEFER, ROBERT | 10/14/2023 | 34 | $1.00 | Accept |
| SCHEURERMANN & HEILIG GmbH | 10/16/2023 | 37 | $1,953.38 | Accept |
| SCHNORR CORPORATION | 10/11/2023 | 25 | $15,840.00 | Accept |
| SCHUMAG AG | 10/26/2023 | 102 | $11,749.02 | Reject |
| Smith Dray Line Storage Co. Inc | 10/24/2023 | 86 | $8,120.00 | Accept |
| Space Metal Fabricators, Inc. | 10/05/2023 | 6 | $6,762.00 | Accept |
| Sterling Performance Inc | 10/06/2023 | 10 | $6,910.00 | Accept |
| STRONG PRECISION MACHINERY (HONG KONG) | 10/19/2023 | 59 | $1,370.50 | Accept |
| SUMMIT HANDLING SYSTEMS INC. | 10/17/2023 | 41 | $2,482.12 | Accept |
| SYST-A-MATIC TOOL & DESIGN INC | 10/24/2023 | 74 | $3,256.40 | Accept |
| Tek Industries, LLC | 10/06/2023 | 9 | $957.20 | Reject |
| THERMAL METAL TREATING INC | 10/05/2023 | 5 | $712.80 | Accept |
| Toledo Carolina Inc | 10/10/2023 | 18 | $5,418.10 | Accept |
| TURBO DIESEL & ELECTRIC SYSTEMS | 10/11/2023 | 24 | $7,125.00 | Accept |
| Turner, Barry | 10/18/2023 | 51 | $11,180.00 | Accept |
| Univar Solutions USA Inc. | 10/04/2023 | 2 | $1,147.23 | Accept |
| WESTERN GAGE CORPORATION | 10/10/2023 | 22 | $17,980.00 | Accept |
| WILLIAMS, SHEILA | 10/24/2023 | 89 | $1.00 | Accept |
| WOODBURY, ANN | 10/25/2023 | 99 | $1.00 | Accept |

Stanadyne LLC, et al.
Case No 23-10207

Page 2 of 2