**Exhibit B**
**Ballots Excluded from Tabulation**

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote | Reason Unacceptable |
|---|---|---|---|---|---|
| GRIFFIN, ELGIE | 10/27/2023 | 113 | $1.00 | Unacceptable | Late Filed |
| JOHNSON, MARY | 10/23/2023 | 70 | $1.00 | Abstain | Abstain |
| KUNSHAN MEKO PROTOTYPING CO., LTD. | 10/24/2023 | 73 | $6,419.00 | Abstain | Abstain |
| KUSHAN MEKO PROTOTYPING CO. LTD. | 10/24/2023 | 72 | $6,419.00 | Abstain | Abstain |
| Stueken LLC | 10/12/2023 | 27 | $20,000.00 | Abstain | Abstain |