IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| STANADYNE LLC, *et al.*[1] | ) |
| | ) Case No.: 23-10207 (TMH) |
| Debtors. | ) |
| | ) **Objection Deadline: November 28, 2023 at 4:00 pm (ET)** |
| | ) Hearing Date: December 19, 2023 at 11:00 am (ET) |

**NOTICE OF MOTION OF 3B HOLDINGS INC. D/B/A 3B SUPPLY FOR ALLOWANCE AND PAYMENT OF ADMINSTRATIVE CLAIM**

**PLEASE TAKE NOTICE** that on November 14, 2023, 3B Holdings Inc. d/b/a 3B Supply ("3B"), filed the *Motion of 3B Holdings Inc. d/b/a 3B Supply for Allowance and Payment of Administrative Claim* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion or if you want the court to consider your views regarding the Motion, you must file a written response with the Court detailing your objection or response by **November 28, 2023 at 4:00 p.m. (ET).** You must also serve a copy of your response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion is scheduled for **December 19, 2023, at 11:00 am (ET)** before the Honorable Thomas M. Horan in Courtroom No. 7, Third Floor, in the United States Bankruptcy Court located at 824 N. Market Street, Wilmington, Delaware 19801.

**IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734). The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

**AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

Dated: November 14, 2023    GELLERT SCALI BUSENKELL & BROWN, LLC

/s/ Michael Busenkell
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425- 5800
Fax: (302) 425-5814
Email: mbusenkell@gsbblaw.com

*Counsel for 3B Holdings Inc. d/b/a 3B Supply*