# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| STANADYNE LLC, *et al.*,[1] | Case No. 23-10207 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 604** |

## NOTICE OF FILING OF PROPOSED CONFIRMATION ORDER

PLEASE TAKE NOTICE that on September 25, 2023, the Official Committee of Unsecured Creditors (the "Committee") for the above-captioned debtors and debtors in possession filed the *Combined Disclosure Statement and Plan of Liquidation Dated September 25, 2023* [Docket No. 604] (the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, in connection with the Plan, the Committee hereby files a copy of the proposed form of order confirming the Plan, a copy of which is attached hereto as **Exhibit 1** (the "Proposed Confirmation Order").

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Plan is scheduled for November 21, 2023 at 10:00 a.m. (Eastern Time) before the Honorable Thomas M. Horan (the "Confirmation Hearing").

PLEASE TAKE FURTHER NOTICE that, to the extent that the Committee makes further revisions to the Proposed Confirmation Order prior to the Confirmation Hearing, the Committee

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  Stanadyne LLC (0378); Pure Power Technologies, Inc. (5202); Stanadyne PPT Holdings, Inc. (2594); and Stanadyne PPT Group Holdings, Inc. (1734).  The Debtors' headquarters are located at 405 White Street, Jacksonville, North Carolina 28546.

16412054/1

will present further blacklined copies of such revised documents to the Court either at or before the Confirmation Hearing.

| | |
|---|---|
| Dated: November 14, 2023 | **MORRIS JAMES LLP** |
| | */s/ Jeffrey R. Waxman*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Eric J. Monzo (DE Bar No. 5214)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br>E-mail: emonzo@morrisjames.com |
| | -and- |
| | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>Adam C. Rogoff (admitted *pro hac vice*)<br>Rose Hill Bagley (admitted *pro hac vice*)<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br>E-mail: arogoff@kramerlevin.com<br>E-mail: rbagley@kramerlevin.com |
| | *Counsel to the Official Committee of Unsecured Creditors* |