# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **SL LIQUIDATION LLC, *et al.*,**[1] | Case No. 23-10207 (TMH) |
| **Debtors.** | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON NOVEMBER 21, 2023 AT 10:00 A.M. (ET)

---

This hearing will be held in Courtroom 7. Any parties attending via Zoom are required to register in advance. Please use the link below to register for the hearing. Please register no later than 4:00 p.m. (ET) on November 20, 2023.

Registration link:

https://protect-us.mimecast.com/s/ql9wCM89PDIk7OrZfwy1p4?domain=debuscourts.zoomgov.com

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. You must use your full name when registering and logging into Zoom or you will not be granted access to the hearing.

---

### RESOLVED MATTERS

1. Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject That Certain Contract Between Holden Temporaries, Inc. and the Debtors Effective as of the Rejection Date [D.I. 630, 10/10/23]

   Response Deadline:    October 24, 2023 at 4:00 p.m. (ET)

   Responses Received:  None.

   Related Documents:

   A.    Certificate of No Objection [D.I. 663, 10/25/23]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: SL Liquidation LLC (0378); TPP Liquidation, Inc. (5202); HTPPS Liquidation, Inc. (2594); and HGTPPS Liquidation, Inc. (1734). The Debtors' service address for purposes of these chapter 11 cases is PMB #179, 1159 Second Avenue, New York, NY 10065.

30818429.2

B. Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject That Certain Contract Between Holden Temporaries, Inc. and the Debtors Effective as of the Rejection Date [D.I. 664, 10/26/23]

Status: The Order has been entered.  No hearing is necessary.

2. Debtors' Motion for Entry of an Order (I) Amending Case Caption to Reflect Change of Debtors' Names and Address, and (II) Granting Related Relief [D.I. 670, 10/31/23]

Response Deadline:   November 14, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A. Certificate of No Objection [D.I. 690, 11/15/23]

B. Order (I) Amending Case Caption to Reflect Debtors' Change of Name and Address, and (II) Granting Related Relief [D.I. 694, 11/16/23]

Status: The Order has been entered.  No hearing is necessary.

3. Debtors' Third Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 675, 11/2/23]

Response Deadline:   November 14, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A. Certificate of No Objection [D.I. 691, 11/15/23]

B. Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 696, 11/16/23]

Status: The Order has been entered.  No hearing is necessary.

4. Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject That Certain Contract Between Randstad North America, Inc. and the Debtors, Effective as of the Rejection Date [D.I. 672, 10/31/23]

Response Deadline:   November 14, 2023

Responses Received:  None.

Related Documents:

A.     Certificate of No Objection [D.I. 691, 11/15/23]

B.     Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject That Certain Contract Between Randstad North America, Inc. and the Debtors, Effective as of the Rejection Date [D.I. 695, 11/16/23]

Status: The Order has been entered.  No hearing is necessary.

## MATTER GOING FORWARD

5.     Combined Disclosure Statement and Plan of Liquidation Dated September 25, 2023 [D.I. 604, 9/25/23]

Response Deadline:   October 30, 2023 at 4:00 p.m. (ET)

Responses Received:  Informal Response from the Office of the United States Trustee

Related Documents:

A.     Combined Disclosure Statement and Plan of Liquidation Dated September 8, 2023 [D.I. 562, 9/8/23]

B.     Notice of Filing of Blackline of Combined Disclosure Statement and Plan of Liquidation Dated September 25, 2023 [D.I. 605, 9/25/23]

C.     Order (I) Approving on an Interim Basis the Adequacy of Disclosures in the Combined Disclosure Statement and Plan of Liquidation, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, and Approving the Form of Ballot and Solicitation Package, and (IV) Approving the Notice Provisions [D.I. 614, 9/26/23]

D.     Notice of Filing of Plan Supplement for Combined Disclosure Statement and Plan of Liquidation Dated September 25, 2023 [D.I. 649, 10/20/23]

E.     Certification of Counsel Regarding Order Granting Motion of Official Committee of Unsecured Creditors for an Order (I) Approving on an Interim Basis the Adequacy of Disclosures in the Combined Disclosure Statement and Plan of Liquidation, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, and Approving the Form of Ballot and Solicitation Package, and (IV) Approving the Notice Provisions [D.I. 673, 11/01/23]

F. Declaration of Andres A. Estrada with Respect to the Tabulation of Votes on the Combined Disclosure Statement and Plan of Liquidation dated September 25, 2023 [D.I. 674, 11/1/23]

G. Order Extending Deadline to File Confirmation Brief and Supporting Evidence and Respond to Objections to the Plan [D.I. 676, 11/2/23]

H. Notice of Filing of Proposed Confirmation Order [D.I. 688, 11/14/23]

I. Declaration of Conor P. Tully in Support of Confirmation of the Combined Disclosure Statement and Plan of Liquidation Dated September 25, 2023 [D.I. 689, 11/15/23]

Status: The informal response from the Office of the United States Trustee has been resolved. This matter is going forward on an uncontested basis.

*[Signature page follows]*

| | |
|---|---|
| Dated:  November 17, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP |

*/s/ Ashley E. Jacobs*
Michael R. Nestor (No. 3526)
Andrew L. Magaziner (No. 5426
Ashley E. Jacobs (No. 5635)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801-6108
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
           amagaziner@ycst.com
           ajacobs@ycst.com

-and-

Kathryn A. Coleman
Christopher Gartman
Jeffrey S. Margolin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile:  (212) 422-4726
Email:  katie.coleman@hugheshubbard.com
           chris.gartman@hugheshubbard.com
           jeff.margolin@hugheshubbard.com

*Counsel for the Debtors*