### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SL LIQUIDATION LLC, *et al.*,[1] | Case No. 23-10207 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 604, 688** |

### NOTICE OF FILING OF REVISED PROPOSED CONFIRMATION ORDER

PLEASE TAKE NOTICE that on September 25, 2023, the Official Committee of Unsecured Creditors (the "Committee") for the above-captioned debtors and debtors in possession filed the *Combined Disclosure Statement and Plan of Liquidation Dated September 25, 2023* [Docket No. 604] (the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that on November 14, 2023, in connection with the Plan, the Committee filed the *Notice of Filing of Proposed Confirmation Order* (the "Proposed Confirmation Order") [Docket No. 688].

PLEASE TAKE FURTHER NOTICE that, the Committee has revised the Proposed Confirmation Order to reflect certain changes.

PLEASE TAKE FURTHER NOTICE that for the convenience of the Court and all parties in interest, the revised proposed confirmation order ("Revised Proposed Confirmation Order") is attached hereto as **Exhibit 1**. Attached hereto as **Exhibit 2** is a blackline comparing the Revised Proposed Confirmation Order to the Proposed Confirmation Order previously filed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: SL Liquidation LLC (0378); TPP Liquidation, Inc. (5202); HTPPS Liquidation, Inc. (2594); and HGTPPS Liquidation, Inc. (1734). The Debtors' service address for purposes of these chapter 11 cases is PMB #179, 1159 Second Avenue, New York, NY 10065.

16419237/1

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Plan is scheduled for November 21, 2023 at 10:00 a.m. (Eastern Time) before the Honorable Thomas M. Horan (the "Confirmation Hearing").

PLEASE TAKE FURTHER NOTICE that, to the extent that the Committee makes further revisions to the Proposed Confirmation Order prior to the Confirmation Hearing, the Committee will present further blacklined copies of such revised documents to the Court either at or before the Confirmation Hearing.

| | |
|---|---|
| Dated: November 20, 2023 | **MORRIS JAMES LLP** |
| | */s/ Jeffrey R. Waxman* |
| | Jeffrey R. Waxman (DE Bar No. 4159) |
| | Eric J. Monzo (DE Bar No. 5214) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: jwaxman@morrisjames.com |
| | E-mail: emonzo@morrisjames.com |
| | -and- |
| | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| | Adam C. Rogoff (admitted *pro hac vice*) |
| | Rose Hill Bagley (admitted *pro hac vice*) |
| | 1177 Avenue of the Americas |
| | New York, NY 10036 |
| | Telephone: (212) 715-9100 |
| | E-mail: arogoff@kramerlevin.com |
| | E-mail: rbagley@kramerlevin.com |
| | *Counsel to the Official Committee of Unsecured Creditors* |