# SIGN-IN SHEET

**CASE NAME:** Stanadyne
**CASE NO:** 23-10207
**COURTROOM LOCATION:** 7
**DATE:** 11/21/2023 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeff Waxman | Morris James | Committee |
| Sera Grefa | " | " |
| Nir Maoz | KTBS Law | Cerberus |
| Ashley Jacobs | YCST | Debtors |
| Jared Kochenash | YCST | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

10:00 AM    23-10207-TMH    SL Liquidation LLC    Combined Plan Disclosure Statement Hearing    11-21-2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Ashley | Jacobs | Debtors | Young Conaway Stargatt & Taylor, LLP |
| Bradley | Dietz | Debtor | |
| David | Zubkis | Interested Party | |
| Soo Min | Kim | Pension Benefit Guaranty Corporation | |
| Laura Davis | Jones | Cerberus Business Finance | |
| Andres | Estrada | Claims and Noticing Agent to the Debtors | KCC |
| David | Fidler | Cerberus Business Finance, LLC | KTBS Law LLP |
| Andrea | Wong | Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation |
| Alexis | Leventhal | Post Road Equipment Finance | Reed Smith LLP |
| Vicente | Murrell | Pension Benefit Guaranty Corporation | |
| Martin | Luedicke | Private interest | former employee of Stanadyne |
| Taylor | Harrison | Debtwire | |
| Michael | Van Gorder | 3B Supply | Gellert, Scali, Busenkell & Brown |