**<u>Exhibit A</u>**

**(Proposed Order)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SL LIQUIDATION, *et al.*,[1] | Case No. 23-10207 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. ____** |

## ORDER GRANTING FIRST OMNIBUS CLAIM OBJECTION (NON-SUBSTANTIVE) OF THE COMMITTEE TO CERTAIN CONVENIENCE CLASS CLAIMS THAT ARE (I) DUPLICATIVE CLAIMS, (II) LATE FILED CLAIMS AND (III) NO LIABILITY CLAIMS

Upon consideration of the *First Omnibus Claim Objection (Non-Substantive) of the Committee to Certain Convenience Class Claims That Are (I) Duplicative Claims, (II) Late Filed Claims and (III) No Liability Claims* (the "First Omnibus Objection");[2] and the Court having jurisdiction to consider the First Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the First Omnibus Objection being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the First Omnibus Objection having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and the Court having

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: SL Liquidation LLC (0378); TPP Liquidation, Inc. (5202); HTPPS Liquidation, Inc. (2594); and HGTPPS Liquidation, Inc. (1734). The Debtors' service address for purposes of these chapter 11 cases is PMB #179, 1159 Second Avenue, New York, NY 10065.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the First Omnibus Objection.

considered the First Omnibus Objection, the claims listed on Schedules 1, 2 and 3 attached thereto, and any responses thereto, and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. The relief requested in the First Omnibus Objection is **GRANTED** to the extent set forth herein.

2. The Duplicate Claims listed on <u>Schedule 1</u> attached hereto are hereby disallowed in their entirety.

3. The Late Filed Claims listed on <u>Schedule 2</u> attached hereto are hereby disallowed in their entirety.

4. The No Liability Claims listed on <u>Schedule 3</u> attached hereto are hereby disallowed in their entirety.

5. The Committee's right to object to any Duplicate Claims, Late Filed, and No Liability Claims on any and all grounds and/or for any other purposes is hereby expressly preserved.  The Committee's right to object to any remaining claims listed on the schedules or otherwise on any basis is hereby expressly preserved.

6. The Committee's objection to each Duplicate, Late Filed, and No Liability Claims addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

16429248/8

7.     This Court shall retain jurisdiction over any matters related to or arising from the First Omnibus Objection or the implementation of this Order.

16429248/8

## SCHEDULE 1
## DUPLICATE CLAIMS

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Esteem Manufacturing Corporation | 76 | 79 | $ 2,920.68 | The Debtors' books and records reflect that the Duplicate Claim asserted against the same Debtor arises from the same factual nexus and is in the identical amounts to the Remaining Claim. |
| AIRGAS, INC | 34 | 85 | $ 1,675.58 | The Debtors' books and records reflect that the Duplicate Claim asserted against the same Debtor arises from the same factual nexus and is in the identical amounts to the Remaining Claim. |
| PRECISION ENGINEERING | 352 | 353 | $ 481.40 | The Debtors' books and records reflect that the Duplicate Claim asserted against the same Debtor arises from the same factual nexus and is in the identical amounts to the Remaining Claim. |
| OLIVER WYMAN ACTUARIAL CONSULTING | 429 | 430 | $ 6,000.00 | The Debtors' books and records reflect that the Duplicate Claim asserted against the same Debtor arises from the same factual nexus and is in the identical amounts to the Remaining Claim. |

## SCHEDULE 2
## LATE FILED CLAIMS

| Name of Claimant | Date Filed | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| ARCHAMBAULT, MICHAEL | 05/18/2023 | 409 | $ 208.24 | The Claim was filed after the applicable bar date. |
| SEAL METHODS INC. | 05/18/2023 | 413 | $ 2,646.00 | The Claim was filed after the applicable bar date. |
| CONNECTRIA CORPORATION | 05/19/2023 | 416 | $ 18,795.40 | The Claim was filed after the applicable bar date. |
| MARTIN, ANN | 05/19/2023 | 418 | $ 1,200.00 | The Claim was filed after the applicable bar date. |
| ODU-USA,INC. | 05/22/2023 | 421 | $ 1,999.50 | The Claim was filed after the applicable bar date. |
| Carolina Handling | 05/23/2023 | 425 | $ 2,619.97 | The Claim was filed after the applicable bar date. |
| Oliver Wyman Actuarial Consulting, Inc. | 05/24/2023 | 429 | $ 6,000.00 | The Claim was filed after the applicable bar date. |
| OLIVER WYMAN ACTUARIAL CONSULTING | 05/24/2023 | 430 | $ 6,000.00 | The Claim was filed after the applicable bar date. |
| SIROIS TOOL COMPANY INC. | 05/24/2023 | 427 | $ 2,750.00 | The Claim was filed after the applicable bar date. |
| IFM Efector, Inc. | 05/30/2023 | 434 | $ 629.12 | The Claim was filed after the applicable bar date. |
| Sunland Fire Protection, Inc. | 05/31/2023 | 437 | $ 2,439.60 | The Claim was filed after the applicable bar date. |
| ECOTECH INC | 06/01/2023 | 432 | $ 3,277.00 | The Claim was filed after the applicable bar date. |
| C A Tool Engineering, Inc. | 06/09/2023 | 445 | $ 18,500.00 | The Claim was filed after the applicable bar date. |
| TN Georgia, Inc | 06/14/2023 | 449 | $ 513.60 | The Claim was filed after the applicable bar date. |
| TEMPER CORP | 06/17/2023 | 451 | $ 1,820.00 | The Claim was filed after the applicable bar date. |
| Global Industrial | 06/28/2023 | 456 | $ 1,912.79 | The Claim was filed after the applicable bar date. |
| Southeastern Freight Lines | 07/18/2023 | 462 | $ 1,966.95 | The Claim was filed after the applicable bar date. |
| Grand Northern Products LLC dba Surface Prep | 09/05/2023 | 471 | $ 688.00 | The Claim was filed after the applicable bar date. |
| Surface Prep / DeLong Equipment | 09/06/2023 | 472 | $ 6,036.80 | The Claim was filed after the applicable bar date. |

| Name of Claimant | Date Filed | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Cintas Corporation | 09/13/2023 | 473 | $ 7,195.52 | The Claim was filed after the applicable bar date. |

16429248/8

# SCHEDULE 3
# NO LIABILITY CLAIMS

| Name of Claimant | Date Filed | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| NOVAK, JAMES | 05/03/2023 | 121 | $ 2,186.42 | The Claim is derived from the Debtors' pension plan and does not establish liability as to the Debtors. |
| DWYER, RONALD | 05/07/2023 | 160 | $ 183.98 | The Claim is derived from the Debtors' pension plan and does not establish liability as to the Debtors. |
| BUCK, SR, LAMON | 05/12/2023 | 253 | $ 389.43 | The Claim is derived from the Debtors' pension plan and does not establish liability as to the Debtors. |
| LU, LENNY | 05/14/2023 | 275 | $ 20,000.00 | Zero outstanding balance based on the Debtors' books and records. |
| CAMPBELL, JOYCE | 05/15/2023 | 298 | $ 1,119.56 | The Claim is derived from the Debtors' pension plan and does not establish liability as to the Debtors. |
| WARREN, PATRICIA | 05/15/2023 | 299 | $ 304.97 | The Claim is derived from the Debtors' pension plan and does not establish liability as to the Debtors. |
| Rosemary Haggerty | 05/17/2023 | 357 | $ 225.00 | Zero outstanding balance based on the Debtors' books and records. |
| BRYAN, MARIE | 05/17/2023 | 372 | $ 11,160.00 | The Claim is derived from the Debtors' pension plan and does not establish liability as to the Debtors. |
| ARCHAMBAULT, MICHAEL | 05/18/2023 | 409 | $ 208.24 | The Claim is derived from the Debtors' pension plan and does not establish liability as to the Debtors. |
| CONNECTRIA CORPORATION | 05/19/2023 | 416 | $ 18,795.40 | Zero outstanding balance based on the Debtors' books and records. |
| MARTIN, ANN | 05/19/2023 | 418 | $ 1,200.00 | The Claim is derived from the Debtors' pension plan and does not establish liability as to the Debtors. |

16429248/8

| Name of Claimant | Date Filed | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Cintas Corporation | 09/13/2023 | 473 | $ 7,428.27 | Zero outstanding balance based on the Debtors' books and records. |