## **EXHIBIT B**

**Summary of Unpaid Invoices**

| Account | Name 1 | Delivery number | Invoice number | PO number | Amount in Doc. Curr. | Document Currency | Document Date | Net Due Date | Text | Clearing Document | Clearing Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3009405 | Stanadyne LLC | 85952800 | 514421665 | 31026281 | 22 000,00 | USD | 5/19/2023 | 7/3/2023 | 68593185AA~200.000 | 1400006194 | 7/17/2023 | PAID |
| 3009405 | Stanadyne LLC | 85961610 | 514423814 | 31026281 | 11 000,00 | USD | 5/26/2023 | 7/10/2023 | 68593185AA~100.000 | 1400006208 | 7/24/2023 | PAID |
| 3009405 | Stanadyne LLC | 85981715 | 514427807 | 31026281 | 33 000,00 | USD | 6/9/2023 | 7/24/2023 | 68593185AA~300.000 | 1400006476 | 7/31/2023 | PAID |
| 3009405 | Stanadyne LLC | 85969639 | 514424805 | 31026281 | 33 000,00 | USD | 5/31/2023 | 7/15/2023 | 68593185AA~300.000 | 1400006473 | 7/31/2023 | PAID |
| 3009405 | Stanadyne LLC | 85992269 | 514430035 | 31026281 | 55 000,00 | USD | 6/16/2023 | 7/16/2023 | 68593185AA~500.000 | 1400006680 | 8/7/2023 | PAID |
| 3009405 | Stanadyne LLC | 86001890 | 514431869 | 31026281 | 55 000,00 | USD | 6/23/2023 | 7/23/2023 | 68593185AA~500.000 | 1400006680 | 8/7/2023 | PAID |
| 3009405 | Stanadyne LLC | 86008251 | 514433284 | 31026281 | 44 000,00 | USD | 6/28/2023 | 7/28/2023 | 68593185AA~400.000 | 1400006680 | 8/7/2023 | PAID |
| 3009405 | Stanadyne LLC | 85909328 | 514434190 | 31026211 | 17 000,00 | USD | 7/5/2023 | 8/19/2023 | 68593185AA~20.000 | 1400007510 | 9/1/2023 | PAID |
| 3009405 | Stanadyne LLC | 85909328 | 514434190 | 31026211 | 1 600,00 | USD | 7/5/2023 | 8/19/2023 | 68593185AA~20.000 | 1400007510 | 9/1/2023 | PAID |
| 3009405 | Stanadyne LLC | 85930491 | 514434196 | 31026478 | 17 000,00 | USD | 7/5/2023 | 8/19/2023 | 68593185AA~20.000 | 1400007510 | 9/1/2023 | PAID |
| 3009405 | Stanadyne LLC | 86019521 | 514434714 | 31026281 | 22 000,00 | USD | 7/7/2023 | 8/21/2023 | 68593185AA~200.000 | 1400007510 | 9/1/2023 | PAID |
| 3009405 | Stanadyne LLC | 86037316 | 514438555 | 31026281 | 55 000,00 | USD | 7/21/2023 | 9/4/2023 | 68593185AA~500.000 | 1400007650 | 9/8/2023 | PAID |
| 3009405 | Stanadyne LLC | 86051416 | 514441579 | 31026281 | 44 000,00 | USD | 8/1/2023 | 9/15/2023 | 68593185AA~400.000 | 1400007800 | 9/15/2023 | PAID |
| 3009405 | Stanadyne LLC | 86057218 | 514443254 | 31026281 | 44 000,00 | USD | 8/7/2023 | 9/21/2023 | 68593185AA~400.000 | 1400008195 | 9/22/2023 | PAID |
| 3009405 | Stanadyne LLC | 86062751 | 514444817 | 31026281 | 11 000,00 | USD | 8/11/2023 | 9/25/2023 | 68593185AA~100.000 | 1400008251 | 9/29/2023 | PAID |
| 3009405 | Stanadyne LLC | 86070224 | 514446976 | 31026281 | 55 000,00 | USD | 8/18/2023 | 10/2/2023 | 68593185AA~500.000 | 1400008911 | 10/20/2023 | PAID |
| 3009405 | Stanadyne LLC | 86079462 | 514449095 | 31026281 | 55 000,00 | USD | 8/25/2023 | 10/9/2023 | 68593185AA~500.000 | 1400008911 | 10/20/2023 | PAID |
| 3009405 | Stanadyne LLC | 86087099 | 514450865 | 31026281 | 22 000,00 | USD | 8/31/2023 | 10/15/2023 | 68593185AA~200.000 | | | UNPAID |
| 3009405 | Stanadyne LLC | 86097755 | 514452775 | 31026281 | 44 000,00 | USD | 9/8/2023 | 10/23/2023 | 68593185AA~400.000 | | | UNPAID |
| 3009405 | Stanadyne LLC | 86106993 | 514454953 | 31026281 | 33 000,00 | USD | 9/15/2023 | 10/30/2023 | 68593185AA~300.000 | | | UNPAID |
| 3009405 | Stanadyne LLC | 86118620 | 514457492 | 31026281 | 66 000,00 | USD | 9/25/2023 | 11/9/2023 | 68593185AA~600.000 | | | UNPAID |
| 3009405 | Stanadyne LLC | 86127171 | 514458998 | 31026281 | 22 000,00 | USD | 9/29/2023 | 11/13/2023 | 68593185AA~200.000 | | | UNPAID |
| 3009405 | Stanadyne LLC | 86162861 | 514467030 | 31026281 | 88 000,00 | USD | 10/31/2023 | 12/15/2023 | 68593185AA~800.000 | | | UNPAID |

849 600,00