THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SL LIQUIDATION LLC, *et al.*,[1] | Case No. 23-10207 (TMH) |
| Debtors. | (Jointly Administered) |

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| January 3, 2024 at 11:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Fl., Courtroom 7, Wilmington, Delaware 19801 |
| February 12, 2024 at 10:00 a.m. (ET) (Final Fee Application Hearing) | |

**Dated: December 14th, 2023**
**Wilmington, Delaware**

THOMAS M. HORAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: SL Liquidation LLC (0378); TPP Liquidation, Inc. (5202); HTPPS Liquidation, Inc. (2594); and HGTPPS Liquidation, Inc. (1734). The Debtors' service address for purposes of these chapter 11 cases is PMB #179, 1159 Second Avenue, New York, NY 10065.

16446200/1