# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SL LIQUIDATION LLC, *et al.*,[1] | Case No. 23-10207 (TMH) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON DECEMBER 19, 2023 AT 10:00 A.M. (ET)

**\*\* AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT \*\***

**RESOLVED MATTERS:**

1. Motion to File Claim After Claims Bar Date. Filed by C&A Tool Engineering, Inc.. [Filed November 16, 2023; Docket No. 693].

   Objection Deadline:  November 30, 2023 at 4:00 p.m.

   Responses/Objections Received: None.

   Related Documents:

   A. Certificate of No Objection Regarding C&A Tool Engineering, Inc.'s Motion to Deem Its Proof of Claim as Timely Filed [Filed December 4, 2023; Docket No. 718].

   B. Order Granting C&A Tool Engineering, Inc.'s Motion to Deem Its Proof of Claim As Timely Filed [Filed December 5, 2023; Docket No. 721].

   Status:  The Court has entered an Order.  Accordingly, a hearing is no longer necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: SL Liquidation LLC (0378); TPP Liquidation, Inc. (5202); HTPPS Liquidation, Inc. (2594); and HGTPPS Liquidation, Inc. (1734). The Debtors' service address for purposes of these chapter 11 cases is PMB #179, 1159 Second Avenue, New York, NY 10065.

16455158/1

-2-

**ADJOURNED MATTERS:**

2. Motion of 3B Holdings Inc. d/b/a 3B Supply for Allowance and Payment of Administrative Claim [Filed November 14, 2023; Docket No. 687].

   Objection Deadline:   November 28, 2023 at 4:00 p.m.; extended through December 27, 2023 solely for the Liquidating Trustee.

   Responses/Objections Received: None.

   Related Documents:  None.

   Status:  This matter has been adjourned by agreement of the parties to January 3, 2024 at 11:00 a.m. (ET).

3. Motion for Payment of Administrative Expenses/Claims Filed by Cooper-Standard Automotive Inc. [Filed December 1, 2023; Docket No. 717].

   Objection Deadline:   December 12, 2023 at 4:00 p.m.; extended through December 29, 2023 solely for the Liquidating Trustee.

   Responses/Objections Received: None.

   Related Documents:  None.

   Status:  This matter has been adjourned by agreement of the parties to January 3, 2024 at 11:00 a.m. (ET).

Dated: December 15, 2023          **MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

*Counsel to the Liquidating Trustee*