**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SL LIQUIDATION LLC *et al.*,[1]<br><br>        Debtors. | ) Chapter 11<br>)<br>) Case No. 23-10207 (TMH)<br>)<br>) (Jointly Administered)<br>)<br>) **Obj. Deadline: Jan. 12, 2024 at 4:00 p.m.**<br>) **Hearing Date**: **Feb. 12, 2024 at 10:00 a.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on December 22, 2023, Sid Tool Co., Inc. d/b/a MSC Industrial Supply Co. (the "Movant"), filed its *Sid Tool Co., Inc. d/b/a MSC Industrial Supply Co.'s Motion for Allowance and Payment of Administrative Claim* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **January 12, 2024 at 4:00 p.m.** ("Response Deadline") with the United States Bankruptcy Court for the District of Delaware, Clerk's Office, 824 North Market Street, Third Floor, Wilmington, Delaware 19081 and served on the undersigned counsel to the Movant so as to be received on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, is scheduled before the Honorable Thomas M. Horan at the Bankruptcy Court, 3rd Floor, Courtroom 7, on **February 12, 2024 at 10:00 a.m.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: SL Liquidation LLC (0378); TPP Liquidation, Inc. (5202); HTPPS Liquidation, Inc. (2594); and HGTPPS Liquidation, Inc. (1734). The Debtors' service address for purposes of these chapter 11 cases is PMB #179, 1159 Second Avenue, New York, NY 10065.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE MOTION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: December 22, 2023  
       Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ William A. Hazeltine  
William D. Sullivan (No. 2820)  
William A. Hazeltine (No. 3294)  
919 North Market Street, Suite 420  
Wilmington, DE 19801  
Tel: (302) 428-8191  
Fax: (302) 428-8195  
Email: bsullivan@sha-llc.com  
       whazeltine@sha-llc.com

-and-

**HOLLAND & KNIGHT LLP**  
Lynne B. Xerras (Mass. Bar 632441)  
10 St. James Avenue  
Boston, Massachusetts 02116  
Telephone: 617-523-2700  
Facsimile: 617-523-6850  
Email: lynne.xerras@hklaw.com

*Counsel for Sid Tool Co., Inc. d/b/a MSC Industrial Supply Co.*