IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No. 23-10207 (TMH) |
| SL LIQUIDATION LLC *et al.*,[1] | ) |
| Debtors. | ) (Jointly Administered) )<br>) **Obj. Deadline: Jan. 12, 2024 at 4:00 p.m.**<br>) **Hearing Date**: **Feb. 12, 2024 at 10:00 a.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on December 27, 2023, Johnson Controls Fire Protection, LP ("**JCFP**"), Johnson Controls Security Solutions, LLC ("**JCSS**"), and Johnson Controls, Inc. ("**JCI**") ("Movants"), filed its *Motion for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. §§ 365(d)(3), 503(B)(1)(A), and 507(A)* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **January 12, 2024 at 4:00 p.m.** ("Response Deadline") with the United States Bankruptcy Court for the District of Delaware, Clerk's Office, 824 North Market Street, Third Floor, Wilmington, Delaware 19081 and served on the undersigned counsel to the Movants so as to be received on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, is scheduled before the Honorable Thomas M. Horan at the Bankruptcy Court, 3rd Floor, Courtroom 7, on **February 12, 2024 at 10:00 a.m.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: SL Liquidation LLC (0378); TPP Liquidation, Inc. (5202); HTPPS Liquidation, Inc. (2594); and HGTPPS Liquidation, Inc. (1734). The Debtors' service address for purposes of these chapter 11 cases is PMB #179, 1159 Second Avenue, New York, NY 10065.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE MOTION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: December 27, 2023

By: */s/ Daniel C. Kerrick*
Daniel C Kerrick (DE No. 5027)
HOGAN MCDANIEL
1311 Delaware Ave
Wilmington, DE 19806
Telephone: 302-656-7599
Email: dckerrick@dkhogan.com

By: */s/ Nicholas Hahn*
Nicholas Hahn (WI Bar No. 1085675)
GODFREY & KAHN, S.C.
100 West Lawrence
Appleton, WI 54912-2728
Telephone: 920-830-2800
Facsimile: 920-830-3530

Attorneys for Johnson Controls, Inc., Johnson Controls Fire Protection, LP, and Johnson Controls Security Solutions, LLC.