IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SL LIQUIDATION LLC, *et al.*,[1] | Case No. 23-10207 (TMH) |
| Debtors. | (Jointly Administered) |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 3, 2024 AT 11:00 A.M. (ET)**

** AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT **

**ADJOURNED MATTERS:**

1. Motion of 3B Holdings Inc. d/b/a 3B Supply for Allowance and Payment of Administrative Claim [Filed November 14, 2023; Docket No. 687].

   Objection Deadline:   November 28, 2023 at 4:00 p.m.; extended through January 29, 2023 solely for the Liquidating Trustee.

   Responses/Objections Received: None.

   Related Documents:  None.

   Status:  This matter has been adjourned by agreement of the parties to February 12, 2024 at 10:00 a.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: SL Liquidation LLC (0378); TPP Liquidation, Inc. (5202); HTPPS Liquidation, Inc. (2594); and HGTPPS Liquidation, Inc. (1734). The Debtors' service address for purposes of these chapter 11 cases is PMB #179, 1159 Second Avenue, New York, NY 10065.

[2] Amended items appear in **BOLD**.

16477429/1

2. Motion for Payment of Administrative Expenses/Claims Filed by Cooper-Standard Automotive Inc. [Filed December 1, 2023; Docket No. 717].

   Objection Deadline:    December 12, 2023 at 4:00 p.m.; extended through February 5, 2023 solely for the Liquidating Trustee.

   Responses/Objections Received: None.

   Related Documents:  None.

   Status:  This matter has been adjourned by agreement of the parties to February 12, 2024 at 10:00 a.m. (ET).

**MATTERS WITH CERTIFICATION OF COUNSEL (COC):**

3. First Omnibus Claim Objection (Non-Substantive) of the Committee to Certain Convenience Class Claims That Are (I) Duplicative Claims, (II) Late Filed Claims and (III) No Liability Claims [Filed November 29, 2023; Docket No. 715].

   Objection Deadline:    December 27, 2023 at 4:00 p.m.

   Responses/Objections Received:

   A.  Informal comments received from C&A Tool Engineering, Inc.

   Related Documents:

   A. Certification of Counsel Regarding First Omnibus Claim Objection (Non-Substantive) of the Committee to Certain Convenience Class Claims That Are (I) Duplicative Claims, (II) Late Filed Claims and (III) No Liability Claims [Filed December 29, 2023; Docket No. 751].

   B. **Order Granting First Omnibus Claim Objection (Non-Substantive) of the Committee to Certain Convenience Class Claims That Are (I) Duplicative Claims, (II) Late Filed Claims and (III) No Liability Claims [Filed December 29, 2023; Docket No. 753].**

   **Status:  An Order has been entered and this hearing has been cancelled with permission of the Court.**

*[Remainder of Page Intentionally Left Blank]*

- 3 -

| | |
|---|---|
| Dated: December 29 2023 | **MORRIS JAMES LLP** |
| | */s/ Brya M. Keilson* |
| | Jeffrey R. Waxman (DE Bar No. 4159) |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Christopher M. Donnelly (DE Bar No. 7149) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: jwaxman@morrisjames.com |
| | E-mail: emonzo@morrisjames.com |
| | E-mail: bkeilson@morrisjames.com |
| | E-mail: cdonnelly@morrisjames.com |
| | *Counsel to the Liquidating Trustee* |