THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SL LIQUIDATION LLC, *et al.*,[1] | Case No. 23-10207 (TMH) |
| Debtors. | (Jointly Administered) |

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned chapter 11 cases:

| Date & Time | Location |
|---|---|
| March 13, 2024 at 11:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Fl., Courtroom 5, Wilmington, Delaware 19801 |
| April 9, 2024 at 10:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Fl., Courtroom 7, Wilmington, Delaware 19801 |

**Dated: January 4th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: SL Liquidation LLC (0378); TPP Liquidation, Inc. (5202); HTPPS Liquidation, Inc. (2594); and HGTPPS Liquidation, Inc. (1734). The Debtors' service address for purposes of these chapter 11 cases is PMB #179, 1159 Second Avenue, New York, NY 10065.

16481169/1