# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: SL Liquidation LLC

Debtor(s)

Case No. 23-10207

Lead Case No. 23-10207

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2023

Petition Date: 02/16/2023

Plan Confirmed Date: 11/22/2023

Plan Effective Date: 11/30/2023

This Post-confirmation Report relates to: ● Reorganized Debtor

○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

/s/Brya M. Keilson
Signature of Responsible Party

03/29/2024
Date

Brya M. Keilson
Printed Name of Responsible Party

Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name SL Liquidation LLC                                                                              Case No. 23-10207

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $376,575 | $376,575 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $376,575 | $376,575 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | $7,078 | $9,411,741 | $7,078 | $9,411,741 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | Angle Advisors | Financial Professional | $0 | $1,715,753 | $0 | $1,715,753 |
| ii | Young Conaway Stargatt & Tay | Local Counsel | $0 | $914,595 | $0 | $914,595 |
| iii | Alvarez & Marsal | Financial Professional | $7,078 | $3,150,868 | $7,078 | $3,150,868 |
| iv | Hughes Hubbard & Reed | Lead Counsel | $0 | $3,161,774 | $0 | $3,161,774 |
| v | Kurtzman Carson Consultants | Other | $0 | $468,751 | $0 | $468,751 |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name SL Liquidation LLC    Case No. 23-10207

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name SL Liquidation LLC                                                                 Case No. 23-10207

|        |   |   |   |   |   |
|--------|---|---|---|---|---|
| lxxii  |   |   |   |   |   |
| lxxiii |   |   |   |   |   |
| lxxiv  |   |   |   |   |   |
| lxxv   |   |   |   |   |   |
| lxxvi  |   |   |   |   |   |
| lxxvii |   |   |   |   |   |
| lxxviii|   |   |   |   |   |
| lxxix  |   |   |   |   |   |
| lxxx   |   |   |   |   |   |
| lxxxi  |   |   |   |   |   |
| lxxxii |   |   |   |   |   |
| lxxxiii|   |   |   |   |   |
| lxxxiv |   |   |   |   |   |
| lxxxv  |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |
| lxxxvii|   |   |   |   |   |
| lxxxviii|  |   |   |   |   |
| lxxxix |   |   |   |   |   |
| xc     |   |   |   |   |   |
| xci    |   |   |   |   |   |
| xcii   |   |   |   |   |   |
| xciii  |   |   |   |   |   |
| xciv   |   |   |   |   |   |
| xcv    |   |   |   |   |   |
| xcvi   |   |   |   |   |   |
| xcvii  |   |   |   |   |   |
| xcviii |   |   |   |   |   |
| xcix   |   |   |   |   |   |
| c      |   |   |   |   |   |
| ci     |   |   |   |   |   |

|    |                                                                                              |                 | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|----|----------------------------------------------------------------------------------------------|-----------------|--------------------------|---------------------|----------------------|-----------------|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $10,855 | $380,452 | $10,855 | $380,452 |
|    | *Itemized Breakdown by Firm*                                                                 |                 |                          |                     |                      |                 |
|    | Firm Name                                                                                    | Role            |                          |                     |                      |                 |
| i  | Shipman & Goodwin                                                                            |                 | $10,855                  | $105,036            | $10,855              | $105,036        |
| ii | RSM                                                                                          |                 | $0                       | $275,416            |                      | $275,416        |
| iii|                                                                                              |                 |                          |                     |                      |                 |
| iv |                                                                                              |                 |                          |                     |                      |                 |
| v  |                                                                                              |                 |                          |                     |                      |                 |
| vi |                                                                                              |                 |                          |                     |                      |                 |

UST Form 11-PCR (12/01/2021) - Mac                                                4

Debtor's Name SL Liquidation LLC                                                                 Case No. 23-10207

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name SL Liquidation LLC                                                                                      Case No.  23-10207

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name SL Liquidation LLC                                                                                   Case No. 23-10207

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $326,141 | $13,108,877 | $326,141 | $13,108,877 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $1,000,000 | $0 | $0 | $1,000,000 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $2,625,000 | $0 | $0 | $122,752,000 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                       Yes ○   No ●
    If yes, give date Final Decree was entered: _____
    If no, give date when the application for Final Decree is anticipated:   12/31/2025
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ●   No ○

Debtor's Name  SL Liquidation LLC                                                                 Case No.  23-10207

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**


| /s/ Bradley Dietz | Bradley Dietz |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Liquidating Trustee, SL Liquidating Trust | 03/29/2024 |
| Title | Date |

Debtor's Name SL Liquidation LLC    Case No. 23-10207


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name SL Liquidation LLC                                                                 Case No.  23-10207



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021) - Mac                              10