### GENERAL NOTES TO PCR – SL LIQUIDATON LLC, *et al.*

On February 16, 2023 (the "**Petition Date**"), SL Liquidation LLC ("**Stanadyne**"), TTP Liquidation, Inc. ("**PPT**"), HTTPS Liquidation, Inc. ("**Holdings**") and HGTPPS Liquidation, Inc. ("**Group Holdings**") (each a "**Debtor**" and collectively the "**Debtors**"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), thereby commencing the instant cases (the "**Chapter 11 Cases**").

On November 22, 2023, the Bankruptcy Court entered an Order Confirming the Combined Disclosure Statement and Plan of Liquidation dated September 25, 2023 [D.I. 713]. *Notice of (I) Entry Confirming, and Occurrence of Effective Date of Combined Disclosure Statement and Plan of Liquidation Dated September 25, 2023* [D.I. 716] was filed on December 1, 2023.

The Liquidation of the Debtors' Assets will be done through the SL Liquidating Trust (the "**Liquidating Trust")**.  Bradley Dietz is the Court appointed Liquidating Trustee.

The following notes and statements and limitations should be referred to, and referenced in connection with any review of the post-confirmation report ("**PCR**") for Stanadyne (as defined above).

**1. Basis of Presentation.** The Liquidating Trustee is filing this PCR on behalf of the Debtor solely for the purpose of complying with the quarterly report requirements applicable in the Debtors' Chapter 11 Cases. The PCR is in a format acceptable to the U.S. Trustee.

**2. Accuracy.** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Liquidating Trustee, on behalf of the Debtors, and his advisors are not liable for and undertake no responsibility to indicate variations from securities laws herein or for any evaluations of the Debtors based on this financial information or any other information.

**3. Reservation of Rights.** The Liquidating Trustee, on behalf of the Debtors, reserves all rights to amend or supplement the PCR in all respects, as may be necessary or appropriate. Nothing contained in this PCR shall constitute a waiver of any of the Liquidating Trustee's rights or an admission with respect to the Debtors' Chapter 11 Cases.

**4. Specific PCR Disclosures.**

**Notes to Part 1:**

- Cash disbursements for Stanadyne for the quarter represent all disbursements from the SL Liquidating Trust.

**Notes to Part 2:**

- The Liquidating Trustee, on behalf of the Debtors, will pay retained professionals in accordance with the *Order Pursuant to Section 105(a), 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 136] entered on March 28, 2023.

- The Liquidating Trustee, on behalf of the Debtors, will pay ordinary course professionals in accordance with the *Order Pursuant to Section 105(a), 327, 328 and 330 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Rule 2014-1 Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business* [D.I. 153] entered on April 3, 2023.

- Payments to Professionals made in prior quarters are reported on the Stanadyne report and reflect payments made from the Professional Fee Escrow and the Final Fee Application payments from the Liquidating Trust.

- Only non-bankruptcy professionals receiving payments post-confirmation have been listed in section 2.b.

**Notes to Part 3:**

- Pursuant to the confirmed Plan of Liquidation, the Debtors have substantively consolidated for distribution purposes. Any claim filed against any of the Debtors is deemed filed against Stanadyne and will be paid from the Liquidating Trust. Therefore, claims for all Debtors are reported with the Allowed Claims for Stanadyne only. The Liquidating Trustee is in the process of analyzing claims, which requires the Allowed Claims amount to be estimated for reporting purposes until such a time that the Allowed Claims pool is finalized.